**EXHIBIT A-1**



# Owner's Manual
## 2017 A3



Audi
Vorsprung durch Technik

## Foreword

**Thank you for choosing an Audi - we value your trust in us**

Your new Audi will allow you to experience the best in groundbreaking technology and premium quality equipment a vehicle has to offer. We recommend that you read your Owner's Manual thoroughly so that you quickly become acquainted with your Audi and make use of all of its features.

In addition to explaining how the different features work, we provide many useful tips and information concerning your safety, how to care for your vehicle and how to maintain your vehicle's value. We also give you useful tips and information on how to drive your vehicle more efficiently and in an environmentally friendly manner.

We hope you enjoy driving your Audi and we wish you safe and pleasant motoring.

**AUDI AG**

## Table of contents

About this Owner's Manual . . . . . . 6

Cockpit . . . . . . . . . . . . . . . . . . . . . . . 8
Cockpit overview . . . . . . . . . . . . . . . . . 8
   Controls at a glance . . . . . . . . . . . . . . . . 8
   Instrument cluster . . . . . . . . . . . . . . . . . 10
   Multifunction steering wheel plus . . . . . 13
   Multifunction steering wheel . . . . . . . . 16
   Driver information system . . . . . . . . . . . 17
   On Board Diagnostic System (OBD) . . . . 23
   Indicator lights . . . . . . . . . . . . . . . . . . . 24

Starting and driving . . . . . . . . . . . 34
Opening and closing . . . . . . . . . . . . 34
   Central locking . . . . . . . . . . . . . . . . . . . 34
   Luggage compartment lid . . . . . . . . . . . 39
   Child safety lock . . . . . . . . . . . . . . . . . . 41
   Power windows . . . . . . . . . . . . . . . . . . . 41
   Panorama glass roof . . . . . . . . . . . . . . . 43

Power top . . . . . . . . . . . . . . . . . . . . . . 44
   Automatic power top . . . . . . . . . . . . . . . 44
   Wind deflector . . . . . . . . . . . . . . . . . . . 47
   Power top emergency operation . . . . . . . 48

Lights and Vision . . . . . . . . . . . . . . 51
   Exterior lighting . . . . . . . . . . . . . . . . . . 51
   Interior lighting . . . . . . . . . . . . . . . . . . 54
   Vision . . . . . . . . . . . . . . . . . . . . . . . . . 55
   Windshield wipers . . . . . . . . . . . . . . . . 57
   Digital compass . . . . . . . . . . . . . . . . . . 59

Seats and storage . . . . . . . . . . . . . 61
   General information . . . . . . . . . . . . . . . 61
   Front seats . . . . . . . . . . . . . . . . . . . . . . 61
   Head restraints . . . . . . . . . . . . . . . . . . . 63
   Sockets . . . . . . . . . . . . . . . . . . . . . . . . 64
   Storing . . . . . . . . . . . . . . . . . . . . . . . . 65
   Luggage compartment . . . . . . . . . . . . . 66
   Roof rack . . . . . . . . . . . . . . . . . . . . . . . 68

Warm and cold . . . . . . . . . . . . . . . . 70
   Climate control system . . . . . . . . . . . . . 70

Driving . . . . . . . . . . . . . . . . . . . . . . . 74
   General information . . . . . . . . . . . . . . . 74
   Steering . . . . . . . . . . . . . . . . . . . . . . . . 76

Starting and stopping the engine
(vehicles with an ignition lock) . . . . . . . . 77
Starting and stopping the engine
(vehicles with convenience key) . . . . . . . 78
   Messages . . . . . . . . . . . . . . . . . . . . . . 80
Starting the engine when there is a
malfunction . . . . . . . . . . . . . . . . . . . . . 81
   Start/Stop system . . . . . . . . . . . . . . . . 81
   Electromechanical parking brake . . . . . . 83
   Starting from a stop . . . . . . . . . . . . . . . 85
   Automatic transmission . . . . . . . . . . . . . 85

e-tron . . . . . . . . . . . . . . . . . . . . . . . . . 94
   Plug-in hybrid drive . . . . . . . . . . . . . . . 94
   Refueling . . . . . . . . . . . . . . . . . . . . . . . 105
   Charging . . . . . . . . . . . . . . . . . . . . . . . 106
   Charging at public charging stations . . . . 108
Charging the battery with the Audi e-tron
charging system . . . . . . . . . . . . . . . . . . 108
   Indicator lights and messages . . . . . . . . 117
   Charging unit cover emergency release . . 118
   Climate control . . . . . . . . . . . . . . . . . . . 118
   Cleaning/maintenance information . . . . . 119

Trailer towing . . . . . . . . . . . . . . . . . . 120
   Driving with a trailer . . . . . . . . . . . . . . . 120
   Trailer towing information . . . . . . . . . . . 121

Driver assistance . . . . . . . . . . . . . . . 123
Assistance systems . . . . . . . . . . . . . . . 123
   Electronic speed limiter . . . . . . . . . . . . . 123
   Speed warning system . . . . . . . . . . . . . 123
   Cruise control system . . . . . . . . . . . . . . 123
   Lap timer . . . . . . . . . . . . . . . . . . . . . . . 125
   Audi adaptive cruise control . . . . . . . . . . 126
   Distance display and distance warning . . . 132
   Messages . . . . . . . . . . . . . . . . . . . . . . 133
   Audi pre sense . . . . . . . . . . . . . . . . . . . 133
   Audi pre sense basic . . . . . . . . . . . . . . . 134
   Audi pre sense front . . . . . . . . . . . . . . . 134
   Messages . . . . . . . . . . . . . . . . . . . . . . 136
   Audi active lane assist . . . . . . . . . . . . . . 136
   Audi side assist . . . . . . . . . . . . . . . . . . 139
   Audi drive select . . . . . . . . . . . . . . . . . . 143

Parking systems . . . . . . . . . . . . . . . 146
   General information . . . . . . . . . . . . . . . 146
   Parking system plus . . . . . . . . . . . . . . . 147

BV2012721BB

## Table of contents

Rearview camera . . . . . . . . . . . . . . . . . . . . 148
Adjusting the parking aid . . . . . . . . . . . . 150
Error messages . . . . . . . . . . . . . . . . . . . . . 150

**Intelligent Technology** . . . . . . . . . . 151
Electronic Stabilization Control (ESC) . . . . 151
Brakes . . . . . . . . . . . . . . . . . . . . . . . . . . . . 153
Electromechanical steering . . . . . . . . . . . 154
All wheel drive (quattro) . . . . . . . . . . . . . 154
Energy management . . . . . . . . . . . . . . . . . 155
Notice about data recorded by the Event
Data Recorder and vehicle control
modules . . . . . . . . . . . . . . . . . . . . . . . . . 156

**Infotainment system** . . . . . . . . . . . . 158
**Multi Media Interface** . . . . . . . . . . . . 158
Traffic safety information . . . . . . . . . . . . . 158
Introduction . . . . . . . . . . . . . . . . . . . . . . . 158
MMI On/Off knob with joystick function . . 158
Infotainment system display . . . . . . . . . . 159
MMI operation . . . . . . . . . . . . . . . . . . . . . 159
MMI touch . . . . . . . . . . . . . . . . . . . . . . . . 161
Control knob with joystick function . . . . . 163
Letter/number speller . . . . . . . . . . . . . . . 165
Free text search . . . . . . . . . . . . . . . . . . . . 166
Menus and Symbols . . . . . . . . . . . . . . . . . 167

**Voice recognition system** . . . . . . . . 170
Operating . . . . . . . . . . . . . . . . . . . . . . . . . 169
Command overview information . . . . . . . . 170
Commands . . . . . . . . . . . . . . . . . . . . . . . . 171
External voice operation . . . . . . . . . . . . . . 175

**Telephone** . . . . . . . . . . . . . . . . . . . . . . 177
Introduction . . . . . . . . . . . . . . . . . . . . . . . 177
Setup . . . . . . . . . . . . . . . . . . . . . . . . . . . . 177
Using the telephone . . . . . . . . . . . . . . . . 179
Favorites . . . . . . . . . . . . . . . . . . . . . . . . . . 182
Messages . . . . . . . . . . . . . . . . . . . . . . . . . 182
Listening to voicemail . . . . . . . . . . . . . . . 185
Directory . . . . . . . . . . . . . . . . . . . . . . . . . . 185
Additional settings . . . . . . . . . . . . . . . . . . 187
Troubleshooting . . . . . . . . . . . . . . . . . . . . 189

**Audi connect (Infotainment)** . . . . . 190
Introduction . . . . . . . . . . . . . . . . . . . . . . . 190
Setup . . . . . . . . . . . . . . . . . . . . . . . . . . . . 190
Configuration through myAudi . . . . . . . . . 190

Opening Audi connect (Infotainment) . . . 191
Audi connect Infotainment services . . . . . 191
Wi-Fi hotspot . . . . . . . . . . . . . . . . . . . . . . 195
Configuring the data connection . . . . . . . 195
Audi connect (Infotainment) general
information . . . . . . . . . . . . . . . . . . . . . . 196
Troubleshooting . . . . . . . . . . . . . . . . . . . . 197

**Audi connect e-tron services** . . . . . 198
Introduction . . . . . . . . . . . . . . . . . . . . . . . 198
Setup . . . . . . . . . . . . . . . . . . . . . . . . . . . . 198
Trip data . . . . . . . . . . . . . . . . . . . . . . . . . . 198
Doors and lights . . . . . . . . . . . . . . . . . . . . 198
Vehicle status report . . . . . . . . . . . . . . . . 199
Car Finder . . . . . . . . . . . . . . . . . . . . . . . . . 199
Charging . . . . . . . . . . . . . . . . . . . . . . . . . . 199
Temperature control . . . . . . . . . . . . . . . . . 199

**Navigation** . . . . . . . . . . . . . . . . . . . . . 200
Opening navigation . . . . . . . . . . . . . . . . . 200
Entering a destination . . . . . . . . . . . . . . . 200
Personal route assistance . . . . . . . . . . . . . 206
Home address . . . . . . . . . . . . . . . . . . . . . . 207
Favorites . . . . . . . . . . . . . . . . . . . . . . . . . . 207
Directory contacts . . . . . . . . . . . . . . . . . . 207
Alternative routes . . . . . . . . . . . . . . . . . . . 208
Additional settings . . . . . . . . . . . . . . . . . . 208
Map . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 209
Online map display . . . . . . . . . . . . . . . . . . 212
Map update . . . . . . . . . . . . . . . . . . . . . . . 213
Accessing traffic information . . . . . . . . . . . 214
e-tron navigation functions . . . . . . . . . . . 216
Troubleshooting . . . . . . . . . . . . . . . . . . . . 216

**Radio** . . . . . . . . . . . . . . . . . . . . . . . . . . 217
Opening the radio . . . . . . . . . . . . . . . . . . 217
Radio functions . . . . . . . . . . . . . . . . . . . . 218
Radio menu . . . . . . . . . . . . . . . . . . . . . . . 220
Presets . . . . . . . . . . . . . . . . . . . . . . . . . . . 220
Additional settings . . . . . . . . . . . . . . . . . . 221
Troubleshooting . . . . . . . . . . . . . . . . . . . . 221

**Media** . . . . . . . . . . . . . . . . . . . . . . . . . . 222
Introduction . . . . . . . . . . . . . . . . . . . . . . . 222
Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . 222
Media drives . . . . . . . . . . . . . . . . . . . . . . 223
Bluetooth audio player . . . . . . . . . . . . . . 225
Wi-Fi audio player . . . . . . . . . . . . . . . . . . 226

Online media and Internet radio . . . . . . . 227
Multimedia connections . . . . . . . . . . . . . . 228
Playing media . . . . . . . . . . . . . . . . . . . . . . 230
Additional settings . . . . . . . . . . . . . . . . . . 233
Supported media and file formats . . . . . . 235
Troubleshooting . . . . . . . . . . . . . . . . . . . . 237

**Audi smartphone interface** . . . . . . . 239
Setup . . . . . . . . . . . . . . . . . . . . . . . . . . . . 239
Operating . . . . . . . . . . . . . . . . . . . . . . . . . 240
Troubleshooting . . . . . . . . . . . . . . . . . . . . 240

**System settings** . . . . . . . . . . . . . . . . . 241
Setting the date and time . . . . . . . . . . . . 241
MMI settings . . . . . . . . . . . . . . . . . . . . . . 241
Connection manager . . . . . . . . . . . . . . . . 242
System update . . . . . . . . . . . . . . . . . . . . . 244
Sound settings . . . . . . . . . . . . . . . . . . . . . 245
Volume settings . . . . . . . . . . . . . . . . . . . . 245
Restarting the MMI . . . . . . . . . . . . . . . . . 246
Software license information . . . . . . . . . . 246

**Safety first** . . . . . . . . . . . . . . . . . . . . . 247
**Driving safety** . . . . . . . . . . . . . . . . . . . 247
Basics . . . . . . . . . . . . . . . . . . . . . . . . . . . . 247
Correct passenger seating positions . . . . . 248
Driver's and front passenger's footwell . . 252
Pedal area . . . . . . . . . . . . . . . . . . . . . . . . 252
Storing cargo correctly . . . . . . . . . . . . . . . 253
Reporting Safety Defects . . . . . . . . . . . . . 255
Active rollover protection system . . . . . . . 256

**Safety belts** . . . . . . . . . . . . . . . . . . . . . 258
General notes . . . . . . . . . . . . . . . . . . . . . . 258
Why use safety belts? . . . . . . . . . . . . . . . 259
Safety belts . . . . . . . . . . . . . . . . . . . . . . . 262
Belt tensioners . . . . . . . . . . . . . . . . . . . . . 265

**Airbag system** . . . . . . . . . . . . . . . . . . . 267
Important information . . . . . . . . . . . . . . . 267
Front airbags . . . . . . . . . . . . . . . . . . . . . . 271
Monitoring the Advanced Airbag System . 279
Knee airbags . . . . . . . . . . . . . . . . . . . . . . 283

Side airbags . . . . . . . . . . . . . . . . . . . . . . . 285
Side curtain airbags . . . . . . . . . . . . . . . . . 288

**Child safety** . . . . . . . . . . . . . . . . . . . . . 292
Important information . . . . . . . . . . . . . . . 292
Child safety seats . . . . . . . . . . . . . . . . . . . 298
Securing child safety seats . . . . . . . . . . . . 303
LATCH system (lower anchorages and
tethers for children) . . . . . . . . . . . . . . . 306
Additional information . . . . . . . . . . . . . . . 311

**Maintenance and Care** . . . . . . . . . . . 312
**Checking and Filling** . . . . . . . . . . . . . 312
Fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 312
Refueling . . . . . . . . . . . . . . . . . . . . . . . . . 313
Catalytic converter . . . . . . . . . . . . . . . . . . 316
Engine compartment . . . . . . . . . . . . . . . . 316
Engine oil . . . . . . . . . . . . . . . . . . . . . . . . . 319
Cooling system . . . . . . . . . . . . . . . . . . . . . 323
Brake fluid . . . . . . . . . . . . . . . . . . . . . . . . 325
Battery . . . . . . . . . . . . . . . . . . . . . . . . . . . 325
Windshield washer system . . . . . . . . . . . . 327
Service interval display . . . . . . . . . . . . . . . 327

**Wheels** . . . . . . . . . . . . . . . . . . . . . . . . . 328
Wheels and Tires . . . . . . . . . . . . . . . . . . . 328
Tire pressure monitoring system . . . . . . . 344

**Care and cleaning** . . . . . . . . . . . . . . . 347
General information . . . . . . . . . . . . . . . . . 347
Car washes . . . . . . . . . . . . . . . . . . . . . . . . 347
Cleaning and care information . . . . . . . . . 348
Placing your vehicle out of service . . . . . . 352

**Do It Yourself** . . . . . . . . . . . . . . . . . . . 353
**Emergency assistance** . . . . . . . . . . . . 353
Trunk escape latch . . . . . . . . . . . . . . . . . . 353
General information . . . . . . . . . . . . . . . . . 353
Equipment . . . . . . . . . . . . . . . . . . . . . . . . 353
Tire mobility kit . . . . . . . . . . . . . . . . . . . . 354
Replacing wheels . . . . . . . . . . . . . . . . . . . 356
Spare tire . . . . . . . . . . . . . . . . . . . . . . . . . 362

Table of contents

Table of contents

**Fuses and bulbs** . . . . . . . . . . . . . . . . . . 364
   Fuses . . . . . . . . . . . . . . . . . . . . . . . . . . . . 364
   Bulbs . . . . . . . . . . . . . . . . . . . . . . . . . . . . 366

**Emergency situations** . . . . . . . . . . . 368
   General . . . . . . . . . . . . . . . . . . . . . . . . . . 368
   Starting by pushing or towing . . . . . . . . . 368
   Starting with jumper cables . . . . . . . . . . 368
   Using jump start cables . . . . . . . . . . . . . . 369
   Towing with a tow truck . . . . . . . . . . . . . 370
   Raising the vehicle . . . . . . . . . . . . . . . . . . 372

**Technical data and accessories** . . 374
**Technical data** . . . . . . . . . . . . . . . . . . . 374
   Vehicle data . . . . . . . . . . . . . . . . . . . . . . . 374
   Notes about technical data . . . . . . . . . . . 374
   Weights . . . . . . . . . . . . . . . . . . . . . . . . . . 374
   Dimensions . . . . . . . . . . . . . . . . . . . . . . . . 375
   Capacities . . . . . . . . . . . . . . . . . . . . . . . . . 375
   Gasoline engines . . . . . . . . . . . . . . . . . . . 375

**Consumer information** . . . . . . . . . . 378
   Warranty coverages . . . . . . . . . . . . . . . . . 378
   Operating your vehicle outside the U.S.A.
   or Canada . . . . . . . . . . . . . . . . . . . . . . . . . 378
   Audi Service Repair Manuals and
   Literature . . . . . . . . . . . . . . . . . . . . . . . . . 378
   Maintenance . . . . . . . . . . . . . . . . . . . . . . . 378
   Accessories and technical changes . . . . . . 380
   Declaration of Compliance,
   Telecommunication and Electronic
   Systems . . . . . . . . . . . . . . . . . . . . . . . . . . 381

**Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . 382

About this Owner's Manual

This Owner's Manual applies to all versions of this model. It contains important information, tips, suggestions and warnings for using your vehicle.

Keep this manual in your vehicle at all times. This is especially important if you loan your vehicle to others or sell it.

This owner's manual describes the **equipment range** specified for this model at the time of printing. Individual equipment options described may only be available at a later date or may only be offered in certain countries.

Some sections in this manual do not apply to all vehicles. When this is the case, the beginning of the section indicates the **validity**, for example "Applies to vehicles: with cruise control system". Optional or vehicle-specific equipment is also identified with an asterisk "*".

The **illustrations** in this manual are a guide. Some of the details in your vehicle may differ from the illustration.

All **directions**, such as "left", "right", "front" and "rear", are based on the vehicle's direction of travel.

\*   Optional or vehicle-specific equipment

▶   The section continues on the next page.

⇨ ⚠ Cross reference to a "WARNING" within a section. If a page number is indicated, the WARNING is located outside of the section.

> ⚠ **WARNING**
>
> Text with this symbol contains information about safety and how to reduce the risk of serious personal injury or death.

>  **Note**
>
> Text with this symbol contains information about reducing the risk of damage to your vehicle.

>  **For the sake of the environment**
>
> Text with this symbol contains information on protecting the environment.

> ⓘ **Tips**
>
> Text with this symbol contains additional useful information.

8V2012721B8



Fig. 1 Cockpit: left section



Fig. 2 Cockpit: right section

8V201272LBB

7    8

① Door handle
② Side assist . . . . . . . . . . . . . . . . . . . . 139
③ Central locking switch . . . . . . . . . . 37
④ Light switch . . . . . . . . . . . . . . . . . . . 51
⑤ Vents . . . . . . . . . . . . . . . . . . . . . . . . 70
⑥ Lever for:
   – Turn signals and high beams . . . 52
   – High beam assistant . . . . . . . . . . 52
   – Active lane assist . . . . . . . . . . . . 136
⑦ Multifunction steering wheel with:
   – Horn
   – Driver's airbag . . . . . . . . . . . . . . 271
   – Driver information system con-
     trols . . . . . . . . . . . . . . . . . . . . . . 13, 16
   – Audio/video, telephone, naviga-
     tion and voice recognition con-
     trols . . . . . . . . . . . . . . . . . . . . . . 15, 16
   – ⚙ button/steering wheel heating . . 15, 16
   – Shift paddles . . . . . . . . . . . . . . . 90
⑧ Instrument cluster . . . . . . . . . . . . . 10
⑨ Windshield washer system lever . 57
⑩ Steering column, with the follow-
   ing, depending on equipment:
   – Ignition lock . . . . . . . . . . . . . . . . 77
   – Starting the engine when there is
     a malfunction . . . . . . . . . . . . . . . 81
⑪ Adjustable steering column . . . . . 76
⑫ Lever for:
   – Cruise control system . . . . . . . . 123
   – Adaptive cruise control . . . . . . . 126
⑬ Knee airbag . . . . . . . . . . . . . . . . . . 283
⑭ Instrument illumination . . . . . . . . 55
⑮ Hood release . . . . . . . . . . . . . . . . . 318
⑯ Data link connector for On Board
   Diagnostic System (OBD II) . . . . . 23
⑰ Switch (depending on the equip-
   ment) for:
   – Luggage compartment lid . . . . . 39
   – Fuel filler door (plug-in hybrid
     drive) . . . . . . . . . . . . . . . . . . . . . 105
⑱ Power exterior mirror adjustment . 55
⑲ Power windows . . . . . . . . . . . . . . . 41
⑳ Depending on equipment:

   – Child safety lock . . . . . . . . . . . . . 41
   – Central power window switch . . . 41
㉑ Infotainment system display . . . . 159
㉒ Glove compartment . . . . . . . . . . . 65
㉓ Drives for CD, DVD, SIM cards . . . 223
㉔ Front passenger's airbag . . . . . . . 271
㉕ Depending on equipment, buttons
   for:
   – Drive select . . . . . . . . . . . . . . . . . 143
   – Start/Stop system . . . . . . . . . . . 81
   – ⏻ button (plug-in hybrid drive) 100
   – Parking aid . . . . . . . . . . . . . . . . . 147
   – Emergency flashers . . . . . . . . . . 53
   – Electronic Stabilization Control
     (ESC) . . . . . . . . . . . . . . . . . . . . . 151
   – Extending/retracting Infotain-
     ment system display . . . . . . . . . 159
   – Front passenger airbag off indica-
     tor . . . . . . . . . . . . . . . . . . . . . . . . 279
㉖ Deluxe automatic climate control 71
㉗ Socket . . . . . . . . . . . . . . . . . . . . . . 64
㉘ Selector lever (automatic transmis-
   sion) . . . . . . . . . . . . . . . . . . . . . . . . 85
㉙ Cup holder . . . . . . . . . . . . . . . . . . . 65
㉚ Infotainment system on/off
   button . . . . . . . . . . . . . . . . . . . . . . 158
㉛ Infotainment unit . . . . . . . . . . . . . 158
㉜ Power top operation . . . . . . . . . . . 44
㉝ Center armrest with storage com-
   partment. Depending on vehicle
   equipment, it may have:
   – Audi music interface . . . . . . . . . 229
   – Audi smartphone interface . . . . 239
㉞ Electromechanical parking brake . 83
㉟ START ENGINE STOP button or ⏻
   START STOP button (plug-in hy-
   brid drive) . . . . . . . . . . . . . . . . . . . 78
㊱ Audi music interface . . . . . . . . . . . 229

ⓘ **Tips**

Some the equipment listed here is only instal-
led in certain models or is available as an op-
tion.

---

# Instrument cluster

**Instrument cluster overview**

*The instrument cluster is the central information center for the driver.*



**Fig. 3** Applies to: vehicles with Audi virtual cockpit-Instrument cluster overview



**Fig. 4** Applies to: vehicles with analog instrument cluster-Instrument cluster overview

Vehicles with plug-in hybrid drive*: the instru-
ment cluster varies ⇨ page 97.

① Coolant temperature indicator or
   boost indicator* . . . . . . . . . . . . . 11, 11
② Tachometer . . . . . . . . . . . . . . . . . . 12
   – With **OFF** status indicator . . . . . 77, 78
   – With **READY** status indicator . . 77, 78, 81
③ Tab area
④ Central area with

   – Driver information system (Audi
     virtual cockpit)* . . . . . . . . . . . . . 17
   – Driver information system (ana-
     log instrument cluster) . . . . . . . . 17
   – Indicator lights . . . . . . . . . . . . . . 24
⑤ Status line (displayed on one or two
   lines)
⑥ Trip odometer reset button . . . . . 12
⑦ Speedometer/convenience display
⑧ Fuel level . . . . . . . . . . . . . . . . . . . . 12
⑨ Speedometer

Cockpit overview

⑩  Left additional display (divided in
    two sections in the expanded view)

There may be additional indicator lights in the
tachometer ②, the speedometer ⑦, the status
line ⑤ and, depending on the instrument clus-
ter, above or below the central area ④.

The following pages will primarily show illustra-
tions of the multi-color analog instrument clus-
ter*. The display and/or position of the element
shown may vary in monochrome instrument clus-
ters or in the Audi virtual cockpit*.

> ### ⓘ Tips
>
> – Depending on vehicle equipment, the in-
>   strument illumination (needles and gauges)
>   may turn on when the lights are off and the
>   ignition is switched on. The illumination for
>   the gauges reduces automatically and even-
>   tually turns off as brightness outside in-
>   creases. This function reminds the driver to
>   turn the low beams on at the appropriate
>   time.
> – You can select the units used for tempera-
>   ture, speed and other measurements in the
>   Infotainment system ⇨ page 241.

### Coolant temperature indicator

The coolant temperature display ① ⇨ page 10,
fig. 4 or ⇨ page 10, fig. 3 only functions when
the ignition is switched on. To prevent engine
damage, please observe the following notes
about the temperature ranges.

**Cold range**

If only the LEDs at the bottom of the gauge turn
on, the engine has not reached operating tem-
perature yet. Avoid high engine speeds, full ac-
celerating and heavy engine loads.

**Normal range**

The engine has reached its operating tempera-
ture once the LEDs up to the center of the gauge
turn on. If the 🌡 indicator light in the instru-
ment cluster display turns on, the coolant tem-
perature is too high ⇨ page 28.

### Vehicles without a coolant temperature
indicator

The 🌡 indicator light turns on when the coolant
temperature is high ⇨ page 28. Refer to ⇨①.

> ### ⓘ Note
>
> – Auxiliary headlights and other accessories in
>   front of the cooling-air intake impair the
>   cooling effect of the coolant. This increases
>   the risk of the engine overheating during
>   high outside temperatures and heavy en-
>   gine load.
> – The front spoiler also helps to distribute
>   cooling air correctly while driving. If the
>   spoiler is damaged, the cooling effect will
>   be impaired and the risk of the engine over-
>   heating will increase. See an authorized
>   Audi dealer or authorized Audi Service Fa-
>   cility for assistance.
> – Vehicles without a coolant temperature dis-
>   play: to promote a long engine service life,
>   avoiding high engine speeds, full accelera-
>   tion and heavy engine loads during approxi-
>   mately the first 15 minutes when the en-
>   gine is cold is recommended. The amount of
>   time that the engine is cold depends on the
>   outside temperature.

### Engine oil temperature display and boost
indicator

Applies to: vehicles with engine oil temperature display/boost
indicator

**Engine oil temperature indicator**

Applies to: vehicles with analog instrument cluster

The engine oil temperature is only shown in the
lap timer display ⇨ page 125.

Applies to: vehicles with Audi virtual cockpit

The engine oil temperature is only shown in the
expanded view or in the sport view* ⇨ page 15.

The display --- °F (--- °C) appears in the instru-
ment cluster when the engine oil temperature is
below 140 °F (60 °C).

The engine has reached its operating tempera-
ture when the engine oil temperature is between
176 °F (80 °C) and 248 °F (120 °C) under normal ▶

driving conditions. The engine oil temperature
may be higher if there is heavy engine load and
high temperatures outside. This is not a cause for
concern as long as the 🌡 ⇨ page 29 or 🌡
⇨ page 32 indicator lights do not turn on.

**Boost indicator**

Applies to: vehicles with Audi virtual cockpit

The boost indicator is only shown in the expand-
ed view or in the sport view* ⇨ page 15.

The current engine load (meaning the current
boost pressure) is indicated by a bar.

### Tachometer

*The tachometer displays the engine speed in rev-
olutions per minute (RPM).*

The beginning of the red zone in the tachometer
indicates the maximum permissible engine speed
for all gears once the engine has been broken in
and when it is warmed up to operating tempera-
ture. Before reaching the red zone, you should
shift into the next higher gear, choose the D or S
selector lever position, or remove your foot from
the accelerator pedal.

Applies to: vehicles with plug-in hybrid drive

Depending on the vehicle equipment, there are
different display formats available ⇨ page 97.

> ### ⓘ Note
>
> The needle in the tachometer ② ⇨ page 10,
> fig. 4 or ⇨ page 10, fig. 3 may only be in the
> red area of the gauge for a short time or there
> is a risk of engine damage. The location where
> the red zone begins varies depending on the
> engine.

> ### ⊕ For the sake of the environment
>
> Upshifting early helps you to save fuel and re-
> duces operating noise.

### Fuel level

The display ⑧ ⇨ page 10, fig. 4 or ⇨ page 10,
fig. 3 only functions when the ignition is switch-
ed on. When the display has reached the reserve

mark, a red LED appears and the 🛢 indicator
light turns on ⇨ page 32. The LED blinks red
when the fuel level is very low.

For the tank capacity in your vehicle, refer to the
Technical Data ⇨ page 375.

> ### ⓘ Note
>
> Never drive until the tank is completely emp-
> ty. The irregular supply of fuel that results
> from that can cause engine misfires. Uncom-
> busted fuel will then enter the exhaust sys-
> tem. This can cause overheating and damage
> to the catalytic converter.

### Odometer



Fig. 5  Instrument cluster: odometer

**Trip odometer and odometer**

The trip odometer shows the distance driven
since it was last reset. It can be used to measure
short distances.

The trip odometer can be reset to zero by press-
ing the reset button ⑥ ⇨ page 10, fig. 4 or
⇨ page 10, fig. 3.

The odometer shows the total distance that the
vehicle has been driven.

**Malfunction indicator**

If there is a malfunction in the instrument clus-
ter, DEF will appear in the trip odometer display.
Have the malfunction corrected as soon as possi-
ble.

### Outside temperature display

If your vehicle is stationary or if you are driving at
very low speeds, the temperature displayed may ▶

Cockpit overview

be slightly higher than the actual temperature outside due to the heat radiating from the engine.

At temperatures below 41 °F (+5 °C), a snowflake symbol appears in front of the temperature display ⇨ ⚠.

> **⚠ WARNING**
>
> Do not assume the roads are free of ice based on the outside temperature display. Be aware that there may be ice on roads even when the outside temperature is around 41 °F (+5 °C) and that ice can increase the risk of accidents.

## Multifunction steering wheel plus

**Operating**

Applies to: vehicles with Audi virtual cockpit

*You can use the multifunction steering wheel plus to operate the driver information system and the MMI functions, adjust the volume and switch the voice recognition system on and off.*



**Fig. 6** Example: driver information system view (Audi virtual cockpit)



**Fig. 7** Left side of multifunction steering wheel plus

Requirement: the ignition must be switched on.

The driver information system contains multiple tabs (①) ⇨ *fig. 6* hat display various information ②.

The following tabs are available, depending on vehicle equipment:

| First tab | Vehicle (trip computer) ⇨ *page 17* |
|---|---|
| Second tab[a] | Messages |
| Third tab | Radio ⇨ *page 19* Media ⇨ *page 20* |
| Fourth tab | Telephone* ⇨ *page 20* |
| Fifth tab | Navigation* ⇨ *page 21* Map* ⇨ *page 22* |

[a] This tab is only visible when there is at least one indicator light or message displayed.

③ **Button** ◁▷

– **Switching tabs:** press the ◁▷ button repeatedly until the desired tab is shown (for example, Radio).

④ VIEW **button**

Switching views: see ⇨ *page 15, Switching views*.

⑤ ⤺ **button**

Return to functions at higher levels

⑥ ▷ **and** Ⓒ **control buttons**

Opening/closing the selection menu or options menu ⇨ *page 14*.

⑦ **Left thumbwheel**

– **Selecting a function in a menu/list:** turn the left thumbwheel to the desired function (for example, selecting a frequency).
– **Confirming a selection:** press the left thumbwheel ⑦ ⇨ *fig. 7*.
– **Zooming in/out on the map:** when a map is displayed, turn the left thumbwheel to zoom in and out on the map.

---

**Control buttons**

Applies to: vehicles with Audi virtual cockpit



**Fig. 8** Selection menu and options menu

**Left control button**

– **Opening/closing the selection menu:** press the respective left control button on the multifunction steering wheel ⇨ *fig. 8* . You can select and confirm a function in the selection menu using the left thumbwheel (for example, selecting a frequency band).

**Right control button**

– **Opening/closing the options menu:** press the respective right control button on the multifunction steering wheel ⇨ *fig. 8* . You can change any context-dependent functions and settings using the left thumbwheel (for example, additional station information).

> **ⓘ Tips**
>
> The availability of a selection menu or options menu depends on the function that is selected.

8V201272188

## Switching views

Applies to: vehicles with Audi virtual cockpit

Fig. 9 Expanded view

Fig. 10 Standard view: classic/sport*

Applies to: vehicles with Audi virtual cockpit

– **Switching views**: press the [VIEW] button ④ ⇨ *page 13, fig. 7* to switch from the default view ⇨ *fig. 10* to the expanded view ⇨ *fig. 9*. To return to the default view, press the [VIEW] button again.

Applies to: vehicles with sport view

– **Setting the default view**: depending on the vehicle equipment, you can choose between the classic and sport view. Select on the multifunction steering wheel: left control button > **Layout** > **Sport layout** or **Classic layout**.

### Tips

Applies to: vehicles with sport view

Always set the desired default view before driving, because the display functions will not be available for several seconds.

## Other function buttons

Applies to: vehicles with Audi virtual cockpit

1
2
3
6
5
4

Fig. 11 Right side of multifunction steering wheel plus

### ① [call] button

– **Accepting a call**: press the [call] button when there is an incoming call.

– **Ending a call**: press the [call] button during an active phone call.

– **Opening the call list**: if no phone call is in progress and there are no incoming calls, press the [call] button.

### ② [voice] button

– **Switching the voice recognition system on**: briefly press the [voice] button. Say the desired command after the **Beep**.

– **Switching the voice recognition system off**: press and hold the [voice] button. **Or**: say the command **Cancel**.

For more information about the voice recognition system, see ⇨ *page 170, Voice recognition system*.

### ③ Right thumbwheel

You can adjust the volume of an audio source or a system message (for example, from the voice recognition system) when the sound is playing.

– **Increasing or decreasing the volume**: turn the right thumbwheel up or down.

– **Muting or pausing**: turn the right thumbwheel down. **Or**: press the right thumbwheel.

– **Unmuting or resuming**: turn the right thumbwheel up. **Or**: press the right thumbwheel.

### ④ [|◁◁] / [▷▷|] button

– **Selecting the previous/next track or station**: press the [|◁◁] or [▷▷|] button.

– **Fast forwarding/rewinding audio files**: press and hold the [|◁◁] or [▷▷|] button until the desired location in the file is reached.

### ⑤ [✱] button / steering wheel heating [heat]

– **Steering wheel heating***: For additional information, see ⇨ *page 73*.

– **Programmable steering wheel button - opening a function**: press the [✱] button on the multifunction steering wheel.

– **Programmable steering wheel button - requesting a function**: press and hold the [✱] button.

– **Programmable steering wheel button - changing a function**: Select in the Infotainment system: [MENU] button > **Vehicle** > left control button > **Vehicle settings** > **Steering wheel button assignment**.

### ⑥ [nav] button

– **Repeating the last navigation prompt**: press the [nav] button when route guidance is active.

– **Changing the voice guidance volume**: when route guidance is active, turn the right thumbwheel upward or downward during a navigation prompt.

# Multifunction steering wheel

## Operating

Applies to: vehicles with analog instrument cluster

*With the multifunction steering wheel, you can operate the driver information system as well as the MMI functions and you can also adjust the volume.*

1

Fig. 12 Left side of multifunction steering wheel

2
3
7
4
6
5

Fig. 13 Right side of the multifunction steering wheel

Requirement: the ignition must be switched on.

### ① Operating the driver information system

The driver information system contains multiple tabs ① ⇨ *page 13, fig. 6* that display various information ② ⇨ *page 13, fig. 6*.

The following tabs are available, depending on vehicle equipment:

| | |
|---|---|
| First tab | Vehicle (trip computer) ⇨ *page 18* |
| Second tab[a)] | Messages |
| Third tab | Radio ⇨ *page 19*<br>Media ⇨ *page 20* |

8V2012721BB

| Fourth tab | Telephone* ⇨ page 20 |
| Fifth tab | Navigation* ⇨ page 21 |

a) This tab is only visible when there is at least one indicator light or message displayed.

– **Switching tabs**: press the ⟨⊡⟩ button repeatedly until the desired tab is shown.
– **Opening/closing the menu**: press the ⌷ button.
– **Selecting a function in the menu/list**: turn the left thumbwheel to the desired function.
– **Confirming a selection**: press the left thumbwheel to confirm your selection.
– **Returning to functions at higher levels**: press the ⟲ button.
– **Scrolling within lists**: turn the left thumbwheel quickly.

② ☎ **button**

– **Accepting a call**: press the ☎ button when there is an incoming call.
– **Ending a call**: press the ☎ button during an active phone call.
– **Opening the call list**: if no phone call is in progress and there are no incoming calls, press the ☎ button.

③ 🗣 **button**

– **Switching the voice recognition system on**: briefly press the 🗣 button. Say the desired command after the **Beep**.
– **Switching the voice recognition system off**: press and hold the 🗣 button. Or: say the command **Cancel**.

For more information about the voice recognition system, see ⇨ page 170, Voice recognition system.

④ **Right thumbwheel**

You can adjust the volume of an audio source or a system message (for example, from the voice recognition system) when the sound is playing.

– **Increasing or decreasing the volume**: turn the right thumbwheel up or down.
– **Muting or pausing**: turn the right thumbwheel down. Or: press the right thumbwheel.

– **Unmuting or resuming**: turn the right thumbwheel up. Or: press the right thumbwheel.

⑤ ⏮ / ⏭ **button**

– **Selecting the previous/next track or station**: press the ⏮ or ⏭ button.
– **Fast forwarding/rewinding audio files**: press and hold the ⏮ or ⏭ button until the desired location in the file is reached.

⑥ ✳ **button / steering wheel heating*** 🔥

– **Steering wheel heating***: For additional information, see ⇨ page 73.
– **Programmable steering wheel button – opening a function**: Press the ✳ button on the multifunction steering wheel.
– **Programmable steering wheel button – requesting a function**: press and hold the ✳ button.
– **Programmable steering wheel button – changing a function**: Select in the Infotainment system: ⟨MENU⟩ button > **Vehicle** > left control button > **Vehicle settings** > **Steering wheel button assignment**.

⑦ 🧭 **button**

– **Repeating the last navigation prompt**: press the 🧭 button when route guidance is active.
– **Changing the voice guidance volume**: when route guidance is active, turn the right thumbwheel upward or downward during a navigation prompt.

# Driver information system

## Trip computer (Audi virtual cockpit)

Applies to: vehicles with Audi virtual cockpit



Fig. 14  Instrument cluster: fuel consumption display

## Resetting values to zero

Requirement: the **Fuel consumption**, **Short-term memory** or **Long-term memory** display must be selected.

▸ To reset the value for the respective memory to zero, press and hold the left thumbwheel ⑦ ⇨ page 13, fig. 7 on the multifunction steering wheel for one second. Or
▸ On the multifunction steering wheel, select: the right control button > **Reset values***.

## Adjusting the additional display

▸ On the multifunction steering wheel, select the right control button > **Additional display**.
▸ Select the desired additional display.

## Opening the vehicle functions

▸ Open the first Vehicle tab (trip computer) using the 🧭 button on the multifunction steering wheel.

The following displays are available, depending on vehicle equipment:

– Date and time ⇨ page 241
– Plug-in hybrid drive: Range ⇨ page 99
– Average consumption
– Short-term memory overview
– Long-term memory overview
– Energy consumers ⇨ page 18
– Driver assistance ⇨ page 123

The short-term memory collects driving information from the time the ignition is switched on until it is switched off. If you continue driving within two hours after switching the ignition off, the new values are included when calculating the current trip information.

Unlike the short-term memory, the long-term memory is not erased automatically. You can select the time period for evaluating trip information yourself.

## Fuel consumption

The current fuel consumption can be shown using a bar graph ⇨ fig. 14. The average consumption stored in the short-term memory is also dis-

played. If the bar is green, your vehicle is saving fuel through the following function:

– **Recuperation**: electrical energy can be stored in the vehicle battery when the vehicle is coasting or driving downhill. The bar will move toward ⟨⊗⟩.

## Energy consumers*

The **Energy consumers** view lists other equipment that is currently affecting fuel consumption. The display shows up to three energy consumers. The equipment using the most power is listed first. If more than three items using power are switched on, the equipment that is currently using the most power is displayed. A chart also shows you the current total of all other consumers.

ⓘ **Tips**

The date, time of day and time and date format can be set in the Infotainment system ⇨ page 241.

## Trip computer (analog instrument cluster)

Applies to: vehicles with analog instrument cluster



Fig. 15  Instrument cluster: fuel consumption display

## Resetting values to zero

▸ Press the 🧭 button on the multifunction steering wheel and select **Trip computer** or **Efficiency program** in the menu.
▸ To reset the value for the respective memory to zero, press and hold the left thumbwheel ① ⇨ page 16, fig. 12 on the multifunction steering wheel for one second.

BV201272188

Cockpit overview

## Opening the vehicle functions

▸ Open the first Vehicle tab (trip computer) using the 🔄 button on the multifunction steering wheel.
▸ Press the 🔲 button on the multifunction steering wheel and select Vehicle functions or Efficiency program in the menu.

The following displays are available, depending on vehicle equipment:

– Trip computer **1** **2** ⇨ page 19
– Efficiency program 🟢 ⇨ page 19
– Digital speedometer
– Assist ⇨ page 123
– Lap timer ⇨ page 125
– Reduced display

## Trip computer

In the trip computer, you can call up the following displays one after the other by turning the left thumbwheel on the multifunction steering wheel.

– Date ⇨ page 241
– Remaining range
– Plug-in hybrid drive*: Tachometer ⇨ page 97, Range ⇨ page 99, Energy flow display ⇨ page 102
– Short-term memory **1**
– Average consumption
– Long-term memory **2**
– Engine oil temperature*

The short-term memory collects driving information from the time the ignition is switched on until it is switched off. If you continue driving within two hours after switching the ignition off, the new values are included when calculating the current trip information.

Unlike the short-term memory, the long-term memory is not erased automatically. You can select the time period for evaluating trip information yourself.

## Efficiency program 🟢

Applies to: vehicles with efficiency program

The efficiency program can help you to use less fuel. It evaluates driving information in reference to fuel consumption and shows other equipment influencing consumption. Economy tips provide advice for efficient driving.

The efficiency program receives distance and consumption data from the short-term memory. If the data in the efficiency program is deleted, the values in the short-term memory are also reset.

The following additional displays may be available in the efficiency program, depending on vehicle equipment:

– **Other equipment**: other equipment that is currently affecting fuel consumption is listed in the efficiency program. The display shows up to three other equipment items. The equipment using the most power is listed first. If more than three items using power are switched on, the equipment that is currently using the most power is displayed. A chart also shows you the current total of all other consumers.
– **Economy tips**: in certain situations, economy tips appear automatically for a short time in the efficiency program. If you follow these economy tips, you can reduce your vehicle's fuel consumption. To turn an economy message off immediately after it appears, press any button on the multifunction steering wheel.

> ### ⓘ Tips
> The date, time of day and time and date format can be set in the Infotainment system ⇨ page 241.

### Radio

Requirement: radio mode must be started ⇨ page 217 and the radio/media tab must be displayed.

▸ Press either the 🔲 button or the left control button ⇨ page 14, depending on vehicle equipment.

Depending on vehicle equipment, the following functions may be available in the driver information system.

– **Selecting the frequency band**: select and confirm a frequency band.

– **Selecting a station from the presets list***: select: Presets > the desired radio station.
– **Selecting a station from the station list***: select and confirm a radio station.
– **Selecting a station from the favorites list**: select: Presets > the desired radio station.
– **Opening a media source**: select and confirm Switch to media.

### Additional settings

Applies to: vehicles with Audi virtual cockpit

– Select: right control button > desired entry.

Depending on the function selected, the following additional settings may be possible:

– Show "Now Playing" screen: see ⇨ page 221.

### Media

Requirement: a media drive must contain audio/video files ⇨ page 223 and the radio/media tab must be displayed.

▸ Press either the 🔲 button or the left control button ⇨ page 14, depending on vehicle equipment.

Depending on vehicle equipment, the following functions may be available in the driver information system.

– **Selecting a media source**: select and confirm a source such as the "SD card".
– **Playing an audio/video file**: select and confirm a track/file.
– **Pausing/resuming playback**: press the right thumbwheel ③ ⇨ page 15, fig. 11. To resume playback, press the right thumbwheel again.
– **Restarting playback of an audio file**: select the file that is currently playing, if necessary. Press the left thumbwheel.

Applies to: vehicles with analog instrument cluster
– **Switching to radio**: select and confirm a frequency band (such as FM).

Applies to: vehicles with Audi virtual cockpit
– **Switching to the radio**: select and confirm Switch to radio.
– **Opening additional track information**: select: right control button > Show "Now Playing"

screen. For additional information, see ⇨ page 233.

> ### ⓘ Tips
> – The media drives do not play files that are protected by DRM and that are identified with the symbol 🔒.
> – Please note that within a media source in the driver information system, only playlists that were selected through the MMI control panel can be played ⇨ page 231.
> – Always pay attention to the Infotainment system display. Additional operation through the MMI control panel may be necessary, depending on the selected function.

### Telephone

Applies to: vehicles with telephone

Requirement: a cell phone must be connected to the MMI ⇨ page 177 and the telephone data must be displayed.

▸ Press either the 🔲 button or the left control button ⇨ page 14, depending on vehicle equipment.

Depending on vehicle equipment, the following functions may be available in the driver information system.

– **Accessing a contact**: select and confirm Call list / Favorites / Directory. Select and confirm a contact.
– **Directory contacts**: the driver information system only displays directory contacts that have a phone number stored. If several phone numbers are stored with a contact, the list of stored numbers is displayed first when the entry is selected. For more information about the displayed symbols, refer to ⇨ page 185.
– **Recent calls**: the recent calls list contains all incoming, outgoing and missed calls.
– **Caller information***: the name, phone number or Unknown appears in the driver information system display depending on whether the caller has been stored in the driver information system and if the phone number has been transmitted.

Functions during an incoming call ▸

8Y201272188

- **Accepting a call**: press the left thumbwheel when there is an incoming call.
- **Declining a call**: select and confirm **Decline** when there is an incoming call.
- **Ending a phone call**: select and confirm **End call**.

**Functions during a phone call**

Applies to: vehicles with analog instrument cluster

- **Making an additional call**: select **Hold** > 🔲 button > **Directory** or **Call list** > *an entry in the list*.
- **Accepting an incoming call when there is an active call and a call on hold**: select and confirm **Replace**. The active call is replaced with the incoming call.

Applies to: vehicles with Audi virtual cockpit

- **Making an additional call**: select: **Hold call** > left control button > **Directory** or **Call list** > *an entry*.
- **Accepting an incoming call when there is an active call and a call on hold**: select and confirm **Answer**. The active call is replaced with the incoming call.

Additional functions include:

**Mute**: if you select and confirm this function, the other person on the phone cannot hear you. You can hear the other person.

**Holding or resuming a call**: you can put an existing phone call on hold and resume it.

**Swap call**: you can alternate between two phone calls at the same time. One of the calls will be on hold. **End call** ends the active phone call. A call that was placed on hold stays on hold and can be taken off hold with **Resume**.

**Conference call**: a call on hold and up to five active parties (depending on the cell phone service provider) can be added to a conference call. To make an additional call, put all participants in the current conference call on hold using **Hold**. By pressing the left control button, you can make additional calls from the directory or the call list. **Resume** takes all parties off hold.

① **Tips**

- The telephone functions can only be controlled with the multifunction steering wheel if the telephone equipment was installed *at the factory*.
- The telephone functions depend on the cell phone and whether they are supported by your cell phone service provider or not.
- The **Call waiting** function must be activated in your cell phone and in the MMI to be alerted when there is an incoming call during an active call. The call options depend on the cell phone and service provider. You can obtain more information from your cell phone service provider.

## Navigation

Applies to: vehicles with navigation system

Requirement: the navigation tab must be displayed.

If you have not started route guidance, a compass will display in the driver information system. The map is displayed in the Audi virtual cockpit*.

▸ Press either the 🔲 button or the left control button ⇨ page 14, depending on vehicle equipment.

Depending on vehicle equipment, the following functions may be available in the driver information system.

- **Accessing last destinations**: select and confirm **Last destinations** > *the desired destination*.
- **Accessing favorites***: select and confirm **Favorites** > *the desired destination*.

Applies to: vehicles with analog instrument cluster

- **Showing navigation when route guidance is active**: select and confirm **Route guidance**.
- **Showing compass when route guidance is not active**: select and confirm **Compass**.
- **Starting route guidance to the stored home address**: if necessary, first select and confirm **Stop route guidance** and then **Favorites** > **Home address**.
- **Canceling active route guidance**: select and confirm **Stop route guidance**.

Applies to: vehicles with Audi virtual cockpit

- **Displaying navigation during active route guidance**: select and confirm **Map** / **Arrow view**
- **Starting route guidance to the stored home address**: if necessary, first select and confirm **Cancel route guidance** and then **Favorites** > **Home address**.
- **Canceling active route guidance**: select: right control button > **Cancel route guidance**.

**Additional settings**

Applies to: vehicles with Audi virtual cockpit

- Select: right control button > *desired entry*.

Depending on the vehicle equipment and the function selected, the following additional settings may be possible:

- Map display ⇨ page 211
- Map colors ⇨ page 211
- Map orientation ⇨ page 211
- Automatic zoom ⇨ page 212

### Navigation view with route guidance started

Applies to: vehicles with navigation system and Audi virtual cockpit



Fig. 16 Diagram: standard map when route guidance is active (Audi virtual cockpit)

Requirement: a destination must be entered ⇨ page 200, route guidance must be started and the navigation tab must be displayed.

Depending on the vehicle equipment and the selected view ⇨ page 15, the following information will be displayed in the driver information system:

① Map content (such as points of interest or traffic information)

② Current vehicle position (⊙)

③ A bar graph appears when there is an upcoming turn. The fewer bars are shown, the shorter the distance is until the turn. If there is not an upcoming turn, the distance to the destination/stopover and the calculated arrival time is displayed in the right speedometer.

④ Name of the street where you are currently driving

### Street view with route guidance started

Applies to: vehicles with navigation system and analog instrument cluster



Fig. 17 Example: lane change in the instrument cluster



Fig. 18 Example: turning maneuver in the instrument cluster

Requirement: a destination must be entered ⇨ page 200, route guidance must be started and the navigation tab must be displayed.

Depending on vehicle equipment, the following information may be shown in the driver information system.

① Distance to the next maneuver

② Distance to the destination or stopover

③ Calculated arrival time

④ Name of the current expressway, highway or street. If the ○ symbol is displayed in front ▸

of the street name, you should turn onto the street shown.

⑤ Direction arrow for the upcoming maneuver
⑥ Lane recommendation
⑦ A bar graph appears when a direction arrow is displayed. The fewer bars are shown, the shorter the distance is until the turn.

The following functions are also available when route guidance is active:

– **Repeating the last navigation prompt:** press the 🔲 button.
– **Changing the voice guidance volume:** turn the right thumbwheel up or down during voice guidance.

> ⚠ **WARNING**
>
> The route calculated by the navigation system is a recommendation for reaching your destination. Obey traffic lights, stopping restrictions, one-way streets, lane change restrictions, etc.

> ⓘ **Tips**
>
> – Also refer to the chapter ⇨ page 8, Controls at a glance
> – An exclamation point "!" in front of the street name indicates that the information about this street or this section of the route is not complete in the navigation data contained in the MMI. Obey traffic laws in one-way streets and pedestrian zones.

## On Board Diagnostic System (OBD)

### Malfunction Indicator Lamp (MIL)

The malfunction indicator lamp (MIL) 🔲 in the instrument cluster is part of the On Board Diagnostic System (OBD II).

The indicator light turns on when the ignition is switched on and turns off once the engine is started and is running in idle at a stable speed. This indicates that the MIL is functioning correctly.

---

**If the light does not turn off after starting the engine** or turns on while driving, this may indicate there is a malfunction in the engine. If the indicator turns on, the catalytic converter may be damaged.

**Drive with reduced engine performance** (avoid high speeds for extended periods of time and/or fast acceleration) and have the malfunction corrected. See an authorized Audi dealer or authorized Audi Service Facility.

The electronic speed limiter may be faulty if the indicator light turns on. For additional information, see ⇨ page 23.

**The MIL may also turn on if the fuel filler cap is not closed correctly** ⇨ page 314.

### On-Board Diagnostics



Fig. 19  Location of Data Link Connector (DLC)

On-Board Diagnostics monitors the components of your emission control system. Each monitored component in your engine system has been assigned a code. In case of a malfunction, the component will be identified and the fault stored as a code in the control module memory.

The MIL light may also illuminate if there is a leak in the on-board fuel vapor recovery system. If the light illuminates after a refuelling, stop the vehicle and make sure the fuel filler cap is properly closed ⇨ page 314.

In order to make an accurate diagnosis, the stored data can only be displayed using special diagnostic equipment (generic scan tool for OBD).

In order to connect the special diagnostic equipment, push the plug into the Data Link Connector ▶

---

(DLC). The DLC is located to the right of the hood release ⇨ fig. 19.

Your authorized Audi dealer or a qualified service station can interpret the code and perform the necessary repair.

> ⚠ **WARNING**
>
> Do not use the diagnostic connector for personal use. Incorrect usage can cause malfunctions, which can increase the risk of a collision!

## Indicator lights

### Description

The indicator lights in the instrument cluster blink or turn on. They indicate functions or malfunctions.

Messages may appear with some indicator lights. A warning signal will sound at the same time. The indicator lights and messages in the instrument cluster display can be covered by other displays. You can have these displayed again in the driver information system by opening the second Vehicle tab (messages) using the 🔲 button on the multifunction steering wheel. If there are several malfunctions, you can display them one at a time using the thumbwheel.

Some indicator lights in the display can display in several colors.

### ⚠ Central indicator light

If the 🔲 or ⚠ indicator light turns on, check the instrument cluster display for more information.

Applies to: vehicles with monochrome display

If a message appears together with a central indicator light 🔲 or ⚠, the central indicator light will indicate the priority of the warning. If a white indicator light also appears, the central indicator light will have its own color. For example, if 🔲 appears together with 🔲, read the description for .

---

### Overview

Some indicator lights turn on briefly as a function check when you switch the ignition on. These systems are marked with a ✓ in the following tables. If one of these indicator lights does not turn on, there is a malfunction in that system.

**Red indicator lights**

| | |
|---|---|
| ⚠ | Central indicator light ⇨ page 24, Audi pre sense* ⇨ page 134 |
| BRAKE | USA models: Brake system ✓ ⇨ page 27 |
| (P) | Canada models: Brake system ✓ ⇨ page 27 |
| PARK | USA models: Electromechanical parking brake ⇨ page 28 |
| (P) | Canada models: Electromechanical parking brake ⇨ page 28 |
| 🌡 | Cooling system ⇨ page 28 |
| 🛢 | Engine oil pressure ⇨ page 29 |
| 🔋 | Alternator ⇨ page 29 |
| 🔒 | Safety belt ⇨ page 30 |
| ⚙! | Electromechanical steering ✓ ⇨ page 154 |
| 🔑 | Steering lock ⇨ page 30 |
| 🛑 | Engine stop while driving ⇨ page 30 |
| ⚙ | Transmission ⇨ page 91 |
| 🚗 | Hood ⇨ page 30 |

▶

---

## Cockpit overview

| Symbol | Description |
|---|---|
| | Adaptive cruise control* ⇨ page 128 |
| | e-tron: system warning* ⇨ page 98 |
| | e-tron: charging system* ⇨ page 117 |

### Yellow indicator lights

| Symbol | Description |
|---|---|
| | Central indicator light ⇨ page 24, Brake booster* ⇨ page 27 |
| | Electronic Stabilization Control (ESC) ✓ ⇨ page 31 |
| | Electronic Stabilization Control (ESC) ✓ ⇨ page 31 |
| ESC OFF | Electronic Stabilization Control (ESC) ⇨ page 151 |
| ABS | USA models: Anti-lock braking system (ABS) ✓ ⇨ page 31 |
| | Canada models: Anti-lock braking system (ABS) ✓ ⇨ page 31 |
| | Safety systems ✓ ⇨ page 29 |
| BRAKE WEAR | USA models: Brake pads ⇨ page 31 |
| | Canada models: Brake pads ⇨ page 33 |
| | Electromechanical parking brake ⇨ page 28 |
| | Hill hold assist ⇨ page 31 |
| | Tire pressure* ⇨ page 344 |

| Symbol | Description |
|---|---|
| TPMS | Tire pressure* ⇨ page 344 |
| | Engine control* ⇨ page 31 |
| EPC | Engine control* ⇨ page 31 |
| | Malfunction indicator lamp (MIL) ✓ ⇨ page 31 |
| | Engine speed limitation* ⇨ page 31 |
| | Engine oil level (MIN) ⇨ page 32 |
| | Engine oil sensor ⇨ page 32 |
| | Battery charge ⇨ page 29 |
| | Tank system ⇨ page 32 |
| | Washer fluid level ⇨ page 32 |
| | Windshield wipers ⇨ page 32 |
| | Remote control key* ⇨ page 80 |
| | Driver's door* ⇨ page 32 |
| | Battery in remote control key ⇨ page 35 |
| | Bulb failure indicator* ⇨ page 33 |
| | Headlight range control system ⇨ page 33 |
| | Adaptive light* ⇨ page 33 |
| | Light/rain sensor* ⇨ page 33 |
| | Transmission ⇨ page 91 |
| | Steering lock ⇨ page 30 ▶ |

## Cockpit overview

| Symbol | Description |
|---|---|
| | Engine start system ⇨ page 30 |
| | Electromechanical steering ⇨ page 154 |
| | Suspension control* ⇨ page 33 |
| | Power top* ⇨ page 46 |
| | Active lane assist* ⇨ page 137 |
| | Side assist* ⇨ page 143 |
| | pre sense* ⇨ page 136 |
| | e-tron: system warning* ⇨ page 98 |
| POWER LIMIT | *e-tron: driving power* ⇨ page 98, ⇨ page 105 |
| | e-tron: vehicle sound* ⇨ page 98 |
| AC | e-tron: charging system* ⇨ page 117 |

### Other indicator lights

| Symbol | Description |
|---|---|
| | Turn signals ⇨ page 33 |
| CRUISE | USA models: Cruise control system* ⇨ page 123 |
| | Canada models: Cruise control system* ⇨ page 123 |
| | Adaptive cruise control* ⇨ page 128 |
| | Adaptive cruise control* ⇨ page 128 |
| | Adaptive cruise control* ⇨ page 128 |

| Symbol | Description |
|---|---|
| | Adaptive cruise control* ⇨ page 129 |
| | Active lane assist* ⇨ page 137 |
| A | Start/Stop system* ⇨ page 81 |
| | Start/Stop system* ⇨ page 81 |
| | Convenience key* ⇨ page 81 |
| | Engine start system ⇨ page 30 |
| | Transmission ⇨ page 91 |
| PARK BRAKE | Electromechanical parking brake ⇨ page 28 |
| (P) | Canada models: Electromechanical parking brake ⇨ page 28 |
| | Electromechanical parking brake ⇨ page 28 |
| | Hill hold assist ⇨ page 31 |
| MPH | Speed warning system* ⇨ page 123 |
| km/h | Canada models: Speed warning system* ⇨ page 123 |
| CRUISE | USA models: Cruise control system* ⇨ page 123 |
| | Canada models: Cruise control system* ⇨ page 123 |
| | Adaptive cruise control* ⇨ page 129 |
| | Adaptive cruise control* ⇨ page 129 |
| | Active lane assist* ⇨ page 137 ▶ |

8V0012721BB

25                                    26

Cockpit overview



| | |
|---|---|
| | Side assist* ⇨ page 143 |
| | pre sense* ⇨ page 136 |
| | High beam assistant* ⇨ page 52 |
| | High beams ⇨ page 52 |
| | e-tron: electric drive ready mode* ⇨ page 100 |
| | e-tron: electric drive ready mode* ⇨ page 98 |
| | e-tron: charging system* ⇨ page 117 |
| | e-tron: charging system* ⇨ page 117 |
| | e-tron: gasoline engine* ⇨ page 100 |
| | e-tron: tank system* ⇨ page 105 |
| | e-tron: charging system* ⇨ page 117 |

### BRAKE/🅿 Brake system

If this indicator light turns on, there is a malfunction in the brake system.

**BRAKE (USA models) / 🅿 (Canada models) Please stop vehicle and check brake fluid level!**

Stop the vehicle and check the brake fluid level. See an authorized Audi dealer or authorized Audi Service Facility for assistance if necessary.

**BRAKE (USA models) / 🅿 (Canada models) Warning! No brake booster**

If the brake booster is not working, you have to use much more force when braking the vehicle. See an authorized Audi dealer or authorized Audi Service Facility for assistance.

**BRAKE (USA models) / 🅿 (Canada models) Brakes: malfunction! Please stop vehicle safely**

If the indicator light turns on and this message appears, there is a malfunction in the brake booster.

If the ABS indicator light ABS (USA models) / 🔄 (Canada models), the ESC indicator light 🔄, and the brake system indicator light BRAKE (USA models) / 🅿 (Canada models) all turn on and this message appears, then the ABS, ESC and braking distribution are malfunctioning ⇨ ⚠.

Do not continue driving. See an authorized Audi dealer or authorized Audi Service Facility for assistance ⇨ ⚠.

**BRAKE (USA models) / 🅿 (Canada models) Parking brake system fault! See owner's manual**

– If the indicator light and the message appear **when the vehicle is stationary or after switching the ignition on**, check if you can release the parking brake. If you cannot release the parking brake, see an authorized Audi dealer or authorized Audi Service Facility. If you can release the parking brake and the message still appears, see an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.
– If the indicator light and message appear **while driving**, the hill start assist or emergency braking function may be malfunctioning. It may not be possible to set the parking brake or release it once it has been set. Do not park your vehicle on hills. See an authorized Audi dealer or authorized Audi Service Facility for assistance.

**Brake booster: limited functionality. You can continue driving. Please contact Service**

There is a malfunction in the brake booster. The brake booster is available, but its effectiveness is reduced. Braking behavior may be different from how it normally functions and the brake pedal may vibrate.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

Applies to: vehicles with plug-in hybrid drive

**Brake booster: deactivated. See owner's manual ▶**

The brake booster remains active for a brief period of time after switching off the ignition. To secure the vehicle from rolling away, move the selector lever in the P position or set the parking brake.

> ### ⚠ WARNING
>
> – Read and follow the warnings in ⇨ page 316, *Working in the engine compartment* before opening the hood and checking the brake fluid level.
> – If the brake system indicator light does not turn off or it turns on while driving, the brake fluid level in the reservoir is too low, and this increases the risk of an accident. Stop the vehicle and do not continue driving. See an authorized Audi dealer or authorized Audi Service Facility for assistance.
> – If the brake system indicator light turns on together with the ABS and ESC indicator lights, the ABS/ESC regulating function may be malfunctioning. Functions that stabilize the vehicle are no longer available. This could cause the rear of the vehicle to swerve, which increases the risk that the vehicle will slide. Do not continue driving. See an authorized Audi dealer or authorized Audi Service Facility for assistance.

### PARK/🅿/🅿 Electromechanical parking brake

If the PARK (USA models) / 🅿 (Canada models) indicator light turns on, the parking brake was set.

If the PARK (USA models) / 🅿 (Canada models) indicator light blinks, the braking force is not building up enough or not building up at all. Select the P selector lever position to help secure the vehicle. Make sure the indicator light is off before you start driving.

There is a malfunction in the parking brake. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

**🅿/PARK BRAKE (USA models) / 🅿 (Canada models) Parking brake auto release unavailable**

If this message appears, press the brake pedal first and then release the parking brake.

**🅿/PARK BRAKE (USA models) / 🅿 (Canada models) Caution: Vehicle parked too steep**

If the indicator light blinks and the message appears, there is not enough braking power to secure the vehicle. The brakes have overheated. The vehicle could roll away even on a small incline.

**🅿/PARK BRAKE (USA models) / 🅿 (Canada models) Parking brake is applied**

If this message appears, press the brake pedal first and then release the parking brake if necessary.

> ### ⓘ Tips
>
> For additional information on the parking brake, see ⇨ page 83.

### 🌡 Cooling system

**🌡 Switch off engine and check coolant level! See owner's manual**

**🌡 Stop vehicle and check coolant level! See owner's manual**

The coolant level is too low.

Do not continue driving and switch the engine off. Check the coolant level ⇨ page 323.

Plug-in hybrid drive*: See ⇨ page 104.

– If the coolant level is too low, add coolant ⇨ page 323. Only continue driving once the indicator light turns off.

**🌡 Coolant temperature too high! Let engine run with vehicle stationary**

Let the engine run at idle for a few minutes to cool off, until the indicator light turns off.

– If the indicator light does not turn off, do not continue driving the vehicle. See an authorized Audi dealer or authorized Audi Service Facility for assistance. ▶

⚠ **WARNING**

- Never open the hood if you can see or hear steam or coolant escaping from the engine compartment. This increases the risk of burns. Wait until you no longer see or hear steam or coolant escaping.
- The engine compartment in any vehicle can be a dangerous area. Stop the engine and allow it to cool before working in the engine compartment. Always follow the information found in ⇨ page 316, Working in the engine compartment.

ⓘ **Note**

Do not continue driving if the 🔋 indicator light turns on as this increases the risk of engine damage.

### 🛢 Engine oil pressure

🛢 **Switch off engine! Oil pressure too low**

Stop the engine and do not continue driving. Check the engine oil level ⇨ page 321.

- If the engine oil level is too low, add engine oil ⇨ page 319. Only continue driving once the indicator light turns off.
- If the engine oil level is correct and the indicator light still turns on, turn the engine off and do not continue driving. See an authorized Audi dealer or authorized Audi Service Facility for assistance.

ⓘ **Tips**

The oil pressure warning is not an oil level indicator. Always check the oil level regularly.

### 🔋 Generator/Vehicle battery

🔋 **Electrical system: malfunction! Battery is not being charged**

There is a malfunction in the alternator or the vehicle electrical system.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately. Turn off all unnecessary electrical equipment because it will drain the battery. See an authorized Audi dealer

or authorized Audi Service Facility if the battery charge level is too low.

🔋 **Electrical system: malfunction! Restart not possible. Please contact Service**

The vehicle battery was disconnected from the vehicle electrical system and will no longer charge. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately.

Do not stop the engine, or you will not be able to start it again. If you can no longer start the engine, see an authorized Audi dealer or authorized Audi Service Facility for assistance.

🔋 **Electrical system: malfunction! Please contact Service**

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately. Because the vehicle battery is discharging, turn off all unnecessary electrical equipment such as the radio. See an authorized Audi dealer or authorized Audi Service Facility if the battery charge level is too low.

🔋 **Electrical system: low battery charge. Battery will be charged while driving**

The starting ability may be impaired.

If this message turns off after a little while, the vehicle battery charged enough while driving.

If the message does not turn off, have an authorized Audi dealer or authorized Audi Service Facility repair the malfunction.

### 🛠 Safety systems

The 🛠 indicator light monitors the safety systems.

If the 🛠 indicator light turns on or blinks, there is a malfunction in a safety system.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

▶

---

⚠ **WARNING**

Have the safety systems inspected immediately. Otherwise, there is a risk that the systems may not activate during a collision, which increases the risk of serious injury or death.

### 🔗 Safety belt

The 🔗 indicator light stays on until the driver's and front passenger's safety belts are buckled. Above a certain speed, there will also be a warning tone.

ⓘ **Tips**

For additional information on safety belts, see ⇨ page 258.

### ⇄ Steering lock

⇄ **Do not drive vehicle: steering defective**

There is a malfunction in the electronic steering lock. You cannot turn the ignition on.

Do not tow your vehicle because it cannot be steered. See an authorized Audi dealer or authorized Audi Service Facility for assistance.

⇄ **Steering lock: system fault! Please contact Service**

There is a malfunction in the electronic steering lock.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

⚠ **WARNING**

Do not tow your vehicle when there is a malfunction in the electronic steering lock - this increases the risk of an accident.

### ⇒ Engine start system

⇒ **Engine start system malfunction! Please contact Service**

Do not switch the ignition off because you may not be able to switch it on again.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

⇒ **Engine start system malfunction! Please contact Service**

There is a malfunction in the engine starting system.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

### ⇒ Engine stop while driving

⇒ **Engine stopped: brake servo and power steering not possible**

There is a malfunction in the engine or in the fuel supply system.

More force is needed to steer and brake the moving vehicle when the engine is stopped. If the vehicle is rolling, try to bring it to a stop off to the side from moving traffic. See an authorized Audi dealer or authorized Audi Service Facility for assistance.

⚠ **WARNING**

If the engine stops while driving, you will need to use more force to brake the vehicle. This increases the risk of an accident. There will still be power steering if the ignition is switched on while the vehicle is rolling and there is sufficient vehicle battery charge. Otherwise, you must use greater force when steering.

### ⊟ Hood

⊟ **Warning! Hood is not locked. Stop vehicle and check the lock**

If the indicator light turns on and the message appears, the hood locking mechanism is not engaged correctly.

Stop immediately and close the hood ⇨ page 318.

8V0012721BB

## ⚡ Electronic Stabilization Control (ESC)

If the 🚗 indicator light blinks while driving, the ESC or ASR (Anti-Slip Regulation) is actively regulating.

If the 🚗 indicator light turns on, the system has switched the ESC off. In this case, you can switch the ignition off and then on to switch the ESC on again. The indicator light turns off when the system is functioning fully.

If the 🚗 indicator light turns on, ESC was switched off using the ⓘ button ⇨ page 151.

**Stabilization control (ESC/ABS): malfunction! See owner's manual**

If the 🚗 indicator light and the **ABS** (USA models)/🔴 (Canada models) ABS indicator light turn on and the message appears, there is a malfunction in the ABS or the electronic differential lock. This also causes the ESC to malfunction. The brakes still function with their normal power, but ABS is not active.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

> ⓘ **Tips**
>
> For additional information on ESC and ABS, see ⇨ page 151.

## ⚡/BRAKE WEAR/🔴 Brake pads

**⚡/BRAKE WEAR** (USA models)/🔴 (Canada models) Brake pads!

The brake pads are worn.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the brake pads checked.

## 🚗 Hill hold assist

🔴 **Hill hold assist: unavailable**

When this message appears, hill hold assist is not available.

🔴 **Manual control!**

---

If this message appears, press the brake pedal. Continue driving with the help of the parking brake ⇨ page 83.

## 🚗 Engine control

🔴 **Drive system: malfunction! Please contact Service**

If the 🔴 indicator light turns on if there is a malfunction in the engine control.

Drive slowly to an authorized Audi dealer or authorized Audi Service Facility to have the engine checked.

## EPC Engine control

Applies to: vehicles with gasoline engines

If the **EPC** indicator light turns on if there is a malfunction in the engine control.

Drive slowly to an authorized Audi dealer or authorized Audi Service Facility to have the engine checked.

## 🔄 Malfunction indicator lamp (MIL)

The malfunction indicator lamp (MIL) is part of the On Board Diagnostic system (OBD II). The 🔄 symbol turns on when the ignition is switched on and turns off again once the engine is started and running at a steady idle speed. This indicates that the MIL is functioning correctly.

The indicator light turns on if there is a malfunction in the engine electronics. See an authorized Audi dealer or authorized Audi Service Facility to have the malfunction corrected. For additional information, see ⇨ page 23.

The indicator light can also turn on if the fuel filler cap is not closed correctly ⇨ page 314.

## 🔄 Engine speed limitation

Applies to: vehicles with engine speed limitation

🔴 **Maximum engine speed: XXXX rpm**

The engine speed is automatically limited to the speed displayed in the instrument cluster. This protects the engine from overheating.

---

The engine speed limitation deactivates once the engine is no longer in the critical temperature range and you have released the accelerator pedal once.

If the engine speed limitation was activated by an engine control malfunction, the **EPC** or **EPC** indicator light also turns on. Make sure the engine speed does not go above the speed displayed, for example when downshifting. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

## 🔴 Engine oil level (MIN)

🔴 **Please check oil level**

You may continue driving for the time being. Check the engine oil level as soon as possible ⇨ page 319.

– If the engine oil level is too low, add engine oil ⇨ page 321, Checking the engine oil level and adding engine oil.
– If the engine oil level is correct and the indicator light still turns on, drive at low engine speed to an authorized Audi dealer or authorized Audi Service Facility.

## 🔴 Engine oil sensor

🔴 **Oil level sensor: system fault!**

The sensor to check the engine oil level has failed. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

> 🔴 **Note**
>
> Refer to the description in the Owner's Manual ⇨ page 321, Checking the engine oil level and adding engine oil.

## 🔴 Tank system

Vehicles with plug-in hybrid drive*: ⇨ page 105.

🔴 **Please refuel**

The first time the indicator light turns on and the message appears, there are approximately 1.8

---

gallons (7 liters) of fuel in the tank on front wheel drive vehicles, or approximately 2.2 gallons (8.5 liters) of fuel in the tank on all wheel drive vehicles.

🔴 **Please refuel immediately**

If the indicator light turns on the message appears, the fuel tank is almost empty. Refuel the vehicle immediately.

🔴 **Tank system: malfunction! Please contact Service**

There is a malfunction in the fuel tank system.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

> ⓘ **Tips**
>
> For more information on fueling, see ⇨ page 313.

## 🔴 Washer fluid level

🔴 **Please add washer fluid**

Fill the washer fluid for the windshield washer system and the headlight washer system* when the ignition is switched off ⇨ page 327.

## 🔴 Windshield wipers

🔴 **Windshield wiper: system fault!**

There is a malfunction with the windshield wipers.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

## 🔴 Driver's door*

🔴 **Driver's door: malfunction! Shift to P before leaving vehicle. See owner's manual**

There is a malfunction in the driver's door. Select the P selector lever position (automatic transmission) to secure the vehicle.

▶

8V2012721BB

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

### ☀ Bulb failure indicator

If the 🔅 indicator light turns on, a bulb has failed. The message indicates the location of the bulb.

Replace the bulb immediately.

**Vehicle lights: system fault!**

There is a malfunction in the headlights or the light switch. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

> ⚠ **WARNING**
>
> – Light bulbs are under pressure and can explode when bulbs are replaced, which increases the risk of injury.
> – With HID headlights (xenon headlights), the high-voltage component must be handled correctly. Otherwise, there is a risk of fatal injury.

### ⟨⊙⟩ Dynamic headlight range control

🔅 Headlight range control: system fault!

There is a malfunction in the dynamic headlight range control system, which may cause glare for other drivers.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

### ⟨⊙⟩ Audi adaptive light

Applies to: vehicles with Audi adaptive light

🔅 Audi adaptive light: system fault!

There is a malfunction in the adaptive lights. The headlights still function.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

### ⟨⊙⟩ Light/rain sensor

Applies to: vehicles with light/rain sensor

🔅 Automatic headlights/wipers: system fault!

The light/rain sensor is malfunctioning.

The low beams remain switched on at all times for safety reasons when the light switch is in the AUTO position. You can continue to turn the lights on and off using the light switch. You can still control all wiper functions that are independent of the rain sensor.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

### ⟨⟩ Suspension control

Applies to: vehicles with suspension control

🔅 Suspension: system fault!

There is a suspension control malfunction.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

### ⟨⇦⇨⟩ Turn signals

If the 🔅 or 🔅 indicator light blinks, a turn signal is turned on. If both indicator lights are blinking, the emergency flashers are on.

If an indicator light blinks twice as fast as usual, a turn signal bulb has failed. Carefully drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

# Opening and closing
# Central locking

### Description

You can lock and unlock the vehicle centrally. You have the following options:

– Remote control key ⇨ page 36, or
– Sensors in the front door handles*
  ⇨ page 36, or
– Lock cylinder on the driver's door ⇨ page 38, or
– Interior central locking switch ⇨ page 37.

**Turn signals**

The turn signals flash twice when you unlock the vehicle and flash once when you lock the vehicle.

If they do not flash, then the ignition key is still switched on or one of the doors, the luggage compartment, or the hood may be open, for example.

**Automatic locking (Auto Lock)**

The Auto Lock function locks all doors and the luggage compartment lid once the speed has exceeded approximately 9 mph (15 km/h).

The vehicle will unlock again if the ignition key is removed, the opening function in the central locking switch is activated, or one of the door handles is operated. The Auto Lock function can be switched on and off in the Infotainment system ⇨ page 38.

In the event of a crash with airbag deployment, the doors will also automatically unlock to allow access to the vehicle.

**Selective door unlocking**

The doors and luggage compartment lid will lock when they close. You can set in the Infotainment system whether *only* the driver's door or the entire vehicle should be unlocked when unlocking ⇨ page 38.

**Unintentionally locking yourself out**

Only lock your vehicle when all of the doors and the luggage compartment lid are closed and the remote control key is not in the vehicle. This helps to prevent you from locking yourself out accidentally.

The following conditions prevent you from locking your remote control key in the vehicle:

– If the driver's door is open, the vehicle cannot be locked by pressing the 🔅 button on the remote control key or touching the locking sensor* on a door.
– If the most recently used convenience key* is in the luggage compartment, the luggage compartment lid automatically unlocks again after closing it.
– If the convenience key* that was last used is detected inside the vehicle, then the vehicle will not be able to lock from the outside.

> ⚠ **WARNING**
>
> – Always take the vehicle key with you when leaving the vehicle, even for a short period of time. This applies particularly when children remain in the vehicle. Otherwise the children could start the engine or operate electrical equipment such as power windows.
> – No one, especially children, should stay in the vehicle when it is locked from the outside, because the windows can no longer be opened from the inside ⇨ page 38. Locked doors make it more difficult for emergency workers to get into the vehicle, which puts lives at risk.

> ⓘ **Tips**
>
> – Do not leave valuables unattended in the vehicle. A locked vehicle is not a safe!
> – The LED in the driver's door rail blinks when you lock the vehicle. If the LED lights up for approximately 30 seconds after locking, there is a malfunction in the central locking system. Have the problem corrected by an authorized Audi dealer or authorized Audi Service Facility.

8V0012721B8

Opening and closing

## Key set



**Fig. 20** Your vehicle key set

### Remote control key

You can unlock/lock your vehicle with the remote control key. To fold the key out and back in place, press the release button ⇨ fig. 20 -arrow-.

### Number of keys

You can check the number of keys assigned to your vehicle in the Infotainment system. To do this, select the MENU button > Vehicle > left control button > Service & checks > Vehicle information. This way, you can make sure that you have all the keys when purchasing a used vehicle.

### Replacing a key

If a key is lost, see an authorized Audi dealer or authorized Audi Service Facility. Have this key deactivated. It is important to bring all keys with you. If a key is lost, you should report it to your insurance company.

### Electronic immobilizer

The immobilizer prevents unauthorized use of the vehicle. Under certain circumstances, the vehicle may not be able to start if there is a key from a different vehicle manufacturer on the key chain.

### Data in the master key

During driving, data that is relevant for service and maintenance is continuously stored on your master key. Your Audi service advisor can read out this data and tell you about the work your vehicle needs. This applies also to vehicles with a convenience key*.

---

> ### ⓘ Tips
> The operation of the remote control key can be temporarily disrupted by interference from transmitters near the vehicle working in the same frequency range (such as a cell phone or radio equipment).

## LED and battery in the remote control key



**Fig. 21** Remote control key (rear side): opening the cover

### LED in the remote control key

The LED in the remote control key informs you of the key's function.

▸ If you press a button briefly, the LED blinks once.
▸ If you press and hold a button (convenience opening/closing), the LED blinks several times.
▸ If the LED does not blink, the remote control key battery is dead. The 🔋 indicator light turns on and the message **Remote control key: replace key battery** appears. Replace the battery in the remote control key.

### Replacing the remote control key battery

▸ Pry the cover ② off of the key ① using a coin ⇨ fig. 21.
▸ Insert the new battery with the "+" facing up.
▸ Press the cover back onto the key until it clicks into place.

---

> ### ♲ For the sake of the environment
> Discharged batteries must be disposed of using methods that will not harm the environment. Do not dispose of them in household trash.

---

Opening and closing

> ### ⓘ Tips
> The replacement battery must meet the same specifications as the original battery in the remote control key.

## Synchronizing the remote control key

The remote control key must be synchronized if the vehicle does not lock/unlock with the remote control.

▸ Press the remote control key button 🔓.
▸ Insert the key in the driver's door lock within 30 seconds ⇨ page 38.
▸ Press the 🔒 button or 🔓 button.

## Unlocking/locking with remote control



**Fig. 22** Remote control key or convenience key: button programming

▸ To unlock the vehicle, press the 🔓 button ① ⇨ fig. 22.
▸ To lock the vehicle, press the 🔒 button ② ⇨ ⚠ once.
▸ To unlock the luggage compartment lid, press the ⟷ button ③ briefly.
▸ To open* the luggage compartment lid, press and hold the ⟷ button ③ for at least one second.
▸ To trigger the alarm, press the PANIC button ④. The vehicle horn and emergency flashers are activated.
▸ To turn off the alarm, press the PANIC button ④ again.

If the vehicle is unlocked and a door or the luggage compartment lid are not opened within 45 seconds, the vehicle locks again automatically. This feature prevents the vehicle from being acci-

---

dentally left unlocked over a long period of time. This does not apply if you press and hold the 🔓 button ① for at least one second.

You can select in the Infotainment system if the entire vehicle or only the driver's door should unlocking when unlocking the vehicle ⇨ page 38.

> ### ⚠ WARNING
> Read and following all warnings ⇨ ⚠ in Description on page 34.

> ### ⓘ Tips
> – Only use the remote control key when you are within view of the vehicle.
> – The vehicle can only be locked when the selector lever is in the P position.
> – Do not use the remote control when you are inside the vehicle. Otherwise, you could unintentionally lock the vehicle. If you then tried to start the engine or open a door, the alarm would be triggered. If this happens, press the 🔓 unlock button.
> – Only use the panic function in an emergency.

## Unlocking/locking with the convenience key

Applies to: vehicles with convenience key

The doors and luggage compartment lid can be unlocked/locked without using the remote control key.



**Fig. 23** Driver's door: locking the vehicle with the convenience key

### Unlocking the vehicle

▸ Grasp the driver's or front passenger's door handle. The door unlocks automatically.  ▸





▸ Pull on the door handle to open the door.

**Locking the vehicle**

▸ Place the selector lever in the P position (automatic transmissions), or else the vehicle will not be able to lock.
▸ To lock the vehicle, close the door and touch the sensor on the door handle **once** ⇨ *fig. 23*, ⇨ ⚠. Do not hold the door handle while doing this.

Unlocking and locking the vehicle can only be done at the front doors. The remote control key cannot be more than approximately 5 ft (1.5 m) away from the door handle. It makes no difference whether the remote control key is in your jacket pocket, purse or briefcase.

If you hold the door handle while locking, this can impair the locking function.

The door cannot be opened for a brief period directly after locking it. This allows you the opportunity to check that the driver's door is locked.

The settings in the Infotainment system determine if the entire vehicle or only one of the doors is unlocked when unlocking the vehicle ⇨ *page 38*.

> **⚠ WARNING**
>
> Read and following all warnings ⇨ ⚠ *in Description on page 34*.

> **ⓘ Tips**
>
> If your vehicle is left standing for a long period of time, note the following:
> – The proximity sensor switches off after a few days to save energy. You then have to pull once on the door handle to unlock the vehicle and a second time to open it.
> – The energy management system gradually turns off unnecessary convenience functions to prevent the vehicle battery from draining and to maintain the vehicle's ability to start for as long as possible. You may not be able to unlock your vehicle using the convenience key.

**Central locking switch**

**Fig. 24** Driver's door: central locking switch

▸ To lock the vehicle, press the 🔒 button ⇨ ⚠.
▸ To unlock the vehicle, press the 🔓 button ⇨ *fig. 24*.

When locking the vehicle with the central locking switch, the following applies:

– Opening the door and the luggage compartment lid from the *outside* is not possible (for security reasons, such as when stopped at a light).
– The LED in the central locking switch turns on when all doors are closed and locked.
– Front doors: you can open the doors individually from the inside by pulling the door handle.
– Rear doors*: pull on the door handle *once* to unlock the door. Pull on the door handle *again* to open the door.
– In the event of a crash with airbag deployment, the doors unlock automatically to allow access to the vehicle.

> **⚠ WARNING**
>
> – Read and following all warnings ⇨ ⚠ *in Description on page 34*.
> – The central locking switch works with the ignition off and automatically locks the entire vehicle when the 🔒 button is pressed.
> – The central locking switch is inoperative when the vehicle is locked from the outside.

> **ⓘ Tips**
>
> Your vehicle locks automatically when it reaches a speed of 9 mph (15 km/h) (Auto Lock) ⇨ *page 34*. You can unlock the vehicle ▸

again using the 🔓 button in the central locking switch.

**Central locking settings**

*In the Infotainment system, you can set which functions are controlled by the central locking system.*

▸ Select in the Infotainment system: MENU button > **Vehicle** > left control button > **Vehicle settings** > **Central locking**.

**Door unlocking** - you can decide if All doors or only the **Driver's door** should unlock. The luggage compartment lid also unlocks when All is selected. If you select **Driver's door** in a vehicle with a convenience key*, only the door whose handle you pull will unlock.

If you select **Driver's door**, all the doors and luggage compartment lid will unlock if you press the 🔓 button on the remote control key twice.

**Long press to open windows** - the convenience opening/closing function can be switched on/off ⇨ *page 42*.

**Fold mirrors*** - if you switch the function on, the exterior mirrors fold in automatically when the vehicle is locked.

**Tone when locking** - when checked off ✓, a tone will sound when you lock the vehicle [1].

**Emergency unlocking/locking the doors**

**Fig. 25** Driver's door: door lock cylinder

**Fig. 26** Front side of the door: emergency release

If the central locking fails, you must unlock/lock the doors separately.

**Unlocking/locking the driver's door**

▸ To unlock the driver's door, turn the key to the open position Ⓐ ⇨ *fig. 25*.
▸ To lock the driver's door, put the selector lever in the P position and turn the key **once** to the closing position Ⓑ ⇨ ⚠.

The settings in the Infotainment system determine if the entire vehicle or only one of the doors is unlocked when unlocking the vehicle ⇨ *page 38*.

**Locking the front passenger's door/rear doors***

The emergency lock is located on the rear side of the front passenger's door and the rear doors*. It is only visible when the door is open.

▸ Remove the cap from the opening ⇨ *fig. 26*.
▸ Insert the key bit in the slot inside and turn the key all the way to the right (right door) or left (left door*).

> **⚠ WARNING**
>
> Read and following all warnings ⇨ ⚠ *in Description on page 34*.

**Anti-theft alarm system**

If the anti-theft alarm system detects a vehicle break-in, audio and visual warning signals are ▸

[1] This function is not available in all countries.

triggered. The anti-theft alarm system is activated when the vehicle is locked as usual. It switches off when the vehicle is unlocked.

If the alarm is triggered, it will shut off automatically after a certain amount of time. Switch the ignition on or press the 🔓 button on the remote control key to turn off the alarm.

## Luggage compartment lid

### Opening/closing the luggage compartment lid



**Fig. 27** Luggage compartment lid: opening (handle)

**Opening the luggage compartment lid**

▶ Press and hold the 🔓 button on the remote control key for at least one second, or
▶ Pull the ⇔ button* in the driver's door ⑰ ⇨ page 8, fig. 1, or
▶ Press the handle in the luggage compartment lid ⇨ fig. 27.

**Closing the luggage compartment lid**

▶ Use the inside grip to pull the luggage compartment lid down and allow it to close using a gentle push ⚠.

> ⚠ **WARNING**
> – After closing the luggage compartment lid, make sure that it is latched. Otherwise the luggage compartment lid could open suddenly when driving, which increases the risk of an accident.
> – Never drive with the luggage compartment lid ajar or open, because poisonous gases

can enter the vehicle interior and create the risk of asphyxiation.
– Never leave your vehicle unattended when the luggage compartment lid is open. A child could climb into the vehicle through the luggage compartment. If the luggage compartment lid was then closed, the child would be trapped in the vehicle and unable to escape. To reduce the risk of injury, do not allow children to play in or around the vehicle. Always keep the luggage compartment lid and the doors closed when the vehicle is not in use.
– Always make sure no one is in the luggage compartment lid's range of motion when it is closing, especially near the hinges. Fingers or hands could be pinched.

> ⓘ **Tips**
> – When the vehicle is locked, the luggage compartment lid can be unlocked separately by pressing the 🔓 button on the remote control key. The luggage compartment lid locks automatically when it is closed again.
> – In case of an emergency or a faulty handle, the luggage compartment lid can be opened manually from the inside ⇨ page 40.

### Luggage compartment lid emergency unlocking from the inside
Applies to: vehicles with emergency release from inside



Applies to: version 1
**Fig. 28** Section of the luggage compartment: access to the emergency release



Applies to: version 2
**Fig. 29** Section of the luggage compartment: access to the emergency release

The luggage compartment lid can be released from the inside in an emergency.

Applies to: vehicles with: emergency release on the outside*: please read the information in ⇨ page 40, Luggage compartment lid emergency unlocking from the outside.

Applies to: version 1
▶ Fold the backrest on the rear bench seat forward ⇨ page 67.
▶ Pry off the cover using the key bit on the opened vehicle key ① ⇨ fig. 28.
▶ Insert the key in the opening behind the cover ② and press the key in the direction of the arrow until the lock releases.

Applies to: version 2
▶ Fold the backrest on the rear bench seat forward ⇨ page 67.

▶ Remove the screwdriver from the vehicle tool kit ⇨ page 353. Use the flat side of the reversible screwdriver blade.
▶ Use the screwdriver to pry the cover off ③ ⇨ fig. 29.
▶ Insert the key in the opening behind the cover ④ and press the key in the direction of the arrow until the lock releases.

### Luggage compartment lid emergency unlocking from the outside
Applies to: vehicles with emergency release from outside



**Fig. 30** Rear lid: emergency release lock cylinder

▶ Insert the key into the lock cylinder near the handle.
▶ Turn the key counterclockwise.

# Child safety lock

Applies to: vehicles with mechanical child safety locks

*The child safety lock prevents the rear doors from being opened from the inside and the rear power windows from being operated.*



**Fig. 31** Section of driver's door: controls



**Fig. 32** Rear door: child safety lock

### Vehicles with button [⊞]

▸ To deactivate/activate the power window switch in the rear doors, press the [⊞] button in the driver's door ⇨ *fig. 31*. The indicator light in the button turns on/blinks.
▸ To also deactivate/activate the inner door handle, open the respective rear door and turn the key switch with the vehicle key in the direction of the arrow or the opposite direction of the arrow ⇨ *fig. 32*.

### Message in the instrument cluster display

[⊞] Childproof catch: malfunction! Please contact Service

There is a malfunction in the child safety lock. Press the [⊞] button again.

If the message stays on, drive immediately to an authorized Audi dealer or authorized Audi Service Facility to have the malfunction repaired.

### ⚠ WARNING

– Always take the vehicle key with you when leaving the vehicle, even for a short period of time. This applies particularly when children remain in the vehicle. Otherwise children could start the engine or operate electrical equipment (such as power windows), which increases the risk of an accident.
– A malfunction in the child safety lock could allow the rear doors to be opened from the inside, which increases the risk of an accident.

# Power windows

### Controls

*The driver can control all power windows.*



**Fig. 33** Driver's door: power window controls

All power window switches are equipped with a two-stage function:

### Opening and closing the windows

▸ To open or close the window completely, press the switch down or pull the switch up briefly to the second level. The operation will stop if the switch is pressed/pulled again.
▸ To select a position in between opened and closed, press/pull the switch to the first level until the desired window position is reached.

### Power window switches

① Left front
② Right front
③ Left rear*
④ Right rear*  ▸

---

⑤ Central switch* for opening or closing all side windows at the same time

### ⚠ WARNING

– Always remove the ignition key when you leave your vehicle, even for a short period of time. This applies particularly when children remain in the vehicle. Otherwise the children could start the engine or operate electrical equipment such as power windows, which increases the risk of injury. The power windows continue to function until the driver's door or front passenger's door has been opened.
– Pay careful attention when closing the windows. Pinching could cause serious injuries.
– When locking the vehicle from outside, the vehicle must be unoccupied since the windows can no longer be opened in an emergency.

### ① Tips

After turning the ignition off you can still open and close the windows for approximately 10 seconds. The power windows do not switch off until the driver's door or front passenger's door has been opened.

### Convenience opening/closing

Applies to: vehicles with convenience opening/closing

*All of the windows and the panorama glass roof* can be opened/closed at the same time.*

For power top convenience opening/closing, note the information in ⇨ *page 45*.

### Convenience opening feature

▸ Press and hold the open button [⊞] on the remote control key until all windows and the panorama glass roof* have reached the desired position. Or
▸ Hold the key in the driver's door lock until all windows and the panorama glass roof* have reached the desired position.

### Convenience closing feature

▸ Press the [⊞] button on the remote control key until all windows and the panorama glass roof* are closed ⇨ ⚠. Or
▸ Applies to: vehicles with convenience key: touch the sensor on one of the front door handles and continue touching it until all of the windows and the panorama glass roof* are closed. Do not place your hand in the door handle when doing this.
▸ Hold the key in the driver's door lock in the lock position until all windows and the panorama glass roof* are closed ⇨ ⚠.

The function can be switched on/off in the Infotainment system ⇨ *page 38*.

### ⚠ WARNING

– Never close the windows or panorama glass roof* carelessly or in an uncontrolled manner, because this increases the risk of injury.
– For security reasons, the windows and the panorama glass roof* can only be opened and closed with the remote control key at a maximum distance of approximately 6.5 feet (2 m) away from the vehicle. Always pay attention when using the [⊞] button to close the windows and the panorama glass roof* so that no one is pinched. The closing process will stop immediately when the [⊞] button is released.

### Correcting power window malfunctions

*You can reactivate the one-touch up/down function if it malfunctions.*

▸ Pull the power window switch until the window is completely raised.
▸ Release the switch and pull it up again for at least one second.

## Panorama glass roof

### Description

Applies to: vehicles with panorama glass roof



Fig. 34 Section of headliner: panorama glass roof button

The button has two stages. In the second stage, the roof automatically runs to the end position (open/closed) when the button is operated briefly. The operation will stop if the button is pressed/pulled again.

#### Ⓐ Tilting/sliding

► To tilt the sunroof completely, press the switch briefly to the second level.
► To close the roof completely, pull the button down briefly to the second level or slide the button forward briefly to the second level ⇨ ⚠.
► To select an intermediate position, press/pull the switch in the first level until the desired position is reached.

#### Ⓑ Opening/closing

► To open the sunroof completely, slide the button back to just before the second level.
► To close the roof completely, push the button forward briefly to the second level or pull the button down briefly to the second level ⇨ ⚠.
► To select an intermediate position, press/pull the switch forward/back in the first level until the desired position is reached.

#### Sun shade

The sun shade can be opened and closed manually, depending on the position of the panorama glass roof. The sun shade can be opened partially.

---

> ⚠ **WARNING**
>
> Be careful when closing the panorama glass roof - otherwise serious injury could result! Always take the ignition key with you when leaving the vehicle.

> ⓘ **Note**
>
> Always close the panorama glass roof when leaving your vehicle. Rain can cause damage to the interior equipment of your vehicle, particularly the electronic equipment.

> ⓘ **Tips**
>
> – For information about convenience opening/closing, see ⇨ page 42.
> – You can still operate the panorama glass roof for about 10 minutes after the ignition is switched off. The switch is deactivated once the driver's or front passenger's door is opened.
> – The panorama glass roof can only be opened when the temperature is warmer than -4 °F (-20 °C).

### Panorama glass roof emergency closing

Applies to: vehicles with panorama glass roof

If the panorama glass roof detects resistance or an object in its path while closing, the roof will open again automatically. If the sunroof fails to close after removing the object and after trying to close a second time, you can perform an emergency closing.

► Within five seconds after the sunroof opens automatically, pull the switch until the roof closes.

If you release the switch early, the panorama glass roof will open again.

---

## Power top

## Automatic power top

### General information

Applies to: vehicles with power top

The power top opens and closes automatically. When open, the power top is stored completely in the power top compartment. The power top can be opened or closed at speeds up to 30 mph (50 km/h).

Under normal conditions, the power top is wind- and waterproof. In rare cases, small droplets of water may form under extreme weather conditions such as torrential or prolonged rain. That is normal and no cause for concern.

Follow the care instructions to keep the power top free of leaks and to maintain its appearance ⇨ page 347, Care and cleaning. Also observe the following:

– Open and stow the power top only when it is clean and dry. Sharp-edged dirt particles can cause damage to the rear window and the power top. Stowing the power top when it is damp can create imprints in it, and if it is left that way for long periods of time, mildew and other damage can form.
– Do not leave the power top open for several weeks or the creases in it may become discolored.
– Remove ice and snow before opening the power top. Do not use any sharp edged objects to remove ice and snow or the power top could be scratched or damaged. The rear window may be cleared with a standard ice scraper.
– Do not open the power top when the temperature is below 32 °F (0 °C). The fabric in the power top loses elasticity in sub-zero temperatures.

---

### Opening/closing the power top

Applies to: vehicles with power top



Fig. 35 Center console: power top switch

Requirement: the power top storage compartment must be lowered ⇨ page 46 and the luggage compartment lid must be closed.

► Switch the ignition on.
► To open/close the power top, pull/press and hold the button ① during the entire process.

The status of the power top is shown in the instrument cluster display when operating the power top switch.

You can close the power top when the wind deflector is installed ⇨ page 47.

A message will appear in the instrument cluster if the power top cannot be opened or closed ⇨ page 46.

> ⚠ **WARNING**
>
> – When operating the power top, make sure the function is not affected by wind or other factors and that it does not interfere with other drivers.
> – Never drive when the power top is not locked correctly. The wind from driving could cause the power top to open. This can result in injuries and damage to the vehicle.
> – Make sure no one will be injured by the power top supports and other moving components when opening and closing the top.
> – The headroom in the rear is reduced when opening and closing the power top. Make sure the rear passengers keep enough distance from the power top to reduce the risk of injury.

– When operating the power top, visibility to the rear is limited. Avoid operating the top while driving in reverse.

### ⓘ Note

– To prevent damage to the power top:
  – do not store any objects in the power top storage compartment.
  – make sure there is enough space above the vehicle when opening or closing the power top.
– To reduce the risk of damage, make sure there are no sensitive objects in the power top storage compartment's range of motion.

### ⓘ Tips

– To prevent the vehicle battery from draining unnecessarily, do not open or close the power top repeatedly when the engine is switched off.
– A message will appear in the instrument cluster if there is a malfunction in the power top ⇨ page 46.
– The power top can also be operated manually temporarily if there is a malfunction ⇨ page 48, Power top emergency operation. An authorized Audi dealer or authorized Audi Service Facility should diagnose and correct the cause of the malfunction as soon as possible.
– If the vehicle is parked with the power top open, the vehicle interior is not protected from damaging weather or unauthorized access. Lock any items you leave behind in the luggage compartment. Close the power top before leaving the vehicle.
– The side windows automatically lower slightly when opening or closing the power top.

## Power top convenience opening/closing
Applies to: vehicles with power top



Fig. 36  Turning the key to open and close

### Convenience opening with the driver door lock

▸ Turn the key once in the driver door lock to the opening position Ⓐ ⇨ fig. 36.
▸ Turn the key to the opening position again within two seconds and hold it there until the power top opens completely.

### Convenience closing with the driver door lock

▸ Turn the key once in the driver door lock to the closing position Ⓑ ⇨ fig. 36.
▸ Turn the key to the closing position again within two seconds and hold it there until the power top closes completely.

### Convenience closing with the convenience key*

▸ Touch the sensor* in one of the door handles. Do not place your hand in the door handle when doing this.
▸ Touch the sensor* a second time within two seconds and keep touching it until the power top or all windows are closed completely. Do not place your hand in the door handle when doing this.

Releasing the key stops the opening or closing process immediately.

### ⚠ WARNING

Read and follow the important safety precautions ⇨ ⚠ in Opening/closing the power top on page 44.

## Power top storage compartment
Applies to: vehicles with power top



Fig. 37  Luggage compartment: power top compartment lowered



Fig. 38  Luggage compartment: power top storage compartment raised

The power top storage compartment must be lowered to open the power top. To avoid damage, make sure that are no sensitive objects in the storage compartment's range of motion.

### Raising the power top storage compartment

▸ Press the trim on the handle in the direction of the arrow to raise the power top storage compartment ⇨ fig. 37.

### Lowering the power top storage compartment

▸ Press the trim on the handle in the direction of the arrow to lower the power top storage compartment ⇨ fig. 38.

The power top storage compartment can be raised when the power top is closed. This provides more cargo space in the luggage compartment.

The open power top is stored and protected in the power top storage compartment. The power top storage compartment cannot be raised when the power top is open. Because of this, the cargo area in the luggage compartment is smaller when the power top is open than when it is closed.

### Messages
Applies to: vehicles with power top

🔲 Power top: malfunction! You may continue driving (limited functionality). See owner's manual

This message appears if there is a malfunction in the system. Try to open/close the power top again. If the message still appears, then have an authorized Audi dealer or authorized Audi Service Facility correct the malfunction. Do not drive more than 30 mph (50 km/h) until it is corrected.

### Power top: please close trunk lid

This message appears in the instrument cluster display if the luggage compartment is not closed when the power top is operated. Close the luggage compartment lid.

### Power top: please lower power top compartment

This message appears if the power top storage compartment is not lowered when opening the power top. Lower the power top storage compartment ⇨ page 46.

### Power top: operation not possible

This message appears when there is a malfunction. The power top can be operated manually ⇨ page 48.

### Power top: operation currently not possible

If the power top is operated continually for a long period of time, the overload protection activates for approximately 15 to 30 minutes. You can open or close the power top again after that.

### Power top: operation currently not possible. Engine must be running

The power top is automatically deactivated if the battery voltage is low. You can open or close the power top again after starting the engine.   ▸

3V0121272168

**Power top: operation currently not possible. Outside temperature too low**

The power top will not open when the temperature is below -5 °F (-15 °C).

**Power top: operation currently not possible. Speed too high**

If you go above 30 mph (50 km/h), the power top cannot be operated due to safety reasons. Reduce the vehicle speed to close or open the power top.

**Power top: not secure. Speed too high**

This message appears if you go above 30 mph (50 km/h) when operating the power top. Reduce the vehicle speed and operate the power top again.

**Power top: malfunction! You may continue driving**

This message appears if there is a malfunction in the system. Try to open or close the power top again. If the message still appears, have the malfunction corrected by an authorized Audi dealer or authorized Audi Service Facility.

**⚠ WARNING**

Never drive when the power top is not locked correctly. The wind from driving could cause the power top to open. This can result in injuries and damage to the vehicle.

## Wind deflector

Applies to: vehicles with wind deflector

*The wind deflector reduces air movement in the passenger compartment in order to make driving more comfortable.*

**Fig. 39** Rear of the vehicle: inserting the wind deflector (1)

8V2012721BB

**Fig. 40** Rear of the vehicle: inserting the wind deflector (2)

The wind deflector is located in the luggage compartment in a storage bag*.

**Inserting and positioning the wind deflector**

- Open the rear window on the passenger's side.
- Remove the wind deflector from the luggage compartment and fold it apart once. The wind deflector is installed in the correct position when the long side is toward the front and the wind deflector frame is at the top.
- Insert both pins on the wind deflector ① ⇨ *fig. 39* into the mounts in the side trim on the driver's side.
- Fold the handle ② upward and lift the center of the wind deflector slightly ③ ⇨ *fig. 40*.
- Now guide the wind deflector into the mounts on the passenger's side ④ and press lightly in the middle of the wind deflector ⑤ until the handle locks in place.
- Raise the wind deflector completely.

**Removing the wind deflector**

- Fold the handle ② ⇨ *fig. 39* upward and fold the wind deflector frame back.
- Fold the handle ② upward and lift the center of the wind deflector slightly ③ ⇨ *fig. 40*.
- Remove the wind deflector from the mounts in the side trim on the passenger's side.
- Pull the wind deflector out of the mounts on the driver side and lift it out.
- Fold the wind deflector together and store it securely.

**⚠ WARNING**

- Do not use the wind deflector to secure cargo.

- Be careful when installing so you do not pinch your fingers.
- Pay attention to the traffic when installing the wind deflector. Install the wind deflector from the side of the vehicle that is away from traffic.

**(!) Note**

Do not lean against the vehicle when installing the wind deflector. Hard objects and decorations on clothing such as belt buckles can scratch the paint.

**(i) Tips**

- The wind deflector works best when all of the windows are rolled up while driving.
- Only store the wind deflector in the storage bag* when it is dry.

## Power top emergency operation

### General information

Applies to: vehicles with power top

*The power top can be closed manually if there is a malfunction.*

- Set the parking brake.
- Open all windows.
- Switch the ignition off.
- Pull the button ① for approximately 10 to 15 seconds to reduce the pressure in the power top hydraulics ⇨ *page 44, fig. 35*.

Only close the power top manually in an emergency. Have a second person assist. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

**⚠ WARNING**

- There is a risk of pinching the hands or other people during all of the power top emergency operation steps.
- Make sure all windows are lowered during emergency operation.
- Do not reach into the power top supports or other moving components.
- Never drive when the power top is not locked correctly. The wind from driving could cause the power top to open. This can result in injuries and damage to the vehicle.

**(i) Tips**

The power top storage compartment cover is not latched after the emergency operation is complete. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

### Step 1: Release the power top storage compartment cover

Applies to: vehicles with power top

**Fig. 41** Rear seats folded forward: release loop for the power top storage compartment cover

**Fig. 42** Opening the side covers

- Open the luggage compartment lid.
- Fold the rear seat backrests forward ⇨ *page 67*.
- Remove the wheel wrench from the vehicle tool kit.
- Close the luggage compartment lid.

► Pull the release loop down from the rear to re-
lease the power top storage compartment cov-
er ⇨ *fig. 41*.
► Slide the covers on both sides of the vehicle in
the direction of the arrow until they lock in
place ⇨ *fig. 42*.

### Step 2: Lift the power top storage compartment cover out
Applies to: vehicles with power top



**Fig. 43** Lifting the power top storage compartment cover out and setting up the supports



**Fig. 44** Power top storage compartment cover: supports set up

► Raise the power top compartment cover out of
the power top compartment and hold it in
place ① ⇨ *fig. 43* ⇨ ⚠ *in General information
on page 48*.
► Secure the power top storage compartment
cover by pressing on the side supports on both
sides ②.

> **⚠ WARNING**
> – Always make sure that the side supports on
> the open power top storage compartment
> cover are in place, even when the power top
> is not fully open or closed. Otherwise, the

power top storage compartment cover could
fall, which increases the risk of an accident.
– Avoid touching the support rods and other
moving parts when opening the power top
storage compartment cover. If do you make
contact, your hands could be pinched.

### Step 3: Open the locking pin
Applies to: vehicles with power top



**Fig. 45** Rear of the vehicle: opening the locking pin

► Remove the cap on the trip and insert the
wheel wrench into the opening.
► Turn the wheel wrench clockwise until it stops
to open the locking pin.
► Remove the wheel wrench.

### Step 4: Close the power top
Applies to: vehicles with power top



**Fig. 46** Rear of vehicle: closing the power top (1)



**Fig. 47** Rear of vehicle: closing the power top (2)

► Position yourself near the vehicle.
► Hold the power top by its front edge and pull it
out completely ⇨ *fig. 46* ⇨ ⚠ *in General infor-
mation on page 48*.
► Lift the rear edge of the power top.
► Release the power top storage compartment
cover by pulling on the side supports to release
them.
► Close the power top storage compartment cov-
er ① and let the rear edge of the power top
drop ② ⇨ *fig. 47*.

### Step 5: Lock the power top
Applies to: vehicles with power top



**Fig. 48** Windshield: closing the power top



**Fig. 49** Inside of the power top: locking the power top

► Press the power top onto the windshield frame
⇨ *fig. 48* ⇨ ⚠ *in General information on
page 48*.
► Insert the wheel wrench into the opening and
turn it counterclockwise until it stops ⇨ *fig. 49*.
► Remove the wheel wrench and seal the opening
with the cap.
► Put the wheel wrench back into the vehicle tool
kit.

> **⚠ WARNING**
> – When positioning the power top, avoid con-
> tact with the supports or other moving
> parts. Otherwise you could pinch your
> hands.
> – When pressing the power top down onto
> the windshield frame, make sure that you
> do not pinch yourself or anyone else.

> **ⓘ Tips**
> Make sure the locking mechanisms are locked
> securely.

# Lights and Vision
# Exterior lighting



**Fig. 50** Instrument panel: light switch with buttons

**Light switch** ⚙

Turn the light switch to the corresponding position when the ignition is switched on. ☀☼ and the selected position turn on (except position 0).

0 - The daytime running lights automatically turn on. In vehicles for certain markets, you can switch the automatic daytime running lights on and off using the Infotainment system.

AUTO* - the headlights automatically adapt to the surrounding brightness.

☀☼ - Parking lights

☀☼ - Low beam headlights

**Buttons**

You can activate the following functions if you turn the light switch to the AUTO* or low beam headlight position ☀☼.

☀☼ - All weather lights. The front lights are adjusted automatically so that there is less glare for the driver from his or her own lights, for example when roads are wet.

☀☼ - Rear fog light(s)

**Automatic headlight range control**
Applies to: vehicles with automatic headlight range control

Your vehicle is equipped with an automatic headlight range control system that reduces glare for oncoming traffic when the vehicle load changes. The headlight range adjusts automatically.

## Audi adaptive light
Applies to: vehicles with Audi adaptive light

Adaptive light provides better visibility when it is dark by adapting the lights to the road conditions based on speed, such as on expressways, rural roads, at intersections, and in curves. The adaptive lights only function when the light switch is in the AUTO* position and the all weather lights are switched off.

> ⚠ **WARNING**
> – Automatic headlights* are only intended to assist the driver. They do not relieve the driver of responsibility to check the headlights and to turn them on manually based on the current light and visibility conditions. For example, fog cannot be detected by the light sensors. So always switch on the low beams under these weather conditions and when driving in the dark ☀☼.
> – The rear fog lights should only be turned on in accordance with traffic regulations, to prevent glare for traffic behind your vehicle.
> – If the vehicle battery has been discharging for a while, the parking light may switch off automatically. Always make sure your vehicle is parked and adequately lit according to the laws. Avoid using the parking lights for several hours.
> – Always observe legal regulations when using the lighting systems described.

> ℹ **Tips**
> – The light sensor for the automatic headlights* is in the rearview mirror mount. Do not place any stickers in this area on the windshield.
> – Only the front headlights turn on when the daytime running lights are switched on*. In vehicles in certain markets, the tail lights will also turn on.
> – In cool or damp weather, the inside of the headlights, turn signals and tail lights can fog over due to the temperature difference between the inside and outside. They will clear shortly after switching them on. This does not affect the service life of the lighting.

*The lever operates the turn signals, the high beams and the headlight flasher.*



**Fig. 51** Turn signal and high beam lever

**Turn signals** ⇦⇨

The turn signals activate when you move the lever into a turn signal position when the ignition is switched on.

① - Right turn signal
② - Left turn signal

The turn signal blinks three times if you tap the lever (convenience turn signal).

**High beams and headlight flasher** ☀☼

Move the lever to the corresponding position:

③ - High beams on (vehicles with High beam assistant* ⇨ page 52)
④ - High beams off or headlight flasher

The ☀☼ indicator light in the instrument cluster turns on.

> ⚠ **WARNING**
> High beams can cause glare for other drivers, which increases the risk of an accident. For this reason, only use the high beams or the headlight flasher when they will not create glare for other drivers.

Applies to: vehicles with high beam assistant

*The high beam assistant automatically turns the high beams on or off depending on the surrounding conditions.*

A camera on the rearview mirror mount can detect light sources from other road users. The high beams switch on or off automatically depending on the position of vehicles driving ahead and oncoming vehicles, the vehicle speed as well as other environmental factors and traffic conditions.

**Activating high beam assistant**

Requirement: the light switch must be set to AUTO, the low beams must be switched on, and the high beam assistant must be switched on in the Infotainment system ⇨ page 53.

▸ To activate the high beam assistant, press the lever forward ③ ⇨ page 52, fig. 51. The ☀☼ or ☀☼ indicator light appears in the instrument cluster display and the high beams are switched on or off automatically. The ☀☼ indicator light turns on if the high beams were switched on.

**Switching the high beams on/off manually**

If the high beams did not switch on/off automatically as expected, you may switch them on or off manually instead:

▸ To switch the high beams on manually, push the lever forward ③. The ☀☼ indicator light turns on. To switch the high beams off again, pull the lever back ④.
▸ To switch the high beams off manually, pull the lever back ④. The high beam assistant is deactivated.

**Operating the headlight flasher**

▸ To operate the headlight flasher when the high beam assistant is activated and high beams are switched off, pull the lever back ④. The high beam assistant remains active.

**Messages in the instrument cluster display**

☀☼ **Headlight assist: System fault!**  ▸

**🔟 Headlight assistant: malfunction! See owner's manual**

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected. You can still switch the high beams on or off manually.

**🔟 High beam assist: currently unavailable. No camera view**

**🔟 Headlight assistant: currently unavailable. Camera view restricted due to surroundings. See owner's manual**

The camera view is blocked, for example by a sticker or debris. Please clean the windshield.

The sensor is located in the interior rearview mirror mount. Do not place any stickers in this area on the windshield.

> ⚠️ **WARNING**
>
> High beam assistant is only intended to assist the driver. The driver is still responsible for controlling the headlights and may need to switch them on and off manually depending on light and visibility conditions. It may be necessary to operate them manually in situations such as:
> – In adverse weather conditions such as fog, heavy rain, blowing snow or spraying water.
> – On roads where oncoming traffic may be partially obscured, such as expressways.
> – If there are road users with poor lighting, such as bicyclists.
> – In tight curves and on steep hills.
> – In poorly lit areas.
> – With strong reflectors, such as signs.
> – If the area of the windshield near the sensor is fogged over, dirty, icy or covered with a sticker.

**Adjusting the exterior lighting**

*The functions are adjusted in the Infotainment system.*

▶ Select in the Infotainment system: [MENU] button > **Vehicle** > left control button > **Vehicle settings** > **Exterior lighting**.

**Automatic headlights***

You can adjust the following settings in the Automatic headlights menu:

**Activation time*** - you can adjust if the headlights switch on **Early**, **Medium** or **Late** according to the sensitivity of the light sensor.

**Headlight assistant*** - you can switch the high beam assistant* on and off.

**Entry/exit lighting***

You can switch the entry/exit lighting* on and off. When it is dark, it illuminates the area around the vehicle when unlocking the vehicle and after switching off the ignition and opening the driver's door.

The entry/exit lighting only works when it is dark and the light switch is in the **AUTO*** position.

**Daytime running lights[1]**

The daytime running lights can be turned on and off. When daytime running lights are turned on, the lights will stay on continuously whenever the ignition is switched on.

**Emergency flashers**



**Fig. 52** Instrument panel: emergency flasher button ▶

[1] This function is not available in all countries.

The emergency flashers makes other drivers aware of your vehicle in dangerous situations.

▶ Press the 🔺 button to switch the emergency flashers on or off.

You can indicate a lane change or a turn when the emergency flashers are switched on by using the turn signal lever. The emergency flashers stop temporarily.

The emergency flashers also work when the ignition is turned off.

# Interior lighting

**Front interior lighting**



**Fig. 53** Headliner: front interior lighting (example)



Applies to: vehicles with touch-sensitive reading lights
**Fig. 54** Headliner: front interior lights

Press the applicable button:

🔘* - Interior lighting on/off

🔘 - Door contact switch on/off. The interior lighting is controlled automatically.

🔘* - Reading lights on/off

Applies to: vehicles with touch-sensitive reading lights
▶ To turn a reading light on or off, touch the surface ① briefly ⇨ *fig. 54*.

▶ To activate the manual dimming function, touch the surface ① when the light is switched off and keep touching it until the desired brightness is reached.

**Rear interior lighting**

Applies to: vehicles with rear reading lights



**Fig. 55** Headliner: rear reading lights (example)

▶ To turn a reading light on/off, press the button 🔘 or 🔘.

**Interior lighting**

Applies to: vehicles with interior lighting

*The interior lighting can be adjusted in the Infotainment system.*

▶ Select in the Infotainment system: [MENU] button > **Vehicle** > left control button > **Vehicle settings** > **Interior lighting**.

You may be able to adjust the brightness of the individual zones, depending on vehicle equipment.

▶ Press the right control button and select one of the zones that is shown.

The interior lighting turns on when you switch the headlights on while the ignition is on.

## Instrument illumination

*You can adjust the background brightness of the instruments and display illumination.*



**Fig. 56 Instrument illumination**

- ► Press the knob to release it.
- ► Turn the knob toward "-" or "+" to reduce or increase the brightness.
- ► Press the knob again to return it to its original position.

ⓘ **Tips**

Depending on vehicle equipment, the instrument illumination (needles and gauges) may turn on when the lights are off and the ignition is switched on. The illumination for the gauges reduces automatically and eventually turns off as brightness outside increases. This function reminds the driver to turn the low beams on at the appropriate time.

## Vision

### Adjusting the exterior mirrors



**Fig. 57 Driver's door knob for the exterior mirrors (example)**

Turn the knob to the desired position:

0 - all adjustment functions are deactivated.

◁/▷ - adjusts the left/right exterior mirror. Move the knob in the desired direction.

▦ - Heats* the mirror glass depending on the outside temperature.

◁▷ - Folds the exterior mirrors*. To fold the mirrors out, turn the knob to one of the other positions. In the Infotainment system, you can select if the mirrors fold in automatically when you lock the vehicle ⇒*page 38*.

**Front passenger's exterior mirror tilt function***

To help you see the curb when backing into a parking space, the surface of the mirror tilts slightly. For this to happen, the knob must be in the position for the front passenger's exterior mirror.

You can adjust the tilted mirror surface by turning the knob in the desired direction. When you move out of reverse and into another gear, the new mirror position is stored and assigned to the key you are using.

The mirror goes back into its original position once you drive forward faster than 9 mph (15 km/h) or turn the ignition off.

⚠ **WARNING**

Curved mirror surfaces (for example convex) enlarge the field of vision. However, they make objects in the mirror appear smaller and farther away. Your may estimate incorrectly when you use these mirrors to gauge your distance from the vehicles behind you when changing lanes, which increases the risk of an accident.

① **Note**

- Applies to vehicles with power folding exterior mirrors: if the mirror housing was moved by outside forces (such as an impact when maneuvering), you must use the power folding function to fold the mirror all the way out. The mirrors will make a loud noise when they latch into place. The mirror housing must not be moved back into place by ▶

---

hand because this would impair the function of the mirror mechanism.

- Applies to vehicles without power folding exterior mirrors: if the mirror housing was moved by outside forces (such as an impact when maneuvering), you must move it back in place by hand.

- If you wash the vehicle in an automatic car wash, you must fold the exterior mirrors in to reduce the risk of damage to the mirrors. Never fold power folding exterior mirrors* by hand. Only fold them in and out using the power controls.

ⓘ **Tips**

If the power adjustment fails, both mirrors can be adjusted by hand by pressing on the edge of the mirror surface.

### Dimming the mirrors

*Your vehicle is equipped with a manual or automatic* dimming rearview mirror.*

**Manual dimming rearview mirror**

- ► Pull the lever on the bottom of the mirror back.

**Automatic dimming mirrors***

- ► The interior and exterior mirrors dim automatically when light shines on them, for example from headlights on a vehicle behind you.

⚠ **WARNING**

Applies to vehicles with automatic dimming rearview mirror

Electrolyte fluid can leak out from broken mirror glass. This liquid can irritate the skin, eyes and respiratory system. If there is contact with the fluid, flush immediately with plenty of water. Consult a physician if necessary.

- Repeated or long-term exposure to electrolyte fluid can lead to irritation of the airways, especially in people with asthma or other respiratory conditions. Take deep breaths immediately after leaving the vehicle or, if this is not possible, open all of the doors and windows as wide as possible.

- If electrolyte fluid enters the eyes, flush them thoroughly with a large amount of clean water for at least 15 minutes and then seek medical attention.

- If electrolyte fluid comes into contact with the skin, flush the affected area with clean water for at least 15 minutes and then clean with soap and water and seek medical attention. Clean affected clothing and shoes thoroughly before wearing again.

- If the fluid was swallowed and the person is conscious, flush the mouth with water for at least 15 minutes. Do not induce vomiting unless this is recommended by medical professionals. Seek medical attention immediately.

① **Note**

Applies to: vehicles with automatic dimming rearview mirror

Electrolyte fluid can leak out from broken mirror glass. This liquid damages plastic surfaces. Clean this liquid as quickly as possible with a wet sponge.

ⓘ **Tips**

Applies to: vehicles with automatic dimming rearview mirror

- If the light reaching the rearview mirror is obstructed, the automatic dimming mirror will not function correctly.

- The automatic dimming mirrors do not dim when the interior lighting is turned on or the reverse gear is selected.

### Sun visors



**Fig. 58 Left side; sun visor (example)**

The sun visors can be pulled out of their brackets and turned toward the doors ①*. The sun shade can also be moved back and forth lengthwise in this position.

The mirror light switches on when the cover over the vanity mirror* ② opens.

## Windshield wipers

### Switching the windshield wipers on



**Fig. 59** Windshield wiper lever



**Fig. 60** Rear window wiper* operation

Move the windshield wiper lever to the corresponding position:

⓪ - Windshield wipers off

① - Interval mode. To increase/decrease the wiper intervals, move the switch Ⓐ to the left/right. In vehicles with a rain sensor, the wipers turn on in the rain once the vehicle speed exceeds approximately 2 mph (4 km/h). The higher the sensitivity of the rain sensor is set (switch Ⓐ to the right), the earlier the windshield wipers react to moisture on the windshield. You can deactivate the rain sensor mode in the Infotainment system, which switches the intermittent mode on. To do this, select: MENU button > **Vehicle** > left control button > **Driver assistance** > **Rain sensor**.

② - Slow wiping

③ - Fast wiping

④ - Single wipe. If you hold the lever in this position longer, the wipers switch from slow wiping to fast wiping.

⑤ - Clean the windshield To eliminate water droplets, the windshield wipers perform one afterwipe after several seconds while driving in temperatures above 39 °F (4 °C). You can switch this function off by moving the lever to position ⑤ within 10 seconds of the afterwipe. The afterwipe function is reactivated the next time you switch the ignition on.

Clean the headlights. The headlight washer system operates only when the low beam headlights are on. If you move the lever in position ⑤, the headlights will be cleaned in fixed intervals.

Applies to: vehicles with rear window wiper

⑥ - Wipe the rear window. The rear wiper moves about every 6 seconds.

The rear wiper automatically switches on when the reverse gear is selected and the front windshield wipers are on and running.

⑦ - Clean the rear window. The number of wipes depends on how long the lever is held in position ⑦.

> ⚠ **WARNING**
> – The rain sensor* is only intended to assist the driver. The driver may still be responsible for manually switching the wipers on based on visibility conditions.
> – The windshield may not be treated with water-repelling windshield coating agents. Unfavorable conditions, such as wetness, darkness, and when the sun is low, can cause increased glare, which increases the risk of an accident. Wiper blade chatter is also possible.
> – Properly functioning windshield wiper blades are required for a clear view and safe driving ⇨ page 58, *Replacing the front wiper blades*.

---

> ⓘ **Note**
> – If there is frost, make sure the windshield wiper blades are not frozen to the windshield. Switching on the windshield wipers when the blades are frozen to the windshield can damage the wiper blades.
> – The windshield wiper system must be switched off (lever in position ⓪) before using a car wash. This prevents the wipers from switching on unintentionally and causing damage to the windshield wiper system.

> ⓘ **Tips**
> – The windshield wipers switch off when the ignition is switched off. You can activate the windshield wipers after the ignition is switched back on by moving the windshield wiper lever to any position.
> – Worn or dirty windshield wiper blades result in streaking. This can affect the rain sensor function. Check your windshield wiper blades regularly.
> – The washer fluid nozzles in the windshield washer system are heated* at low temperatures when the ignition is on.
> – When stopping temporarily, such as at a traffic light, the speed of the windshield wipers automatically reduces by one level.

### Cleaning the wiper blades

Clean the wiper blades when you see wiper streaks. Use a soft cloth and a glass cleaner.

**Windshield wiper**

▸ Place the windshield wiper arms in the service position ⇨ page 58.
▸ Fold the windshield wiper arms away from the windshield.

**Rear window wiper**

Applies to: vehicles with rear window wiper

▸ Fold the wiper arm away from the rear window.

> ⚠ **WARNING**
> Dirty windshield wiper blades can impair vision, which increases the risk of an accident.

> ⓘ **Note**
> If you see streaks again after cleaning the wiper blades, the blades must be replaced ⇨ page 58.

### Replacing the front wiper blades



**Fig. 61** Removing windshield wiper blades

**Windshield wiper service position/blade replacement position**

▸ To bring the wipers into the service position, turn the ignition off and move the windshield wiper lever into position ④ for at least two seconds ⇨ page 57, fig. 59.
▸ To bring the wipers into the starting position, turn the ignition on and move the windshield wiper lever into position ④ for at least two seconds.

**Removing the wiper blade**

▸ Fold the windshield wiper arm away from the windshield.
▸ Press the locking knob ① ⇨ fig. 61 on the wiper blade. Hold the wiper blade firmly.
▸ Remove the wiper blade in the direction of the arrow.

**Installing the wiper blade**

▸ Insert the new wiper blade into the mount on the wiper arm ② until you hear it latch into place.
▸ Place the wiper arm back on the windshield.
▸ Turn the service position off. ▸

Lights and Vision

> ⚠️ **WARNING**
>
> For safety reasons, the windshield wiper blades should be replaced once or twice each year.

> ⓘ **Note**
>
> – The windshield wiper blades must only be folded away when in the service position! Otherwise, you risk damaging the paint on the hood or the windshield wiper motor.
> – You should not drive your vehicle or press the windshield wiper lever when the wiper arms are folded away from the windshield. The windshield wipers would move back into their original position and could damage the hood and windshield.

> ⓘ **Tips**
>
> – You can also use the service position, for example, if you want to protect the windshield from icing by using a cover.
> – You cannot activate the service position when the hood is open.

**Replacing rear wiper blade**
Applies to: vehicles with rear window wiper



**Fig. 62** Rear wiper: Removing the wiper blade

**Removing the wiper blade**
▸ Fold the wiper arm away from the rear window.
▸ Hold the wiper blade below the center -arrow- ⇨ fig. 62 and pull it out of the retainer. Hold the windshield wiper arm securely while doing this.

**Installing the wiper blade**
▸ Press the wiper blade mount into the retainer. Securely hold the wiper arm at the upper plastic end.
▸ Fold the window wiper arm back onto the rear window.

> ⚠️ **WARNING**
>
> For safety reasons, the windshield wiper blades should be replaced once or twice each year.

## Digital compass

**Switching the compass on and off**
Applies to: vehicles with digital compass



**Fig. 63** Rearview mirror: digital compass is switched on

▸ To turn the compass on or off, press the button ⓘ until the compass display in the mirror turns on or off.

The digital compass only works when the ignition is turned on. The directions are indicated with abbreviations: N (north), NE (northeast), E (east), SE (southeast), S (south), SW (southwest), W (west), NW (northwest).

> ⓘ **Tips**
>
> To prevent inaccurate compass readings, do not bring any remote controls, electrical devices or metallic objects near the mirror.

Lights and Vision

**Adjusting the magnetic zone**
Applies to: vehicles with digital compass

*The magnetic zone must be adjusted correctly for the compass to read accurately.*



**Fig. 64** Magnetic zone map

▸ Press and hold the button ⓘ ⇨ page 59, fig. 63 until the number of the magnetic zone appears in the interior rearview mirror.
▸ Press the button ⓘ repeatedly to select the correct magnetic zone. The selection mode turns off after a few seconds.

**Calibrating the compass**
Applies to: vehicles with digital compass

*If the display is incorrect or inaccurate, the compass must be recalibrated.*

▸ Press and hold the button ⓘ until a C appears in the interior rearview mirror.
▸ Drive in a circle at about 6 mph (10 km/h) until a direction is displayed in the interior rearview mirror.

> ⚠️ **WARNING**
>
> To reduce the risk to yourself and other drivers, calibrate the compass in an area where there is no traffic.

# Seats and storage
## General information

> ⚠ **WARNING**
> Refer to the chapter Driving Safely
> ⇨ page 247, Driving safety for important in-
> formation, tips, suggestions and warnings
> that you should read and follow for your own
> safety and the safety of your passengers.

## Front seats

**Manual seat adjustment**
Applies to vehicles with manual adjustable seats



**Fig. 65** Front seat: manual seat adjustment

① - Moving the seat forward/back: pull the lever and slide the seat.

② - Lengthening/shortening the upper thigh support*: lift the handle and move the support.

③ - Adjusting the angle of the seat surface*. Pull/press the lever.

④ - Adjusting the lumbar support*: press the button in the desired direction.

⑤ - Switching the massage function* on/off.

⑥ - Moving the seat up/down: pull/press the lev-er.

⑦ - Adjusting the backrest angle: turn the ad-justing wheel.

> ⚠ **WARNING**
> – Only adjust the front seat with when the ve-
> hicle is stationary. Otherwise, this increases
> the risk of an accident

– Exercise caution when adjusting the seat height. Adjusting the seat carelessly or without checking can pinch hands and fin-gers.
– The front seat backrests must not be re-clined too far back when driving, because this impairs the effectiveness of the safety belts and airbag system, which increases the risk of injury.

> ℹ **Tips**
> The massage function* switches off automati-
> cally after approximately 10 minutes.

**Power seat adjustment**
Applies to vehicles with power adjustable seats



**Fig. 66** Front seat: power seat adjustment

① - Adjusting the backrest angle: press the but-ton forward/back.

② - Moving the seat up/down: press the button upward/downward. To adjust the front seat cush-ion, press the front button up/down. To adjust the rear seat cushion, press the rear button up/down.

② - Moving the seat forward/back: press the but-ton forward/back.

③ - Adjusting the lumbar support*: press the button in the desired direction.

④ - Lengthening/shortening the upper thigh support*: lift the handle and move the support.

⑤ - Switching the massage function* on/off.      ▶

---

> ⚠ **WARNING**
> – Only adjust the front seat with when the ve-
> hicle is stationary. Otherwise, this increases
> the risk of an accident
> – The power adjustment for the front seats al-
> so works with the ignition switched off or
> with the ignition key removed. For this rea-
> son, children should never be left unattend-
> ed in the vehicle – they could be injured!
> – Exercise caution when adjusting the seat
> height. Unsupervised or careless seat ad-
> justment can pinch fingers or hands causing
> injuries.
> – The front seat backrests must not be re-
> clined too far back when driving, because
> this impairs the effectiveness of the safety
> belts and airbag system, which increases
> the risk of injury.

> ℹ **Tips**
> The massage function* switches off automati-
> cally after approximately 10 minutes.

**Entry assistance**
Applies to: vehicles with entry assistance

*Easy seat entry makes it easier to get into the back seats.*



**Fig. 67** Driver's seat: easy seat entry controls (example)

---



**Fig. 68** Easy seat entry operation (example), seat returning to the original position with seat memory

**Folding the front seat backrests forward**

▸ Pull the handle ① ⇨ fig. 67 forward.
▸ Fold the backrest forward until it locks into place and then slide the seat all the way for-ward using the backrest ②.

**Folding the front seat backrests back**

▸ Slide the seat all the way back using the back-rest ③ ⇨ fig. 68.
▸ Fold the backrest back until it locks into place ④.

The seat will return to its original position after using easy seat entry.

> ⚠ **WARNING**
> The front seat backrests must always be
> locked in lace while driving for safety reasons.
> – When using easy seat entry, the seat must
> always slide all the way back when returning
> it to its original position. Otherwise, the set
> will not be able to lock in place. Only drive
> once the seat is locked into place.

> ℹ **Tips**
> If the seat will not lock in place after using
> easy seat entry, slide the seat all the way back
> until it stops. Then adjust the seat to the de-
> sired position.

Seats and storage

### Front center armrest

Applies to: vehicles with a front center armrest

*There is a storage compartment under the armrest.*



**Fig. 69** Armrest between the driver's/front passenger's seats.

▶ To adjust the angle, raise the armrest from the starting position notch by notch.
▶ To bring the armrest back into the starting position, raise it out of the top notch and fold it back down.

The armrest can slide forward and back.

## Head restraints

### Front head restraints

Applies to: vehicles with adjustable head restraints



Applies to: version 1
**Fig. 70** Front seat: adjusting the head restraint



Applies to: version 2
**Fig. 71** Front seat: adjusting the head restraint

Adjust the head restraints so the upper edge is as even as possible with the top of your head. If that is not possible, try to adjust as close to this position as possible.

Applies to: version 1
▶ To move the head restraint up or down, slide it until it locks into place ⇨ *fig. 70.*

Applies to: version 2
▶ To move the head restraint up or forward, slide it ⇨ *fig. 71* until it locks into place.
▶ To move the head restraint down or back, press the side button -arrow- and slide the head restraint until it locks into place.

⚠ **WARNING**

Always read and follow the applicable warnings ⇨ *page 250, Proper adjustment of head restraints.*

### Rear head restraints



**Fig. 72** Outer rear head restraints: release point (example)

If there are passengers in the rear seat, fold the head restraints up on the occupied seats at least to the next notch ⇨ ⚠. ▶

63

---

Seats and storage

**Moving the head restraints**

▶ To move the head restraint up, hold it at the sides with both hands and slide it upward until you feel it click into place.
▶ To move the head restraint down, press the button Ⓐ ⇨ *fig. 72* and slide the head restraint downward.

**Removing the head restraints**

To remove the head restraints, the backrest must be folded forward partially.

▶ Remove the screwdriver from the vehicle tool kit ⇨ *page 353.*
▶ Release the backrest ⇨ *page 67.*
▶ Press the button Ⓐ ⇨ *fig. 72* and slide the head restraint up as far as it can go.
▶ Place the screwdriver in position Ⓑ in the opening, press the button Ⓐ and pull the head restraint out of the backrest at the same time ⇨ ⚠.
▶ Fold the backrest down until it latches securely ⇨ ⚠ in *Increasing the cargo area on page 67.*

**Installing the head restraints**

To install the head restraints, the backrest must be folded forward partially.

▶ Release the backrest ⇨ *page 67.*
▶ Slide the posts on the head restraint down into the guides until the posts click into place. You should not be able to pull the head restraint out of the backrest.
▶ Fold the backrest down until it latches securely ⇨ ⚠ in *Increasing the cargo area on page 67.*

⚠ **WARNING**

– Always read and follow the applicable warnings ⇨ *page 250, Proper adjustment of head restraints.*
– Only remove the rear seat head restraints when necessary in order to install a child safety seat ⇨ *page 292, Child safety.* Install the head restraint again immediately once the child safety seat is removed. Driving with the head restraints removed or not

64

---

in the upright position increases the risk of serious injury.

## Sockets

Applies to: vehicles with socket



**Fig. 73** Center console: front/rear 12 volt socket

The 12 volt socket can be used for electrical accessories. The power consumption at the outlet must not exceed 120 watts.

There is an additional 12 volt socket* located on the side trim panel in the luggage compartment.

⚠ **WARNING**

The socket works only when the ignition is switched on. Incorrect usage can lead to serious injuries or burns. To reduce the risk of injuries, never leave children unattended in the vehicle with the vehicle key.

① **Note**

– To reduce the risk of damage to the vehicle electrical system, never attempt to charge the vehicle battery by connecting accessories that provide power, such as solar panels or battery chargers, to the 12 Volt sockets or the cigarette lighter.
– To reduce the risk of damage to the sockets, only use plugs that fit correctly.

## Storing

### Cup holders



**Fig. 74** Section of the rear bench seat: rear cup holders*

Your vehicle has cup holders in the front center console, in the door pockets, in the rear bench seat* or in the rear center console*.

**Rear cup holders#**
Applies to: vehicles with rear center armrest

▶ Tilt the rear center armrest all the way down.
▶ To open the cup holders, tap on the rim Ⓐ ⇨ **fig. 74**.
▶ To place the beverage container in the cup holder, push the arm Ⓑ outward.
▶ Then push the arm against the beverage container so that the arm lies closely against it.
▶ To close the cup holders, push them back into the slot.

⚠ **WARNING**
– Do not put any hot beverages in the cup holder while the vehicle is moving. Hot beverages could spill, which can cause injury.
– Do not use any breakable beverage containers (for example, made out of glass or porcelain). You could be injured by them in the event of an accident.

① **Note**
Beverage containers in the cup holders should always have a lid. If not, beverages could spill and cause damage to vehicle equipment, such as electronics or seat covers.

### Other storage



Applies to: sedan
**Fig. 75** Luggage compartment: bag hooks*

There are additional storage compartments, compartments and holders at other locations in the vehicle:

– Glove compartment: the glove compartment can be locked using the key *.
– Storage compartment under the front center armrest*
– Storage compartment on the rear side of the front seat*. The compartment can hold a maximum weight of 2 lbs (1 kg).
– Garment hooks* on the B-pillar ⇨ ⚠
– Garment hooks* above the rear doors*
– Side bag hooks* in the luggage compartment
– Applies to: sedan: bag hooks* under the rear shelf ⇨ **fig. 75**

⚠ **WARNING**
– Always leave the lid on the glove compartment cover closed while driving to reduce the risk of injury.
– Only use the storage compartments in the door trim panels to store small objects that will not stick out of the compartment and impair the range of the side airbags.
– The bag hooks can hold a maximum weight of 6.6 lbs (3 kg). Heavier objects are not adequately secured. There is risk of personal injury.

⚠ **WARNING**
Applies to: vehicles with garment hooks
– Make sure that the view to the rear is not obstructed by hanging garments.

– Hang only lightweight clothing and be sure that there are no heavy or sharp-edged objects in the pockets.
– Do not use coat hangers to hang garments, because this could reduce the effectiveness of the side curtain airbags.

## Luggage compartment

### General information

⚠ **WARNING**
Read and follow the important safety precautions in ⇨ **page 253, Storing cargo correctly.**

### Luggage compartment cover
Applies to: vehicles with luggage compartment cover

The luggage compartment cover blocks the view into the luggage compartment.



**Fig. 76** Open luggage compartment lid with luggage compartment cover

**Removing**
▶ Unhinge the straps ① and pull the cover ③ in the direction of the arrow out of the holder ②.

**Installing**
▶ Slide the cover ③ horizontally into the designated holder ② in the side bracket until the cover is lined up.
▶ Hook the straps into the luggage compartment lid ① ⇨ ⚠.

⚠ **WARNING**
– To reduce the risk of accidents, never install the luggage compartment cover without securing it.

– The luggage compartment cover is not a surface for storing objects. Objects placed on the cover increase the risk of injury to all vehicle occupants during sudden braking maneuvers or when involved in an accident.

### Lowering the cargo floor
Applies to: vehicles with adjustable cargo floor

The cargo floor can lower to expand the storage area in the luggage compartment.



**Fig. 77** Luggage compartment: lowered cargo floor

▶ Lift the cargo floor in order to lower it.
▶ Pull the cargo floor back slightly and insert it in the lower position Ⓑ.

To make loading and unloading easier, bringing the cargo floor back into position Ⓐ after transporting bulky items is recommended.

### Tie-downs
Applies to: vehicles with tie-downs



**Fig. 78** Luggage compartment: location of the tie-downs (example)

▶ Secure the cargo to the tie-downs -arrows-.
▶ Follow the safety precautions ⇨ page 254.

### Cargo net/cargo bag

Applies to: vehicles with luggage compartment cargo net/cargo bag

*The cargo net prevents light objects from sliding, and it can also be used as a cargo bag.*



**Fig. 79** Luggage compartment: cargo net stretched out (example)



**Fig. 80** Luggage compartment: cargo bag hung in place (example)

#### Cargo net

▶ To secure the cargo net, first hang the front hooks in the tie-downs then hang the rear hooks -arrows- ⇨ *fig. 79*.

#### Cargo bag

▶ To secure the cargo bag, hang both plastic retainers in the tie-downs Ⓑ ⇨ *fig. 80* and the eyelets Ⓐ in the hooks/bag hooks* Ⓒ.

You can also use the bag hooks* Ⓒ to hang light purses, bags, etc.

> ⚠ **WARNING**
>
> For strength reasons, only objects with a maximum weight of 10 lb (5 kg) should be secured in the luggage compartment net. Heavier objects are not adequately secured. There is risk of personal injury.

### Increasing the cargo area

Applies to: vehicles with folding backrests

*The rear seat backrests can be folded forward either separately* or together.*



**Fig. 81** Backrest: outer release lever (example)

#### Folding the backrest forward/back

▶ Push the corresponding head restraint downward ⇨ *page 63*.
▶ Pull the release lever ① ⇨ *fig. 81* in the direction of the arrow and fold the backrest forward.
▶ Fold the backrest down until it latches securely ⇨ ⚠. When you can no longer see the red mark on the pin ②, the seat is latched.

> ⚠ **WARNING**
>
> – The backrest must be securely latched to ensure the safety belt is protecting the rear seat positions.
> – The backrest must be securely latched so objects cannot slide forward out of the luggage compartment during sudden braking.

> ① **Note**
>
> – If you move the front seat back when the rear seat backrest is folded forward, you could damage the head restraints on the rear seat. If necessary, remove the rear seat head restraint before moving the front seat back
> – To reduce the risk of damage, move the rear head restraints down before folding the rear backrests forward ⇨ ⚠ *in Rear head restraints on page 64.*
> – Make sure the safety belt is not pinched in the backrest lock and damaged when the rear seat backrest if folded back.

### Pass-through

Applies to: vehicles with pass-through



**Fig. 82** Backrest: pass-through cover

Applies to: version 1



**Fig. 83** Luggage compartment: release lever in the luggage compartment (example on the right side)

Applies to: version 2

#### Opening the pass-through

Applies to: version 1

▶ Fold the rear seat center armrest down.
▶ Fold the pass-through cover down ⇨ *fig. 82*.

#### Opening the pass-through from the luggage compartment

Applies to: version 2

The rear seat backrests can be folded forward separately.

▶ To fold the backrest forward, pull the release lever on the respective side ⇨ *fig. 83* in the direction of the arrow. The backrest will fold forward automatically after it is released ⇨ ⚠.
▶ To close the pass-through, fold the backrest back until it latches securely ⇨ ⚠.

> ⚠ **WARNING**
>
> – The backrest must be securely latched to ensure the safety belt is protecting the rear seat positions.

> – The backrest must be securely latched so objects cannot slide forward out of the luggage compartment during sudden braking.
> – Make sure that all objects that you are transporting in the pass-through are secure. They could slide around during sudden braking maneuvers and cause injuries.
> – Sharp edges on objects that are loaded must be covered for protection.
> – When releasing the rear seat backrest, make sure there are no people or animals within its range of motion. The backrest will fold forward automatically after it is released.

> ① **Note**
>
> Make sure the safety belt is not pinched in the backrest lock and damaged when the rear seat backrest if folded back.

### Roof rack



Applies to: vehicles without roof rail
**Fig. 84** Mounting points for the roof rack



Applies to: vehicles with roof rail
**Fig. 85** Mounting points for the roof rack

If luggage or cargo is to be carried on the roof, you must observe the following:
▶

– Only a specially designed roof rack may be used on your vehicle. These roof racks are the basis for a complete roof rack system. Additional attachments/carrier systems are necessary to transport luggage and sports equipment. We recommend roof racks and attachments from the Audi Genuine Accessories program.
– When installing the roof rack, make sure that it is mounted only at the designated points on the roof ⇨ fig. 84, ⇨ fig. 85.
– The permissible roof load for your vehicle is 165 lb (75 kg). The roof load is the total of the weight of the roof rack, the attachments and the cargo you are carrying. However, you must also note the permitted load of the carrier system being used. The permitted axle load and the permitted total vehicle weight.

> ⚠ **WARNING**
>
> – Follow the installation instructions provided with the roof rack system. If you do not secure the roof rack system and objects on the roof correctly, they could come loose from the vehicle and cause an accident.
> – Using a roof rack system increases the risk of an accident, because it changes the driving characteristics by shifting the center of gravity and/or the increasing the surface area exposed to wind. Adapt your driving and speed to the current conditions.

> ⓘ **Note**
>
> – If you use other roof luggage rack systems or do not install the racks as intended, any damage to the vehicle is not covered by the warranty. Carefully follow the assembly and installation instructions included with the roof rack carrier system.
> – Make sure that the luggage compartment lid and the panorama glass roof* do not come into contact with objects on the roof when they are open.

> ⊕ **For the sake of the environment**
>
> Your vehicle will require more fuel due to the increased wind resistance. So remove the roof rack after using it.

8V2012721B8

## Warm and cold

# Warm and cold Climate control system

### Description

The **climate control system** circulates, warms or cools, and removes humidity from the air in the vehicle interior. It is the most effective when the windows and panorama glass roof* or power top* are closed. If there is a build-up of heat inside the vehicle, ventilation can help to speed up the cooling process.

**Pollutant filter**

The pollutant filter removes pollutants such as dust and pollen from the air.

**Key recognition**

Various settings are stored and assigned to the remote control key being used.

These settings are different when the power top* is open or closed.

**Presetting**

Several functions can be preset in the Infotainment system.

Select in the Infotainment system: MENU button > **Vehicle** > left control button > **Air conditioning**

> ⚠ **WARNING**
>
> Poor visibility can lead to accidents.
> – For safer driving, keep all windows free of ice, snow and fog.
> – Become familiar with the correct use and function of the climate control system as quickly as possible, especially with the defrosting and defogging functions.
> – When the temperature is below freezing, only use the windshield washer system after

the windshield has been warmed by the climate control system. The washer fluid could freeze on the windshield and impair visibility.

> ⓘ **Note**
>
> – If you suspect that the climate control system is damaged, switch the system off to prevent further damage and have it checked by an authorized Audi dealer or authorized Audi Service Facility.
> – Repairs to the Audi climate control system require special technical knowledge and special tools. See an authorized Audi dealer or authorized Audi Service Facility.

> ⊕ **For the sake of the environment**
>
> – To save fuel, turn off the climate control system cooling mode by pressing the A/C button. This will also reduce emissions. The climate control system is off when the LED in the button turns off.
> – In vehicles with the efficiency program*, you can find other consumption information and more economy tips ⇨ page 19.

> ⓘ **Tips**
>
> – To prevent interference with the heating and cooling output and to prevent the windows from fogging over, the air intake in front of the windshield must be free of ice, snow or leaves.
> – Condensation from the cooling system* can drip and form a puddle of water under the vehicle. This is normal and does not mean there is a leak.
> – The energy management system may temporarily switch off certain functions, such as the seat heating* or rear window defogger. These systems are available again as soon as the energy supply has been restored.

Warm and cold

## Automatic climate control system

Applies to: vehicles with automatic climate control system

*Pressing* AUTO *button and setting the temperature to 72 °F (22 °C) is recommended.*



**Fig. 86** Automatic climate control system: controls (example)

The functions can be switched on and off by pressing the buttons or adjusted by turning the knob. The LED in a button will light up when the function is switched on.

### Automatic climate control system

The automatic climate control system automatically maintains a temperature inside the vehicle. Air temperature, airflow and air distribution are controlled automatically. AUTO mode switches off once a button in the climate control system is pressed.

When automatic mode is active, pressing the AUTO button briefly activates the "Eco" mode*[1]. In "eco" mode*, all settings are lowered slightly to save fuel. When in "eco" mode*, **Eco** is shown

in the display. To exit "Eco" mode*, press the AUTO button again.

### A/C cooling mode

The cooling mode only functions with the blower turned on. You can turn the cooling system on or off by pressing the A/C button. The air is not cooled and humidity is not removed when cooling mode is switched off. This can cause fog on the windows. The cooling mode switches off automatically when there are cold outside temperatures.

### ◒ / ● Temperature

The temperature for the driver's and front passenger's side can be adjusted separately with the dials ①/②. Temperatures between 60 °F (+16 °C) and 84 °F (+28 °C) can be set. If outside of this range, **LO** or **HI** will appear in the climate control system display. In both settings, the climate control runs constantly at the maximum cooling or heating level. The temperature is not regulated.

**Synchronization:** By pressing the AUTO button for two seconds, the temperature setting for the ▶

_____

[1] This function is not available in every market and is not available for the plug-in hybrid.

Warm and cold

driver is transferred to the front passenger's side. This applies a temperature change to the front passenger's side.

### ⚙ Blower

Using the regulator ⚙, you can manually adjust the volume of air generated by the blower to your preference. The blower should always run at a low setting to prevent the windows from fogging and to ensure a continuous exchange of air inside the vehicle. To have the blower regulated automatically, press the AUTO button.

### ⌄⌄ ⌄⌄ ⌄⌄Air distribution

The air distribution can adjusted with the buttons. To have the air distribution regulated automatically, press the AUTO button.

The round air vents in the cockpit are adjustable ⇨ page 73.

To keep the front side windows from fogging up in damp weather, we recommend opening the side air vents and tilting them to the side.

Foot vents are located under the front seats and adjustable vents on the end of the center console to heat the rear of the vehicle.

### ⚹ Defrosting

The windshield and side windows are defrosted or cleared of condensation as quickly as possible. The maximum amount of air flows mainly from the vents below the windshield. Recirculation mode switches off. The temperature should be set at +72°F (22°C) or higher. The temperature is controlled automatically. In the ⚹ setting, the A/C cooling mode switches on automatically, depending on the outside air temperature.

The AUTO button switches the defroster off.

### ⟳ Recirculation mode

The recirculation mode can be turned on manually or automatically*.

– Switching manual recirculation mode on and off: Press the ⟳ button.

– Automatic* recirculation mode: auto recirculation needs to be activated in the Infotainment system. Select in the Infotainment system: MENU button > Vehicle > left control button > Air conditioning > Auto recirculation The air quality sensor that is designed for diesel and gasoline exhaust automatically switches the recirculation mode on or off depending on the level of pollutants in the outside air.

In recirculation mode, the air inside the vehicle is circulated and filtered. This prevents the unfiltered air outside the vehicle from entering the vehicle interior. Switching recirculation mode on when driving through a tunnel or when sitting in traffic is recommended ⇨ ⚠.

Pressing the ⟳ button, AUTO or the ⚹ button switches recirculation mode off.

The system switches to recirculation mode when driving in reverse when the engine is cold.

### ⚹ Rear window defogger

If the rear window defogger is activated when the ignition is switched on, the battery management determines based on the battery charge if it is possible to turn on. Otherwise, the rear window defogger functions with the engine running and switches off automatically after approximately 10 - 20 minutes, depending on the outside temperature.

To prevent the rear window defogger from switching off automatically, press and hold the ⚹ button for more than two seconds. This remains stored up to approximately 15 minutes after turning off the ignition.

### ♨ Seat heating*

Pressing the ♨ button switches the seat heating on at the highest setting (level 3). The LEDs indicate the temperature level. To reduce the temperature, press the button again. To switch the seat heating off, press the button repeatedly until the LED turns off.

After approximately 10 minutes, the seat heating automatically switches from level 3 to level 2. ▶

8V0012272188

Warm and cold

> ⚠ **WARNING**
>
> – You should not use the recirculation mode for an extended period of time, because no fresh air is drawn in and the windows can fog when cooling mode* is switched off. This increases the risk of an accident.
> – Individuals with reduced sensitivity to pain or temperature could develop burns when using the seat heating function. To reduce the risk of injury, these individuals should not use seat heating.

> ① **Note**
>
> To avoid damage to the heating elements in the seats, do not kneel on the seats or place heavy loads on a small area of the seat.

> ① **Tips**
>
> – The setting for the seat heating on the driver's side is assigned to the key that is in use.
> – If the front passenger's seat heating is turned on, it will not turn on again automatically if more than 10 minutes have passed between switching the ignition off and switching it on again.

### Adjusting the air vents



**Fig. 87** Cockpit: adjusting the air vents

The following settings are possible ⇨ fig. 87:

– ① Air flow amount
– ② Air flow direction

To adjust the **air flow amount**, turn the ridged outer adjusting ring ① ⇨ fig. 87. To stop the air flow, turn the adjusting ring all the way to the right.

To adjust the **air flow direction**, turn the air vent grill insert ②.

### Steering wheel heating

Applies to: vehicles with steering wheel heating

*The steering wheel rim can be heated.*

▶ Press the 🅰 ⇨ page 15, fig. 11 button on the multifunction steering wheel to switch the steering wheel heating on and off. The message **Steering wheel heating: on/Steering wheel heating: off** appears in the instrument cluster display.

The temperature is maintained at a constant level when steering wheel heating is switched on.

The steering wheel heating settings are stored automatically and assigned to the remote control key that is in use.

If the steering wheel heating cannot be switched on, the message: **Steering wheel heating: off** appears. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

---

Driving

# Driving

## General information

### Breaking in

A new vehicle must be broken in for the first 1,000 miles (1,500 km). Do not drive at speeds that will exceed 2/3 of the maximum permitted engine speed (RPM) for the first 600 miles (1,000 km), and avoid full acceleration during this period. You may gradually start increasing the RPM and the speed between 600 miles (1,000 km) and 1,000 miles (1,500 km).

During the first hours of use, the engine has a higher internal friction than later on when all moving parts have settled into place with each other.

How the vehicle is driven during the first 1,000 miles (1,500 km) also affects the engine quality. Drive at moderate engine speeds after the initial break-in period, particularly when running a cold engine. This will reduce engine wear and improve the mileage.

Do not drive at too *low* of an engine speed (RPM). Shift down if the engine stops running "smoothly". Extremely high engine speeds are automatically reduced.

### Reducing the risk of vehicle damage

> ① **Note**
>
> When driving on poor roads, by curbs and on steep ramps, make sure that low-hanging components such as the spoiler and exhaust system do not come into contact with these or they could be damaged. This especially applies to vehicles with low ground clearance and vehicles that are heavily loaded.

### Driving through water on roads

Note the following to reduce the risk of vehicle damage when driving through water, for example on flooded roads:

– The water must not be any higher than the bottom of the vehicle body.

---

– Do not drive faster than walking speed.

> ⚠ **WARNING**
>
> After driving through water or mud, the effectiveness of the brakes may be reduced due to moisture on the brake rotors and brake pads. A few careful brake applications should dry off the brakes.

> ① **Note**
>
> – Vehicle components such as the engine, transmission, suspension or electrical system can be severely damaged by driving through water.
> – Always switch the Start/Stop system* off when driving through water ⇨ page 81.

> ① **Tips**
>
> – Determine the depth before driving through water.
> – Do not stop the vehicle, drive in reverse or switch the engine off when driving through water.
> – Keep in mind that oncoming vehicles may create waves that raise the water level and make it too deep for your vehicle to drive through safely.
> – Avoid driving through salt water, because this can cause corrosion.

### Economical and environmentally-friendly driving

The amount of fuel consumption, the environmental impact and the wear to the engine, brakes and tires depends mostly on your driving style. With an anticipatory and economic driving style, fuel consumption can be reduced by approximately 10-15%. The following tips will help you conserve the environment and your money at the same time.

#### Anticipatory driving

A vehicle uses the most fuel when accelerating. When you drive with anticipation, you do not need to brake as often and so you accelerate less. When possible, let your vehicle coast with a **gear engaged**, for example, when you notice that the ▶

8V2012721BB

Driving

next traffic light is red. This produces an engine braking effect, which helps to protect the brakes and tires and reduces the emissions and fuel consumption to zero (fuel shut-off during deceleration).

### Shift efficiently

An effective way to save fuel is to upshift *earlier*. Staying in a gear too long uses fuel unnecessarily.

Press down on the accelerator pedal slowly and avoid "kick-down".

### Avoid full acceleration

You should rarely travel at the maximum vehicle speed. High speeds cause a disproportionately high increase in fuel consumption, emissions and traffic noise. Slower driving saves fuel.

### Reduce idling time

The Start/Stop system* helps to reduce the idling time automatically. In vehicles without the Start/ Stop system, it is efficient to switch the engine off when stopped at railroad crossings and long red lights. Depending on the version of the engine, stopping the engine for as little as five seconds once it has reached operating temperature still saves more fuel than leaving the engine running - even when taking into account the amount of extra fuel that is used to restart the engine.

It takes a very long time in idle to warm the engine up to operating temperature. Wear and emissions are especially high in the warm-up phase. Therefore, you should begin driving immediately after starting the engine. Avoid high RPMs while doing this.

### Have maintenance performed regularly

By having maintenance performed regularly on your vehicle, you can help to reduce fuel consumption before you even start to drive. The maintenance condition of your vehicle not only affects traffic safety and long-term value but also impacts **fuel consumption**. A poorly maintained engine can lead to fuel consumption that is 10% higher than normal.

### Avoid short trips

The engine and emissions control system must reach their optimal **operating temperature** to effectively reduce consumption and emissions.

A cold engine uses a disproportionately high amount of fuel. The engine reaches operating temperature and consumption normalizes only after approximately 2.5 miles (4 km).

### Check the tire pressure

To save fuel, make sure the tires are always inflated to the correct pressure ⇨ *page 335*. The fuel consumption can increase by 5% if the pressure is only 0.5 bar too low. Due to the increased rolling resistance, low tire pressures will also lead to greater tire **wear** and will affect driving behavior.

Do not drive on **winter tires** year-round, as this will consume up to 10% more fuel.

### Eliminate unnecessary weight

Since every kilogram of extra **weight** increases fuel consumption, a quick inspection of the luggage compartment may be worth it to avoid unnecessary weight.

When not being used, a roof rack should be removed to decrease the wind resistance of the vehicle. You will save approximately 12% of your fuel when at speeds from 62-75 mph (100-120 km/h).

### Save energy

The engine drives the generator, which generates electricity; the fuel consumption also increases with the demand for electricity. Therefore, switch electrical equipment off when you no longer need it. Examples of equipment that uses a lot of energy are air blowers at a high setting, the rear window defogger and seat heating*.

> ① Note
> – Do not leave engine idling unattended after starting. If warning lights should come on to indicate improper operation, they would go unheeded. Extended idling also produces heat, which could result in overheating or ▶

Driving

other damage to the vehicle or other property.
– Have your vehicle maintained properly and in accordance with the service recommendations in your Warranty & Maintenance booklet. Lack of proper maintenance as well as improper use of the vehicle will impair the function of the emission control system and could lead to damage.
– Do not alter or remove any component of the Emission Control System unless approved by the manufacturer.
– Do not alter or remove any device, such as heat shields, switches, ignition wires, valves, which are designed to protect your vehicle's Emission Control System and other important vehicle components.

> ① Tips
> The consumption estimates as published by ENVIRONMENTAL PROTECTION AGENCY (EPA) and Transport Canada may not correspond to your actual consumption on the road, which will vary depending upon vehicle load and speed, road and weather conditions, trip length, etc.

## Steering

### Adjusting the steering wheel position

*The steering wheel position is fully adjustable up and down and forward and back.*



Fig. 88  Steering column: steering column adjustment lever

► Tilt the lever ⇨ *fig. 88* downward ⇨ ⚠.
► Bring the steering wheel into the desired position.

► Push the lever against the steering column until it is secure.

> ⚠ WARNING
> Incorrect use of the steering wheel adjustment and an incorrect seating position can cause serious injuries.
> – Only adjust the steering column when the vehicle is stationary so that you do not lose control of the vehicle.
> – Adjust the driver's seat or steering wheel so that there is at least 10 inches (25 cm) distance between your chest and the steering wheel ⇨ *page 248, fig. 222*. If you do not maintain this distance, the airbag system will not be able to provide its full protection. ⇨ *page 248, fig. 222*.
> – If your physical characteristics prevent you from sitting at least 10 inches (25 cm) or more away from the steering wheel, see if an authorized Audi dealer or authorized Audi Service Facility can provide adapters that will help.
> – If your face is level with the steering wheel, the airbag does not provide as much protection during a collision. Always make sure that the steering wheel is level with your chest.
> – Always hold the steering wheel with your hands in the 9 o'clock and 3 o'clock positions to reduce the risk of injury if the airbag deploys.
> – Never hold the steering wheel in the 12 o'clock position or with both hands on the rim or the center of the steering wheel. Holding the steering wheel incorrectly significantly increases the risk of injury to the hands, arms and head if the airbag deploys.

8V0012721B8

Driving

# Starting and stopping the engine (vehicles with an ignition lock)

## Starting the engine

Applies to: vehicles with ignition lock

The ignition is switched on and the engine started with the key in the ignition.



**Fig. 89** Ignition lock: position of the ignition key

### Switching the ignition on/off

► To switch the ignition on, turn the ignition key to position ①. Vehicles without the Start/Stop system*: the needle in the tachometer moves into the READY position.
► To switch the ignition off, turn the ignition key to position ⓪. The needle in the tachometer moves into the OFF position.

### Starting the engine

► Press the brake pedal and move the selector lever to the P or N position.
► Turn the key briefly to position ②. The ignition key automatically returns to position ①. Do not press the accelerator pedal when doing this.

Equipment that uses a lot of electricity is switched off temporarily when you start the engine.

If the engine does not start immediately, stop the starting procedure by turning the ignition key to position ⓪ and repeat after 30 seconds.

### Start/Stop system*

See the information in ⇨ page 81, Start/Stop system.

---

⚠ **WARNING**
– To reduce the risk of poisoning, never allow the engine to run in confined spaces.
– Never remove the ignition key from the ignition lock while the vehicle is moving. Otherwise the steering lock will engage and you will not be able to steer the vehicle.

ⓘ **Note**
Avoid high engine speed, full throttle, and heavy engine load if the engine has not reached operating temperature yet. You could damage the engine.

♻ **For the sake of the environment**
Do not let the engine run while parked to warm up. Begin driving immediately. This reduces unnecessary emissions.

ⓘ **Tips**
– If it is difficult to turn the key to position ①, turn the steering wheel back and forth slightly to release the steering wheel lock.
– Some noise after starting the engine is normal and is no cause for concern.

## Stopping the engine

Applies to: vehicles with ignition lock

### Stopping the engine

► Bring the vehicle to a full stop.
► Turn the key to position ⓪. The needle in the tachometer moves into the OFF position.

### Engaging the steering lock

Requirement: the selector lever must be in P.

► Remove the ignition key in position ⓪
⇨ page 78, fig. 90 ⇨ ⚠.
► Turn the steering wheel until you hear the steering wheel lock.

The locked steering helps prevent vehicle theft. ▶

---

Driving

⚠ **WARNING**
– Never turn off the engine before the vehicle has come to a complete stop. The full function of the brake booster and the power steering is not guaranteed. You must use more force to turn or brake. Because you cannot steer and brake as you usually would, this could lead to accidents and serious injuries.
– Never remove the ignition key from the ignition lock while the vehicle is moving. Otherwise, the steering lock could suddenly engage and you would not be able to steer the vehicle.
– Always take the key with you whenever you leave your vehicle. Otherwise, the engine could be started or electrical equipment such as the power windows could be operated. This can lead to serious injury.
– For safety reasons, always park the vehicle with the selector lever in the P position. Otherwise, there is the risk that the vehicle could roll unintentionally.

ⓘ **Note**
If the engine has been under heavy load for an extended period of time, heat builds up in the engine compartment after the engine is switched off and there is a risk of damaging the engine. For this reason, let the engine run for at idle for approximately two minutes before shutting it off.

ⓘ **Tips**
For up to 10 minutes after stopping the engine, the radiator fan may turn on again automatically or it may continue to run (even if the is ignition switched off) due to the following reasons:
– The coolant temperature is increasing due to trapped heat.
– If the engine is warm and the engine compartment also heats up from strong sunlight.

---

# Starting and stopping the engine (vehicles with convenience key)

## Starting the engine

Applies to: vehicles with convenience key

The START ENGINE STOP button switches the ignition on and starts the engine.



**Fig. 90** Center console: START ENGINE STOP button

Plug-in hybrid drive*: also refer to the information about starting the vehicle under ⇨ page 96.

### Starting the engine

► Press the brake pedal and move the selector lever to the P or N position.
► Press the START ENGINE STOP button briefly. The engine will start.

Equipment that uses a lot of electricity is switched off temporarily when you start the engine.

If the engine does not start immediately, stop the starting procedure by pushing the START ENGINE STOP button again and repeat after 30 seconds.

### Switching the ignition on/off

If you would like to switch the ignition on without starting the engine, follow these steps:

► Press the START ENGINE STOP button without pressing the brake pedal. Vehicles without the Start/Stop system*: the needle in the tachometer moves into the READY position.
► To switch the ignition off, press the button again. The needle in the tachometer moves into the OFF position. ▶

If the 🔒 indicator light blinks and the message **Please turn steering wheel** appears when switching the ignition on, the steering lock is locking the steering wheel. In this case, turn the steering wheel slightly to the left/right.

**Start/Stop system***

See the information in ⇨ page 81, Start/Stop system.

> ⚠ **WARNING**
>
> To reduce the risk of poisoning, never allow the engine to run in confined spaces.

> ⓘ **Note**
>
> Avoid high engine speed, full throttle, and heavy engine load if the engine has not reached operating temperature yet. You could damage the engine.

> 🌿 **For the sake of the environment**
>
> Do not let the engine run while parked to warm up. Begin driving immediately. This reduces unnecessary emissions.

> ⓘ **Tips**
>
> – Some noise after starting the engine is normal and is no cause for concern.
> – If you leave your vehicle with the ignition switched on, the ignition will switch off after a certain amount of time. Make sure that electrical equipment such as the exterior lights are switched off.

**Stopping the engine**

Applies to: vehicles with convenience key

Plug-in hybrid drive*: refer to the information under ⇨ page 96.

▸ Bring the vehicle to a full stop.
▸ Move the selector lever into the P position.
▸ Press the START ENGINE STOP button ⇨ page 78, fig. 90.

## Steering lock[1]

The steering locks when you turn the engine off using the START ENGINE STOP* button, move the selector lever into the P position and open the driver's door. The locked steering helps prevent vehicle theft.

### Emergency off function

If it is absolutely necessary, the engine can also be turned off while driving at speeds starting at 4 mph (7 km/h). To switch the engine off, press the START ENGINE STOP button twice in a row briefly or press and hold for longer than two seconds.

> ⚠ **WARNING**
>
> – Never turn off the engine before the vehicle has come to a complete stop. The full function of the brake booster and the power steering is not guaranteed. You must use more force to turn or brake. Because you cannot steer and brake as you usually would, this could lead to accidents and serious injuries.
> – Always take the key with you whenever you leave your vehicle. Otherwise, the engine could be started or electrical equipment such as the power windows could be operated. This can lead to serious injury.
> – For safety reasons, always park the vehicle with the selector lever in the P position. Otherwise, there is the risk that the vehicle could roll unintentionally.

> ⓘ **Note**
>
> If the engine has been under heavy load for an extended period of time, heat builds up in the engine compartment after the engine is switched off and there is a risk of damaging the engine. For this reason, let the engine run for at idle for approximately two minutes before shutting it off.
>
> ▸

> ⓘ **Tips**
>
> For up to 10 minutes after stopping the engine, the radiator fan may turn on again automatically or it may continue to run (even if the is ignition switched off) due to the following reasons:
> – The coolant temperature is increasing due to trapped heat.
> – If the engine is warm and the engine compartment also heats up from strong sunlight.

## Messages

**Engine running. Warning! Turn off ignition before leaving vehicle**

This message appears and a warning tone sounds if you open the driver's door when the engine is running.

**Pressing start/stop button again will switch off engine.**

This message appears when you press the START ENGINE STOP* button while driving ⇨ page 79, Emergency off function.

**Engine start system: malfunction! Please contact Service**

The engine automatic start system has a malfunction. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected. To start the engine, turn the key to position ② ⇨ page 77 or press and hold the START ENGINE STOP button until the engine is running.

**🔑 Key not recognized. See owner's manual**

This message appears if there is no convenience key inside the vehicle or if the system does not recognize the key. The convenience key may not be recognized, for example, if it is covered by an object that disrupts the signal (such as a briefcase), or if the key battery is weak. Electronic devices such as cell phones can also interfere with the signal.

To still be able to start or stop the engine, refer to ⇨ page 81.

**🔑 Remote control key: hold back of key against the designated area. See owner's manual**

If the indicator light turns on and this message appears, there is a malfunction ⇨ page 81.

**🔑 Key not in vehicle?**

**🔑 Remote control key: key not recognized. Is the key still in the vehicle?**

The 🔑 indicator light turns on and this message appears if the convenience key was removed from the vehicle when the engine was running. If the convenience key is no longer in the vehicle, you cannot switch the ignition on or start the engine once you stop it. You also cannot lock the vehicle from the outside.

**Please press brake pedal**

This message appears if you do not step on the brake pedal to start the engine on a vehicle with an automatic transmission.

**Please select N or P**

This message appears when starting or stopping the engine if the selector lever is not in the N or P position. The engine will not start/stop.

**Turn off ignition before leaving vehicle. Battery is discharging**

This message appears and a warning tone sounds if you open the driver's door when the ignition is switched on. Switch the ignition off so that the vehicle battery will not discharge.

**Shift to P, otherwise vehicle can roll away. Doors do not lock if lever is not in P**

This message appears for safety reasons if the selector lever for the automatic transmission is not in the P position after the ignition is switched off. Move the selector lever to the P position. Otherwise the vehicle is not protected from rolling and it cannot be locked.

---

[1] This function is not available in all countries.

8V0012721BB

# Starting the engine when there is a malfunction

Applies to: vehicles with convenience key

*It may not be possible to start the engine under certain circumstances, for example if the battery in the vehicle key is drained, if interference is affected the key or if there is a system malfunction.*



**Fig. 91** Steering column/remote control key: starting the engine if there is a malfunction

As long as the message 🔑 Key not recognized. See owner's manual or 🔑 Remote control key: hold back of key against the designated area. See owner's manual appears, you can start the vehicle with the emergency starting function.

▶ Press the brake pedal.
▶ Hold the master key in the location indicated in the illustration 🔑 ⇨ *fig. 91*.
▶ Press the START ENGINE STOP button ⇨ ⚠ in *Starting the engine on page 79*. The engine will start.
▶ Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

> ### ⓘ Tips
>
> You can display the message that appears during an emergency engine start again by pressing the START ENGINE STOP button.

# Start/Stop system

## Description

Applies to: vehicles with Start/Stop system

The Start/Stop system can help increase fuel economy and reduce CO₂ emissions.

In Start/Stop mode, the engine shuts off automatically when the vehicle is stopped, such as at a traffic light. The ignition remains switched on during this stop phase. The engine will restart automatically when needed.

The Start/Stop system is automatically activated as soon as the ignition is switched on.

### Basic requirements for Start/Stop mode

– The driver's door must be closed.
– The driver's seat belt much be fastened.
– The hood must be closed.
– The vehicle must have driven faster than 2 mph (3 km/h) since the last time it stopped.

> ### ⓘ Note
>
> Always switch the Start/Stop system off when driving through water ⇨ *page 83*.

> ### ⓘ Tips
>
> The engine stops shortly before the vehicle comes to a stop [1]. The full function of the brake booster and the power steering is still available.

## Stopping/starting the engine

Applies to: vehicles with Start/Stop system



**Fig. 92** Instrument cluster: engine switched off (stop phase)

▶ Brake the vehicle to a stop. The engine stops shortly before the vehicle comes to a stop or if the vehicle is stationary [1]. Keep your foot on the brake pedal. The 🅐/🅐 indicator light appears in the display. The needle in the tachometer also moves into the **READY** position.
▶ The engine starts again when you take your foot off the brake pedal. The indicator light turns off.

### Additional information

The engine stops in the P, N and D selector lever positions.

If you select the R selector lever position during a Stop phase, the engine will start again.

Shift to P quickly to prevent the engine from starting unintentionally when shifting through R.

You can determine for yourself if the engine will stop or not by reducing or increasing the amount of force you use to press the brake pedal. For example, if you only lightly press on the brake pedal in stop-and-go traffic or when turning, the engine will not switch off when the vehicle is stationary. As soon as you press the brake down harder, the engine will switch off.

> ### ⓘ Tips
>
> – Press the brake pedal during a Stop phase to keep the vehicle from rolling.
> – The ignition will turn off if you press the START ENGINE STOP button* during a stop phase. The needle in the tachometer moves into the **OFF** position.

## General information

Applies to: vehicles with Start/Stop system

### Engine does not switch off

Before and during each stop phase, the system checks if certain conditions have been met. If the 🅐 indicator light appears in the instrument cluster display, the engine will not be stopped, for example in the following situations:

– The engine has not reached the minimum required temperature for Start/Stop mode.
– The interior temperature selected by the climate control system* has not been reached.
– The outside temperature is extremely high/low.
– The windshield is being defrosted ⧠.
– The parking system* is switched on.
– The vehicle battery charge level is too low.
– The steering wheel is turned at a sharp angle or is moving.
– After engaging the reverse gear.
– On sharp inclines.
– At high altitudes.

### Engine automatically restarts

The standard Start/Stop mode will be canceled during a stop phase in the following situations. The engine restarts without any action by the driver.

– The vehicle rolls, for example while on a slope.
– The interior temperature differs from the temperature selected in the A/C system.
– The windshield is being defrosted ⧠.
– The brake pedal is pressed several times in a row.
– The vehicle battery charge level is too low.
– Power consumption is high.

The engine can turn off again when the conditions for Start/Stop mode are met [1].

### Ignition is switched off automatically

To prevent the vehicle battery from draining, the ignition will switch off **automatically** under the following conditions:

– The Start/Stop system has stopped the engine.
– The vehicle is stationary.
– You exited the vehicle.

In this case, the activated low beam is replaced by the parking light. The parking lights will switch off after approximately 30 minutes or when you lock the vehicle.

---

[1] Market-specific

---

[1] Market-specific



Driving

If the Start/Stop system has not turned off the engine or if you have switched the Start/Stop system off manually, the ignition will not be automatically switched off and the engine will continue to run ⇨ ⚠.

⚠ **WARNING**

To reduce the risk of poisoning, never allow the engine to run in confined spaces.

ⓘ **Tips**

If you select the D or N selector lever position in a vehicle with an automatic transmission after shifting into reverse, the vehicle must be driven faster than 6 mph (10 km/h) in order for the engine to switch off again.

**Manually switching the Start/Stop system on/off**
Applies to: vehicles with Start/Stop system

*If you do not wish to use the system, you can switch it off manually.*



**Fig. 93** Center console: Start/Stop system button

▶ To switch the Start/Stop system off/on manually, press the ⬚ button. The LED in the button turns on when the system is switched off.

ⓘ **Tips**

If you switch the system off during a stop phase, the engine will start again automatically.

**Messages in the instrument cluster display**
Applies to: vehicles with Start/Stop system

 Automatic start/stop deactivated: Please restart engine manually

This message appears when specific conditions are not met during a stop phase. The Start/Stop system will **not** be able to restart the engine. The engine must be started manually.

 **Automatic start/stop system malfunction! Function unavailable**

There is a malfunction in the Start/Stop system. Drive the vehicle to an authorized Audi dealer or authorized Service Facility as soon as possible to have the malfunction corrected.

# Electromechanical parking brake



**Fig. 94** Center console: parking brake

Your vehicle is equipped with an electromechanical parking brake ⓘ ⇨ fig. 94. The parking brake is designed to prevent the vehicle from rolling unintentionally and replaces the hand brake.

**Setting/manually releasing the parking brake**

▶ Pull the ⬚ switch to set the parking brake. The LED in the switch turns on. The ▨PARK▨ (USA models)/▨▨ (Canada models) indicator light also turns on in the instrument cluster display.
▶ To release the parking brake manually, press the brake or accelerator pedal while the ignition is switched on and press the ⬚ switch at the same time. The LED in the button and the indicator light in the display turn off.

**Releasing the parking brake automatically**

Requirement: the driver's door must be closed and the parking brake must be set. ▶

Driving

▶ To start driving and release the parking brake automatically, press the accelerator pedal as usual.

In addition to releasing the parking brake automatically, other convenience and safety functions are available when you start driving ⇨ page 85, Starting from a stop.

**Preventing the automatic parking brake release**

The vehicle could begin rolling unintentionally, depending on the hill or if towing a trailer.

▶ To prevent the parking brake from releasing automatically, pull and hold the ⬚ switch and press the accelerator pedal. The parking brake remains set and prevents the vehicle from rolling backward.
▶ You can release the ⬚ switch again once you are sure that you are giving enough driving force to the wheels by pressing the accelerator pedal.

**Emergency braking function**

You can use the emergency braking function in an emergency situation, or if the standard brake operation malfunctions or is disabled.

▶ Pull and hold the ⬚ switch.
▶ As soon as you release the ⬚ switch or accelerate, the braking stops.

Pulling and holding the ⬚ switch while driving the vehicle activates the emergency braking function. The vehicle is braked at all four wheels by activating the hydraulic brake system. The braking effect is similar to heavy braking ⇨ ⚠.

To reduce the risk of activating the emergency braking by mistake, a warning tone (buzzer) sounds when the ⬚ switch is pulled. Emergency braking stops as soon as the ⬚ switch is released or the accelerator pedal is pressed.

**Parking**

▶ Press the brake pedal to stop the vehicle.
▶ Pull the ⬚ switch to set the parking brake.
▶ Place the selector lever in the P position.
▶ Turn the engine off ⇨ ⚠.

▶ Turn the steering wheel when parking on inclines so that the wheels will roll into the curb if the vehicle starts moving.

⚠ **WARNING**

– Do not press the accelerator pedal inadvertently if a gear is selected when the vehicle is stationary and the engine is running. Otherwise, the vehicle will start to move immediately and this could result in an accident.
– Emergency braking should only be used in an emergency, when the normal brake pedal has failed or the brake pedal is obstructed. During emergency braking, your vehicle will brake similar to heavy braking. ESC and the associated components (ABS, ASR, EDL) cannot overcome the laws of physics. In corners and when road or weather conditions are bad, a full brake application can cause the vehicle to skid or the rear end to swerve, which increases the risk of an accident.
– If the power supply fails, you cannot set the parking brake if it is released. In this case, park the vehicle on level ground and secure it by placing the selector lever in the P position. See an authorized Audi dealer or authorized Audi Service Facility for assistance.
– Always take the vehicle key with you when leaving your vehicle, even for a short period of time. This applies particularly when children remain in the vehicle. Otherwise children could start the engine, release the parking brake or operate electrical equipment such as power windows, which increases the risk of an accident.
– No one should remain in the vehicle when it is locked - especially children. Locked doors make it more difficult for emergency workers to get into the vehicle, which puts lives at risk.

ⓘ **Tips**

When stopping at a traffic signal or stopping in city traffic, you can set the parking brake manually. The vehicle does not have to be held with the brake pedal. The parking brake eliminates the tendency to creep when a selector lever position is engaged. As soon as ▶

83

84

you press the accelerator pedal, the parking brake releases automatically and your vehicle starts to move ⇨ page 85.

### ⓘ Tips

– Occasional noises when the parking brake is set and released are normal and are not a cause for concern.
– The parking brake goes through a self-test cycle at regular intervals when the vehicle is stopped. Any noises associated with this are normal.
– If there is a power failure, the parking brake will not set if it is released, and it will not release if it is set ⇨⚠. See an authorized Audi dealer or authorized Audi Service Facility for assistance.

## Starting from a stop

Various convenience and safety functions may be available when the vehicle begins driving, depending on vehicle equipment.

### Starting on hills with the parking brake set

Requirement: the driver's door must be closed.

▸ To start driving comfortably when on a hill, set the parking brake and begin driving as usual. The braking force of the parking brake does not release automatically until the wheels build up enough driving force.

### Starting on hills with hill hold assist

Hill hold assist makes it easier to start on hills.

Requirement: the driver's door must be closed and the engine must be running.

▸ To activate hill hold assist, press and hold the brake pedal for several seconds. The vehicle must be in an uphill direction of travel.

After releasing the brake pedal, the braking power is maintained for a brief moment ⇨ ⚠ to prevent the vehicle from rolling back when starting. During this time, you can easily begin to move your vehicle.

### ⚠ WARNING

Applies to: vehicles with hill hold assist

– If you do not begin driving immediately or the engine stalls after releasing the brake pedal, your vehicle may begin to roll backward. Press the brake pedal or set the parking brake immediately.
– The intelligent technology of hill hold assist cannot overcome the limitations imposed by natural physical laws. The increased comfort offered by hill hold assist should not cause you to take safety risks.
– Hill hold assist cannot hold the vehicle in place on all hills (for example, if the ground is slippery or icy).
– To reduce the risk of an accident, always make sure the vehicle is situated safely while stationary.

## Automatic transmission

### Introduction

Applies to: vehicles with automatic transmissions

The automatic transmission is controlled electronically. Upshifting and downshifting occur automatically.

When a **moderate driving style** is used, the transmission selects the most economical driving mode. The transmission upshifts at a lower RPM and downshifts at a higher RPM to improve fuel efficiency.

In the S selector lever position, the transmission switches to a sporty mode after a kick-down or when the driver uses a **sporty driving style** characterized by quick accelerator pedal movements, heavy acceleration, frequent changes in speed and traveling at the maximum speed.

If desired, the driver can also select the gears manually **(tiptronic mode)** ⇨ page 90, Manual shifting (tiptronic mode).

The S tronic is a dual-clutch transmission. Power is transferred using two clutches that work independently from one another. They replace the torque converter used in conventional automatic ▸

transmissions and allow the vehicle to accelerate without a noticeable interruption in traction.

### Selector lever positions

Applies to: vehicles with automatic transmissions



**Fig. 95** Instrument cluster: selector lever positions



**Fig. 96** Selector lever lock

The selected selector lever position is shown hear the selector lever ⇨ fig. 96 and in the instrument cluster display ⇨ fig. 95.

▸ Switch the ignition on.
▸ In the P/N position, you must release the selector lever lock ⇨ page 86.
▸ Move the selector lever into the desired position. The engaged selector lever position is shown in the shift gate.

### Selector lever lock

The selector lever lock prevents you from selecting a gear accidentally, causing the vehicle to roll.

The selector lever is locked in the P and N positions when the ignition is switched on. You must press the brake pedal to select another position. You must also press the interlock button if you are moving from the P and N position.

The selector lever lock only functions when the vehicle is stationary or at speeds below approximately 1 mph (2 km/h). At higher speeds, the lock is automatically deactivated in the N position.

The selector lever is not locked when shifting quickly through N, for example from R to D. This makes it possible to free the vehicle when it is stuck by "rocking" it. The selector lever lock engages if the lever stays in the N position longer than approximately 2 seconds when the brake pedal is not pressed.

### Ignition key safety interlock*

Applies to: Vehicles with ignition lock

You can only remove the key from the ignition after switching the ignition off if the selector lever is in the P position. The selector lever will be locked in the P position as long as the key is not in the ignition.

### P – Park

This selector lever position prevents the vehicle from rolling. You can only shift into Park when the vehicle is stationary ⇨ ⚠.

To shift in and out of the P selector lever position, press the interlock button in the selector lever while pressing the brake pedal.

The selector lever will be locked in the P position if there is a power failure ⇨ page 92, Selector lever emergency release.

### R – Reverse

Only shift into reverse gear when the vehicle is stationary and the engine is running at idle speed ⇨ ⚠.

To select the R selector lever position, press the interlock button while pressing the brake pedal.

### N – Neutral

The transmission is in idle in this position.

### D/S – Normal position for driving forward

In the D/S selector lever position, the transmission can be operated either in the normal D mode or in the S sport mode. To select the S sport mode, pull the selector lever back briefly. Pulling ▸

Driving

the lever back again will select the normal D mode. The instrument cluster display shows the selected driving mode.

In the **normal mode** D, the transmission automatically selects the suitable gear ratio. It depends on engine load, vehicle speed and driving style.

The engine's power reserves are used fully in the **Sport mode** S. Shifting may become noticeable when accelerating.

To move from selector lever position N to D, you must press the brake pedal and the vehicle must be traveling less than 1 mph (2 km/h) or be stationary ⇨ ⚠.

⚠ **WARNING**

Read and follow all WARNINGS.
- The vehicle can roll even if the ignition is switched off.
- Never select R or P while driving, because this increases the risk of an accident.
- Power is still transmitted to the wheels when the engine is running at idle. To prevent the vehicle from "creeping", you must keep your foot on the brake in all selector lever positions (except P) when the engine is running. Otherwise, this increases the risk of an accident.
- Do not inadvertently press the accelerator pedal when the vehicle is stopped if a gear is engaged. Otherwise the vehicle will start to move immediately, even if the parking brake is set. This could result in a crash.
- Do not press the accelerator pedal when changing the selector lever position while the vehicle is stationary and the engine is running.
- Never leave your vehicle with the engine running while in gear. If you must leave your vehicle when the engine is running, set the parking brake and move the selector lever to the P position.
- To decrease the risk of an accident, the selector lever must be in the P position and the parking brake must be set before opening the hood and working on a running engine. Always read and follow the applicable warnings ⇨ page 316, Working in the engine compartment.
- Read and following all WARNINGS ⇨ ⚠ in Driving tips on page 88.

ⓘ **Tips**
- Audi drive select: Sporty shifting characteristics can be selected using the **Dynamic** driving mode ⇨ page 143 S will appear in the instrument cluster display instead of D.
- If you accidentally select N while driving, take your foot off the accelerator pedal immediately and wait for the engine to slow down to idle before selecting D or S.
- If the selector lever does not engage, there is a malfunction. The engine is disabled to prevent the vehicle from driving off unintentionally. To allow the selector lever to engage again, proceed as follows:
- >Briefly press the brake pedal.
- If the vehicle does not move forward or in reverse even though a drive position is selected, proceed as follows:
- >If the vehicle does not move in the desired direction, the system may not have engaged the drive position correctly. Press the brake pedal and select the drive position again.
- >If the vehicle still does not move in the desired direction, there is a system malfunction. See an authorized Audi dealer or authorized Audi Service Facility for assistance to have the system checked.
- If there is a power failure, the selector lever will not move out of the P position. The emergency release can be used if this happens ⇨ page 92.

ⓘ **Tips**
Plug-in hybrid drive*: the transmission switches automatically to the normal mode D if the [EV] button ⇨ page 100 is pressed while in sport mode S.

Driving

**Driving tips**
Applies to: vehicles with automatic transmissions



**Fig. 97** Section of the center console: selector lever with interlock button

**Starting the engine**
- Select the P or N selector lever position. At low temperatures (below 14 °F (−10 °C)), the engine can only be started when the selector lever is in the P position.

**Starting from a stop**
- Press and hold the brake pedal.
- Press and hold the interlock button in the selector lever handle, select the desired selector lever position such as D ⇨ page 86 and release the lock button.
- Wait a moment until the transmission shifts. You will notice a slight movement when the gear engages.
- Release the brake pedal and press the accelerator pedal ⇨ ⚠.

Various convenience functions are available for starting on hills ⇨ page 85.

**Stopping temporarily**
- Keep the vehicle stationary using the braking pedal, for example at traffic lights.
- Do not press the accelerator pedal when doing this.
- To prevent the vehicle from rolling when you start driving, set the parking brake when stopping on steep hills ⇨ ⚠ and ⇨ ⓘ.
- The parking brake will release automatically and the vehicle will start moving once you press the accelerator pedal. Requirement: the driver's door must be closed.

**Stopping/parking**

If the selector lever is not in the P position when you open the driver's door, the vehicle could roll. In vehicles with a convenience key*, the following message appears: **Shift to P, vehicle can roll away. Doors can only be locked in P.** A warning tone will also sound.

- Press and hold the brake pedal ⇨ ⚠.
- Set the parking brake.
- Select the P selector lever position.

Under certain circumstances, (such as driving in the mountains or towing a trailer), it may be useful to switch temporarily to the manual shift program in order to adjust the gears to the driving conditions by hand ⇨ page 90.

When parking on a level surface, simply place the selector lever in the P position. On inclines, activate the parking brake first and then move the selector lever to the P position ⇨ page 83. This prevents the locking mechanism from being loaded too heavily and will make it easier to move the selector lever out of the P position.

⚠ **WARNING**
- The vehicle can roll even when the engine is switched off.
- Unintended vehicle movement can lead to serious injuries.
- Never leave your vehicle with the engine running while in gear. If you must leave your vehicle when the engine is running, set the parking brake and move the selector lever to the P position.
- Power is still transferred to the wheels when the engine is running at idle. To prevent the vehicle from "creeping", you must keep your foot on the brake when the engine is running and the selector lever is in the D, S or R position or "tiptronic" mode is selected.
- Do not inadvertently press the accelerator pedal when the vehicle is stationary. Otherwise the vehicle will start to move immediately, even if the parking brake is set. This could result in a crash.

Driving

Driving

- Do not press the accelerator pedal when changing the selector lever position while the vehicle is stationary and the engine is running.
- Never engage the R or P selector level positions while driving.
- Before driving down a steep slope, reduce your speed and shift into a lower gear with "tiptronic".
- Do not ride the brakes or press the brake pedal too often or too long when driving downhill. Constant braking causes the brakes to overheat and substantially reduces braking performance, increases braking distance or causes complete failure of the brake system.
- If you must stop on an incline, always hold the vehicle in place with the foot brake or parking brake to prevent it from rolling back.
- Never hold the vehicle on an incline with a slipping clutch. The clutch opens automatically when it becomes too hot from the overload. The ⓪ indicator light turns on and a message appears ⇨ page 91 when the clutch is overloaded.

(!) **Note**

- When stopping on an incline, do not try to hold the vehicle in place by pressing the accelerator pedal while a driving gear is selected. This can cause the automatic transmission to overheat and can damage it. Set the parking brake or press the brake pedal to prevent the vehicle from rolling.
- Allowing the vehicle to roll when the engine is stopped while the selector lever is in the N position will damage the automatic transmission, because it is not lubricated under those circumstances ⇨ page 370, Towing with a tow truck.
- The transmission can overheat and be damaged under certain driving and traffic conditions such as frequent starts, creeping for a long time, or stop-and-go traffic. When the ⓪ or ⓪ indicator light turns on, stop the vehicle at the next opportunity and let the transmission cool ⇨ page 91.

(i) **Tips**

For safety reasons, the parking brake only releases automatically when the driver's door is closed.

### Hill descent control
Applies to: vehicles with automatic transmissions

*The hill descent control system assists the driver when driving down hills.*

Hill descent control is activated when the selector lever is in the D or S position and you press the brake pedal. The transmission automatically selects a gear that is suitable for the hill. Hill descent control tries to maintain the speed achieved at the time of braking, within physical and technical limitations. If may still be necessary to adjust the speed with the brakes. Because hill descent control cannot shift down farther than 3rd gear, it may be necessary to shift into tiptronic mode in very steep areas. In this case, shift into 2nd or 1st gear in tiptronic mode to use the engine's braking force to relieve the brakes.

Hill descent control switches off once the hill levels out or you press the accelerator pedal.

On vehicles with a cruise control system* ⇨ page 123, hill descent control is also activated when the speed is set.

⚠ **WARNING**

Hill descent control cannot overcome physical limitations, so it may not be able to maintain a constant speed under all conditions. Always be ready to apply the brakes.

### Manual shifting (tiptronic mode)
Applies to: vehicles with automatic transmissions

*The tiptronic mode allows the driver to shift the gears manually.*



**Fig. 98** Center console: shifting manually with the selector lever



**Fig. 99** Steering wheel: shifting manually with the shift paddles*

#### Shifting with the selector lever

You can shift into tiptronic mode while stationary and while driving.

▸ To shift into tiptronic mode, push the selector lever from the D/S setting to the right in the tiptronic shift gate. Once the transmission has switched modes, the selector lever position M is shown in the instrument cluster display ⇨ page 86, fig. 95. For example M4, means the 4th gear is engaged.
▸ To shift up a gear, tap the selector lever forward ⊕ ⇨ fig. 98.
▸ To shift down a gear, tap the selector lever back ⊖.

#### Shifting with the shift paddles*

You can operate the shift paddles in the D/S or M (tiptronic shift gate) selector lever positions.

▸ To shift up one gear, tap the shift paddle ⊕ ⇨ fig. 99.
▸ To shift down a gear, tap the ⊖ shift paddle.

If the shift paddles are tapped while in the D/S selector lever position, automatic mode switches off briefly. To switch from manually shifting back to automatic shifting immediately, tap the shift paddle ⊕ ⇨ fig. 99 for 1 second.

To keep shifting using the shift paddles, move the selector lever to the right out of the D/S position into the tiptronic shift gate.

The transmission automatically shifts up or down before critical engine speed is reached.

The transmission only allows manual shifting when the engine speed is within the permitted range.

(i) **Tips**

tiptronic does not work if the transmission is running in emergency mode.

### Kick-down
Applies to: vehicles with automatic transmissions

*Kick-down enables maximum acceleration.*

When you press the accelerator pedal down beyond the resistance point (called kick-down), the automatic transmission downshifts into a lower gear, depending on vehicle speed and engine RPM. It shifts up into the next higher gear once the maximum specified engine RPM is reached.

⚠ **WARNING**

Please note that the wheels could spin on slick or slippery roads when kick-down is active.

### Launch control program
Applies to: vehicles with S tronic transmission and Launch Control Program

*The Launch Control Program enables maximum acceleration.*

The Launch Control Program is not available for all engine/transmission combinations. ▸

Driving

Requirement: the engine must be at operating temperature and the steering wheel must not be turned.

▶ Deactivate [1] the Start/Stop system* ⇨ page 83. The LED in the ⟳ button turns on.
▶ With the engine running, press the [S OFF] button briefly one time.
▶ Pull the selector lever back out of the D/S position briefly to select the S position, or press it toward the right into the tiptronic position or select the **Dynamic** driving mode in drive select* ⇨ page 143.
▶ Press the brake pedal firmly with your left foot and hold it all the way down for at least one second.
▶ At the same time, press the gas pedal all the way down with your right foot until the engine reaches and stays at a high RPM level.
▶ Remove your left foot from the brake.

> ⚠ **WARNING**
>
> – Always adapt your driving to the traffic flow.
> – Only use Launch Control when road and traffic conditions allow it and other drivers will not be endangered or impacted by your driving and the vehicle's acceleration.
> – Please note that the drive wheels can spin and the vehicle can break away when sport mode is switched on, especially when the road is slippery.
> – Once the vehicle has started moving, press the [S OFF] button briefly to turn the sport mode off.

> ⓘ **Tips**
>
> – The transmission temperature may increase significantly while using the launch control program. If that happens, the program may not be available for a few minutes. It will be available again after a cool-down period.
> – When accelerating under the launch control program, all vehicle parts are subject to heavy loads. This can lead to increased wear.

[1] It is not possible to deactivate the system with all versions of the transmission.

**Emergency mode**
Applies to: vehicles with automatic transmissions

*In the event of a system malfunction, there is an emergency program.*

If all of the selector lever positions are highlighted with a light background in the instrument cluster display, there is a system malfunction and the transmission is running in the emergency program. The vehicle can still be driven in emergency mode, but only with reduced speed and not in all gears. In some cases, the vehicle **cannot drive in reverse.**

> ⓘ **Note**
>
> If the transmission runs in emergency mode, drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

**Transmission malfunction**
Applies to: vehicles with automatic transmissions

⊙ **Transmission: malfunction! Please stop vehicle and shift to P**

There is a malfunction in the transmission. Park the vehicle securely and do not continue driving. See an authorized Audi dealer or authorized Audi Service Facility for assistance.

⊙ **Transmission overheating! Please stop the vehicle!**

The transmission is too hot and can become damaged. Stop and let the transmission cool with the engine running (at idle) in the P selector lever position. Then the indicator light and the message turn off, drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected. If the indicator light and the driver message do not turn off, do not continue driving. See an authorized Audi dealer or authorized Audi Service Facility for assistance.

⊙ **Transmission malfunction: you can continue driving** ▶

91

Driving

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

⊙ **Transmission malfunction: no reverse gear (you can continue driving)**

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

⊙ **Transmission malfunction: You can continue driving in D until engine off**

Drive the vehicle away from moving traffic and park. See an authorized Audi dealer or authorized Audi Service Facility for assistance.

⊙ **Transmission: too hot. Please adapt driving style**

Continue driving moderately. When the indicator light turns off, you can continue driving normally.

⊙ **Transmission: please press brake pedal and select gear again**

If the transmission malfunctions because the temperature is too high, a message appears when the transmission is cooled.

**Selector lever emergency release**
Applies to: vehicles with automatic transmissions

*If the vehicle's power supply fails, the selector lever can be released in an emergency.*



Fig. 100  Selector lever: removing the shifter boot



Fig. 101  Selector lever: using the emergency release to move out of the Park position

To maneuver or tow the vehicle, the emergency release must be used to move the selector lever from the P position.

The emergency release mechanism is located in the right area under the selector lever shift gate. Using the emergency release can be complicated. We recommend contacting an authorized Audi dealer or authorized Audi Service Facility for assistance, if necessary.

The screwdriver from the vehicle tool kit located in the luggage compartment is needed to for the emergency release ⇨ page 353. Use the flat side of the reversible screwdriver blade.

**Removing the shifter boot**

▶ Set the parking brake ⓟ ⇨ ⚠ to secure your vehicle from rolling. If this is not possible, secure your vehicle from rolling using another method.
▶ Switch the ignition off.
▶ To loosen the shifter boot, carefully insert the flat side of the screwdriver sideways into the slit near the shifter boot ⇨ fig. 100.
▶ Carefully pry the shifter boot out with the screwdriver while gripping the boot at the fold and pulling it upward and out -arrow- until all four corners are released.
▶ Fold the shifter boot up around the shifter knob ⇨ fig. 101.

**Selector lever emergency release**

▶ Press and hold the yellow release button with the screwdriver ⇨ fig. 101.
▶ Press the release button in the selector lever Ⓐ and move the lever into the N position. ▶

92

▸ Clip the shift cover back into the shift gate after using the emergency release.

> **⚠ WARNING**
>
> Only move the selector lever out of the P position when the parking brake is set. If it is not functioning, secure the vehicle from rolling using the brake pedal or other suitable means and blocking a front and a rear wheel. The vehicle can roll away if it is not secured and cause a crash.

# e-tron

## Plug-in hybrid drive

**Introduction**

Applies to: vehicles with plug-in hybrid drive

**General information**

The plug-in hybrid drive is a drive concept that allows you to choose between driving with the electric motor, with the gasoline engine or using a combination of both.

All work done on the high-voltage system must only be performed by certified high-voltage technicians at authorized Audi dealers or authorized Audi Service Facilities in accordance with Audi guidelines.

The high-voltage system is composed of the following high-voltage components: the high-voltage battery, the power electronics, the electric motor, the high-voltage A/C compressor, the high-voltage heater, the charging system and charging port as well as the orange high-voltage wiring.

The pedal referred to in this section of the Owner's Manual is the equivalent of the accelerator pedal (gas pedal) in a standard vehicle.

**High-voltage battery**

The high-voltage battery is located under the rear bench seat in the vehicle and does not require any maintenance from the driver. Additional information about the high-voltage battery can be found under ⇨ page 108.

> **⚠ WARNING**
>
> The voltage in the high-voltage system is life-threatening. Touching a damaged high-voltage component can result in a fatal electric shock. The components in the high-voltage system are marked with a warning label which warns against the high-voltage.
> – The voltage level in the high-voltage system is still dangerous and potentially life-threatening when the ignition is switched off.
> – Never perform work on orange high-voltage cables or on high-voltage components. Only

> authorized repair facilities that are certified may perform work on the high-voltage system.
> – Never damage, alter or remove the orange high-voltage cable or disconnect it from the high-voltage system.
> – Never perform any work using cutting, shaping or sharp-edged tools or heat sources near the high-voltage system and high-voltage cables.
> – Audi regulations must be followed during all work performed on the high-voltage system and high-voltage components.
> – When working on the high-voltage system and high-voltage components, make sure the remote control key is kept far enough away from the vehicle so that there is no risk of the ignition being inadvertently switched on.
> – Gases that escape from the high-voltage battery can be poisonous or flammable.
> – Damage to the high-voltage battery could cause the high-voltage battery to leak immediately or in the future, and poisonous or flammable gases could escape. Do not inhale the gases!
> – Do not expose yourself to any leaking fluids and do not come into contact with them.
> – The high-voltage battery electrolyte fluid is caustic. If electrolyte fluid comes into contact with the skin, flush the affected area for at least 15 minutes with clean water. Then wash the affected area with soap. Have the affected area examined by a medical professional.
> – In the event of a technical emergency, inform the responders that the vehicle is equipped with a high-voltage battery.

> **⚠ WARNING**
>
> Never leave the vehicle unattended when in drive ready mode ⇨ page 96 with a gear engaged. The vehicle can start moving ("creeping") even if the gasoline engine is switched off, since the electric motor is still operating. This may cause collisions and severe or fatal

▸

injuries. When the vehicle enters drive ready mode, the status message e-tron READY appears briefly in the instrument cluster display and the needle in the power meter points to READY ⇨ page 97.
– Make sure that the selector lever is in the P position and the ignition is switched off when leaving the vehicle.

> **① Note**
> – The high-voltage system can be damaged if the vehicle underbody comes into contact with the ground. Immediately drive your vehicle to an authorized repair facility and have it inspected.
> – The electric drive motor can become very hot during operation. Do not stop the vehicle if there is oil, fuel residue or other flammable substances under or next to the vehicle.

**Special considerations for the high-voltage battery**
Applies to: vehicles with plug-in hybrid drive

Please first read and note the introductory information and heed the warnings ⇨ page 94.

All batteries age with use and over time. There are things you should know about the care of the high-voltage battery that will help it keep giving you good service and reliability over time. Please read and keep the following information in mind while you enjoy the performance and economy of your vehicle.

– Be sure to charge the high-voltage battery before leaving the vehicle parked and unused for a longer period of time. Ideally the high-voltage battery should have a charge level between 40 % and 60 % when parked for a long time.
– If the battery charge level is below 3 %, never park the vehicle for more than 21 days without charging the high-voltage battery. Should you have to park the vehicle for a long time, make sure that the charge level is sufficient to help prevent the battery from aging prematurely.
– Frequent and consecutive charging of the high-voltage battery when the charge level is above

98 % can also decrease the capacity of the highvoltage battery. Make sure the charge level is below 98 % when you start the charging process.
– Should the vehicle be parked for longer than 2 days at temperatures below - 13 °F (-25 °C), the high-voltage battery could freeze and not be able to provide energy to the electric motor. The battery will start working again, once it warms up. The battery can be warmed up when the outside temperature rises or when the vehicle is garaged appropriately. The battery will also warm up when being used (switching on the air conditioner, the heater or by driving the vehicle). Should you have to park your vehicle at very low temperatures for longer than 1 day, make sure that the high-voltage battery does not freeze by parking the vehicle in a garage that is heated or protected from the outside temperature.
– The high-voltage battery can be damaged and the capacity can be decreased when the vehicle is parked for longer than 24 hours when the ambient temperature is higher than 118 °F (48 °C). Always make sure that the high-voltage battery is not exposed to temperatures above 118 °F (48 °C) for a long time.
– Never park the vehicle in areas that are likely to be flooded, such as beaches or river banks, and never drive the vehicle in WATER, on flooded roads or through water that is higher than the bottom of the vehicle body. The high-voltage battery, along with other vehicle components, can be damaged severely if the high-voltage battery is exposed to open water especially for a longer time. However, you can drive through water on roads under certain conditions ⇨ page 74.

Failure to heed any of these requirements can age the battery prematurely and lead to a permanent decrease of the high-voltage battery's capacity.

> **① Tips**
> Always make sure that the high-voltage battery is not exposed to extremely low and high temperatures as well as to water especially for a longer time. Failure to protect and care ▶

for the high-voltage battery can lead to serious damage and/or a decrease of the capacity void coverage under the New Vehicle Limited Warranty.

**Starting/driving the vehicle**
Applies to: vehicles with plug-in hybrid drive

The vehicle is started and stopped with the START STOP button. Please also read the information under ⇨ page 78, Starting the engine.

**Establishing drive ready mode**

See ⇨ ⚠ in Introduction on page 94.

Requirement: a charging cable must not be connected to the vehicle ⇨ page 117 and the selector lever must be in the P or N position.

– Press the brake pedal.
– Press the START STOP button.

When the vehicle enters drive ready mode, the status message e-tron READY appears briefly in the instrument cluster display and the needle in the power meter points to READY ⇨ page 97.

**Driving**

The vehicle starts with the electric motor after establishing the drive ready mode and if the conditions for electric drive mode have been met ⇨ page 100.

The conditions to drive are essentially the same as for the automatic transmission ⇨ page 85.

You and your passengers should anticipate the possibility of a sporty acceleration.

**Ending drive ready mode**

– Place the selector lever in the P position.
– Switch the ignition off with the START STOP button.

**Vehicle sound**

The vehicle generates an electronic engine sound so that your vehicle can be heard from the outside when in electric drive mode. The vehicle sound automatically fades out at higher speeds when the sounds from the tires and wind start increasing.

**Switching the ignition on/off**

You can switch the ignition on without establishing drive ready mode.

– Press the START STOP button to switch the ignition on and off. Do not press the brake pedal while doing this.

When the ignition is switched on, the needle points at OFF ① ⇨ page 97, fig. 103 or OFF is displayed ① ⇨ page 97, fig. 103.

No indicator lights stay turned on when the ignition is switched off.

**Ignition is switched off automatically**

To prevent the vehicle battery from draining, the ignition will switch off automatically under the following conditions:

– The vehicle must have already been driven.
– The vehicle is stationary.
– The gasoline engine must not be running.
– The driver's door must be open.
– The driver's safety belt must be unbuckled.
– The brake pedal must not be pressed.

In this case, the activated low beam is replaced by the parking light. The message Side marker lights automatically shut off in 30 minutes. See owner's manual appears in the instrument cluster display. The parking lights will switch off after approximately 30 minutes or when you lock the vehicle.

If the gasoline engine was not stopped, the motor continues running and the ignition does not automatically switch off ⇨ ⚠.

> **⚠ WARNING**
> To reduce the risk of poisoning, never allow the engine to run in confined spaces.

> **① Tips**
> The vehicle cannot start when outside temperatures are below -18 °F (-28 °C) ⇨ page 98.

8V0012721B8

## Power meter overview

Applies to: vehicles with plug-in hybrid drive

*The power meter shows the status of the plug-in hybrid drive and the availability of the plug-in hybrid system.*

Fig. 102 -Applies to: vehicles with Audi virtual cockpit-Power meter overview (diagram)

Fig. 103 -Applies to: vehicles with analog instrument cluster-Power meter overview (diagram)

### Selecting the power meter display format

- Open the first Vehicle tab (trip computer) using the ◁▷ button on the multifunction steering wheel.
- Applies to: vehicles with Audi virtual cockpit: Select on the multifunction steering wheel: right control button > **Left dial** > **Tachometer** or **Power meter** > **Combination view**.

Applies to: vehicles with Audi virtual cockpit: For additional information, see ⇨ *page 17, Trip computer (Audi virtual cockpit).*

- Applies to: vehicles with analog instrument cluster: Turn the left thumbwheel on the multifunction steering wheel to open the **Tachometer** display.

When opening the driver's door, the charge level is shown in the instrument cluster when the ignition is switched on, or the charge level and the remaining charge time for the high-voltage battery is displayed when charging. ▶

The power meter gives feedback about the particular accelerator pedal position and shows the current demand (%) for electricity or fuel regardless of which engine is active.

An economical driving and recuperation range is shown in green ⇨ *page 101, Energy recovery (recuperation)*. A driving range that is not economical is shown in orange.

① Vehicle not drive ready (OFF)
② Recuperation (CHARGE)
③ Vehicle ready to drive (READY) or coasting
④ Efficient driving with electric motor and/or gasoline engine (EFFICIENCY)
⑤ Economic driving while the electric motor or gasoline engine is in the partial power range
⑥ Driving in full power range
⑦ 100% output
⑧ Boosting – the electric motor assists the gasoline engine (BOOST)
⑨ High-voltage battery charge level
⑩ EV mode: active, standby, or currently unavailable.
⑪ Speed limit for electric driving in EV mode (80 mph / 130 km/h)

## Indicator lights and messages

Applies to: vehicles with plug-in hybrid drive

Also note the indicator lights in ⇨ *page 24*.

The gasoline engine is active when the indicator light turns on.

**/ Drive system: system fault! Safely park vehicle**

There is a malfunction in the plug-in hybrid system. The brake booster and the power steering may stop working. Stop the vehicle immediately or as soon as possible. Park the vehicle in a safe place outdoors that is not near buildings, roof overhangs, carports or similar structures. Switch the ignition off. Have the problem corrected by an authorized Audi dealer or authorized Audi Service Facility.

**/ Electric system: overheated. Safely park vehicle and check coolant**

The coolant level is too low or the coolant temperature is too high.

Stop the vehicle in the outdoors as soon as it is safely possible. Switch the ignition off.

Read the important safety precautions ⇨ ⚠ *in Coolant on page 105* and check the coolant level ⇨ *page 104*.

If the coolant level is OK, the malfunction may be caused by the system overheating. Let the vehicle's electric drive system cool down for some time.

If the message turns off after cooling down and switching the ignition back on, you can continue driving. Contact an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

If the indicator light stays on, contact an authorized Audi dealer or authorized Audi Service Facility.

**/ Drive system: system fault! Please contact workshop**

There is a malfunction in the plug-in hybrid system. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

**/ Drive system: system fault! Restart not possible. Please contact workshop**

There is a malfunction in the plug-in hybrid system. Do not open the hood. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

**/ Battery temperature too low. Engine start not possible. See owner's manual**

The outside temperature is too low. The vehicle can no longer start at temperatures below -18 °F (-28 °C). Contact an authorized Audi dealer or authorized Audi Service Facility.

**/POWER LIMIT Warning! Limited power** ▶

8V2012721BB

If the indicator light turns on and this message appears, there may be an engine control malfunction. The █ █ indicator light in the instrument cluster also turns on. The engine output is reduced. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

█ **e-tron mode: EV currently unavailable**

This message appears when the ███ button is pressed and the conditions for electric drive mode are not met.

█ **Vehicle sound: malfunction! Pedestrians cannot hear vehicle. Please contact Service**

The vehicle sound is no longer functioning. Drive extremely carefully, since others may not hear your vehicle. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

### Range display

Applies to: vehicles with plug-in hybrid drive



**Fig. 104** Instrument cluster: range display

The range can be displayed in the trip computer. You can access the range display with the multifunction steering wheel buttons ⇨ page 13, *Multifunction steering wheel plus* or ⇨ page 16, *Multifunction steering wheel*.

Depending on the selected plug-in hybrid mode, the display gives the following information:

① Remaining electric motor range or combined total range

② Remaining gasoline engine range

③ Remaining electric motor range

### ① Tips

The values given are based on the latest consumption values.

### Range and statistics

Applies to: vehicles with plug-in hybrid drive



**Fig. 105** Infotainment system: e-tron range monitor

**Opening the range monitor**

The range monitor in the Infotainment system shows the relationship between energy consumers and electric range ⇨ fig. 105. The three largest energy consumers will be listed in sequential order. Switching off the consumers increases the electric range.

▸ Select in the Infotainment system: MENU button > **Vehicle** > left control button > **Range & statistics** > **Range**

**Opening the statistics**

The statistics in the Infotainment system show the distances driven without emissions (electric) and with fuel. The values are taken from the short-term memory and long-term memory of the on-board computer.

▸ Select in the Infotainment system: MENU button > **Vehicle** > left control button > **Range & statistics** > **e-tron statistics**

▸ To switch between the short-term and long-term memory, turn the left thumbwheel on the multifunction steering wheel.

### Setting plug-in hybrid drive modes

Applies to: vehicles with plug-in hybrid drive

*You can select between one electric drive mode and two hybrid modes.*



**Fig. 106** Center console: button ⇨█

▸ To set the mode, press the ███ button repeatedly until the desired mode is displayed in the instrument cluster/Infotainment system.

You can change modes when the vehicle is stationary or while driving. If the vehicle operating conditions will not allow you to set the mode manually, the last active mode is selected.

The active mode is displayed the first time the █ button is pressed.

⇨█ **e-tron mode: EV** - EV mode is electric driving only. EV mode is active at the beginning of every trip depending on the operating condition of the vehicle. The LED in the ███ button turns on. The █ indicator light also appears in the instrument cluster. The gasoline engine remains turned off, as long as the conditions for electric driving are met ⇨ page 100, *Conditions for electric driving*.

█ **e-tron mode: Hybrid** - the electric motor and the gasoline engine work efficiently together in hybrid mode. The high-voltage battery will be used to the fullest extent when this mode is switched on. This mode is best suited for long distances.

█ **e-tron mode: Battery Hold** - the electric motor and the gasoline engine work together in Battery Hold mode, so that the high-voltage battery charge level is maintained as much as possible.

### ① Tips

– Applies to: Battery Hold mode: the high-voltage battery charge level can also decrease depending on the driving behavior.

– If you select the sport driving mode S when in EV mode, the Battery Hold mode is automatically selected.

– If the ███ ⇨ page 100 button is pressed while in sport driving mode S, the transmission switches automatically to normal mode D.

– When temperatures are below approximately 14 °F (–10 °C), the vehicle heat output in EV mode is reduced in order to attain higher ranges. If the windows fog up or a higher heat output is desired, switch on the Hybrid or Battery Hold mode.

### Conditions for electric driving

Applies to: vehicles with plug-in hybrid drive

The EV mode can only be switched on if the following conditions are met:

– The charge level of the high-voltage battery must be sufficient.

– The temperature of the high-voltage battery must be adequate (outside temperatures not below approximately 14°F / -10°C and not above 104°F / 40°C)

– The speed must not be higher than approximately 80 mph (130 km/h).

– Kick-down must not be activated.

– The sport drive mode S must not be selected.

EV mode is switched off if one or more of the conditions are not met. The gasoline engine will start automatically. The █ indicator light turns on as a message in the instrument cluster. The LED in the ███ button and the █ indicator light turn off.

Electric drive mode will not continue automatically. Reactivate the EV mode ⇨ page 100.

### ① Tips

It may be necessary for the gasoline engine to run longer for technical reasons, such as 

e-tron

when condensation accumulates in the engine. Driving exclusively in electric mode is not possible in this phase.

## Plug-in hybrid functions

Applies to: vehicles with plug-in hybrid drive

The functions described below activate automatically depending on the driving style.

### Full-throttle acceleration (boost)

The boost function is activated by pressing the accelerator pedal farther down (kick-down). The vehicle is powered by both the gasoline engine and the electric motor when in full acceleration. Boost is only available for a short time, because it uses a large amount of energy. Availability depends on the high-voltage battery charge level.

### Coasting

The gasoline engine switches off and disengages at speeds up to approximately 112 mph (180 km/h) if the accelerator pedal is not pressed and the D position is selected. Driving conservatively like this can reduce fuel consumption.

### Energy recovery (recuperation)

When braking, the electric motor will act as a generator creating electric energy that is then stored in the high-voltage battery. This also occurs when the vehicle is coasting or driving downhill.

If the brakes are applied early and evenly, the electric motor will brake the vehicle ② ⇨ page 97, fig. 103. By doing this, a large amount of the kinetic energy is recovered and may be stored as electric energy in the high-voltage battery. The conventional brakes are also activated when the brakes are pressed very hard.

The strength of recuperation can depend on the following factors:

– If you are in tiptronic mode ⇨ page 90. Or
– If the sport driving mode S was selected.

The energy recovery is shown in the energy flow display in the instrument cluster display/Infotainment system ⇨ page 102.

## Tips for efficient driving

Applies to: vehicles with plug-in hybrid drive

| Driving situations | Conditions | Vehicle behavior |
|---|---|---|
| Constant driving and coasting (gliding) | – Cautious driving and reserved acceleration.<br>– Release the accelerator pedal early and entirely. | The kinetic energy of the vehicle is used to move the vehicle.<br>The gasoline engine turns off automatically and disengages when you release the accelerator pedal completely. The vehicle glides without being propelled. |
| Energy recovery (recuperation) | – Brake early and evenly with short pedal movements. | The electric motor brakes the vehicle. By doing this, a large amount of the kinetic energy is recovered and may be stored in the high-voltage battery in the form of electric energy. |
| Driving in city traffic | – Accelerate moderately and brake early and evenly | The kinetic energy of the vehicle is used to move the vehicle. |
| Driving on highways and expressways | – Intentionally take your foot off of the gas pedal to allow for lengthy coasting. | The gasoline engine turns off automatically and disengages when you release the accelerator pedal completely. The vehicle glides without being propelled. |

| Driving situations | Conditions | Vehicle behavior |
|---|---|---|
|  | – Reduce the vehicle speed by releasing the accelerator pedal and not by braking. | Fuel consumption can be reduced by coasting. |
|  | – Use the S selector lever position and tiptronic mode sparingly. | A sporty driving style increases fuel consumption. |
| Driving in cold weather | – Do not run the gasoline engine while the vehicle is parked to warm the engine. | The temperature of the gasoline engine rises very slowly and the fuel consumption increases considerably. |
|  | – Use the rear window/exterior mirror defroster and the seat heating sparingly. | This conserves the energy in the high-voltage battery so that it is available to run the vehicle in electric mode. |
|  | – Park the vehicle in a garage overnight. | This reduces exposure of the high-voltage battery to cold temperatures. The required temperature range for the high-voltage battery will then be reached more quickly after you start driving. |

## Energy flow display

Applies to: vehicles with plug-in hybrid drive



Fig. 107 Instrument cluster: energy flow display



Fig. 108 Infotainment system: energy flow display

An energy flow display can be shown in the instrument cluster display/Infotainment system [1].

The image is animated in the Infotainment system [1].

### Image in the instrument cluster display

Select the view of the energy flow display on the multifunction steering wheel.

▸ Applies to: vehicles with Audi virtual cockpit: Select on the multifunction steering wheel: left control button ▸ **Energy flow**.

▸ Applies to: vehicles with analog instrument cluster: Select the tab **Trip computer**, and turn the left thumbwheel on the multifunction steering wheel to open the **Energy flow display**.

### Image in the Infotainment display [1]

▸ Select in the Infotainment system: MENU button ▸ **Vehicle** ▸ left control button ▸ **Audi drive select**.

[1] Not available in all Infotainment systems.

BVZ0127218B

e-tron

| Component | Color | Meaning |
|---|---|---|
| ① Gasoline engine | Orange | The gasoline engine is running |
| | Gray | The gasoline engine is off |
| ② High-voltage battery | Green | High-voltage battery charge level |
| | Green (animated in the Infotainment system [a]) | The high-voltage battery is charging |
| | Gray | The vehicle is not in drive ready mode |
| ③ Motion arrow | Green | Electric driving |
| | Orange | Driving with the gasoline engine |
| | Green-orange | Driving with the gasoline engine and electric motor (boost) |
| ④ Motion arrow | Green | Recuperation |

[a] Not available in all Infotainment systems.

The power currently available in the electric drive system is displayed when you open the energy flow display.

The bars are filled in with different colors based on the power status ④ ⇨ fig. 107:

– White: electric power currently available
– Green: electric power currently being used

The more bars that are filled in the E-max section ④, the longer the maximum power can be utilized. The bars turn off in the E-max section when the maximum power can no longer be utilized.

When the drive power is greatly reduced, the drive mode will automatically switch to using the gasoline engine.

The availability of power is generally restricted under the following conditions:

– The temperature of the high-voltage battery is very cold or very hot.
– The high-voltage battery charge level is low.

The power availability is not visible if the  indicator light turns on.

8V201272188

### ⓘ Tips

High power availability is necessary, for example, when needing to accelerate quickly while in electric driving mode to pass another vehicle.

### Vehicle tool kit and tire mobility kit
Applies to: vehicles with plug-in hybrid drive



Fig. 109 Luggage compartment: vehicle tool kit and tire mobility kit

The vehicle tool kit and the tire mobility kit (Tire Mobility System) are located in the side trim panel ⓐ and ⓑ in the luggage compartment.

Additional information about the vehicle tool kit may be found under ⇨ page 353 and information about the tire mobility kit under ⇨ page 354.

### ⓘ Tips

The vehicle must not be operated without the tire repair set.

### Vehicle transport
Applies to: vehicles with plug-in hybrid drive

*The following contains information you should know about transporting your vehicle.*

The MQB-A high-voltage lithium-ion battery system equipped in your vehicle is composed of SA-NYO 12 UF 261 591 high-voltage batteries and has passed test 38.3 in accordance with the UN Tests and Criteria handbook. The vehicle may be transported with the high-voltage battery installed as conventional class 9 hazardous materials without additional official consent for air and sea shipment (current law ICAO-TI and IMDG-Code 01.01.2012).

### Jump starting
Applies to: vehicles with plug-in hybrid drive

*The term "vehicle battery" refers to the 12 Volt battery in your vehicle.*



Fig. 110 Engine compartment: connectors for a charger and jump start cables

The vehicle is equipped with one vehicle battery and one high-voltage battery.

If the vehicle battery is drained, it can be charged with a charger or you can jump start the vehicle using another vehicle's battery in the same way as a conventional vehicle.

Read the information about charging the vehicle battery ⇨ page 326 and for jump starting the vehicle ⇨ page 370.

▸ Open the hood ⇨ page 318.
▸ Remove the fuse box cover ⓑ to access the positive terminal ⊕ ⇨ page 319.

▸ Clamp the terminal clamps from the charging device or jump start cable to the positive terminal ⊕ and to the body ground point ⊖.

### ⓘ Note

You must not give a jump start with your vehicle. This could cause significant damage to the electrical system in your vehicle.

### Coolant
Applies to: vehicles with plug-in hybrid drive



Fig. 111 Engine compartment: coolant expansion tank

Your vehicle has two coolant expansion tanks that are separate from each other:

ⓐ: expansion tank for gasoline engine and electric motor.

ⓑ: expansion tank for the high-voltage area.

**The expansion tank ⓑ must not be opened** ⇨ ⚠.

▸ Switch the ignition off.
▸ Open the hood ⇨ page 318.
▸ Always check the coolant level in both coolant expansion tanks ⓐ and ⓑ using the outer markings.
▸ When you fill coolant in the expansion tank ⓐ, please refer to ⇨ page 323, *Cooling system*.
▸ Do not drive any farther if the coolant level in the expansion tank ⓑ is low. Contact an authorized Audi dealer or authorized Audi Service Facility immediately ⇨ ⚠.

e-tron

e-tron

8V2012721BB

> ⚠ **WARNING**
> – Read and follow the warnings in ⇨ page 316, *Working in the engine compartment* before opening the hood and checking the coolant level.
> – The expansion tank ⓑ may only be opened and filled by an authorized Audi dealer or authorized Audi Service Facility.
> – Coolant can enter the inside of the high-voltage battery when filling the expansion tank ⓑ and cause a short circuit, which increases the risk of fire.

## Refueling

### Opening the fuel filler door
*Applies to: vehicles with plug-in hybrid drive*



Fig. 112 Driver's door: Button 🔲

The tank system must be vented before refueling

▶ Switch the ignition off with the 🔵 START STOP button.

▶ Pull on the 🔲 switch.

▶ The fuel filler door will open automatically after venting is complete.

Read and follow the directions for inserting the fuel pump nozzle ⇨ page 105.

Read and follow the instructions for refueling ⇨ page 313.

### Inserting the fuel pump nozzle
*Applies to: vehicles with plug-in hybrid drive*



Fig. 113 Fueling procedure: insert the fuel pump nozzle correctly

Make sure when inserting the fuel pump nozzle that you do not press on the fuel filler door opener ① with the fuel pump nozzle. See the label in the fuel filler door ②. Otherwise, a valve will close in the fuel filler neck and fueling will stop even if the tank is not full.

You must vent the tank system again if you press on the fuel filler door opener. The fuel pump nozzle can stay in the fuel filler neck when doing this. Vent the tank system by pulling the 🔲 switch in the driver's door ⇨ page 105.

### Messages
*Applies to: vehicles with plug-in hybrid drive*

🔲 **Tank flap open. Please press button again to refuel**

Fueling is possible for a certain amount of time after pressing the 🔲 button. You must press the 🔲 button again if this time is exceeded.

🔲 **Tank flap malfunction! Unlock tank flap manually. See owner's manual**

There is a malfunction. You must manually unlock the fuel filler door ⇨ page 106.

🔲 **Warning! Limited power**

The fuel tank is almost empty. You must anticipate a significant power loss. Drive immediately to a gas station.

🔲 / **POWER LIMIT** **Warning! Limited power** ▶

The gasoline engine is no longer available because there is not enough fuel. Drive immediately to a gas station.

### Fuel filler door emergency release
*Applies to: vehicles with plug-in hybrid drive*

You must use the emergency release to open the fuel filler door when there is a malfunction ⇨ page 315.

The tank is **not** vented. You can only fill a small amount of fuel in the tank.

▶ Fill only until the automatic fuel pump nozzle turns off for the first time when it is operated correctly.

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

> ⓘ **Tips**
> Pressure can escape if you open the tank cap after using the emergency release. This can create noises.

## Charging

### General information
*Applies to: vehicles with plug-in hybrid drive*

Two options are available for charging the vehicle:

– Charge at a public charging station with a special charging cable* ⇨ page 108.

– Charge with household and industrial power sockets using the Audi e-tron charging system ⇨ page 108.

**Environmental conditions when using the Audi e-tron charging system**

– Operating temperature: -13 °F (-25 °C) to 95 °F (+35 °C)

– Humidity: 5% to 95%, non-condensing

– 13,000 feet (4,000 meters) maximum above sea level

– Protected against dust and spray (IP54 (USA: enclosure 3R))

**Warnings when using the charging system**

| | |
|---|---|
| ⚠ | Surfaces can become very hot when in direct sunlight. |
| ⚠ | Incorrect use increases the risk of electric shock. |
| ⊗ | Do not use any extensions cords or cable reels. |
| ⊗ | Do not use any travel adapters. |
| ⊗ | Do not use any power strips. |
| ⊗ | Do not use any charging cables with damage to the electronics or the connecting wires. |

> ⚠ **WARNING**
> Sockets that are installed incorrectly can cause electric shock or fire when charging the high-voltage battery using the vehicle charging connection.
> – Installation and setup of the household connection for the Audi e-tron charging system may only be performed by a qualified electrician. The qualified electrician is thereby fully responsible for adhering to applicable standards and regulations.
> – Make sure that the selected charging connection is suitable for drawing 16 amps.
> – Make sure that the household socket is grounded and shielded from water.
> – Always check the functionality of the GFI outlet before connecting the charging cable.
> – Never use a damaged GFI outlet.
> – The Audi e-tron charging system may only be used with a properly grounded power network. It cannot be used with non-grounded power networks (such as IT networks).
> – Please follow the safety precautions in the assembly instructions for the Audi charging dock* or the Audi charging clips*.

> ⚠ **WARNING**
> If you are not familiar with the socket or the electrical installation or it has not been checked by qualified experts, never use it for ▶

charging. Even very low charging currents can cause serious damage and in particular fires if the socket or electrical installation is in bad condition. If necessary, get expert assistance from a qualified electrical installation specialist.

### ⚠ WARNING

Incorrect handling of the connector contacts can cause electric shock or fire.
– Do not touch the contacts on the vehicle charging port and on the Audi e-tron charging system.
– Do not insert any objects in the vehicle charging port or in the Audi e-tron charging system.
– Protect the sockets and connectors against any moisture, water and other fluids.

### ⚠ WARNING

Using a damaged or incorrect charging cable or a damaged or incorrect socket, using the Audi e-tron charging system incorrectly or disregarding the safety precautions could cause short circuiting, electric shock, explosions, fires or burns.
– Do not use the Audi e-tron charging system if it is damaged and/or dirty. Check the cable and connector for damage and dirt before using.
– The Audi e-tron charging system must only be connected to sockets that are installed correctly and that are not damaged as well as to electrical installations that have no faults.
– Do not use any extension cords, cable reels, power strips or (travel) adapters.
– Disconnect the Audi e-tron charging system from the power network during a thunderstorm.
– Do not modify or repair any electrical components.
– Never immerse the Audi e-tron charging system and connectors in water.
– The Audi e-tron charging system must only be cleaned when the control unit is completely disconnected from the power supply

and from the vehicle. Use a dry towel to clean.
– If a 110 volt household socket is used for charging, only connect one vehicle at a time to the same circuit. Use a different circuit if an additional vehicle needs to be charged at the same time. Note the maximum permitted current draw for the circuit. Contact a qualified electrical technician if there is any doubt.

### ⚠ WARNING

The components in the Audi e-tron charging system can trigger sparks which can cause flammable or explosive fumes to ignite.
– To reduce the risk of explosions, especially in garages, make sure the control unit is at least 19 inches (50 cm) above the floor when charging.
– Do not use the Audi e-tron charging system in areas at risk for explosions.
– The Audi e-tron charging system is only suited for use on Audi vehicles and vehicles within the Volkswagen Group. Using the device on vehicles made by another manufacturer is not authorized.

### ① Note

Make sure that you always use the suitable power plug provided with the Audi e-tron charging system for the corresponding market. Contact an authorized Audi dealer or authorized Audi Service Facility for more information.

### ① Tips

– Only use the factory-provided charging cable from Audi or the Volkswagen Group to charge your vehicle.
– For an uninterrupted charging process, we recommend only charging using sockets that are connected to a separately protected circuit.
– Using either NEMA sockets with a current rating of at least 30 A or industrial sockets in accordance with IEC 60309 when charging is recommended.

– When charging the high-voltage battery using household/industrial sockets, the electrical installation can be used at full capacity. Having a qualified electrician regularly inspect the electrical installations that are used for charging is recommended.
– The vehicle radio and TV systems may have limited reception when charging the vehicle.

## Charging at public charging stations

Applies to: vehicles with plug-in hybrid drive

Use the charging cable supplied at the public charging station for charging. Contact an authorized Audi dealer or authorized Audi Service Facility for more information.

▸ Follow the operating instructions at the charging station to charge the high-voltage battery.
▸ Unlock the vehicle if necessary ⇨ page 34.
▸ Make sure that the selector lever is in the P position and drive ready mode is switched off.
▸ Turn the lock until it is vertical to open the cover on the charging unit ⇨ page 112, fig. 123.
▸ Slide the cover carefully to the side if necessary.
▸ Remove the lock on the charging port ⇨ page 112, fig. 124.
▸ Remove the cap from the charging cable.
▸ Connect the cable to the vehicle charging port.
▸ If a charging timer is not set, the charging process will start automatically depending on the charging station ⇨ page 112, Setting the charging timer.
▸ The vehicle operating status is indicated by the status LED ② ⇨ table on page 115.
▸ Also read the information found in ⇨ page 114, After charging.

### ① Tips

Only charge your vehicle at charging stations that conform to the following standards, depending on the country:
– GB/T 18487.1 and GB/T 20234 (China)
– IEC 61851 and IEC 62196 (Europe)
– SAE J1772 (North America, Japan)

### ① Tips

– It is not possible to charge using the charging timer at some charging stations.
– You can use your Audi e-tron charging system if there is a household or industrial connection available at the charging station.

## Charging the battery with the Audi e-tron charging system

### Charging system overview
Applies to: vehicles with plug-in hybrid drive



Fig. 114 Audi e-tron charging system overview

Ⓐ Power cable
Ⓑ Power plug (for industrial sockets)
Ⓒ Power plug (for household sockets)
Ⓓ Control unit
Ⓔ Vehicle charging connector (connector for the vehicle)
Ⓕ Vehicle cable

The power cable Ⓐ is plugged into the upper end of the control unit and the vehicle cable Ⓕ is plugged into the lower end of the control unit Ⓓ.

### ① Note

The charging system can be operated within a temperature range of -13 °F (-25 °C) to 95 °F (+35 °C). Note the following information:
– Protect the charging system against any strain, such as being run over, falling, pulling, bending and crushing.

e-tron

– Using the control unit while operating the charging dock* ⇨ *page 110* or charging clip* ⇨ *page 110* is recommended.
– Do **not** immerse the control unit in water or cover with snow or ice.

ⓘ **Tips**

– Always place the Audi e-tron charging system on a secure surface when charging.
– To reduce the risk of overheating during operation, do not place the Audi e-tron charging system in direct sunlight for long periods of time.
– If the temperature inside the control unit rises above 176 °F (80 °C), the charging process will stop automatically until the temperature decreases back down to the normal range.

### Attaching/changing the power/vehicle cable
Applies to: vehicles with plug-in hybrid drive



**Fig. 115** Control unit: loosening the cable



**Fig. 116** Control unit: attaching the cable

**Requirements:**
▶ The charging process for the high-voltage battery must be ended.

▶ The vehicle charging connector must be removed from the vehicle charging port.
▶ The power cable must be removed from the socket.

**Loosening the cable**
▶ If necessary, loosen the screw Ⓒ ⇨ *fig. 115* using the screwdriver provided.
▶ Lift the lever Ⓐ all the way up.
▶ Pull the connector Ⓑ out just until you feel resistance.
▶ Close the lever Ⓐ until it is resting on the connector Ⓑ.
▶ Remove the connector Ⓑ completely.

**Attaching the cable**
▶ Lift the lever Ⓐ up slightly ⇨ *fig. 116*.
▶ Insert the connector Ⓑ into the control unit just until you feel resistance.
▶ Lift the lever Ⓐ all the way up.
▶ Insert the connector Ⓑ all the way into the control unit.
▶ Close the lever Ⓐ.
▶ Tighten the screw Ⓒ using the screwdriver provided.

⚠ **WARNING**

– Always remove the power cable from the socket before changing the power cable or vehicle cable.
– Always follow the instructions given when charging the high-voltage battery. Do not remove the vehicle charging cable from the socket during the charging process. End the charging process before removing the vehicle charging cable from the socket.
– Only change cables in a dry environment.
– The Audi e-tron charging system may only be used as one unit composed of power cables, the control unit and vehicle cable. We recommend using only cables approved by Audi.

### Charging dock
Applies to: vehicles with plug-in hybrid drive and charging dock



**Fig. 117** Opening/closing the charging dock



**Fig. 118** Charging dock: mounting the charging system

You can store the charging system in the charging dock.

**Opening/closing the charging dock**
▶ If necessary, you can unlock/lock the charging dock using the key provided by turning it to the unlocked position Ⓑ or locked position Ⓐ ⇨ *fig. 117*.
▶ Opening/closing the door on the charging dock.

**Mounting the charging system in the charging dock**
▶ Open the door on the charging dock.
▶ First insert the control unit in the bottom tabs on the charging dock and then into the upper tabs.
▶ Push the control unit toward the rear and let it lock into place.
▶ Guide the vehicle cable through the opening Ⓐ ⇨ *fig. 118*.
▶ Wrap the extra cable length around the adapter Ⓑ.
▶ Plug the power cable into the socket in the charging dock.

▶ Close the door.
▶ After charging, you can place the vehicle charging connector Ⓔ ⇨ *page 108, fig. 114* in the holder on the charging dock door ⇨ *fig. 117*.

**Removing the charging system from the charging dock**
▶ Open the door on the charging dock.
▶ Remove the power cable connector from the socket in the charging dock.
▶ Unwrap the cable from the adapter Ⓑ.
▶ To loosen the control unit from the holder, press the release tabs above the control unit Ⓑ ⇨ *fig. 118*.

ⓘ **Tips**

– Always keep the door on the charging dock closed.
– Do not place any objects on the door or the charging dock.

### Charging clip
Applies to: vehicles with plug-in hybrid drive and charging clip



**Fig. 119** Charging clip: charging system connected

**Connecting the charging system to the charging clip**
▶ First insert the control unit in the bottom tabs on the charging clip and then into the upper tabs.
▶ Push the control unit toward the rear -arrow- ⇨ *fig. 119* and let it lock into place.
▶ Wrap the extra cable length around the charging connector mount Ⓛ.
▶ Plug the power cable into the socket Ⓜ.
▶ After charging, you can hook the vehicle charging connector Ⓔ ⇨ *page 108, fig. 114* to the charging connector mount Ⓛ ⇨ *fig. 119*.  ▶

e-tron

## Removing the charging system from the charging clip

► Remove the power cable connector from the socket ②.
► Unwind the cable from the charging connector mount ①.
► To loosen the control unit from the bracket, push the locking mechanism③ upward ⇨ fig. 119.

### Transporting

Applies to: vehicles with plug-in hybrid drive



Fig. 120 Storage bag

► Store the charging system and the special charging cable* in the bag before transporting.
► Secure the bag using the tie-downs ⇨ page 66. The flat hook must be secured to the left side of the tie-downs.

### ⚠ WARNING

– If the vehicle charging cable is not secured or positioned correctly, it can slide out of place and endanger vehicle occupants when braking, when changing directions, or in an accident.
– Never transport the Audi e-tron charging system or the special charging cable* unsecured.
– Store the Audi e-tron charging system or the special charging cable* in the storage bag in the luggage compartment.
– Always transport the storage bag in the luggage compartment and never in the passenger compartment (for example the seats or in front of them).

### Charging overview

Applies to: vehicles with plug-in hybrid drive



Fig. 121 Charging system: control unit



Fig. 122 Radiator grille: vehicle charging port and button module

The charging unit is located behind the Audi rings on the front of the vehicle.

Ⓐ ⊡ Button/LED
Ⓑ Display field
Ⓒ Arrow buttons
Ⓓ OK Button
① Charging timer button
② Status LED
③ Immediate charging button

The meaning of the different status displays for the charging system and the vehicle can be found under ⇨ page 114, Status displays.

### ⚠ WARNING

There is an error in the control unit if the LED Ⓐ is red. Disconnect the control unit from the power supply. Refer to this chapter ⇨ page 114, Status displays.

---

### ⓘ Tips

– The device runs a self-test after power has been restored to the control unit.
– You can activate a PIN for the control unit ⇨ page 117.
– The vehicle cannot be started if a charging connector is connected.

### Before charging

Applies to: vehicles with plug-in hybrid drive



Fig. 123 Radiator grille: opening the charging unit cover



Fig. 124 Radiator grille: charging port cap

► Unlock the vehicle if necessary ⇨ page 34.
► Make sure that the selector lever is in the P position and drive ready mode is switched off ⇨ page 96.
► Turn the lock until it is vertical to open the cover on the charging unit ⇨ fig. 123.
► Slide the cover carefully to the side if necessary.
► Remove the lock on the charging port ⇨ fig. 124.
► Insert power plug Ⓑ or Ⓒ into the socket ⇨ page 108, fig. 114.

---

► Plug the vehicle charging connector Ⓔ ⇨ page 108, fig. 114 into the vehicle charging port ⇨ fig. 124. The charging process starts automatically if no charging timer is set.

### ⓘ Tips

Remove ice and snow from the cover using a hand brush and solvent-free deicing spray.

### Charging

Applies to: vehicles with plug-in hybrid drive

You can switch between the immediate charging ③ and charging timer ① options during the charging process if a charging timer is set. Press the desired button to do this.

You have different charging options:

**Immediate charging**

To start the charging process immediately, press the button ③ ⇨ page 111, fig. 122. The LED in the button turns on.

**Setting the charging timer**

You can delay the charging time with the charging timer in the Infotainment system [11]. You can set two different timers.

► If a timer was already set, press the button ① ⇨ page 111, fig. 122. The LED in the button turns on.
► To set a charging timer, select: MENU button > Vehicle > left control button > Charge > right control button > Program timer.
► Select Individual timer or Repeat timer.
► Set the departure time, the date or day of the week.
► You can activate the climate control with the charging timer during the charging process by selecting Air conditioning with the control knob. A ✓ appears in the box. This activation is separate from the Infotainment system settings in the climate control menu ⇨ page 118.
► Press the BACK button. ▶

---

[11] Not available in all Infotainment systems.

8Y0012172188

▸ To activate the desired timer, confirm the setting with the control knob. A ✓ appears in the box.

**Preferred charging time**

You can specify a preferred charging time for the programmed timer, for example if you would like to use the off-peak rate.

▸ Select: MENU button > **Vehicle** > left control button > **Charge** > right control button > **Program timer**.

**Power save mode**

Power save mode is automatically switched on when the control unit has not been operated for more than one minute. The LED Ⓐ ⇨ *page 111, fig. 121* stays on. All other settings turn off.

▸ To switch power save mode on or off, press the 🅱 button Ⓐ ⇨ *page 111, fig. 121*.

Power save mode ends automatically when the vehicle charging connector is plugged into the vehicle.

The high-voltage battery is charging when the LED Ⓐ blinks.

> ### (i) Tips
> – Air conditioning and heating is powered electrically if you select climate control using the charging timer. This may also be used in confined spaces such as garages.
> – Using the auxiliary air conditioning while charging can also reduce the charge level of the high-voltage battery.
> – The high-voltage battery also charges in power save mode.
> – If the charging process is in progress, it will not be interrupted when power save mode switches on.
> – The charging process can be interrupted at any time. Press the active button on the vehicle to do this ⇨ *page 111, fig. 122*.
> – The climate control output while charging depends on the capacity of the electrical connection. Additional information on climate control can be found under ⇨ *page 118.*

### Setting the charging power level
Applies to: vehicles with plug-in hybrid drive

The control unit automatically recognizes the voltage and the available current strength. You can set whether you would like to charge with the full or half of the charging power.

▸ Press the OK Ⓑ ⇨ *page 111, fig. 121* button on the control unit.
▸ Enter the PIN if necessary.
▸ **POWER** and **SET PIN** appear in the display field.
▸ Select POWER with the arrow button Ⓒ.
▸ Press the OK button Ⓓ.
▸ The charging power display appears. The current set value (50% or 100%) is marked with a frame.
▸ If necessary, change the setting using the arrow button Ⓒ to move downward or upward.
▸ Press the OK button Ⓓ.

> ### (i) Tips
> – If a household socket is used for the charging process, the charging power level is automatically set to 100%. If multiple electrical consumers are connected to a circuit, the charging power may be limited to 50% when charging with a household socket in order to relieve the load on the electrical installation.
> – If an industrial socket is used for the charging process, the charging power level is automatically set to 50%. To receive the maximum charging power, the value must be set to 100%.
> – A selected value remains set until the power cable is connected again.

### After charging
Applies to: vehicles with plug-in hybrid drive



**Fig. 125** Radiator grille: unlocking and removing the vehicle charging connector

After completing the charging or climate control process, the vehicle enters a sleep mode. No displays are visible on the charging unit during this period.

**Deactivating sleep mode**

▸ Unlock the vehicle ⇨ *page 34.* Or
▸ Open the driver's door. Or
▸ Press the button ③ ⇨ *page 111, fig. 122.*

### Status displays
Applies to: vehicles with plug-in hybrid drive

You can check the various operating statuses using the LED Ⓐ, the display field on the control

**Unlocking the vehicle charging connector**

▸ Press the release ① ⇨ *fig. 125.*
▸ Remove the vehicle charging connector ②.

**Closing the charging unit**

▸ Put the cap back on the charging port ⇨ *page 112, fig. 124.*
▸ Carefully slide the cover back in its original position.
▸ Turn the lock to the horizontal position ⇨ *page 112, fig. 123.*

> ### (!) Note
> If you drive with an open charging unit, both the cover and the electronics installed behind it could be damaged.

> ### (i) Tips
> The instrument cluster will show if the charging unit is open. However, please check if the cover is locked before every trip after charging.

unit Ⓑ ⇨ *page 111, fig. 121* and the status LED ③ ⇨ *page 111, fig. 122.*

**Charging system: control unit**

| Symbol | Error code | LED on the control unit Ⓐ | | Meaning | Solution |
|---|---|---|---|---|---|
| ⊙ (audi rings) | | Blue | Flashes | Self test | |
| PLUGGED | | Green | On | Cable inserted correctly | |
| PLUGGED AND CHARGING | | | Flashes | Cable inserted and charging | |
| UNPLUGGED | | White | On | Self test completed successfully, cable is not connected or is connected incorrectly to the vehicle charging port. | Insert the cable correctly. |
| ⚠❌🔌 | 330, 340 | Red | On | Cable inserted incorrectly or faulty. | Check the cable and insert it correctly or replace the cable. |

8V0012721BB

e-tron

| Symbol | Error code | LED on the control unit (A) | | Meaning | Solution |
|---|---|---|---|---|---|
| | | | | | |
| ⌂⚙✉ | 200, 210, 260, 410, 450, 460, 490, 500 | Red | On | Error in the control unit. | Disconnect the control unit from the power supply and have the malfunction corrected at an authorized Audi dealer or authorized Audi Service Facility |
| ⌂⚙✉ | 180, 190 | Red | On | The control unit is overheating or not cooled enough. | Allow the control unit to cool down or operate it in the specified temperature range. |
| ⌂🔋✉ | 130, 140, 470 | Red | On | Communication to the vehicle is malfunctioning. | Have the malfunction corrected by an authorized Audi dealer or authorized Audi Service Facility. |
| ✉🔋✉ | 300, 310, 370, 390 | Red | On | Error in the household installation. | Have the electrical installation checked by a qualified electrician. |
| ✉🔋✉ | 480 | Red | Flashes | Fault in the household installation. | Have the electrical installation up to the control unit checked by a qualified electrician. |
| ⚡⚠ | 110 | Red | Flashes | Ground fault interrupter (GFI) triggered in the control unit. | Reset the ground fault interrupter with the OK button ⇨ page 111, fig. 121. Have the electrical installation checked by a qualified electrician if the same display appears. |

**Vehicle: charging unit**

| LED on the vehicle (2) | | Meaning | Solution |
|---|---|---|---|
| Green | On | High-voltage battery charging process is completed. | Remove the charger, put the cap on and close the cover on the charging unit. |
| | Pulsating light | The high-voltage battery is charging or the vehicle is being air conditioned/heated. | |
| | Blinks for approximately one minute after leaving the vehicle | Charging timer was programmed but the charging process has not started yet. The LED in the button ① ⇨ page 111, fig. 122 also turns on. | |

e-tron

| LED on the vehicle (2) | | Meaning | Solution |
|---|---|---|---|
| Yellow | On | No power supply was recognized even though the charging cable is plugged in. | Have the power supply or power supply system inspected. Check the status display on the control unit ⇨ table on page 114. See an authorized Audi dealer or authorized Audi Service Facility for assistance if necessary. |
| | Flashes | The selector lever in not in the P position. | Move the selector lever into the P position. |
| Red | On | The charging connector could not be correctly locked in the vehicle charging port. | Check if the charging connector is inserted correctly ⇨ page 112. Remove the charging connector and insert it into the charging port again. See an authorized Audi dealer or authorized Audi Service Facility for assistance if necessary. |
| | Flashes | Fault in the charging system. The high-voltage battery cannot be charged. | See an authorized Audi dealer or authorized Audi Service Facility for assistance if necessary. |

ⓘ **Tips**

The operation statuses indicated by the LED ② on the vehicle are also displayed in the instrument cluster display/Infotainment system.

**Charging time**

Applies to: vehicles with plug-in hybrid drive

The length of the charging process using the Audi e-tron charging system can vary based on the following factors:

– Sockets being used (household or industrial sockets).
– System voltage and current strength specific to a country.
– The value set for the charging power level on the control unit (50% or 100%).
– Fluctuations in the system voltage.
– Temperature outside the vehicle.
– Temperature of the high-voltage battery.
– Adjustments to the climate control inside the vehicle.
– Current capacity of the charging connector.
– Ignition is on/off.

**Example charging times**

| Connection | Charging time at 100% charge |
|---|---|
| Household socket (100 V, 10 A) | approximately 10 hours |
| Household socket (110 V, 10 A) | approximately 8.2 hours |
| Household socket (220 V, 10 A) | approximately 5.2 hours |
| Household socket (230 V, 10 A) | approximately 3.8 hours |
| Industrial socket (200 V, 16 A) | approximately 2.3 hours |
| Industrial socket (220 V, 16 A) | approximately 2.3 hours |
| Industrial socket (230 V, 16 A) | approximately 2.3 hours |
| Industrial socket (240 V, 16 A) | approximately 2.3 hours |

ⓘ **Tips**

– Multiple versions of charging cables are offered due to the different power systems in different countries. The maximum charging power may potentially be

BIV2012772188

unavailable because of this. Contact an authorized Audi dealer or authorized Audi Service Facility for more information.
– Charging may take longer when temperatures are extremely high or low.
– The charging time at public charging stations may vary from the times given in the table ⇨ table on page 116.

### Audi e-tron charging system PIN

Applies to: vehicles with plug-in hybrid drive

The control unit can be locked by entering a 4-digit PIN of your choice. If a PIN is activated, the selected PIN must be entered before every use.

We recommend locking your control unit to protect it against unauthorized access by a third party.

#### Activating the PIN

▸ Press the OK Ⓞ ⇨ page 111, fig. 121 button on the control unit. POWER and SET PIN appear in the display field.
▸ Select SET PIN using the arrow button Ⓒ.
▸ Press the OK button Ⓓ. ENTER PIN appears in the display field.
▸ Select the desired value by pressing the arrow buttons Ⓒ up or down.
▸ Use the right arrow button Ⓒ to go to the next digit.
▸ Press the left arrow button Ⓒ to go to the previous menu.
▸ Enter all of the digits.
▸ Press the OK button Ⓓ after the last digit. REPEAT PIN appears in the display field.
▸ Enter the PIN again using the arrow buttons Ⓒ.
▸ Press the OK button Ⓓ.
▸ PIN OK appears in the display field if both entries match.
▸ The PIN is now activated.

#### Deactivating the PIN

Requirement: The control unit must be unlocked.

▸ Enter the numerical code 0000. Proceed as if you were activating the PIN ⇨ page 117.
▸ The PIN is deactivated.

### Locking the control unit

Requirement: The PIN must be activated.

▸ Press the 🔒 button Ⓐ ⇨ page 111, fig. 121 on the control unit.

### Unlocking the control unit

Requirement: The PIN must be activated.

▸ Press any button on the control unit.
▸ PIN? appears in the display field.
▸ Enter the PIN.
▸ Press the OK button Ⓓ.

> ### (i) Tips
> – The PIN is deactivated in the factory default settings.
> – If you do not remember your PIN, contact an authorized Audi dealer or authorized Audi Service Facility.
> – If the first PIN entry differs from the second entry, the first PIN entry is displayed.
> – If nothing is entered within 20 seconds of this, the set value is not changed.

## Indicator lights and messages

Applies to: vehicles with plug-in hybrid drive

If the 🔋 indicator light turns on, the high-voltage battery is charging or is already completely charged.

If the 🔋 indicator light stays on, there is a malfunction in the charging system. Have the problem corrected immediately by an authorized Audi dealer or authorized Audi Service Facility.

### 🔋 Charging connector still attached. Driving not possible

This message appears when the charging system is still connected to the vehicle. Remove the connector ⇨ page 114, After charging.

Applies to: vehicles with Audi virtual cockpit: AC Incompatible charging system. Please check charging system

Applies to: vehicles with analog instrument cluster: AC AC charging: currently not possible ▸

This message appears when the charging system is incompatible. Only change using the charging system that is designed for your vehicle.

### AC AC charging system: malfunction! Please contact Service

This message appears if there is a malfunction in the charging system. Have the problem corrected immediately by an authorized Audi dealer or authorized Audi Service Facility.

## Charging unit cover emergency release

Applies to: vehicles with plug-in hybrid drive



**Fig. 126** Front of the vehicle: Cover emergency release

You can release the cover using the emergency release.

▸ Turn the cover lock to the horizontal position.
▸ Unlock the vehicle.
▸ Open the hood ⇨ page 318, Opening and closing the hood.
▸ Carefully pull on the knob Ⓐ until there is resistance.
▸ Turn the cover lock to the vertical position ⇨ page 112, fig. 123.
▸ Slide the cover carefully to the side if necessary.

## Climate control

### Description

Applies to: vehicles with plug-in hybrid drive

Your vehicle has auxiliary air conditioning

The auxiliary air conditioning is activated depending on the outside temperature and the temperature set on the climate control unit. You can im-

mediately switch the climate control on or off ⇨ page 118 as well as set a timer ⇨ page 119.

### Auxiliary climate control

The auxiliary climate control controls the temperature in the vehicle interior entirely with electric power. It turns on only if the high-voltage battery charge level is sufficient and there is enough fuel in the tank.

> ### (i) Tips
> – The temperature that the climate control system adjusts to depends on the last temperature you set in the climate control unit ⇨ page 71.
> – Using the auxiliary air conditioning while charging can also reduce the charge level of the high-voltage battery.
> – The climate control system does not automatically switch on or off earlier if the high-voltage battery charge or fuel level is too low.

### Switching on/off

Applies to: vehicles with plug-in hybrid drive

#### Switching the auxiliary climate control on/off:

▸ Select the MENU button > Vehicle > left control button > Auxiliary air conditioning > Turn on auxiliary heating/AC or Turn off auxiliary heating/AC.

> ### (i) Tips
> – The auxiliary climate control can also be switched on and off immediately when a timer is set.
> – If the blower is switched off with the 🌀 ⇨ page 71, fig. 86 button, then the auxiliary air conditioning also switches off immediately.

e-tron

**Trailer towing**

## Setting the timer

Applies to: vehicles with plug-in hybrid drive

By setting the departure time, you determine when your vehicle should reach the desired temperature. You can set the timer in the auxiliary air conditioning menu in the Infotainment system.

**Auxiliary climate control: setting the timer**

▸ Select: MENU button > Vehicle > left control button > Auxiliary A/C > right control button > Program timer.
▸ Set the time and the date.
▸ Press the BACK button.
▸ Confirm the setting with the control knob to activate the timer. A ✓ appears in the box.

When you reprogram a timer, the next calendar day is automatically entered in the Infotainment system. To activate the auxiliary climate control for the next day, confirm the setting (✓ in the Infotainment system).

**Error messages**

☑ - The high-voltage battery charge level is too low to heat/air condition the vehicle using only electric power.

If one of the following symbols appears in the display, then you cannot switch on the auxiliary climate control:

⊶ - There is a system malfunction.

🔋 - The fuel level is too low.

> **ⓘ Tips**
>
> – You can set the timer a maximum of seven days in advance.
> – You can operate the climate control in the vehicle interior when the high-voltage battery is charging using the charging timer ⇨ page 112. The climate control output depends on the power socket capacity.
> – Make sure the time and date match in the Infotainment system settings so that the timer can function properly ⇨ page 241.
> – The auxiliary climate control can continue to run after the departure time is reached.

## Cleaning/maintenance information

Applies to: vehicles with plug-in hybrid drive

When washing your vehicle with a pressure washer, always follow the operating instructions provided with the pressure washer. This is especially important in regard to the pressure and spraying distance. Do not direct cleaning spray at the charging unit in the radiator grille or at the charging dock*/charging clip*. Keep a distance of at least 16 in (40 cm).

Do not remove snow and ice with a pressure washer.

Never use cone nozzles or high pressure nozzles.

The water temperature must not be above 60 °C.

Remove contaminants on the Audi e-tron system with a dry towel.

Remove contaminants on the charging dock*/charging clip* with a wet towel dampened with alcohol-free cleaning solution.

> **⚠ WARNING**
>
> – Never immerse the Audi e-tron charging system and connectors in water.
> – The Audi e-tron charging system must only be cleaned when the control unit is completely disconnected from the power supply and from the vehicle.

> **⚠ Note**
>
> To decrease the risk of discoloration, never clean the charging dock*/charging clip* with harsh cleaning solutions or solutions that contain alcohol.

# Trailer towing
## Driving with a trailer

### General information

*Your Audi was designed primarily for passenger transportation.*

If you plan to tow a trailer, please remember that the additional load will affect durability, economy and performance.

Trailer towing not only places more stress on the vehicle, it also calls for more concentration from the driver.

For this reason, always follow the operating and driving instructions provided and use common sense.

### Technical requirements

**Trailer hitch**

Use a weight-carrying hitch conforming to the gross trailer weight. The hitch must be suitable for your vehicle and trailer and must be mounted securely on the vehicle's chassis at a *technically sound* location. Use only a trailer hitch with a removable ball mount. Always check with the trailer hitch manufacturer to make sure that you are using the correct hitch.

**Do not use a bumper hitch.**

The hitch must be installed in such a way that it does not interfere with the impact-absorbing bumper system. No modifications should be made to the vehicle exhaust and brake systems. From time to time, check that all hitch mounting bolts remain securely fastened.

When you are not towing a trailer, remove the trailer hitch ball mount. This prevents the hitch from causing damage should your vehicle be struck from behind ⇨ ⚠.

**Trailer brakes**

If your trailer is equipped with a braking system, check to be sure that it conforms to all regulations.

The trailer hydraulic brake system must not be directly connected to the vehicle's hydraulic brake system.

**Safety chains**

Always use safety chains between your vehicle and the trailer.

**Trailer lights**

Trailer lights must meet all regulations. Be sure to check with your Audi dealer for correct wiring, switches and relays.

**Mirrors**

If you are unable to see the traffic behind you using the regular outside mirrors, then you *must* install extended mirrors. It is important that you *always* have clear vision to the rear.

> **⚠ WARNING**
>
> After removing the trailer hitch, do not store it in your vehicle. In case of sudden braking, the hitch could fly forward and injure you or your passengers.

### Operating instructions

**Maximum trailer weight**

A trailer for your vehicle is limited to a typical class 1 or class 2 trailer.

**Trailer load distribution**

Be sure the load in the trailer is held securely in place to prevent it from shifting forward, backward or sideways.

**Never allow a passenger to ride in a trailer** ⇨ ⚠ in *Driving instructions on page 121.*

**Engine cooling system**

Towing a trailer makes the engine work harder. It is important that the cooling system's performance is up to the additional load. Make sure that the cooling system has enough fluid.

**Tire pressure**

When towing a trailer, inflate the tires of your vehicle to the tire pressure listed under "Full load" on the label ⇨ *page 336.* Inflate trailer ▸



tires to trailer and tire manufacturers' specifications.

### Lights

Check to make sure both vehicle and trailer lights are working properly.

### Safety chains

Be sure trailer safety chains are properly connected from the trailer to the hitch on the vehicle. Leave enough slack in the chains to permit turning corners. When you install safety chains, make sure they will not drag on the road when you are driving.

The chains should cross under the trailer tongue to prevent it from dropping in case of separation from the hitch.

#### Driving instructions

*Driving with a trailer always requires extra care and consideration.*

### Weight distribution

Towing a loaded trailer with an empty car results in a highly unstable distribution of weight. If this cannot be avoided, drive at very low speeds only to avoid the risk of losing steering control.

A "balanced" rig is easier to operate and control. This means that the tow vehicle should be loaded to the extent possible and permissible, while keeping the trailer as light as possible under the circumstances. Whenever possible, transfer some cargo to the luggage compartment of the tow vehicle while observing tongue load requirements and vehicle loading considerations.

### Speed

The higher the speed, the more difficult it becomes for the driver to control the rig. Do not drive at the maximum permissible speed. Reduce your speed even more if load, weather or wind conditions are unfavorable - particularly when going downhill.

Reduce vehicle speed **immediately** if the trailer shows the slightest sign of swaying. **Do not try to stop the swaying by accelerating.**

Observe speed limits. In some areas, speeds for vehicles towing trailers are lower than for regular vehicles.

Always apply brakes early. When driving downhill, shift into a lower gear to use the engine braking effect to slow the vehicle. Use of the brakes alone can cause them to overheat and fail.

### Coolant temperature

The coolant temperature gauge ⇨ *page 11* must be observed carefully. The coolant temperature can increase if you drive on long inclines in a low gear at high engine speeds. Reduce your speed immediately if the LEDs in the top part of the display turn on.

For more information about indicator lights, refer to [img] ⇨ *page 28.*

> ⚠ **WARNING**
>
> Anyone not properly restrained in a moving vehicle is at a much greater risk in an accident. Never let anyone ride in your car who is not properly wearing the restraints provided by Audi.

# Trailer towing information

#### Important to know

Your vehicle handles differently when towing a trailer because of the additional weight and different weight distribution. Safety, performance and economy will greatly depend on how carefully you load your trailer and operate your rig.

Before you actually tow your trailer, practice turning, stopping and backing up in an area away from traffic. Keep practicing until you have become completely familiar with the way your vehicle-trailer combination behaves and responds.

Backing up is difficult and requires practice. Backing up with a trailer generally requires steering action opposite to that when backing up your vehicle without a trailer.

Maintain a greater distance between your vehicle and the one in front of you. You will need more ▶

room to stop. To compensate for the trailer, you will need a larger than normal turning radius.

When passing, remember that you cannot accelerate as fast as you normally would because of the added load. Make sure you have enough room to pass. After passing, allow plenty of room for your trailer before changing lanes again.

Avoid jerky starts, sharp turns or rapid lane changes.

> ⓘ **Tips**
>
> – Do not tow a trailer during the break-in period of your vehicle.
> – If you tow a trailer, your Audi may require more frequent maintenance due to the extra load ⇨ *page 378.*

#### Parking on a slope

*Do not park on a slope with a trailer. If it cannot be avoided, do so only after doing the following:*

### When parking:

▸ Apply the foot brake.
▸ Have someone place chocks under both the vehicle and the trailer wheels.
▸ With chocks in place, slowly release the brakes until the wheel chocks absorb the load.
▸ Turn the wheels towards the curb.
▸ Apply the parking brake.
▸ Select the P selector lever position.

### When restarting after parking:

▸ Apply the foot brake.
▸ Start the engine.
▸ Select the D/S selector lever position.
▸ Release the parking brake and slowly pull out and away from the wheel chocks.
▸ Stop and have someone retrieve the wheel chocks.

> ⓘ **Tips**
>
> If you move the selector lever of the automatic transmission to P before applying the parking brake and before blocking the wheels, you may have to use more force later to move the lever out of the P position.

8Y2012721BB

# Assistance systems

## Electronic speed limiter

Applies to: vehicles with electronic speed limiter

Your vehicle may be factory equipped with tires that are rated for a maximum speed of 130 mph (210 km/h). This is less than the maximum speed of your vehicle. To reduce the risk of sudden tire failure and loss of control if the vehicle is operated at excessive speeds, your vehicle also has an electronic speed limiter. The electronic speed limiter prevents your vehicle from going faster than the tire speed rating. For more information ⇨ page 335.

If the engine control unit receives faulty vehicle road speed signals, the Malfunction Indicator Lamp (MIL) 🔲 will illuminate. If this occurs, contact the nearest authorized Audi dealer for assistance.

> ⚠ **WARNING**
>
> Always observe the posted speed limits and adjust your speed to suit prevailing traffic, traffic and weather conditions. Never drive your vehicle faster than the maximum speed rating of the tires installed.

## Speed warning system

Applies to: vehicles with speed warning system

*The speed warning system helps you to stay below a specified maximum speed that can be set, changed or deleted in the Infotainment system.*

The speed warning system warns you if you are exceeding the maximum speed that you have set. A warning tone will sound as soon as your speed exceeds the stored value slightly. The 🔲 (USA models) / 🔲 (Canada models) indicator light and the corresponding message appear in the instrument cluster display at the same time. The 🔲 (USA models) / 🔲 (Canada models) indicator light and the message turn off when the vehicle speed drops below the stored maximum speed.

Setting a threshold is recommended if you would like to be reminded when you reach a certain maximum speed. Situations where you may want to do so include driving in a country with a gener-

al speed limit or if there is a specified maximum speed for winter tires.

### Setting the warning threshold

► Select in the Infotainment system: MENU button > **Vehicle** > left control button > **Driver assistance** > **Speed warning** > **Manual**.

> ⓘ **Tips**
>
> Regardless of the speed warning system, you should always monitor your speed using the speedometer and make sure you are following the legal speed limit.

## Cruise control system

**Switching on**

Applies to: vehicles with cruise control system

*The cruise control system makes it possible to drive at a constant speed starting at 15 mph (20 km/h).*



**Fig. 127** Operating lever: cruise control system

► To switch the system on, pull the lever into position ① ⇨ fig. 127.
► Drive at the speed to be maintained.
► To store the speed, press the button Ⓐ.

The 🔲 (USA models) / 🔲 (Canada models) indicator light turns on in the instrument cluster.

The speed is maintained by modifying engine power or through an active brake intervention.

> ⚠ **WARNING**
>
> – Always pay attention to the traffic around you when the cruise control system is in operation. You are always responsible for your ▸

speed and the distance between your vehicle and other vehicles.

– For safety reasons, cruise control should not be used in the city, in stop-and-go traffic, on winding roads and when road conditions are poor (such as ice, fog, gravel, heavy rain and hydroplaning), because this increases the risk of accident.

– Switch the cruise control off temporarily when driving in turning lanes, highway exits or in construction zones.

– Please note that unconsciously "resting" your foot on the accelerator pedal prevents the cruise control from braking. This is because pressing the accelerator pedal overrides the cruise control system.

– If a brake system malfunction such as overheating occurs when the cruise control system is switched on, the braking function in the system may be switched off. The rest of the cruise control system functions remain active as long as the 🔲 (USA models) / 🔲 (Canada models) indicator light is on.

> ⓘ **Note**
>
> Before driving downhill a long distance on a steep hill, decrease your speed and select a lower gear. This makes use of the engine braking effect and relieves the brakes.

> ⓘ **Tips**
>
> The brake lights turn on when the brakes are activated.

**Changing the speed**

Applies to: vehicles with cruise control system

► To **increase** or **decrease** the speed in increments, **tap** the lever in the ⊕/⊖ direction ⇨ fig. 123, fig. 127.
► To **increase** or **decrease** the speed quickly, **hold** the lever in the ⊕/⊖ direction until the desired speed is reached.

**Overriding the speed**

Applies to: vehicles with cruise control system

You can press the accelerator pedal to increase your speed, for example if you want to pass someone. The speed you set earlier will resume as soon as you release the accelerator pedal.

However, if you are driving considerably faster than the stored speed for a long period of time, the cruise control system will temporarily switch off. The 🔲 (USA models) / 🔲 (Canada models) indicator light in the instrument cluster turns off and the stored speed is maintained.

**Preselecting a speed**

Applies to: vehicles with cruise control system

*You can pre-select your desired speed when the vehicle is stationary.*

► Switch the ignition on.
► Pull the lever into position ① ⇨ page 123, fig. 127.
► To increase or decrease the speed, tap the lever in the ⊕/⊖ direction.

This function makes it possible, for example, to save the speed you want before driving on the highway. Once on the highway, activate the cruise control system by pulling the lever toward the position ①.

**Switching off**

Applies to: vehicles with cruise control system

### Deactivating temporarily

► Press the brake pedal, or
► Press the lever into position ② (not clicked into place) ⇨ page 123, fig. 127, or

### Switching off completely

► Press the lever into position ② (clicked into place), or
► Switch the ignition off.

The speed you stored will be maintained if the cruise control has been switched off temporarily. To resume the stored speed, release the brake pedal and pull the lever to position ①. ▸

Assistance systems

Switching the ignition off will erase the stored speed.

**Switching off automatically**

CRUISE (USA models)/🔲 (Canada models)
**Speed control system: currently unavailable.
See owner's manual**

The cruise control system was automatically turned off because the system has detected a malfunction that is impairing the cruise control function. Try switching the cruise control system on again later.

> ⚠ **WARNING**
>
> You should only resume the stored speed if it is not too high for existing traffic conditions. Otherwise you can increase the risk of an accident.

## Lap timer

**Introduction**

Applies to: vehicles with lap timer

*You can measure and analyze lap times with the lap timer in the display.*

**Opening the lap timer**

▸ Open the first Vehicle tab (trip computer) using the 🔲 button on the multifunction steering wheel.

▸ Applies to: vehicles with analog instrument cluster: Press the 🔲 button on the multifunction steering wheel and select **Lap timer** in the menu.

▸ Applies to: vehicles with Audi virtual cockpit: on the multifunction steering wheel, select: left control button > **Lap times**.

**Operating the lap timer**

▸ On the multifunction steering wheel, turn the left thumbwheel ⑦ ⇨ *page 13* or ① ⇨ *page 16* until the desired menu item is displayed in the instrument cluster.

▸ Press the left thumbwheel to confirm the selection.

> ⚠ **WARNING**
>
> Your focus should always be on driving your vehicle safely. As the driver, you have complete responsibility for safety in traffic. Only use the functions such as the lap timer in such a way that you always maintain complete control over your vehicle in all traffic situations.

> ① **Tips**
>
> You can retrieve information from the trip computer while the lap timer stopwatch is running.

**Lap times and timing**

Applies to: vehicles with lap timer

Requirement: the lap timer must be open ⇨ *page 125*.

**Timing laps**

▸ To start timing, select **Lap 1 - press OK** or **Start lap 1** in the menu.

▸ Applies to: vehicles with Audi virtual cockpit: to start timing automatically when you start driving, select **Start lap 1 by driving off** or **Start by driving off** in the menu.

▸ To measure the lap time, select **New lap - press OK** or **New lap** in the menu. This starts timing the next lap at the same time.

After completing, the difference between the last lap and the previous best lap time will be indicated with a "-"/🔲 or "+"/🔲.

**Pausing timing and displaying a split time**

▸ To insert a pause 🔲, select **Pause** in the menu.

▸ To continue timing, select **Press OK to resume** or **Resume** in the menu.

▸ To display a split time, select **Split time** in the menu. The split time 🔲 appears for approximately 10 seconds in the instrument cluster. The timing of the current lap continues.

**Resetting timing**

▸ Using the multifunction steering wheel, select **Reset** or **Reset times** in the menu.   ▸

---

Assistance systems

> ① **Tips**
>
> – A maximum of 30 lap times (analog instrument cluster) or 99 lap times (Audi virtual cockpit) can be measured.
> – If timing is paused, you can continue it later even if you switch the ignition off.
> – Saved lap times cannot be individually deleted from the total results.
> – The saved lap timer values will remain after switching the ignition off.

**Lap statistics**

Applies to: vehicles with lap timer

**Displaying lap statistics**

You can display the number of laps driven, the fastest lap "+", the slowest "–", and the average time "Ø" in the instrument cluster.

▸ Applies to: vehicles with analog instrument cluster: select **Statistics** in the menu using the multifunction steering wheel.

▸ Applies to: vehicles with Audi virtual cockpit: on the multifunction steering wheel, select: left control button > **Lap statistics** or **Statistics**.

▸ Turn the thumbwheel down or up to display the individual lap times.

▸ To return to the lap timing that was begun, press the left thumbwheel.

**Resetting lap statistics**

Applies to: vehicles with Audi virtual cockpit

▸ On the multifunction steering wheel, select: the right control button > **Reset statistics**.

> ① **Tips**
>
> – The lap statistics list the lap times for the last 30 laps.
> – Applies to: vehicles with Audi virtual cockpit: the fastest and slowest lap times from up to 99 timed laps will be displayed.

## Audi adaptive cruise control

**Description**

Applies to: vehicles with Audi adaptive cruise control



**Fig. 128** Detection range

The adaptive cruise control system is a combination of speed and distance regulation. It assists the driver by both regulating the speed and maintaining a distance to the vehicle driving ahead, within the limits of the system. If the system detects a vehicle driving ahead, the adaptive cruise control can brake and accelerate your vehicle. This increases driving comfort during long trips on highways and in stop-and-go traffic.

**What can adaptive cruise control do?**

The adaptive cruise control system uses radar. The radar is subject to designated system limits ⇨ *page 127*.

On open roads with no traffic, it functions like a cruise control system. The stored speed is maintained. When approaching a vehicle ahead and the system detects it, the adaptive cruise control system automatically brakes to match that object's speed and then maintains the stored distance. As soon as the system does not detect a vehicle driving ahead, adaptive cruise control accelerates up to the stored speed.

Within the limits of the system, adaptive cruise control can brake in stop-and-go traffic until the vehicle is stationary and then begin driving again under certain conditions ⇨ *page 130, Driving in stop-and-go traffic*.   ▸

### Which functions can be controlled?

When you switch adaptive cruise control on, you can set the current speed as the "control speed" ⇨ page 128, Switching on/off.

When driving, you can stop cruise control ⇨ page 130 or change the speed ⇨ page 129 at any time.

You can also set the distance to the vehicle ahead and set the adaptive cruise control driving program ⇨ page 131.

General information

Applies to: vehicles with Audi adaptive cruise control/Audi pre sense front



**Fig. 129** Front of vehicle: sensor

The radar sensor area ⇨ fig. 129 must not be covered with stickers, deposits or any other obstructions as it may impair the function of the adaptive cruise control or the pre sense front. For information on cleaning, see ⇨ page 347. The same applies for any modifications made in the front area.

The function of the adaptive cruise control system or pre sense front is limited in some conditions:

– Vehicles can only be detected when they are within the sensor range ⇨ page 126, fig. 128.
– The system has a limited ability to detect vehicles that are a short distance ahead, off to the side of your vehicle or moving into your lane.
– Objects that are difficult to detect such as motorcycles, vehicles with high ground clearance or an overhanging load are detected late or not detected at all.
– When driving through curves ⇨ page 128.

– When the vehicle is stationary ⇨ page 128.

> ⚠️ **WARNING**
>
> Always pay attention to the traffic around you when adaptive cruise control is switched on. As the driver, you are still responsible for your own speed and the distance to other vehicles. The adaptive cruise control is used to assist you. The driver must always take action to avoid a collision. The driver is always responsible for braking at the correct time.
> – For safety reasons, do not use adaptive cruise control when driving on roads with many curves, when the road surface is in poor condition and/or in bad weather (such as ice, fog, gravel, heavy rain and hydroplaning). Using the system under these conditions could result in a collision.
> – Switch adaptive cruise control off temporarily when driving in turning lanes, on expressway exits or in construction zones. This prevents the vehicle from accelerating to the stored speed in these situations.
> – The adaptive cruise control system will not brake by itself if you put your foot on the accelerator pedal. Doing so can override the speed and distance regulation.
> – Adaptive cruise control does not respond to people, animals, or crossing or oncoming objects.
> – The function of the radar sensors can be affected by reflective objects such as guard rails, the entrance to a tunnel, heavy rain or ice.

> ⓘ **Note**
>
> The sensor can be displaced by impacts or damage to the bumper, wheel housing and underbody. This can impair the adaptive cruise control. Have an authorized Audi dealer or authorized Audi Service Facility check their function.

In curves

Applies to: vehicles with Audi adaptive cruise control/Audi pre sense front



**Fig. 130** Example: driving into a curve

When driving into a curve ⇨ fig. 130 and out of a curve, the system may react to a vehicle in the neighboring lane and apply the brakes. You can prevent that by pressing the accelerator pedal briefly.

Stationary vehicles

Applies to: vehicles with Audi adaptive cruise control



**Fig. 131** Example: vehicle changing lanes and stationary vehicle

### Adaptive cruise control

The adaptive cruise control system only reacts to vehicles that being moving or to vehicles that the system has already detected as moving. For example, it can react when a vehicle that has already been detected ① turns or changes lanes, but adaptive cruise control does not react to a stationary vehicle ②. Press the brake pedal to slow the vehicle down.

Switching on/off

Applies to: vehicles with Audi adaptive cruise control



**Fig. 132** Operating lever: switching on and off



**Fig. 133** Instrument cluster: adaptive cruise control

ACC: you can set any speed between 20 and 95 mph (30 and 150 km/h).

Indicator lights and messages in the instrument cluster display inform you about the current situation and setting.

**Switching adaptive cruise control on**

▶ Pull the lever toward you into position ① ⇨ fig. 132. **ACC: standby** appears in the instrument cluster display.

**Storing the speed and activating regulation**

▶ To store the current speed and activate the regulation, press the SET button ⇨ fig. 132 ⇨ ⚠️. The stored speed is shown in the tachometer LED line ② and appears briefly in the information line ⑤ ⇨ fig. 133.
▶ To activate the regulation while stationary, you must press the brake pedal.

**Switching adaptive cruise control off**

▶ Push the lever away from you into position ⓪ until it clicks into place. The message **ACC: off** appears. ▶

8V0012721B8

Assistance systems

The stored speed in the LED line is erased.

③ **Indicator lights**

🚗 - Adaptive cruise control is switched on. No vehicles are detected ahead. The stored speed is maintained.

🚗 - A vehicle driving ahead was detected. The adaptive cruise control system regulates the speed and distance to the vehicle ahead and brakes/accelerates automatically.

🚗 - Adaptive cruise control is switched on. A vehicle was detected ahead. Your vehicle remains stopped and will not start driving automatically.

🚗 - The automatic braking is not enough to maintain a sufficient distance to a vehicle driving ahead. You must intervene ⇨ page 132, Driver intervention request.

④ **Instrument cluster display**

If adaptive cruise control is not shown in the instrument cluster display, you can call it up using the multifunction steering wheel buttons ⇨ page 13.

Based on the graphics in the display, you can determine if the system is maintaining a distance to a vehicle ahead and what that distance to this vehicle is:

**No vehicle** - no vehicle was detected driving ahead.

**Silver vehicle** - a vehicle was detected driving ahead.

**Red vehicle** - request for driver intervention ⇨ page 132.

The five **distance bars** on the gauge ④ represent the set distance (refer to ⇨ page 131 for information on how to change the distance). If you fall below the selected distance, the distance bars become red from the bottom upward.

⚠ **WARNING**

If you press the SET button when driving at speeds below 20 mph (30 km/h), the vehicle accelerates automatically up to 20 mph (30

km/h), which is the minimum speed that can be set.

ⓘ **Tips**

– If you switch the ignition or the adaptive cruise control system off, the set speed is erased for safety reasons.
– The electronic stabilization control (ESC) and the anti-slip-regulation (ASR) are automatically switched on when the adaptive cruise control is switched on.

**Changing the speed**
Applies to: vehicles with Audi adaptive cruise control



Fig. 134 Operating lever: changing the speed

▶ To increase or decrease the speed in increments, **tap** the lever in the ⊕/⊖ direction.
▶ To increase or decrease the speed quickly, **hold** the lever toward ⊕/⊖ until the red LED ② ⇨ page 128, fig. 133 reaches the desired speed.

You can also preselect the speed when adaptive cruise control is not active by moving the lever in the desired direction ① ⊕/⊖. Activate the previously selected speed by pulling the lever into position ① ⇨ page 128, fig. 132.

After each change, the new stored speed appears briefly in the status line ⇨ page 128, fig. 133 ⑤. When adaptive cruise control is active, the 🚗 or 🚗 indicator light turns on. When adaptive cruise control is not active, the 🚗 indicator light turns on. In the Audi virtual cockpit*, the 🚗 indicator light turns on instead.

Assistance systems

**Driving in stop-and-go traffic**
Applies to: vehicles with Audi adaptive cruise control



Fig. 135 Instrument cluster: safe start monitor

The adaptive cruise control system assists you in stop-and-go traffic. If a vehicle that is detected ahead stops, your vehicle will brake and stay at a stop, within the limits of the system.

▶ To resume driving with adaptive cruise control, tap the accelerator pedal or
▶ Pull the lever toward you into position ② ⇨ page 130, fig. 136.

**Starting to drive with adaptive cruise control[1]**

As long as the message ACC: automatic go is displayed and the object detected ahead starts to move, your vehicle will continue driving ⚠. You can activate **ACC: automatic go** again for a short time by pulling the lever to position ②.

The **ACC: automatic go** start mode ends when the brake pedal is pressed.

For safety reasons, your vehicle will only start to drive automatically if

– the driver's safety belt is fastened,
– all doors and the hood are closed,
– your vehicle is not stationary for more than three minutes.

**Safe start monitor**

If an obstacle is detected when you start driving, you will be alerted to the danger by the 🚗 indicator light and the image in the instrument cluster display ⇨ fig. 135 ⇨ ⚠. An audio signal will also sound. Your vehicle will drive more slowly

when starting. This may also happen in some situations when there is no apparent obstacle.

– Press the brake pedal to slow your vehicle down.

⚠ **WARNING**

If the message **ACC: automatic go[1]** appears, your vehicle will start driving even if there is an obstacle between your vehicle and the vehicle driving ahead. This increases the risk of an accident.

ⓘ **Tips**

If adaptive cruise control is active and your vehicle does not start driving even though the message **ACC: automatic go[1]** appears, you can start driving by tapping the accelerator pedal.

**Interrupting cruise control**
Applies to: vehicles with Audi adaptive cruise control



Fig. 136 Operating lever

Requirement: adaptive cruise control must be switched on.

**Overriding cruise control**

▶ To accelerate manually, pull the lever toward you into position ② and hold it there, or press the accelerator pedal. The message **ACC: override** appears.
▶ To resume cruise control, release the lever or take your foot off the accelerator pedal.   ▷

---

[1] This is not available in some countries.

8V201272188

### Interrupting cruise control while driving

▸ Move the lever into position ③. The message **ACC: standby** appears. Or

▸ press the brake pedal.

▸ To resume the stored speed, move the lever into position ②.

### Interrupting cruise control when stopped

▸ Push the lever away from you into position ③. The message **ACC: standby** appears.

▸ To resume cruise control, press the brake pedal and pull the lever toward you into position ②.

> ⚠ **WARNING**
>
> It is dangerous to activate cruise control and resume the stored speed when the current road, traffic or weather conditions do not permit this. This increases the risk of an accident.

### Setting the distance

Applies to: vehicles with Audi adaptive cruise control



**Fig. 137** Operating lever: setting the distance

▸ Tap the switch to display the current set distance ⇨ *fig. 137*.

▸ To increase or reduce the distance in increments, tap the switch upward/downward again. The distance between the two vehicles will change in the instrument cluster display.

When approaching a vehicle driving ahead, the adaptive cruise control system brakes to match that vehicle's speed and then adjusts to the set distance. If the vehicle driving ahead accelerates, then the adaptive cruise control will also accelerate up to the speed that you have set.

The higher the speed, the greater the distance ⇨ ⚠. The **Distance 3** setting is recommended.

That is equal to the general recommendation of "half the speed shown on the speedometer".

The distances provided are specified values. Depending on the driving situation and how the vehicle ahead is driving, the actual distance may be more or less than these target distances.

If you change the time gaps, the newly set value appears briefly in the instrument cluster display, for example  for **Distance 3**. This only occurs if the adaptive cruise control is not currently shown in the display ⇨ *page 128, fig. 133*.

**Distance 1:** this setting corresponds to a distance of 92 feet (28 meters) when traveling at 62 mph (100 km/h), or a time distance of 1 second.

**Distance 2:** this setting corresponds to a distance of 118 feet (36 meters) when traveling at 62 mph (100 km/h), or a time distance of 1.3 seconds.

**Distance 3:** this setting corresponds to a distance of 164 feet (50 meters) when traveling at 62 mph (100 km/h), or a time distance of 1.8 seconds.

**Distance 4:** this setting corresponds to a distance of 219 feet (67 meters) when traveling at 62 mph (100 km/h), or a time distance of 2.4 seconds.

**Distance 5:** this setting corresponds to a distance of 328 feet (100 meters) when traveling at 62 mph (100 km/h), or a time distance of 3.6 seconds.

> ⚠ **WARNING**
>
> When setting the distance, the driver is responsible for adhering to any applicable legal regulations.

> ⓘ **Tips**
>
> Your settings are automatically stored and assigned to the remote control key being used.

### Setting the driving program

Applies to: vehicles with Audi adaptive cruise control

Depending on the selected driving program and distance, driving behavior when accelerating will vary from dynamic to comfortable.

**Setting the driving program on vehicles without drive select\***

▸ Select in the Infotainment system: MENU button > **Vehicle** > left control button > **Driver assistance** > **Audi adaptive cruise control** > **Driving program** > **Comfort, Standard** or **Dynamic**.

**Setting the driving mode on vehicles with drive select\***

Refer to ⇨ *page 144*.

> ⓘ **Tips**
>
> Your settings are automatically stored and assigned to the remote control key being used.

### Driver intervention request

Applies to: vehicles with Audi adaptive cruise control



**Fig. 138** Instrument cluster: request for driver intervention

The request for driver intervention instructs you to take over if the adaptive cruise control braking function is not able to maintain a sufficient distance to the vehicle driving ahead ⇨ *fig. 138*.

## Distance display and distance warning

Applies to: vehicles with Audi adaptive cruise control

*This function measures the time between the vehicle driving ahead and shows this in the instrument cluster display.*



**Fig. 139** Instrument cluster: distance indicator/warning

### Description

At speeds above approximately 40 mph (65 km/h), this function measures the distance to the vehicle ahead as time.

▸ Switch the adaptive cruise control display on in the instrument cluster display ⇨ *page 13*.

The ▨ indicator light turns on if you fall below the set distance.

### Setting the warning threshold

You can set, change or delete the warning threshold in the Infotainment system.

▸ In the Infotainment system, select: MENU button > **Vehicle** > left control button > **Driver assistance** > **Distance warning.**

> ⚠ **WARNING**
>
> – Read and follow the warnings on ⇨ ⚠ in General information on page 127.
> – The driver is always responsible for adhering to the regulations applicable in that country.

> ⓘ **Tips**
>
> You may fall below he warning threshold briefly when passing or when quickly approaching a slow vehicle. There is no warning in this scenario. A warning is given only if you ▸

8V201272188

Assistance systems

fall below the warning threshold for an extended period of time.

## Messages

Applies to: vehicles with Audi adaptive cruise control

### 🅰 ACC: unavailable

The system cannot guarantee that it will detect vehicles correctly and it has switched off. The sensor was moved or is faulty. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

### 🅰 ACC: currently unavailable. No sensor vision

### 🅰 ACC: currently unavailable. Sensor vision restricted due to surroundings. See owner's manual

This message appears if the sensor view is obstructed, for example by leaves, snow, heavy spray or dirt. Clean the sensor ⇨ *page 127, fig. 129*.

### 🅰 ACC: currently unavailable. Gradient too steep

The road exceeds the maximum possible angle for safe adaptive cruise control operation. The adaptive cruise control cannot be switched on.

### 🅰 ACC: only available in D, S or M

Select the D/S or M selector lever position.

### 🅰 ACC: parking brake applied

The adaptive cruise control system switches off automatically if the parking brake is set. The adaptive cruise control is available again after releasing the parking brake.

### 🅰 ACC: currently unavailable. Stabilization control input

This message appears if the Electronic Stabilization Control (ESC) is taking action to stabilize the vehicle. In this case, adaptive cruise control switches off automatically.

### 🅰 ACC off: manual control!

This message appears if the vehicle rolls back when starting on a slight incline, even though

ACC is active. Press the brake pedal to prevent the vehicle from rolling or starting to move.

### Distance warning: malfunction! Please contact Service

The system cannot guarantee that it will detect vehicles correctly and it has switched off. The radar sensor was moved or is faulty. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

### Distance warning: currently unavailable. Sensor view restricted due to surroundings.

This message appears if the sensor view is obstructed, for example by leaves, snow, heavy spray or dirt. Clean the sensor ⇨ *page 127, fig. 129*.

### Distance warning: currently unavailable. See owner's manual

This message appears if the system has a temporary failure. If this occurs multiple times, drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

### Fasten seat belt

The system is not completely available if the driver's seat belt is unfastened.

### Stat. obj. ahead

This message appears if you would like to switch the system on and there is a stationary object directly in front of your vehicle.

### Door open

The system is not available when the vehicle is stationary and the driver's door is open.

## Audi pre sense

### Introduction

Applies to: vehicles with Audi pre sense

Within the limits of the system, the pre sense functions can initiate measures in particularly dangerous situations to protect the vehicle passengers and other road users.

– Due to the interlinking of various vehicle systems, critical driving situations can be detected by pre sense basic and measures for preventative occupant protection are can be initiated.
– The pre sense front uses the data from the radar sensors and calculates the probability of an accident ⇨ *page 127*. An impending collision with vehicles can be detected within the limits of the system. In this case, the system warns the driver visually, acoustically and with a jerk on the brakes if necessary. If needed, it can initiate a partial or full deceleration to reduce the collision speed or to avoid the collision under certain circumstances. In conjunction with pre sense basic, the front safety belts are also reversibly tensioned when needed. The pre sense front is also active when adaptive cruise control* is switched off.

> ⚠️ **WARNING**
> Also follow the general instructions found in ⇨ ⚠️ *In General information on page 127*.

> ℹ️ **Tips**
> – Certain pre sense functions switch off when driving in reverse.
> – The pre sense functions may not be available if there is a malfunction in the ESC system or the airbag control module.
> – Note that the reversible belt tensioner on the front passenger's seat deactivates when the front passenger's airbag is deactivated.
> – Switch the pre sense off when you are not using public streets or when loading the vehicle onto a vehicle carrier, train, ship or other type of transportation. This can prevent an undesired intervention from the pre sense system.

## Audi pre sense basic

### Description

Applies to: vehicles with Audi pre sense basic

The pre sense basic functions are activated at a speed of approximately 20 mph (30 km/h) or higher.

The following functions can be triggered under certain conditions within the limits of the system:

– Tensioning of the safety belts (for example, during heavy braking): the front safety belts have reversible belt tensioners. If a collision does not occur, the safety belts loosen slightly and are ready to tension again.
– Initiating the closing of the windows and the panorama glass roof* (for example when under- or oversteering).

Audi drive select*: the trigger times are adjusted depending on the mode selected.

## Audi pre sense front

### Description

Applies to: vehicles with Audi pre sense front

Within the limits of the system and depending on the situation and speed, pre sense front can warn you about impending collisions with stationary, stopped, and moving vehicles and initiate appropriate braking measures.

If detection is not possible, then pre sense front does not react.

The following functions trigger in conjunction with pre sense basic at corresponding vehicle speeds:

– Reversible tensioning of the front safety belts.
– Closing the windows and panorama glass roof*.

### Warnings and braking

Applies to: vehicles with Audi pre sense front



Fig. 140  Instrument cluster: approach warning

8V2012721BB

**Early warning/acute warning**

The system can provide visual and audible warnings when dangerous situations are detected. The **early warning** may occur if:

– a vehicle driving ahead brakes strongly,
– your vehicle is traveling at speeds between approximately 20 to 50 mph (30 to 85 km/h) and it approaches a stationary vehicle.
– your vehicle is traveling at speeds between approximately 20 to 155 mph (30 to 250 km/h) and it approaches a vehicle that is clearly traveling more slowly or a vehicle in your direction of travel that is stopped.

When this warning occurs, it may only be possible to avoid a collision by swerving or braking strongly. The message **Audi pre sense** ⇨ *fig. 140* and a warning tone will warn you about the danger.

If there is an impending collision with vehicles, there will also be an **acute warning** in the form of sharp braking. If you do not react to the acute warning, pre sense front can brake with increasing force within the limits of the system. This reduces the vehicle speed in the event of a collision.

**Automatic deceleration**

Depending on the speed, pre sense front can **decelerate automatically** shortly before a collision:

– if there are stationary vehicles when you are traveling at speeds up to approximately 28 mph (45 km/h).
– if there are vehicles driving or stopped ahead when you are traveling at speeds up to approximately 155 mph (250 km/h).

**Automatic braking force increase**

If pre sense front determines that you are not braking strongly enough when a collision is imminent, it can increase the braking force, depending on the situation and speed.

– if there are stationary vehicles when you are traveling at speeds up to approximately 50 mph (85 km/h).

– if there are vehicles driving or stopped ahead when you are traveling at speeds up to approximately 155 mph (250 km/h).

⚠ **WARNING**

Pre sense front cannot overcome the laws of physics. It is a system designed to assist and it cannot prevent a collision in every circumstance. The driver must always intervene. The driver is always responsible for braking at the correct time. Do not let the increased safety provided tempt you into taking risks. This could increase your risk of a collision.

– Keep in mind that pre sense front can provide warnings or brake unexpectedly. Always secure any cargo or objects that you are transporting to reduce the risk of damage or injury.
– The system can deploy incorrectly due to system-specific limits.
– Please note that the sensor does not always detect all objects. This increases the risk of a collision.
– Pre sense front does not react to vehicles traveling toward you in the same lane, to people, groups of people, animals, objects that are crossing the road, or objects that are difficult to detect ⇨ ⚠ *in General information on page 127.*

⚠ **WARNING**

Pre sense front may be restricted or not available in the following example situations:
– if there are other reflective objects nearby, such as guard rails or vehicles.
– when driving into a tunnel.
– in heavy fog, rain, spray or snow.
– if the radar sensor is dirty, covered in ice, damaged, or covered.
– in curves.
– if the ESC was restricted or switched off.

① **Note**

The sensor can be displaced by impacts or damage to the bumper, wheel housing and underbody. Pre sense front can be impaired  ▶

– if there are vehicles driving or stopped ahead when you are traveling at speeds up to approximately 155 mph (250 km/h).

by this. Have an authorized Audi dealer or authorized Audi Service Facility check their function.

① **Tips**

– You can cancel the braking with increasing force that is initiated by the system by braking yourself, by accelerating noticeably or by swerving.
– Certain pre sense front functions switch off when ESC is switched off (sport mode) or when driving in reverse.
– If you restrict or switch off the ESC, the pre sense also switches itself off ⇨ *page 152.*

**Settings in the Infotainment system**

Applies to: vehicles with Audi pre sense front/Audi adaptive cruise control

▸ Select in the Infotainment system: MENU button > **Vehicle** > left control button > **Driver assistance** > **Audi pre sense**.

**System** - the pre sense functions can be switched on/off.

If the system is switched off, it switches on again automatically once the ignition is switched on again.

**Prewarning** - the early warning can be switched off permanently or the pre sense front warning point can be set (**Early/Medium/Late**).

# Messages

Applies to: vehicles with Audi pre sense

🔲 **Audi pre sense: malfunction! Please contact Service**

This message appears when the pre sense function is affected. For example, this could be caused by a faulty sensor. If the message stays on, drive immediately to an authorized Audi dealer or authorized Audi Service Facility to have the malfunction corrected.

🔲 **Audi pre sense currently restricted. Restricted sensor vision due to surroundings.**

This message appears if the sensor view is obstructed, for example by leaves, snow, heavy

spray or dirt. Clean the sensor if necessary ⇨ *page 127, fig. 129.*

🔲 **Audi pre sense: currently restricted**

This message appears if the ESC is restricted or switched off, for example.

🔲 **Audi pre sense: currently restricted. See owner's manual**

This message appears when there is a temporary failure in a subsystem, such as the ESC. If this message appears repeatedly, drive to an authorized Audi dealer or authorized Audi Service Facility to have the malfunction corrected.

🔲 **Audi pre sense: emergency braking system off**

This message appears if the pre sense functions are switched off through the Infotainment system or if the system is not ready.

# Audi active lane assist

**Description**

Applies to: vehicles with Audi active lane assist

Active lane assist (lane departure warning) detects lane marker lines within the limits of the system using a camera in the windshield. If you are approaching a detected lane marker line and it appears likely that you will leave the lane, the system will warn you with corrective steering. You can override this steering at any time. If you pass over a line, the steering wheel will vibrate lightly. In order for this warning vibration to occur, it must first be switched on in the Infotainment system. Active lane assist is ready for operation when the lane marker line is detected on at least one side of the vehicle.

The system is designed for driving on expressways and highways and therefore only activates at speeds above approximately 40 mph (65 km/h).

Applies to: vehicles with Audi side assist

If you activate a turn signal when active lane assist is ready and it classifies a lane change as critical because of vehicles traveling alongside you or approaching you, there will be noticeable  ▶

8V0012721BB

corrective steering shortly before you leave the lane. This will attempt to keep your vehicle in the lane.

Applies to: vehicles without Audi side assist

The system will not warn you before crossing a lane marker line if you have activated the turn signal. In this case, it assumes that you are changing lanes intentionally.

> ⚠ **WARNING**
> - The system warns the driver that the vehicle is leaving the lane using corrective steering. The driver is always responsible for keeping the vehicle within the lane.
> - The system can help you keep the vehicle in the lane, but it does not drive by itself. Always keep your hands on the steering wheel.
> - Corrective steering may not occur in certain situations, such as during heavy braking.
> - There may be cases where the camera does not recognize all lane marker lines. Corrective steering can only take place on the side of the vehicle where lane marker lines are detected.
> - Other road structures or objects could possibly be identified unintentionally as lane marker lines. As a result, corrective steering may be unexpected or may not occur.
> - The camera view can be restricted, for example by vehicles driving ahead or by rain, snow, heavy spray light shining into the camera or by dirt on the window. This can result in active lane assist not detecting the lane marker lines or detecting them incorrectly.
> - Under certain conditions such as ruts in the road, an inclined roadway or crosswinds, the corrective steering alone may not be enough to keep the vehicle in the middle of the lane.
> - For safety reasons, active lane assist must not be used when there are poor road and/ or weather conditions such as slippery roads, fog, gravel, heavy rain, snow and the potential for hydroplaning. Using active lane assist under these conditions may increase the risk of a crash.

### Switching on/off
Applies to: vehicles with Audi active lane assist



**Fig. 141** Turn signal lever: button for active lane assist



**Fig. 142** Windshield: camera window for active lane assist

▶ Press the button to switch the system on and off ⇨ fig. 141. The indicator light in the instrument cluster turns on or off.

| Analog instrument cluster | Audi virtual cockpit* | Meaning on the corresponding side |
|---|---|---|
| Green lines ✓↑ | Green line(s) (left/right) ✓↑ | Active lane assist is activated and ready to provide warnings. |
| - | Red line (left/right) ✓↑ | Active lane assist warns you before leaving a lane. In addition, the steering wheel vibrates lightly. |
| Yellow lines | Yellow line(s) (left/right) ✓↑ | Active lane assist is activated, but is not ready to give warning |

If the system is switched on but is not ready to provide warnings, one of the following could be the cause:

- There is no lane marker line.
- The relevant lane marker lines are not detected (for example, markings in a construction zone or because they are obstructed by snow, dirt, water or lighting).
- The vehicle speed is below the activation speed of approximately 40 mph (65 km/h).
- The lane is too narrow or too wide.
- The curve is too narrow.
- The driver's hands are not on the steering wheel.

> ⓘ **Tips**
> - Make sure the camera's field of view ⇨ fig. 142 is not obstructed by stickers or anything else. For information on cleaning, see ⇨ page 347.
> - In certain markets: if the system is switched on, it will switch on automatically each time the ignition is switched on.

### Display in the instrument cluster
Applies to: vehicles with Audi active lane assist



**Fig. 143** Instrument cluster: active lane assist is switched on and ready to provide warnings

You can open the active lane assist display using the buttons in the multifunction steering wheel ⇨ page 13 or ⇨ page 16.

| Display in the instrument cluster | Meaning on the corresponding side |
|---|---|
| Green line(s) (left or right) | Active lane assist is activated and ready to provide warnings. |
| Red line (left or right) | Active lane assist warns you before leaving a lane. In addition, the steering wheel vibrates lightly. |
| Gray line(s) (left or right) | Active lane assist is activated, but is not ready to give warning |

### Messages in the instrument cluster display

If the active lane assist switches off automatically, the indicator light in the display turns off and one of the following messages appears:

**⚠ Audi active lane assist: system fault!**

Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

**⚠ Audi active lane assist: currently not available. No camera view**

This message appears if the camera is unable to detect the lines. This could happen if:

- The camera field of view ⇨ page 137, fig. 142 is dirty or covered in ice. Clean this area on the windshield.
- The camera field of view is fogged over. Wait until the fog has cleared before switching the active lane assist on again.
- The system has been unable to detect the lanes for an extended period of time due to road conditions. Switch active lane assist back on when the lines are more visible.

**⚠ Audi active lane assist: currently unavailable**

There is a temporary active lane assist malfunction. Try switching the active lane assist on again later.

**⚠ Audi active lane assist: Please continue steering vehicle!**

▶

137

138

Assistance systems

This message appears if you are not steering by yourself. Active lane assist is activated, but is not ready to give warning

### Setting the vibration warning

Applies to: vehicles with Audi active lane assist

*You can adjust individual Audi active lane assist settings in the Infotainment system.*

▶ Select in the Infotainment system: MENU button > **Vehicle** > left control button > **Driver assistance** > **Audi active lane assist**.

**Vibration warning**

You can switch on the additional vibration warning in the steering wheel on or off.

> ⚠ **WARNING**
>
> With the vibration warning switched off, there will also be no visual warning in the instrument cluster display when crossing a lane marker line.

> ⓘ **Tips**
>
> Your settings are automatically stored and assigned to the remote control key being used.

## Audi side assist

### Description

Applies to: vehicles with Audi side assist



Fig. 144  Sensor detection range

8V0012721BB



Fig. 145  Display on the exterior mirror

Side assist (lane change assist) helps you monitor your blind spot and traffic behind your vehicle. Within the limits of the system, it warns you about vehicles that are coming closer or that are traveling with you within sensor range ① ⇨ *fig. 144*. If a lane change is classified as critical, the display ② in the exterior mirror turns on ⇨ *fig. 145*.

The display in the left exterior mirror provides assistance when making a lane change to the left, while the display in the right exterior mirror provides assistance when making a lane change to the right.

**Information stage**

As long as you do not activate the turn signal, side assist *informs* you about vehicles that are detected and classified as critical. The display in the mirror turns on, but is dim.

The display remains dim in the information stage so that your view toward the front is not disturbed.

**Warning stage**

If the display in a mirror blinks brightly when you activate a turn signal, side assist is *warning* you about detected vehicles that it has classified as critical. If this happens, check traffic by glancing in the exterior mirrors and over your shoulder ⇨ ⚠ *in General information on page 141.*

Applies to: vehicles with Audi active lane assist

The display in the mirror can also blink if you have not activated a turn signal: if you are approaching a detected lane marker line and it appears you will be leaving the lane, side assist will ▶

---

Assistance systems

warn you about detected vehicles that it has classified as critical.

> ⓘ **Tips**
>
> You can adjust the brightness on of the display on the rearview mirror ⇨ *page 141.*

### General information

Applies to: vehicles with Audi side assist



Fig. 146  Driving situations



Fig. 147  Rear of the vehicle: position of the sensors

Side assist functions at speeds above approximately 9 mph (15 km/h).

**① Approaching vehicles**

In certain cases, a vehicle will be classified as critical for a lane change even if it is still somewhat far away. The faster a vehicle approaches,

the sooner the display in the exterior mirror will turn on.

**② Vehicles traveling with you**

Vehicles traveling with you are indicated in the exterior mirror if they are classified as critical for a lane change. All vehicles detected by side assist are indicated by the time they enter your "blind spot", at the latest.

**③ Vehicles you are passing**

If you slowly pass a vehicle that side assist has detected (the difference in speed between the vehicle and your vehicle is less than approximately 9 mph (15 km/h)), the display in the exterior mirror turns on as soon as the vehicle enters your blind spot.

The display will not turn on if you quickly pass a vehicle that side assist has detected (the difference in speed is greater than approximately 9 mph (15 km/h)).

**Functional limitations**

The radar sensors are designed to detect the left and right adjacent lanes when the road lanes are the normal width. In some situations, the display in the exterior mirror may turn on even though there is no vehicle located in the area that is critical for a lane change. For example:

– If the lanes are narrow or if your are driving on the edge of your lane. If this is the case, the system may have detected a vehicle in another lane that is *not* adjacent to your current lane.
– If you are driving through a curve. Side assist may react to a vehicle that is one lane over from the adjacent lane.
– If side assist reacts to other objects (such as high or displaced guard rails).
– In poor weather conditions. The side assist functions are limited.

Do not cover the radar sensors ⇨ *fig. 147* with stickers, deposits, bicycle wheels or other objects, because they will impair the function. Do not use side assist when towing a trailer. For information on cleaning, see ⇨ *page 347.* ▶

### ⚠ WARNING

– Always pay attention to traffic and to the area around your vehicle. Side assist cannot replace a driver's attention. The driver alone is always responsible for lane changes and similar driving maneuvers.
– In some situations, the system may not function or its function may be limited. For example:
  – If vehicles are approaching or being left behind very quickly. The display may not turn on in time.
  – In poor weather conditions such as heavy rain, snow or heavy mist.
  – On very wide lanes, in tight curves, or if there is a rise in the road surface. Vehicles in the adjacent lane may not be detected because they are outside of the sensor range.

### ⓘ Note

The sensors can be displaced by impacts or damage to the bumper, wheel housing and underbody. This can impair the system. Have an authorized Audi dealer or authorized Audi Service Facility check their function.

### ⓘ Tips

If the window glass in the driver's door or front passenger's door has been tinted, the display in the exterior mirror may be incorrect.

### Switching on/off
Applies to: vehicles with Audi side assist

*The system can be switched on/off in the Infotainment system.*

If the system is activated, the displays in the exterior mirrors will turn on briefly when the ignition is switched on.

▸ Select in the Infotainment system: MENU button > **Vehicle** > left control button > **Driver assistance** > **Audi side assist**. **Off** switches the system off.

### Setting the display brightness
Applies to: vehicles with Audi side assist

*The display brightness can be adjusted in the Infotainment system.*

▸ Select in the Infotainment system: MENU button > **Vehicle** > left control button > **Driver assistance** > **Audi side assist**.

The display brightness adjusts automatically to the brightness of the surroundings, both in the information and in the warning stage. In very dark or very bright surroundings, the automatic adjustment will set the display to the minimum or maximum level. In such cases, you may notice no change when adjusting the brightness, or the change may only be noticeable once the surroundings change.

Adjust the brightness to a level where the display in the information stage will not disrupt your view ahead. If you change the brightness, the display in the exterior mirror will briefly show the brightness level in the information stage. The brightness of the warning stage is linked to the brightness in the information stage and is adjusted along with the information stage.

### ⓘ Tips

– Side assist is not active while you are making the adjustment.
– Your settings are automatically stored and assigned to the remote control key being used.

### Rear cross-traffic assist
Applies to: vehicles with rear cross-traffic assist



**Fig. 148** Display example



**Fig. 149** Infotainment system: rear cross-traffic assist display

The rear cross-traffic assist can warn the driver of a potential collision with approaching cross-traffic when driving in reverse. Within its limits, the system monitors the areas behind and next to the vehicle using the radar sensors when leaving a parking space ⇨ page 140, fig. 147. Moving objects that are approaching, such as cars, are detected ⇨ fig. 148.

If the system detects critical cross traffic when backing out of a parking space, it will react as follows:

– **Visual indicator**: an indicator appears in the Infotainment system display with a red arrow symbol. The arrow points in the direction from which the object is approaching ⇨ fig. 149.
– **Audible warning signal**: a continuous tone may sound as an additional indicator when driving in reverse.
– **Automatic brake activation**: a brief activation of the brakes may also warn you of a potential collision with an approaching object.

### Requirements for using the rear cross-traffic assist:

– The parking aid must be switched on ⇨ page 146.
– Reverse gear must be engaged.
– The speed must not be higher than approximately 7 mph (12 km/h).

### ⚠ WARNING

– The rear cross-traffic assist is an assist system and cannot prevent a collision by itself. The driver must always intervene. The driver is always responsible for braking at the correct time.
– Please note that the rear cross-traffic assist may activate the brakes unexpectedly. Secure any cargo that you are transporting to reduce the risk of damage or injury.
– An additional brake activation may be triggered within 10 seconds after an automatic brake activation.
– If there is an acoustic warning signal from the rear cross-traffic assist, then the parking system may not warn you of detected obstacles under certain circumstances.
– The view of the radar sensors may be impaired by leaves, snow, heavy spray or dirt. Clean the area in front of the sensors ⇨ page 140, fig. 147.

### ⚠ WARNING

The rear cross-traffic assist is subject to limitations and cannot warn you before every impending collision:
– If the vehicle is too wide for the parking space and covered by the neighboring vehicles.
– People, such as cyclists, joggers, inline skaters and pedestrians, may not be detected under certain circumstances.
– If you are in a parallel parking space or diagonal parking space.

### ⓘ Note

Also read the information in ⇨ ⓘ *in General Information on page 141.*

▸

BV2012721B8

## Tips

– You can cancel the automatic brake activation with increasing braking force if you apply the brakes yourself or accelerate considerably.
– In some situations, rear cross-traffic assist may warn you even if there is no cross traffic in a critical area, for example when backing into a parking space or maneuvering.
– The rear cross-traffic assist also switches off when you switch off the ESC.
– The rear cross traffic assist switches on and off through the parking aid ⇨ page 146.
– The system is not available when towing a trailer.

### Messages

*Applies to: vehicles with Audi side assist*

If the side assist switches off automatically, a message appears in the instrument cluster display.

**Audi side assist: System fault!**

The system cannot guarantee that it will detect vehicles correctly and it has switched off. The sensors have been moved or are faulty. Have the system checked by an authorized Audi dealer or authorized Audi Service Facility soon.

**Audi side assist: currently unavailable. No sensor vision**

**Audi side assist: currently unavailable. Sensor vision restricted due to surroundings. See owner's manual**

The radar sensor vision is impaired. Do not cover the area in front of the sensors with bike wheels, stickers, dirt or other objects. Clean the area in front of the sensors, if necessary ⇨ page 140, fig. 147.

**Audi side assist: currently unavailable**

Side assist cannot be switched on at this time because there is a malfunction (for example, the battery charge level may be too low).

**Audi side assist: unavailable in towing mode**

**Audi side assist: unavailable in towing mode**

Side assist switches off automatically after a short time when a factory-installed trailer hitch is connected to the electrical connector on the trailer. There is no guarantee the system will switch off when using a retrofitted trailer hitch. Do not use side assist when towing a trailer.

**Rear parking aid: obstacle detection restricted**

The rear cross-traffic assist is not available. Either the ESC is switched off, or the radar sensors may be covered by a bike rack, stickers, leaves, snow or other objects. Switch the ESC on, or clean the area in front of the sensors if necessary ⇨ page 140, fig. 147. If this message continues to be displayed, drive immediately to an authorized Audi dealer or authorized Audi Service Facility to have the malfunction repaired.

# Audi drive select

### Introduction

*Applies to: vehicles with Audi drive select*

Audi drive select makes it possible to experience different types of vehicle settings in one vehicle. The driver can select from three modes, **Comfort**, **Auto** and **Dynamic**, using the button in the center console or by using the Infotainment system. This allows you to switch between a sporty and a comfortable driving mode, for example. In the **Individual*** mode, the settings can be adjusted to your personal preferences. This makes it possible to combine settings such as a sporty engine setting with light steering.

### Description

*Applies to: vehicles with Audi drive select*

The vehicle setup in each mode depends on the vehicle's features. However, the engine and steering are always affected.

**Engine and automatic transmission**

Depending on the mode, the engine and automatic transmission* respond more quickly or in a more balanced manner to accelerator pedal movements. In the sporty dynamic mode, the transmission shifts at higher speed ranges.  ▶

**Suspension control (Audi magnetic ride)***

Suspension control uses sensors to record information regarding steering movements, braking and acceleration operations by the driver, road surface, driving speed, and load. With Audi drive select you can adjust the suspension control to sporty (dynamic), comfortable (comfort) or balanced (auto).

**Steering**

The steering adapts in terms of steering assistance. There are different modes ⇨ page 144. Indirect steering that moves easily as in comfort mode is especially suited to long drives on a highway. The dynamic mode provides sporty, direct steering.

For vehicles with progressive steering* the steering performance is more agile.

**Audi adaptive light***

The illumination on curves in adaptive light is adapted to the selected mode.

**Audi adaptive cruise control***

The behavior when accelerating can be adjusted from comfortable to sporty, depending on the drive select mode. Adaptive cruise control also responds to the driving behavior of the vehicle ahead in a more conservative or sporty manner.

## Tips

– In some models, the maximum vehicle speed can only be reached in the auto and dynamic modes.
– The S selector lever position automatically engages if the dynamic mode is selected.

### Selecting the driving mode

*Applies to: vehicles with Audi drive select*

*You can choose between comfort, auto, dynamic and individual*.*



Fig. 150  Center console: drive select button

▶ Press the fig. 150 button repeatedly until the desired mode is displayed in the instrument cluster/Infotainment system. Or
▶ In the Infotainment system, select: MENU button > Vehicle > left control button > Audi drive select.
▶ Select and confirm the desired setting.

You can change the driving mode when the vehicle is stationary or while driving. If traffic permits, after changing modes, briefly take your foot off the accelerator pedal so that the recently selected mode is also activated for the engine.

**Comfort** - provides a comfort-oriented vehicle setup and is suited for long drives on highways.

**Auto** - provides an overall comfortable yet dynamic driving feel and is suited for everyday use.

**Dynamic** - gives the driver a sporty driving feel and is suited to a sporty driving style.

**Individual** - ⇨ page 144.

### ⚠ WARNING

Pay attention to traffic when operating the drive select to reduce the risk of an accident.

### Adjusting the Individual mode

*You can adjust the vehicle settings to your personal preferences.*

▶ Select: MENU button > Vehicle > Audi drive select> Individual > right control button.

After you have closed the settings, you will automatically drive in the **Individual*** mode.  ▶

The systems you can adjust depend on the equipment and engine in your vehicle. The following table gives an overview of the characteristics.

| Systems | Comfort | Auto | Dynamic |
|---|---|---|---|
| Engine/transmission | comfortable | balanced | sporty |
| Steering | comfortable | balanced | sporty |
| Engine sound* | subtle | subtle/sporty[a] | sporty |
| Audi adaptive cruise control* | comfortable | balanced | sporty |
| Suspension control* | comfortable | balanced | sporty |
| Applies to: S models quattro | balanced | balanced | sporty |

[a] Subtle in the selector lever position D and sporty in S.

 **Tips**

Your **Individual**\* mode settings are automatically stored and assigned to the remote control key being used.

# Parking systems

## General information

Applies to: vehicles with parking system plus/rearview camera

Depending on your vehicle's equipment, various parking aids will help you when parking and maneuvering.

The **parking system plus** assists you when parking by audibly and visually indicating objects detected *in front of* and *behind* the vehicle ⇨ page 147.

The **rearview camera** shows the area behind the vehicle in the Infotainment system display. This display assists you when you are cross or parallel parking. The parking system plus functions are also available ⇨ page 148.

⚠ **WARNING**

– Always look for traffic and check the area around your vehicle by looking at it directly as well. The parking system cannot replace the driver's attention. The driver is always responsible when entering or leaving a parking space and during similar maneuvers.
– Please note that some surfaces, such as clothing, are not detected by the system.
– Sensors and cameras have blind spots in which people and objects cannot be detected. Be especially cautious of small children and animals.
– Always pay attention to the area around the vehicle – using the rearview mirror, too.
– The sensors can be displaced by impacts or damage to the radiator grille, bumper, wheel housing and the underbody. The parking system may be impaired as a result. Have an authorized Audi dealer or authorized Audi Service Facility check their function.

ⓘ **Note**

– Some objects are not detected or displayed by the system under certain circumstances:
  – objects such as barrier chains, trailer draw bars, vertical poles or fences

– objects above the sensors such as wall extensions
– objects with certain surfaces or structures such as chain link fences or powder snow
– If you continue driving closer to a low object, it may disappear from the sensor range. Note that you will no longer be warned about this obstacle.
– Keep enough distance from the curb to reduce the risk of damage to the rims.

ⓘ **Tips**

– The system may provide a warning even though there are no obstacles in the coverage area in some situations, such as:
  – certain road surfaces or when there is tall grass.
  – external ultrasonic sources such as from cleaning vehicles.
  – in heavy rain, snow, or thick vehicle exhaust.
– We recommend that you practice parking in a traffic-free location or parking lot to become familiar with the system. When doing this, there should be good light and weather conditions.
– You can change the volume and pitch of the signals as well as the display ⇨ page 150.
– What appears in the infotainment display is somewhat time-delayed.
– The sensors must be kept clean and free of snow and ice for the parking aid to operate.

8V201272188