**EXHIBIT A-2**

Parking systems

Parking systems

## Parking system plus

Parking systems

### Description

Applies to: vehicles with parking system plus

*Parking system plus provides audio and visual signals when parking.*



**Fig. 151** Illustration:

Sensors are located in the front and rear bumpers. If these detect an obstacle, audible and visual signals warn you.

Make sure the sensors are not covered by stickers, deposits or any other obstructions as it may impair the function of the system. For information on cleaning, see ⇨ page 347.

The display field begins approximately at:

| | |
|---|---|
| Ⓐ | 4 ft (1.20 m) |
| Ⓑ | 3 ft (0.90 m) |
| Ⓒ | 5.2 ft (1.60 m) |
| Ⓓ | 3 ft (0.90 m) |

The closer you get to the obstacle, the shorter the interval between the audible signals. A continuous tone sounds when the obstacle is less than approximately 1 foot (0.30 meters) away. Do not continue driving forward or in reverse ⇨ ⚠ *in General information on page 146*, ⇨ ① *in General information on page 146!*

If the distance to an obstacle remains constant, the volume of the distance warning gradually lowers after a few seconds until it is muted (this is not apply in the continuous tone range). If the obstacle becomes closer than it was before the sound was muted, the tone will sound again. If the obstacle is father away than it was before the sound was muted, no tone will sound. Pay atten-

tion to the vehicle's surroundings when you start to drive.

### Switching on/off

Applies to: vehicles with parking system plus



**Fig. 152** Center console: parking aid button



**Fig. 153** Infotainment system: visual distance display

### Switching on

▸ Shift into reverse, or
▸ Press the P◂⫴ button in the center console ⇨ *fig. 152*. A short confirmation tone sounds and the LED in the button turns on.

### Switching off

▸ Drive faster than 6 mph (10 km/h), or
▸ Press the P◂⫴ button, or
▸ Switch the ignition off.

### Activating automatically

The parking aid is activated automatically at speeds less than 6 mph (10 km/h) and when approaching an obstacle from approximately 3.1 feet (95 cm) away. There are audible signals when approximately 1.6 feet (50 cm) away from the obstacle. If you press the P◂⫴ button to switch the parking aid off, it can only be reactivated automatically when one of the following conditions is met:

– The vehicle speed exceeds 6 mph (10 km/h). ▸

– The ignition is switch off and back on again.
– The parking brake is set and then released.
– The selector lever must be in the P position.

### Segments in the visual display

The segments in front of and behind the vehicle ⇨ *fig. 153* help you to determine the distance between your vehicle and an obstacle. The red lines* mark the expected direction of travel according to the steering angle. A white segment indicates an identified obstacle that is outside of the vehicle's path. Red segments show identified obstacles that are in your vehicle's path. As your vehicle comes closer to the obstacle, the segments move closer to the vehicle. The collision area has been reached when the next to last segment is displayed. Obstacles in the collision area, including those outside of the vehicle's path, are shown in red. Do not continue driving forward or in reverse ⇨ ⚠ *in General information on page 146*, ⇨ ① *in General information on page 146!*

## Rearview camera

### Introduction

Applies to: vehicles with rearview camera



**Fig. 154** Illustration: cross parking

The rearview camera helps you to park or maneuver using the orientation lines.

### General information

Applies to: vehicles with rearview camera



**Fig. 155** Area covered ① and area not covered ② by the rearview camera (example)



**Fig. 156** Rear lid: location of the rearview camera (example)

The rearview camera is located above the rear license plate bracket. Make sure that the lens for the parking system ⇨ *fig. 156* is not covered by deposits or any other obstructions because this can affect the function of the parking system. For information on cleaning, see ⇨ page 347.

The rearview camera coverage area includes ① ⇨ *fig. 155*. Only this area is shown in the Infotainment display. Objects that are outside of this area ② are not displayed.

### ⚠ WARNING

– Always read and follow the applicable warnings ⇨ ⚠ *in General information on page 146*.
– If the position and the installation angle of the rearview camera was changed, for example after a collision, do not continue to use the system for safety reasons. Have it checked by an authorized Audi dealer or authorized Audi Service Facility. ▸

– Only use the rearview camera to assist you if it shows a good, clear picture. For example, the image may be affected by the sun shining into the lens, dirt on the lens, or if there is a malfunction.
– Use the rearview camera only if the luggage compartment lid is completely closed. If the luggage compartment lid is open the orientation lines and blue surfaces are hidden. Make sure any objects you may have mounted on the luggage compartment lid do not block the rearview camera.
– The camera lens enlarges and distorts the field of vision. The object appears both altered and inaccurate on the screen.
– In certain situations, people or objects in the display appear closer or farther away:
    – For objects that do not touch the ground, such as the bumper of a parked vehicle, a trailer hitch or the rear of a truck. Do not use the orientation lines in this case.
    – If driven from a level surface onto an incline, or a downward slope.
    – If driven toward protruding objects.
    – If the vehicle is carrying too much load in the rear.

(!) **Note**

– Always read and follow the applicable warnings ⇨ in General information on page 146.
– The orange-colored orientation lines in the Infotainment display show the vehicle path based on the steering wheel angle. The front of the vehicle swings out more than the rear of the vehicle. Maintain plenty of distance so that an exterior mirror or a corner of the vehicle does not collide with any obstacles.

**Switching on/off**

Applies to: vehicles with rearview camera

**Switching on**

▸ Shift into reverse, or
▸ Press the P⊿ button in the center console ⇨ page 147, fig. 152. A short confirmation

tone sounds and the LED in the button turns on.

**Switching off**

▸ Drive faster than 6 mph (10 km/h), or
▸ Press the P⊿ button, or
▸ Switch the ignition off.

(i) **Tips**

– The visual display in the right part of the display should help you detect the critical vehicle area.
– You can change the volume of the signals and the display ⇨ page 150.

**Perpendicular parking**

Applies to: vehicles with rearview camera

*This view may be used when parking in a garage or in a parking space.*



Fig. 157  Infotainment system: aiming at a parking space



Fig. 158  Infotainment system: aligning the vehicle

▸ Turn the Infotainment system on and shift into reverse gear.
▸ The orange orientation lines ① show the direction of travel of the vehicle. Turn the steering wheel until the orange orientation lines appear in the parking space ⇨ fig. 157. Use the markings ② to help you estimate the distance from an obstacle. Each marking represents approximately 3 ft (1 m). The blue area represents an ▸

149

extension of the vehicle's outline by approximately 16 ft (5 meters) to the rear.
▸ While driving in reverse gear, adjust the steering wheel angle to fit the parking space using the orange orientation lines for assistance ⇨ ⚠ in General information on page 148, ⇨ (i) in General information on page 149. ③ represents the rear bumper. Stop the vehicle, at the latest, when the red orientation line ④ borders an object.

**Adjusting the parking aid**

Applies to: vehicles with parking system plus/rearview camera

*The functions are adjusted in the Infotainment system.*

▸ Select in the Infotainment system: MENU button > **Vehicle** > left control button > **Driver assistance** > **Parking aid**. Or
▸ When the parking aid is active, select in the Infotainment system: right control button*.

**End system*** - stop the parking aid

**Activate automatically** - switch automatic activation on/off

**Front volume*** - volume for the front area

**Rear volume** - volume for the rear area

**Entertainment fader** - the volume of the audio/video source is lowered when the parking system is turned on.

The newly selected level is demonstrated briefly by the sound generator.

(i) **Tips**

– Several menus can be accessed with the right control button only when the parking aid is active.
– The settings for volume and automatic activation are automatically stored and assigned to the remote control key being used.

150

**Error messages**

Applies to: vehicles with parking system plus/rearview camera

🅿⊿ **Rear park assist: malfunction! Obstacles cannot be detected**

🅿⊿ **Front park assist: malfunction! Obstacles cannot be detected**

🅿⊿ **Park assist: malfunction! Obstacles cannot be detected**

When one of these messages appears, there is a system malfunction. The LED in the P⊿ button also blinks when switching it on. The relevant message only appears again when you manually activate the parking aid with the button.

🅿⊿ **Rear parking aid: obstacle detection restricted**

The rear cross-traffic assist* ⇨ page 142, *Rear cross-traffic assist* is not available. Either the ESC is switched off, or the radar sensors may be covered by a bike rack, stickers, leaves, snow or other objects. Switch the ESC on, or clean the area in front of the sensors if necessary ⇨ page 140, fig. 147. If this message continues to be displayed, drive immediately to an authorized Audi dealer or authorized Audi Service Facility to have the malfunction repaired.

**Parking system plus***

If a sensor or speaker is faulty, the P⊿ symbol will appear in front of/behind the vehicle in the Infotainment system display. If a rear sensor is faulty, only obstacles that are in areas Ⓐ and Ⓑ are shown ⇨ page 147, fig. 151. If a front sensor is faulty, only obstacles that are in areas Ⓒ and Ⓓ are shown.

Intelligent Technology

# Intelligent Technology
## Electronic Stabilization Control (ESC)

### Description

Electronic Stabilization Control (ESC) supports driver safety. It reduces the risk of slipping and improves driving stability. ESC detects critical situations such as the vehicle oversteering and understeering or the wheels are spinning. The vehicle is stabilized by applying the brakes or reducing engine torque. When the ESC engages, the  indicator light blinks in the instrument cluster.

The following systems are integrated in the ESC:

### Anti-lock braking system (ABS)

ABS prevents the wheels from locking when braking. The vehicle can still be steered even during hard braking. Apply steady pressure to the brake pedal. Do not pump the pedal. A pulsing in the brake pedal indicates that the system is acting to stabilize the vehicle.

### Brake assist system

The brake assist system can decrease braking distance. It increases braking power when the driver presses the brake pedal quickly in emergency situations. You must press and hold the brake pedal until the dangerous situation is over. In vehicles with adaptive cruise control*, the brake assist system is more sensitive if the distance detected to the vehicle driving ahead is too small.

### Anti-slip regulation (ASR)

ASR reduces engine power when the drive wheels begin spinning and adapts the force to the road conditions. This makes it easier to start, accelerate and drive up hills.

### Electronic differential lock (EDL)

The EDL applies the brakes to a wheel that starts spinning and transfers the drive power to the other driving wheel or wheels (if the vehicle is equipped with all wheel drive*). This function is not available at higher speeds.

In extreme cases, EDL automatically switches off to keep the brake on the braked wheel from overheating. The vehicle is still working correctly. EDL will switch on again automatically when conditions have returned to normal.

### Steering recommendation

The ESC helps to stabilize the vehicle by changing the steering torque.

### Selective wheel torque control

Selective wheel torque control is used when driving on curves. The front wheel on the inside of the curve or both wheels on the inside of the curve are braked selectively as needed. This allows more precise driving in curves.

### Automatic post-collision braking system

The "automatic post-collision braking system" can help to reduce the risk of sliding and of additional collisions after an accident. If the airbag control module detects a certain acceleration above a certain vehicle speed, the vehicle is braked by the ESC.

The vehicle does not brake automatically if:
– the driver presses the accelerator pedal, or
– the ESC, the brake system or the vehicle electrical system are not functioning.

> ⚠ **WARNING**
> – The ESC and its integrated systems cannot overcome the limits imposed by natural physical laws. This is especially important on slippery or wet roads. If the systems begin acting to stabilize your vehicle, you should immediately alter your speed to match the road and traffic conditions. Do not let the increased safety provided tempt you into taking risks. This could increase your risk of a collision.
> – Please note the risk of a collision increases when driving fast, especially through curves and on slippery or wet roads, and when driving too close to objects ahead. The ESC and its integrated systems cannot always prevent collisions – there is still a risk of accidents!

151

Intelligent Technology

> – Press the accelerator pedal carefully when accelerating on even, slippery surfaces such as ice and snow. The drive wheels can spin even when these control systems are installed and this can affect driving stability and increase the risk of a collision.

> ⓘ **Tips**
> – The ABS and ASR only function correctly when all four wheels have a similar wear condition. Different tire sizes can lead to a reduction in engine power.
> – You may hear noises when the systems are working.

### Switching on/off

*ESC turns on automatically when you start the engine.*



**Fig. 159** Upper center console: ESC button

The ESC is designed to function in levels. Depending on the level that is selected, the stabilization function of the ESC is limited or switched off. The amount of stabilization control will differ depending on the level.

The following examples are unusual situations where it may make sense to switch sport mode on in order to allow the wheels to spin:

– Rocking the vehicle to free it when it is stuck
– Driving in deep snow or on loose ground
– Driving with snow chains

| | Sport mode on | ESC/ASR off | Sport mode off or ESC/ASR on |
|---|---|---|---|
| Behavior | The ESC and ASR stabilization functions are limited ⇨ ⚠. | The stabilization function is not available ⇨ ⚠. ESC and ASR are switched off. | The full stabilization function of the ESC and ASR is available again. |
| Operation | Press the 🅱 button briefly. | Press and hold the 🅱 button longer than three seconds. | Press the 🅱 button again. |
| Indicator lights | 🅺 turns on. | 🅺 and **ESC OFF** turn on. | 🅺 turns off or 🅺 and **ESC OFF** turn off. |
| Messages | Stabilization control (ESC): sport. Warning! Restricted stability | Stabilization control (ESC): off. Warning! Restricted stability | Stabilization control (ESC): on |

> ⚠ **WARNING**
> You should only switch sport mode on or switch ESC/ASR off if your driving abilities and road conditions permit.

> – The stabilization function is limited when sport mode is switched on. The driving wheels could spin and the vehicle could swerve, especially on slick or slippery road surfaces.

152

8/2012721BB

Intelligent Technology

– There is no vehicle stabilization when ESC/ ASR are switched off.

(i) **Tips**

– ESC/ASR cannot be switched off or sport mode cannot be switched on if the cruise control system* or the adaptive cruise control* is switched on.
– Malfunctions in the Audi magnetic ride* may make it impossible to switch the ESC/ ASR off or to switch sport mode on.

## Brakes

**New brake pads**

New brake pads do not achieve their full braking effect during the first 250 mi (400 km). They must be "broken in" first. However, you can compensate for the slightly reduced braking force by pressing firmly on the brake pedal. Avoid heavy braking during the break-in period.

**Wear**

Brake pad wear depends largely on the way the vehicle is driven and on operating conditions. This is especially true if you are driving frequently in the city and on curves or with a sporty driving style.

**Operating noise**

Noises may occur when braking depending on the speed, braking force and outside conditions such as temperature and humidity.

**Effect of water and road salt**

In certain situations, for example after driving through water, in heavy rain, after overnight condensation or after washing your car, the braking effect can be reduced by moisture or ice on the brake rotors and brake pads. The brakes must be "dried" first with a few careful brake applications.

At higher speeds and with the windshield wipers turned on, the brake pads press against the brake rotors for a short amount of time. This action, which is not felt by the driver, happens at regular intervals and ensures a better reaction time for the brakes in wet weather.

The braking effect can also be reduced if you are driving on salted roads and you do not apply the brakes for long periods of time. The layer of salt on the brake rotors and pads must be worn off first when the brakes are applied.

**Corrosion**

Leaving the vehicle parked for long periods of time, low mileage and avoiding heavy braking can contribute to corrosion on the brake rotors and to dirty brake pads.

If you usually avoid heavy braking or if there is corrosion present, occasional heavy braking at high speeds is recommended to clean the brake rotors and pads ⇨ ⚠.

**Brake system malfunction**

If you notice that the brake pedal travel has *suddenly* increased, then a brake circuit in the dual-circuit brake system may have malfunctioned. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the problem corrected. On the way there, drive with reduced speed and keep in mind that you will need a longer distance to stop and you will need to press the brake pedal harder.

**Low brake fluid level**

When the brake fluid level is low, malfunctions in the brake system may occur. The brake fluid level is electronically monitored.

**Brake booster**

The brake booster amplifies the pressure you apply to the brake pedal. It only operates while the engine is running or when the ignition is switched on (plug-in hybrid drive*) .

⚠ **WARNING**

– Only apply the brakes for the purpose of cleaning the brake system when road and traffic conditions permit. You must not endanger other road users. This increases the risk of an accident.   ▶

---

Intelligent Technology

– Never let the vehicle roll while the engine is stopped because this increases the risk of an accident.

(i) **Note**

– Never let the brakes "rub" by pressing the pedal lightly when braking is not actually necessary. This causes the brakes to overheat and increases braking distance and causes wear.
– Before driving on a long stretch with steep slopes, reduce your speed and shift to the next lower gear This makes use of the engine braking effect and relieves the brakes. If you need to brake additionally, brake in intervals and not continuously.

(i) **Tips**

– If the brake booster is not working, you must press the brake pedal with much more force than normal.
– If you retrofit your vehicle with a front spoiler, wheel covers or similar items, make sure that the air flow to the front wheels is not interrupted. Otherwise the brake system can become too hot.

## Electromechanical steering

*The electromechanical steering supports the driver's steering movements.*

Power steering adapts *electronically* based on the vehicle speed.

**Indicator lights and messages**

🔴 Do not drive vehicle: steering defective

If this indicator light turns on and stays on and this message appears, the power steering may have failed.

Stop the vehicle in a safe location as soon as possible. Do **not** continue driving. See an authorized Audi dealer or authorized Audi Service Facility for assistance.

🟡 Steering: malfunction! You can continue driving

---

If the indicator light turns on, the steering wheel may be more difficult to move or more sensitive than usual. The steering wheel may also be at an angle when driving straight.

Drive slowly to an authorized Audi dealer or authorized Audi Service Facility to have the malfunction corrected.

(i) **Tips**

If the  or 🟡 indicator light only stays on for a short time, you may continue driving.

## All wheel drive (quattro)

Applies to: vehicles with all wheel drive

*In all wheel drive, all four wheels are powered.*

**General information**

In all wheel drive, the driving power is divided between all four wheels. This happens automatically depending on your driving behavior as well as the current road conditions. Also see
⇨ *page 151, Electronic Stabilization Control (ESC).*

The all wheel drive concept is designed for high engine power. Your vehicle is exceptionally powerful and has excellent driving characteristics both under normal driving conditions and on snow and ice. Always read and follow safety precautions ⇨ ⚠.

**Winter tires**

By using all wheel drive, your vehicle has good *forward* motion with standard tires in winter conditions. However, using winter or all season tires on *all four* wheels in the winter is recommended, because this will improve the *braking* effect.

**Snow chains**

If there are snow chain laws, snow chains must also be used on vehicles with all wheel drive ⇨ *page 342, Snow chains.*

**Replacing tires**

For vehicles with all wheel drive, only wheels with the same rolling circumference should be used. Avoid using tires with different tread depths ⇨ *page 335, New tires or wheels.*   ▶

BV2012721BB

**Offroad vehicle?**

Your Audi is not an offroad vehicle - there is not enough ground clearance. For this reason, avoid difficult terrain.

> ⚠ **WARNING**
>
> – Also, in vehicles with all wheel drive, adapt your driving style to the current road and traffic conditions. Do not let the increased safety provided tempt you into taking risks, because this increases the risk of an accident.
> – The braking ability of your vehicle is limited to the traction of the wheels. In this way, it is not different from a two wheel drive vehicle. Do not be tempted to accelerate to a high speed when the road is slippery, because this increases the risk of an accident.
> – Note that on wet streets, the front wheels can "hydroplane" if driving at speeds that are too high. Unlike front wheel drive vehicles, the engine does not rev higher suddenly when the vehicle begins hydroplaning. For this reason, adapt your speed to the road conditions to reduce the risk of an accident.

## Energy management

**The starting ability is optimized**

*The energy management system manages the electrical energy distribution and optimizes the availability of electrical energy for starting the engine.*

When a vehicle with a conventional energy system is not driven for a long time, the vehicle battery is drained by equipment (for example, the immobilizer). In certain circumstances, there could may not be enough energy to start the engine.

Your vehicle is equipped with an intelligent energy management system for distributing the starting ability and increases the vehicle battery life.

The energy management system Is made up of **battery diagnosis, idling current management,** and **dynamic energy management.**

**Battery diagnosis**

The battery diagnosis determines the vehicle battery charge level. The sensors determine the battery voltage, the battery current, and the battery temperature. The current charge level and the performance of the vehicle battery are determined based on this.

**Idling current management**

The idling current management decreases the energy used while parked. With the engine switched off, it manages the energy distribution to the different electrical components. Data from the battery diagnosis is taken into account for this.

Depending on the vehicle battery charge level, electrical equipment is switched off one item after the other to prevent the vehicle battery from draining and to maintain the starting ability.

**Dynamic energy management**

While driving, dynamic energy management distributes the appropriate amount of energy to the electrical equipment. It controls the battery charge level so that the amount of energy is not greater than the amount being generated in order to maintain an optimal vehicle battery charge level.

> ⓘ **Tips**
>
> – Energy management cannot overcome the laws of physics. Note that the charge level and length of the vehicle battery life are limited.
> – When the starting ability is endangered, the 🔋 indicator light turns on ⇨ page 29.

**What you should know**

*Maintaining the starting ability is the highest priority.*

A lot of stress is placed on the vehicle battery when driving short distances, during city driving, ▶

---

and at cold times of the year. A lot of energy is used but little is generated. It is also critical when the engine is not running but electrical equipment is switched on. In this case, energy is used but none is generated.

In situations like this, energy management will actively regulate the distribution of energy.

**Long periods without use**

If you do not drive your vehicle for several days or weeks, electrical equipment is gradually scaled back or switched off. This reduces energy use and ensures the vehicle will be able to start after long periods of time. Some convenience functions such as opening with the remote control key may not be available. These convenience functions will be available again once you switch the ignition on and start the engine.

**With the engine switched off**

The vehicle battery will drain if you use Infotainment functions such as listening to the radio while the engine is switched off.

If the vehicle's ability to start may be impaired by the energy use, a message will appear in the Infotainment system display. The message indicates that the system will switch off automatically soon. If you would like to continue using the functions, you must start the engine.

**With the engine running**

Although electrical energy is generated while driving, the vehicle battery can drain. This can happen if little energy is generated but much is used, and the charge level of the vehicle battery is not optimal.

To restore the balance of energy, components that require large amounts of energy are temporarily scaled back or switched off. Heating systems in particular require a great deal of energy. If you notice, for example, that the seat heating* or rear window defogger is not working, then it has been temporarily reduced or switched off. These systems are available again as soon as the energy supply has been restored.

In addition, you may notice that the idle speed has slightly increased. That is normal and no

cause for concern. By increasing the idling speed, the additional required energy will be generated and the vehicle battery will be charged.

## Notice about data recorded by the Event Data Recorder and vehicle control modules

**Event Data Recorder**

This vehicle is equipped with an Event Data Recorder (EDR). The main purpose of an EDR is to record, in certain crash or near crash-like situations, such as an airbag deployment or hitting a road obstacle, data that will assist in understanding how a vehicle's systems performed. The EDR is designed to record data related to vehicle dynamics and safety systems for a short period of time, typically 30 seconds or less. The EDR in this vehicle is designed to record such data as:

– How various systems in your vehicle were operating;
– Whether or not the driver and passenger safety belts were buckled/fastened;
– How far (if at all) the driver was depressing the accelerator and/or brake pedal; and,
– How fast the vehicle was traveling.

These data can help provide a better understanding of the circumstances in which crashes and injuries occur. NOTE: EDR data are recorded by your vehicle only if a non-trivial crash situation occurs; no data are recorded by the EDR under normal driving conditions and no personal data (e.g., name, gender, age, and crash location) are recorded. However, other parties, such as law enforcement, could combine the EDR data with the type of personally identifying data routinely acquired during a crash investigation.

To read data recorded by an EDR, special equipment is required, and access to the vehicle or the EDR is needed. In addition to the vehicle manufacturer, other parties, such as law enforcement, that have the special equipment, can read the information if they have access to the vehicle or the EDR. ▶

Some state laws restrict the retrieval or downloading of data stored by EDRs installed in a vehicle for the express purpose of retrieving data after an accident or crash event without the owner's consent.

Audi will not access the EDR and/or similar data or give it to others –

– unless the vehicle owner (or lessee if the vehicle has been leased) agrees; or
– upon the official request by the police; or
– upon the order of a court of law or a government agency; or
– for the defense of a lawsuit through the judicial discovery process.
– Audi may also use the data for research about vehicle operation and safety performance or provide the data to a third party for research purposes without identifying the specific vehicle or information about the identity of its owner or lessee and only after the recorded vehicle data has been accessed.

**Vehicle control modules**

Your vehicle is also equipped with a number of electronic control modules for various vehicle systems, such as engine management, emission control, airbags, and safety belts.

These electronic control modules record data during normal vehicle operation that may be needed by trained technicians for diagnostic and repair purposes. The recording capability of these modules is limited to data (no sound is recorded). Only a small amount of data is actually recorded over a very limited period of time, or stored when a system fault is detected by a control module. Some of the data stored may relate to vehicle speed, direction, or braking, as well as restraint system use and performance in the event of a crash. Stored data can also only be read and downloaded with special equipment that is directly connected to the vehicle.

ⓘ **Tips**

Your vehicle may be equipped with Audi connect. Your use of certain Audi connect features requires wireless services that are provided by a third party wireless telecommuni-

cations provider. For details regarding how information obtained through Audi connect is collected, processed, transmitted, used, and shared, please see your contract with the wireless telecommunications provider and the "About Audi connect" tab in your vehicle's Infotainment system: MENU button > **Audi connect** > right control button > **About Audi connect**.

# Multi Media Interface

## Traffic safety information

Audi recommends performing certain Infotainment system functions, such as entering a destination, only when the vehicle is stationary. Always be prepared to stop operating the Infotainment system in the interest of your safety and the safety of other road users.

⚠ **WARNING**

Only use the Infotainment system when traffic conditions permit and always in a way that allows you to maintain complete control over your vehicle.

ⓘ **Tips**

Certain functions are not available while driving.

## Introduction

*The Multi Media Interface, or MMI for short, combines various systems for communication, navigation\* and entertainment in your Audi. You can operate the MMI using the MMI control panel, the multifunction steering wheel or the voice recognition system\*.*



**Fig. 160** MMI control panel

MMI control panel overview

① Control knob with joystick function\*
.............................. 159, 163
② MMI touch control pad\* ........ 161
③ Left control button ............ 160
④ Right control button .......... 160

⑤ Buttons for opening menus
directly ...................... 160
⑥ MENU button ............... 160
⑦ BACK button ............... 159

# MMI On/Off knob with joystick function

**Operating**



**Fig. 161** MMI On/Off knob with joystick function

**Switching the MMI on/off:** the MMI can be switched on/off manually.
– **Switching on manually:** press the On/Off knob ① ⇨ fig. 161 briefly. Or: press the MENU button ⑥ ⇨ page 158, fig. 160 or one of the buttons to open the menus directly ⑤.

– **Switching off manually:** press and hold the On/Off knob ① ⇨ fig. 161 until the MMI switches off. If the MMI has been switched off manually, it does not switch on again automatically the next time the ignition is switched on.

**Additional functions:**
– **Adjusting the volume:** turn the On/Off knob ① ⇨ fig. 161.
– **Muting:** press the On/Off knob ① ⇨ fig. 161 briefly.
– **Selecting the previous/next function (for example, a radio station/track):** press the On/Off knob ① ⇨ fig. 161 briefly toward the left ⏮ or right ⏭.
– **Fast forwarding/rewinding (for example songs):** press and hold the On/Off knob ① ⇨ fig. 161 toward the left ⏮ or right ⏭. ▶

8V201272188

Multi Media Interface

Multi Media Interface

8V2012772188

⚠ **WARNING**

Adjust the volume of the audio system so that signals from outside the vehicle, such as police and fire sirens, can be heard easily at all times.

ⓘ **Tips**

The MMI switches off automatically if the engine is not running and the vehicle battery is low.

## Infotainment system display

**Extending/retracting**

The Infotainment system display automatically extends and retracts when you switch the MMI on and off.

– **Manually extending/retracting**: press the ⏏ button ㉙ ⇨ page 8, fig. 2.

When the MMI is switched off and the display is retracted, you can operate certain functions using the MMI On/Off knob with the joystick function ⇨ page 158.

ⓘ **Tips**

– If the vehicle has a cell phone prep*, the Infotainment system display will automatically extend whenever there is an incoming phone call.
– There may be delays when extending or retracting the display.

## MMI operation

**Selecting and confirming a function**



Fig. 162  Operating the control knob

**Selecting and confirming a function in a menu/list**

▸ **Selecting a function**: turn the control knob ① ⇨ fig. 162 to the desired function (such as selecting a frequency).
▸ **Confirming a selection**: press the control knob ① ⇨ fig. 162.

**Returning to functions at higher levels**

▸ Press the BACK button ⑦ ⇨ page 158, fig. 160.

**Opening the main menu/menu**



Fig. 163  Illustration: Main menu

**Opening the main menu**

▸ Press the MENU button ⑥ ⇨ page 158, fig. 160. The MMI menus (such as **Radio**) are displayed ⇨ fig. 163. Then you can select and confirm a function using the control knob.

**Opening a menu directly**

▸ Press the applicable button to directly open the menus ⑤ ⇨ page 158, fig. 160 in the direction of the desired menu (such as RADIO). Then you can select and confirm a function using the control knob.

**Opening the selection menu/options menu with the control buttons**



Fig. 164  Control buttons on the MMI control panel

**Selection menu**: through the selection menu, you can open additional functions within a menu item (such as **Radio**).

Requirement: the selection menu symbol must be displayed in the Infotainment system display ⇨ fig. 164.

**Opening/closing the selection menu**: press the left control button ⇨ fig. 164. Then you can select and confirm a function using the control knob.

**Options menu**: using the options menu, you can select and confirm context-dependent functions as well as settings within a menu item (such as **Radio**).

Requirement: the options menu symbol ⊞ must be displayed in the Infotainment system display ⇨ fig. 164. Then you can select and confirm a function using the control knob.

**Opening/closing the options menu**: press the right control button ⇨ fig. 164. Then you can select and confirm a function using the control knob.

**Information about paths**

*This guide shows you at a glance the paths for opening a desired menu and its settings and functions.*

**Example of a path**

▸ Select: RADIO button > left control button > FM.

**Following the path**

▸ Press the RADIO button.
▸ Press the left control button.
▸ Turn the control knob to the FM menu item to select it.
▸ Press the control knob to confirm the selected FM menu item.
▸ The selected and confirmed function is executed. In this example, the **FM** frequency band is set.

# MMI touch

## MMI touch control pad

Applies to: vehicles with MMI touch

*You can enter data using handwriting recognition on the MMI touch control pad.*



Fig. 165  Entering navigation destination using MMI touch

The MMI touch control pad is located between the control buttons ⇨ fig. 165.

## Entering letters, numbers and symbols

Applies to: vehicles with MMI touch

*The MMI touch allows you to enter data on the MMI touch control pad using handwriting recognition.*



Fig. 166  Display when MMI touch is active

---

Requirement: it must be possible to enter text or numbers and the symbol ① ⇨ fig. 166 must appear in the Infotainment system display.

– **Initial entry**: write an individual upper case or lower case letter or number/symbol on the MMI touch control pad using your finger. A symbol that is recognized clearly by the system is displayed in the Infotainment system display ① ⇨ page 161, fig. 165, confirmed with an audible signal if necessary, and transferred to the input field.
– **Entering spaces**: move your finger across the MMI touch control pad from left to right.
– **Deleting characters**: move your finger across the MMI touch control pad from right to left.
– **Selecting the input suggestion**: press the control knob.
– **Switching directly to the results list**: turn the control knob to the right
– **Opening the speller**: select the right control button > **Open speller**. Text or numbers are entered in using the speller ⇨ page 165.

## Moving the crosshairs

Applies to: vehicles with MMI touch



Fig. 167  Moving the crosshairs            ▶

---

Requirement: a map must be displayed ⇨ page 209.

– **Showing/hiding the crosshairs**: press the control knob to show the crosshairs ① ⇨ fig. 167. Or: press on the MMI touch control pad. Press the BACK button ⑦ ⇨ page 158, fig. 160 to hide the crosshairs again.
– **Moving the crosshairs on a map**: move the crosshairs shown in the desired direction using your finger on the MMI touch control pad ⇨ fig. 167.

**Moving the crosshairs quickly**: when the crosshairs are visible ① ⇨ fig. 167, slide your finger quickly across the MMI touch control pad in the desired direction ⇨ fig. 167. The crosshairs will come to a stop after several seconds.

## Moving the map

Applies to: vehicles with MMI touch



Fig. 168  Moving the map

Requirement: a map must be displayed ⇨ page 209.

– **Showing/hiding the crosshairs**: press the control knob to show the crosshairs ① ⇨ fig. 168. Press the BACK button ⑦ ⇨ page 158, fig. 160 to hide the crosshairs again.

---

– **Moving the map**: when the crosshairs are visible, pull two fingers in the desired direction across the MMI touch control pad ⇨ fig. 168.
– **Moving the map quickly**: when the crosshairs are visible, pull two fingers across the MMI touch control pad quickly in the desired direction. The map will come to a stop after several seconds.

## Zooming in/out on the map

Applies to: vehicles with MMI touch



Fig. 169  Zoom in/Zoom out

Requirement: a map must be displayed ⇨ page 209.

– **Zooming in/out on the map**: press the control knob to show the crosshairs. Touch the MMI touch control pad with two fingers and pull your fingers apart or together ⇨ fig. 169.

Press the BACK button ⑦ to hide the crosshairs ⇨ page 158, fig. 160.

## Adjusting the sound focus

Applies to: vehicles with MMI touch

Requirement: the balance/fader function must be selected ⇨ page 245.

– **Moving the crosshairs for sound focus**: move your finger in the desired direction on the MMI touch control pad.
– **Storing the crosshairs location**: press the control knob twice. Or: press the BACK button ⑦ ⇨ page 158, fig. 160.

---

8V2012772188

Multi Media Interface

Multi Media Interface

## Using the DVD main menu
Applies to: vehicles with MMI touch

Requirement: a DVD must be playing
⇨ page 230.

– **Selecting a menu item**: move your finger up/
down or left/right on the MMI touch control
pad.
– **Confirming a selection**: press the control knob.

(i) **Tips**

The volume of the voice guidance prompts for
the MMI touch* can be adjusted separately
⇨ page 246.

## Control knob with joystick function

### Operation
Applies to: vehicles with joystick function



**Fig. 170** Operating concept for the control knob with joy-
stick function

You can push the control knob up or down ①
⇨ fig. 170 or to the right or left ②.

### Opening the entertainment sliding menu
Applies to: vehicles with MMI touch

**Opening the entertainment sliding menu**: push
the control knob down to open the entertain-
ment sliding menu ③ ⇨ page 167, fig. 174.
Then you can select and confirm a function.

**Closing the entertainment sliding menu**: push
the control knob up to close the entertainment
sliding menu. **Or**: press the BACK button ⑦
⇨ page 158, fig. 160.

### Additional functions
Applies to: vehicles with joystick function

**Displaying the input field/switching to
speller input**

Push the control knob up ⇨ page 163, fig. 170 to
reach the beginning of a list in the central area or
the input field. If the input field is already open,
switch directly to the speller in the input field by
pushing the control knob up again ⇨ page 165.

**On the map**

Requirement: a map must be displayed
⇨ page 209.

– **Displaying the input field**: push the control
knob up.
– **Displaying route guidance**: when route guid-
ance is active, you can also display the route
guidance by pushing the control knob up
⇨ page 204, fig. 188.
– **Zooming in/out on the map (zoom)**: turn the
control knob to the right/left to zoom in/out on
the map.
– **Additional options on the map**: see
⇨ page 211

Applies to: vehicles without MMI touch with joystick function

– **Showing/hiding the crosshairs**: press the con-
trol knob. The crosshairs are shown on the
map. Press the BACK button to hide the cross-
hairs.
– **Moving the crosshairs**: when the crosshairs are
visible, turn the control knob in the direction
the crosshairs should move. Press the control
knob and hold it until the crosshairs are in the
desired point on the map.

**Adjusting the sound focus**
Applies to: vehicles without MMI touch with joystick function

Requirement: the balance/fader function must
be selected ⇨ page 245.

– **Moving the sound focus using the crosshairs**:
the crosshairs can be moved horizontally. Turn
the control knob to the left or to the right.
Press the control knob to move the crosshairs
vertically. Turn the control knob to the left or
to the right. Press the control knob again to
save the setting.                                  ▷

### Using the DVD main menu
Applies to: vehicles with joystick function

Requirement: a DVD must be playing
⇨ page 230.

– **Selecting a menu item**: move the control knob
with joystick function up or down or to the left
or right.
– **Confirming a selection**: press the control knob.

### Opening the selection/options menu with the control knob
Applies to: vehicles with joystick function



Applies to: MMI control panel with control knob and joy-
stick function
**Fig. 171** Opening the selection/options menu with the
control knob

Requirement: the selection menu symbol ∃ must
be displayed in the Infotainment system display
⇨ fig. 171.

**Opening/closing the selection menu**: push the
control knob to the left ⇨ fig. 171 to open the se-
lection menu. Then you can select and confirm a
function using the control knob.

Press the BACK button ⑦ ⇨ page 158, fig. 160
to return to the function one level up.

**Opening/closing the options menu**: push the
control knob to the right ⇨ fig. 171 to open the
options menu. Then you can select and confirm a
function using the control knob.

Press the BACK button ⑦ ⇨ page 158, fig. 160
to return to the function one level up.

8V2012721B8

# Letter/number speller



Fig. 172 Diagram: letter/number speller

You can enter letters, numbers and symbols in the MMI using the letter/number speller. This option is available when the input field ② is active ⇨ fig. 172.

– **Opening/closing the letter/number speller:** move the control knob up/down when the input field is active. **Or:** select the right control button > **Open speller/Close speller.**

– **Entering characters:** turn the control knob with the character selection ⑩ ⇨ fig. 172 to the desired symbol. Press the control knob to confirm the character. Your input is displayed in the input field ②. Once you have entered all of the characters, select and confirm the button ① to go to the results list. **Or:** push the control knob down.

– **Entering accented characters (such as á, ç, ñ, ö)\*:** turn the control knob with the character selection ⑩ ⇨ fig. 172 to a character. To open the selected accented characters, press and hold the control knob. Turn the control knob with the character selection ⑩ ⇨ fig. 172 to an accented character. Press the control knob to insert the accented character. To close the accented characters without selecting a character, press and hold the control knob again. **Or:** select and confirm ⑦ ⇨ fig. 172. Select and confirm an accented character.

– **Deleting characters:** turn the control knob with the selection arrow to ⑫ ⇨ fig. 172 and

press the control knob. To delete all characters in the input field, press and hold the control knob on ⑫ until all characters in the input field are deleted.

– **Entering special characters:** select and confirm ⑥ ⇨ fig. 172, ⑦ or ⑧. Select and confirm the desired special character (for example, a hyphen or period) with the number speller.

– **Input assistance:** in some cases such as in navigation\*, there is a word suggestion\* ⑪ ⇨ fig. 172 based on available entries while you are entering data. You can select this suggestion by pushing the control knob upward.

– **Results list:** in some cases, such as in the directory, the system switches automatically to the results list based on available entries ③ ⇨ fig. 172. Select and confirm a suggestion from the list.

Requirement: the input field ② ⇨ fig. 172 must be active.

– **Switching between speller and MMI touch\*:** the handwriting recognition for the MMI touch control pad\* is activated automatically. Simply start writing.

## Overview of symbols in the speller

The symbols in the letter/number speller are explained in the following table:

| | Symbol/Description | Description |
|---|---|---|
| ① | LIST or ▾ | Switches to the results list. |
| ② | Input field | Displays the current input. |
| ③ | Results list | Displays a list with suggestions based on the letters already entered. |
| ④ | ⬆ | Switches from lower case to upper case letters or from upper case to lower case letters. |
| ⑤ | ⑮ | Opens additional speller options, for example **Close speller** and **Clear input field** |
| ⑥ | I&? | Character sets and special characters |
| ⑦ | áöü | Displays accented characters (such as á, ç, ñ, ö). |
| ⑧ | 123/ABC | Switches from letter to number input or from number to letter input. |
| ⑨ | ⎵ | Adds a space in the input field. |
| ⑩ | Character selection | Highlights the selected character. |
| ⑪ | ▲ | Inserts the suggested word\* when you push the control knob up. |
| ⑫ | ⌫ | Deletes the character to the left of the cursor. |

ⓘ **Tips**

Accented characters are not available for every letter.

## Free text search

Applies to: vehicles with free text search

*Using the free text search, you can select the order that the search terms are entered in the input field.*



Fig. 173 Diagram: free text search on telephone

Free text search is available in the **Vehicle\*, Radio\*, Media\*, Telephone\*, Navigation\*** and **Audi connect\*** menus.

### Opening free text search

▸ Select: MENU button > *desired menu item* (such as **Telephone**).

▸ Keep turning the control knob to the left until the **free text search** input field ① ⇨ fig. 173 appears. **Or:** push the control knob up to open the input field ①.

The handwriting recognition for the MMI touch control pad\* is automatically activated. Simply start writing.

### Free text search for an entry

▸ Enter one or more search terms in any order into the input field. The individual search terms must be separated by spaces when entering.

An input suggestion to complete the entry\* ③ ⇨ fig. 173 is shown depending on the input. Additional entries that contain the entered search term are listed In the results list ②.

If the desired term is still not displayed, enter additional letters until it is displayed.

8V0012721B8

Multi Media Interface

It is often enough just to enter the first letters of the search term in order for it to display in the results list. For example, in the **Telephone\*** menu, write the initials of the contact being entered separated by a space.

**Selecting the input suggestion to complete the entry**

Requirement: an input suggestion to complete the entry\* ③ ⇨ fig. 173 must be displayed.

▸ **MMI touch input\***: press the control knob.

## Menus and Symbols



**Fig. 174** Diagram: menus and symbols

| | Symbol/Description | Description |
|---|---|---|
| ① | Selected text | Selected function |
| ② | TMC | TMC/online traffic information reception ⇨ page 214 |
| ③ | Entertainment sliding menu | Displays information about the media source that is currently selected or a situation (such as an incoming call). Depending on vehicle equipment, operation might also be possible using the open entertainment sliding menu (such as selecting a radio station or accepting a call) ⇨ page 163. |
| ④ | Jukebox\* importing process | Copy audio/video files to the Jukebox ⇨ page 224 |
| ⑤ | Repeat track | The track currently playing is repeated. ⇨ page 233 |
| ⑥ | Shuffle | All files on the playlist are played in random order ⇨ page 233, **Shuffle** |
| ⑦ | Arrow | Access information by pressing the control knob when the selected text is active |
| ⑧ | Telephone signal strength bars | Telephone signal strength |

**Selecting an entry from the results list**

Requirement: at least one entry be displayed in the results list ② ⇨ fig. 173.

▸ **MMI touch input\***: turn the control knob to the right. Select and confirm an entry from the list.
▸ **Speller input**: select and confirm LIST ① ⇨ page 165, fig. 172. **Or**: push the control knob down. Select and confirm an entry from the list.

Multi Media Interface

| | Symbol/Description | Description |
|---|---|---|
| ⑨ | Exclamation point on the telephone | Indicates missed calls |
| ⑩ | Data connection signal strength bars\* | Reception strength of the active data connection or **PIN:** Enter PIN (SIM) **PUK:** enter the PUK |
| ⑪ | 2G/3G/LTE\* | Network coverage for the active data connection ⇨ page 195 **2G:** GSM network **3G:** UMTS network **LTE\*:** LTE network |
| ⑫ | Mute | The audio source is muted ⇨ page 245 |
| ⑬ | Roaming | Outside the mobile network for the connected cell phone or the inserted SIM card |
| ⑭ | Importing process | Import/update the contacts in the directory or the call lists |
| ⑮ | Options menu\* | Select and confirm context-dependent functions as well as settings within a menu item |
| ⑯ | Bluetooth\* | Bluetooth device connected ⇨ page 225 or ⇨ page 177 |
| ⑰ | Scroll bars | Indicates a long list. Move within lists by turning the control knob. |
| ⑱ | Input field | Information that can be changed using the letter/number speller ⇨ page 165 or the MMI touch\* ⇨ page 161. |
| ⑲ | MMI touch\* | Operation using the MMI touch control pad is possible |
| ⑳ | Knob | Setting for the selected function by turning the control knob |
| ㉑ | Check boxes | You can switch certain functions on ☑ or off ☐ by pressing the control knob. |
| ㉒ | Selection list | Settings for the selected function that are accessed by pressing the control knob |

8V201272188

Voice recognition system

## GLOBAL COMMANDS



- Telephone
- Audi connect
- Navigation
- Directory
- Radio
- Media
- Sound
- Help
- Help Speech dialog system
- Help Telephone
- Help Audi connect
- Help Navigation
- Help Map
- Help Radio
- Help Media

- Favorites
- Call (XY)
- Enter number
- Redial
- Read new text message
- Navigate to (XY)
- Enter address/destination
- Online destinations
- Cancel route guidance
- Map
- Line (XY)
- Next page / previous page
- Cancel
- No, I meant (XY)
- Correction

## TELEPHONE

- Enter number
  - Delete number / correction
- Directory
- Call (XY)
  - business / private / land line / mobile

- Call list
- Redial
- Call mailbox
- Enter PIN / delete PIN
- Telephone favorites

## NAVIGATION

- Navigate to (XY)
- Start / cancel route guidance
- Directory
- Last destinations
- Navigation favorites
- Drive home
- Enter address
- Enter country / town / street / state
- Exclude route / Exclude route for (XY) km / m

- Block route for (XY) miles / Block the next section
- Route list
- Calculate alternative routes
- Online destinations
- Special destination

## MAP

- Map
- Day map / Night map
- 2D driving position map / 2D north position map / 3D map / Destination map / Overview map

## AUDI CONNECT

- Audi connect
- Travel information / Parking information
- Fuel prices
- Weather

- Flight information
- City events
- Online news
- Twitter

## RADIO

- Radio presets
- FM
- FM / AM / SIRIUS XM
- Station (XY) / Frequency (XY)
- Traffic announcement on / off

## MEDIA

- Jukebox
- CD / DVD
- SD card 1 / SD card 2
- Audi music interface / iPod / USB / Bluetooth / Wi-Fi / Medium (XY)
- Media favorites / Artists / Albums / Genres / tracks / Playlists / Videos
- Folder up
- Random playback on / off

Fig. 175 Command overview

8V0012721BB

169

---

switched on ⇨ page 158, there must not be any phone call in progress and the parking system must not be active.

▶ **Switching on:** press the [☐] button ②
⇨ page 15, fig. 11 or ③ ⇨ page 16, fig. 13 briefly on the multifunction steering wheel and say the desired command after the Beep.
▶ **Switching off:** press and hold the [☐] button. Or: press the [☐] button.
▶ **Pausing:** say the command Pause. To resume, press the [☐] button.
▶ **Correcting:** say the command Correction.

**Input assistance**

The system guides you through the input with visual and audio feedback.

– **Visual input assistance:** after switching on voice recognition, a display with a selection of possible commands can be switched on or off. Select: [MENU] button > **Settings** > left control button > **MMI settings** > **Speech dialog system.**
– **Audio input assistance:** to have the possible commands read, turn the voice recognition system on and say **Help.**

**For the system to understand you:**

Speak clearly and distinctly at a normal volume. Speak louder when driving faster.

Emphasize the words in the commands evenly and do not leave long pauses.

Close the doors, the windows and the sunroof* to reduce background noise. Make sure that passengers are not speaking when you are giving a voice command.

Do not direct the air vents toward the hands-free microphone, which is on the roof headliner near the front interior lights.

– Direct your full attention to driv
driver, you have complete respo
safety in traffic. Only use the fu
such a way that you always mair
plete control over your vehicle in
situations.
– Do not use the voice recognition
emergencies because your voice
in stressful situations. It may ta
dial the number or the system n
able to dial it at all. Dial the eme
number manually.

ⓘ **Tips**

– The dialog pauses when there is
ing phone call and will continue
nore the call. The dialog ends if
the call.
– There are no voice guidance* pro
a dialog is active.
– You can select an item in the lis
ther the voice recognition syster
control knob.

## Command overvie
information

Applies to: vehicles with voice recognition sy

The following overviews describe th
that can be used to operate the MM
voice recognition system.

Alternative commands are separate
for example say: **Telephone** / (or) N
(or) **Radio**.

Sequences of commands used to pe
tion are identified with a ">", for ex
**Enter address** > (then) **Enter count**

170

Voice recognition system

The majority shown are main commands. This system also recognizes synonyms in certain cases. For a **Business address**, you can also say **business, work, office** or **at the office**.

## Commands

### Global commands

Applies to: vehicles with voice recognition system

You can always use the global commands, regardless of the menu selected.

| Function | Say: |
|---|---|
| Opening a menu | Telephone / Directory / Navigation / Radio / Media / Audi connect* / Car / Tone |
| Having the possible commands read aloud | Help / Help speech dialog system / Help Telephone / Help Navigation / Help Map / Help Radio / Help Media / Help Audi connect* |
| Telephone functions | Call (XY), for example, Call "John Smith" / Enter number / Redial / Directory / Read out new text message / Read out new e-mail |
| Navigation functions* | Drive me to (XY) or Navigate to (XY), for example Navigate to "John Smith" / Enter address / Cancel route guidance / Map / Online destinations* / Online destination (XY)* |
| Accessing favorites | Favorites > follow the system prompts |
| Selecting an entry from a list | Line (XY) |
| Scrolling through a list | Next page / Previous page |
| Correcting the command given | Correction |
| Switching the voice recognition system off | Cancel |

### Telephone

Applies to: vehicles with voice recognition system and telephone

Requirement: a cell phone must be connected to the MMI ⇨ page 177 and the **Telephone** menu must be open ⇨ table on page 171.

You can say the following commands depending on the selected menu item:

| Function | Say: |
|---|---|
| Calling a contact from the directory | Call (XY), for example Call "John Smith" |
| Selecting a specific contact number | Call (XY) business / private / landline / cell phone, for example Call "John Smith" private |
| Selecting a phone number with an address card open | Call / Call work / Call private / Call landline / Call cell phone work |
| Calling a contact from your favorites list | Telephone favorites > after being prompted, say the desired contact > Dial |
| Displaying the call list | Call list |



Voice recognition system

| Function | Say: |
|---|---|
| Calling the last number dialed | Redial |
| Dialing a phone number | Enter number > after being prompted, say the telephone number in groups of individual numbers, for example. 888 555 1212 > Dial |
| Correcting the phone number that was entered | Correction / Delete number |
| Showing contact information | Directory > say the desired contact when prompted, for example John Smith |
| Listening to messages | Call voicemail |
| Entering the PIN (SIM) | Enter PIN > when prompted, say the PIN in individual numbers > Save |
| Correcting the PIN entry | Correction / Delete PIN |
| Correcting data input | No I meant (XY) |
| Closing the full-screen command list | Close |

(i) **Tips**

- Contacts in the directory can selected using the full name ("first name last name" and "last name, first name") as well as with only the first or last name. This applies to cell phones that transmit names separated into first and last names.

- Please note that commands can only be given for the primary phone* ⇨ page 177.
- For more information on supported cell phones, visit www.audiusa.com/bluetooth or contact an authorized Audi dealer or authorized Audi Service Facility.

### Audi connect (Infotainment)

Applies to: vehicles with voice recognition system and Audi connect (Infotainment)

Requirement: The requirements for Audi connect (Infotainment) must be met ⇨ page 190.

| Function | Say: |
|---|---|
| Accessing Audi connect Infotainment services | Audi connect > follow the system prompts |
| Audi connect Infotainment services | Weather / Online news / Fuel prices / Parking information / Travel information / Twitter / Online traffic information / City events / Flight information |
| Search areas for Audi connect Infotainment services | Near destination / Nearby / In a new city |
| Correcting data input | No I meant (XY) |

(i) **Tips**

Always read the chapter ⇨ page 196, Audi connect (Infotainment) general information.

BV2D12272188

Voice recognition system

## Messages (Audi connect (Infotainment))

Applies to: vehicles with voice recognition system and Audi connect (Infotainment)

**Requirement:** a cell phone with an active MAP (Message Access Profile) must be connected to the MMI ⇨ page 182.

| Function | Say: |
|---|---|
| Text editing commands | Read out / Add / Delete / Record everything again / Replace with (XY) / Add recipient / Send |
| Reading out a new message | Read out new text message / Read out new e-mail |
| Reading a message | Read out text message / Read out e-mail |
| Replying to the open text message | Reply |
| Forwarding the open text message | Forward > Add recipient / Insert template / Send |
| Correcting data input | No I meant (XY) |

 **Tips**

– For more information on supported cell phones, visit www.audiusa.com/bluetooth or contact an authorized Audi dealer or authorized Audi Service Facility.

– Always read the chapter ⇨ page 196, Audi connect (Infotainment) general information.

## Navigation

Applies to: vehicles with voice recognition system and navigation system

**Requirement:** the Navigation menu must be open ⇨ table on page 171.

You can say the following commands for entering a destination depending on the selected menu item:

| Function | Say: |
|---|---|
| Opening the list of previous navigation destinations | Last destinations |
| Accessing favorites | Navigation favorites |
| Selecting the home address | Home address or Drive home |
| Entering an address with guidance from the system | Enter address > follow the system prompts |
| Individual commands for entering a destination | Enter country/state / Enter city / Enter ZIP code / Enter street / Enter house number |
| Making a correction while entering a destination | Correction |
| Navigating to a contact | Drive me to (XY) or Navigate to contact, for example Drive me to "John Smith" |
| Navigating to a specific address for a contact | Navigate to contact (XY) business / private, for example "Navigate to "John Smith" private" |
| Navigating to favorites | Navigation favorites > Line (XY) / Line contents > Start route guidance when prompted |

▶

---

Voice recognition system

| Function | Say: |
|---|---|
| Starting route guidance with an address card open | Navigate / Navigate to private address / Navigate to business address |
| Entering a new destination/stopover when route guidance is active | Enter address > enter the desired address when prompted > confirm the new destination/stopover if prompted |
| Starting route guidance after entering a destination | Start route guidance |
| Canceling current route guidance | Cancel route guidance |
| Calculating alternative routes | Calculate alternative routes |
| Entering a point of interest by selecting a search area with guidance from the system | Point of interest > Change search area > category or subcategory when prompted, for example "restaurant" |
| Destination input categories | Audi Service / Train station / Airport / Hotel / Hospital / Parking / Rest area / Restaurant / Gas station etc. |
| Search areas for entering points of interest | Nearby / Along the route / Near destination / Near stopover / In new city / In a new state/country |
| Entering an online destination* | Online destination (XY), for example "Online destination "Lakeview Hotel"" |
| Correcting data input | No I meant (XY) |
| Closing the full-screen command list | Close |

**Requirement:** you must be in the Navigation or Map menu. You can say the following commands for more settings in Navigation:

| Function | Say: |
|---|---|
| General map options | Map / Day map / Night map / Automatically change map color |
| Map type | 2D heading up map / 2D north up map / 3D map / Destination map / Overview map / Standard map* / Google Earth map* |
| Showing the route list | Route list |
| Showing the remaining distance/time when route guidance is active | Destination information |
| Speed limit prompt | How fast can I drive here? |
| Setting voice guidance for active route guidance | Voice guidance on | Voice guidance off | Voice guidance shortened | Voice guidance complete | Voice guidance traffic |
| Blocking a certain section on the route | Block route for (XY) meters/kilometers/yards/miles / Block next route / Avoid next section of route |

**Tips**

– Destinations may have to be spelled when entered, depending on which region you are in and which menu language you have selected.

– Always read the chapter ⇨ page 196, Audi connect (Infotainment) general information.

Voice recognition system

### Radio

Applies to: vehicles with voice recognition system

Requirement: the **Radio** must already be open.

You can say the following commands depending on the selected frequency band:

| Function | Say: |
|---|---|
| Selecting the frequency band | FM* / SiriusXM* / FM / AM |
| Selecting a station from the station list | Channel (XY) / Frequency (XY) |
| Selecting a station from favorites/presets | Radio presets > Line (XY) |
| Setting the frequency | Frequency (XY) / Frequency (XY) HD 1 |
| Correcting data input | No I meant (XY) |
| Closing the full-screen command list | Close |

### Media

Applies to: vehicles with voice recognition system

Requirement: you must be in the **Media** menu.

You can say the following commands depending on the active media:

| Function | Say: |
|---|---|
| Selecting a source directly | Jukebox* / CD / DVD / SD card 1 / SD card 2 / Audi music interface* / iPhone* / USB* / Bluetooth* / Wi-Fi* / Medium (XY), for example "John's player" |
| Selecting audio/video* files in the Jukebox* | Media favorites / Artists / Albums / Genres / Tracks / Playlists / Videos |
| Selecting audio files on an iPod (source: Audi music interface*) | Artists / Albums / Genres / Tracks / Playlists / Composers / Podcasts / Audio books |
| Navigating within a folder structure/list | Folder up / Line (XY) |
| Selecting shuffle | Shuffle on / Shuffle off |
| Correcting data input | No I meant (XY) |
| Closing the full-screen command list | Close |

## External voice operation

Applies to: vehicles with voice recognition system and external voice operation

Requirement:

The ignition and the MMI must be switched on.

No phone call is in progress.

The parking aid as well as the Audi voice recognition system must not be active.

A cell phone must be connected to the MMI with the Handsfree profile ⇨ page 177.

The cell phone being connected must have voice control that can be controlled externally.

▶ **Switching on:** press and *hold* the button on the multifunction steering wheel* and say the ▶

175

---

Voice recognition system

desired command after the external speech dialog begins.

▶ **Continuing/resuming the dialog:** the system remains ready to use for a short time after ending the dialog. You can start a new external dialog during this time. Press the button if needed, and say a new command. Or: select and confirm **Resume** on the MMI control panel.

▶ **Switching off:** press and hold the button. Or: select and confirm **Cancel** on the MMI control panel.

### ⓘ Tips

– There are no voice guidance* prompts when a dialog is active.
– This function depends on the cell phone used. You can obtain more information from your cell phone service provider or from your cell phone user guide.
– AUDI AG simply provides access to control your cell phone with voice operation and does not take any responsibility for the contents and commands within the external voice control.

176

8V0127218B

Telephone

# Telephone

## Introduction

Applies to: vehicles with telephone

*To make phone calls in your vehicle using the MMI, connect your cell phone to the MMI via Bluetooth.*

### Handsfree

After you have connected your cell phone to the MMI via Bluetooth, you can use the handsfree system and operate telephone functions through your MMI. You can make calls using the antenna on your cell phone.

> ⚠️ **WARNING**
>
> – Medical experts warn that cell phones can interfere with the function of pacemakers. Always maintain a minimum distance of 20 centimeters between the cell phone antenna and the pacemaker.
> – Do not carry the cell phone in a pocket directly over the pacemaker when the phone is switched on.
> – Switch the cell phone off immediately if you suspect it may be interfering with the pacemaker.
> – Do not use the voice recognition system[4] ⇨ page 170 in emergencies because your voice may change in stressful situations. It may take longer to dial the number or the system may not be able to dial it at all. Dial the emergency number manually.
> – Switch your cell phone off in areas where there is a risk of an explosion. These locations are not always clearly marked. This may include gas stations, fuel and chemical storage facilities or transport vehicles, or locations where fuel vapors (such as propane or gasoline vapor in vehicles or buildings), chemicals or large quantities of dust particles (such as flour, sawdust or metal) may be present in the air. This also applies to all other locations where you would normally turn your vehicle engine off.
> – The demands of traffic require your full attention. Always read the chapter ⇨ page 158, Traffic safety information.

> ℹ️ **Note**
>
> Always follow the information found in ⇨ ① in Wi-Fi hotspot on page 195.

> ℹ️ **Tips**
>
> – The Bluetooth connection range is limited to inside the vehicle. It can also be affected by local conditions and interference with other devices.
> – To learn which Bluetooth connections and which of the functions in your cell phone are supported, check with your cell phone service provider or the database for mobile devices at www.audiusa.com/bluetooth.

## Setup

### Connecting a cell phone using Bluetooth

Applies to: vehicles with telephone



Fig. 176  Displaying the PIN for entering in the cell phone

### Requirement

The vehicle must be stationary and the ignition must be switched on.

The Bluetooth function and visibility of the MMI ⇨ page 244 and cell phone must be switched on.

The cell phone to be connected must not be connected to any other Bluetooth device.

The MMI must not be connected to a cell phone.

### Connecting a cell phone

▶ Select: [MENU] button > Telephone > Connect mobile device > Find new devices > Next. The available Bluetooth devices are shown in the Infotainment system display. Or select: [MENU] button > Settings > left control button > MMI settings > Connection manager ⇨ page 242.  ▶

177

Telephone

▶ Select and confirm the desired cell phone from the list of displayed Bluetooth devices.
▶ The MMI generates a PIN for the connection setup ⇨ fig. 176.
▶ Select and confirm Yes.
▶ Enter the PIN for connecting on your cell phone. Or: when the PIN is displayed on your cell phone, confirm the PIN on your cell phone and in the MMI. The time allowed for entering the PIN is limited to approximately 30 seconds.
▶ Pay attention to any additional system prompts displayed on your cell phone, for example if the system should connect automatically in the future. Depending on the cell phone, you may have to confirm downloading the directory separately.

### After connecting successfully

After connecting successfully, a short message with information about the connected profiles will appear. You can also change profiles later. Select: [MENU] button > Settings > left control button > MMI settings > Connection manager ⇨ page 242.

In addition, the cell phone contacts are automatically loaded in the MMI directory. This process can take several minutes, depending on the number of contacts.

You can also make your connected cell phone the default phone by selecting Set as default telephone in the Connection manager ⇨ page 244.

> ℹ️ **Note**
>
> Always follow the information found in ⇨ ① in Wi-Fi hotspot on page 195.

> ℹ️ **Tips**
>
> – Making phone calls through the MMI is only possible using the Handsfree Bluetooth profile.
> – You can apply additional settings to connected mobile devices using the Connection manager ⇨ page 242.
> – You can also search for the cell phone in your cell phone using the Bluetooth device search.
> – You only have to pair your device one time. Bluetooth devices that are already paired

automatically connect to the MMI when the Bluetooth function is switched on, they are within range and the ignition is switched on. The last connected cell phone is given first priority.

– Authorizing the MMI connection in your cell phone will make automatic connection possible.
– Pay attention to any system prompts displayed on your cell phone, for example if the system should connect automatically in the future. Depending on the cell phone, you may also need to download the directory and confirm access to your text messages separately.
– When leaving the vehicle, the Bluetooth connection to the cell phone will automatically disconnect. Depending on your cell phone, phone calls in progress may be automatically redirected from the MMI to your cell phone and you can continue the call on your phone.
– You can obtain more information from your cell phone service provider or from your cell phone user guide. For information on using the telephone, visit www.audiusa.com/bluetooth or contact an authorized Audi dealer or authorized Audi Service Facility.

### Operating two telephones through the MMI

*You can connect two cell phones to the MMI, for example your business cell phone as the primary phone and your private cell phone as the secondary phone. You can be reached in your vehicle through both cell phones.*

The first connected cell phone is displayed as the primary phone in the MMI. The second cell phone is connected as the secondary phone.

The directory from the connected primary phone will always be displayed. If you would like to use the directory from the secondary phone, you must switch the primary and secondary phone ⇨ page 179.  ▶

178

Telephone

## Connecting a cell phone as the primary phone

Connect your cell phone to the MMI via Bluetooth. The first connected cell phone is displayed as the **Primary phone** in the MMI.

Refer to ⇨ page 177, Connecting a cell phone using Bluetooth.

## Connecting a cell phone as the secondary phone

Requirement: a cell phone must be connected to the MMI as the primary phone.

Select: MENU button > **Telephone** > right control button > **Connect secondary telephone**.

Refer to ⇨ page 177, Connecting a cell phone using Bluetooth.

Example: you have connected your business cell phone to the MMI as the primary phone and your private cell phone as the secondary phone. To be able to call contacts from your private cell phone directory, you must switch the primary and secondary phone, since the directory from the primary phone is always displayed.

## Switching the primary and secondary phone

Requirement: a primary phone and a secondary phone must be connected.

**Switch primary and second. phone:** select: MENU button > **Telephone** > right control button > **Switch primary and second. phone**.

> ⓘ **Tips**
> – Please note that only the directory from the primary phone is always displayed.
> – You can see if a cell phone is connected as the primary phone or secondary phone in the **Connection manager** ⇨ page 242. Or: the device name of the connected primary phone is shown in the **Telephone** menu (such as MyPhone).
> – If the primary phone does not connect automatically to the MMI when the ignition is switched on, for example because it is out of the vehicle range or the Bluetooth function is switched off, then a previously paired

secondary phone is automatically connected as the primary phone.

– You can send and receive messages on your primary phone as well as on your secondary phone ⇨ page 179, fig. 177. You do not need to switch your primary phone and secondary phone for this.
– You can also make your connected cell phone the default phone by selecting **Set as default telephone** in the **Connection manager** ⇨ page 244.

# Using the telephone

**Opening the telephone**
Applies to: vehicles with telephone



Fig. 177  Telephone functions in selection menu



Fig. 178  Advanced selection menu in the telephone

Requirement: a cell phone must be connected to the MMI ⇨ page 177.

▸ Select: MENU button > **Telephone** > left control button.

The following phone functions are available ⇨ fig. 177/⇨ fig. 178:

① Call list .......................... 180
② Presets .......................... 182
③ Directory ........................ 185
④ Enter number .................. 180
⑤ Text message (MyPhone)*/Text message (secondary phone)* .... 182 ▶

Telephone

⑥ E-mail (MyPhone)*/E-mail (secondary phone)* ................ 184

The device name for your cell phone is displayed in the **Telephone** menu, for example text message (MyPhone) ⇨ fig. 178.

**Dialing a phone number**
Applies to: vehicles with telephone



Fig. 179  Number speller



Fig. 180  Dialing a phone number from the call list

▸ Select: MENU button > **Telephone** > left control button.

## Call list

Requirement: the call list must contain a phone number.

Turn the control knob to display the call list.

Select and confirm the desired telephone number from the recent calls list.

Call list symbols ⇨ fig. 180:
① Missed calls
② Dialed numbers
③ Accepted calls

Select: *a contact from the list* > right control button.

– **Call:** call the selected contact.
– **Connect secondary telephone**/**Switch primary and second. phone***: see ⇨ page 179.

– **Edit phone number before calling:** edit a phone number before dialing it. Select and confirm OK to edit. Or: press the left control button to return without editing.
– **Send text message:** write a text message to the selected contact.
– **Delete call list:** select and confirm if you would like to **Delete this entry** or **Delete all entries.**
– **Store as favorite:** store the selected contact as a favorite.
– **Show contact details:** see ⇨ page 186.
– **Connection manager:** see ⇨ page 242.
– **Bluetooth settings:** see ⇨ page 244.
– **Online settings:** see ⇨ page 244.
– **Wi-Fi settings:** see ⇨ page 195, Wi-Fi hotspot.
– **Telephone settings:** see ⇨ page 187.

## Favorites

Requirement: a phone number or contact must be stored as a favorite ⇨ page 182.

Select and confirm a favorite in the favorites list.

## Directory

Requirement: you must have at least one contact stored in your cell phone.

Select and confirm a phone number from the directory ⇨ page 185.

## Enter number

– **Entering a phone number as a sequence of numbers:** enter the number using the number speller ⇨ fig. 179.
– **Entering the phone number as a sequence of letters:** select and confirm ABC above the number speller. Enter a sequence of letters using the letter speller, for example AUDISERVICE.
– **Dialing a phone number:** select and confirm 📞. Or: push the control knob down. Select and confirm OK.
– **Deleting individual characters:** select and confirm ⌫.
– **Deleting all characters entered at once:** turn the control knob with the character selection to ⌫ and press and hold the control knob. Or: select the right control button > **Clear input field.**

8V0012721BB

Telephone

## Accepting/ending a call
Applies to: vehicles with telephone

– **Accepting a call:** select and confirm Answer.
– **Declining a call:** select and confirm Decline.
– **Muting the active call:** select and confirm Mute.
– **Ending a phone call/cancel dialing:** select and confirm End call.

Caller information: the *name, phone number* or **Unknown** appears in the Infotainment system display depending on if the caller has been stored in the directory and if the phone number has been transmitted. A picture may also be displayed, depending on whether you have assigned a picture to a contact in your directory and if it was transferred to your MMI. You can find out if your cell phone supports this function from your cell phone network provider, your cell phone owner's manual or at www.audiusa.com/bluetooth.

(i) **Tips**
– The radio or media playback is muted during a phone call.
– Missed calls are displayed with a symbol in the status line of the Infotainment system display ⑨ ⇨ page 167, fig. 174.

## During a phone call
Applies to: vehicles with telephone

Requirement: there must be a call in progress.
▸ **End call:** you can end a phone call.
▸ **Send tone sequence:** you can enter tone sequences (DTMF) directly using the number speller and send to the other person on the call.
▸ **Other call options:** press the right control button.

The following options are possible during a call depending on the cell phone being used and the type of connection:

– Answering an additional call: if there is an incoming call while another call is active, you can select Answer to put the existing call on hold

and answer the incoming call. If you select **Decline**, the incoming call will be declined.
– Accepting an incoming call when there is an active call and a call on hold: select **Replace**. The active call is replaced with the incoming call.
– Muting the incoming call: select and confirm **Mute**.
– **Additional call:** select: **Find contact** > **Call list/Directory/Favorites** > *an entry from the list.*

Mute: if you select and confirm this function, the other person on the phone cannot hear you. You can hear the other person. To turn the microphone back on, select and confirm **Unmute**.

Hold call/Resume held call: you can place the existing call on hold and resume it again. To resume the call, select and confirm the call you would like to resume.

Transfer call to mobile device*: select and confirm **Transfer call to mobile device** to transfer the existing call from the MMI to your cell phone.

Switch to hands-free mode*: Requirement: you must have a phone call in progress on your cell phone. Select and confirm **Switch to hands-free mode** to transfer the call from your cell phone back to the MMI.

Swap call: alternate between two phone calls while one of the calls is on hold. Selecting **End call** will end the active phone call. A phone call on hold can be resumed using the right control button > **Resume.**

Connection manager: see ⇨ page 242.

Telephone settings: see ⇨ page 187.

(i) **Tips**
– To be notified of an incoming call during a phone call, the *call waiting* function in your cell phone must be switched on when using the Handsfree profile.
– You can obtain more information from your cell phone service provider or from your cell phone user guide.
– When leaving the vehicle, the Bluetooth connection to the cell phone will automatically disconnect. Depending on your cell phone, phone calls in progress may be ▸

automatically redirected from the MMI to your cell phone and you can continue the call on your phone.
– The display of an incoming phone call in the Infotainment system display may still be visible for a few seconds after a call is answered/ignored depending on the cell phone in use.

## Making an emergency call
Applies to: vehicles with telephone

▸ Select: MENU button > **Telephone** > left control button > **Enter number** > Enter emergency call number (for example, 911) > **OK.**

⚠ **WARNING**
– Because your phone works with radio signals, a connection cannot be guaranteed under all circumstances. Do not rely on only your phone when it comes to essential communication (such as a medical emergency).
– Always follow the instructions given by the emergency personnel during an emergency call and only end the call when they instruct you to do so.

(i) **Tips**
Emergency numbers are not the same everywhere. Find out which emergency number is used in your current location.

## Favorites
Applies to: vehicles with telephone

*Up to 50 contacts, in addition to the voicemail number, can be stored in any order in the favorites list.*

▸ Select: MENU button > **Telephone** > left control button.

**Storing an existing phone number as a favorite:**
– Select and confirm **Call list/Directory.**
– Select a contact or phone number from the list.
– Select: right control button > **Store as favorite.**
– Enter a name for the favorite or select a suggestion.

– Select and confirm **Save.**

**Renaming stored favorites**
– Select: **Favorites** > *a favorite from the list.*
– Select the right control button > **Rename favorite.**

**Moving stored favorites**
– Select: **Favorites** > *a favorite from the list.*
– Select the right control button > **Move favorite.**
– Select and confirm the location of the selected preset.

**Deleting a stored favorite**
– Select: **Favorites** > *a favorite from the list.*
– Select the right control button > **Delete favorite** > **Delete this favorite** or **Delete all favorites.**

# Messages
## Text messages
Applies to: cells phones with Bluetooth Message Access Profile (MAP)

*Depending on the cell phone being used and the cell phone network contract, you can receive and send text messages using the MMI.*

**Requirement**
A cell phone must be connected to the MMI via Bluetooth MAP (Message Access Profile) ⇨ page 177.

▸ Select: MENU button > **Telephone** > left control button > **Text message (MyPhone)/Text message (secondary phone)*.**

**Write new text message**
Select and confirm **Write new text message.**

– **Using a template:** select and confirm the desired template from the list.
– **Writing your own text*:** select and confirm **Do not use template.** Enter text using the MMI touch control pad* or the letter speller.
– Enter one or more recipients.
– Select and confirm **Send.**  ▸


8V0012272188

Telephone

**Inbox**

Displays all received text messages.

**Sent**

Displays all sent text messages.

**Outbox**

Displays all text messages to be sent.

**Drafts**

Displays all text messages that have not yet been sent and stored text messages.

 **Tips**

– Please note that you may have to activate the receiving and sending of text messages in your cell phone depending on the SIM card being used (for example, when using a Multi-SIM). You can obtain more information from your cell phone service provider or from your cell phone user guide.
– For more information on supported cell phones, visit www.audiusa.com/bluetooth or contact an authorized Audi dealer or authorized Audi Service Facility.
– You need a cell phone with Message Access Profile that also supports the sending function to be able to send text messages through the MMI.

**Message options**

Applies to: cell phones with Bluetooth Message Access Profile (MAP)

▸ Select: TEL button > left control button > text message (MyPhone)/text message (secondary phone)* > Inbox/Sent/Outbox > right control button.

The following options may be available depending on the selected menu.

**Storing a text message as a template**

Ten text message templates are stored in the MMI. You can save up to ten additional templates.

– Create a text message.
– Select and confirm **Store as template**.

**Resume last text message**

The last edited text message can be resumed.

**Reply***

A reply can be sent for the selected message in the Inbox.

**Forward**

The selected text message can be forwarded to a different recipient.

**Send again***

The selected text message can be resent.

**Delete this text message***

The selected text message can be deleted.

**Read out**[1]

You can have the MMI read an open text message.

**Text messaging settings***

To display when a new text message is received, activate the **Text message notifications**. New text messages are indicated with an envelope ✉ in the Infotainment system display status line.

**Connection manager**

Refer to ⇨ page 242.

**Wi-Fi settings**

Refer to ⇨ page 195.

**Telephone settings**

Refer to ⇨ page 187.

 **Tips**

Messages that are deleted in the MMI are also deleted in the cell phone automatically.

Telephone

**E-mail***

Applies to: cell phones with Bluetooth Message Access Profile (MAP)

*Depending on the type of cell phone being used, you can receive and send e-mails through the MMI.*

Requirement: a cell phone must be connected to the MMI via Bluetooth MAP (Message Access Profile) ⇨ page 177. You can find out in your cell phone owner's manual if your cell phone supports this function.

▸ Select: MENU button > **Telephone** > left control button > **E-mail (MyPhone)/E-mail (secondary phone)***.

**Write new e-mail**

Select and confirm **Write new e-mail**.

– **Using a template:** select and confirm *the desired template from the list.*
– **Writing your own text***: select and confirm **Do not use template.** Enter text using the MMI touch control pad* or the letter speller.
– Enter one or more recipients.
– Select and confirm **Send**.

**Inbox**

All received e-mails are displayed.

**Sent**

All sent e-mails are displayed.

**Outbox**

All e-mails that will be sent are displayed.

**Drafts**

All saved e-mails that have not been sent yet are displayed.

 **Note**

Always follow the information found in ⇨ ① in Wi-Fi hotspot on page 195.

 **Tips**

– For more information on supported cell phones, visit www.audiusa.com/bluetooth

or contact an authorized Audi dealer or authorized Audi Service Facility.
– To ensure that your sent e-mails are received, connect your cell phone to the Wi-Fi hotspot* in the vehicle so that the e-mail app on your cell phone continues to have Internet access. If you are still not receiving e-mails even though you have a successful connection, then contact your e-mail service provider or your cell phone service provider.

**Message options**

Applies to: cell phones with Bluetooth Message Access Profile (MAP)

▸ Select: MENU button > **Telephone** > left control button > **E-mail (MyPhone)/E-mail (secondary phone)*** > Inbox/Sent/Outbox > right control button.

The following options may be available depending on the selected menu.

**Store as template**

Ten e-mail templates are stored in the MMI. You can save up to ten additional templates.

– Create an e-mail.
– Select and confirm **Store as template**.

**Resume last edited e-mail**

The last e-mail in progress can be resumed.

**Reply***

A reply can be sent for the selected e-mail in the Inbox.

**Reply to all***

A reply can be sent for the selected e-mail in the Inbox and it will be sent to all of the entered recipients.

**Forward**

The selected e-mail can be forwarded to a different recipient.

**Delete this message***

The selected e-mail can be deleted.                                  ▸

## Read out[1]

You can have the MMI read an open e-mail.

### E-mail settings*

To display when a new e-mail is received, activate the **E-mail notifications**. New e-mails are indicated with an envelope ✉ in the Infotainment system display status line.

### Connection manager

Refer to ⇨ page 242.

### Wi-Fi settings

Refer to ⇨ page 195.

### Telephone settings

Refer to ⇨ page 187.

 **Tips**

– Messages that are deleted in the MMI are also automatically deleted in the connected cell phone.
– You cannot read any messages while driving.

## Listening to voicemail

Applies to: vehicles with telephone

▶ Select: MENU button > **Telephone** > left control button. Select and confirm **Call list/Directory/Favorites** > **Voicemail**.

– **Entering the voicemail number**: enter the desired number. Select and confirm **OK**.
– **Dialing the voicemail number**: select and confirm **Voicemail**.

 **Tips**

– This service must be set up and activated in advance by the cell phone service provider. You can obtain more information from your cell phone service provider.
– The voicemail number depends on the cell phone service provider.

[1] Not available in all languages.

## Directory

**Opening the directory**

Applies to: vehicles with telephone

After connecting the cell phone, the contacts in it are automatically imported into the MMI.



Fig. 181 Directory

Requirement: you must have at least one contact stored in your cell phone.

▶ Select: MENU button > **Telephone** > left control button > **Directory**.

– **Calling a contact**: select and confirm a contact from the directory. The phone numbers for the selected contact are displayed. To make the call, select and confirm a phone number.
– **Free text search for a contact**: see ⇨ page 166.

Contacts are displayed in alphabetical order and can be sorted by first or last name ⇨ page 188, **Sort order**.

The directory can be opened through the **Telephone** menu as well as through the **Navigation*** menu.

 **Tips**

– Additional information on free text searches can be found under ⇨ page 166.
– Check for a possible request to synchronize on your cell phone. Requests to synchronize the directory must be confirmed so that your cell phone contacts can be loaded into the MMI.
– The contact display in the MMI depends on the cell phone used. For more information on supported cell phones, visit **www.audiusa.com/bluetooth** or contact an ▶

authorized Audi dealer or authorized Audi Service Facility.
– The directory from the cell phone that is actively connected will always be displayed.
– The contacts from the cell phone may not be transferred in alphabetical order. If there are too many entries, contacts with different first letters may be missing in the MMI.
– The contacts in the local MMI memory are always visible and can be accessed by other users.

**Free text search for a contact**

Applies to: vehicles with telephone

▶ Select: MENU button > **Telephone** > left control button > **Directory**.
▶ To limit the search, enter the initials of the contact being searched with each initial separated by a space in the input field. Enter additional letters if necessary.
▶ Select and confirm a contact from the directory. The phone numbers for the selected contact are displayed.
▶ To make the call, select and confirm a phone number.

 **Tips**

– You can scroll through long lists quickly by turning the control knob quickly. The scrolling speed depends on the number of list entries.
– Additional information on free text searches can be found under ⇨ page 166.

**Showing contact details***

Applies to: vehicles with telephone

You can show contact details depending on the vehicle equipment.



Fig. 182 Showing contact details

▶ Select: MENU button > **Telephone** > left control button.
▶ Select and confirm **Directory** > a contact from the directory.
▶ Select: right control button > **Show contact details**.

– **Calling**: select and confirm the desired telephone number.
– **Navigating**: to start navigation, select and confirm the desired address. Select and confirm **Start route guidance**.

Press the right control button to open additional options for the contact details.

### Add destination

To start navigation, select and confirm the desired address. Select and confirm **Start route guidance**.

### Store as favorite

Refer to ⇨ page 182, Favorites.

### Send text message*

You can send a text message ⇨ page 182 to the selected contact.

### Delete contact

The selected contact can be deleted.

 **Tips**

– Contacts edited in the MMI directory cannot be automatically updated in the connected ▶

Telephone

- cell phone. Audi recommends editing cell phone contacts directly in the cell phone.
- Only the contacts in the local MMI memory can be edited or deleted.

### Importing and exporting contacts

Applies to: vehicles with telephone

*Contacts in vCard format (.vcf) can be imported into the directory or exported.*

Requirement: an SD card must be inserted in one of the SD card readers* ⇨ page 223, a USB storage device must be connected to the Audi music interface* ⇨ page 228, or the requirements for Audi connect Infotainment services* must be met ⇨ page 190.

▸ Select: MENU button > Telephone > left control button > Directory.
▸ Select: right control button > Directory settings.

- **Importing contacts from a storage device:** select and confirm **Import contacts > SD card 1/SD card 2** or **USB device 1/USB device 2** > *desired contacts* > **Start import**.
- **Exporting contacts to a storage device:** select and confirm **Export contacts > SD card 1/SD card 2** or **USB device 1/USB device 2** > *desired contacts* > **Start export**.
- **Selecting all contacts at once to import/export:** select and confirm **Import contacts/Export contacts > SD card 1/SD card 2** or **USB device 1/USB device 2 > All > Start import/Start export**.

### ⓘ Tips

- Always read the chapter ⇨ page 196, *Audi connect (Infotainment) general information*.
- For additional information on the myAudi account, visit www.audiusa.com/myaudi.
- The imported contacts are stored in the local memory of the directory.

- A maximum of 1,000 contacts can be imported. You can check the directory memory capacity at any time ⇨ page 188.
- Never save important data on memory cards or USB storage devices. Audi is not responsible for damaged or lost files and media.
- Contacts that were downloaded from a cell phone cannot be exported.
- There should be no other files or folders on the storage medium containing the contacts to be imported.

## Additional settings

### Telephone settings

Applies to: vehicles with telephone

▸ Select: MENU button > Telephone > right control button > Telephone settings.

**Call options***

**Call forwarding:** you can switch the forwarding of incoming calls to your voicemail or to another phone number on and off. You can check if the function is activated or deactivated with **Check status**.

**Call waiting:** you are alerted to an incoming call during a phone call when the function is switched on ☑. You can check if the function is activated or deactivated with **Check status**.

**Send own telephone number:** sending your phone number with an outgoing call can be activated and deactivated. With the **Network-dependent** setting, the setting listed in the contract with the cell phone service provider is used. The settings only apply to the **Telephone** menu in the MMI. Please note that the settings on your cell phone will apply after disconnecting the Bluetooth connection. You can check if the function is activated or deactivated with **Check status**.

**Ringtone and volume settings[1]**

Using the **Mute telephone** function, you can switch the ringtone playback through the MMI speaker on and off. You can play the ringtones  ▸

[1] Depends on the connected cell phone.

187

Telephone

using the **Ringtone** function. Select and confirm an entry from the list. For the **Ringtone volume/Message volume** settings, see ⇨ page 246. The **Microphone input level** can be adjusted during a phone call using the control knob.

### ⓘ Tips

- Several cell phones can be paired to the MMI, but only two cell phones can be actively connected.
- To delete all paired Bluetooth devices, the **Bluetooth** function can be reset to the factory default settings ⇨ page 242.

### Additional options

▸ Select: MENU button > **Telephone** > right control button.

**Connection manager**

Refer to ⇨ page 242.

**Bluetooth settings***

Refer to ⇨ page 244.

**Online settings***

Refer to ⇨ page 244.

**Wi-Fi settings***

Refer to ⇨ page 195, *Wi-Fi hotspot*.

### Directory settings

Applies to: vehicles with telephone

▸ Select: MENU button > **Telephone** > left control button > **Directory** > right control button > **Directory settings**.

**Memory capacity**

Shows the **Memory capacity** for the directory.

You can manage up to 17,000 contacts with the directory. You can load up to 4,000 contacts from your cell phone into each directory. You can also import up to 1,000 contacts from a storage device.

**Sort order**

You can sort the contacts in your directory alphabetically according to **Last name** or **First name**.

**Import contacts/Export contacts**

Refer to ⇨ page 187.

**Download directory**

To update the contacts in the MMI, you can manually download your cell phone contacts. Depending on the cell phone, the Bluetooth connection may need to be disconnected and reconnected to update the contacts.

**Hide contacts without phone number**

When this function is switched on ☑, contacts that do not have any numbers assigned to them will be grayed out in the directory.

188

Telephone

## Troubleshooting

Applies to: vehicles with telephone

| Problem | Solution |
|---|---|
| **Pairing** the cell phone to the MMI failed. | Check if the requirements for pairing a cell phone have been met ⇨ page 177. **Or:** check if you accidentally declined the pairing setup PIN on your cell phone. If necessary, repeat the pairing process ⇨ page 177. |
| After pairing, **not all contacts/no contacts** are loaded in the MMI. | Avoid using special characters in names. Avoid using contact groups on your cell phone. |
| Certain **telephone functions** are grayed out or not available. | The telephone functions depend on the cell phone service provider and the cell phone you are using. You can obtain more information from your cell phone service provider, in your cell phone user guide or in the database for mobile devices at **www.audiusa.com/bluetooth**. |
| Some **telephone functions** are switched off or not available, even though the cell phone is supported. | On corporate phones, some Bluetooth settings may not be compatible or the cell phone Bluetooth function may be deactivated. You can obtain more information from your system administrator. |

Audi connect (Infotainment)

# Audi connect (Infotainment)

## Introduction

Applies to: vehicles with Audi connect (Infotainment)

With Audi connect Infotainment services, online information is transmitted directly to the vehicle and then integrated.

> ⚠ **WARNING**
>
> To reduce the risk of an accident, only use Audi connect Infotainment services when road and traffic conditions permit. Always read and follow the notes in ⇨ page 158, *Traffic safety information*.

## Setup

### Requirements for Audi connect (Infotainment)
Applies to: vehicles with Audi connect (Infotainment)

The data connection for Audi connect Infotainment services is made through an embedded SIM card (eSIM card) that is equipped in the vehicle.

The following requirements must be met to use the embedded SIM card:

– You have already registered at **www.audiusa.com/myaudi** and assigned a vehicle.
– You have also already logged in to your myAudi account under **Audi connect plan** for the embedded SIM card and accepted the terms of use given there. For additional information, contact an authorized Audi dealer or authorized Audi Service Facility.

Then your Audi connect Infotainment services are activated and can be used in your vehicle.

> ⓘ **Tips**
>
> – After the free subscription has ended or the data volume has been used up, data packets can be purchased for the use of Audi connect Infotainment services. You can find additional information about fees and purchasing at **www.audiusa.com/myaudi**.

– Read this chapter before operating ⇨ page 196, *Audi connect (Infotainment) general information*.

## Configuration through myAudi

### Audi connect (Infotainment) configuration
Applies to: vehicles with Audi connect (Infotainment)

Some Audi connect Infotainment services must be configured through your personal myAudi account before using them for the first time.

– If you do not have your own myAudi account, register online at **www.audiusa.com/myaudi**.
– Add your vehicle to your myAudi account.
– Activate/configure the Audi connect (Infotainment) services you would like for your vehicle in your myAudi account.
– For some Audi connect Infotainment services, you may also have to enter your myAudi user data or your myAudi PIN when accessing services in the MMI to connect your vehicle to myAudi.

For more information on configuration, go to **www.audiusa.com/myaudi**.

### Logging into myAudi in the vehicle
Applies to: vehicles with Audi connect (Infotainment)

*To use some Audi connect Infotainment services (such as Twitter\*), you must first connect your vehicle to myAudi to transfer your personal settings from your myAudi account.*



**Fig. 183** Logging into myAudi

▶ Select:  button > **Audi connect** > right control button > **Log in**.
▶ Enter your myAudi user data. Or: enter your eight-digit myAudi PIN.                    ▶

189                 190

8V0127218B

Audi connect (Infotainment)

▸ Confirm your entry with **OK**.

Then you can open your personal settings from your myAudi account in your vehicle.

 **Tips**

You can receive your myAudi PIN if you have set up a myAudi account. For additional information, see **my.audiusa.com**.

## Opening Audi connect (Infotainment)

Applies to: vehicles with Audi connect (Infotainment)



**Fig. 184** Audi connect (Infotainment) home page

▸ Select: the MENU button > **Audi connect**.
▸ If necessary, confirm the note displayed with **Accept**.

A list of all of the available Audi connect Infotainment services is shown in the Infotainment system display ⇨ fig. 184.

You can also filter the Audi connect Infotainment services by category:

▸ Select: MENU button > **Audi connect** > left control button > for example, **Navigation** for the Audi connect Infotainment services in the navigation menu ⇨ page 193.

## Audi connect Infotainment services

### Basic functions
Applies to: vehicles with Audi connect (Infotainment)

If available, functions specific to certain services are in the selection menu of that particular Audi connect Infotainment service ⇨ page 160. The

---

basic functions are in the corresponding options menu:

▸ Select: MENU button > **Audi connect** > desired Audi connect Infotainment service > right control button.

Depending on the Audi connect Infotainment service selected, the following basic functions are available.

**Save as preview***

You can save every Audi connect Infotainment service as a preview and display it on the Audi connect (Infotainment) home screen (i) ⇨ page 191, fig. 184.

**Show on map**

You can show selected contents on the map and use them for route guidance.

**Log in**

Refer to ⇨ page 190, Logging into myAudi in the vehicle.

**Read out**[1]

You can allow the MMI to read out the selected contents.

**Calling***

If a phone number was assigned to an entry, you can call the number, for example to reserve tickets.

**Start route guidance**

If a city was added to an entry, such as for **City Events**, you can use it as a navigation destination. Route guidance starts immediately.

**Change search area**

The set search area can be changed at any time. Additional information on search areas can be found under ⇨ page 203.

**Closing Audi connect Infotainment services**

Regardless of the function selected, you can close an Audi connect Infotainment service at any ▸

---

Audi connect (Infotainment)

time and return to the home screen ⇨ page 191, fig. 184.

### Parking information
Applies to: vehicles with Audi connect (Infotainment)

Information on parking locations and fees in the selected search area (for example Nearby).

▸ Select and confirm **Parking information**.

You can use the right control button to sort the parking locations **By distance** or **By availability**.

### Travel information
Applies to: vehicles with Audi connect (Infotainment)

Information on attractions in the selected search area.

▸ Select and confirm an attraction to display the details.

### Fuel prices
Applies to: vehicles with Audi connect (Infotainment)

Information on gas stations with the lowest fuel prices for your vehicle in the selected search area.

▸ Select and confirm **Fuel prices**.

You can use the right control button to sort the fuel prices **By price** or **By distance**.

### Weather
Applies to: vehicles with Audi connect (Infotainment)

Information on current weather conditions as well as weather forecasts for the selected search area.

▸ Select and confirm **Weather**.

You can also display the current weather conditions on the map, for example.
▸ Select: left control button > an entry.

### Flight information
Applies to: vehicles with Audi connect (Infotainment)

Information on flights and current arrival/departure times in the selected search area.

▸ Select and confirm **Flight information**.

191

---

### City events
Applies to: vehicles with Audi connect (Infotainment)

Information on events in various categories in the desired search area.

▸ Select **City Events** > left control button > category.

### Online news
Applies to: vehicles with Audi connect (Infotainment)

You can check the current headlines of your favorite publications in the MMI.

Requirement: your myAudi account must be subscribed to newsfeeds and your vehicle must be connected to myAudi ⇨ page 190.

▸ Select: **Online news** > desired newsfeed > a headline.

 **Tips**

If you have not subscribed to any personal newsfeeds in your myAudi account, pre-configured newsfeeds will be displayed.

### Twitter
Applies to: vehicles with Audi connect (Infotainment)

*You can access the most important functions in your Twitter account through your MMI.*

Requirement:

You must have connected your myAudi account with Twitter. You can find additional information online at **www.audiusa.com/myaudi**.

You must have connected your vehicle with myAudi ⇨ page 190.

▸ Select **Twitter** > left control button > desired function (for example, **Trends**).

The following categories can be selected in the **Twitter** menu:

– **My tweets**: News Feed and the Tweets you have posted are listed.
– **Home**: the Tweets for everyone you follow are displayed.
– **Trends**: topics on Twitter that are currently popular within a country.

192

---

[1] Not available in all languages.

Audi connect (Infotainment)

Different functions are available depending on the Twitter category you have selected:

– **New tweet:** you can post a new tweet using pre-made templates or using myAudi templates that you have created yourself.
– **Refresh:** the selected Twitter function is refreshed.
– **Favorite:** mark a Tweet as favorite to show you liked it.
– **Retweet:** you can quote a Tweet to share it with others.

(i) **Tips**

– Other settings such as account, language, Tweet security and location settings *cannot* be changed in the MMI. These changes must be made on the Twitter website.
– You can only connect *one* Twitter account with your myAudi account.
– Audi connect (Infotainment) makes it possible to access Twitter. Permanent availability cannot be guaranteed, because that depends on Twitter.

**Travel (travel guide)**
Applies to: vehicles with Audi connect (Infotainment)

*You can use the Audi MMI connect app to store points of interest on your mobile device (such as a smartphone) and then use them for route guidance in the MMI.*

Requirement:

The **Audi MMI connect** app must be installed and open on your mobile device.

You must be logged into your myAudi account in the **Audi MMI connect** app and you must have selected your vehicle.

The Wi-Fi function on your mobile device and on the MMI must be switched on.

The MMI must be connected to the network.

▸ Press: MENU button > **Audi connect** > left control button > **Information** *category* > **Travel.**

After opening the travel guide, travel tips in your area will be displayed including current ratings as well as the corresponding category.

▸ Press the left control button to change the category (such as bars nearby).

⚠ **WARNING**

– It is only safe to use tablets, laptops, mobile devices and other similar devices when the vehicle is stationary because, like all loose objects, they could be thrown around the inside of the vehicle in a crash and cause serious injuries. Store these types of devices securely while driving.
– Do not use any wireless devices on the front seats within range of the airbags while driving. Also read the warnings in the chapter ⇨ *page 271, Front airbags.*

(i) **Tips**

– Units of measurement, language settings and time are shown in the Infotainment system display based on how they were set in the system settings ⇨ *page 241.*

**Audi connect (Infotainment) in navigation**
Applies to: vehicles with navigation system and Audi connect (Infotainment)

▸ Select: MENU button > **Audi connect** > left control button > **Navigation.**

The following Audi connect Infotainment services are currently available:

– Navigation with **online map view** and **Street View** ⇨ *page 212.*
– **Point of Interest (POI) online search with voice recognition** (such as restaurants): plan route guidance using the MMI control panel ⇨ *page 203* and the voice recognition system ⇨ *page 170.*
– Set up destinations in your MMI using your **myAudi account** or **online map view** ⇨ *page 212.*
– **Online traffic information:** receive up-to-the-minute traffic information about accidents, road construction and other incidents ⇨ *page 215.*
– **Map update:** import navigation map updates directly to your vehicle using an SD card or as an online update ⇨ *page 213.* ▸

193

---

Audi connect (Infotainment)

(i) **Tips**

– For the **map update** Audi connect Infotainment service via SD card, check the current software version in your vehicle and then check **my.audiusa.com** to see if a newer version is available. You can also have the new navigation data installed by an Audi dealer, which can be done for an additional charge.
– You can find additional information about the **map update** online at **www.audiusa.com/myaudi.**

**Audi connect (Infotainment) on the phone**
Applies to: vehicles with Audi connect (Infotainment)

▸ Select: MENU button > **Audi connect** > left control button > **Communication.**

The following Audi connect Infotainment services are currently available:

– Storing contacts on your computer using your **myAudi Account** and loading the contacts into the MMI directory ⇨ *page 187.*

**Audi connect (Infotainment) in Media menu**
Applies to: vehicles with Wi-Fi audio player and Audi connect (Infotainment)

▸ Select: MENU button > **Audi connect** > right control button > **Entertainment.**

– **Wi-Fi audio player:** you can access the media center through a Wi-Fi connected media player (such as a smartphone) ⇨ *page 226.*
– **Online media and Internet radio:** offers access to different online media services and operation through the MMI using the **Audi MMI connect** app.

⚠ **WARNING**

It is only safe to use tablets, laptops, mobile devices and other similar devices when the vehicle is stationary because, like all loose objects, they could be thrown around the inside of the vehicle in a crash and cause serious injuries. Store these types of devices securely while driving.

(i) **Note**

Always follow the information found in ⇨ (i) *in Wi-Fi hotspot on page 195.*

(i) **Tips**

– Also see the chapter ⇨ *page 196, Audi connect (Infotainment) general information.*
– For more information on the Wi-Fi audio player and supported devices, contact an authorized Audi dealer or authorized Audi Service Facility.

**Additional options**
Applies to: vehicles with Audi connect (Infotainment)

▸ Select: MENU button > **Audi connect** > right control button.

The following options are available in the Audi connect Infotainment services overview:

**Log in***

Refer to ⇨ *page 190, Logging into myAudi in the vehicle.*

**Connection manager**

Refer to ⇨ *page 242.*

**License subscription**

The validity and expiration date of your licenses are displayed. When the function is switched on ☑, the message **Warning before subscription expires** will display to warn you that your license is about to expire.

**Refresh**

The content of the selected Audi connect Infotainment service or the entire Audi connect (Infotainment) list is updated.

194



8Y0012721B8

Audi connect (Infotainment)

## Wi-Fi hotspot

Applies to: vehicles with Wi-Fi hotspot

*You can use the MMI as a Wi-Fi hotspot to con-*
*nect up to eight Wi-Fi devices to the Internet.*
*While driving, restricted use of unsecured, light,*
*small wireless devices is only possible from the*
*rear of the vehicle.*

Requirement: the ignition must be switched on.

► Select: MENU button > **Telephone** > right con-
trol button > **Wi-Fi settings**.

The following settings can be modified:

**Wi-Fi**

The MMI Wi-Fi hotspot is deactivated at the fac-
tory. Switch the Wi-Fi hotspot to **Hotspot** before
establishing a connection between your vehicle
and your Wi-Fi device.

– **On**: the MMI Wi-Fi hotspot is active and visible
to other devices. You can connect your Wi-Fi
device with the MMI.
– **Off**: the MMI Wi-Fi hotspot is deactivated. An
Internet connection for Wi-Fi devices is not
possible.

⚠ **WARNING**

– To reduce the risk of an accident, use the
Audi connect Infotainment services with a
Wi-Fi hotspot only in the rear seat when the
vehicle is in motion, or only when the vehi-
cle is stationary.
– It is only safe to use tablets, laptops, mo-
bile devices and other similar devices when
the vehicle is stationary because, like all
loose objects, they could be thrown around
the inside of the vehicle in a crash and cause
serious injuries. Store these types of devices
securely while driving.
– Do not use any wireless devices on the front
seats within range of the airbags while driv-
ing. Also read the warnings in the chapter
⇨ page 271, *Front airbags*.
– As the driver, do not allow usage of the Wi-
Fi hotspot to distract you from driving, as
this could increase the risk of an accident.

ⓘ **Note**

– Under some conditions, certain mobile devi-
ces and operating systems may automati-
cally switch from your vehicle's Wi-Fi hot-
spot to the device's mobile data connection.
In that event, standard text and data usage
rates would apply while the device's mobile
data connection is in use. Please refer to
documentation provided by your mobile de-
vice's manufacture and your data carrier for
details, related terms and privacy state-
ment.
– You are responsible for all precautions tak-
en for data protection, anti-virus protection
and protection against loss of data on mo-
bile devices that are used to access the In-
ternet through the Wi-Fi hotspot.

ⓘ **Tips**

– In vehicles without Audi connect (Infotain-
ment)*, the use of the Wi-Fi hotspot is only
possible for the Wi-Fi audio player*. A data
connection to the Internet cannot be estab-
lished.
– For additional information about the Audi
connect Infotainment services, visit
www.audiusa.com/audiconnect.

## Configuring the data connection

Applies to: vehicles with Audi connect (Infotainment)

*The data connection for Audi connect Infotain-*
*ment services is pre-configured at the factory.*
*However, if a configuration should be necessary,*
*you can adjust the following settings.*

► Select: MENU button > right control button >
**Connection manager**.
► Select: right control button > **Online settings** >
**Data connection settings**.

Using the **Data connection settings** menu, you
can set when an Internet connection should be
made. The Internet connection disconnects auto-
matically once the requested Audi connect Info-
tainment service no longer requires any data.

The following options can be selected:     ▶

Audi connect (Infotainment)

**Audi connect (MMI)**

With the **Audi connect (MMI)** function, you can
**Allow** or **Deny** the use of Audi connect Infotain-
ment services if the connection is set to **No re-
quest** or **With request**.

**Wi-Fi devices***

Using the **Wi-Fi devices** function, you can **Allow**
or **Deny** a connection to the Internet.

⚠ **WARNING**

– As the driver, do not allow usage of the Wi-
Fi hotspot to distract you from driving, as
this could increase the risk of an accident.
– It is only safe to use tablets, laptops, mo-
bile devices and other similar devices when
the vehicle is stationary because, like all
loose objects, they could be thrown around
the inside of the vehicle in a crash and cause
serious injuries. Store these types of devices
securely while driving.
– Do not use any wireless devices on the front
seats within range of the airbags while driv-
ing. Also read the warnings in the chapter
⇨ page 271, *Front airbags*.

## Audi connect (Infotainment) general information

**Audi connect Infotainment services**

Applies to: vehicles with Audi connect (Infotainment)

ⓘ **Tips**

– You can only use services supported by Audi
connect (Infotainment) if you have the op-
tional MMI Navigation plus equipment with
MMI touch* and Audi connect (Infotain-
ment).
– Use of the LTE* mobile network standard is
not available in every country. Contact an
authorized Audi dealer or authorized Audi
Service Facility or your cell phone service
provider for additional information.
– Usage of Audi connect Infotainment serv-
ices depends on the availability of services
through third party providers.

– Audi connect Infotainment services are only
available within the cell phone network cov-
erage from your cell phone service provider.
– Audi connect Infotainment services are
available in the USA. Audi connect Infotain-
ment services are currently not available in
Canada or in Mexico.
– Also read the information in the chapter
⇨ page 177, *Telephone*.
– Availability, scope, providers, screen display
and costs of services may vary depending on
the country, model, model year, end device
and rates. Additional information can be
found under **www.audiusa.com/audicon-
nect**
– An initial registration/activation on the
myAudi platform at **www.audiusa.com/
myaudi** is required to use individual serv-
ices. You can contact an authorized Audi
dealer or Audi connect (Infotainment) cus-
tomer service at (877) 5OS-AUDI (2834) to
receive information on options for expand-
ing your usage and any costs that may re-
sult.
– The Audi connect Infotainment services are
a Wi-Fi/Internet-based system. If the sys-
tem does not function correctly even
though all of the requirements are met,
please try again later or contact Audi con-
nect (Infotainment) customer service at
(877) 5OS-AUDI (2834).
– For detailed information on Audi connect
(Infotainment) and the Terms of Use, refer
to **www.audiusa.com/audiconnect**.

**Data protection**

Applies to: vehicles with Audi connect (Infotainment)

ⓘ **Tips**

– Your privacy is important to us.
– AUDI AG collects, processes, shares and
transmits your personal information in ac-
cordance with legal regulations in order to
ensure proper function and availability of
the individual Audi connect Infotainment
services. You can view the complete, current
and valid Audi connect (Infotainment) data
protection policy in your MMI. The myAudi  ▶

8V0012721B8B

Audi connect (Infotainment)

platform is available for to you to activate additional Audi connect Infotainment services and to transfer data to your vehicle, among other services. A one-time registration is required to establish a connection to your vehicle. For this purpose, AUDI AG collects, processes, transmits and uses your required personal information as required for you to use the services provided by AUDI AG. Your information is not distributed to third parties. Using your cell phone with your myAudi platform allows you to transmit data for your Audi connect Infotainment services functions to your vehicle and you can allow specific vehicle data to be transmitted from your vehicle.

– By activating special information services that are part of your Audi connect (Infotainment) portfolio, you can use these functions directly in your vehicle by entering data to confirm your identity (to use social networks, for example). To do this, the identification information you provided is forwarded with the request to the respective service provider. Then you can access your personal content using a secure connection. This content is displayed in the vehicle for your use.

Your personal content is not stored within Audi AG. The necessary connection information is processed and used for providing services and the proper function of the services in accordance with applicable legal guidelines.

– You can find additional information in your MMI in the options menu for the selected Audi connect Infotainment service and also online at www.audiusa.com/audiconnect.
– By providing Audi connect Infotainment services, Audi of America is authorized to collect, process, transmit and transfer information about you and your vehicle. Additional information can also be found in your MMI in the options menu for the selected Audi connect Infotainment service.
– Information on our data protection measures in conjunction with the mobile Audi connect (Infotainment) application can be found in the application's privacy policy. For additional information about the www.audiusa.com/myaudi website or other applications, websites or online services connected to Audi, visit www.audiusa.com/privacy.

## Troubleshooting
Applies to: vehicles with Audi connect (Infotainment)

| Problem | Solution |
|---|---|
| **Audi connect Infotainment services**: individual Audi connect Infotainment services are grayed out or not available. | Some Audi connect Infotainment services must be activated/configured through your personal myAudi account before using them for the first time. You can find detailed information online at www.audiusa.com/myaudi |
| **Wi-Fi hotspot**: it is not possible to connect through Wi-Fi. | Delete all existing Wi-Fi connections on your mobile device and restart it. |

Audi connect e-tron services

# Audi connect e-tron services
## Introduction
Applies to: vehicles with Audi connect e-tron services

With Audi connect e-tron services [1], you can access various information or control individual functions remotely using mobile devices (such as a smartphone) or a web portal.

– Trip data ⇨ page 198.
– Doors and lights ⇨ page 198.
– Vehicle status report ⇨ page 199.
– Car Finder ⇨ page 199.
– Charging ⇨ page 199.
– Climate control ⇨ page 199.

> ⚠ **WARNING**
> Also read and follow the instructions regarding traffic safety ⇨ page 158.

## Setup
Applies to: vehicles with Audi connect e-tron services

To use Audi connect e-tron services [1], please note the following:

**Requirements**

– An authorized Audi dealer must complete a one-time activation of Audi connect e-tron services for your vehicle before you can register online.
– Then register at etron.audiusa.com. You can use and manage the Audi connect e-tron services there.
– If you require assistance with the Audi connect e-tron services, you can call customer service at **(844) 573-8766.**
– Your mobile devices must be compatible.

[1] The mobile network service is offered by a service provider. You can obtain more information about your mobile network provider from an authorized Audi dealer or by calling **(877) 505-2834**. Connected devices are not always 4G-compatible. The availability of a high-speed network may be reduced during peak usage or by your location, the reception, and other factors. Network coverage cannot be guaranteed everywhere. For more information on mobile coverage, see the Audi connect overview from your mobile network provider.

## Trip data
Applies to: vehicles with Audi connect e-tron services

The Driver Information System collects data under certain conditions and sends it to a server.

When data is stored, you can access values such as these using the service:

– driving duration,
– average speed driven,
– distance driven,
– average electric consumption.

For additional information on the Driver Information System, refer to ⇨ page 17, *Driver information system.*

## Doors and lights
Applies to: vehicles with Audi connect e-tron services

You can access and display the current status of the following vehicle data on your mobile devices without having to be inside the vehicle.

– If the vehicle doors and lids are open/closed,
– Parking lights are on/off.

For additional information on opening and closing the doors or for the vehicle lighting, refer to ⇨ page 34, *Opening and closing* or to ⇨ page 51, *Exterior lighting.*

 **Tips**
– If the high-voltage battery is not charged, the amount of access requests is limited to 15 after switching off the ignition. This helps conserve the 12 volt vehicle battery. You cannot control functions or access information if the charge level of the 12 volt vehicle battery is too low. ▶

8V2012721B8

– If at least two minutes have passed after the last time the ignition was switched off, you can reset the access counter back to "0" as needed after switching the ignition on/off again.

## Vehicle status report

Applies to: vehicles with Audi connect e-tron services

You can access various vehicle statuses using the services, such as:

– high-voltage battery charge level,
– electric range,
– mileage,
– next inspection.

For additional information, see ⇨ page 97, Power meter overview and ⇨ page 99, Range display.

> ⚠ **WARNING**
>
> Do not ignore messages and warning or indicator lights that turn on in the vehicle because of the information in the status report. This could lead to break downs in on the road, accidents and serious injuries.

## Car Finder

Applies to: vehicles with Audi connect e-tron services

The vehicle collects data under certain conditions and sends it to a server.

When data is stored, you can access values such as these using the service:

– Vehicle location display,
– Display of one's own location,
– Route to your vehicle.

If your mobile device also has a navigation function, you can navigate to your last known parking location.

> ① **Tips**
>
> – The new parking location cannot be determined with this service if the vehicle is moved after shutting the vehicle off and without switching the ignition on and off again, for example when being towed or if the vehicle is stolen.



– If the vehicle is moved and shut off again using the second key, for example, the new parking location is transmitted to the server after switching the ignition off.

## Charging

Applies to: vehicles with Audi connect e-tron services

You can control and access the high-voltage battery charging process remotely using these services. You have the following options:

– check the battery charge level,
– start/end the charging process,
– program the charging timer with/without climate control,
– deactivate/activate the charging timer.

For additional information, see ⇨ page 108, Charging the battery with the Audi e-tron charging system.

> ⚠ **WARNING**
>
> Only perform charging functions on the high-voltage battery if the vehicle is shut off correctly, is connected to a suitable socket and if the ignition is switched off.

## Temperature control

Applies to: vehicles with Audi connect e-tron services

You can control the climate control in your vehicle remotely using these services:

– start/end climate control,
– program the timer,
– deactivate/activate the timer.

For additional information, see ⇨ page 118, Climate control.

> ⚠ **WARNING**
>
> Only perform the climate control functions if your vehicle was shut off correctly and the ignition is switched off.

## Navigation

## Opening navigation

Applies to: vehicles with navigation system

*The navigation system directs you to your destination, around traffic incidents and on alternative routes, if desired.*



**Fig. 185** Diagram: Enter destination menu

▸ Press the NAV/MAP button.

The Enter destination menu is displayed after opening navigation. If available, the following information can be displayed in the Infotainment system display:

| ① | Input field for free text search . . . | 200 |
| ② | Home address . . . . . . . . . . . . . . | 202 |
| ③ | Last destinations . . . . . . . . . . . . | 201 |
| ④ | Stored favorites . . . . . . . . . . . . . | 202 |

If you have connected a cell phone to the MMI, your directory contacts will also be listed if they have navigation data assigned to them.

The Favorites ④ ⇨ fig. 185 menu item as well as the directory/contacts are only shown in the **Enter destination** menu if you have entered one or more characters using the input field.

**Switching between destination entry and the map:**

▸ Press the NAV/MAP button repeatedly until the map is displayed. **Or:** select the left control button > **Switch to map**.

> ⚠ **WARNING**
>
> – The demands of traffic require your full attention. Always read the chapter ⇨ page 247, Driving safety.
> – Obey all traffic laws when driving.

– The route calculated by the navigation system is a recommendation for reaching your destination. Obey traffic lights, stopping restrictions, one-way streets, lane change restrictions, etc.

> ① **Note**
>
> – If the driving directions conflict with traffic laws, obey the traffic laws.
> – To reduce the risk of an accident, adjust the volume of the navigation system so that signals from outside the vehicle, such as police and fire sirens, can be heard easily at all times.

> ① **Tips**
>
> – Snow and obstructions on the GPS antenna or interference caused by trees and large buildings can impair satellite reception and affect the system's ability to determine the vehicle position. Several deactivated or malfunctioning satellites can also interrupt GPS reception and affect the system's ability to determine the vehicle position.
> – Because street names sometimes change, the names stored in the MMI may in rare cases differ from the actual street name.

## Entering a destination

**Free text search for destinations**

Applies to: vehicles with navigation system

*With the free text search, you can enter the navigation destination data all at once in any order using the MMI touch control pad\* or the letter/number speller (for example, 20 Elm Street, Chicago). Likewise, you can search for points of interest, contacts, previous destinations or favorites to navigate to the desired address.*

Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.

▸ Push the control knob up. The input field is displayed ① ⇨ page 200, fig. 185.

– Enter one or more search terms into the input field.

▸

– If available, confirm the input suggestion* to complete the entry or a word suggestion*. Refer to ⇨ page 165, Letter/number speller.
– Turn the control knob to the right to change the results list.
– Select and confirm a destination from the results list.
– Select and confirm **Start route guidance**.

The route displays as an overview in the map. Route guidance is already active..

**Narrowing the search area**

All countries/states are selected at the factory for the free text search.

– Select the right control button > **Country/state selection** in the input field ① ⇨ page 200, fig. 185.
– Select the country or state (☑) that should be searched using the free text search in order to narrow the number of results and increase the search speed. The selected entry in the country/state selection is stored.

> ### (i) Tips
> – The MMI input suggestions depend on the last navigated destinations.
> – Up to 50 entries can be stored in the last destinations list.
> – Additional information on free text searches can be found under ⇨ page 166.

### Loading the last destination
Applies to: vehicles with navigation system

*Your last destinations are automatically stored and can be loaded directly as a destination.*

Requirement: a destination was already navigated to.

▸ Press the [NAV/MAP] button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.

Your last destination is listed directly in the **Enter destination** menu under the home address and identified with the symbol ③ ⇨ page 200, fig. 185.

– Select and confirm one of the last destinations from the list.
– Select and confirm **Start route guidance**.

**Deleting last destinations**

– Select and confirm one of the last destinations from the list.
– Select: right control button > **Delete destination** > **Delete this last destination** or **Delete all last destinations**.

The selected destination or all last destinations is/are deleted and no longer displayed in the **Enter destination** menu.

### Entering an address
Applies to: vehicles with navigation system

*As an alternative to free text search, you can also enter an address in stages.*

▸ Press the [NAV/MAP] button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.
▸ Select: left control button > **Enter address**.

– **Entering a destination using a country/state:** select and confirm **Country**. Select and confirm a country/state directly from the list. **Or:** search for a country/state using the input field.
– **Entering a destination using the City/ZIP code:** select and confirm **City/ZIP code**. Enter a city or a ZIP code. **Or:** select and confirm a city from the list.
– **Entering a destination using a street intersection*:** select and confirm **Intersection**. Select and confirm a street directly from the list. **Or:** search for a street using the input field.
– Select and confirm additional details about the destination such as **Street**, **House number** or **Downtown**.
– Select and confirm **Start route guidance**.

### Setting a home address/favorite as the destination
Applies to: vehicles with navigation system

*You can quickly and easily start route guidance to your home address using the home address function. Favorites allow easier access to frequently used destinations.*

▸ Press the [NAV/MAP] button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.

**Setting a home address as the destination**

Requirement: a home address must be stored ⇨ page 207.

Your **Home address** is shown directly in the Enter destination menu ② ⇨ page 200, fig. 185.

– Select: *the home address* > **Start route guidance**.

**Setting a favorite as the destination**

Requirement: a favorite must be stored as a destination ⇨ page 207.

– Enter at least the first three letters of the desired favorite in the free text search input field. The favorites found are shown in the Infotainment system display ④ ⇨ page 200, fig. 185.
– Select and confirm the desired entry.
– Select and confirm **Start route guidance**.

> ### (i) Tips
> – Additional settings for the home address can be found under ⇨ page 207.
> – Additional settings for the favorites can be found under ⇨ page 207.

### Transferring a destination from the directory
Applies to: vehicles with navigation system

*You can navigate directly to destinations in the directory.*



**Fig. 186** Possible directory/contacts

Requirement: an address with navigation data or a navigation destination must already be assigned to a contact ⇨ page 207, Directory contacts.

▸ Press the [NAV/MAP] button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.
▸ Select: left control button > **Directory** > *a contact*.

The directory/contacts are shown in alphabetical order and are marked with symbols to indicate the storage location:

① Business address
② Private address
③ Business destination
④ Private destination

– Select and confirm an address or a destination. When you have selected a destination, the route guidance can be started directly.
– Check the address input again when selecting an address.
– Then select and confirm **Start route guidance**.

Additional directory functions in the navigation system can be found under ⇨ page 207.

> ### (i) Tips
> – Addresses that have been imported from your cell phone into the MMI can also be used as a destination. ▸

8V0012721B8

– If a contact is grayed out in the directory, this contact has neither a destination nor an address assigned to them.

### Point of interest search

Applies to: vehicles with navigation system



Fig. 187  Example: search for point of interest

▶ Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.
▶ Select: left control button > **Points of interest**.

– **Changing the search area**: select and confirm **Search area** and then a search area from the list.

The following search categories are available:

**Nearby**: points of interest can be selected from different categories. The points of interest are listed starting from the immediate vicinity of the vehicle up to a radius of approximately 124 miles (200 km).

**Along the route**: points of interest along the route can only be selected during active route guidance. The points of interest are located directly along or in the immediate vicinity of the calculated route.

**Near destination/Near stopover**: points of interest near a destination or a stopover can only be selected during active route guidance. The points of interest can likewise be selected from various categories. For example, you can search for a hotel or parking lot at the destination.

**In new city**: select a country/state or search in a new city. Enter the name of the desired city. Points of interest can be selected from various categories. This function allows you to search for points of interest in any city regardless of the active route guidance or the vehicle position.

– **Search for a point of interest name in the selected search area**: enter the name of the point of interest.
– **Searching for a point of interest in a specific category**: select **Select category**. Select and confirm a category, such as **Restaurants**.

> ### (i) Tips
> – Distances to points of interest are displayed as a straight-line distance from your current location. The actual distance from your current location to the point of interest is updated automatically. The list of found points of interest is not resorted when this happens.
> – There may be entries in the list that cannot be displayed completely due to their length. If you select these list entries using the control knob, detailed information about the selected list entry will be shown automatically after several seconds.

### Online point of interest search (online search)

Applies to: vehicles with navigation system and Audi connect (Infotainment)

*You can search for points of interest on the Internet.*

Requirement: The requirements for Audi connect (Infotainment) must be met ⇨ page 190.

▶ Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.
▶ Select: left control button > **Online search**. The search area last set is displayed in the input field.

– **Changing the search area**: select: right control button > **Select search area**.
– **Searching for online destinations in the selected search area**: enter a new city/state if necessary. Enter the search term, such as hotel. Press the control knob. Select and confirm an online destination from the list.

– **Searching for online destinations in a specific category**: select and confirm **Select category**. Select and confirm a category, such as **Restaurants**.

Find which search areas are available under ⇨ page 203, *Point of interest search*.

You can search for online destinations using the voice recognition system ⇨ *table on page 173*.

> ### (i) Tips
> Always read the chapter ⇨ *page 196, Audi connect (Infotainment) general information*.

### Accessing destinations from myAudi account

Applies to: vehicles with navigation system and Audi connect (Infotainment)

*Import individual destinations from your myAudi account into the MMI.*

Requirement:

The requirements for Audi connect (Infotainment) must be met ⇨ *page 190*.

You must have a registered myAudi account at **my.audiusa.com**. You must have a vehicle assigned to your myAudi account and you must have stored one or more destinations.

▶ Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ *page 200, fig. 185*.
▶ Select: left control button > **myAudi contacts**.
▶ If necessary, enter your myAudi user data or your myAudi PIN ⇨ *page 190*. The contacts stored in myAudi are displayed.

– Select and confirm a contact.
– Select and confirm a private or business destination.
– Select and confirm **Start route guidance**.

> ### (i) Tips
> – You only need to enter the myAudi user data one time.
> – You can receive your myAudi PIN if you have set up a myAudi account.

– **Searching for online destinations in a specific category**: select and confirm **Select category**. Select and confirm a category, such as **Restaurants**.

– Additional information can be found under **www.audiusa.com/audiconnect**.

### Entering a destination using geo coordinates

Applies to: vehicles with navigation system

▶ Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ *page 200, fig. 185*.
▶ Select: left control button > **Geographical coordinates**.

– Select **Latitude/Longitude**.
– Press the control knob to set the individual values.
– Turn the control knob to the left/right to change the selected value.
– Select and confirm **Start route guidance**.

### Adding a stopover

Applies to: vehicles with navigation system

*You can enter an additional destination when route guidance is active.*



Fig. 188  Example: active route guidance with stopover

Requirement: route guidance must already be active.

▶ Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ *page 200, fig. 185*.

**Entering a destination as a stopover**

– Enter a destination in the input line ⇨ *page 200*.
– Select and confirm a destination from the results list.
– Select and confirm **Add as stopover**.
▶

8J/201272188

## Deleting a stopover

– Push the control knob up. Free text search and active route guidance are displayed.
– Select and confirm **Delete stopover** ② ⇨ fig. 188.
– The stopover is deleted.

### Cancel route guidance
Applies to: vehicles with navigation system

Requirement: route guidance must be active.

▸ Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ fig. 188.
▸ Turn the control knob to the left until the active route guidance is shown ⇨ page 204, fig. 188.
▸ Select and confirm **Cancel route guidance** ① ⇨ page 204, fig. 188. The destination is deleted. Or: select the right control button > **Cancel route guidance**.

### Additional options when entering a destination
Applies to: vehicles with navigation system

Depending on the selected function, the following additional options may be available when entering a destination:

▸ Press the right control button.

**Cancel route guidance:** Requirement: route guidance must be active. Route guidance is canceled. For additional information, see ⇨ page 205.

**Country information:** you can display the applicable urban and rural speed limits for any country/state. If this function is activated, the information will be automatically shown to you in the route information ⑦ ⇨ page 209, fig. 193 when the speed limit is exceeded ⇨ page 212.

**Country/state selection:** select a country/state (☑) that should be used in the free text search, for example ⇨ page 201. Or select all countries/states.

**Route criteria:** see ⇨ page 209, Route criteria.

**Show location on map:** Requirement: you must have selected a destination from the results list. The destination entered is displayed on the map.

**Parking at this location\*:** Requirement: you must have selected a destination from the results list. All parking options near the selected location are displayed in the Infotainment system.

**Delete:** the selected entry is deleted. You can delete individual entries or all entries (for example, favorites or last destinations).

**Audi connect at this location\*:** Requirement: you must have selected a destination from the results list. Allows you to search for items in the vicinity of the selected location, such as **Travel information**.

**Online traffic data\*:** the online traffic information ⇨ page 215 can be switched on or off.

**Add destination to contact:** see ⇨ page 207.

**Store as favorite:** see ⇨ page 207.

**Voice guidance:** see ⇨ page 209.

**Navigation settings:** see ⇨ page 208.

 **Tips**
Information on online traffic data\* can also be found online at www.audiusa.com/help/audi-connect.

## Personal route assistance
Applies to: vehicles with navigation system

*Your MMI can learn your frequently driven routes and, depending on the current vehicle position, suggest route guidance (for example, your daily commute to work and back).*


Fig. 189 Example: personal route display


Fig. 190 Information on personal route

▸ Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.
▸ Select: right control button > **Personal route assistance**.

When the function is switched on ☑, the MMI records the frequently-driven routes regardless of whether a destination was entered and reached or not.

As long as route guidance is not active, your personal routes are listed in the **Enter destination** menu under the home address and indicated with the symbol ⓟ ① ⇨ fig. 189. When personal route assistance is switched on, this symbol is displayed in the Navigation menu and in the Infotainment system display status line at the same time.

The distance to the destination and the calculated arrival time are also displayed for your personal routes. Without starting route guidance, your

MMI monitors the traffic conditions for your personal routes and shows possible traffic incidents for the possible routes to be driven in the Infotainment system display ② ⇨ fig. 189.

A message will be displayed if there is a large traffic incident (more than 12 minute delay) regardless of which menu is selected ⇨ fig. 190. Select and confirm one of the following options:

– **Start route guidance:** the MMI starts the route guidance for the personal route displayed and searches for a faster route if available.
– **Ignore this route and this message:** the displayed destination with all applicable personal routes is no longer factored into the current trip. No more messages are shown for the displayed destination. The displayed destination with all applicable personal routes will be factored into the trip again only after stopping the vehicle and switching the ignition on again.
– **Ignore all messages:** all personal routes are no longer factored into the current trip. No more messages are displayed. Messages for personal routes when there is increased traffic will appear again after the vehicle is stopped and the ignition is switched on again.

As soon as you switch off personal route assistance, the symbol in the status line turns off and your trips are no longer recorded. Trips that were already stored remain stored.

**Deleting personal routes:**

– Select the desired personal route in the **Enter destination** menu ① ⇨ fig. 189.
– Select: right control button > **Delete destination**.

**Deleting all personal routes:**

– Select: MENU button > **Settings** > left control button > MMI settings > **Factory settings**.
– Select: **Navigation and online memory** > **Restore factory settings** ⇨ page 242.

 **Tips**
– Personal routes are learned based on the vehicle position. The route is prioritized according to how frequently you drive to a destination.

– A maximum of three personal routes are displayed in the **Enter destination** menu. Based on the current vehicle position, the traffic situation for the route that is most likely to be driven out of the three routes will always be monitored.

– Please note that personal routes that have already been stored will remain stored after the ignition is switched off and they must be deleted manually.

## Home address

Applies to: vehicles with navigation system

▸ Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.

### Storing a home address

– Select and confirm **Home address** ② ⇨ page 200, fig. 185. After opening the home address for the first time, you will be asked to create a home address.

– Select and confirm **Create now**.

– Enter a destination or select a destination from the list. **Or**:

– Select and confirm a destination > right control button > **Store as home address**.

A home address will be stored in the MMI regardless of the connected cell phone. This home address is always available even if a cell phone is not connected to the MMI.

### Editing the home address

– Select the **Home address** ② ⇨ page 200, fig. 185.

– Select: right control button > **Edit home address**.

– Select and confirm a new destination as the home address.

The selected destination is stored as the new home address.

## Favorites

Applies to: vehicles with navigation system

▸ Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.

– **Storing a destination as a favorite:** search for the desired destination using the input field. Or: select and confirm a destination from the list. Select: right control button > **Store as favorite**.

– **Renaming a favorite:** select: left control button > **Favorites** > a favorite from the list > right control button > **Rename favorite**.

– **Move favorite:** select a favorite from the list > right control button > **Move favorite**. Select and confirm the location of the selected preset.

– **Deleting a favorite:** select a favorite from the list > right control button > **Delete favorite** > **Delete this favorite** or **Delete all favorites**.

## Directory contacts

Applies to: vehicles with navigation system

Two addresses (private/business) can be assigned as destinations for each contact in the directory.

▸ Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.

### Storing a destination as a contact in the directory

Requirement: a cell phone must be connected to the MMI ⇨ page 177.

– Select a destination > right control button > **Add destination to contact**.

– Select and confirm **Add business destination** or **Add private destination**.

– Enter a name. Or: select and confirm a directory contact from the list.

– Select and confirm **Save business card**.

## Alternative routes

Applies to: vehicles with navigation system



**Fig. 191** Alternative route display in the overview map

Requirement: a destination must be entered and the route guidance must be started.

▸ Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.

▸ Select: right control button > **Navigation settings** > **Show alternative routes**.

Three routes are shown in the overview map ⇨ fig. 191.

▸ Select and confirm the desired route that you would like to use for route guidance.

Up to three route suggestions and their properties are displayed on the overview map when the function is switched on ☑ ⇨ fig. 191.

If available, the following information will appear on the route suggestions:

– Route type (fast ①, fast alternative ②, economic route ③)

– Distance to the destination and the calculated arrival time

– Traffic congestion along the route including time delays

The route that was calculated according to the route criteria you selected is shown on the overview map. The special properties of the route are also displayed ④ ⇨ fig. 191 and given as a spoken message.

Using the control knob, you can select the possible routing for the alternative routes and show them on map Select and confirm the desired route that you would like to use for route guidance.

## Additional settings

### Navigation settings

Applies to: vehicles with navigation system

▸ Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.

▸ Select: right control button > **Navigation settings**.

Depending on the selected function, the following settings can be selected:

### Show alternative routes

Up to three suggested routes are shown on the map when this function is switched on ☑ ⇨ page 208, Alternative routes.

### Low fuel warning

A message is displayed if the fuel gauge goes below the reserve marking when this function is switched on ☑. Confirming this message displays a list of gas stations in the area. When a gas station is selected, route guidance from the current vehicle position is calculated.

### Trailer mode*

Trailer mode is switched off at the factory.

When the function is switched on ☑, the maximum permitted speed for vehicles with trailers is incorporated into the route guidance and the calculated arrival time is adjusted accordingly. Trailer mode is displayed using symbols 🚛 in the side menu on the map.

### Personal route assistance*

Personal route assistance is switched off at the factory.

Your trips are recorded and destinations are suggested by the MMI when this function is switched on ☑ ⇨ page 206.

### Notification when nearby*

The notification when nearby is switched off at the factory.

The MMI notifies you when you are approaching selected points of interest when this function is ▸

8Y0012772188

Navigation

switched on ☑. You can also have a **Notification tone.**

## Presentation mode

The **Presentation mode** helps you to plan and follow a route without moving the vehicle. You can use **Select starting point** when you would like to calculate a route starting from a location other than the vehicle position, for example. Start **Presentation mode** to simulate route guidance.

### Route criteria
Applies to: vehicles with navigation system



**Fig. 192** Possible route criteria

▸ Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.
▸ Select: right control button > **Route criteria.**

① **HOV lanes** [1]: with the **Avoid** function, HOV lanes are excluded when calculating routes. When **Allow** is selected, the MMI will route you through HOV lanes and show them on the map.

② **Highways** / ③ **Toll roads** / ④ **Ferries**: if the navigation system should not include highways, toll roads or ferries - if possible - when calculating routes, you can select the **Avoid** function.

### Voice guidance
Applies to: vehicles with navigation system

▸ Press the NAV/MAP button repeatedly until the **Enter destination** menu is displayed ⇨ page 200, fig. 185.

[1] High occupancy vehicle

▸ Select: right control button > **Voice guidance.**

**Voice guidance**: voice guidance can be **Complete** or **Shortened**. With the **Traffic** function, spoken announcements are only given when there are traffic incidents on your route. When **Off** is selected, no voice guidance is given.

**Voice guidance during phone call**: voice guidance during a phone call can be switched on or off.

**Entertainment fader**: see ⇨ page 246.

**Voice guidance volume**: you can adjust the volume during voice guidance using the On/Off knob ⇨ page 158 You can also find additional information under ⇨ page 246.

## Map

### Operating the map
Applies to: vehicles with navigation system



**Fig. 193** Example: 3D position map with the crosshairs switched off



**Fig. 194** Example: standard map with the crosshairs switched on

▸ Press the NAV/MAP button repeatedly until the map is displayed ⇨ fig. 193.

**Zooming in/out on the map**  ▸

– Turn the control knob to the left or to the right. You can also zoom in and out on the map using the MMI touch control pad* ⇨ page 162. **Or:** turn the left thumbwheel on the multifunction steering wheel* ⇨ page 13.

**Turning the crosshairs on/off**

– **Switching the crosshairs on**: press the control knob in the map view ⇨ fig. 193.
– **Switching the crosshairs off**: press the BACK button.

**When the crosshairs are switched off** ⇨ fig. 193:

① Orientation: the map is either displayed as a **2D north up map** or a **2D heading up map.**
② Distance to the destination
③ When the **trailer mode** function is switched on ☑, the corresponding symbol is displayed next to the arrival time.
④ Scale: turn the control knob to the left or right to decrease or increase the scale. When the **Automatic zoom** function is switched on ☑, an "A" for "Automatic" is displayed in the magnifying glass.
⑤ Altitude
⑥ Vehicle position
⑦ Route information: various information will be displayed during active route guidance (for example, the upcoming maneuver including calculated distance and street names). The display also provides traffic information or points of interest on the current route.
⑧ Street being driven on: displayed here as "offroad" when the vehicle is stationary.

**When the crosshairs are switched on** ⇨ fig. 194:

⑨ Crosshairs: move the crosshairs in the desired direction using the MMI touch control pad* or the control knob and set a point on the map as the destination or have information about the focal point displayed.
⑩ Speed limit display[1]: display of the maximum permitted speed on the expressways and highways.

[1] Only applies to vehicles without camera-based speed limit display.

⑪ Entertainment sliding menu*: see ⇨ page 163.
⑫ Additional information on the crosshairs position: if you move the crosshairs to a location on the map, available information for the current crosshairs position is displayed. Press the control knob to open destination details or to start route guidance. When the crosshairs are turned off, the road being currently driven on is shown.
⑬ Map contents (points of interest, favorites). When there are multiple points of interest in the immediate vicinity, the symbols are shown stacked on the map.
⑭ Better route ⇗*: if a better route is available for the current route guidance, it will be indicated on the map including the time that would be saved. More information can be found under ⇨ page 215.

### Map functions
Applies to: vehicles with navigation system

▸ Press the NAV/MAP button repeatedly until the map is displayed ⇨ page 209, fig. 193.
▸ Press the left control button.

The following map functions can be selected:

**Switch to destination input**

The free text search in the **Enter destination** menu is displayed ⇨ page 200, fig. 185.

**Traffic messages**

Current traffic information is displayed in the Infotainment system display. You can also find additional information under ⇨ page 214.

**Route list**

The route list can only be displayed when route guidance is active and contains information regarding the route, the names of the streets and the length of the route sections. When traveling on highways, possible parking lots and rest areas are shown, which you can select as a stopover.  ▸

8V0012721E8

**POIs along the route**

Requirement: Route guidance must be active.

Searching for points of interest along your current route For additional information, see ⇨ page 203.

## Additional options on the map
Applies to: vehicles with navigation system

▸ Press the NAV/MAP button repeatedly until the map is displayed ⇨ page 209, fig. 193.
▸ Press the right control button.

Depending on the function selected, the following options can also be selected under the **Map** menu:

**Cancel route guidance**: see ⇨ page 205.

**Adjust position**: you can manually move the vehicle position on the map to change the route.

**Map settings**: see ⇨ page 211.

**Route criteria**: see ⇨ page 209.

**Voice guidance**: see ⇨ page 209.

**Navigation settings**: see ⇨ page 208.

**Show alternative routes**: see ⇨ page 208.

**Parking along the route\***: parking options near the vehicle are displayed.

**Save current position\***: you can save your current vehicle position as a favorite ⇨ page 207 or save it as a contact in the directory ⇨ page 207.

**Audi connect at this location\***: allows you to search for **Travel information** at the entered location (events, weather at the destination, etc.).

**Online traffic data\***: you can switch the online traffic data on or off ☑.

**Country information**: see ⇨ page 205.

**Avoid route\***: when route guidance is active, the calculated route will avoid the area you have specified (maximum: 12 mi (20 km)), if possible. The navigation system calculates an alternative route. The route to be avoided that you have entered applies only to the current route and must be set again, if needed. The areas you have se-

lected to avoid will appear with red and white shading on the map.

**Move route\***: move your finger over the MMI touch control pad\* or use the control knob to adjust the route on the overview map.

## Map settings
Applies to: vehicles with navigation system

▸ Press the NAV/MAP button repeatedly until the map is displayed.
▸ Select: right control button > **Map settings**.

Depending on the selected function, the following settings can be selected:

**Map colors**

**Day/Night**: the map is displayed with a light/dark background.

**Automatic**: the map display adapts to the lighting conditions (for example, changing from **Day** to **Night** when driving through a tunnel).

**Map display**

**Standard**: see ⇨ page 209, fig. 194.

**Online map view**: see ⇨ page 212.

**Electric range**: Refer to ⇨ page 216.

**Map orientation**

**Destination**: the map indicates the destination and is oriented to the north.

**2D heading up map/2D north up map**: the current vehicle position is indicated. The map is oriented in the direction of travel or to the north.

**3D position map\***: the current vehicle position is shown on a three-dimensional map and is aligned to the direction of travel. At a scale of 62 mi (100 km) and larger, the map orientation is to the north.

**Overview**: the entire route from the vehicle position to the destination or the next stopover is displayed on the map. The map scale depends on the length of the route and adapts automatically. The map is oriented to the north.  ▸

## Navigation

**Route information**

The display of route information, such as the current street being driven on or points of interest along the current route, can be switched on/off or can be minimized on the display of upcoming maneuvers.

**Automatic zoom**

**On**: the map scale is adapted automatically depending on the type of road being traveled (expressway, highway, other roads) so that you always have an optimal overview of the road ahead. The scale is also automatically adapted when there are upcoming maneuvers to provide a better detailed view.

**Intersection**: when route guidance is active, the map temporarily zooms in to a detailed scale when there are upcoming maneuvers so that you can see the street or turn better.

**Off**: the map scale you have chosen is maintained.

**Map content**

Map content such as weather, traffic information or favorites can be displayed or hidden.

The weather forecast\* is displayed on a 3 mi (5 km) scale on the map ⇨ page 208, fig. 191.

## Online map display
Applies to: vehicles with navigation system and Audi connect (Infotainment)

*With the online map view, you can display the map with satellite images.*



Fig. 195  Online map view



Fig. 196  Map view with online Street View

Requirement: The requirements for Audi connect (Infotainment) must be met ⇨ page 190.

▸ Press the NAV/MAP button repeatedly until the map is displayed.
▸ Select: right control button > **Map settings** > **Map display** > **Google Earth**.

The map display is based on data packets received from the Internet in the form of satellite images, which are then combined with the roadways from the **Standard** map view. There are two gigabytes of memory space in the MMI memory that can be used to temporarily store the map or navigation data that was received. This is roughly the amount required for the map/navigation data for a 2,485 mile (4,000 km) route. As long as the satellite images loaded for route guidance are stored, you can use them without having an active data connection.

**Street View**

With Street View, you can explore many places in the world through the eyes of a pedestrian. Street View is available when the symbol ① ⇨ fig. 195 is displayed in the crosshairs mode.

**Activating street view**: turn the control knob to a scale less than 32 yards (30 m).

The following functions are then available:

– **Exploring an area step-by-step**: press the control knob when the symbol ② ⇨ fig. 196 is displayed.
– **Zooming in or out on the current view in four stages**: turn the control knob to the left or to the right ③ ⇨ fig. 196.
– **Navigating in street view**: move your finger in the desired direction on the MMI touch control pad\*.  ▸

8V0201272188

## Additional information

Showing additional information in the Infotainment system display can be switched on in the **Map content** menu ⇨ page 212. To display any applicable additional information, move the crosshairs onto an item on the map and press the control knob.



**Tips**

– The stored online map view data can be deleted in **Factory settings > Navigation and online memory** ⇨ page 242.
– The online map view is an Audi connect Infotainment service and is regularly updated when the function is opened. The process may take several seconds.
– When the online map view is switched on using the 3D position map, the MMI display automatically switches to the 2D map orientation when driving through tunnels.
– For safety reasons, the Street View functions can only be used when the vehicle is stationary.
– Always read the chapter ⇨ page 196, Audi connect (Infotainment) general information.
– Additional information can be found under www.audiusa.com/audiconnect.

## Map update

**Introduction**
Applies to: vehicles with navigation system

There are multiple options available for updating your map material:

– Map updates through the **online map update\*** ⇨ page 213.
– Import map updates from the **SD card** to your MMI. You can find additional information online at **my.audiusa.com**.
– Map update at an authorized Audi dealer or authorized Audi Service Facility. This can result in additional costs.

**Online map update**
Applies to: vehicles with navigation system and Audi connect (Infotainment)

Using the online map update, you can update the map material in your navigation system directly from your vehicle.



Fig. 197 Example: display of a new online map update



Fig. 198 Example: selection of a country package

**Requirement:**

The requirements for Audi connect Infotainment services must be met ⇨ page 190.

You must have a myAudi account and have assigned your vehicle to it.

Using your vehicle position, the MMI identifies regions which you are frequently in. Based on this, the MMI suggests update packages for these regions, if they are available.

▸ Select ① **Start download** ⇨ fig. 197 if the message for a new map update appears in the Infotainment system display. Or:
▸ Select MENU button > **Settings** > left control button > **System maintenance** > **System update** > **Online update**.

A selection with the available update packages appears in the Infotainment system display ⇨ fig. 198.

### Selecting the online map update

– Select an update package from the list (☑) ②
⇨ fig. 198.
– Confirm your selection with the BACK button and go back to the selection.
– The number and amount of data for the selected update package are now displayed in the Infotainment system.

### Starting the download

– Select and confirm **Start download.**
– Confirm the security prompt by selecting **Start download** again.

The update packages begin to download and the status of the download progress is shown in the Infotainment system display.

### Installation of online map updates

The downloaded map material installs after you stop your vehicle. The new update packages install only after you switch off the ignition. After restarting the MMI, the Infotainment system display indicates if the updates installed successfully.

– Confirm the successful update with OK.

The new map material can now be used for navigation.

**Tips**

– The amount of available online map updates in the vehicle is limited. To update more regions, use the map update via SD card at **my.audiusa.com**.
– Always read the chapter ⇨ page 196, Audi connect (Infotainment) general information.

## Accessing traffic information

**Traffic information (TMC)**
Applies to: vehicles with navigation system

▸ Press the NAV/MAP button repeatedly until the map is displayed.
▸ Select: left control button > **Traffic messages.**

An overview of all the traffic messages is displayed in the Infotainment system. Traffic incidents on your route are shown in the upper section of the list, sorted according to distance.

– **Displaying all traffic messages for a street/ highway:** select and confirm the ⒸE symbol. A list of all the traffic messages for the selected street/highway is displayed.
– **Opening a detailed view of traffic information:** select and confirm the traffic information from the list.
– **Displaying the selected traffic information on the map:** select and confirm the right control button > **Show on map.** The shaded line shows the street and the length of the traffic jam.
– **Displaying the next traffic message on the map:** press the control knob.

### Traffic information display

**Colored warning symbols:** traffic incidents on your route are shown in the upper section of the list and are sorted according to distance.

**Warning symbols with** ⏚: avoided traffic incidents.

**Grayed out warning symbols:** traffic incidents that are not on your route. They are sorted according to road type (expressway, highway, other road), country and name.

**Tips**

– Critical traffic information, such as warnings about wrong-way drivers, is automatically displayed. To hide the traffic information, press the BACK button or the control knob.
– TMC traffic reports are not available in Canada. For more information, please contact Sirius Canada.

8V0012721B8

Navigation

## Better route
Applies to: vehicles with navigation system

*By receiving traffic information through TMC, your MMI calculates a better route - if available - and the possible time saved for the current route guidance. You can decide yourself which route you would like to use.*

▸ Press the NAV/MAP button repeatedly until the map is displayed.

Requirement: route guidance must be active.

If your MMI has calculated a better route than the current route guidance, the message **A better route is available.** appears on the map along with the time that may be saved. A better route is indicated in the map view with the symbol ⚐ ⇨ page 209, fig. 194.

**Accept better route**

– Press the right control button.
– Select and confirm the better route.
– The better route is used for the remaining route guidance and the route is recalculated.

## Online traffic information
Applies to: vehicles with navigation system and Audi connect (Infotainment)

*The MMI can receive real-time online traffic information about congestion, accidents, road construction and other incidents.*



Fig. 199  Online traffic information display without better route

Requirement: The requirements for Audi connect (Infotainment) must be met ⇨ page 190.

▸ Press the NAV/MAP button repeatedly until the map is displayed.
▸ Select: left control button > **Traffic messages.**

An overview of all the traffic messages is displayed in the Infotainment system ⇨ fig. 199. Traffic incidents on your route are shown in the upper section of the list, sorted according to distance ① ⇨ fig. 199. Colored markings indicate the flow of traffic ⇨ page 215.

– **Switching online traffic information on:** press the right control button and switch **Online traffic data** on (☑). The ONLINE symbol is shown in the Infotainment system display ② ⇨ fig. 199.

You can also display the **online traffic information** in the online map view ⇨ page 212.

**Traffic information display**

Color-coded markings along the route indicate the traffic flow:

**Green:** traffic is flowing freely

**Red:** congestion

**Orange:** stop-and-go traffic

Shaded markings indicate the length of the area with congestion.

**Colored warning symbols:** there is a traffic incident immediately ahead on the route.

**Grayed out warning symbols:** traffic incidents that are not on your route.

**Red warning symbols:** all warning symbols will be red when route guidance is not active.

The display of colored markings, warning symbols, etc. can be set in the **Map content** menu ⇨ page 212.

Traffic information is switched on at the factory. You can switch off the reception of online traffic information at any time ⇨ page 215.

### ⓘ Tips

– Online traffic information is not available in Canada.
– Always read the chapter ⇨ page 196, *Audi connect (Infotainment) general information.*
– Having the **Online traffic data** function switched on provides the most accurate ▸

---

Navigation

reports of traffic situations as well as traffic forecasting. Your vehicle transmits and processes its anonymous, encrypted position information at regular intervals to the traffic data provider. If you do not want to use this, you can switch off the **online traffic information** function at any time.
– The online traffic information network is currently not available in all countries, and the coverage is not nationwide. Additional information can be found under www.audiusa.com/audiconnect.

## e-tron navigation functions

### Electric range
Applies to: vehicles with plug-in hybrid drive

*The electric range shows the maximum distance that can be driven using electric power. Information such as the type of road, speeds, and altitude will be taken into account.*



Fig. 200  Example: electric range display

## Troubleshooting
Applies to: vehicles with navigation system

| Problem | Solution |
|---|---|
| **Free text search:** the desired destination cannot be found. | The destination might not be entered in the navigation database. **Or:** check the spelling of the search term and if the right country/state was selected using for the free text search using the **Country/state selection** ⇨ page 205. |

▸ Press the NAV/MAP button repeatedly until the map is displayed ⇨ page 209, fig. 194.
▸ Select: right control button > **Map settings** > **Map display** > **Electric range.**
▸ Press the BACK button to return to the map view.

You can read the electric range of your vehicle based on the white border ① ⇨ fig. 200.

The map scale will automatically adjust to the range.

### Finding the nearest charging station
Applies to: vehicles with plug-in hybrid drive

You can display the nearest charging stations at any time using the point of interest search ⇨ page 203.

Requirement: Route guidance must be active and the map must be displayed.

▸ Select: left control button > **POIs along the route** > **Charging station.**

All charging stations in the selected search area are displayed. You can find additional information about charging your vehicle in ⇨ page 106, *Charging.*

BV2D1272188

# Radio

## Opening the radio

*The radio supports the FM, AM and SiriusXM* (satellite radio) bands. Using the HD Radio re-ceiver also allows you to receive radio stations on the FM and AM bands in digital format.*



Fig. 201  FM station list (HD Radio technology FM)



Fig. 202  SiriusXM station list

▸ Press the RADIO button.

After opening the radio, the last opened station list is displayed.

**Selecting a station**: select and confirm a station from the station list. FM/AM stations that can be received by digital radio are marked with the HD Radio technology symbol ⑤ ⇨ *fig. 201*. If re-ception quality declines, the radio automatically switches to the analog FM/AM station depending on availability. Digital HD Radio stations* may contain multiple additional stations*. The availa-ble additional stations* are listed under the radio station. If you lose reception, the additional sta-tions* are muted since they can no longer be re-ceived.

**Setting the frequency band**: press the RADIO button repeatedly until the desired frequency band is set.

ⓘ **Presets**

The station is stored as a preset. The symbol shows the stored location in the presets list (for example, 21).

② **Radio text (shortened display)**

If available, program information about the set station is displayed in all of the station lists.

③ **Frequency**

④ **Station name**

⑤ **Station with HD Radio technology** available ⓗ

⑥ **Channel number** ⇨ *fig. 202*

If there is a loss of radio signal (SiriusXM*), the following system information is displayed in the station list:

NoSignal: the tuner is currently not receiving a satellite signal ⑦ ⇨ *fig. 202*.

The system information turns off when the radio stations are received again.

ⓘ **Tips**

– Contact the SiriusXM* provider if you would like to receive satellite programming.
– Buildings, tunnels, bridges, open areas, oth-er vehicles or objects on the vehicle roof can affect reception.
– Satellite radio is not available in Alaska and Hawaii.
– iTunes tagging* is not supported by all radio stations.
– When the Apple CarPlay connection is ac-tive, **Tag this song for iTunes*** is not availa-ble.

## Radio functions

**Free text search**

Applies to: vehicles with free text search

*Using the free text search, you can select the or-der that the search terms are entered in the in-put field. Search in all frequency bands for a sta-tion name or program type such as* News).



Fig. 203  Input field and results list for free text search

– **Opening the free text search**: when in a station list, keep turning the control knob to the left until the **free text search** input field is dis-played.
– **Using the free text search**: see ⇨ *page 166, Free text search.*

You can also search for frequencies.

Stations from the presets ③ are displayed in the results list ① ⇨ *fig. 203*. The symbol ② indicates which station list you switched to based on the station selection.

**Additional options**

▸ Select: RADIO button > right control button.

The following options are available depending on the frequency band:

– **Sound settings**: see ⇨ page 245.
– **Store as favorite**: see ⇨ page 220, Presets.
– **Tag this song for iTunes**[1]: connect your Apple device to the Audi music interface* on your MMI. Select and confirm **Tag this song for iTunes**. The track that is currently playing is stored on your Apple device. Synchronize your Apple device with iTunes. The tagged track will display the next time you open your iTunes me-

[1]  In preparation at the time of printing.

dia center. If there is no Apple device connect-ed, the tagged tracks are stored temporarily in the MMI (maximum of 50 tracks). Once you connect your Apple device to the Audi music in-terface, the tags are stored on the device.

– **Manage SiriusXM alerts**: see ⇨ page 219, Sir-iusXM alerts.
– **Store artist as favorite/Store track as favorite**: see ⇨ page 219, SiriusXM alerts.
– **Manual tuner**: the frequency bars are dis-played. Select and confirm the desired frequen-cy.
– **Seek**: the radio tunes to the previous or next re-ceivable station.
– **Scan**: all stations are played for several seconds each.
– **Radio settings**: see ⇨ page 221.

**Radio text**

▸ Select: RADIO button > left control button > a frequency band (such as FM) > a station.
▸ Select: right control button > **Radio text**.

Information that accompanies the program (such as artist, composer, track) is displayed.

**Browsing through radio text entries**: turn the control knob to the left or right.

Requirement: a radio text entry must be dis-played and the station must be broadcasting a phone number, a navigation destination or a text message number as Radio Text Plus information.

If a location, a phone number or a text message number is included with a radio text entry, the radio text will be shown with a colored border. You have the following options:

**Call*/Start route guidance*/Write text mes-sage***:
– Select a radio text entry with Radio Text Plus in-formation and press the control knob.
– Select and confirm **Call*/Start route guid-ance*/Write text message***. Or: press the BACK button to cancel.

Radio

8Y2D1272218B

## Tips

ⓘ The availability of radio text and Radio Text Plus depends on the radio station.

### SiriusXM alerts
Applies to: vehicles with SiriusXM

*You can display an overview of your favorite artists or tracks that are currently being played on a SiriusXM channel.*



**Fig. 204** SiriusXM alert notification

▸ Select: RADIO button > left control button > **SiriusXM.**

After you have stored a SiriusXM alert for your favorite tracks or artists, you can display an overview of your favorite tracks or artists currently being received in the **SiriusXM alerts** menu and play them immediately. You can also receive a *SiriusXM alert notification* ① for these tracks or artists in the entertainment sliding menu ⇨ fig. 204.

### Storing a SiriusXM alert

Requirement: your favorite track or artist must be playing on a SiriusXM channel.

– Select: right control button > **Store track as favorite** or **Store artist as favorite.**

### Switching SiriusXM alert notifications on and off

– Select: right control button > **SiriusXM alert notifications.**

When the function is switched on ☑, a *SiriusXM Alert notification* ① ⇨ fig. 204 is displayed for several seconds in the entertainment sliding menu for the **Radio** and **Navigation** menus.

### Playing tracks/artists from Sirius XM alerts

Requirement: a SiriusXM alert must be stored for a track/artist and it must be currently playing on a SiriusXM channel.

– Select: left control button > **SiriusXM alerts** > *an entry from the list.* The selected track/artist is played.

### Playing tracks/artists from the entertainment sliding menu

Requirement: the **SiriusXM alert notifications** function must be switched on. You must be in the **Radio** and **Navigation** menu. A *SiriusXM alert notification* is displayed in the entertainment sliding menu ① ⇨ fig. 204.

– Push the control knob down.
– Select and confirm the desired track/artist.

### Managing SiriusXM alerts

– Select: right control button > **Manage SiriusXM alerts.**

– **Switching SiriusXM alerts on/off:** when the function is switched on ☑, you are notified when this track or artist is being played on a SiriusXM channel.

– **Deleting Sirius XM alerts:** select *an entry from the list* > right control button > **Delete from alerts** > **Delete this entry** or **Delete all entries.**

### View: additional station information



**Fig. 205** Radio view: additional station information

Requirement: you must be tuned to a radio station. The **Show "Now Playing" screen** option must be switched on ⇨ page 221.

Symbols in the additional station information view ⇨ fig. 205:

① Radio text availability

---

Radio

**Radio text** is available for the selected station. Refer to ⇨ page 218.

② iTunes tagging

The **Tag this song for iTunes** option is available for the set station. Refer to ⇨ page 218, *Additional options.*

③ FM HD Radio technology

The station is received through FM HD Radio technology.

④ Screen view

Display **Cover art** or **Station logo.** Refer to ⇨ page 221, *Preferred picture view*.

**Displaying the station list:**

Turn the control knob. Or: press the BACK button.

## Radio menu



**Fig. 206** Example: Radio menu

▸ Select: the RADIO button > left control button.

**Setting the frequency band:** select and confirm the desired frequency band in the radio menu ⇨ fig. 206. Or: press the RADIO button repeatedly until the desired frequency band is set. The station list is displayed.

① Presets

The presets list is displayed ⇨ page 220, *Presets.*

② SiriusXM alerts
Applies to: vehicles with SiriusXM alerts

After you have stored a SiriusXM alert for your favorite tracks or artists ⇨ page 219, an overview

---

of your favorite tracks or artists currently being received on SiriusXM is displayed.

③ SiriusXM
Applies to: vehicles with SiriusXM alerts

The **SiriusXM** station list is displayed.

**Additional frequency bands**

Depending on the vehicle equipment, you may also be able to select additional frequency bands ④/⑤ ⇨ fig. 206 in the selection menu.

## Presets

*You can store your favorite stations from every frequency band in the presets list.*

▸ Select: the RADIO button > left control button > **Presets.**

Requirement: the presets list must be displayed.

– **Storing presets:** select and confirm *a free preset space.* Follow the system instructions.
– Select and confirm *a station from the list* if necessary.

Requirement: a station list must be displayed.

– **Storing presets:** select: *an entry from the list* > right control button > **Store as preset.** Or: press and hold the control knob for several seconds.

– **Displaying the presets list:** select: RADIO button > **Presets.**

Requirement: the favorites list must be displayed.

– **Listening to presets:** select and confirm *a preset from the list.*
– **Move preset:** select *a favorite from the list* > right control button > **Move preset.** Or: press and hold the control knob for several seconds. Select and confirm the location of the selected preset.

– **Deleting presets:** select *a preset from the list* > right control button > **Delete preset** > **Delete this preset** or **Delete all presets.**

---

# Additional settings

**Radio settings**

▸ Select: RADIO button > right control button > **Radio settings**.

The following settings can be selected, depending on the band that is selected:

### Station names (FM)

**Variable**: scrolling text transmitted by the FM stations is shown in the Infotainment system display.

**Fixed**: scrolling text transmitted by the FM stations is not shown in the Infotainment system display. Only the current section of the scrolling text displayed.

### FM/AM HD Radio*

You can switch HD Radio reception on or off.

### Channel sorting (SiriusXM*)

You can set the station sorting for SiriusXM sta-lists* by:

– **Channel number**: the stations are sorted in ascending order according to their channel number.
– **Channel name**: the stations are listed in alphabetical order.
– **First category, then channel number**: the stations are sorted by their category and then by their channel numbers.
– **First category, then channel name**: the stations are sorted by their category and then by their channel names.

### Category filter (SiriusXM*)

The stations shown in the station list can be filtered by your personal preferences and by program type. The program categories that you can

select depend on what is offered by your provider. Select the **All categories** option to deactivate all filter options and display all available stations in the satellite station list.

### Additional station information

When the function is switched on ☑ and the stations or presets list is open, the display will switch to the **Show "Now Playing" screen** view after approximately five seconds ⇨ page 219. Depending on availability, information about the set station (such as station name, artist and station logo) is displayed in this view.

### Preferred picture view*

You can set your preferred screen view for the **Show "Now Playing" screen** ⇨ page 219.

– **Station logo**: the station logo is displayed, depending on availability.
– **Cover art**: the album cover is displayed if available.

### Gracenote online database*

Requirement: the MMI must be connected to the Internet. The **Cover art** option must be selected ⇨ page 221, Preferred picture view*.

When the function is switched on ☑, the album cover or genre cover for the song that is playing is loaded from the Gracenote online database, depending on availability.

### Subscription status (SiriusXM*)

This option is available when your subscription is about to expire or has already expired. The expiration date for your license is displayed.

**Call to SiriusXM***: the contact information for your satellite radio provider is displayed. To call your satellite radio provider using the MMI, press **Call to SiriusXM***.

## Troubleshooting

| Problem | Solution |
|---|---|
| A station with poor reception is no longer displayed in the station list once you switch to a different station. | Store the station as a preset in advance. Access the presets using the presets list ⇨ page 220. |

221

# Media
## Introduction

There are various media drives and connections available in the MMI. For example, you can play audio/video* files from the Jukebox* or connect your mobile device to the Audi music interface* and operate it through the MMI.

## Notes

**General information**

**Media and format restrictions**: the MMI (including the SD card reader and the USB storage device connection*) was tested with a variety of products and media on the market. However, there may be cases where individual devices or media and audio/video files* may not be recognized, may play only with restrictions or may not play at all.

**Digital Rights Management**: please note that the audio/video* files are subject to copyright protection.

The media drives do not play files that are protected by DRM and that are identified with the symbol 🔒.

**Data security**: never store important data on SD cards, the Jukebox*, CDs/DVDs or mobile devices. Audi AG is not responsible for damaged or lost files and media.

**Loading times**: the more files/folders/playlists that are on a storage medium, the longer it will take to load the audio/video* files. Audi recommends using storage media that only contain audio/video files*. To decrease the time it takes to load audio/video files*, create subfolders (for example, for the artist or album). The loading time will also increase when importing files.

**Additional information**: when playing, audio files are automatically displayed with any additional information that is stored (such as the artist, track and album cover). If this information is not available on the storage medium, the MMI will check the Gracenote metadata database.

However, in some cases, the additional information may not be displayed.

**Restricted functionality**: reset the Media settings to the factory default settings if functionality is restricted ⇨ page 242.

If functionality is restricted, reset the Jukebox* to the factory default settings ⇨ page 242.

For information about the properties of supported media and file formats, see ⇨ page 235.

ⓘ **Note**

Always follow the information found in ⇨ ⓘ in Wi-Fi hotspot on page 195.

**CD/DVD operation**

**CD/DVD and format restrictions**: the functionality of individual storage media may be limited due to the variety of blank CDs/DVDs available and the various capacities. Audio CDs or video DVDs with copy protection, CDs/DVDs that do not conform to the standard and multisession CDs may have limited playback or may not play at all. Audi recommends finalizing the recording process when creating multisession CDs. Multisession is not supported for DVDs.

**Using CDs/DVDs, the CD drive or the DVD drive**: to ensure correct, high-quality playback and to prevent damage to the disc or disc reading errors, always store CDs/DVDs in a protective sleeve and do not expose them to direct sunlight. Do *not* use:

– Damaged, dirty or scratched CDs/DVDs
– Single CDs/DVDs (3 in diameter)
– CD/DVDs that are not round
– CDs/DVDs with labels
– Protective rings
– Cleaning CDs

**Thermal protection switch**: CD/DVD playback may be temporarily unavailable if outside temperatures are extremely hot or cold. A thermal protection switch is installed to protect the CD/DVD and the laser.

**Laser devices**: laser devices are divided into safety classes 1 to 4 in accordance with DIN IEC 76 ▸

222

Media

(CO) 6/VDE 0837. The optical readers that are in-stalled conform to safety class 1. Lasers in this class are very weak and well shielded, so there is no danger if used correctly.

## Media drives

SD card reader



Fig. 207  Inserting the SD card

Depending on the vehicle equipment, there is ei-ther one or two SD card readers in the glove com-partment ⊕ ⇨ page 8, fig. 2.

– **Inserting the SD card:** the angled corner of the SD card must face toward the right front. Slide the SD card into the card reader slot ① ⇨ fig. 207 until the SD card clicks into place.
– **Automatic playback:** playback will start auto-matically if the inserted SD card contains sup-ported audio/video files* ⇨ page 235.
– **Removing the SD card:** press briefly on the SD card.

The SD card reader is accessed and operated through the MMI ③ ⇨ page 230, fig. 213.

> ① **Note**
>
> Only use one-piece SD cards. If adapter cards (SD cards with more than one piece) are used, the card could fall out of the adapter when driving because of vibrations. Individual pieces could then become stuck in the drive and impair the functionality.

> ① **Tips**
>
> The SIM card reader then does not function.

**DVD drive**
Applies to: vehicles with a DVD drive



Fig. 208  CD drive

The DVD drive is located in the glove compart-ment ⊕ ⇨ page 8, fig. 2.

– **Loading a CD/DVD:** the CD/DVD is pulled in au-tomatically. Slide the CD/DVD straight into the DVD slot ② with the label facing up ⇨ fig. 208.
– **Automatic playback:** playback will start auto-matically if the inserted CD/DVD contains sup-ported audio/video* files ⇨ page 235.
– **Ejecting a CD/DVD:** press the button ① ⇨ fig. 208.

The CD/DVD is pulled in again automatically if it is not removed from the DVD slot within approxi-mately ten seconds after ejecting it.

The DVD drive is accessed and operated through the MMI ③ ⇨ page 230, fig. 213.

> ① **Note**
>
> – Never force a CD/DVD into the drive. The CD/DVD is pulled in automatically.
> – Do not insert CDs/DVDs with labels into the drive. Labels can come loose from the CD/DVD and damage the drive.

> ① **Tips**
>
> – The CD/DVD playback is not ensured with audio files that have a high data rate.
> – The SIM card reader then does not function.

Media

**CD drive**
Applies to: vehicles with a CD drive



Fig. 209  CD drive

The CD drive is located in the glove compartment ⊕ ⇨ page 8, fig. 2.

– **Loading a CD:** the CD is pulled in automatically. Slide the CD straight into the CD slot ② ⇨ fig. 209 with the label facing up.
– **Automatic playback:** playback will start auto-matically if the inserted CD contains supported audio files ⇨ page 236, CD drive.
– **Ejecting a CD:** press the button ① ⇨ fig. 209.

The CD is pulled in again automatically if it is not removed from the slot within ten seconds of ejecting it.

The CD drive is accessed and operated through the MMI ⇨ page 230, Playing media.

> ① **Note**
>
> – Never force a CD into the drive. The CD is pulled in automatically.
> – Do not insert CDs with labels into the drive. Labels can come loose from the CD and damage the drive.

> ① **Tips**
>
> CD playback cannot be guaranteed with audio files that have a high data rate.

**Jukebox**
Applies to: vehicles with Jukebox

*After you have filled the Jukebox with music and/or videos, for example from your SD card, you can play these files directly from the Jukebox. The Jukebox memory capacity is approximately 10 GB.*

▶ Press the MEDIA button. Press the left control button until the sources overview ⇨ page 230 is displayed. Select and confirm **Jukebox**.

### Adding files to the Jukebox

– Press the MEDIA button. Press the left control button until the sources overview ⇨ page 230 is displayed. Select one of the following sources to copy to the Jukebox: SD card*, CD-ROM*, DVD-ROM*, USB storage device*.

Requirement: the media center (for example, tracks, albums) must be open.

– **Selecting an entry:** select an entry from the media center. Select: right control button › **Copy to Jukebox** › **This entry** or **Entire list**.

Requirement: the playlist must be open. Refer to ⇨ page 232.

– **Selecting a track:** select the track that is cur-rently playing. Select: right control button › **Copy to Jukebox** › **This track** or **Entire album** or **This artist**.

Requirement: a video file must be playing.

– Select: right control button › **Copy to Jukebox**.

The copying process begins. The status of the copying process is shown in the MMI.

– **Hiding the importing process:** select and con-firm **Continue copying in background**. The im-porting process is hidden.
– **Canceling the importing process:** select and confirm **Cancel copying**: Or: remove the source that is being imported. Files already copied re-main.

Requirement: the copying process must be active in the background.

– **Showing the copying process:** select: right control button › **Copying in progress**.  ▶

8V0012721BB

Media

When importing, the audio files are automatically sorted into the media center categories based on the stored additional information ⇨ page 231. The copied video files are stored in the media center under the **Videos** category.

**Playing the Jukebox**

Requirement: the Jukebox must contain audio/video files ⇨ page 224, Adding files to the Jukebox.

The Jukebox is accessed and operated through the MMI ① ⇨ page 230, fig. 213.

**Displaying Jukebox memory capacity**

Select: right control button > **Jukebox memory capacity**. Information about the Jukebox memory capacity and the number of stored tracks is displayed.

**Deleting tracks from the Jukebox[1]**

Requirement: the Jukebox must contain audio/video files.

– **Deleting an entry**: select an entry from the Jukebox media center. Select: right control button > **Delete from jukebox** > **This entry** or **Entire list**.
– The status of the deleting process is shown in the MMI. Jukebox playback stops during the deleting process and starts again automatically once the deletion is complete.

> ① **Note**
>
> Do not import audio/video files when the engine is turned off because this will drain the vehicle battery.

> ① **Tips**
>
> – Tracks from audio CDs cannot be imported to the Jukebox for legal reasons.
> – Files that have already been imported are automatically recognized and cannot be copied to the Jukebox again.
> – It is not possible to play audio/video* files in the CD/DVD* drive while importing them.

---

[1] Not in the Playback view.

– The Jukebox does not provide an export function due to legal reasons.
– Files or tracks without additional stored information are listed as **Unknown**. Audi recommends adding additional information (such as ID3 tags) to audio files.
– Reset the **Jukebox** to the factory default settings when selling your vehicle ⇨ page 242.

## Bluetooth audio player

Applies to: vehicles with Bluetooth

*With the Bluetooth audio player, you can play music wirelessly from your Bluetooth-capable device (such as a cell phone) through the MMI.*

Requirement: the vehicle must be stationary and the Bluetooth function on your Bluetooth device and the **Bluetooth audio player** ⇨ page 244 in the MMI must both be switched on.

– Connecting a **Bluetooth device**: press the MEDIA button. Press the left control button until the sources overview is displayed. Select and confirm **Bluetooth audio player** ⑥ ⇨ page 230, fig. 214.
– If necessary, select and confirm, **Not connected** > **Connect Bluetooth audio player**. The Bluetooth device search starts. Follow the instructions in the MMI.
– Select and confirm the desired Bluetooth device from the list. The MMI generates a PIN for the connection.
– Select and confirm **Yes**.
– Enter the PIN for connecting on your Bluetooth device. **Or**: if the PIN is already displayed on your Bluetooth device, confirm it in the Bluetooth device and in the MMI. The time allowed for entering the PIN is limited to approximately 30 seconds.

The media is started and operated through the mobile device or the MMI, depending on the device being used.            ▶

Media

> ① **Tips**
>
> – Check for any connection requests on your Bluetooth device.
> – Multiple Bluetooth audio players can be connected to the MMI, but only one mobile device can be active.
> – Bluetooth protocols AVRCP (1.0/1.3/1.4) and A2DP are supported.
> – Note the volume setting on your Bluetooth device. Audi recommends setting your mobile device to the maximum volume when using it as a Bluetooth audio player.
> – The supported media functions (such as shuffle) depend on the Bluetooth device being used.
> – For more information on the supported devices, visit www.audiusa.com/bluetooth or contact an authorized Audi dealer or authorized Audi Service Facility.

## Wi-Fi audio player

Applies to: vehicles with Wi-Fi

*Using the Wi-Fi audio player media source on the MMI, you can connect and operate your Wi-Fi-capable media player (such as a smartphone) to wirelessly play music from your media player library. The media player is connected through the vehicle's Wi-Fi hotspot. A UPnP Server app or an integrated UPnP/DLNA server on your media player is required to access your media player library.*

Requirement: the Wi-Fi function on your media player must be switched on. The Audi MMI connect app or a UPnP server app must be installed on your media player. **Or**: you must be using a media player with an integrated UPnP/DLNA server.

– **Connecting a media player**: press the MEDIA button. Press the left control button until the sources overview ⇨ page 230 is displayed. Select and confirm **Wi-Fi audio player** ⑦ ⇨ page 230, fig. 214.
– If necessary, select and confirm **Wi-Fi turned off** > **Turn on Wi-Fi** to activate Wi-Fi in the MMI. Select **Wi-Fi settings**, if necessary. Select

the same settings on the wireless media player that are used for the Wi-Fi hotspot.
– **Starting the Wi-Fi audio player**: start the **Audi MMI connect** app or a UPnP server app, or set media permissions on your media player.

**Operating the media player**: the media player is operated through the MMI.

– Press the left control button repeatedly until the **Folders** menu item appears. Select and confirm **Folders**.
– **Playing music from the media player**: select and confirm **Media center**.

Web radio: see ⇨ page 227.

> ⚠ **WARNING**
>
> – As the driver, do not allow usage of the Wi-Fi hotspot to distract you from driving, as this could increase the risk of an accident.
> – It is only safe to use tablets, laptops, mobile devices and other similar devices when the vehicle is stationary because, like all loose objects, they could be thrown around the inside of the vehicle in a crash and cause serious injuries. Store these types of devices securely while driving.
> – Do not use any wireless devices on the front seats within range of the airbags while driving. Also read and follow the warnings in ⇨ page 271, Front airbags.

> ① **Note**
>
> Always follow the information found in ⇨ ① in Wi-Fi hotspot on page 195.

> ① **Tips**
>
> – Always read the chapter ⇨ page 196, Audi connect (Infotainment) general information.
> – Please note that a Wi-Fi connection does not automatically make it possible to use the Internet. For additional information, see ⇨ page 190.
> – To avoid interruptions during playback, deactivate the power saving function on the media player or connect it to a charger.      ▶

8Y2012721BB

Media

— The loading times for the audio data depend on the media player used and the number of files that it contains.
— A maximum of 2,000 entries per directory are displayed in the MMI.
— Songs downloaded for offline use using music streaming services are stored on your mobile device (such as a smartphone) and may be DRM protected. The Wi-Fi audio player will not play DRM protected files.
— Contact an authorized Audi dealer or authorized Audi Service Facility for additional information on the Wi-Fi audio player.

## Online media and Internet radio
Applies to: vehicles with Audi connect (Infotainment)

*You can playback and operate various online media services and Internet radio using the MMI.*



Fig. 210 Online media

▸ Press the MEDIA button. Press the left control button until the sources overview ⇨ fig. 210 is displayed.

Applies to: using online media and Internet radio
Requirement:
— The **Audi MMI connect** app must be installed and open on your mobile device.
— You must be logged into your myAudi account in the **Audi MMI connect** app and you must have selected your vehicle.
— The Wi-Fi function on the mobile device and on the MMI must be switched on.
— If necessary, check in the connection manager ⇨ page 242 if the mobile device you connected is selected under the **MMI connect app** (☑).
— The MMI must be connected to the network.
— The symbol for the **Online media** source ⓘ ⇨ fig. 210 is shown in the MMI.

Applies to: using online media
Additional requirement:
— A supported online media service must be available in your country.
— You must have an account with a supported online media service.
— Depending on the online media service, you must install and open an app on your mobile device.

**Starting Online media**
— Press the MEDIA button. Press the left control button until the sources overview ⇨ page 230 is displayed.
— Select and confirm an online media service.

**Starting Internet radio**
— Press the MEDIA button. Press the left control button until the sources overview ⇨ page 230 is displayed.
— Select and confirm **Internet radio**. The Internet radio browser or the last station that was playing is shown.
— **Selecting the station:** if necessary, select and confirm a category in the Internet radio **Browser > a station.**

**Online media and Internet radio: additional options**
— Press the right control button.

The following options may be available, depending on the information shown (such as the station/track that is currently playing):
— **Sound settings:** see ⇨ page 245.
— **Wi-Fi settings:** see ⇨ page 195, Wi-Fi hotspot.
— **Connection manager:** see ⇨ page 242.
— Additional options may be available, depending on the active online media service or Internet radio.

### ⚠ WARNING
— It is only safe to use tablets, laptops, mobile devices and other similar devices when the vehicle is stationary because, like all loose objects, they could be thrown around the inside of the vehicle in a crash and cause serious injuries. Store these types of devices securely while driving.

— Do not use any wireless devices on the front seats within range of the airbags while driving. Also read and follow the warnings in ⇨ page 271, Front airbags.

### ⓘ Note
— Always follow the information found in ⇨ ⓘ in Wi-Fi hotspot on page 195.
— Please note that there generally are additional costs when using an online media service account, especially when it is used internationally.

### ⓘ Tips
— Depending on the Internet connection and network traffic, a connection loss can occur during playback of online media services.
— **Online media** and **Internet radio** usage depends on the service availability of the third party provider.
— Audi AG simply makes the access to online media services possible through the MMI and does not take any responsibility for the contents of the online media services.
— Always read the chapter ⇨ page 196, *Audi connect (Infotainment) general information.*
— Depending on the mobile device used, there may be interruptions during media playback and when using the **Audi MMI connect** app. To avoid interruptions when using a mobile device, do not lock the screen on your mobile device and keep the **Audi MMI connect** app in the foreground.
— Contact an authorized Audi dealer or authorized Audi Service Facility for additional information on online media.

## Multimedia connections

### USB adapter for Audi music interface

*You can connect your mobile devices (such as a smartphone or MP3 player) to the Audi music interface and charge them using a special USB adapter.*



Fig. 211 Audi USB adapters

You can purchase the USB adapter ⇨ fig. 211 from an authorized Audi dealer or at specialty stores:
① USB adapter for devices with a micro USB connection
② USB adapter for devices with an Apple Lightning connection
③ USB adapter for devices with an Apple Dock connector

You can connect your mobile devices through the Audi music interface to the MMI using the USB adapter and charge the battery at the same time.

Applies to: vehicles with Audi music interface
— **Audi music interface:** Refer to ⇨ page 229.

### ⓘ Note
Handle the USB adapter carefully. Do not allow it to be pinched.

Media

## Audi music interface

*Connect your mobile devices to the Audi music interface in order to operate them through the MMI and charge the battery.*



**Fig. 212** Connecting mobile devices

The Audi music interface consists of a USB interface and an AUX input in the center console under the armrest ⑬ ⇨ page 8, fig. 2, as well as another USB interface in the center console ⑭ ⇨ page 8, fig. 2.

– **Disconnecting a mobile device from the Audi music interface:** remove the USB adapter ② ⇨ fig. 212 from the Audi music interface.
– **Disconnecting mobile devices with an Apple Dock connector:** remove the Apple Dock connector from the Apple device with the release tabs pressed in ③ ⇨ page 228, fig. 211.

The media are started and operated through the mobile device or the MMI, depending on the device being used ⇨ page 230.

**Connecting two mobile devices:** if two mobile devices (for example iPod and smartphone) are connected at the same time, then both devices can be used as playback sources.

You can connect mobile devices using the analog AUX port.

– **Connecting a mobile device to the AUX input:** connect the cable ⑤ ⇨ fig. 212 to the AUX input ⑥ on the Audi music interface and then to the mobile device ④ (such as an MP3 player or smartphone).
– **Disconnecting a mobile device from the AUX input:** remove the cable ⑤ ⇨ fig. 212 from the AUX input ⑥ ⇨ fig. 212.

– **Operation:** select and confirm the **External audio player** source ⑤ ⇨ page 230, fig. 213. The media are started and operated through the mobile device ④ ⇨ fig. 212.

> **⚠ WARNING**
> Driving requires your complete and undivided attention. As the driver, you have complete responsibility for safety in traffic. Never operate mobile devices while driving, because this increases the risk of an accident.

> **ⓘ Note**
> – Remove the connector from the Audi music interface carefully so it is not damaged.
> – Use a USB extension cable to connect devices that have an integrated USB connector (such as a USB stick) to prevent damage to your USB device and the Audi music interface.
> – Extremely high or low temperatures that can occur inside vehicles can damage mobile devices and/or impair their performance. Never leave mobile devices in the vehicle in extremely high or low temperatures.

> **ⓘ Tips**
> – Do not use an additional adapter or USB extension cable to connect mobile devices to the Audi music interface that already have a cable or that must be connected with a USB adapter (⇨ page 228). They may impair the functionality.
> – You can purchase the AUX connector cable from an authorized Audi dealer or at specialty stores.
> – Functionality is not guaranteed for mobile devices that do not conform to the USB 2.0 specification.
> – USB hubs are not supported.
> – Some versions of the iPod such as the iPod shuffle cannot be connected to the USB adapter for devices with Apple Dock connector. Connect these devices using a AUX connector cable.

Media

– Changed content on a mobile device [1] that is connected to the Audi music interface may not be displayed in the media center. In this case, reset the **Media settings** back to **Factory settings** ⇨ page 242.
– Video playback through the Audi music interface is only supported if the connected device is recognized as a USB storage device (for example a USB stick). Apple devices and MTP devices (such as smartphones) are not recognized as USB storage devices.
– iPod/iPhone malfunctions also affect the operation of the MMI. Reset your iPod/iPhone if this happens.
– For important information on operating your iPod/iPhone, refer to the user guide for the device. Audi recommends updating the iPod/iPhone software to the latest version.
– For more information about the Audi music interface and supported devices, check the Audi database for mobile devices at www.audiusa.com/bluetooth or contact an authorized Audi dealer or authorized Audi Service Facility.

## Playing media

### Accessing media

*You can start and operate various media through the MMI control panel.*



**Fig. 213** Diagram: possible sources in the Media menu



**Fig. 214** Diagram: possible sources in the Media menu

Requirement: a media source must contain audio/video* files ⇨ page 223.

▶ Press the MEDIA button. Press the left control button until the sources overview is displayed.
▶ Select and confirm the desired source. Or: press the MEDIA button repeatedly until the desired source is selected.

Depending on the vehicle equipment, the following sources may be displayed in the **Media** menu:

① Jukebox* . . . . . . . . . . . . . . . . . . . . 224
② DVD/CD drive* . . . . . . . . . . . . . . . 223, 224
③ SD card reader . . . . . . . . . . . . . . . 223
④ Audi music interface* . . . . . . . . . . 229
   such as iPod, USB stick
⑤ External audio player . . . . . . . . . . 229
   such as an MP3 player connected to
   the AUX input
⑥ Bluetooth audio player* . . . . . . . 225
⑦ Wi-Fi audio player* . . . . . . . . . . . 226
⑧ Online media* and Internet radio* . . 227

– **Playing audio/video files:** select a source in the **Media** menu > *Category* (such as artists > album > track).
– **Moving one level up in the folder structure:** press the BACK button. Or: select and confirm Folder up.
– **Selecting the previous or next track/chapter* [2]:** press the On/Off knob on the MMI control panel briefly to the left I◀◀ or right ▶▶I.
– **Fast-forwarding and rewinding audio/video* files:** press and hold the On/Off knob on the ▷

[1] Applies only to MTP devices. Does not apply to Apple devices and USB mass storage devices.
[2] Depending on the DVD, this may not be possible during playback.

Media

MMI control panel to the left ◄◄ or right ►► for a longer time.
– **Pausing or resuming playback:** press the On/ Off knob on the MMI control panel briefly.



**Tips**
– You can scroll through long lists quickly by turning the control knob quickly. The scrolling speed depends on the number of list entries.
– For safety reasons, the video image is only displayed when the vehicle is stationary. Only the sound from the video plays while driving.

### Media center

*Various categories for selecting audio/video\* files are available in the media center.*



Fig. 215  Example: USB stick categories



Fig. 216  Example: USB stick categories

▶ Press the MEDIA button. Press the left control button until the sources overview is displayed. Select and confirm the desired source.

① **Active source**
The active source is highlighted. The active source symbol ① may change depending on the connected device, the online media service\* or Internet radio\*. As an example, a USB stick is

shown ⇨ *fig. 215* connected to the Audi music interface\*.

Depending on the active source, you can select audio/video files\* from the following categories and add them to the playlist:

② **Favorites**
The **Favorites** category appears if at least one entry is stored in the favorites list. Refer to ⇨ *page 232, Favorites.*

③ **Artists**
All available artists are displayed. Select and confirm an artist, an album and then a track.

④ **Albums**
All available albums are displayed. Select and confirm an album and then a track.

⑤ **Genres**
All available genres are displayed. Select and confirm a genre (such as **Pop**), an artist, an album and then a song.

⑥ **Tracks**
All available tracks are displayed. Select and confirm a track.

⑦ **Folders**
The folder structure or track/chapter list is displayed. Select a folder, if necessary. Select and confirm a track.

⑧ **Playlists**
All available playlists from the source and the smart playlists are displayed. Select and confirm a playlist and then a track.

**Smart playlists:**
– **Last played tracks:** the last tracks played in the selected source are displayed.
– **Most played:** the most played songs in the selected source are displayed.
– **5 stars** to **1 star:** tracks from the selected source are displayed according to their rating.
– **Unrated:** all files from the selected source without rating information (for example, in the ID3 tag) are displayed.

Media

⑨ **Videos\***
All available video files are displayed. Select and confirm a video file.

**Tips**
– Only the categories supported by the medium are available. For example, CD/DVD-ROM tracks cannot be selected with categories such as **Artists, Albums** or **Genres**. With an iPod (source: Audi music interface ⇨ *page 228*), the **Podcasts, Audio books** and **Composers** categories are also available.
– For safety reasons, the video image is only displayed when the vehicle is stationary. Only the sound from the video plays while driving.
– When synchronizing a portable device with "Cloud" services, playlists may display incorrectly in the MMI. Use the media center in the device.

### Free text search
Applies to: vehicles with free text search

*You can search in the active source by tracks and video files\*, for example*



Fig. 217  Input field and results list for free text search

You can open the **free text search** depending on the selected source.

Requirement: the playlist ⇨ *page 232* or media center ⇨ *page 231* must be displayed.

**Opening free text search**
▶ Keep turning the control knob to the left until the **free text search** input field ① ⇨ *fig. 217* appears. Or: push the control knob up.

**Using the free text search:** see ⇨ *page 166, Free text search.*

Entries that contain the entered search term are listed in the results list ⑤ ⇨ *fig. 217*. You can search for artists ② ⇨ *fig. 217*, albums ③ or tracks ④ as well as genres and videos.

**Tips**
– It will then search through the files in the active source.
– If you open free text search in the **Folders** category ⑦ ⇨ *page 231, fig. 216* or the **Composers, Podcasts** and **Audio books** categories, it will only search through the files in that folder.

### Playlist



Fig. 218  Example: playlist

The track, artist, album and album cover, if applicable, will appear in the playlist ⇨ *fig. 218.*

**Options menu**
Refer to ⇨ *page 233, Additional settings.*

### Favorites

*Up to 50 entries for every media source can be stored in any order in the favorites list.*

Requirement: the playlist or media center must be open.
– Select the desired entry from the playlist or media center.
– Select: right control button > **Store as favorite**. Or: press and hold the control knob for several seconds.

Media

When you store a track as a favorite, the associated album will appear in the favorites list as an entry.

Requirement: at least one entry must be stored in the favorites list.

**Displaying the favorites list:** press the MEDIA button. Press the left control button until the sources overview ⇨ *page 230* is displayed. Select the source that contains the *categories* ⇨ *page 231* (for example, SD card). Select the *Fa-vorites category*.

Requirement: the favorites list must be displayed.
– **Listening to a preset:** select and confirm *a pre-set from the list.*
– **Move favorite:** select *a favorite from the list* > right control button > **Move favorite.** Select and confirm the location of the selected preset.
– **Deleting a favorite:** select *a favorite from the list* > right control button > **Delete favorite** > **Delete this favorite** or **Delete all favorites.**

## Additional settings

**Options menu**

Context-specific functions and settings are available depending on the selected source.
▸ Press the right control button.

**Sound settings**
Refer to ⇨ *page 245.*

**Input level**
Requirement: a mobile device must be connected to the AUX connection cable or to a USB adapter ⇨ *page 228, Multimedia connections.*

The volume of the mobile device is adapted to the MMI. Audi recommends adjusting the volume on the mobile device to 70% of the maximum volume output.

**Bluetooth settings**
Refer to ⇨ *page 244.*

[1] The function automatically switches off when the source is changed.

**Wi-Fi settings\***
Refer to ⇨ *page 195, Wi-Fi hotspot.*

**Connection manager**
Refer to ⇨ *page 242.*

**Additional track information**
With the function switched on ☑ and a playlist open, various information about the current track (such as artist, album and album cover\*) as well as the playing time and the remaining playing time are displayed.

**Jukebox memory capacity\***
Information on the Jukebox memory capacity and the number of stored tracks in the Jukebox is displayed.

**Change playing position**
Turn the control knob to the left or to the right. Or: move your finger across the MMI touch control pad\* from left to right.

**Shuffle**[1]
With the function switched on ☑, all files in the playlist are played and shown in random order.

**Repeat track**[1]
When the function is switched on ☑, the current track repeats.

**Back to 'Playback'**
The options menu is closed. The track currently playing appears in the playlist.

**Play similar music\***
The track currently playing is quickly analyzed (such as artists, genres, mood, beat) and a smart playlist with similar tracks is shown.

**Play more...**
A smart playlist is shown based on the track currently playing. You can select between a playlist with more tracks **by this artist, from this album** or of **this genre.**

**Copy to jukebox\***
Refer to ⇨ *page 224, Adding files to the Jukebox.*

**Set as ringtone\***[1]
Requirement: a cell phone must be connected to the MMI. The track currently playing must be in the Jukebox\* ⇨ *page 224.*

The selected track will be used as the ringtone for incoming calls.

**Gracenote online database\***
Requirement: the MMI must be connected to the Internet.

Depending on availability, various information will load about the track currently playing when this function is switched on ☑.

**Favorites**
Refer to ⇨ *page 232.*

**Additional options**
Requirement: the vehicle must be stationary and a video file\* or a DVD\* must be playing.

**Parental control\***
Playback of video DVDs can be restricted using parental control.

Enter the password for parental control. Password set at the factory: **1234.** You have the following options:

– **Protection level:** select and confirm the protection level (for example, Level 5). Eight different protection levels can be set for parental control. If you set the parental control level at Level 5, all DVDs from level 1-5 can be played. Video DVDs with a higher level will not play. Select **Unrestricted** to remove all of the restrictions.
– **Change password:** edit the current password.

**Switch to full screen**
The video image is displayed. Turn the control knob to display the playlist. Or: press the BACK button.

**Replay video**[2]
When this function is switched on ☑, the current video will replay.

**Show DVD menu**
The DVD main menu opens in the Infotainment system display.

– **Selecting a menu item:** select and confirm a menu item. Or: move your finger on the MMI touch control pad\* and press the control knob.

**Audio track**[3]
You can manually set the audio track (language and audio format). The language and audio format options depend on the video DVD.

**Subtitles**[3]
You can set subtitles for playback manually. The languages available depend on the DVD.

**Aspect**
Audi recommends the **Automatic** setting for the picture format. You can set the picture format depending on the active file or source (for example video file\*, DVD\*).

[1] This function is not available for all cell phones.
[2] The function automatically switches off when the source is changed.
[3] Depending on the DVD, this may not be possible during playback.

233

234

Media

| Picture format | Description |
|---|---|
| Automatic | The MMI detects the picture format of the source and displays the image in the optimum ratio. Black bars may appear on the sides of the display, depending on the source format and the Infotainment system display that is installed. |
| Zoom | The image is enlarged to fill the entire Infotainment system display. Switch the function off if the image is distorted. |
| Cinemascope | Use this setting for films in cinema format 21:9. Black bars are shown in the upper and lower edges of the Infotainment system display. |
| Original | The image is displayed in the ratio of the source format. Select this option if the image is distorted or a section of the image is cut off when Auto is selected. |

| Picture format | Description |
|---|---|
| 4:3 | The image is fixed in the 4:3 picture format. Black bars are shown on the sides of the Infotainment system display. |
| 16:9 | The image is fixed in the 16:9 picture format. Black bars are shown in the upper and lower edges of the Infotainment system display. |

(i) Tips
– Not all video DVDs have parental control.
– The protection levels for the **Parental control** are based on the US standards from the Motion Picture Association of America (MPAA). Note that the age levels for video DVDs in European countries may differ.
– Password entry for **Parental control** will be locked for approximately one minute if you enter the incorrect password three times in a row. The password can only be reset by an authorized Audi dealer.

## Supported media and file formats

**Overview**

The Jukebox*, SD card reader and the USB storage device* connection support the following audio/video file properties:

| | Audio files | Video files* |
|---|---|---|
| Supported media | **SD/SDHC/SDXC/MMC memory cards:** with a capacity of up to 128 GB **DVD drive:** audio CDs (up to 80 min) with CD text (artist, album, song)*, CD-ROMs with a capacity of up to 700 MB; DVD±R/RW; DVD video; DVD audio with audio tracks that are compatible with a DVD video player; **Audi music interface:** mobile devices (such as an iPod ⇨ page 228, MTP player, USB storage device in "USB Device Subclass 1 and 6" that conforms to USB 2.0: USB sticks, USB MP3 players (Plug-and-Play-capable), external USB flash drives and hard drives | |
| File system | **Memory cards:** exFAT, FAT, FAT32, NTFS **USB storage device:** FAT, FAT32, NTFS **USB storage device partitions (primary/logical\*:** 2 per USB-connection **CD/DVD file system:** ISO9660, Joliet, UDF | |
| Metadata | **Album cover:** GIF, JPG, PNG with max. 800x800 px. The album cover from the medium or from Gracenote* is displayed, depending on availability. | |

Media

| Format | MPEG 1/2 Layer 3 | Windows Media Audio 9 and 10 | MPEG 2/4 | FLAC | MPEG 1/2 | MPEG4 AVC (H.264) | Windows Media Video 9 |
|---|---|---|---|---|---|---|---|
| | Audio files | | | | Video files* | | |
| File extension | .mp3 | .wma | .m4a; .m4b; .aac | .flac | .mpg; .mpeg | .mp4; .m4v; .mov; .avi | .wmv; .asf |
| Playlists | .M3U; .PLS; .WPL; .M3U8; .ASX | | | | | | |
| Characteristics | up to maximum 320 kbit/s and 48 kHz sampling frequencies | | | 48 kHz sampling frequency | up to maximum 2,000 kbit/s and 720x576 px. at maximum 25fps | | |
| Number of files | **DVD drive*:** max. 1,000 files per medium **Jukebox*:** approximately 10 GB memory capacity; max. 3,000 files can be imported **USB storage device and memory cards:** max. 10,000 files per medium; max. 1,000 files per playlist/directory | | | | | | |

(i) Tips
– The media drives do not support the Windows Media Audio 9 Voice format.
– For compressing MP3 files, Audi recommends a bit rate of at least 160 kbit/s. The display showing the remaining play time may differ for audio files with variable bit rate.
– Special characters (such as those in ID3 tag information) display differently depending on the system language and cannot always be guaranteed.
– The manufacturer of the storage device can provide information about its "USB Device Subclass".
– Some MTP player functions are not supported, such as rating music tracks and video playback.

**CD drive**

Applies to: vehicles with a CD drive

The following audio file properties are supported by the CD drive:

| | Audio files | | | |
|---|---|---|---|---|
| Supported media | Audio CDs (up to 80 min) with CD text (artist, album, track)*, CD-ROMs with a capacity of up to 700 MB | | | |
| File system | CD file system: ISO9660, Joliet, UDF | | | |
| Metadata | Album cover: GIF, JPG, PNG with max. 800x800 px. The album cover from the medium may be displayed, depending on availability. | | | |
| Format | MPEG 1/2 Layer 3 | Windows Media Audio 9 and 10 | MPEG 2/4 | FLAC |
| File extension | .mp3 | .wma | .m4a; .m4b; .aac | .flac |

Media

Media

| Audio files | | |
|---|---|---|
| Playlists | .M3U; .PLS; .WPL; .M3U8; .ASX | |
| Characteristics | up to maximum 320 kbit/s and 48 kHz sampling frequencies | 48 kHz sampling frequency |
| Number of files | Maximum 1,000 files per medium | |

 **Tips**

– For compressing MP3 files, Audi recommends a bit rate of at least 160 kbit/s. The display showing the remaining play time may differ for audio files with variable bit rate.

– Special characters (such as those in ID3 tag information) display differently depending on the system language and cannot always be guaranteed.

## Troubleshooting

| Problem | Solution |
|---|---|
| Audi music interface/Bluetooth audio player*: mobile device is not supported. | Read the instructions in the chapter ⇨ page 228, Multimedia connections/⇨ page 225, Bluetooth audio player. You can learn about supported mobile devices in the Audi database for mobile devices at www.audiusa.com/bluetooth. |
| Audi music interface: the volume is too high/too low when starting playback through the AUX input. | Adjust the volume of the mobile device to approximately 70% of the maximum output ⇨ page 233, Input level. |
| Audi music interface: the portable device is not recognized as a source. | For many cell phones or mobile devices, playback is not possible when the battery level is too low (less than 5% of its capacity). The mobile device will only be recognized as a source in the MMI after connecting if the battery charge is sufficient. |
| Audi music interface: malfunctions during audio playback through an iPod/iPhone. | The Bluetooth audio player function is switched on. Switch this function off ⇨ page 244 when you are not using the Bluetooth audio player. |
| Audi music interface: contents that are changed on a mobile device a) connected to the Audi music interface are not displayed in the media center. | Reset the Media settings to the factory default settings ⇨ page 242. |
| AUX input: there is static when connecting and disconnecting the AUX connection cable. | When connecting and disconnecting, the External audio player source is already selected. Before connecting or disconnecting the mobile device, either mute the device (see ⇨ page 245) or switch to a different audio source (for example ⇨ page 217, Opening the radio). |
| Bluetooth audio player*/Wi-Fi audio player*: audio playback interference. | Only one interface should be actively used at a time to ensure problem-free playback. |

| Problem | Solution |
|---|---|
| Wi-Fi audio player*: audio playback interference. | Audio playback interference can occur on some cell phones if the Internet connection in the vehicle was not established through the SIM card reader on the MMI control panel and the mobile data option on the cell phone is switched on. Deactivate the mobile data option on your cell phone. |
| Jukebox*: tracks on the imported playlist are grayed out. | When importing playlists, all of the files themselves must be imported. |
| Jukebox*: imported tracks cannot be played or found. | If you cannot find imported tracks in the media center, they may not be supported. Only copy supported files ⇨ page 235 to the Jukebox. |
| Wi-Fi audio player*: multiple devices are connected to the Wi-Fi hotspot. A media player (such as a smartphone) appears as the source and cannot be changed. | Close the Audi MMI connect app on the connected devices (for example, smartphones) that are not being used as the Wi-Fi audio player*. Likewise, close the UPnP server apps or the media permissions on the integrated UPnP/DLNA server. Connect the desired device as a Wi-Fi audio player* ⇨ page 226. |
| Online media*: connection failed between the MMI and the Audi MMI connect app. | To establish a connection to the MMI, the MMI connection switch must be switched on in the Audi MMI connect app status screen. |
| Audi music interface: contents that are changed on a mobile device connected to the Audi music interface are not displayed in the media center. | Reset the Media settings to the factory default settings ⇨ page 242. |
| Bluetooth audio player*: interference with track display and audio playback. | Playback interference can occur when using the Bluetooth audio player if a music player app from a third party provider is open. Audi recommends using the integrated media player on your Bluetooth device (such as a smartphone). |
| Wi-Fi hotspot*: your Wi-Fi device is disconnected from the Wi-Fi hotspot. | Make sure the network optimization functions are switched off in the Wi-Fi settings or in the network settings for your Wi-Fi device. For additional information refer to the user guide for your Wi-Fi device. |
| Audi music interface: audio playback through the connected mobile device is not possible. | Make sure the USB mode MTP is selected in the settings on your mobile device. |

a) Applies only to MTP devices. Does not apply to Apple devices and USB mass storage devices.

8V2012721BB

# Audi smartphone interface

## Setup

Applies to: vehicles with Audi smartphone interface

*You can connect your smartphone to the MMI using the Audi smartphone interface. Certain content on your smartphone is adapted to the Infotainment system display while driving and can be operated through the MMI control panel.*

**Requirement:**

The vehicle must be stationary and the ignition must be switched on.

iPhone generation 5 or higher with Lightning connector and iOS 7.1.2 operating system or higher. Or:

Smartphone with Android Auto app and Android 5.0 Lollipop operating system or higher.

- Connect your smartphone to the Audi music interface ⇨ *page 229* using a USB adapter ⇨ *page 228, fig. 211*.
- Select and confirm **Activate Apple CarPlay** or **Activate Android Auto now**.
- Follow the system instructions.
- Pay attention to any additional system prompts on your smartphone if applicable.

If you chose not to use Apple CarPlay or Android Auto when connecting your smartphone for the first time, you can start the Audi smartphone interface later on using the **Connection manager**.

- Select: [MENU] button > **Audi smartphone interface** > **Change to connection manager**.
- Connect your smartphone to the Audi music interface using a USB adapter ⇨ *page 228, fig. 211*.
- Select and confirm **Audi smartphone:** in the **Connection manager** ⇨ *page 242*. You can select your smartphone in the list of devices that are already paired ⇨ *page 243*.
- Follow the system instructions.

**(!) Note**

Always follow the information found in ⇨ (!) *in Wi-Fi hotspot on page 195*.

**(i) Tips**

- The functions that can be used depend on the following factors, among others:
  - the brand of your smartphone
  - the version of the operating system in your smartphone
  - the software version of the app used
  - the USB adapter cable and correct connection
  - your cell phone service provider
  - the customized settings on your smartphone
- One of the factors above or a combination of any of them could cause your smartphone to be incompatible with the Audi smartphone interface. Compatibility cannot be guaranteed for all types of smartphones. For more information and assistance, refer to the user guide and the manufacturer of your smartphone.
- If the connected smartphone has voice control, you can operate your smartphone using the external voice recognition system ⇨ *page 175*.
- The menu language shown in the MMI is based on the settings in your smartphone.
- The time displayed in the MMI is based on the settings in your smartphone.
- Several MMI functions are not available when Apple CarPlay or Android Auto is active.
- You cannot connect any mobile devices via Bluetooth when an Apple CarPlay connection is active.
- When the Apple CarPlay connection is active, **Tag this song for iTunes***[1] is not available ⇨ *page 218*.

[1] In preparation at the time of printing.

8V2012721BB

## Operating

Applies to: vehicles with Audi smartphone interface

### Opening a menu

**Apple CarPlay**: you can go back to the Apple CarPlay main menu regardless of the selected menu item by pressing and holding the [BACK] button.

**Android Auto**: to go back to the Android Auto menu bar, push the control knob down.

### Opening a menu item

Select and confirm a menu item using the MMI control panel.

## Troubleshooting

Applies to: vehicles with Audi smartphone interface

| Problem | Solution |
|---|---|
| **Audi smartphone interface** cannot be opened. | Check the charge level of your smartphone battery.<br>Check the USB cable and use a different one if necessary.<br>Check if Android Auto or Apple CarPlay is available in your country.<br>Check if the Android Auto app is installed on your smartphone. |
| **Connecting** the smartphone to the MMI failed. | Check if you are using the correct USB adapter and if the USB adapter is connected correctly to your smartphone and the Audi music interface ⇨ *page 228*.<br>Check if Apple CarPlay is activated on your smartphone.<br>Check in the Android Auto app if Android Auto permits new vehicles. |
| The smartphone is not automatically detected. | Check if you are using the correct USB adapter and if the USB adapter is connected correctly to your smartphone and the Audi music interface ⇨ *page 228*.<br>Check if the requirements needed to connect a smartphone have been met. |

## System settings

### Setting the date and time

*You can set the clock time manually or using the GPS\*.*

▸ Select: MENU button > **Settings** > left control button > **MMI settings** > **Date & time**.
▸ Or: select: MENU button > **Vehicle** > left control button > **Vehicle settings** > **Date & time**.

#### Automatic setting

When this function is switched on ☑, the time and date are automatically set.

#### Time

Requirement: the **Automatic setting** must be switched off.

Press the control knob. You can set the **Time** manually by turning and pressing the control knob.

#### Date

Requirement: the **Automatic setting** must be switched off.

Press the control knob. You can set the **Date** manually by turning and pressing the control knob.

#### Time zone

When selecting the appropriate time zone, a sampling of countries in this zone will be listed.

#### Automatic time zone\*

When this function is switched on ☑, the time will automatically adjust to the corresponding time zone.

#### Automatic daylight saving time\*

When this function is switched on ☑, the time will automatically switch to daylight saving time.

#### Time format

If you select **24h**, the clock will display, for example, **13:00**. If you select **AM/PM**, the clock will display, for example, **1:00 PM**.

#### Date format

If you select DD.MM.YYYY, the date display will show, for example, **31.08.2017**. If you select MM/DD/YYYY, the date display will show, for example, **08/31/2017**. If you select YYYY-MM-DD, the date display will show, for example, **2017-08-31**.

## MMI settings

▸ Select: MENU button > **Settings** > left control button > MMI settings.

#### Language

You can change the display language as well as the language for the voice guidance\* and voice recognition system\*.

The number of languages available depends on the market.

#### Measurement units

The following units can be selected:

– **Speed** (mph or km/h)
– **Distance** (miles or kilometers)
– **Temperature** (°F or °C)
– **Fuel consumption** (l/100km, mpg (US), mpg (UK) or km/l)
– **Volume** (liters, gallons)

#### Tool tips

When this function is switched on ☑, your MMI shows you tips for input. The frequency of how often it displays decreases with time.

#### Speech dialog system

*Applies to: vehicles with voice recognition system*

Depending on vehicle equipment, the following functions may be available:

**Command display:** when this function is switched on ☑, the MMI will show you the possible commands for voice input in the respective menu.

**Short dialog:** when this function is switched on ☑, a shorter form of the prompts is used.

**Command during voice output\*:** this function is switched on at the factory. When this function is ▸

switched on ☑, you can say new commands during announcements. You do not need to wait for the signal tone (beep) during an announcement. When the function is switched off ☐, you need to wait for the signal tone (beep) to say a new command.

**Volume:** you can adjust the volume of the prompts by turning the control knob.

**Speech training** (only when the vehicle is stationary): you can adapt the voice recognition system to your voice or pronunciation in order to improve the system's ability to recognize your speech. Individual training is comprised of 20 speech entries that consist of commands and sequences of numbers. You can delete the programmed voice training with the **Reset individual speech training** function.

#### Display brightness

**Display brightness:** you can adjust the brightness of the Infotainment system display by turning the control knob.

#### Factory settings

The following functions can be reset to the factory default settings:

– **Sound settings**
– **Radio**
– **Media settings**
– **Jukebox\***
– **Directory**
– **Telephone**
– **Bluetooth and Wi-Fi\***
– **Navigation settings\***
– **Navigation and online memory\***
– **Speech dialog system\***
– **Message settings\***
– **Apps\***
– **Tool tips**
– **Audi connect\***
– **Audi smartphone interface\***

You can select the desired functions individually or all at once with the option **Select all entries**. Select and confirm **Restore factory settings**.

> ### (i) Tips
>
> – Make sure that not only the settings were deleted but also the stored data, if applicable.
> – If you reset the **Navigation and online memory\***, **Apps\*** or **Audi connect\*** to the factory default settings, the system automatically restarts after approximately 20 seconds. The Infotainment system display will be black for several minutes when restarting.
> – Please note that the voice recognition system\* is not available in Cabriolets.

## Connection manager

**Introduction**

*The connection manager gives you an overview of your connected devices and their network status.*



Fig. 219 Connection manager

▸ Select: MENU button > **Settings** > left control button > **MMI settings** > **Connection manager**.
▸ Select and confirm a menu item.

If a mobile device was already connected and you select and confirm the corresponding menu item, the device name and connection mode are displayed under the menu item ⇨ *fig. 219*.

You can individually **Connect** (☑) or **Disconnect** (☐) a paired device.

**Using the telephone**

*Applies to: vehicles with telephone*

– **Connect new device:** search for and connect a cell phone. ▸

System settings

– **List of devices already paired**: select your cell phone from the list of all the devices that are already paired.

### Secondary telephone

– **Connect new device**: search for and connect a cell phone.
– **List of devices already paired**: select your cell phone from the list of all the devices that are already paired.

### Data connection

Applies to: vehicles with Audi connect (Infotainment)

The data connection is made using the embedded SIM card ⇨ page 190. You do not need to adjust any additional settings.

>  **Note**
>
> Always follow the information found in ⇨ ① in Wi-Fi hotspot on page 195.

### MMI connect app

Applies to: vehicles with Audi connect (Infotainment)

Requirement: the Audi MMI connect app must be installed and open on your mobile device.

– **Connect new device**: search for and connect a mobile device (such as a smartphone).
– **List of devices already paired**: select your mobile device from the list of all the devices that are already paired.

### Music

Applies to: vehicles with Bluetooth or Wi-Fi audio player

**Audio player***

Requirement: the Bluetooth function and visibility must be switched on in the MMI ⇨ page 244 and on the cell phone.

– **Connect new device**: press the control knob. Select **Bluetooth audio player**. Search for and connect a mobile device.
– **List of devices already paired**: select a Bluetooth device from the list of all the devices that are already paired.

**Wi-Fi audio player***

Requirement: the Wi-Fi hotspot* on the MMI ⇨ page 195 and on your cell phone must be switched on.

– **Connect new device**: press the control knob. Search for and connect a Wi-Fi capable device.
– **Disconnect Wi-Fi audio player**: deactivate the Wi-Fi on your Wi-Fi capable device. The device will be automatically removed from the list.

> ① **Note**
>
> Always follow the information found in ⇨ ① in Wi-Fi hotspot on page 195.

### Directory

Applies to: vehicles with telephone

Display contacts from a cell phone (or an additional cell phone).

Requirement: no cell phones can be connected to the MMI using the **Handsfree** profile.

– **Connect new device**: search for and connect a new cell phone.
– **List of devices already paired**: select your cell phone from the list of all the cell phones that are already paired.

### Audi smartphone

Applies to: vehicles with Audi smartphone interface

– Connect your cell phone to the Audi music interface ⇨ page 229 using a USB adapter ⇨ page 228, fig. 211.
– Select your cell phone from the list of cell phones that have already been connected.

### Additional options

Depending on the selected function, you can use the right control button to access the available additional options in the connection manager.

### Delete Bluetooth device*

The selected cell phone/mobile device is disconnected from the MMI and is removed from the list of all devices that are already paired. ▶

**Show Bluetooth profiles***

You can **Connect** or **Disconnect** the Handsfree, Messages*, Directory/contacts and Bluetooth audio player profiles separately.

**Bluetooth settings***

– **Bluetooth**: select and confirm a setting for the Bluetooth connection visibility. Select **Visible** for the MMI to be visible to other devices. Select **Invisible** for the MMI to not be visible to other devices. However, it is still possible to establish a Bluetooth connection with paired devices when the visibility is switched off. Select **Off** to turn visibility off. Then a Bluetooth connection is not possible.
– **Bluetooth audio player**: when this function is switched on ☑, the Bluetooth audio player is available as a source in the **Media** menu.
– **Bluetooth name**: the MMI Bluetooth name (for example „AUDI MMI 2017") is displayed and can be changed.

**Online settings***

– **Data usage counter**: the amount of data packets that are sent and received through the MMI is displayed. You can reset the data usage information to zero using the **Reset data counter** option.
– **Network status**: the mobile network provider for data service as well as the network status are displayed.

**Wi-Fi settings***

Refer to ⇨ page 195, Wi-Fi hotspot.

**Storing as a default telephone**

Applies to: vehicles with telephone

Requirement: a cell phone must be connected to the MMI ⇨ page 177.

As soon as the cell phone is in range and the Bluetooth function on the cell phone and in the MMI is switched on, this cell phone is given priority over the other Bluetooth devices and is connected directly to the MMI. The connected cell phone is displayed first in the device list.

**Network settings***

– **Login**: you can chose an **automatic** login to your cell phone service provider's network, or you can choose a **manual** login from the list of available networks.
– **Network selection**: available networks in the present location can be selected under network selection. This function is only available for the **Manual** login setting.

**Apple CarPlay sound settings/Android Auto sound settings**

Applies to: vehicles with Audi smartphone interface

Refer to ⇨ page 245.

**About Apple CarPlay/About Android Auto**

Applies to: vehicles with Audi smartphone interface

Here you will find legal information regarding the use of Apple CarPlay or Android Auto and information about device-specific data exchange.

**Delete CarPlay device/Delete Android Auto device**

Applies to: vehicles with Audi smartphone interface

Requirement: your cell phone must not be connected to the Audi music interface with a USB adapter.

To remove your cell phone from the list of all cell phones that are already paired, select and confirm **Delete CarPlay device** or **Delete Android Auto device**.

>  **Tips**
>
> Some SIM cards do not allow the SIM PIN queries to be switched off.

## System update

▶ Select: MENU button > **Settings** > left control button > **System maintenance**.

– **System update**: slide the storage device with the update data into the appropriate drive ⇨ page 223. Select and confirm the drive > **Start update**. The length of the process depends on the size of the update.
– **Reset driver installation**: the selected media driver package is reset to the settings at the time of delivery. ▶

8V0012772188

– **Version information**: information on the MMI software version and the navigation database* software version is displayed. The **Software information** function also provides information on the software contained in the MMI and the licensing agreement.

## Sound settings

*The sound distribution and volume of the MMI can be adjusted individually. The settings depend on vehicle equipment.*

Fig. 220 Adjusting the balance/fader

▸ Select: [MENU] button > **Sound** > left control button > **Entertainment**.

### Treble / Bass

You can adjust the **Treble** and **Bass** settings by turning the control knob. The changed settings only apply for the audio source that is active at the time. This allows you to adjust the sound settings for each audio source separately.

### Balance/fader (Sound focus)

– **Adjusting the sound distribution to the left or right**: press the control knob. Turn the control knob to the left or right to the desired position.
– **Adjusting the sound distribution to the front or rear**: press the control knob again. Turn the control knob to the left or right to the desired position.
– **Adjusting the sound distribution ratio with the MMI touch***: move your finger in the desired direction on the MMI touch control pad.

### Sound effects

Select and confirm a **Focus** setting:

– **All**: all speakers in the vehicle are active (symmetrical sound distribution).
– **Front**: only the speakers in the front of the vehicle are active.
– **Rear***: only the speakers in the rear of the vehicle are active.

### Surround level

You can adjust the surround sound by turning the control knob.

### Subwoofer

You can adjust the subwoofer by turning the control knob.

### Speed dependent volume control*

You can adjust the playback volume to the level of noise inside the vehicle by turning the control knob.

## Volume settings

### Adjusting the volume

*The volume of an audio source or a system message (for example, from the voice recognition system*) can be adjusted directly while the sound is playing using the On/Off knob.*

– **Increasing or decreasing the volume**: turn the On/Off knob ① ⇨ *page 158, fig. 161* to the right or left.
– **Muting or pausing**: press the On/Off knob briefly. **Or**: turn the On/Off knob to the left until the symbol ⑫ ⇨ *page 167* appears. An active audio/video source is stopped.
– **Unmuting or resuming**: press the On/Off knob briefly. **Or**: turn the On/Off knob to the right.

**⚠ WARNING**

To reduce the risk of an accident, adjust the volume of the audio system so that audible signals from outside the vehicle, such as police and fire sirens, can be heard easily at all times.

**ⓘ Tips**

Volumes that are too high or too low are automatically adjusted to a set level when the MMI is switched on.

8V2012721BB

### Adjusting the system volume

▸ Select: [MENU] button > **Sound** > left control button.

### Telephone

Applies to: vehicles with telephone

**Mute telephone**: messages and ringtones are set to mute.

**Ringtone**: see ⇨ *page 187*, **Ringtone and volume settings**.

**Ringtone volume**: you can adjust the volume of the selected ringtone by turning the control knob.

**Message volume**: you can adjust the volume of the notification for an incoming text message by turning the control knob.

**Microphone input level**: you can adjust the call volume during a phone call by turning the control knob.

### Navigation

Applies to: vehicles with navigation system

**Voice guidance**: see ⇨ *page 209*.

**Voice guidance during phone call**: see ⇨ *page 209*.

**Voice guidance volume**: you can adjust the voice guidance volume by turning the control knob. **Or**: you can adjust the voice guidance volume during active route guidance by turning the On/Off knob.

**Entertainment fader**: the volume of audio playback can be temporarily lowered when the parking system or voice guidance is active.

### Voice recognition system

Applies to: vehicles with voice recognition system

**Command display**: see ⇨ *page 241*.

**Short dialog**: see ⇨ *page 241*.

**Volume**: see ⇨ *page 241*.

**Speech training**: see ⇨ *page 241*.

### Parking aid*

You can adjust the volume of the signal tone by turning the control knob.

– **Adjusting the Front volume**: select and confirm **High**, **Medium** or **Low**.
– **Adjusting the Rear volume**: select and confirm **High**, **Medium** or **Low**.

### MMI touch*

You can adjust the volume of the prompts for the MMI touch* by turning the control knob.

## Restarting the MMI

Fig. 221 Button combination to restart the system

▸ Briefly press the control knob and both buttons *at the same time* to immediately open the menu upward ⇨ *fig. 221*.

## Software license information

**Information on the software contained in the MMI and the license agreement.**

– Select: [MENU] button > **Settings** > left control button > **System maintenance** > **Version information**.
– **Or**: online at **www.audiusa.com/softwareinfo**.

**Information on the software contained in the instrument cluster and the license agreement.**

Press the reset button twice within five seconds of switching the ignition on.[1]

[1] Not available in all vehicles.

# Driving safety

## Basics

### Safe driving habits

*Please remember - safety first!*

This chapter contains important information, tips, instructions and warnings that you need to read and observe for your own safety, the safety of your passengers and others. We have summarized here what you need to know about safety belts, airbags, child restraints as well as child safety. Your safety is for us *priority number 1*. Always observe the information and warnings in this section - for your own safety as well as that of your passengers.

The information in this section applies to all model versions of your vehicle. Some of the features described in this sections may be standard equipment on some models, or may be optional equipment on others. If you are not sure, ask your authorized Audi dealer.

⚠️ **WARNING**

- Always make sure that you follow the instructions and heed the WARNINGS in this Manual. It is in your interest and in the interest of your passengers.
- Always keep the complete Owner's Literature in your Audi when you lend or sell your vehicle so that this important information will always be available to the driver and passengers.
- Always keep the Owner's literature handy so that you can find it easily if you have questions.

### Safety equipment

*The safety features are part of the occupant restraint system and work together to help reduce the risk of injury in a wide variety of accident situations.*

Your safety and the safety of your passengers should not be left to chance. Advances in technology have made a variety of features available to help reduce the risk of injury in an accident.

The following is a list of just a few of the safety features in your Audi:

– sophisticated safety belts for driver and all passenger seating positions,
– safety belt pretensioners,
– safety belt height adjustment systems for the front seats*,
– front airbags,
– knee airbags for the front seats*
– side airbags in the front seats and outer rear seats*,
– side curtain airbags with ejection mitigation features*,
– special LATCH anchorages for child restraints,
– head restraints for each seating position,
– adjustable steering column.
– pre sense* (preventative passenger protection)

These individual safety features, can work together as a system to help protect you and your passengers in a wide range of accidents. These features cannot work as a system if they are not always correctly adjusted and correctly used.

**Safety is everybody's responsibility!**

### Important things to do before driving

*Safety is everybody's job! Vehicle and occupant safety always depends on the informed and careful driver.*

For your safety and the safety of your passengers, **before driving always**:

▸ Make sure that all lights and signals are operating correctly.
▸ Make sure that the tire pressure is correct.
▸ Make sure that all windows are clean and afford good visibility to the outside.
▸ Secure all luggage and other items carefully ⇨ page 66, ⇨ page 65.
▸ Make sure that nothing can interfere with the pedals.
▸ Adjust front seat, head restraint and mirrors correctly for your height.
▸ Instruct passengers to adjust the head restraints according to their height.          ▸

▸ Make sure to use the right child restraint correctly to protect children ⇨ page 292, *Child safety.*
▸ Sit properly in your seat and make sure that your passengers do the same ⇨ page 61, *Front seats.*
▸ Fasten your safety belt and wear it properly. Also instruct your passengers to fasten their safety belts properly ⇨ page 258.

### What impairs driving safety?

*Safe driving is directly related to the condition of the vehicle, the driver as well as the driver's ability to concentrate on the road without being distracted.*

The driver is responsible for the safety of the vehicle and all of its occupants. If your ability to drive is impaired, safety risks for everybody in the vehicle increase and you also become a hazard to everyone else on the road ⇨ ⚠️. Therefore:

▸ Do not let yourself be distracted by passengers or by using a cellular telephone.
▸ NEVER drive when your driving ability is impaired (by medications, alcohol, drugs, etc.).
▸ Observe all traffic laws, rules of the road and speed limits and plain common sense.
▸ ALWAYS adjust your speed to road, traffic and weather conditions.
▸ Take frequent breaks on long trips. Do not drive for more than two hours at a stretch.
▸ Do NOT drive when you are tired, under pressure or when you are stressed.

⚠️ **WARNING**

Impaired driving safety increases the risk of serious personal injury and death whenever a vehicle is being used.

## Correct passenger seating positions

### Proper seating position for the driver

*The proper driver seating position is important for safe, relaxed driving.*



Fig. 222 Correct seating position

For your own safety and to reduce the risk of injury in the event of an accident, we recommend that you adjust the driver's seat to the following position:

▸ Adjust the driver's seat so that you can easily push the pedals all the way to the floor while keeping your knee(s) slightly bent ⇨ ⚠️.
▸ Adjust the angle of the seatback so that it is in an upright position so that your back comes in full contact with it when you drive.
▸ Adjust the steering wheel so that there is a distance of at least 10 inches (25 cm) between the steering wheel and your breast bone ⇨ fig. 222. If not possible, see your authorized Audi dealership about adaptive equipment.
▸ Adjust the steering wheel so that the steering wheel and airbag cover points at your chest and not at your face.
▸ Grasp the top of the steering wheel with your elbow(s) slightly bent.
▸ For adjustable head restraints: Adjust the head restraint so the upper edge is as even as possible with the top of your head. If that is not possible, try to adjust the head restraint so that it is as close to this position as possible. Move the head restraint so that it is as close to the back of the head as possible.
▸ Fasten and wear safety belts correctly ⇨ page 262.          ▸

▶ Always keep both feet in the footwell so that you are in control of the vehicle at all times.

For detailed information on how to adjust the driver's seat, see ⇨ page 61.

⚠ **WARNING**

Drivers who are unbelted, out of position or too close to the airbag can be seriously injured by an airbag as it unfolds. To help reduce the risk of serious personal injury:
– Always adjust the driver's seat and the steering wheel so that there are at least 10 inches (25 cm) between your breastbone and the steering wheel.
– Always adjust the driver's seat and the steering wheel so that there are at least 4 inches (10 cm) between the knees and the lower part of the instrument panel.
– Always hold the steering wheel on the outside of the steering wheel rim with your hands at the 9 o'clock and 3 o'clock positions to help reduce the risk of personal injury if the driver's airbag inflates.
– Never hold the steering wheel at the 12 o'clock position or with your hands at other positions inside the steering wheel rim or on the steering wheel hub. Holding the steering wheel the wrong way can cause serious injuries to the hands, arms and head if the driver's airbag inflates.
– Pointing the steering wheel toward your face decreases the ability of the supplemental driver's airbag to protect you in a collision.
– Always sit in an upright position and never lean against or place any part of your body too close to the area where the airbags are located.
– Before driving, always adjust the front seats properly and make sure that all passengers are properly restrained.
– For adjustable head restraints: before driving, always also adjust the head restraints properly.
– Never adjust the seats while the vehicle is moving. Your seat may move unexpectedly and you could lose control of the vehicle.

– Never drive with the backrest reclined or tilted far back! The farther the backrests are tilted back, the greater the risk of injury due to incorrect positioning of the safety belt and improper seating position.
– Children must always ride in child safety seats ⇨ page 292. Special precautions apply when installing a child safety seat on the front passenger seat ⇨ page 267.

**Proper seating position for the front passenger**

*The proper front passenger seating position is important for safe, relaxed driving.*

For your own safety and to reduce the risk of injury in the event of an accident, we recommend that you adjust the seat for the front passenger to the following position:

▶ Adjust the angle of the seatback so that it is in an upright position and your back comes in full contact with it whenever the vehicle is moving.
▶ For adjustable head restraints: adjust the head restraint so the upper edge is as even as possible with the top of your head. If that is not possible, try to adjust the head restraint so that it is as close to this position as possible ⇨ page 63. Move the head restraint so that it is as close to the back of the head as possible.
▶ Keep both feet flat on the floor in front of the front passenger seat.
▶ Fasten and wear safety belts correctly ⇨ page 262.

For detailed information on how to adjust the front passenger's seat, see ⇨ page 61.

⚠ **WARNING**

Front seat passengers who are unbelted, out of position or too close to the airbag can be seriously injured or killed by the airbag as it unfolds. To help reduce the risk of serious personal injury:
– Passengers must always sit in an upright position and never lean against or place any part of their body too close to the area where the airbags are located.

– Passengers who are unbelted, out of position or too close to the airbag can be seriously injured by an airbag as it unfolds with great force in the blink of an eye.
– Always make sure that there are at least 10 inches (25 cm) between the front passenger's breastbone and the instrument panel.
– Always make sure that there are at least 4 inches (10 cm) between the front passenger's knees and the lower part of the instrument panel.
– Each passenger must always sit on a seat of their own and properly fasten and wear the safety belt belonging to that seat.
– Before driving, always adjust the front passenger seat properly.
– For adjustable head restraints: before driving, always also adjust the head restraints properly.
– Always keep your feet on the floor in front of the seat. Never rest them on the seat, instrument panel, out of the window, etc. The airbag system and safety belt will not be able to protect you properly and can even increase the risk of injury in a crash.
– Never drive with the backrest reclined or tilted far back! The farther the backrests are tilted back, the greater the risk of injury due to incorrect positioning of the safety belt and improper seating position.
– Children must always ride in child safety seats ⇨ page 292. Special precautions apply when installing a child safety seat on the front passenger seat ⇨ page 267.

**Proper seating positions for passengers in rear seats**

*Rear seat passengers must sit upright with both feet on the floor consistent with their physical size and be properly restrained whenever the vehicle is in use.*

To reduce the risk of injury caused by an incorrect seating position in the event of a sudden braking maneuver or an accident, your passengers on the rear bench seat must always observe the following:

▶ For adjustable head restraints: adjust the head restraint so the upper edge is as even as possible with the top of your head. If that is not possible, try to adjust the head restraint so that it is as close to this position as possible ⇨ page 63.
▶ Keep both feet flat in the footwell in front of the rear seat.
▶ Fasten and wear safety belts properly ⇨ page 262.
▶ Make sure that children are always properly restrained in a child restraint that is appropriate for their size and age ⇨ page 292.

⚠ **WARNING**

Passengers who are improperly seated on the rear seat can be seriously injured in a crash.
– Each passenger must always sit on a seat of their own and properly fasten and wear the safety belt belonging to that seat.
– Safety belts only offer maximum protection when the safety belts are properly positioned on the body and securely latched. By not sitting upright, a rear seat passenger increases the risk of personal injury from improperly positioned safety belts!
– For adjustable head restraints: always adjust the head restraint properly so that it can give maximum protection.

**Proper adjustment of head restraints**

Applies to: vehicles with adjustable head restraints

*Correctly adjusted head restraints are an important part of your vehicle's occupant restraint system and can help to reduce the risk of injuries in accident situations.*



Fig. 223  Head restraint: viewed from the front

8V0012721188

Driving safety

The head restraints must be correctly adjusted to achieve the best protection.

▶ Adjust the head restraint so the upper edge is as even as possible with the top of your head. If that is not possible, try to adjust the head restraint so that it is as close to this position as possible ⇨ fig. 223.
▶ Applies to: forward/back adjustable head restraints: Move the head restraint so that it is as close to the back of the head as possible.
▶ If there is a passenger on the rear center seating position, slide the center head restraint upward at least to the next notch.

Adjusting head restraints ⇨ page 63.

### ⚠ WARNING

All seats are equipped with head restraints. Driving without head restraints or with head restraints that are not properly adjusted increases the risk of serious or fatal neck injury dramatically. To help reduce the risk of injury:
– Always drive with the head restraints in place and properly adjusted.
– Every person in the vehicle must have a properly adjusted head restraint.
– Always make sure each person in the vehicle properly adjusts their head restraint. Adjust the head restraint so the upper edge is as even as possible with the top of your head. If that is not possible, try to adjust the head restraint so that it is as close to this position as possible.
– Applies to: forward/back adjustable head restraints: Move the head restraint so that it is as close to the back of the head as possible.
– Never attempt to adjust head restraint while driving. If you have driven off and must adjust the driver headrest for any reason, first stop the vehicle safely before attempting to adjust the head restraint.
– Children must always be properly restrained in a child restraint that is appropriate for their age and size ⇨ page 292.

### Examples of improper seating positions

*The occupant restraint system can only reduce the risk of injury if vehicle occupants are properly seated.*

Improper seating positions can cause serious injury or death. Safety belts can only work when they are properly positioned on the body. Improper seating positions reduce the effectiveness of safety belts and will even increase the risk of injury and death by moving the safety belt to critical areas of the body. Improper seating positions also increase the risk of serious injury and death when an airbag deploys and strikes an occupant who is not in the proper seating position. A driver is responsible for the safety of all vehicle occupants and passengers for children. Therefore:

▶ Never allow anyone to assume an incorrect seating position when the vehicle is being used ⇨ ⚠.

The following list contains examples of some positions that will increase the risk of serious injury and death. Our hope is that these examples will make you more aware of seating positions that are dangerous.

**Therefore, whenever the vehicle is moving:**

– never stand up in the vehicle
– never stand on the seats
– never kneel on the seats
– never ride with the seatback reclined
– never lie down on the rear seat
– never lean up against the instrument panel
– never sit on the edge of the seat
– never sit sideways
– never lean out the window
– never put your feet out the window
– never put your feet on the instrument panel
– never rest your feet on the seat cushion or back of the seat
– never ride in the footwell
– never ride in the cargo area                            ▶

Driving safety

### ⚠ WARNING

Improper seating positions increase the risk of serious personal injury and death whenever a vehicle is being used.
– Always make sure that all vehicle occupants stay in a proper seating position and are properly restrained whenever the vehicle is being used.

## Driver's and front passenger's footwell

### Important safety instructions
Applies to: vehicles with knee airbags

### ⚠ WARNING

Always make sure that the knee airbag can inflate without interference. Objects between yourself and the airbag can increase the risk of injury in an accident by interfering with the way the airbag deploys or by being pushed into you as the airbag deploys.
– No persons (children) or animals should ride in the footwell in front of the passenger seat. If the airbag deploys, this can result in serious or fatal injuries.
– No objects of any kind should be carried in the footwell area in front of the driver's or passenger's seat. Bulky objects (shopping bags, for example) can hamper or prevent proper deployment of the airbag. Small objects can be thrown through the vehicle if the airbag deploys and injure you or your passengers.

## Pedal area

### Pedals

*The pedals must always be free to move and must never be interfered with by a floor mat or any other object.*

Make sure that all pedals move freely without interference and that nothing prevents them from returning to their original positions.

Only use floor mats that leave the pedal area free and can be secured with floor mat fasteners.

If a brake circuit fails, increased brake pedal travel is required to bring the vehicle to a full stop.

### ⚠ WARNING

Pedals that cannot move freely can cause loss of vehicle control and increase the risk of serious injury.
– Never place any objects in the driver's footwell. An object could get into the pedal area and interfere with pedal function. In case of sudden braking or an accident, you would not be able to brake or accelerate!
– Always make sure that nothing can fall or move into the driver's footwell.

### Floor mats on the driver side

*Always use floor mats that can be securely attached to the floor mat fasteners and do not interfere with the free movement of the pedals.*

▶ Make sure that the floor mats are properly secured and cannot move and interfere with the pedals ⇨ ⚠.

Use only floor mats that leave the pedal area unobstructed and that are firmly secured so that they cannot slip out of position. You can obtain suitable floor mats from your authorized Audi Dealer.

Floor mat fasteners are installed in your Audi.

Floor mats used in your vehicle must be attached to these fasteners. Properly securing the floor mats will prevent them from sliding into positions that could interfere with the pedals and impair safe operation of your vehicle in other ways.

### ⚠ WARNING

Pedals that cannot move freely can result in a loss of vehicle control and increase the risk of serious personal injury.
– Always make sure that floor mats are properly secured.
– Never place or install floor mats or other floor coverings in the vehicle that cannot be properly secured in place to prevent them from slipping and interfering with the pedals or the ability to control the vehicle.     ▶

251                        252

Driving safety

- Never place or install floor mats or other floor coverings on top of already installed floor mats. Additional floor mats and other coverings will reduce the size of the pedal area and interfere with the pedals.
- Always properly reinstall and secure floor mats that have been taken out for cleaning.
- Always make sure that objects cannot fall into the driver footwell while the vehicle is moving. Objects can become trapped under the brake pedal and accelerator pedal causing a loss of vehicle control.

## Storing cargo correctly

### Loading the luggage compartment

*All luggage and other objects must be stowed and secured in the luggage compartment.*



**Fig. 224** Safe load positioning: place heavy objects as low and as far forward as possible.

Loose items in the luggage compartment can shift suddenly, changing vehicle handling characteristics. Loose items can also increase the risk of serious personal injury in a sudden vehicle maneuver or in a collision.

▶ Distribute the load evenly in the luggage compartment.
▶ Always place and properly secure heavy items in the luggage compartment as far forward as possible.
▶ Secure luggage using the tie-downs provided ⇨ page 66.
▶ Make sure that the rear seatback is securely latched in place.

### ⚠ WARNING

Improperly stored luggage or other items can fly through the vehicle causing serious personal injury in the event of hard braking or an accident. To help reduce the risk of serious personal injury:
- Always put objects, for example, luggage or other heavy items in the luggage compartment.
- Always secure objects in the luggage compartment using the tie-down hooks and suitable straps.

### ⚠ WARNING

Heavy loads will influence the way your vehicle handles. To help reduce the risk of a loss of control leading to serious personal injury:
- Always keep in mind when transporting heavy objects, that a change in the center of gravity can also cause changes in vehicle handling:
  - Always distribute the load as evenly as possible.
  - Place heavy objects as far forward in the luggage compartment as possible.
- Never exceed the Gross Axle Weight Rating or the Gross Vehicle Weight Rating specified on the safety compliance sticker on the left door jamb. Exceeding permissible weight standards can cause the vehicle to slide and handle differently.
- Please observe information on safe driving ⇨ page 247.

### ⚠ WARNING

To help prevent poisonous exhaust gas from being drawn into the vehicle, always keep the rear lid closed while driving.
- Never transport objects larger than those fitting completely into the luggage area because the rear lid cannot be fully closed.
- If you absolutely must drive with the rear lid open, observe the following notes to reduce the risk of poisoning:
  - Close all windows,
  - Close the power roof*,

- Close the power top*,
- Open all air outlets in the instrument panel,
- Switch off the air recirculation,
- Set the fresh air fan to the highest speed.

### ⚠ WARNING

Always make sure that the doors, all windows, the power roof*, the power top* and the rear lid are securely closed and locked to reduce the risk of injury when the vehicle is not being used.
- After closing the rear lid, always make sure that it is properly closed and locked.
- Never leave your vehicle unattended especially with the rear lid left open. A child could crawl into the vehicle through the luggage compartment and close the rear lid becoming trapped and unable to get out. Being trapped in a vehicle can lead to serious personal injury.
- Never let children play in or around the vehicle.
- Never let passengers ride in the luggage compartment. Vehicle occupants must always be properly restrained in one of the vehicle's seating positions.

### ⓘ Tips

- Air circulation helps to reduce window fogging. Stale air escapes to the outside through vents in the trim panel. Be sure to keep these slots free and open.
- The tire pressure must correspond to the load. The tire pressure is shown on the tire pressure label. The tire pressure label is located on the driver's side B-pillar. The tire pressure label lists the recommended cold tire inflation pressures for the vehicle at its maximum capacity weight and the tires that were on your vehicle at the time it was manufactured. For recommended tire pressures for normal load conditions, please see chapter ⇨ page 336.

### Tie-downs

*The luggage compartment is equipped with four tie-downs to secure luggage and other items.*

Use the tie-downs to secure your cargo properly ⇨ page 253, Loading the luggage compartment.

In a collision, the laws of physics mean that even smaller items that are loose in the vehicle will become heavy missiles that can cause serious injury. Items in the vehicle possess energy which vary with vehicle speed and the weight of the item. Vehicle speed is the most significant factor.

For example, in a frontal collision at a speed of 30 mph (48 km/h), the forces acting on a 10-lb (4.5 kg) object are about 20 times the normal weight of the item. This means that the weight of the item would suddenly be about 200 lbs. (90 kg). You can imagine the injuries that a 200 lbs. (90 kg) item flying freely through the passenger compartment could cause in a collision like this.

### ⚠ WARNING

Weak, damaged or improper straps used to secure items to the tie-downs can fail during hard braking or in a collision and cause serious personal injury.
- Always use suitable mounting straps and properly secure items to the tie-downs in the luggage compartment to help prevent items from shifting or flying forward as dangerous missiles.
- When the rear seat backrest is folded down, always use suitable mounting straps and properly secure items to the tie-downs in the luggage compartment to help prevent items from flying forward as dangerous missiles into the passenger compartment.
- Never attach a child safety seat tether strap to a tie-down.

## Reporting Safety Defects

### Applicable to U.S.A.

If you believe that your vehicle has a defect which could cause a crash or could cause injury or death, you should immediately inform the National Highway Traffic Safety Administration (NHTSA) in addition to notifying Audi of America, Inc.

If NHTSA receives similar complaints, it may open an investigation, and if it finds that a safety defects exists in a group of vehicles, it may order a recall and remedy campaign. However, NHTSA cannot become involved in individual problems between you, your dealer, or Audi of America, Inc.

To contact the NHTSA, you may either call:

Tel.: 1-888-327-4236 (TTY: 1-800-424-9153) or 1-800-424-9393

or you may write to:

NHTSA

U.S. Department of Transportation
1200 New Jersey Ave., S.E.
West Building
Washington, DC 20590

You can also obtain other information about motor vehicle safety from:

http://www.safercar.gov

### Applicable to Canada

If you live in Canada and you believe that your vehicle has a defect that could cause a crash, injury or death, you should immediately inform Transport Canada, Defect Investigations and Recalls. You should also notify Audi Canada.

Canadian customers who wish to report a safety-related defect to Transport Canada, Defect Investigations and Recalls, may either call Transport Canada toll-free at:

Tel.: 1-800-333-0510 or
Tel.: 1-819-994-3328 (Ottawa region and from other countries) TTY for hearing impaired: Tel.: 1-888-675-6863

or contact Transport Canada by mail at: ▷

J8Z 0A1

For additional road safety information, please visit the Road Safety website at:

http://www.tc.gc.ca/eng/roadsafety/menu.htm

## Active rollover protection system

### Function

Applies to: vehicles with power top

*The rollover protection system protects vehicle occupants in the event of a rollover.*



Fig. 225  Rear seats: rollbar deployment range



Fig. 226  Rear seats: deployed rollbar

The active rollover protection system consists of:

cated behind the head restraints in ⇨ fig. 226.

The rollbars, reinforced windshield belt tensioners help protect front a sengers in the event of a rollover.

The rollover protection system func the power top is both open and clos

⚠ **WARNING**

Do not use the area behind the re restraints ⇨ fig. 225 as a storage the area where the rollbars deploy over protection system is triggere place there can be propelled throu hicle and make it more difficult fo bars to deploy. This increases the ous or life-threatening injuries.

### When is rollover protection dep
Applies to: vehicles with power top

*Rollover protection deploys in a col over.*

Depending on the collision, sensors the vehicle and the control module rollover system to deploy.

For safety reasons, rollover protecti ploys during front, side and rear col a certain level of severity.

Driving safety

## Retracting rollover protection

Applies to: vehicles with power top



Fig. 227 Deployed rollbar with release loop.



Fig. 228 Deployed rollbar with power top frame facing upward.

If the rollover protection has triggered but the vehicle was not involved in an accident, you can retract the rollover protection yourself in an emergency. Drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

### With the power top open

▶ Pull the loop upward in the direction of the arrow and hold it in place ⇨ fig. 227.
▶ Slide the rollbar down.
▶ Release the loop just before the rollbar reaches its end position (1-2 in. / 3-5 cm).
▶ Press the rollbar down until it stops.
▶ Make sure the rollbar is secure before releasing it.
▶ Close the cover Ⓐ ⇨ fig. 228.
▶ Repeat the procedure on the other rollbar.

### With the power top closed

▶ Switch the ignition on.
▶ Press the power top switch to adjust the power top frame until it is vertical ⇨ fig. 228.

▶ Pull the loop upward in the direction of the arrow and hold it in place ⇨ fig. 227.
▶ Slide the rollbar down.
▶ Release the loop just before the rollbar reaches its end position (1-2 in. / 3-5 cm).
▶ Press the rollbar down until it stops.
▶ Make sure the rollbar is secure before releasing it.
▶ Close the cover Ⓐ ⇨ fig. 228.
▶ Repeat the procedure on the other rollbar.
▶ You can now close the power top again.

⚠ **WARNING**

– Make sure your head or other parts of your body are not located in the area above the rollbar when pressing the rollbar down. If the rollbar is not secured correctly, it could deploy again as soon as you release it and cause injuries.
– Have the rollover protection system checked by and authorized Audi dealer or authorized Audi Service Facility if it malfunctions. Otherwise the system may not deploy correctly in a collision.
– Modifying the rollover protection system or individual components is not permitted.
– Work on the rollover protection system should only be performed by an authorized Audi dealer or authorized Audi Service Facility. Otherwise the system may not function correctly in a collision or it could deploy unexpectedly.
– Have the system inspected at service intervals. This ensures the system will always be ready for use. Have an authorized Audi dealer or authorized Audi Service Facility check the rollover protection system every two years at the latest.

Safety belts

## Safety belts

## General notes

### Always wear safety belts!

*Wearing safety belts correctly saves lives!*

This chapter explains why safety belts are necessary, how they work and how to adjust and wear them correctly.

▶ Read all the information that follows and heed all of the instructions and WARNINGS.

⚠ **WARNING**

Not wearing safety belts or wearing them improperly increases the risk of serious personal injury and death.
– Safety belts are the single most effective means available to reduce the risk of serious injury and death in automobile accidents. For your protection and that of your passengers, always correctly wear safety belts when the vehicle is moving.
– Pregnant women, injured, or physically impaired persons must also use safety belts. Like all vehicle occupants, they are more likely to be seriously injured if they do not wear safety belts. The best way to protect a fetus is to protect the mother - throughout the entire pregnancy.

### Number of seats

Applies to: vehicles without power top: Your Audi has a total of five seating positions: two in the front and three in the rear. Each seating position has a safety belt.

Applies to: vehicles with power top: Your Audi has a total of four seating positions: two in the front and two in the rear. Each seating position has a safety belt.

⚠ **WARNING**

Not wearing safety belts or wearing them improperly increases the risk of serious personal injury and death.

– Never strap more than one person, including small children, into any belt. It is especially dangerous to place a safety belt over a child sitting on your lap.
– Never let more people ride in the vehicle than there are safety belts available.
– Be sure everyone riding in the vehicle is properly restrained with a separate safety belt or child restraint.

### Safety belt warning light

*Your vehicle has a warning system for the driver and front seat passenger to remind you about the importance of buckling-up.*



Fig. 229 Safety belt warning light in the instrument cluster - enlarged

### Before driving off, always:

▶ Fasten your safety belt and make sure you are wearing it properly.
▶ Make sure that your passengers also buckle up and properly wear their safety belts.
▶ Protect children with a child restraint system appropriate for the size and age.

The warning light ▨ in the instrument cluster lights up when the ignition is on as a reminder to fasten the safety belts. In addition, you will hear a warning tone for a certain period of time.

**Fasten your safety belt and make sure that your passengers also properly put on their safety belts.**

⚠ **WARNING**

– Safety belts are the single most effective means available to reduce the risk of serious ▶

Safety belts

injury and death in automobile accidents.
For your protection and that of your passen-
gers, always correctly wear safety belts
when the vehicle is moving.
– Failure to pay attention to the warning light
that come on, could lead to personal injury.

## Why use safety belts?

*Frontal crashes create very strong forces for peo-
ple riding in vehicles.*



**Fig. 230** Unbelted occupants in a vehicle heading for a wall



**Fig. 231** The vehicle crashes into the wall

The physical principles are simple. Both the vehi-
cle and the passengers possess energy which var-
ies with vehicle speed and body weight. Engi-
neers call this energy "kinetic energy."

The higher the speed of the vehicle and the
greater the vehicle's weight, the more energy
that has to be "absorbed" in the crash.

Vehicle speed is the most significant factor. If
the speed doubles from 15 to 30 mph (25 to
50 km/h), the energy increases 4 times!

Because the passengers of this vehicle are not us-
ing safety belts ⇨ fig. 230, they will keep moving

at the same speed the vehicle was moving just
before the crash, until something stops them -
here, the wall ⇨ fig. 231.

The same principles apply to people sitting in a
vehicle that is involved in a frontal collision. Even
at city speeds of 20 to 30 mph (30 to 50 km/h),
the forces acting on the body can reach one ton
(2,000 lbs, or 1,000 kg) or more. At greater
speeds, these forces are even higher.

People who do not use safety belts are also not
attached to their vehicle. In a frontal collision
they will also keep moving forward at the speed
their vehicle was travelling just before the crash.
Of course, the laws of physics don't just apply to
frontal collisions, they determine what happens
in all kinds of accidents and collisions.

*In crashes unbelted occupants cannot stop
themselves from flying forward and being in-
jured or killed. Always wear your safety belts!*



**Fig. 232** A driver not wearing a safety belt is violently
thrown forward



**Fig. 233** A rear passenger not wearing a safety belt will fly
forward and strike the driver

Safety belts

Unbelted occupants are not able to resist the tre-
mendous forces of impact by holding tight or
bracing themselves. Without the benefit of safe-
ty restraint systems, the unrestrained occupant
will slam violently into the steering wheel, in-
strument panel, windshield, or whatever else is
in the way ⇨ fig. 232. This impact with the vehi-
cle interior has all the energy they had just be-
fore the crash.

Never rely on airbags alone for protection. Even
when they deploy, airbags provide only additional
protection. Airbags are not supposed to deploy in
all kinds of accidents. Although your Audi is
equipped with airbags, all vehicle occupants, in-
cluding the driver, must wear safety belts cor-
rectly in order to minimize the risk of severe in-
jury or death in a crash.

Remember too, that airbags will deploy only
once and that your safety belts are always there
to offer protection in those accidents in which
airbags have already deployed. Unbelted occupants can
also be thrown out of the vehicle where even
more severe or fatal injuries can occur.

It is also important for the rear passengers to
wear safety belts correctly. Unbelted passengers
in the rear seats endanger not only themselves
but also the driver and other passengers
⇨ fig. 233. In a frontal collision they will be
thrown forward violently, where they can hit and
injure the driver and/or front seat passenger.

*People think it's possible to use the hands to
brace the body in a minor collision. It's simply
not true!*



**Fig. 234** Driver is correctly restrained in a sudden braking
maneuver

Safety belts used properly can make a big differ-
ence. Safety belts help to keep passengers in
their seats, gradually reduce energy levels ap-
plied to the body in an accident, and help prevent
the uncontrolled movement that can cause seri-
ous injuries. In addition, safety belts reduce the
danger of being thrown out of the vehicle.

Safety belts attach passengers to the car and give
them the benefit of being slowed down more
gently or "softly" through the "give" in the safety
belts, crush zones and other safety features engi-
neered into today's vehicles. By "absorbing" the
kinetic energy over a longer period of time, the
safety belts make the forces on the body more
"tolerable" and less likely to cause injury.

Although these examples are based on a frontal
collision, safety belts can also substantially re-
duce the risk of injury in other kinds of crashes.
So, whether you're on a long trip or just going to
the corner store, always buckle up and make sure
others do, too. Accident statistics show that vehi-
cle occupants properly wearing safety belts have
a lower risk of being injured and a much better
chance of surviving an accident. Properly using
safety belts also greatly increases the ability of
the supplemental airbags to do their job in a col-
lision. For this reason, wearing a safety belt is le-
gally required in most countries including much
of the United States and Canada.

Safety belts

Although your Audi is equipped with airbags, you still have to wear the safety belts provided. Front airbags, for example, are activated only in some frontal collisions. The front airbags are not activated in all frontal collisions, in side and rear collisions, in roll overs or in cases where there is not enough deceleration through impact to the front of the vehicle. The same goes for the other airbag systems in your Audi. So, always wear your safety belt and make sure everybody in your vehicle is properly restrained!

**Important safety instructions about safety belts**

*Safety belts must always be correctly positioned across the strongest bones of your body.*

► Always wear safety belts as illustrated and described in this chapter.
► Make sure that your safety belts are always ready for use and are not damaged.

> ⚠ **WARNING**
>
> Not wearing safety belts or wearing them improperly increases the risk of serious personal injury and death. Safety belts can work only when used correctly.
> – Always fasten your safety belts correctly before driving off and make sure all passengers are correctly restrained.
> – For maximum protection, safety belts must always be positioned properly on the body.
> – Never strap more than one person, including small children, into any belt.
> – Never place a safety belt over a child sitting on your lap.
> – Always keep feet in the footwell in front of the seat while the vehicle is being driven.
> – Never let any person ride with their feet on the instrument panel or sticking out the window or on the seat.
> – Never remove a safety belt while the vehicle is moving. Doing so will increase your risk of being injured or killed.
> – Never wear belts twisted.
> – Never wear belts over rigid or breakable objects in or on your clothing, such as eye

glasses, pens, keys, etc., as these may cause injury.
> – Never allow safety belts to become damaged by being caught in door or seat hardware.
> – Do not wear the shoulder part of the belt under your arm or otherwise out of position.
> – Several layers of heavy clothing may interfere with correct positioning of belts and reduce the overall effectiveness of the system.
> – Always keep belt buckles free of anything that may prevent the buckle from latching securely.
> – Never use comfort clips or devices that create slack in the shoulder belt. However, special clips may be required for the proper use of some child restraint systems.
> – Torn or frayed safety belts can tear, and damaged belt hardware can break in an accident. Inspect belts regularly. If webbing, bindings, buckles, or retractors are damaged, have belts replaced by an authorized Audi dealer or qualified workshop.
> – Safety belts that have been worn and loaded in an accident must be replaced with the correct replacement safety belt by an authorized Audi dealer. Replacement may be necessary even if damage cannot be clearly seen. Anchorages that were loaded must also be inspected.
> – Never remove, modify, disassemble, or try to repair the safety belts yourself.
> – Always keep the belts clean. Dirty belts may not work properly and can impair the function of the inertia reel ⇨ *table Interior cleaning on page 349.*

Safety belts

# Safety belts

**Fastening safety belts**

*Safety first - everybody buckle up!*



**Fig. 235** Belt buckle and tongue on the driver's seat

To provide maximum protection, safety belts must always be positioned correctly on the wearer's body.

► Adjust the front seat and head restraint properly ⇨ *page 61, Front seats.*
► Make sure the seatback of the rear seat bench is in an upright position and securely latched in place before using the belt ⇨ ⚠.
► Pull the safety belt evenly across the chest and pelvis ⇨ *fig. 235,* ⇨ ⚠.
► Insert the tongue into the correct buckle of your seat until you hear it latch securely.
► Pull on the belt to make sure that it is securely latched in the buckle.

**Automatic safety belt retractors**

Every safety belt is equipped with an automatic belt retractor on the shoulder belt. This feature locks the belt when the belt is pulled out fast, during hard braking and in an accident. The belt may also lock when you drive up or down a steep hill or through a sharp curve. During normal driving the belt lets you move freely.

**Safety belt pretensioners**

The safety belts are equipped with a belt pretensioner that helps to tighten the safety belt and remove slack when the pretensioner is activated ⇨ *page 265.* The function of the pretensioner is monitored by a warning light ⇨ *page 29.*

**Convertible locking retractor**

Every safety belt except the one on the driver seat is equipped with a convertible locking retractor that **must** be used when the safety belt is used to attach a child safety seat. Be sure to read the important information about this feature ⇨ *page 303.*

> ⚠ **WARNING**
>
> Improperly positioned safety belts can cause serious injury in an accident ⇨ *page 263, Safety belt position.*
> – Safety belts offer optimum protection only when the seatback is upright and belts are properly positioned on the body.
> – Always make sure that the rear seat backrest to which the center rear safety belt* is attached is securely latched whenever the rear center safety belt is being used. If the backrest is not securely latched, the passenger will move forward with the backrest during sudden braking, in a sudden maneuver and especially in a crash.
> – Never attach the safety belt to the buckle for another seat. Attaching the belt to the wrong buckle will reduce safety belt effectiveness and can cause serious personal injury.
> – A passenger who is not properly restrained can be seriously injured by the safety belt itself when it moves from the stronger parts of the body into critical areas like the abdomen.
> – Always lock the convertible locking retractor when you are securing a child safety seat in the vehicle ⇨ *page 305.*

8V0012721BB

Safety belts

Safety belts

Safety belt position

*Correct belt position is the key to getting maximum protection from safety belts.*



**Fig. 236** Safety belt position

Standard features on your vehicle help you adjust the position of the safety belt to match your body size.

– belt heigth adjustment for the front seats*,
– height-adjustable front seats.

**⚠ WARNING**

Improperly positioned safety belts can cause serious personal injury in an accident.
– The shoulder belt should lie as close to the center of the collar bone as possible and should fit well on the body. Hold the belt above the latch tongue and pull it evenly across the chest so that it sits as low as possible on the pelvis and there is no pressure on the abdomen. The belt should always fit snugly ⇨ *fig. 236*. Pull on the belt to tighten if necessary.
– The lap belt portion of the safety belt must be positioned as low as possible across pelvis and never over the abdomen. Make sure the belt lies flat and snug ⇨ *fig. 236*. Pull on the belt to tighten if necessary.
– A loose-fitting safety belt can cause serious injuries by shifting its position on your body from the strong bones to more vulnerable, soft tissue and cause serious injury.
– Always read and heed all WARNINGS and other important information ⇨ *page 261*.

**Pregnant women must also be correctly restrained**

*The best way to protect the fetus is to make sure that expectant mothers always wear safety belts correctly - throughout the pregnancy.*



**Fig. 237** Safety belt position during pregnancy

To provide maximum protection, safety belts must always be positioned correctly on the wearer's body ⇨ *page 263*.

▶ Adjust the front seat and adjustable head restraint* correctly ⇨ *page 61, Front seats*.
▶ Pull the safety belt evenly across the chest so that it sits as low as possible on the pelvis and there is no pressure on the abdomen ⇨ *fig. 237*, ⇨ ⚠.
▶ Insert the tongue into the correct buckle of your seat until you hear it latch securely.
▶ Pull on the belt to make sure that it is securely latched in the buckle.

**⚠ WARNING**

Improperly positioned safety belts can cause serious personal injury in an accident.
– Expectant mothers must always wear the lap portion of the safety belt as low as possible across the pelvis and below the rounding of the abdomen.
– Always read and heed all WARNINGS and other important information ⇨ ⚠ *in Fastening safety belts on page 262*.

**Unfastening safety belts**

*Unbuckle the safety belt with the red release button only after the vehicle has stopped.*



**Fig. 238** Releasing the tongue from the buckle

▶ Push the red release button on the buckle ⇨ *fig. 238*. The belt tongue will spring out of the buckle ⇨ ⚠.
▶ Let the belt wind up on the retractor as you guide the belt tongue to its stowed position.

**⚠ WARNING**

Never unfasten safety belt while the vehicle is moving. Doing so will increase your risk of being injured or killed.

**Adjusting the safety belt latch tongue**

Applies to: vehicles with adjustable latch tongue



**Fig. 239** Safety belt latch tongue clip (example)

▶ Slide the clip so that you can easily reach the belt latch when putting the safety belt on.

**Adjusting safety belt height**

Applies to: vehicles with safety belt height adjustment

*With the aid of the safety belt height adjustment, the three point safety belt strap routing can be fitted to the shoulder area, according to body size.*



**Fig. 240** Safety belt height adjustment for the front seats - loop-around fittings

The shoulder belt should lie as close to the center of the collar bone as possible and should fit well on the body ⇨ ⚠ *in Safety belt position on page 263*.

▶ *Push* the loop-around fittings up ⇨ *fig. 240* ②, or
▶ *squeeze* together the ① button, and *push* the loop-around fittings **down** ②.
▶ Pull the belt to make sure that the upper attachment is properly engaged.

**⚠ WARNING**

Always read and heed all WARNINGS and other important information ⇨ *page 261*.

**ⓘ Tips**

With the front seats, the height adjustment of the seat can also be used to adjust the position of the safety belts.

**Improperly worn safety belts**

*Incorrectly positioned safety belts can cause severe injuries.*

Wearing safety belts improperly can cause serious injury or death. Safety belts can only work when they are correctly positioned on the body. ▶

Improper seating positions reduce the effectiveness of safety belts and will even increase the risk of injury and death by moving the safety belt to critical areas of the body. Improper seating positions also increase the risk of serious injury and death when an airbag deploys and strikes an occupant who is not in the correct seating position. A driver is responsible for the safety of all vehicle occupants and especially for children. Therefore:

► Never permit anyone to assume an incorrect sitting position in the vehicle while traveling ⇨ ⚠.

⚠ **WARNING**

Improperly worn safety belts increase the risk of serious personal injury and death whenever a vehicle is being used.
– Always make sure that all vehicle occupants are correctly restrained and stay in a correct seating position whenever the vehicle is being used.
– Always read and heed all WARNINGS and other important information ⇨ *page 261*.

## Belt tensioners

**How safety belt pretensioners work**

*In front, side and rear-end collisions above a particular severity and in a rollover, safety belts are tensioned automatically.*

**Reversible safety belt tensioners**

The safety belts on the front seats are equipped with power reversible tensioners. The following functions are available when the driver's/front passenger's safety belts are fastened:

– In certain driving situations, the safety belts may tighten with a reversible tensioning function ⇨ *page 133*.
– The safety belts may also tighten with this reversible tensioning function in minor collisions.

**Pyrotechnic safety belt pretensioners**

The safety belts are equipped with safety belt pretensioners. The system is activated by sensors in front, side and rear-end collisions of great se-

verity and in a rollover. This tightens the belt and takes up belt slack ⇨ ⚠ *in Service and disposal of safety belt pretensioner on page 266*. Taking up the slack helps to reduce forward occupant movement during a collision.

⚠ **WARNING**

– It is possible for the pretensioners to deploy incorrectly.
– The pyrotechnic system can only provide protection for one collision. If the pyrotechnic pretensioners deploy, the pretensioning system must be replaced.

ⓘ **Tips**

The pyrotechnic safety belt pretensioners can only deploy once.
– The safety belt pretensioners do not deploy in minor frontal, side and rear-end collisions.
– A fine dust is released when the pyrotechnic safety belt pretensioners deploy. This is normal and is not caused by a fire in the vehicle.
– The relevant safety requirements must be observed when the vehicle or components of the system are scrapped. A qualified dealership is familiar with these regulations and will be pleased to pass on the information to you.
– Be sure to observe all safety, environmental and other regulations if the vehicle or individual parts of the system, particularly the safety belt or airbag, are to be disposed. We recommend you have your authorized Audi dealer perform this service for you.

**Service and disposal of safety belt pretensioner**

The safety belt pretensioners are parts of the safety belts on your Audi. Installing, removing, servicing or repairing of belt pretensioners can damage the safety belt system and prevent it from working correctly in a collision.

There are some important things you have to know to make sure that the effectiveness of the system will not be impaired and that discarded ▷

components do not cause injury or pollute the environment.

⚠ **WARNING**

Improper care, servicing and repair procedures can increase the risk of personal injury and death by preventing a safety belt pretensioner from activating when needed or activating it unexpectedly:
– The belt pretensioner system can be activated only once. If belt pretensioners have been activated, the system must be replaced.
– Never repair, adjust, or change any parts of the safety belt system.
– Safety belt systems including safety belt pretensioners cannot be repaired. Special procedures are required for removal, installation and disposal of this system.
– For any work on the safety belt system, we strongly recommend that you see your authorized Audi dealer or qualified technician who has an Audi approved repair manual, training and special equipment necessary.

⊕ **For the sake of the environment**

Undeployed airbag modules and pretensioners might be classified as Perchlorate Material -special handling may apply, see www.dtsc.ca.gov/hazardouswaste/perchlorate. When the vehicle or parts of the restraint system including airbag modules safety belts with pretensioners are scrapped, all applicable laws and regulations must be observed. Your authorized Audi dealer is familiar with these requirements and we recommend that you have your dealer perform this service for you.

Airbag system

# Airbag system
## Important information

**Importance of wearing safety belts and sitting properly**

*Airbags are only supplemental restraints. For airbags to do their job, occupants must always properly wear their safety belts and be in a proper seating position.*

For your safety and the safety of your passengers, before driving off, always:

▶ Adjust the driver's seat and steering wheel properly ⇨ page 248,
▶ Adjust the front passenger's seat properly ⇨ page 249,
▶ Wear safety belts properly ⇨ page 261,
▶ Always properly use the proper child restraint to protect children ⇨ page 292.

In a collision, airbags must inflate within the blink of an eye and with considerable force. The supplemental airbags can cause injuries if the driver or the front seat passenger is not seated properly. Therefore in order to help the airbag to do its job, it is important, both as a driver and as a passenger to sit properly at all times.

By keeping room between your body and the steering wheel and the front of the passenger compartment, the airbag can inflate fully and completely and provide supplemental protection in certain frontal collisions ⇨ page 248, Correct passenger seating positions. For details on the operation of the seat adjustment controls ⇨ page 61.

It's especially important that children are properly restrained ⇨ page 292.

There is a lot that the driver and the passengers can and must do to help the individual safety features installed in your Audi work together as a system.

Proper seating position is important so that the front airbag on the driver side can do its job. If you have a physical impairment or condition that prevents you from sitting properly on the driver seat with the safety belt properly fastened and

reaching the pedals, or if you have concerns with regard to the function or operation of the Advanced Airbag System, please contact your authorized Audi dealer or qualified workshop, or call Audi Customer Relations at 1-800-822-2834 for possible modifications to your vehicle.

When the airbag system deploys, a gas generator will fill the airbags, break open the padded covers, and inflate between the steering wheel and the driver and between the instrument panel and the front passenger. The airbags will deflate immediately after deployment so that the front occupants can see through the windshield again without interruption.

All of this takes place in the blink of an eye, so fast that many people don't even realize that the airbags have deployed. The airbags also inflate with a great deal of force and nothing should be in their way when they deploy. Front airbags in combination with properly worn safety belts slow down and limit the occupant's forward movement. Together they help to prevent the driver and front seat passenger from hitting parts of the inside of the vehicle while reducing the forces acting on the occupant during the crash. In this way they help to reduce the risk of injury to the head and upper body in the crash. Airbags do not protect the arms or the lower parts of the body.

Both front airbags will not inflate in all frontal collisions. The triggering of the airbag system depends on the vehicle deceleration rate caused by the collision and registered by the electronic control unit. If this rate is below the reference value programmed into the control unit, the airbags will not be triggered, even though the car may be badly damaged as a result of the collision. Vehicle damage, repair costs or even the lack of vehicle damage is not necessarily an indication of whether an airbag should inflate or not.

Since the circumstances will vary considerably between one collision and another, it is not possible to define a range of vehicle speeds that will cover every possible kind and angle of impact that will always trigger the airbags. Important factors include, for example, the nature (hard or soft) of the object which the car hits, the angle of impact, vehicle speed, etc. The front airbags will ▶

also not inflate in side or rear collisions, or in roll-overs.

**Always remember:** Airbags will deploy only once, and only in certain kinds of collisions. Your safety belts are always there to offer protection in those situations in which airbags are not supposed to deploy, or when they have already deployed; for example, when your vehicle strikes or is struck by another vehicle after the first collision.

This is just one of the reasons why an airbag is a supplementary restraint and is not a substitute for a safety belt. The airbag system works most effectively when used with the safety belts. Therefore, always properly wear your safety belts ⇨ page 258.

⚠ **WARNING**

Sitting too close to the steering wheel or instrument panel will decrease the effectiveness of the airbags and will increase the risk of personal injury in a collision.
− Never sit closer than 10 inches (25 cm) to the steering wheel or instrument panel.
− If you cannot sit more than 10 inches (25 cm) from the steering wheel, investigate whether adaptive equipment may be available to help you reach the pedals and increase your seating distance from the steering wheel.
− All vehicle occupants and especially children must be restrained properly whenever riding in a vehicle. An unrestrained or improperly restrained child could be injured by striking the interior or by being ejected from the vehicle during a sudden maneuver or impact. An unrestrained or improperly restrained child is also at greater risk of injury or death through contact with an inflating airbag.
− If you are unrestrained, leaning forward, sitting sideways or out of position in any way, your risk of injury is much higher.
− You will also receive serious injuries and could even be killed if you are up against the airbag or too close to it when it inflates − even with an Advanced Airbag.

− To reduce the risk of injury when an airbag inflates, always wear safety belts properly ⇨ page 262, Safety belts.
− Always make certain that children age 12 or younger always ride in the rear seat. If children are not properly restrained, they may be severely injured or killed when an airbag inflates.
− Never let children ride unrestrained or improperly restrained in the vehicle. Adjust the front seats properly.
− Never ride with the backrest reclined.
− Always sit as far as possible from the steering wheel or the instrument panel ⇨ page 248.
− Always sit upright with your back against the backrest of your seat.
− Never place your feet on the instrument panel or on the seat. Always keep both feet on the floor in front of the seat to help prevent serious injuries to the legs and hips if the airbag inflates.
− Never recline the front passenger's seat to transport objects. Items can also move into the area of the side airbag or the front airbag during braking or in a sudden maneuver. Objects near the airbags can become projectiles and cause injury when an airbag inflates.

⚠ **WARNING**

Airbags that have deployed in a crash must be replaced.
− Use only original equipment airbags approved by Audi and installed by a trained technician who has the necessary tools and diagnostic equipment to properly replace any airbag in your vehicle and assure system effectiveness in a crash.
− Never permit salvaged or recycled airbags to be installed in your vehicle.

**Child restraints on the front seat − some important things to know**

▶ Be sure to read the important information and heed the WARNINGS for important details ▶

267

268

8V0012721BB

Case 2:17-cv-05086-PA-KS   Document 19-3   Filed 09/18/17   Page 63 of 75   Page ID #:264

about children and Advanced Airbags ⇨ page 292.

Even though your vehicle is equipped with an Advanced Airbag System, make certain that all children, especially those 12 years and younger, always ride in the back seat properly restrained for their age and size. The Advanced Airbag System on the passenger side makes the front seat a potentially dangerous place for a child to ride. The front seat is not the safest place for a child in a forward-facing child safety seat. It can be a very dangerous place for an infant or a child in a rearward-facing seat.

The Advanced Airbag System in your vehicle has been certified to comply with the requirements of United States Federal Motor Vehicle Safety Standard (FMVSS) 208, as well as Canada Motor Vehicle Safety Standard (CMVSS) 208 as applicable at the time your vehicle was manufactured. According to requirements, the front Advanced Airbag System on the passenger side has been certified for "suppression" for infants of about 12 months old and younger and for "low risk deployment" for children aged 3 to 6 years old (as defined in the standard).

The PASSENGER AIR BAG OFF light in the instrument panel tells you when the front Advanced Airbag on the passenger side has been turned off by the electronic control unit.

Each time you switch on the ignition, the PASSENGER AIR BAG OFF light will come on for a few seconds and:

– will stay on if the front passenger seat is not occupied,
– will stay on if the electrical capacitance measured by the capacitive passenger detection system for the front passenger seat equals the combined capacitance of an infant up to about one year of age and one of the rearward-facing or forward-facing child restraints listed in Federal Motor Vehicle Safety Standard 208 with which the Advanced Airbag System in your vehicle was certified. For a listing of the child restraints that were used to certify your vehicle's compliance with the U.S. Safety Standard ⇨ page 295.

– will stay on if there is a small child or child restraint on the front passenger seat,
– will go off if the front passenger seat is occupied by an adult as registered by the capacitive passenger detection system ⇨ page 279, Monitoring the Advanced Airbag System.

The PASSENGER AIR BAG OFF light comes on when electrical capacitance registered on the front passenger seat is equal to or less than the combined capacitance of a typical 1 year-old infant and one of the rearward-facing or forward-facing child restraints listed in Federal Motor Vehicle Safety Standard 208 with which the Advanced Airbag System in your vehicle was certified.

If the total electrical capacitance registered on the front passenger seat is more than that of a typical 1 year-old child but less than the weight of a small adult, the front airbag on the passenger side can deploy (the PASSENGER AIR BAG OFF light does not come on).

If the PASSENGER AIR BAG OFF light does not come on, the front airbag on the passenger side has not been turned off by the electronic control unit and can deploy if the control unit senses an impact that meets the conditions stored in its memory.

For example, the airbag may deploy if:

– a small child that is heavier than a typical 1 year-old child is on the front passenger seat (regardless of whether the child is in one of the child safety seats listed ⇨ page 295), or
– a child who has outgrown child restraints is on the front passenger seat.

If the front passenger airbag is turned off, the PASSENGER AIR BAG OFF light comes on in the instrument cluster and stays on.

If the front passenger airbag deploys, the Federal Standard requires the airbag to meet the "low risk" deployment criteria to reduce the risk of injury through interaction with the airbag. "Low risk" deployment occurs in those crashes that take place at lower decelerations as defined in the electronic control unit ⇨ page 279, PASSENGER AIR BAG OFF light.

Always remember, a child safety seat or infant carrier installed on the front seat may be struck and knocked out of position by the rapidly inflating passenger's airbag in a frontal collision. The airbag could greatly reduce the effectiveness of the child restraint and even seriously injure the child during inflation.

For this reason, and because the back seat is the safest place for children - when properly restrained according to their age and size - we strongly recommend that children always sit in the back seat ⇨ page 292, Child safety.

⚠ WARNING

A child in a rearward-facing child safety seat installed on the front passenger seat will be seriously injured and can be killed if the front airbag inflates - even with an Advanced Airbag System.
– The inflating airbag will hit the child safety seat or infant carrier with great force and will smash the child safety seat and child against the backrest, center armrest, door or roof.
– Always install rear-facing child safety seats on the rear seat.
– If you must install a rearward facing child safety seat on the front passenger seat because of exceptional circumstances and the PASSENGER AIR BAG OFF light does not come on and stay on, immediately install the rear-facing child safety seat in a rear seating position and have the airbag system inspected by your Audi dealer.
– Forward-facing child safety seats installed on the front passenger's seat may interfere with the deployment of the airbag and cause serious personal injury to the child.

⚠ WARNING

If, in exceptional circumstances, you must install a forward-facing child restraint on the front passenger's seat:
– Always make sure the forward-facing seat has been designed and certified by its manufacturer for use on a front seat with a passenger front and side airbag.

– Never put the forward-facing child restraint up against or very near the instrument panel.
– Always move the front passenger seat to the highest position in the up and down adjustment range and move it back to the rearmost position in the seat's fore and aft adjustment range, as far away from the airbag as possible, before installing the forward-facing child restraint.
– Always make sure that the safety belt upper anchorage is behind the child restraint and not next to or in front of the child restraint so that the safety belt will be properly positioned.
– Make sure that the PASSENGER AIR BAG OFF light comes on and stays on all the time whenever the ignition is switched on.

⚠ WARNING

To reduce the risk of serious injury, make sure that the PASSENGER AIR BAG OFF light will be displayed whenever a child restraint is installed on the front passenger seat and the ignition is switched on.
– If the PASSENGER AIR BAG OFF light does not stay on, perform the checks described ⇨ page 279, Monitoring the Advanced Airbag System.
– Take the child restraint off the front passenger seat and install it properly at one of the rear seat positions if the PASSENGER AIR BAG OFF light does not stay on.
– Have the airbag system inspected by your Audi dealer immediately.
– Always carefully follow instructions from child restraint manufacturers when installing child restraints.

⚠ WARNING

If, in exceptional circumstances, you must install a forward or rearward-facing child restraint on the front passenger's seat:
– Improper installation of child restraints can reduce their effectiveness or even prevent them from providing any protection.

BV2D1272188

Airbag system

– An improperly installed child restraint can interfere with the airbag as it deploys and seriously injure or even kill the child – even with an Advanced Airbag System.
– Always carefully follow the manufacturer's instructions provided with the child safety seat or carrier.
– Always make sure that there is nothing on the front passenger seat that will cause the capacitive passenger detection system in the seat to signal to the Airbag System that the seat is occupied by a person when it is not, or to signal that it is occupied by someone who is heavier than the person actually sitting on the seat. The presence of additional objects could cause the passenger front airbag to be turned on when it should be off, or could cause the airbag to work in a way that is different from the way it would have worked without the object on the seat.

## Front airbags

### Description of front airbags

*The airbag system can provide supplemental protection to properly restrained front seat occupants.*



**Fig. 241** Location of driver airbag: in steering wheel



**Fig. 242** Location of front passenger's airbag: in the instrument panel

Your vehicle is equipped with an "Advanced Airbag System" in compliance with United States Federal Motor Vehicle Safety Standard (FMVSS) 208, as well as Canada Motor Vehicle Safety Standard (CMVSS) 208 as applicable at the time your vehicle was manufactured. The safety belts for the seats have "pretensioners" that help to take slack out of the belt system. The pretensioners are also activated by the electronic control unit for the airbag system.

The front safety belts also have load limiters to help reduce the forces applied to the body in a crash.

The airbag for the driver is in the steering wheel hub ⇨ *fig. 241* and the airbag for the front passenger is in the instrument panel ⇨ *fig. 242*. The general location of the airbags is marked "AIR-BAG".

There is a lot you need to know about the airbags in your vehicle. We urge you to read the detailed information about airbags, safety belts and child safety in this and the other chapters that make up the owner's literature. Please be sure to heed the WARNINGS - they are extremely important for your safety and the safety of your passengers, especially infants and small children.

⚠ **WARNING**

Never rely on airbags alone for protection.
– Even when they deploy, airbags provide only supplemental protection.
– Airbag work most effectively when used with properly worn safety belts. ▷

Airbag system

– Therefore, always wear your safety belts and make sure that everybody in your vehicle is properly restrained.
– Always hold the steering wheel with both hands on the outside of the steering wheel rim at the 9:00 o'clock and 3:00 o'clock positions to help reduce the risk of personal injury if the driver's airbag inflates.
– Never hold the steering wheel at the 12 o'clock position or with your hands anywhere inside the steering wheel or on the steering wheel hub. Holding the steering wheel the wrong way increases the risk of severe injury to the arms, hands, and head if the driver airbag deploys.

⚠ **WARNING**

Objects between you and the airbag will increase the risk of injury in a crash by interfering with the way the airbag unfolds and/or by being pushed into you as the airbag inflates.
– Always make sure nothing is in the front airbag deployment zone that could be struck by the airbag when it inflates.
– Objects in the zone of a deploying airbag can become projectiles when the airbag deploys and cause serious personal injury.
– Never hold things in your hands or on your lap when the vehicle is in use.
– Never place accessories or other objects (such as cup holders, telephone brackets, note pads, navigation systems, or things that are large, heavy, or bulky) on the doors; never attach then to the doors or the windshield; never place them over or near or attach them to the area marked "AIRBAG" on the steering wheel, instrument panel or the seat backrests; never place them between these areas and you or any other person in the vehicle.
– Never attach objects to the windshield above the passenger front airbag, such as accessory GPS navigation units or music players. Such objects could cause serious injury in a collision, especially when the airbags inflate.

– Never recline the front passenger seat to transport objects. Items can also move into the deployment area of the side airbags or the front airbag during breaking or in a sudden maneuver. Objects near the airbags can fly dangerously through the passenger compartment and cause injury, particularly when the seat is reclined and the airbags inflate.

⚠ **WARNING**

A person on the front passenger seat, especially infants and small children, will receive serious injuries and can even be killed by being too close to the airbag when it inflates.
– Although the Advanced Airbag System in your vehicle is designed to turn off the front passenger airbag if an infant or a small child is on the front passenger seat, nobody can absolutely guarantee that deployment under these special conditions is impossible in all conceivable situations that may happen during the useful life of your vehicle.
– The Advanced Airbag System can deploy in accordance with the „low risk" option for 3- and 6-year-old children under the U.S. Federal Standard if a child with electrical capacitance greater than the combined capacitance of a typical one-year old infant restrained in one of the forward facing or rear-facing child safety seats with which your vehicle was certified is on the front passenger seat and the other conditions for airbag deployment are met.
– Accident statistics have shown that children are generally safer in the rear seat area than in the front seating position.
– For their own safety, all children, especially 12 years and younger, should always ride in the back properly restrained for their age and size.

### Advanced front airbag system

Your vehicle is equipped with a front Advanced Airbag System in compliance with United States Federal Motor Vehicle Safety Standard 208, as well as Canada Motor Vehicle Safety Standard ▷

8V201272188

(CMVSS) 208 as applicable at the time your vehicle was manufactured.

The front Advanced Airbag System supplements the safety belts to provide additional protection for the driver's and front passenger's heads and upper bodies in frontal crashes. The airbags inflate only in frontal impacts when the vehicle deceleration is high enough.

The front Advanced Airbag System for the front seat occupants is not a substitute for your safety belts. Rather, it is part of the overall occupant restraint system in your vehicle. Always remember that the airbag system can only help to protect you, if you are sitting upright, wearing your safety belt and wearing it properly. This is why you and your passengers must always be properly restrained, not just because the law requires you to be.

The Advanced Airbag System in your vehicle has been certified to meet the "low risk" requirements for 3 and 6 year-old children on the passenger side and very small adults on the driver side. The low risk deployment criteria are intended to help reduce the risk of injury through interaction with the front airbag that can occur, for example, by being too close to the steering wheel and instrument panel when the airbag inflates.

In addition, the system has been certified to comply with the "suppression" requirements of the Safety Standard, to turn off the front airbag for infants 12 months old and younger who are restrained on the front passenger seat in child restraints that are listed in the Standard ⇨ page 295, Child restraints and Advanced front airbag system.

"Suppression" requires the front airbag on the passenger side to be turned off if:

– a child up to about one year of age is restrained on the front passenger seat in one of the rear-facing or forward-facing infant restraints listed in Federal Motor Vehicle Safety Standard 208 with which the Advanced Airbag System in your vehicle was certified. For a listing of the child restraints that were used to certify your vehicle's compliance with the US Safety Standard ⇨ page 295,

– When a person is detected on the front passenger seat that has an electrical capacitance that is more than the total electrical capacitance of a child that is about 1 year old restrained in one of the rear-facing or forward-facing infant restraints (listed in Federal Motor Vehicle Safety Standard 208 with which the Advanced Airbag System in your vehicle was certified), the front airbag on the passenger side may or may not deploy.

The PASSENGER AIR BAG OFF light comes on when the electronic control unit detects a total electrical capacitance on the front passenger seat that requires the front airbag to be turned off. If the PASSENGER AIR BAG OFF light does not come on, the front airbag on the passenger side has not been turned off by the control unit and can deploy if the control unit senses an impact that meets the conditions stored in its memory.

If the total electrical capacitance registered on the front passenger seat is more than that of a typical 1 year-old, but less than the weight of a small adult, the front airbag on the passenger side may deploy (the PASSENGER AIR BAG OFF light does not come on).

For example, the airbag may deploy if:

– a small child that is heavier than a typical 1 year-old child is on the front passenger seat (regardless of whether the child is in one of the child safety seats listed ⇨ page 295),

– a child who has outgrown child restraints is on the front passenger seat.

If the front passenger airbag is turned off, the PASSENGER AIR BAG OFF light in the center of the instrument panel will come on and stay on.

If the front passenger airbag deploys, the Federal Standard requires the airbag to meet the "low risk" deployment criteria to help reduce the risk of injury through interaction with the airbag. "Low risk" deployment occurs in those crashes that take place at lower decelerations as defined in the electronic control unit ⇨ page 279.

Always remember: Even though your vehicle is equipped with Advanced Airbags, the safest place for children is properly restrained on the back ▶

seat. Please be sure to read the important information in the sections that follow and be sure to heed all of the WARNINGS.

⚠️ **WARNING**

To reduce the risk of injury when an airbag inflates, always wear safety belts properly.
– If you are unrestrained, leaning forward, sitting sideways or out of position in any way, your risk of injury is much higher.
– You will also receive serious injuries and could even be killed if you are up against the airbag or too close to it when it inflates - even with an Advanced Airbag ⇨ page 267.

⚠️ **WARNING**

A child in a rearward-facing child safety seat installed on the front passenger seat will be seriously injured and can be killed if the front airbag inflates - even with an Advanced Airbag System.
– Although the Advanced Airbag System in your vehicle is designed to turn off the front airbag when a rearward-facing child restraint has been installed on the front passenger seat, nobody can absolutely guarantee that deployment is impossible in all conceivable situations that may happen during the useful life of your vehicle.
– The inflating airbag will hit the child safety seat or infant carrier with great force and will smash the child safety seat and child against the backrest, center armrest, door, or roof.
– Always install rearward-facing child restraints on the rear seat.
– If you must install a rearward facing child safety seat on the front passenger seat because of exceptional circumstances and the PASSENGER AIR BAG OFF light does not come on and stay on, immediately install the rear-facing child safety seat in a rear seating position and have the airbag system inspected by your Audi dealer.

⚠️ **WARNING**

If, in exceptional circumstances, you must install a forward-facing child restraint on the front passenger's seat:
– Always make sure the forward-facing seat has been designed and certified by its manufacturer for use on a front seat with a passenger front and side airbag.
– Never put the forward-facing child restraint up against or very near the instrument panel.
– Always move the front passenger seat to the highest position in the up and down adjustment range and move it back to the rearmost position in the seat's fore and aft adjustment range, as far away from the airbag as possible, before installing the forward-facing child restraint.
– Always make sure the safety belt upper anchorage is behind the child restraint and not next to or in front of the child restraint so that the safety belt will be properly positioned.
– Always make sure that there is nothing on the front passenger seat that will cause the capacitive passenger detection system in the seat to signal to the Airbag System that the seat is occupied by a person when it is not, or to signal that it is occupied by someone who is heavier than the person actually sitting on the seat. The presence of additional objects could cause the passenger front airbag to be turned on when it should be off, or could cause the airbag to work in a way that is different from the way it would have worked without the object on the seat.
– Make sure that the PASSENGER AIR BAG OFF light comes on and stays on all the time whenever the ignition is switched on.

### Advanced Airbag System components

The front passenger seat in your vehicle has a lot of very important parts of the Advanced Airbag System in it. These parts include the capacitive passenger detection system, wiring, brackets, and more. The control unit monitors the system on the front passenger seat when the ignition is ▶

8Y0012721BB

switched on and turns the airbag indicator light on when a malfunction in the system components is detected ⇨ page 279. Because the front passenger seat contains important parts of the Advanced Airbag System, you must take care to prevent it from being damaged. Damage to the seat may prevent the Advanced Airbag System for the front passenger seat from doing its job in a crash.

**The front Advanced Airbag System consists of the following:**

– Crash sensors in the front of the vehicle that measure vehicle acceleration/deceleration to provide information to the Advanced Airbag System about the severity of the crash.

– An electronic control unit, with integrated crash sensors for front and side impacts. The control unit "decides" whether to fire the front airbags based on the information received from the crash sensors. The control unit also "decides" whether the safety belt pretensioners should be activated.

– An Advanced Airbag with gas generator for the driver inside the steering wheel hub.

– An Advanced Airbag with gas generator inside the instrument panel for the front passenger.

– A capacitive passenger detection system underneath the front passenger seat cover. This system measures the electrical capacitance of the person in the seat. The information registered is sent continuously to the electronic control unit to regulate deployment of the front Advanced Airbag on the passenger side.

– An airbag monitoring system and indicator light in the instrument cluster ⇨ page 279.

– A sensor in each front seat registers the distance between the respective seat and the steering wheel or instrument panel. The information registered is sent continuously to the electronic control unit to regulate deployment of the front Advanced Airbags.

– The **PASSENGER AIR BAG OFF** light comes on and stays on in the center of the instrument panel ⇨ page 316 and tells you when the front Advanced Airbag on the passenger side has been turned off.

– A sensor in the safety belt latch for the driver and for the front seat passenger that senses whether that safety belt is latched or not and transmits this information to the electronic control unit.

⚠ **WARNING**

Damage to the front passenger seat can prevent the front airbag from working properly.

– Improper repair or disassembly of the front passenger and driver seat will prevent the Advanced Airbag System from functioning properly.

– Repairs to the front passenger seat must be performed by qualified and properly trained workshop personnel.

– Never remove the front passenger or driver seat from the vehicle.

– Never remove the upholstery from the front passenger seat.

– Never disassemble or remove parts from the seat or disconnect wires from it.

– Never carry sharp objects in your pockets or put them on the seat. The capacitive passenger detection mat in the front passenger seat will not function properly if it is punctured.

– Never carry things on your lap or carry objects on the front passenger seat. Such objects can influence the capacitance registered by the capacitive passenger detection system, so that incorrect information is provided to the airbag control unit.

– Never store items under the front passenger seat. Parts of the Advanced Airbag System under the passenger seat could be damaged, preventing them and the airbag system from working properly.

– Never place seat covers or replacement upholstery that have not been specifically approved by Audi on the front seats.

– Seat covers can prevent the Advanced Airbag System from recognizing child restraints or occupants on the front passenger seat and prevent the side airbag in the seat backrest from deploying properly.

▶

– If a seat heater has been retrofitted or otherwise added to the front passenger seat, never install any child restraint system on this seat.

– Never use cushions, pillows, blankets, or similar items on the front passenger seat. The additional layers prevent the capacitive passenger detection system from accurately measuring the capacitance of the child safety seat and/or the person on the seat and thus keep the Advanced Airbag System from working properly.

– Never place or use any electrical device (such as a laptop, CD player, electronic games device, power inverter or seat heater for child safety seats) on the front passenger seat if the device is connected to the 12-volt socket or the cigarette lighter socket. Such devices can influence the capacitance registered by the capacitive passenger detection system, so that incorrect information is provided to the airbag control unit.

– If you must use a child restraint on the front passenger seat and the child restraint manufacturer's instructions require the use of a towel, foam cushion or something else to properly position the child restraint, make certain that the **PASSENGER AIR BAG OFF** light comes on and stays on whenever the child restraint is installed on the front passenger seat.

– If the **PASSENGER AIR BAG OFF** light does not come on and stay on, immediately install child restraint in a rear seating position and have the airbag system inspected by your Audi dealer.

⚠ **WARNING**

If the front passenger seat gets wet, dry it immediately.

– If liquid soaks into the front passenger seat, this can keep the airbag system from working properly and may, for instance, deactivate the passenger frontal airbag. If this happens, the **PASSENGER AIR BAG OFF** light will come on and stay on together with

the airbag indicator light 🔲 in the instrument cluster.

– If liquid is pooled on the seat, but has not soaked in, this may also keep the airbag system from working properly and cause the passenger frontal airbag to be enabled (turned on), even though there is a properly installed child restraint system on the seat. Wet towels or other wet things on the seat cushion can have the same effect. If the front passenger frontal airbag is turned on, the **PASSENGER AIR BAG OFF** light will go out.

### How the Advanced Airbag System components work together

The front Advanced Airbag System and the side airbags supplement the protection offered by the front three-point safety belts with pretensioners and load limiters and the adjustable head restraints* to help reduce the risk of injury in a wide range of accident and crash situations. Be sure to read the important information about safety and heed the WARNINGS in this chapter.

Deployment of the Advanced Airbag System and the activation of the safety belt pretensioners depend on the deceleration measured by the crash sensors and registered by the electronic control unit. Crash severity depends on speed and deceleration as well as the mass and stiffness of the vehicle or object involved in the crash.

On the passenger side, regardless of safety belt use, the front passenger frontal airbag will be turned off if the electrical capacitance measured by the capacitive passenger detection system on the front passenger seat is less than the amount programmed in the electronic control unit. The front passenger frontal airbag will also be turned off if the capacitance measured by the system for the front passenger seat equals that of an infant of about one year of age in one of the child safety seats that was used to certify the Advanced Airbag System under Federal Motor Vehicle Safety Standard 208. The **PASSENGER AIR BAG OFF** light comes on and stays on to tell you when the front Advanced Airbag System on the passenger side has been turned off ⇨ page 279.

▶

8V0121271B8

Airbag system

> **⚠ WARNING**
>
> To reduce the risk of injury when an airbag in-
> flates, always wear safety belts properly.
> – If you are unrestrained, leaning forward, sit-
>   ting sideways or out of position in any way,
>   your risk of injury is much higher.
> – You will also receive serious injuries and
>   could even be killed if you are up against the
>   airbag or too close to it when it inflates -
>   even with an Advanced Airbag ⇨ page 267.

**More important things to know about front airbags**



**Fig. 243** Inflated front airbags

Safety belts are important to help keep front
seat occupants in the proper seated position so
that airbags can unfold properly and provide sup-
plemental protection in a frontal collision.

The front airbags are designed to provide addi-
tional protection for the chest and face of the
driver and the front seat passenger when:

– safety belts are worn properly,
– the seats have been positioned so that the oc-
  cupant is properly seated as far as possible
  from the airbag,
– and for adjustable head restraints: the head re-
  straints have been properly adjusted.

Because airbags inflate in the blink of an eye with
great force, things you have on your lap or have
placed on the seat could become dangerous pro-
jectiles, and be pushed into you if the airbag in-
flates.

When an airbag deploys, fine dust is released.
This is normal and is not caused by a fire in the
vehicle. This dust is made up mostly of a powder

used to lubricate the airbags as they deploy. It
could irritate skin.

It is important to remember that while the sup-
plemental airbag system is designed to reduce
the likelihood of serious injuries, other injuries,
for example swelling, bruising and minor abra-
sions, can also happen when airbags inflate. Air-
bags do not protect the arms or the lower parts
of the body. Front airbags supplement the three-
point safety belts only in some frontal collisions
in which the vehicle deceleration is high enough
to deploy the airbags.

**Front airbags will not deploy:**

– if the ignition is switched off when a crash oc-
  curs,
– in side collisions,
– in rear-end collisions,
– in rollovers,
– when the crash deceleration measured by the
  airbag system is less than the minimum thresh-
  old needed for airbag deployment as registered
  by the electronic control unit.

**The front passenger airbag also will not
deploy:**

– when the front passenger seat is not occupied,
– when the electrical capacitance measured by
  the capacitive passenger detection system for
  the front passenger seat indicates that the pas-
  senger side frontal airbag must be switched off
  by the electronic control unit (the PASSENGER
  AIR BAG OFF light ⇨ page 279 and how they
  work comes on and stays on).

> **⚠ WARNING**
>
> Sitting in the wrong position can increase the
> risk of serious injury in crashes.
> – To reduce the risk of injury when the airbags
>   inflate, the driver and passengers must al-
>   ways sit in an upright position, must not
>   lean against or place any part of their body
>   too close to the area where the airbags are
>   located.
> – Occupants who are unbelted, out of position
>   or too close to the airbag can be seriously
>   injured by an airbag as it unfolds with great
>   force in the blink of an eye ⇨ page 268.

Airbag system

> **⚠ WARNING**
>
> A child in a rearward-facing child safety seat
> installed on the front passenger seat will be
> seriously injured and can be killed if the front
> airbag inflates - even with an Advanced Airbag
> System.
> – The inflating airbag will hit the child safety
>   seat or infant carrier with great force and
>   will smash the child safety seat and child
>   against the backrest, center armrest, door
>   or roof.
> – Always install rear-facing child safety seats
>   on the rear seat.
> – If you must install a rearward facing child
>   safety seat on the front passenger seat be-
>   cause of exceptional circumstances and the
>   PASSENGER AIR BAG OFF light does not
>   come on and stay on, immediately install
>   the rear-facing child safety seat in a rear
>   seating position and have the airbag system
>   inspected by your Audi dealer.

> **⚠ WARNING**
>
> Objects between you and the airbag will in-
> crease the risk of injury in a crash by interfer-
> ing with the way the airbag unfolds or by be-
> ing pushed into you as the airbag inflates.
> – Never hold things in your hands or on your
>   lap when the vehicle is in use.
> – Never transport items on or in the area of
>   the front passenger seat. Objects could
>   move into the area of the front airbags dur-
>   ing braking or other sudden maneuvers and
>   become dangerous projectiles and can
>   cause serious personal injury if the airbags
>   inflate.
> – Never place or attach accessories or other
>   objects (such as cup holders, telephone
>   brackets, large, heavy or bulky objects) on
>   the doors, over or near the area marked
>   "AIRBAG" on the steering wheel, instru-
>   ment panel, seat backrests or between
>   those areas and yourself. These objects
>   could cause injury in a crash, especially
>   when the airbags inflate.
> – Never recline the front passenger's seat to
>   transport objects. Items can also move into

> the area of the side airbag or the front air-
> bag during braking or in a sudden maneu-
> ver. Objects near the airbags can become
> projectiles and cause injury, particularly
> when the seat is reclined.
> – Never place or transport objects on the
>   front passenger seat. Objects on the front
>   passenger seat could cause the capacitive
>   sensor in the seat to signal to airbag system
>   that the seat is occupied by a person when it
>   in fact is not, or that the person on the seat
>   is heavier than he or she actually is. The
>   change in electric capacitance because of
>   such objects can cause the passenger front
>   airbag to be turned on when it should be
>   off, or can cause the airbag to work in a way
>   that is different from the way it would have
>   worked without objects on the seat.
> – Always make sure that there is nothing on
>   the front passenger seat that will cause the
>   capacitive passenger detection system in
>   the seat to signal to the Airbag System that
>   the seat is occupied by a person when it is
>   not, or to signal that it is occupied by some-
>   one who is heavier than the person actually
>   sitting on the seat. The presence of an ob-
>   ject could cause the passenger front airbag
>   to be turned on when it should be off, or
>   could cause the airbag to work in a way that
>   is different from the way it would have
>   worked without the object on the seat.

> **⚠ WARNING**
>
> The fine dust created when airbags deploy can
> cause breathing problems for people with a
> history of asthma or other breathing condi-
> tions.
> – To reduce the risk of breathing problems,
>   those with asthma or other respiratory con-
>   ditions should get fresh air right away by
>   getting out of the vehicle or opening win-
>   dows or doors.
> – If you are in a collision in which airbags de-
>   ploy, wash your hands and face with mild
>   soap and water before eating.
> – Be careful not to get the dust into your eyes,
>   or into any cuts or scratches.

Airbag system

– If the residue should get into your eyes, flush them with water.

## Monitoring the Advanced Airbag System

**Airbag monitoring indicator light**

*Two separate indicators monitor the function of the Advanced Airbag System: the* 🔲 *light and the PASSENGER AIR BAG OFF light.*

The Advanced Airbag System as well as the side airbags and side curtain airbags with ejection mitigation features (including the electronic control unit, sensors and system wiring) are all monitored continuously to make sure that they are functioning properly whenever the ignition is on. Every time you turn on the ignition, the airbag system indicator light 🔲 will come on for a few seconds (function check).

**The system must be inspected when the indicator light 🔲:**

– does not come on when the ignition is switched on,
– does not go out a few seconds after you have switched on the ignition, or
– comes on while driving.

If an airbag system malfunction is detected, the indicator light will come on to serve as a constant reminder to have the system inspected immediately.

If a malfunction occurs that turns the front airbag on the passenger side off, the **PASSENGER AIR BAG OFF** light will come on and stay on whenever the ignition is on.

> ⚠️ **WARNING**
>
> An airbag system that is not functioning properly cannot provide supplemental protection in a frontal crash.
> – If the airbag indicator light ⇨ page 29 comes when the vehicle is being used, have the system inspected immediately by your authorized Audi dealer. It is possible that the airbag will inflate when it is not supposed to, or will not inflate when it should.

**PASSENGER AIR BAG light**



Fig. 244 Center console: passenger airbag off warning light

The **PASSENGER AIR BAG OFF** light is located in the center of the instrument panel ⇨ fig. 244.

The **PASSENGER AIR BAG OFF** light will come on and stay on to tell you when the front Advanced Airbag on the passenger side has been turned off by the electronic control unit. If the bulb for the **PASSENGER AIR BAG OFF** light burns out, the airbag indicator light 🔲 will come on to signal a malfunction in the Advanced Airbag System. Although the burned-out bulb will not change the way the front passenger's frontal airbag works, it will no longer be possible to use the **PASSENGER AIR BAG OFF** light to make sure that the airbag on/off status is correct for the occupant on the front passenger seat. Have the airbag system inspected immediately by your authorized Audi dealer.

The **PASSENGER AIR BAG OFF** light will blink for about 5 seconds when:

– the ignition is switched on and
– the capacitive passenger detection system, which switches the front seat passenger's frontal Advanced Airbag on and off, detects a change in the status of the front passenger seat.

As soon as the **PASSENGER AIR BAG OFF** light stops blinking, always make sure that the airbag status (on or off) as shown by the **PASSENGER AIR BAG OFF** light is proper for the age, size and electrical capacitance of the person occupying the front passenger seat. Always make sure that the safety belt for the front passenger seat is properly fastened.

▶

The **PASSENGER AIR BAG OFF** light will show the status of the front seat passenger's frontal Advanced Airbag a few seconds after the ignition is switched on and the airbag indicator light goes off. The **PASSENGER AIR BAG OFF** light:

– will stay on if the front passenger seat is not occupied;
– will stay on if the electrical capacitance measured by the capacitive passenger detection system for the front passenger seat equals the combined capacitance of an infant up to about one year of age and one of the rearward-facing or forward-facing child restraints listed in Federal Motor Vehicle Safety Standard 208 with which the Advanced Airbag System in your vehicle was certified; For a listing of the child restraints that were used to certify your vehicle's compliance with the U.S. Safety Standard ⇨ page 295.
– will go out if the front passenger seat is occupied by an adult as registered by the capacitive passenger detection system.
– The **PASSENGER AIR BAG OFF** light must come on and stay on if the ignition is on and...
– a car bed has been installed on the front passenger seat, or
– a rearward-facing child restraint has been installed on the front passenger seat, or
– a forward-facing child restraint has been installed on the front passenger seat,
– and if the electrical capacitance registered on the front passenger seat is equal to or less than the combined capacitance of a typical 1 year-old infant and one of the rearward-facing or forward-facing child restraints listed in Federal Motor Vehicle Safety Standard 208 with which the Advanced Airbag System in your vehicle was certified.

If the front passenger seat is not occupied, the front airbag will not deploy, and the **PASSENGER AIR BAG OFF** light will stay on. Never install a rearward-facing child restraint on the front passenger seat, the safest place for a child in any kind of child restraint is at one of the seating positions on the rear seat ⇨ page 268, Child re-

straints on the front seat – some important things to know and ⇨ page 292, Child safety.

**If the PASSENGER AIR BAG light comes on ...**

If the **PASSENGER AIR BAG OFF** light comes on when one of the conditions listed above is met, be sure to check the light regularly to make certain that the **PASSENGER AIR BAG OFF** light stays on continuously whenever the ignition is on. If the **PASSENGER AIR BAG OFF** light does not appear on and does not stay on all the time, stop as soon as it is safe to do so and

– reactivate the system by turning the ignition off for more than 4 seconds and then turning it on again;
– remove and reinstall the child restraint. Make sure that the child restraint is properly installed and that the safety belt for the front passenger seat has been correctly routed through the child restraint as described in the child restraint manufacturer's instructions;
– make sure that the convertible locking retractor on the safety belt for the front passenger seat has been activated and that the safety belt has been pulled tight.
– make sure that no electrical device (such as a laptop, CD player, electronic games device, power inverter or seat heater for child safety seats) is placed or used on the front passenger seat if the device is connected to the 12-volt socket or the cigarette lighter socket;
– make sure that no seat heater has been retrofitted or otherwise added to the front passenger seat;
– make sure that nothing can interfere with the safety belt buckles and that they are not obstructed;
– make sure that there are no wet objects (such as a wet towel) and no water or other liquids on the front passenger seat cushion.

**If the PASSENGER AIR BAG light still does not come on ...**

If the **PASSENGER AIR BAG OFF** light still does not come on and does not stay on continuously (when the ignition is switched on),

▶

279 280

– take the child restraint off the front passenger seat and install it properly at one of the rear seat positions. Have the airbag system inspected by your Audi dealer immediately.

– move the child to a rear seat position and make sure that the child is properly restrained in a child restraint that is appropriate for its size and age.

**The PASSENGER AIR BAG light should NOT come on ...**

The **PASSENGER AIR BAG OFF** light should NOT come on when the ignition is on and an adult is sitting in a proper seating position on the front passenger seat. If the **PASSENGER AIR BAG OFF** light comes on and stays on or flashes for about 5 seconds while driving, under these circumstances, make sure that:

– the adult on the front passenger seat is properly seated on the center of the seat cushion with his or her back up against the backrest and the backrest is not reclined,

– the adult is not taking weight off the seat by holding on to the passenger assist handle above the front passenger door or supporting their weight on the armrest,

– the safety belt is being properly worn and that there is not a lot of slack in the safety belt webbing,

– there are no aftermarket seat covers or cushions or other things (such as blankets) on the front passenger seat that might cause the capacitive passenger detection system to miscalculate electrical capacitance.

**Important safety instructions on monitoring the Advanced Airbag System**

⚠ **WARNING**

– If the status of the Advanced Airbag System has changed while the vehicle is moving, the **PASSENGER AIR BAG OFF** light blinks for about 5 seconds to catch the driver's attention. If this happens, always stop as soon as it is safe to do so and check the steps described above.

– If the **PASSENGER AIR BAG OFF** light does not go off when an adult who is not very small is sitting on the front passenger seat after taking the steps described above, make sure the adult is properly seated and restrained at one of the rear seating positions. Have the airbag system inspected by your authorized Audi dealer before transporting anyone on the front passenger seat.

⚠ **WARNING**

An airbag system that is not functioning properly cannot provide supplemental protection in a frontal crash.

– If the airbag indicator light ⇨ page 29 comes on when the vehicle is being used, have the system inspected immediately by your authorized Audi dealer. It is possible that the airbag will inflate when it is not supposed to, or will not inflate when it should.

⚠ **WARNING**

If the front airbag inflates, a child without a child restraint, or in a rearward-facing child safety seat, or in a forward-facing child restraint that has not been properly installed will be seriously injured and can be killed.

– Even though your vehicle is equipped with an Advanced Airbag System, make certain that all children, especially 12 years and younger, always ride on the back seat properly restrained for their age and size.

– Always install forward or rear-facing child safety seats on the rear seat – even with an Advanced Airbag System.

– If you must install a rearward-facing child safety seat on the front passenger seat because of exceptional circumstances and the **PASSENGER AIR BAG OFF** light does not appear and stay on, immediately install the rear-facing child safety seat in a rear seating position and have the airbag system inspected by your Audi dealer.

– If, in exceptional circumstances, you must install a forward-facing child restraint on the front passenger seat, always move the ▶

seat into its rearmost position in the seat's fore and aft adjustment range, as far away from the airbag as possible. The backrest must be adjusted to an upright position. Make sure that the **PASSENGER AIR BAG OFF** light comes on and stays on all the time whenever the ignition is switched on.

⚠ **WARNING**

– If the **PASSENGER AIR BAG OFF** light does not go out when an adult is sitting on the front passenger seat after taking the steps described above, make sure the adult is properly seated and restrained at one of the rear seating positions.

– Have the airbag system inspected by your Audi dealer before transporting anyone on the front passenger seat.

ⓘ **Tips**

If the capacitive passenger detection system determines that the front passenger seat is empty, the frontal airbag on the passenger side will be turned off, and the **PASSENGER AIR BAG OFF** light will stay on.

**Repair, care and disposal of the airbags**

Parts of the airbag system are installed at many different places on your Audi. Installing, removing, servicing or repairing a part in an area of the vehicle can damage a part of an airbag system and prevent that system from working properly in a collision.

There are some important things you have to know to make sure that the effectiveness of the system will not be impaired and that discarded components do not cause injury or pollute the environment.

⚠ **WARNING**

Improper care, servicing and repair procedures can increase the risk of personal injury and death by preventing an airbag from deploying when needed or deploying an airbag unexpectedly:

– Never cover, obstruct, or change the steering wheel horn pad or airbag cover or the instrument panel or modify them in any way.

– Never attach any objects such as cup holders or telephone mountings to the surfaces covering the airbag units.

– For cleaning the horn pad or instrument panel, use only a soft, dry cloth or one moistened with plain water. Solvents or cleaners could damage the airbag cover or change the stiffness or strength of the material so that the airbag cannot deploy and protect properly.

– Never repair, adjust, or change any parts of the airbag system.

– All work on the steering wheel, instrument panel, front seats or electrical system (including the installation of audio equipment, cellular telephones and CB radios, etc.) must be performed by a qualified technician who has the training and special equipment necessary.

– For any work on the airbag system, we strongly recommend that you see your authorized Audi dealer or qualified workshop.

– Never modify the front bumper or parts of the vehicle body.

– Always make sure that the side airbag can inflate without interference:

   – Never install seat covers or replacement upholstery over the front seatbacks that have not been specifically approved by Audi.

   – Never use additional seat cushions that cover the areas where the side airbags inflate.

   – Damage to the original seat covers or to the seam in the area of the side airbag module must always be repaired immediately by an authorized Audi dealer.

– The airbag system can deploy only once. After an airbag has been deployed, it must be replaced with new replacement parts designed and approved especially for your Audi model version. Replacement of complete airbag systems or airbag components must be performed by qualified workshops only. Make sure that any airbag service ▶

8V0012772IBB

action is entered in your Audi Warranty & Maintenance booklet under *AIRBAG RE-PLACEMENT RECORD*.

– Applies to plug-in hybrid* vehicles: In the event of a collision where the airbags deploy, the electrical connection to the high-voltage battery is automatically disconnected. This prevents a short circuit.

### For the sake of the environment

Undeployed airbag modules and passengers might be classified as Perchlorate Material - special handling may apply, see www.dtsc.ca.gov/hazardouswaste/perchlorate. When the vehicle or parts of the restraint system including airbag modules and safety belts with pretensioners are scrapped, all applicable laws and regulations must be observed. Your authorized Audi dealer is familiar with these requirements and we recommend that you have your dealer perform this service for you.

### Other things that can affect Advanced Airbag performance

Changing the vehicle's suspension system can change the way that the Advanced Airbag System performs in a crash. For example, using tire-rim combinations not approved by Audi, lowering the vehicle, changing the stiffness of the suspension, including the springs, suspension struts, shock absorbers etc. can change the forces that are measured by the airbag sensors and sent to the electronic control unit. Some suspension changes can, for example, increase the force levels measured by the sensors and make the airbag system deploy in crashes in which it would not deploy if the changes had not been made. Other kinds of changes may reduce the force levels measured by the sensors and prevent the airbag from deploying when it should.

### ⚠ WARNING

Changing the vehicle's suspension including use of unapproved tire-rim combinations can change Advanced Airbag performance and in-

crease the risk of serious personal injury in a crash.

– Never install suspension components that do not have the same performance characteristics as the components originally installed on your vehicle.

– Never use tire-rim combinations that have not been approved by Audi.

## Knee airbags

### Description of knee airbags

Applies to: vehicles with knee airbags

*The knee airbag system can provide supplemental protection to properly restrained front seat occupants.*



Fig. 245 Driver's knee airbag

The driver knee airbag is in the instrument panel underneath the steering wheel ⇨ fig. 245, the airbag for the passenger is at about the same height in the instrument panel underneath the glove compartment.

The knee airbag offers additional protection to the driver's and passenger's knees and upper and lower thigh areas and supplements the protection provided by the safety belts.

If the front airbags deploy, the knee airbags also deploy in frontal collisions when the deployment threshold stored in the control unit is met ⇨ page 277, More important things to know about front airbags.

In addition to their normal safety function, safety belts help keep the driver or front passenger in position in a frontal collision so that the airbags can provide supplemental protection. ▶

The airbag system is not a substitute for your safety belt. Rather, it is part of the overall occupant restraint system in your vehicle. Always remember that the airbag system can only help to protect you if you are wearing your safety belt and wearing it properly. This is why you should always wear your safety belt, not just because the law requires you to do so ⇨ page 258, General notes.

Remember too, airbags will deploy only once and only in certain kinds of accidents - your safety belts are always there to offer protection in those accidents in which airbags are not supposed to deploy or when they have indeed deployed, for example when your vehicle strikes or is struck by another after the first collision.

This is just one of the reasons why an airbag is not a substitute for the safety belt. The airbag system works most effectively when used with the safety belts. Therefore, always wear your safety belts correctly.

It is important to remember that while the supplemental knee airbag system is designed to reduce the likelihood of serious injuries, other injuries, for example, swelling, bruising and minor abrasions and friction burns can also occur when an airbag inflates.

**The knee airbag system basically consists of:**

– The electronic control module
– Two inflatable airbags (airbag and gas generator), one for the driver and one for the front passenger
– The airbag indicator light in the instrument panel

**The knee airbag system will not deploy:**

– when the ignition is switched off
– in frontal collisions when the deceleration measured by the control unit is too low
– in side collisions
– in rear-end collisions
– in rollovers
– in the event of a system malfunction (warning/indicator light is on) ⇨ page 29.

### ⚠ WARNING

– Safety belts and the airbag system can only provide protection when occupants are in the proper seating position ⇨ page 277.
– If the airbag indicator light ⇨ page 29 comes when the vehicle is being used, have the system inspected immediately by your authorized Audi dealer. It is possible that the airbag will inflate when it is not supposed to, or will not inflate when it should.

### How knee airbags work

Applies to: vehicles with knee airbags

*The risk of injury to the leg area can be reduced by fully inflated knee airbags.*



Fig. 246 Inflated airbags protecting in a frontal collision

The knee airbag system has been designed so that the airbags for the driver and front passenger deploy in certain but not all frontal collisions.

If the front airbags deploy, the knee airbags also deploy in frontal collisions when the deployment threshold stored in the control unit is met.

When the system deploys, the airbags fill with a compressed propellant gas, and inflate between the lower part of the instrument panel and the driver and the lower part of the instrument panel and the front passenger ⇨ page 277, fig. 243.

Although they are not a soft pillow, they can "cushion" the impact and in this way they can help to reduce the risk of injury to the lower extremities.

All of this takes place in the blink of an eye, so fast that many people don't even realize that the airbags have deployed. The airbags also inflate with a great deal of force and it is important for ▶

Airbag system

occupant safety that nothing should be in their way when they deploy.

Fully inflated airbags in combination with properly worn safety belts slow down and limit the occupant's forward movement and help to reduce the risk of injury.

### Important safety instructions on the knee airbag system

Applies to: vehicles with knee airbags

*Airbags are only supplemental restraints. Always wear safety belts correctly and ride in a proper seating position.*

There is a lot that you and your passengers must know and do to help the safety belts and airbags to provide supplemental protection.

> ⚠️ **WARNING**
>
> An inflating knee airbag can cause serious injury. Wearing safety belts incorrectly and improper seating positions increase the risk of serious personal injury and death whenever a vehicle is being used.
> - The knee airbag system cannot protect you properly if you are seated too close to any of the airbag locations. When adjusting their seat positions, it is important that both the driver and the front passenger keep their upper bodies and knees at the following minimum safe distances:
>   - at least 10 inches (25 cm) between the chest and the steering wheel/instrument panel.
>   - at least 4 inches (10 cm) between the knees and the lower part of the instrument panel.
> - The risk of personal injury increases if you lean forward or to the side, or if the seat is improperly positioned and you are not wearing your safety belt. The risk increases even more should the airbag deploy.
> - Always make sure that the knee airbag can inflate without interference. Objects between you and the airbag can increase the risk of injury in an accident by interfering

with the way the airbag deploys or by being pushed into you as the airbag deploys.
- Never let anybody, especially children or animals ride in the footwell in front of the passenger seat. If the airbag deploys, this can result in serious or fatal injuries.
- Never carry objects of any kind in the footwell area in front of the driver's or passenger's seat. Bulky objects (shopping bags, for example) can interfere with or prevent proper deployment of the airbag. Small objects can be thrown through the vehicle if the airbag deploys and injure you or your passengers.
- Make sure there are no cracks, deep scratches or other damage in the area of the instrument panel where the knee airbags are located.
- If children are incorrectly seated, their risk of injury increases in a collision ⇨ page 292, Child safety.

## Side airbags

### Description of side airbags

*The airbag system can provide supplemental protection to properly restrained occupants.*



**Fig. 247** Side airbag location in the driver's seat

The side airbags are located in the sides of the front seat backrests ⇨ fig. 247 and the rear backrest* facing the doors.

The side airbags installed for the front seating positions have been designed and certified to help reduce the risk of injury that can be caused by airbags when they inflate, particularly when the occupant sitting next to it is not seated properly. The side airbag for the front passenger seat ▶

285

---

Airbag system

can be used with properly installed child restraints. Please be sure to read the important information and warnings whenever using a child restraint in a vehicle: Safety belts ⇨ page 258, Airbag system ⇨ page 267, Child safety ⇨ page 292.

The **side airbag** system basically consists of:

- the electronic control module and external side impact sensors
- the two airbags located in the sides of the front backrests and the two airbags* located in the rear backrest
- the airbag warning light in the instrument cluster.

The airbag system is monitored electronically to make certain that it is functioning properly at all times. Each time you switch on the ignition, the airbag system indicator light will come on for a few seconds (self diagnostics).

The side airbag system supplements the safety belts and can help to reduce the risk of injury to the driver's, front and rear* passenger's upper torso on the side of the vehicle that is struck in a side collision. The airbag deploys only in side impacts and only when the vehicle acceleration registered by the control unit is high enough. If this rate is below the reference value programmed into the control unit, the side airbags will not be triggered, even though the car may be badly damaged as a result of the collision. It is not possible to define an airbag triggering range that will cover every possible angle of impact, since the circumstances will vary considerably between one collision and another. Important factors include, for example, the nature (hard or soft) of the impacting object, the angle of impact, vehicle speed, etc. ⇨ page 287, Important safety instructions on the side airbag system.

Aside from their normal safety function, safety belts work to help keep the driver or front passenger in position in the event of a side collision so that the side airbags can provide protection.

The airbag system is *not* a substitute for your safety belt. Rather, it is part of the overall occupant restraint system in your vehicle. Always remember that the side airbag system can only

help to protect you if you are wearing your safety belt and wearing it properly. This is another reason why you should always wear your safety belts, not just because the law requires you to do so ⇨ page 258, General notes.

It is important to remember that while the supplemental side airbag system is designed to reduce the likelihood of serious injuries, other injuries, for example, swelling, bruising, friction burns and minor abrasions can also be associated with deployed side airbags. Remember too, side airbags will deploy only once and only in certain kinds of accidents - your safety belts are always there to offer protection.

Vehicle damage, repair costs or even the lack of vehicle damage are not necessarily an indication of over-sensitive or failed airbag activation. In some collisions, both front and side airbags may inflate. Remember too, that airbags will deploy only once and only in certain kinds of collisions – your safety belts are always there to offer protection in those accidents in which airbags are not supposed to deploy or when they have already deployed.

The **side airbag** system will not deploy:

- when the ignition is switched off
- in side collisions when the acceleration measured by the sensor is too low
- in front-end collisions
- in rear-end collisions
- in rollovers.

In some types of accidents the front airbags, side curtain airbags and side airbags may be triggered together.

> ⚠️ **WARNING**
>
> - Safety belts and the airbag system will only provide protection when occupants are in the proper seating position ⇨ page 287.
> - If the airbag indicator light ⇨ page 291 comes when the vehicle is being used, have the system inspected immediately by your authorized Audi dealer. It is possible that the airbag will inflate when it is not supposed to, or will not inflate when it should.

286

8V0012772I8B

### How supplemental side airbags work

*Side airbags deploy instantly and can help reduce the risk of upper torso injuries for occupants who are properly restrained.*



Applies to: vehicles without power top
**Fig. 248** Side impact protection: inflated side airbags (example)



Applies to: vehicles with power top
**Fig. 249** Side impact protection: inflated side airbags

When the system is triggered, the airbag is filled with propellant gas and breaks through a seam in the seat surface area marked "AIRBAG". It expands between the side trim panel and the passenger. In order to help provide this additional protection, the side airbag must inflate within a fraction of a second at very high speed and with great force. The supplemental side airbag could injure you if your seating position is not proper or upright or if items are located in the area where the supplemental side airbag expands. This applies especially to children ⇨ page 292, *Child safety*. Supplemental side airbags inflate between the occupant and the door panel on the side of the vehicle that is struck in certain side collision ⇨ fig. 248, ⇨ fig. 249.

Although they are not a soft pillow, they can "cushion" the impact and in this way they can help to reduce the risk of injury to the upper part of the body.

A fine dust may develop when the airbag deploys. This is normal and does not mean there is a fire in the vehicle.

### Important safety instructions on the side airbag system

*Airbags are only supplemental restraints. Always properly wear safety belts and ride in a proper seating position.*

There is a lot that you and your passengers must know and act accordingly to help the safety belts and airbags do their job to provide supplemental protection.

⚠️ **WARNING**

An inflating side airbag can cause serious or fatal injury. Improperly wearing safety belts and improper seating positions increase the risk of serious personal injury and death whenever a vehicle is being used.
- In order to reduce the risk of injury when the supplemental side airbag inflates:
  - Always sit in an upright position and never lean against the area where the supplemental side airbag is located.
  - Never let a child or anyone else rest their head against the side trim panel in the area where the supplemental side airbag inflates.
  - Always make sure that safety belts are worn correctly.
  - Do not let anyone sitting in the front seat put their hand or any other parts of their body out of the window.
- Always make sure that the side airbag can inflate without interference.
  - Never install seat covers or replacement upholstery over the front seatbacks that have not been specifically approved by Audi.
  - Never use additional seat cushions that cover the areas where the side airbags deploy.

- Damage to the original seat covers or to the seam in the area of the side airbag module must always be repaired immediately by an authorized Audi dealer.
- Objects between you and the airbag can increase the risk of injury in an accident by interfering with the way the airbag unfolds or by being pushed into you as the airbag inflates.
  - Never place or attach accessories or other objects (such as cup holders, telephone brackets, or even large, bulky objects) on the doors, over or near the area marked "AIRBAG" on the seat backrest.
  - Such objects and accessories can become dangerous projectiles and cause injury when the supplemental side airbag deploys.
  - Never carry any objects or pets in the deployment space between them and the airbags or allow children or other passengers to travel in this position.
- Always use the built-in coat hooks only for lightweight clothing. Never leave any heavy or sharp-edged objects in the pockets that may interfere with side airbag deployment and can cause personal injury in an accident.
- Always prevent the side airbags from being damaged by heavy objects knocking against or hitting the sides of the seatbacks.
- The airbag system can only be triggered once. If the airbag has been triggered, the system must be replaced by an authorized Audi dealership.
- Damage (cracks, deep scratches etc.) to the original seat covers or to the seam in the area of the side airbag module must always be repaired immediately by an authorized Audi dealer.
- If children are seated improperly, their risk of injury increases in the case of an accident ⇨ page 292, *Child safety*.
- Never attempt to modify any components of the airbag system in any way.
- In a side collision, side airbags will not function properly if sensors cannot correctly measure increasing air pressure inside the

doors when air escapes through larger, unclosed openings in the door panel.
  - Never drive with interior door trim panels removed.
  - Never drive when parts have been removed from the inside door panel and the openings they leave have not been properly closed.
  - Never drive when loudspeakers in the doors have been removed unless the speaker holes have been properly closed.
  - Always make certain that openings are covered or filled if additional speakers or other equipment is installed in the inside door panels.
  - Always have work on the doors done by an authorized Audi dealer or qualified workshop.

### Side curtain airbags

#### Description of side curtain airbags
Applies to: vehicles with side curtain airbags

*The side curtain airbag system can provide supplemental protection to properly restrained occupants.*



**Fig. 250** Side curtain airbags, driver's side: side curtain airbag location (example)

The side curtain airbags are located on both sides of the interior above the front and rear side windows ⇨ fig. 250. They are identified by the word "AIRBAG" on the windshield frame and the center roof pillar.

The side curtain airbags contain features that provide ejection mitigation to help prevent vehicle occupants or parts of their bodies from being completely or partially ejected from the vehicle

287    288

interior in certain side impacts and vehicle roll-overs.

The side curtain airbag system supplements the safety belts and can help to reduce the risk of injury for occupants' heads and upper torso on the side of the vehicle that is struck in a side collision. The side curtain airbag inflates in side impacts and only when the vehicle acceleration registered by the control unit is high enough. If this rate is below the reference value programmed into the control unit, the side curtain airbag will not be triggered, even though the car may be badly damaged as a result of the collision. It is not possible to define an airbag triggering range that will cover every possible angle of impact, since the circumstances will vary considerably between one collision and another. Important factors include, for example, the nature (hard or soft) of the impacting object, the angle of impact, vehicle speed, etc. ⇨ page 290, How side curtain airbags work.

Aside from their normal safety function, safety belts work to help keep the driver or front passenger in position in the event of a collision so that the side curtain airbags can provide protection.

The airbag system is not a substitute for your safety belt. Rather, it is part of the overall occupant restraint system in your vehicle. Always remember that the airbag system can only help to protect you if you are wearing your safety belt and wearing it properly. This is another reason why you should always wear your safety belts, not just because the law requires you to do so ⇨ page 258, General notes.

It is important to remember that while the side curtain airbag system is designed to help reduce the likelihood of serious injuries, other injuries, for example, swelling, bruising, friction burns and minor abrasions can also be associated with these airbags upon deployment. Remember too, these airbags will deploy only once and only in certain kinds of accidents - your safety belts are always there to offer protection.

**The side curtain airbag system basically consists of:**

– The electronic control module and external side impact sensors
– The side curtain airbags above the front and rear side windows with ejection mitigation features
– The airbag indicator light in the instrument panel

The airbag system is monitored electronically to make certain it is functioning properly at all times. Each time you switch on the ignition, the airbag system indicator light will come on for a few seconds (self diagnostics).

**The side curtain airbag is not activated:**

– if the ignition is switched off,
– in side collisions when the acceleration measured by the sensor is too low,
– in rear-end collisions.

⚠ **WARNING**

– Safety belts and the airbag system will only provide protection when occupants are in the proper seating position ⇨ page 61, Front seats.
– If the airbag indicator light ⇨ page 29 comes when the vehicle is being used, have the system inspected immediately by your authorized Audi dealer. It is possible that the airbag will inflate when it is not supposed to, or will not inflate when it should.

Airbag system

**How side curtain airbags work**
Applies to: vehicles with side curtain airbags

*Side curtain airbags can work together with side airbags to help reduce the risk of head and upper torso injuries for occupants who are properly restrained.*



**Fig. 251** Illustration of principle: Inflated side curtain airbags on the left side (example)

The side curtain airbags inflate between the occupant and the windows on the side of the vehicle that is struck in a side collision ⇨ fig. 251.

When the system is triggered, the side curtain airbag is filled with propellant gas and breaks through a seam down the front and rear side windows identified by the AIRBAG label. In order to help provide this additional protection, the side curtain airbag must inflate within the blink of an eye at very high speed and with great force. The side curtain airbag could injure you if your seating position is not proper or upright or if items are located in the area where the supplemental side curtain airbag inflates. This applies especially to children ⇨ page 292.

Although they are not a soft pillow, side curtain airbags can "cushion" the impact and in this way they can help to reduce the risk of injury to the head and the upper part of the body.

A fine dust may develop when the airbag deploys. This is quite normal and does not mean there is a fire in the vehicle.

**Important safety instructions on the side curtain airbag system**
Applies to: vehicles with side curtain airbags

*Airbags are only supplemental restraints. Always properly wear safety belts and ride in a proper seating position.*

There is a lot that you and your passengers must know and do to help the safety belts and airbags do their job to provide supplemental protection.

⚠ **WARNING**

Improperly wearing safety belts and improper seating positions increase the risk of serious personal injury and death whenever a vehicle is being used.

– Never let occupants place any parts of their bodies in the area from which the side curtain airbag inflate.
– Always make sure that the side curtain airbags can inflate without interference.
– Use the built-in coat hooks only for lightweight clothing. Never leave any heavy or sharp-edged objects in the pockets that may interfere with airbag deployment and can cause personal injury in a collision.
– Never use hangers to hang clothes on the hooks.
– Only use factory-installed sun shades or, if shades installed after the vehicle leaves the factory, use only genuine Audi sun shades.
– Never swing the sun visors over to the side windows if things such as pens, garage door openers, hands-free speakers, etc. are attached to the sun visors. They could come loose and cause serious injury if the side curtain airbag inflates.
– A deploying airbag inflates in a fraction of a second and with great force.
– Never attach objects to the cover or in the deployment zone of a side curtain airbag.
– The airbag deployment zones must be kept clear at all times. Make sure there are no objects, pets, or other persons in the space between any vehicle occupant and any airbag at any time.
– Do not attach any accessories to the doors.

289        290

8V0.012.721.BB

> ⚠ **WARNING**
> – The airbag system can deploy only once. If the airbag has been triggered, the system must be replaced by an authorized Audi dealer or qualified workshop.
> – Always have work involving the side curtain airbag system, removal and installation of the airbag components, or other repairs performed by a qualified dealership. Otherwise the airbag system may not work correctly.
> – Never attempt to modify any components of the airbag system in any way.

# Child safety

## Important information

**Introduction**

*The rear seat is generally the safest place in a collision.*

The physical principles of what happens when your vehicle is in a crash apply also to children ⇨ page 259, *What happens to occupants not wearing safety belts?*. But unlike adults and teenagers, their muscles and bones are not fully developed. In many respects children are at greater risk of serious injury in crashes than adults.

Because children's bodies are not fully developed, they require restraint systems especially designed for their size, weight, and body structure. Many countries and all states of the United States and provinces of Canada have laws requiring the use of approved child restraint systems for infants and small children.

In a frontal crash at a speed of 20-35 mph (30-56 km/h) the forces acting on a 13-pound (6 kg) infant will be more than 20 times the weight of the child. This means the weight of the child would suddenly be more than 260 pounds (120 kg). Under these conditions, only an appropriate child restraint properly used can reduce the risk of serious injury. Child restraints, like adult safety belts, must be used properly to be effective. Used improperly, they can increase the risk of serious injury in an accident.

All children, especially those 12 years and younger must always ride in the back seat properly restrained for their age and size. If you must install a child restraint on the front passenger seat in exceptional circumstances, be sure to read and heed the important information and warnings ⇨ page 268. Infants and other children who are properly restrained in an appropriate child restraint that is for their size and age can benefit from the protection that supplemental side airbags provide in some kinds of crashes.

For more information please see information provided by the:

– National Highway Traffic Safety Administration (NHTSA), currently at : http://www.safercar.gov (for the USA)
– Transport Canada Information Centre, currently at: http://www.tc.gc.ca (for Canada)

Consult the child safety seat manufacturer's instructions in order to be sure the seat is right for your child's size ⇨ page 296, *Important safety instructions for using child safety seats*. Please be sure to read and heed all of the important information and WARNINGS about child safety, Advanced Airbags, and the installation of child restraints in this chapter.

There is a lot you need to know about the Advanced Airbags in your vehicle and how they work when infants and children in child restraints are on the front passenger seat. Because of the large amount of important information, we cannot repeat it all here. We urge you to read the detailed information in this owner's manual about airbags and the Advanced Airbag System in your vehicle and the very important information about transporting children on the front passenger seat. Please be sure to heed the WARNINGS - they are extremely important for your safety and the safety of your passengers, especially infants and small children.

> ⚠ **WARNING**
> – Accident statistics have shown that children are generally safer in the rear seat area than in the front seating position. Always restrain any child age 12 and under in the rear.
> – All vehicle occupants and especially children must be restrained properly whenever riding in a vehicle. An unrestrained or improperly restrained child could be injured by striking the interior or by being ejected from the vehicle during a sudden maneuver or impact. An unrestrained or improperly restrained child is also at greater risk of injury or death through contact with an inflating airbag.
> – A suitable child restraint properly installed and used at one of the rear seating positions provides the highest degree of protection for infants and small children in most accident situations.

8V201272188

Child safety

⚠ **WARNING**

Children on the front seat of any car even with Advanced Airbags can be seriously injured or even killed when an airbag inflates. A child in a rearward-facing child seat installed on the front passenger seat will be seriously injured and can be killed if the front airbag inflates.

– The inflating airbag will hit the child safety seat or infant carrier with great force and will smash the child safety seat and child against the backrest, center armrest, or door.
– Always install rear-facing child safety seats on the rear seat.
– If you must install a rearward facing child safety seat on the front passenger seat in exceptional circumstances and the **PASSENGER AIR BAG OFF** light does not come on and stay on, immediately install the rear-facing child safety seat in a rear seating position and have the airbag system inspected immediately by your Audi dealer.

⚠ **WARNING**

– Forward-facing child safety seats installed on the front passenger seat may interfere with the deployment of the airbag and cause serious personal injury to the child.
– If exceptional circumstances require the use of a forward-facing child restraint on the front passenger's seat, the child's safety and well-being require the following special precautions to be taken:
  – Always make sure that the forward-facing seat has been designed and certified by its manufacturer for use on a front passenger seat with a front and side airbag.
  – Always carefully follow the manufacturer's instructions provided with the child safety seat or infant carrier.
  – Never install a child restraint without a properly attached top tether strap if the child restraint manufacturer's instructions require the top tether strap to be used.

– Never put the forward-facing child restraint up against or very near the instrument panel.
– Applies to: vehicles with safety belt height adjustment: Always set the safety belt upper anchorage to the adjustment position that permits proper installation in accordance with the child restraint manufacturer's instructions.
– Always move the front passenger seat to the highest position in the up and down adjustment range and move it back to the rearmost position in the seat's fore and aft adjustment range, as far away from the airbag as possible, before installing the forward-facing child restraint.
– Always make sure that the safety belt upper anchorage is behind the child restraint and not next to or in front of the child restraint so that the safety belt will be properly positioned.
– Always make sure that nothing prevents the front passenger's seat from being moved to the rearmost position in its fore and aft adjustment range.
– Never place objects on the seat (such as a laptop, CD player, electronic games device, power inverter or seat heater for child safety seats). These may influence the electrical capacitance measured by the capacitive passenger detection system and can also fly around in an accident and cause serious personal injury.
– Never place or use any electrical device (such as a laptop, CD player, electronic games device, power inverter or seat heater for child safety seats) on the front passenger seat if the device is connected to the 12-volt socket or the cigarette lighter socket.
– If a seat heater has been retrofitted or otherwise added to the front passenger seat, never install any child restraint system on this seat.
– Make sure that there are no wet objects (such as a wet towel) and no water or other liquids on the front passenger seat cushion.

Child safety

⚠ **WARNING**

– Always make sure that the **PASSENGER AIR BAG OFF** light comes on and stays on all the time whenever the ignition is switched on.
– If the **PASSENGER AIR BAG OFF** light does not come on and stay on, immediately install the rearward-facing child safety seat in a rear seating position and have the airbag system inspected by your authorized Audi dealer.
– Always buckle the child safety seat firmly in place even if a child is not sitting in it. A loose child safety seat can fly around during a sudden stop or in a collision.
– Always read and heed all WARNINGS whenever using a child restraint in a vehicle ⇨ page 258, Safety belts, ⇨ page 267, Airbag system and ⇨ page 292, Important information.

 **Tips**

Always replace child restraints that were installed in a vehicle during a crash. Damage to a child restraint that is not visible could cause it to fail in another collision situation.

**Advanced front airbag system and children**

Your vehicle is equipped with a front "Advanced Airbag System" in compliance with United States Federal Motor Vehicle Safety Standard (FMVSS) 208, as well as Canada Motor Vehicle Safety Standard (CMVSS) 208 as applicable at the time your vehicle was manufactured.

The Advanced Airbag system in your vehicle has been certified to meet the "low-risk" requirements for 3- and 6-year old children on the passenger side and small adults on the driver side. The low risk deployment criteria are intended to reduce the risk of injury through interaction with the airbag that can occur, for example, by being too close to the steering wheel and instrument panel when the airbag inflates. In addition, the system has been certified to comply with the "suppression" requirements of the Safety Standard, to turn off the front airbag for infants up to 12 months who are restrained on the front pas-

senger seat in child restraints that are listed in the Standard.

Even though your vehicle is equipped with an Advanced Airbag system, all children, especially those 12 years and younger, should always ride in the back seat properly restrained for their age and size. The airbag on the passenger side makes the front seat a potentially dangerous place for a child to ride. The front seat is not the safest place for a child in a forward-facing child safety seat. It can be a very dangerous place for an infant or a larger child in a rearward-facing child safety seat.

The vehicle's Advanced Airbag System has a capacitive passenger detection system in the front passenger seat cushion that can detect the presence of a baby or a child in a child restraint system on this seat.

The capacitive passenger detection system registers the changes that result in an electrical field when a child, a child restraint, and a baby blanket are on the front passenger seat. The change in the measured capacitance due to the presence of a child, a child restraint, and a baby blanket on the front passenger seat is related to the child restraint resting on the seat. The measured capacitance of a child restraint system varies depending on the type of system and specific make and model.

The electrical capacitance of the various types, makes, and models of child restraints specified by the U.S. National Highway Traffic Safety Administration (NHTSA) in the relevant safety standard are stored in the Advanced Airbag System control unit together with the capacitances typical of infants and a 1-year old child. When a child restraint is used on the front passenger seat with a typical 1 year-old infant, the Advanced Airbag System compares the capacitance measured by the capacitive passenger detection system with the data stored in the electronic control unit.

8/2012721BB