**EXHIBIT A-3**

Child safety

## Child restraints and Advanced front airbag system

Regardless of the child restraint that you use, make sure that it has been certified to meet Safety Standards and has been certified by its manufacturer for use with an airbag. Always be sure that the child restraint is properly installed at one of the rear seating positions. If in exceptional circumstances you must use it on the front passenger seat, carefully read all of the information on child safety and Advanced Airbags and heed all of the applicable WARNINGS. Make certain that the child and child restraint are correctly recognized by the capacitive passenger detection system in the front passenger seat, that the front passenger airbag is turned off, and that the airbag status is always correctly signaled by the PASSENGER AIR BAG OFF light.

Many types and models of child restraints have been available over the years, new models are introduced regularly incorporating new and improved designs and older models are taken out of production. Child restraints are not standardized. Child restraints of the same type typically have different weights and sizes and different "footprints", the size and shape of the bottom of the child restraint that sits on the seat, when they are installed on a vehicle seat. These differences make it virtually impossible to certify compliance with the requirements for advanced airbags with each and every child restraint that has ever been sold in the past or will be sold over the course of the useful life of your vehicle.

For this reason, the United States National Highway Traffic Safety Administration has published a list of specific type, makes and models of child restraints that must be used to certify compliance of the Advanced Airbag System in your vehicle with the suppression requirements of Federal Motor Vehicle Safety Standard 208. These child restraints are:

### Subpart A – Car bed child restraints

| Model | Manufactured on or after |
|---|---|
| Angel Guard Angel Ride AA2403FOF | September 25, 2007 |

### Subpart B – Rear-facing child restraints

| Model | Manufactured on or after |
|---|---|
| Century SmartFit 4543 | December 1, 1999 |
| Cosco Arriva 22-013PAW and base 22-999WHO | September 25, 2007 |
| Evenflo Discovery Adjust Right 212 | December 1, 1999 |
| Evenflo First Choice 204 | December 1, 1999 |
| Graco Infact 8457 | December 1, 1999 |
| Graco Snugride | September 25, 2007 |
| Peg Perego Primo Viaggio SIP IMUN00US | September 25, 2007 |

### Subpart C – Forward-facing and convertible child restraints

| Model | Manufactured on or after |
|---|---|
| Britax Roundabout E9L02xx | September 25, 2007 |
| Cosco Touriva O2519 | December 1, 1999 |
| Cosco Summit Deluxe High Back Booster 22-262 | September 25, 2007 |
| Cosco High Back Booster 22-209 | September 25, 2007 |
| Evenflo Tribute V 379xxxx | September 25, 2007 |
| Evenflo Medallion 254 | December 1, 1999 |
| Evenflo Generations 352xxxx | September 25, 2007 |
| Graco ComfortSport | September 25, 2007 |
| Graco Toddler Safety Seat Step 2 | September 25, 2007 |
| Graco Platinum Cargo | September 25, 2007 |

### ⚠ WARNING

To reduce the risk of serious injury, make sure that the PASSENGER AIR BAG OFF light comes on and stays on whenever a child restraint is installed on the front passenger seat and the ignition is switched on.

▶

Child safety

– Take the child restraint off the front passenger seat and install it properly at one of the rear seat positions if the PASSENGER AIR BAG OFF light does not stay on.
– Have the airbag system inspected by your authorized Audi dealer immediately.

### ⓘ Tips

The child safety seats listed in categories A to C have been statically tested by Audi only for the Advanced Airbag function.

## Important safety instructions for using child safety seats

*Correct use of child safety seats substantially reduces the risk of injury in an accident!*

As the driver, you are responsible for the safety of everybody in the vehicle, especially children:

▶ Always use the right child safety seat for each child and always use it properly ⇨ page 298.
▶ Always carefully follow the child safety seat manufacturer's instructions on how to route the safety belt properly through the child safety seat.
▶ When using the vehicle safety belt to install a child safety seat, you must first activate the convertible locking retractor on the safety belt to prevent the child safety seat from moving ⇨ page 303.
▶ Push the child safety seat down with your full weight to get the safety belt really tight so that the seat cannot move forward or sideways more than one inch (2.5 cm).
▶ Secure unused safety belts on the rear seat ⇨ page 298.

Always remember: Even though your vehicle is equipped with an Advanced Airbag system, all children, especially those 12 years and younger, should always ride in the back seat properly restrained for their age and size.

### ⚠ WARNING

Not using a child safety seat, using the wrong child safety seat or improperly installing a child restraint increases the risk of serious personal injury and death.

– All vehicle occupants and especially children must be restrained properly whenever riding in a vehicle. An unrestrained or improperly restrained child could be injured by striking the interior or by being ejected from the vehicle during a sudden maneuver or impact. An unrestrained or improperly restrained child is also at greater risk of injury or death through contact with an inflating airbag.
– Commercially available child safety seats are required to comply with U.S. Federal Motor Vehicle Safety Standard (FMVSS) 213 (in Canada CMVSS 213).
  – When buying a child restraint, select one that fits your child and the vehicle.
  – Only use child restraint systems that fully contact the flat portion of the seat cushion. The child restraint must not tip or lean to either side. Audi does not recommend using child safety seats that rest on legs or tube-like frames. They do not provide adequate contact with the seat.
  – Always heed all legal requirements pertaining to the installation and use of child safety seats and carefully follow the instructions provided by the manufacturer of the seat you are using.
– Never allow children under 57 inches (1.45 meters) to wear a normal safety belt. They must always be restrained by a proper child restraint system. Otherwise, they could sustain injuries to the abdomen and neck areas during sudden braking maneuvers or accidents.
– Never let more than one child occupy a child safety seat.
– Never let babies or older children ride in a vehicle while sitting on the lap of another passenger.
  – Holding a child in your arms is never a substitute for a child restraint system.
  – The strongest person could not hold the child with the forces that exist in an accident. The child will strike the interior of the vehicle and can also be struck by the passenger.

▶

8V0012721B8

Child safety

- The child and the passenger can also injure each other in an accident.
- Never install rear-facing child safety seats or infant carriers on the front passenger seat. A child will be seriously injured and can be killed when the passenger airbag inflates – even with an Advanced Airbag System.
- The inflating airbag will hit the child safety seat or infant carrier with great force and will smash the child safety seat and child against the backrest, center armrest, door or roof.
- Always install rear-facing child safety seats or infant carriers on the rear seat.
- Make sure there is enough space in front of the child in the child safety seat. If necessary, adjust the angle and position of the seat in front of the child safety seat.
- Forward-facing child safety seats installed on the front passenger's seat can interfere with the airbag when it inflates and cause serious injury to the child. Always install forward-facing child safety seats on the rear seat.
- If exceptional circumstances require the use of a forward-facing child restraint on the front passenger's seat, the child's safety and well-being require that the following special precautions be taken:
  - Make sure the forward-facing seat has been designed and certified by its manufacturer for use on a front seat with a passenger front and side airbag.
  - Always carefully follow the manufacturer's instructions provided with the child safety seat or carrier.
  - Always move the front passenger seat to the highest position in the up and down adjustment range and move it back to the rearmost position in the seat's fore and aft adjustment range, as far away from the airbag as possible, before installing the forward-facing child restraint.
  - Always make sure that the safety belt upper anchorage is behind the child restraint and not next to or in front of the child re-

straint so that the safety belt will be properly positioned.
- Always make sure that nothing prevents the front passenger's seat from being moved to the rearmost position in its fore and aft adjustment range.
- Always make sure that the backrest is in the upright position.
- Never place or use any electrical device (such as a laptop, CD player, electronic games device, power inverter or seat heater for child safety seats) on the front passenger seat if the device is connected to the 12-volt socket or the cigarette lighter socket.
- If a seat heater has been retrofitted or otherwise added to the front passenger seat, never install any child restraint system on this seat.
- Make sure that there are no wet objects (such as a wet towel) and no water or other liquids on the front passenger seat cushion.
- Never place objects on the seat (such as a laptop, CD player, electronic games device, power inverter or seat heater for child safety seats). These may influence the electrical capacitance measured by the capacitive passenger detection system and can also fly around in an accident and cause serious personal injury.
- Always buckle the child safety seat firmly in place even if a child is not sitting in it. A loose child safety seat can fly around during a sudden stop or in a collision.
- Always read and heed all WARNINGS whenever using a child restrained in a vehicle is being used ⇨ page 258, Safety belts, ⇨ page 267, Airbag system and ⇨ page 292, Child safety.

### ⚠ WARNING

To reduce the risk of serious injury, make sure that the PASSENGER AIR BAG OFF light comes on and stays on whenever a child restraint is installed on the front passenger seat and the ignition is switched on.

Child safety

- Take the child restraint off the front passenger seat and install it properly at one of the rear seat positions if the PASSENGER AIR BAG OFF light does not stay on.
- Have the airbag system inspected by your authorized Audi dealer immediately.

### Secure unused safety belts on the rear seat



**Fig. 252** Schematic overview: keep unused safety belts away from children in child safety seats. Ⓐ - outer rear safety belt, Ⓑ - center rear safety belt*

If a child safety seat is used on the rear bench, especially with LATCH universal lower anchorages, the unused safety belts **must** be secured so that the child in the child restraint cannot reach them ⇨ ⚠.

- Guide the safety belt webbings Ⓐ and Ⓑ* behind the head restraint of the seat where the child restraint is installed ⇨ fig. 252. When doing so, do not engage the convertible locking retractor! You should not hear a "clicking" sound when winding up the safety belt.
- Let the belt retractor wind up the safety belt webbing.

### ⚠ WARNING

A child in a child safety seat installed with the LATCH lower anchorages or with the standard safety belt or a child in a booster seat on the rear seat could play with unused rear seat safety belts and become entangled. This could cause the child serious personal injury and even death.

- Always secure unused rear seat safety belts out of reach of children in child safety seats such as by properly routing them around the

head restraint of the seat where the child restraint is installed.
- Never activate the convertible locking retractor when routing the safety belts around the head restraints.
- Never let anyone sit at the center rear seating position* if the center rear safety belt has been routed around a rear head restraint.

## Child safety seats

### Infant seats

*Babies and infants up to about one year old and 20 lbs. or 9 kg need special rearward-facing child restraints that support the back, neck and head in a crash.*



**Fig. 253** Schematic overview: rearward-facing infant seat, properly installed on the rear seat

▶ When using the vehicle safety belt to install a child safety seat, you must first activate the convertible locking retractor on the safety belt to prevent the child safety seat from moving ⇨ page 303 or install the seat using the LATCH attachments.
▶ Push the child safety seat down with your full weight to get the safety belt really tight so that the seat cannot move forward or sideways more than one inch (2.5 cm).
▶ Secure unused safety belts on the rear seat ⇨ page 298.

Infants up to about one year (20 lbs. or 9 kg) are best protected in special infant carriers and child safety seats designed for their age group. Many experts believe that infants and small children should ride only in special restraints in which the child faces the back of the vehicle. These infant ▶

8V0012721BB

Child safety

seats support the baby's back, neck and head in a crash ⇨ fig. 253.

The airbag on the passenger side makes the front seat a potentially dangerous place for a child to ride. The front seat is not the safest place for a child in a forward-facing child safety seat. It is a very dangerous place for an infant or a larger child in a rearward-facing seat.

> ### ⚠ WARNING
>
> Not using a child safety seat, using the wrong child safety seat or improperly installing a child restraint increases the risk of serious personal injury and death in a crash.
> – Never install rear-facing child safety seats or infant carriers on the front passenger seat - even with an Advanced Airbag System. A child will be seriously injured or can be killed when the inflating airbag hits the child safety seat or infant carrier with great force and smashes the child safety seat and child against the backrest, center armrest, door or roof ⇨ page 268, *Child restraints on the front seat – some important things to know.*
> – Always install rear-facing child safety seats or infant carriers on the rear seat.
> – Never install a rear-facing child restraint in the forward-facing direction. Such restraints are designed for the special needs of infants and very small children and cannot protect them properly if the seat is forward-facing.
> – If you must install a rearward facing child safety seat on the front passenger seat because of exceptional circumstances and the **PASSENGER AIR BAG OFF** light does not come on and stay on, immediately install the rear-facing child safety seat in a rear seating position and have the airbag system inspected by your Audi dealer.
> – Never place or use any electrical device (such as a laptop, CD player, electronic games device, power inverter or seat heater for child safety seats) on the front passenger seat if the device is connected to the 12-volt socket or the cigarette lighter socket.

> – If a seat heater has been retrofitted or otherwise added to the front passenger seat, never install any child restraint system on this seat.
> – Make sure that there are no wet objects (such as a wet towel) and no water or other liquids on the front passenger seat cushion.
> – Never place objects on the seat (such as a laptop, CD player, electronic games device, power inverter or seat heater for child safety seats). These may influence the electrical capacitance measured by the capacitive passenger detection system and can also fly around in an accident and cause serious personal injury.
> – Always read and heed all WARNINGS whenever using a child restrained in a vehicle is being used ⇨ page 258, *Safety belts,* ⇨ page 267, *Airbag system* and ⇨ page 292, *Important information.*

Child safety

### Convertible child safety seats

*Properly used convertible child safety seats can help protect toddlers and children over age one who weigh between 20 and 40 lbs. (9 and 18 kg) in a crash.*



**Fig. 254** Schematic overview: installation of the attachments applicable to a LATCH seat



**Fig. 255** Schematic overview: installation of the seat using the vehicle's safety belt system

▶ When using the vehicle safety belt to install a child safety seat, you must first activate the convertible locking retractor on the safety belt to prevent the child safety seat from moving ⇨ page 303 or install the seat using the LATCH attachments.
▶ Push the child safety seat down with your full weight to get the safety belt really tight so that the seat cannot move forward or sideways more than one inch (2.5 cm) ⇨ page 303.
▶ If the child safety seat is equipped with a tether strap, attach it to the tether anchors ⇨ page 309.
▶ Secure unused safety belts on the rear seat ⇨ page 298.

A toddler or child is usually too large for an infant restraint if it is more than one year old and weighs more than 20 lbs. (9 kg).

Toddlers and children who are older than one year up to about 4 years old and weigh more than 20 lbs (9 kg) up to 40 lbs. (18 kg) must always be properly restrained in a child safety seat certified for their size and weight ⇨ fig. 254 and ⇨ fig. 255.

The airbag on the passenger side makes the front seat a potentially dangerous place for a child to ride. The front seat is not the safest place for a child in a forward-facing child safety seat. It is a very dangerous place for an infant or a larger child in a rearward-facing seat.

> ### ⚠ WARNING
>
> Not using a child safety seat, using the wrong child safety seat or improperly installing a child restraint increases the risk of serious personal injury and death in a collision or other emergency situation.
> – Children on the front seat of any car, even with Advanced Airbags, can be seriously injured or even killed when an airbag inflates. A child in a rearward-facing child safety seat installed on the front passenger seat will be seriously injured and can be killed if the front airbag inflates – even with an Advanced Airbag System.
> – The inflating airbag will hit the child safety seat or infant carrier with great force and will smash the child safety seat and child against the backrest, center arm rest, door or roof.
> – Always install rear-facing child safety seats on the rear seat.
> – If you must install a rearward facing child safety seat on the front passenger seat because of exceptional circumstances and the **PASSENGER AIR BAG OFF** light does not come on and stay on, immediately install the rear-facing child safety seat in a rear seating position and have the airbag system inspected by your Audi dealer.
> – The rear side of the child safety seat should be positioned as close as possible to the backrest on the vehicle seat.

Child safety

– For adjustable head restraints: adjust or re-
move the rear seat head restraint if it is dif-
ficult to install the child safety seat with the
head restraint in place ⇨ page 63. Install
the head restraint again immediately once
the child safety seat is removed. Driving
without head restraints or with head re-
straints that are not properly adjusted in-
creases the risk of serious or fatal neck in-
jury dramatically.

– Always read and heed all WARNINGS when-
ever using a child restrained in a vehicle is
being used ⇨ page 258, Safety belts,
⇨ page 267, Airbag system and
⇨ page 292, Important information.

## ⚠ WARNING

If exceptional circumstances require the use
of a forward-facing child restraint on the
front passenger's seat, the child's safety and
well-being require that the following special
precautions be taken:

– Make sure the forward-facing seat has been
designed and certified by its manufacturer
for use on a front seat with a passenger
front and side airbag.

– Always follow the manufacturer's instruc-
tions provided with the child safety seat or
infant carrier.

– Always move the front passenger seat to
the highest position in the up and down ad-
justment range and move it back to the
rearmost position in the seat's fore and aft
adjustment range, as far away from the air-
bag as possible, before installing the for-
ward-facing child restraint.

– Always make sure that the safety belt upper
anchorage is behind the child restraint and
not next to or in front of the child restraint
so that the safety belt will be properly posi-
tioned.

– Always make sure that nothing prevents the
front passenger's seat from being moved to
the rearmost position in its fore and aft ad-
justment range.

– Always make sure the backrest is in an up-
right position.

– Never place or use any electrical device
(such as a laptop, CD player, electronic
games device, power inverter or seat heater
for child safety seats) on the front passen-
ger seat if the device is connected to the 12-
volt socket or the cigarette lighter socket.

– If a seat heater has been retrofitted or oth-
erwise added to the front passenger seat,
never install any child restraint system on
this seat.

– Make sure that there are no wet objects
(such as a wet towel) and no water or other
liquids on the front passenger seat cushion.

– Never place objects on the seat (such as a
laptop, CD player, electronic games device,
power inverter or seat heater for child safe-
ty seats). These may influence the electrical
capacitance measured by the capacitive pas-
senger detection system and can also fly
around in an accident and cause serious per-
sonal injury.

– Make sure that the PASSENGER AIR BAG
OFF light comes on and stays on all the time
whenever the ignition is switched on.

– If the PASSENGER AIR BAG OFF light does
not come on and stay on, immediately in-
stall the forward-facing child safety seat at
a seating position on the rear seat and have
the airbag system inspected by your author-
ized Audi dealer.

– Take the child restraint off the front passen-
ger seat and install it properly at one of the
rear seat positions if the PASSENGER AIR
BAG OFF light does not stay on whenever
the ignition is switched on.

Child safety

### Booster seats and safety belts

*Properly used booster seats can help protect
children weighing between about 40 lbs. and 80
lbs. (18 kg and 36 kg) who are less than 4 ft. 9
in. (57 inches/1.45 meters) tall.*



**Fig. 256** Rear seat: child properly restrained in a booster
seat

The vehicle's safety belts alone will not fit most
children until they are at least 4 ft. 9 in. (57 in-
ches/1.45 meters) tall and weigh about 80 lbs.
(36 kg). Booster seats raise these children up so
that the safety belt will pass properly over the
stronger parts of their bodies and the safety belt
can help protect them in a crash.

▶ Do not use the convertible locking retractor
when using the vehicle's safety belt to restrain
a child on a booster seat.

▶ The shoulder belt must lie as close to the cen-
ter of the child's collar bone as possible and
must lie flat and snug on the upper body. It
must never lie across the throat or neck. The
lap belt must lie across the pelvis and never
across the stomach or abdomen. Make sure the
belt lies flat and snug. Pull on the belt to tight-
en if necessary.

▶ Applies to: vehicles with safety belt height ad-
justment: If you must transport an older child
in a booster seat on the front passenger seat,
you can use the safety belt height adjustment
to help adjust the shoulder portion properly.

▶ Secure unused safety belts on the rear seat
⇨ page 298.

Children up to at least 8 years old (over 40 lbs or
18 kg) are best protected in child safety seats de-
signed for their age and weight. Experts say that
the skeletal structure, particularly the pelvis, of

these children is not fully developed, and they
must not use the vehicle safety belts without a
suitable child restraint.

It is usually best to put these children in appro-
priate booster seats. Be sure the booster seat
meets all applicable safety standards.

Booster seats raise the seating position of the
child and reposition both the lap and shoulder
parts of the safety belt so that they pass across
the child's body in the right places. The routing of
the belt over the child's body is very important
for the child's protection, whether or not a boos-
ter seat is used. Children age 12 and under must
always ride in the rear seat.

Children who are at least 4 ft. 9 in. (57 inches/
1.45 meters) tall can generally use the vehicle's
three point lap and shoulder belts. Never use the
lap belt portion of the vehicle's safety belt alone
to restrain any child, regardless of how big the
child is. Always remember that children do not
have the pronounced pelvic structure required for
the proper function of lap belt portion of the ve-
hicle's three point lap and shoulder belts. The
child's safety absolutely requires that a lap belt
portion of the safety belt is fastened snugly and
as low as possible around the pelvis. Never let
the lap belt portion of the safety belt pass over
the child's stomach or abdomen.

In a crash, airbags must inflate within a blink of
an eye and with considerable force. In order to do
its job, the airbag needs room to inflate so that it
will be there to protect the occupant as the occu-
pant moves forward into the airbag.

A vehicle occupant who is out of position and too
close to the airbag gets in the way of an inflating
airbag. When an occupant is too close, he or she
will be struck violently and will receive serious or
possibly even fatal injury.

In order for the airbag to offer protection, it is
important that all vehicle occupants, especially
any children, who must be in the front seat be-
cause of exceptional circumstances, be properly
restrained and as far away from the airbag as
possible. By keeping room between the child's
body and the front of the passenger compart-
ment, the airbag can inflate completely and

▶

8V0127721BB

Child safety

provide supplemental protection in certain frontal collisions.

> ⚠ **WARNING**
>
> Not using a booster seat, using the booster seat improperly, incorrectly installing a booster seat or using the vehicle safety belt improperly increases the risk of serious personal injury and death in a collision or other emergency situation. To help reduce the risk of serious personal injury and/or death:
> – The shoulder belt must lie as close to the center of the child's collar bone as possible and must lie flat and snug on the upper body. It must never lie across the throat or neck. The lap belt must lie across the pelvis and never across the stomach or abdomen. Make sure that the belt lies flat and snug. Pull on the belt to tighten if necessary.
> – Failure to properly route safety belts over a child's body will cause severe injuries in an accident or other emergency situation ⇨ page 258.
> – The rear side of the child safety seat should be positioned as close as possible to the backrest on the vehicle seat.
> – For adjustable head restraints: adjust or remove the rear seat head restraint if it is difficult to install the child safety seat with the head restraint in place ⇨ page 63. Install the head restraint again immediately once the child safety seat is removed. Driving without head restraints or with head restraints that are not properly adjusted increases the risk of serious or fatal neck injury dramatically.
> – Never let a child put the shoulder belt under the arm or behind the back, because it could cause severe injuries in a crash.
> – Children on the front seat of any car, even with Advanced Airbags, can be seriously injured or even killed when an airbag inflates.
> – Never let a child stand or kneel on any seat, for example the front seat.
> – Never let a child ride in the cargo area of your vehicle.
> – Always remember that a child leaning forward, sitting sideways or out of position in

any way during an accident can be struck by a deploying airbag. This will result in serious personal injury or death.
> – If you must install a booster seat on the front passenger seat because of exceptional circumstances the **PASSENGER AIR BAG OFF** light must come on and stay on, whenever the ignition is switched on.
> – If the **PASSENGER AIR BAG OFF** light does not come on and stay on, perform the checks described ⇨ page 279, Monitoring the Advanced Airbag System.
> – Take the child restraint off the front passenger seat and install it properly at one of the rear seat positions if the **PASSENGER AIR BAG OFF** light does not stay on whenever the ignition is switched on.
> – Always read and heed all WARNINGS whenever using a child restrained in a vehicle is being used ⇨ page 258, Safety belts, ⇨ page 267, Airbag system and ⇨ page 292, Important Information.

## Securing child safety seats

**Securing a child safety seat using a safety belt**

*Safety belts for the rear seats and the front passenger can be locked with the convertible locking retractor to properly secure child safety seats.*

The safety belts emergency locking retractors for the rear seats safety belts and for the front passenger's seat safety belt have a convertible locking retractor for child restraints. The safety belt must be locked so that belt webbing cannot unreel. The retractor can be activated to lock the safety belt and prevent the safety belt webbing from loosening up during normal driving. A child safety seat can be properly installed when the safety belt is locked so that the child and child safety seat will stay in place.

Always remember: Even though your vehicle is equipped with an Advanced Airbag system, all children, especially those 12 years and younger, should always ride in the back seat properly restrained for their age and size.

Child safety

> ⚠ **WARNING**
>
> Improperly installed child safety seats increase the risk of serious personal injury and death in a collision.
> – Always make sure that the safety belt retractor is locked when installing a child safety seat. An unlocked safety belt retractor cannot hold the child safety seat in place during normal driving or in a crash.
> – Always buckle the child safety seat firmly in place even if a child is not sitting in it. A loose child safety seat can fly around during a sudden stop or in a collision.
> – Always make sure that the rear seat backrest to which the center rear safety belt* is attached is securely latched whenever the rear center safety belt is being used to secure a child restraint.
> – If the backrest is not securely latched, the child and the child restraint will be thrown forward together with the backrest and will strike parts of the vehicle interior. The child can be seriously injured or killed.
> – Never install rear-facing child safety seats or infant carriers on the front passenger seat. A child will be seriously injured and can be killed when the passenger airbag inflates.
> – The inflating airbag will hit the child safety seat or infant carrier with great force and will smash the child safety seat and child against the backrest, center armrest, door or roof.
> – Always install rear-facing child safety seats or infant carriers on the rear seat.
> – Forward-facing child safety seats or infant carriers installed on the front passenger's seat may interfere with the deployment of the airbag and cause serious injury to the child.
> – It is safer to install a forward-facing child safety seat on the rear seat.
> – Always read and heed all WARNINGS whenever using a child restrained in a vehicle is being used ⇨ page 292. Special precautions apply when installing a child safety seat on the front passenger seat ⇨ page 268, Child

> *restraints on the front seat – some important things to know.*

> ⚠ **WARNING**
>
> Always take special precautions if you must install a forward or rearward-facing child restraint on the front passenger's seat in exceptional situations:
> – Whenever a forward or rearward-facing child restraint is installed on the front passenger seat, the **PASSENGER AIR BAG OFF** light must come on and stay on whenever the ignition is switched on.
> – If the **PASSENGER AIR BAG OFF** light does not come on and stay on, perform the checks described ⇨ page 279, Monitoring the Advanced Airbag System.
> – Take the child restraint off the front passenger seat and install it properly at one of the rear seat positions if the **PASSENGER AIR BAG OFF** light does not stay on whenever the ignition is switched on.
> – Improper installation of child restraints can reduce their effectiveness or even prevent them from providing any protection.
> – An improperly installed child restraint can interfere with the airbag as it deploys and seriously injure or even kill the child.
> – Always carefully follow the manufacturer's instructions provided with the child safety seat or carrier.
> – After checking to make sure that the child restraint is properly installed, make certain that the child restraint is correctly recognized by the capacitive passenger detection system in the front passenger seat and that the **PASSENGER AIR BAG OFF** light signals the correct front passenger frontal airbag status.

> ⚠ **WARNING**
>
> Forward-facing child restraints:
> – Always make sure the forward-facing seat has been designed and certified by its manufacturer for use on a front seat with a passenger front and side airbag.

## Child safety

– Never put the forward-facing child restraint up, against or very near the instrument panel.
– Always move the front passenger seat to the highest position in the up and down adjustment range and move it back to the rearmost position in the seat's fore and aft adjustment range, as far away from the airbag as possible, before installing the forward-facing child restraint.
– Always make sure that the safety belt upper anchorage is behind the child restraint and not next to or in front of the child restraint so that the safety belt will be properly positioned.
– Make sure that the **PASSENGER AIR BAG OFF** light comes on and stays on all the time whenever the ignition is switched on.

### ⚠ WARNING

Rearward-facing child restraints:
– A child in a rearward-facing child safety seat installed on the front passenger seat will be seriously injured and can be killed if the front airbag inflates - even with an Advanced Airbag System.
– The inflating airbag will hit the child safety seat or infant carrier with great force and will smash the child safety seat and child against the backrest, center armrest, door or roof.
– Always be especially careful if you must install a rearward facing child safety seat on the front passenger seat in exceptional circumstances.
– Make sure that the **PASSENGER AIR BAG OFF** light comes on and stays on all the time whenever the ignition is switched on.
– If the **PASSENGER AIR BAG OFF** light does not come on and stay on, immediately install the rear-facing child safety seat in a rear seating position and have the airbag system inspected by your Audi dealer.

### Activating the convertible locking retractor

*Use the convertible locking retractor to secure a child restraint.*

Always heed the child safety seat manufacturer's instructions when installing a child restraint in your vehicle. To activate the convertible locking retractor:

▸ Place the child restraint on a seat, preferably on the rear seat.
▸ Slowly pull the belt all the way out.
▸ Route it around or through the child restraint belt path ⇨ ⚠.
▸ Push the child safety seat down with your full weight to get the safety belt really tight.
▸ Insert the belt tongue into the buckle for that seating position.
▸ Guide the safety belt back into the retractor until the belt lies flat and snug on the child safety seat.
▸ You should hear a "clicking" noise as the belt winds back into the inertia reel. Test the convertible locking retractor by pulling on the belt. You should no longer be able to pull the belt out of the retractor. The convertible locking retractor is now activated.
▸ Make sure that the red release button is facing away from the child restraint so that it can be unbuckled quickly.
▸ Pull on the belt to make sure the safety belt is properly tight and fastened so that the seat cannot move forward or sideways more than one inch (2.5 cm).

### ⚠ WARNING

Using the wrong child restraint or an improperly installed child restraint can cause serious personal injury or death in a crash.
– Always make sure that the safety belt retractor is locked when installing a child safety seat. An unlocked safety belt retractor cannot hold the child safety seat in place during normal driving or in a crash.
– Always buckle the child safety seat firmly in place even if a child is not sitting in it. A loose child safety seat can fly around during a sudden stop or in a crash.

## Child safety

– Always make sure the seat backrest to which the child restraint is installed is in an upright position and securely latched into place and cannot fold forward. Otherwise, the seatback with the child safety seat attached to it could fly forward in the event of an accident or other emergency situation.
– Always read and heed all WARNINGS whenever using a child restrained in a vehicle is being used ⇨ *page 292*. Special precautions apply when installing a child safety seat on the front passenger seat ⇨ *page 268, Child restraints on the front seat – some important things to know.*

### Deactivating the convertible locking retractor

*The convertible locking retractor for child restraints will be deactivated automatically when the belt is wound all the way back into the retractor.*

▸ Press the red button on the safety belt buckle. The belt tongue will pop out of the buckle.
▸ Guide the safety belt all the way back into its stowed position.

Always let the safety belt retract completely into its stowed position. The safety belt can now be used as an ordinary safety belt without the convertible locking retractor for child restraints.

If the convertible locking retractor should be activated inadvertently, the safety belt must be unfastened and guided completely back into its stowed position to deactivate this feature. If the convertible locking retractor is not deactivated, the safety belt will gradually become tighter and uncomfortable to wear.

### ⚠ WARNING

Improperly installed child safety seats increase the risk of serious personal injury and death in a collision.
– Never unfasten the safety belt to deactivate the convertible locking retractor for child restraints while the vehicle is moving. You

would not be restrained and could be seriously injured in an accident.
– Always read and heed all WARNINGS whenever using a child restrained in a vehicle is being used ⇨ *page 292*. Special precautions apply when installing a child safety seat on the front passenger seat ⇨ *page 268, Child restraints on the front seat – some important things to know.*

## LATCH system (lower anchorages and tethers for children)

### Child Restraint System anchors and how are they related to child safety

To provide a simpler and more practicable way to attach the child restraint on the vehicle seat, Federal regulations require special lower anchorages in vehicles and devices on new child restraints to attach to the vehicle anchorages.

In the United States, the combination of the tether anchorages and the lower anchorages is now generally called the LATCH system for "Lower Anchorages and Tethers for Children". In Canada, the terms "top tether" with "lower universal anchorages" (or "lower universal anchorage bars") are used to describe the system.

In other countries the term "ISOFIX" is used to describe the lower anchorages.

Forward-facing child restraints manufactured after September 1, 1999, are required by U.S. federal regulations to comply with new child head movement performance requirements. These new performance requirements make a tether necessary on most new child safety seats.

Installing a child restraint that requires a top tether without one can seriously impair the performance of the child restraint and its ability to protect the child in a collision. Installing a child restraint that requires a top tether without the top tether may be a violation of state law.

▸

8V0012721B8

## Child safety

Child restraint manufacturers offer LATCH lower anchorages on their child safety seats with hook-on or push-on connectors attached to adjustable straps.

In addition to the LATCH lower anchorages, these child restraint systems usually require the use of tether straps to help keep the child restraint firmly in place.

⚠️ **WARNING**

Improper installation of child restraints will increase the risk of injury and death in a crash.
– Always follow the instructions provided by the manufacturer of the child restraint you intend to install in your vehicle.
– Never install a child restraint without a properly attached top tether strap if the child restraint manufacturer's instructions require the top tether strap to be used.
– Improper use of child restraint LATCH lower anchorage points can lead to injury in a collision. The LATCH lower anchorage points are designed to withstand only those loads imposed by correctly fitted child restraints.
– Never mount two child restraint systems on one LATCH lower anchorage point.
– Never secure or attach any luggage or other item to the LATCH lower anchorages.

**Location**



**Fig. 257** Schematic overview: LATCH anchorage point locations (example)

The illustration shows the seating locations in your vehicle which are equipped with the lower anchorages system.

**Description**

*The lower anchorage positions are marked for quick locating.*



**Fig. 258** Lower anchorages, covers marked



**Fig. 259** Rear seats: lower anchorage bracket locations

### Lower anchorages

The circular markings on the rear seat help you to identify the location of lower anchorages for the two outboard seating positions ⇨ fig. 258. The LATCH lower anchorage universal anchorage attachment points are between the rear seatback and rear seat cushion.

Remove the covers ⇨ fig. 258 to access the lower anchorage attachment points.

The lower anchorage attachment points are visible ⇨ fig. 259.

Lower anchorages secure the child restraint in the seat without using the vehicle's safety belts. Anchorages provide a secure and easy-to-use attachment and minimize the possibility of improper child restraint installation.

All child restraints manufactured after September 1, 2002, must have lower anchorage attachments for the LATCH system.

▶

## Child safety

Please remember that the lower anchorage points are only intended for installation and attachment of child restraints specifically certified for use with LATCH lower anchorages. Child restraints that are not equipped with the lower anchorage attachments can still be installed in compliance with the child restraint manufacturer's instructions on using vehicle safety belts.

⚠️ **WARNING**

Improper use of LATCH lower anchorages can cause serious personal injury in an accident.
– Always carefully follow the child restraints manufacturer's instructions for proper installation of the child restraint and proper use of the lower anchorages or safety belts in your vehicle.
– Never secure or attach any luggage or other items to the LATCH lower anchorages.
– Always read and heed the important information about child restraints in this chapter and WARNINGS ⇨ page 292, Child safety.

**Installing a child restraint with LATCH lower anchorages**

*Applies to: vehicles with Top Tether*

*Whenever you install a child restraint always follow the child restraint manufacturer's instructions.*



**Fig. 260** Lower anchorages: proper mounting

### Mounting

▶ Make sure the seatback of the rear seat bench is in the upright position and securely latched in place.
▶ Attach both hook-on connectors with the spring catch release on the child safety seat onto the

LATCH lower anchorage so that the connectors lock into place ⇨ fig. 260.
▶ Pull on the connector attachments to make sure they are properly attached to the LATCH lower anchorage.
▶ Pull straps tight following the child restraint manufacturer's instructions.

### Releasing

▶ Loosen the tension on the straps following the child restraint manufacturer's instructions.
▶ Depress the spring catches to release the anchorage hooks from the lower anchorages.

Remember: Use tether straps to help keep the child restraint firmly in place.

⚠️ **WARNING**

Improper use of the LATCH system can increase the risk of serious personal injury and death in an accident.
– These anchors were developed only for child safety seats using the "LATCH" system.
– Never attach other child safety seats, belts or other objects to these anchors.
– Always make sure that you hear a click when latching the seat in place. If you do not hear a click the seat is not secure and could fly forward and hit the interior of the vehicle, or be ejected from the vehicle.

⚠️ **WARNING**

Improper installation of child restraints will increase the risk of injury in an accident.
– Always follow the child restraint system manufacturer's instructions for proper installation of the child restraint system and proper use of tether straps as well as the lower anchorages or safety belts in your vehicle.
– Always read and heed the important information and WARNINGS about child safety and the installation of child restraint systems ⇨ page 292, Child safety.

Child safety

## Tether anchors and tether straps



Applies to: Sedan
**Fig. 261** Tether anchors: recess flaps behind the rear seat-backs



Applies to: Cabriolet/Sportback
**Fig. 262** Tether anchors: recess flaps behind the rear seat-backs

Applies to: Sedan: The tether anchors for the rear seating positions are located in recesses in the rear window shelf ⇨ fig. 261

Applies to: Cabriolet/Sportback: The tether anchors for the rear seating positions are located on the backside of the rear seatbacks ⇨ fig. 262.

A tether is a straight or V-shaped strap that attaches the top part of a child restraint to special anchorage points in the vehicle.

The purpose of the tether is to reduce the forward movement of the child restraint in a crash, in order to help reduce the risk of head injury that could be caused by striking the vehicle interior.

Forward facing child restraints manufactured after September 1, 1999, are required by U.S. federal regulations to comply with new child head movement performance requirements. These new performance requirements make a tether necessary on most new child safety seats.

### ⚠ WARNING

Improper installation of child restraints will increase the risk of injury and death in a crash.
– Always follow the instructions provided by the manufacturer of the child restraint you intend to install in your Audi.
– Improper use of child restraint anchors (including tether anchors) can lead to injury in a collision. The anchors are designed to withstand only those loads imposed by correctly fitted child restraints.
– Never mount two child restraint systems on one LATCH lower anchor point.
– Never attach two child restraint systems to one tether strap or tether anchorage.
– Never attach a tether strap to a tie-down hook in the luggage compartment.
– Never use child restraint tether anchorages to secure safety belts or other kinds of occupant restraints.
– Never secure or attach any luggage or other items to the LATCH lower anchorages or to the tether anchors.
– If you must install a rearward facing child safety seat on the front passenger seat because of exceptional circumstances and the **PASSENGER AIR BAG OFF** light does not come on and stay on, immediately install the rear-facing child safety seat in a rear seating position and have the airbag system inspected by your Audi dealer.

Child safety

## Installing the upper tether strap on the anchorage



Applies to: Sedan
**Fig. 263** Tether strap: proper routing and mounting



Applies to: Cabriolet/Sportback
**Fig. 264** Tether strap: proper routing and mounting. ① center, ② outside

### Installing the tether strap
Applies to: Sedan

▸ Release or deploy the tether strap on the child restraint according to the child restraint manufacturer's instructions.
▸ Guide the upper tether strap under the rear head restraint (raise the head restraint if necessary) ⇨ fig. 263. For child restraints with V-tether straps, always make sure that the head restraint guide rods do not interfere with any part of the top tether strap.

▸ Tilt the recess flap up to expose the anchor bracket.
▸ Attach the tether strap anchorage hook into the opening of the tether anchorage.
▸ Pull on the tether strap hook so that the spring catch of the hook engages.
▸ Tighten the tether strap firmly following the child restraint manufacturer's instructions.

### Installing the tether strap
Applies to: Cabriolet/Sportback

▸ Release or deploy the tether strap on the child restraint according to the child restraint manufacturer's instructions.
▸ Applies to: Sportback: Unlock the backrest and fold it slightly forward ⇨ page 67, Increasing the cargo area and locate the tether anchor behind the rear seat backrest.
▸ Applies to: Cabriolet: Unlock the backrest and fold it slightly forward ⇨ page 68, Pass-through and locate the tether anchor behind the rear seat backrest.
▸ Guide the upper tether strap under the rear head restraint (raise the head restraint if necessary) ⇨ fig. 264. For child restraints with V-tether straps, always make sure that the head restraint guide rods do not interfere with any part of the top tether strap.
▸ Attach the tether strap anchorage hook into the opening of the tether anchorage.
▸ Pull on the tether strap hook so that the spring catch of the hook is engaged.
▸ Straighten the backrest back up into its upright position and press it firmly into the locking mechanism.
▸ Tighten the tether strap firmly following the child restraint manufacturer's instructions.

### Releasing the tether strap

▸ Loosen the tension on the straps following the child restraint manufacturer's instructions.
▸ Depress the spring catch on the hook and release it from the anchorage.

Remember: Use tether straps to help keep the child restraint firmly in place.    ▸

8V0012721E8

⚠ WARNING

Improper use of the LATCH system can increase the risk of serious personal injury and death in an accident.

- These anchors were developed only for child safety seats using the "LATCH" system.
- Never attach other child safety seats, belts or other objects to these anchors.
- Always make sure that you hear a click when latching the seat in place. If you do not hear a click the seat is not secure and could fly forward and hit the interior of the vehicle, or be ejected from the vehicle.

⚠ WARNING

Improper installation of child restraints will increase the risk of injury in an accident.

- Always follow the child restraint system manufacturer's instructions for proper installation of the child restraint system and proper use of tether straps as well as the lower anchorages or safety belts in your vehicle.
- Always read and heed the important information and WARNINGS about child safety and the installation of child restraint systems ⇨ *page 292, Child safety*.

### Using tether straps on rearward-facing child restraints

Currently, few rear-facing child restraint systems come with a tether. Please read and heed the child restraint system manufacturer's instructions carefully to determine how to properly install the tether.

⚠ WARNING

A child in a rearward-facing child safety seat installed on the front passenger seat will be seriously injured and can be killed if the front airbag inflates - even with an Advanced Airbag System.

- The inflating airbag will hit the child safety seat or infant carrier with great force and will smash the child safety seat and child against the backrest, center armrest, or door.
- If you must install a rearward facing child safety seat on the front passenger seat because of exceptional circumstances and the **PASSENGER AIR BAG OFF** light does not come on and stay on, immediately install the rear-facing child safety seat in a rear seating position and have the airbag system inspected by your Audi dealer.

## Additional information

### Sources of information about child restraints and their use

There are a number of sources of additional information about child restraint selection, installation and use:

NHTSA advises that the best child safety seat is the one that fits your child and fits in your vehicle, and that you will use correctly and consistently.

Try before you buy!

**U.S National Highway Traffic Safety Administration**
Tel.: 1-888-327-4236 (TTY: 1-800-424-9153)
http://www.nhtsa.gov
http://www.safercar.gov

**National SAFE KIDS Campaign**
Tel.: (202) 662-0600
http://www.safekids.org

**Safety BeltSafe U.S.A**
Tel.: (800) 745-SAFE (English)
Tel.: (800) 747-SANO (Spanish)
http://www.carseat.org

**Transport Canada Information Centre**
Tel.: 1-800-333-0371 or call 1-613-998-8616 if you are in the Ottawa area
http://www.tc.gc.ca/eng/roadsafety/menu.htm

**Audi Customer Relations**
Tel.: (800) 822-2834

8V2012721BB





# Checking and Filling

## Fuel

### Gasoline grade

Applies to: vehicles with gasoline engines

*The correct gasoline grade is stated on the inside of the fuel filler door.*

The vehicle is equipped with a catalytic converter and must only be driven with **unleaded gasoline**.

Audi recommends using TOP TIER Detergent Gasoline. Additional information on TOP TIER Detergent Gasoline can be found on the official website (www.toptiergas.com).

The individual gasoline grades are differentiated by **octane ratings**. This value is given with (R+M)/2 equating to AKI or in RON.

The following headings match the corresponding sticker in the fuel filler door.

**UNLEADED FUEL ONLY MIN. (R+M)/2 87 Regular / MIN. RON 91 Regular**

Use regular gasoline with minimum 87 AKI / 91 RON ⇨ ⓘ.

The maximum engine power is only reached if premium gasoline 91 AKI / 95 RON is used.

**UNLEADED FUEL ONLY PREMIUM MIN. (R+M)/2 91 / SUPER MIN. RON 95**

Using premium gasoline with minimum 91 AKI / 95 RON is recommended.

If premium gasoline is not available, you can also use regular gasoline 87 AKI / 91 RON. However this does reduce the engine power slightly.

ⓘ Note

- Filling the tank just one time with leaded fuel or other metallic additives will cause permanent deterioration to the catalytic converter function.
- When gasoline with an octane rating that is too low is used, high speeds or heavy engine load can lead to engine damage.

ⓘ Tips

The vehicle may be filled with fuel that has a higher octane rating than what is required by the engine.

### Blended gasoline

Applies to: vehicles with gasoline engine

**Use of gasoline containing alcohol or MTBE (methyl tertiary butyl ether)**

You may use unleaded gasoline blended with alcohol or MTBE (commonly referred to as oxygenates) if the blended mixture meets the following criteria:

**Blend of gasoline methanol (wood alcohol or methyl alcohol)**

- Anti-knock index must be 87 AKI or higher.
- Blend must contain no more than 3% methanol.
- Blend must contain more than 2% co-solvents.

**Blend of gasoline and ethanol (grain alcohol or ethyl alcohol)**

- Anti-knock index must be 87 AKI or higher.
- Blend must not contain more than 15% ethanol.

**Blend of gasoline and MTBE**

- Anti-knock index must be 87 AKI or higher.
- Blend must contain not more than 15% MTBE.

**Seasonally adjusted gasoline**

Many gasoline grades are blended to perform especially well for winter or summer driving. During seasonal change-over, we suggest that you fill up at busy gas stations where the seasonal adjustment is more likely to be made in time.

ⓘ Note

- Methanol fuels which do not meet these requirements may cause corrosion and damage to plastic and rubber components in the fuel system.
- Do not use fuels that fail to meet the specified criteria in this chapter.

▶

– If you are unable to determine whether or not a particular fuel blend meets the specifications, ask your service station or its fuel supplier.
– Do not use fuel for which the contents cannot be identified.
– Fuel system damage and performance problems resulting from the use of fuels different from those specified are not the responsibility of Audi and are not covered under the New Vehicle or the Emission Control System Warranties.
– If you experience a loss of fuel economy or driveability and performance problems due to the use of one of these fuel blends, we recommend that you switch to unblended fuel.

### Gasoline additives

A major concern among many auto manufacturers is carbon deposit build-up caused by the type of gasoline you use.

Although gasoline grades differ from one manufacturer to another, they have certain things in common. All gasoline grades contain substances that can cause deposits to collect on vital engine parts, such as fuel injectors and intake valves. Although most gasoline brands include additives to keep engine and fuel systems clean, they are not equally effective.

Audi recommends using TOP TIER Detergent Gasoline. For more information on TOP TIER Detergent Gasoline, please go to the official website (www.toptiergas.com).

After an extended period of using inadequate fuels, carbon deposit build-ups can rob your engine of peak performance.

> (!) **Note**
>
> Damage or malfunction due to poor fuel quality is not covered by the Audi New Vehicle Limited Warranty.


8V0012172188

## Refueling

### Fuel filler neck

The fuel filler neck is located on the right rear side panel behind the fuel filler flap.

If the power locking system should fail, you can still open the flap manually - for detailed instructions see ⇨ page 315.

You can find the fuel tank capacity of your vehicle in ⇨ page 375.

The label on the inside of the fuel filler flap tells you the correct fuel for your vehicle. For more information about fuel specifications, see ⇨ page 312.

Your vehicle fuel tank has an onboard refuelling vapor recovery system. This feature helps to prevent fuel vapors from escaping from the tank and polluting the environment while you refuel your vehicle. In order to fill the tank properly while protecting the environment, please follow this refueling procedure carefully.

> ⚠ **WARNING**
>
> Under normal operating conditions, never carry additional fuel containers in your car. Gas canisters and other containers used to transport fuel can be dangerous. Such containers, full or empty, may leak and could cause a fire in a collision. If you must transport fuel to use for your lawn mower, snow blower, etc., be very careful and always observe local and state laws regarding the use, transportation and storage of such fuel containers. Make certain the container meets industry standards (ANSI/ASTM F852 - 86).

> (!) **Note**
>
> Never drive your vehicle until the fuel tank is completely empty. The irregular supply of fuel can cause misfiring. Gasoline could enter the exhaust system and damage the catalytic converter.

### Fueling



**Fig. 265** -Applies to: vehicles without plug-in hybrid drive-right rear side of the vehicle; opening the fuel filler door



**Fig. 266** Fuel filler door with attached fuel cap

Plug-in hybrid drive*: Please also read the information under ⇨ page 105, Refueling.

The fuel filler door is unlocked or locked by the central locking system.

**Opening the fuel cap**

▶ Applies to: vehicles with plug-in hybrid drive: Also read the information found in ⇨ page 105, Opening the fuel filler door.
▶ Applies to: vehicles without plug-in hybrid drive: Press the left side of the fuel filler door to open it -arrow- ⇨ fig. 265.
▶ Unscrew the tank cap counterclockwise.
▶ Place the cap from above on the open fuel filler door ⇨ fig. 266.

**Closing the fuel cap**

▶ Turn the fuel cap clockwise until you hear it lock.
▶ Close the fuel filler door until it latches.

Once the pump nozzle switches off, the fuel tank is "full". Do not fill the tank more. Otherwise the expansion space in the tank will be filled.

The correct fuel type for your vehicle can be found on a label located on the inside of the fuel filler door. For additional information on fuel, see ⇨ page 312.

The fuel tank capacity of your vehicle is listed in the **Technical Data** section ⇨ page 375.

To avoid fuel spilling or evaporating from the fuel tank always close fuel filler cap properly and completely. An improperly closed fuel filler cap may also cause the MIL lamp ⇨ page 23 to come on.

> ⚠ **WARNING**
>
> Not paying attention when fueling or handling fuel incorrectly can lead to fires, explosions or serious injuries.
> – Fuel ignites easily and can cause serious burns and other injuries.
> – If you do not switch the engine off when fueling and/or do not insert the fuel nozzle completely into the tank opening, fuel can leak out or run over. Leaked fuel can ignite and start a fire.
> – Do not use the telephone while fueling. The electromagnetic rays can cause sparks, which can ignite fuel vapors and start a fire.
> – Do not sit in your vehicle while fueling. If you must make an exception and enter your vehicle again while fueling, close the door and touch metal to discharge static electricity before touching the fuel nozzle. Static electricity can create sparks, which can ignite vapors when fueling.
> – Do not smoke or have an open flame in the area when fueling your vehicle or filling a fuel container because this increases the risk of an explosion.
> – For your safety, carrying fuel containers in your vehicle is not recommended. Whether full or empty, the container can leak and cause a fire in the event of an accident.
> – If you must make an exception and transport a fuel container, note the following:
>   – Never fill the fuel container with fuel while it is in or on the vehicle. Static electricity is discharged when filling which can ▶

cause the fuel vapors to ignite and increases the risk of an explosion.

– Always place a fuel container on the ground before filling.

– Always hold the fuel nozzle completely in the fuel container when filling.

– If the fuel container is made of metal, the fuel nozzle must always be in contact with the container while filling it with fuel. This prevents static electricity from discharging.

– Never spill fuel in the vehicle or the luggage compartment. Evaporated fuel is explosive and increases the risk of serious injury or death.

– Follow legal requirements when using, storing and transporting fuel containers.

– Make sure the fuel container conforms to industry standards (ANSI/ASTM F852-86).

**① Note**

– Remove spilled fuel from vehicle paint immediately, because it can damage paint.

– Never drive until the fuel tank is completely empty. The irregular supply of fuel that results from that can cause engine misfires. Uncombusted fuel will enter the exhaust system and increase the risk of damage to the catalytic converter.

**⊕ For the sake of the environment**

Do not overfill the fuel tank, otherwise fuel can leak out when the vehicle is warming up.

**① Tips**

Fuel can age and may lead to problems when starting. Audi recommends replacing the fuel in your vehicle within six months.

**① Tips**

The fuel filler door on your vehicle does not lock if you lock the vehicle from the inside.

**Fuel filler door emergency release**

*If the central locking system is faulty, the fuel filler door can be unlocked manually.*



Applies to: version 1.
Fig. 267 Right rear luggage compartment: emergency release (example)



Applies to: version 2.
Fig. 268 Rear of the vehicle: right rear seat folded forward

**Emergency release in the luggage compartment**

Applies to: version 1.

The emergency release mechanism is located behind the right side trim panel in the luggage compartment.

▸ Remove the cover in the side panel.

▸ Loosen the loop from the retainer and then pull on the loop carefully -arrow- ⇨ *fig. 267* ⇨ ①. The fuel filler door is released.

▸ Press on the left side of the fuel filler door to open it ⇨ *page 314, fig. 265.*

Plug-in hybrid drive*: Also read the information found in ⇨ *page 105.*

**Emergency release behind the rear seat backrest**

Applies to: version 2.

The emergency release is located behind the right rear seat.

The pull cable for the emergency release is located on the cover.

▸ To access the emergency release, fold the right backrest forward ⇨ *page 68.*

▸ Remove the cover from the trim.

▸ Carefully pull the cover toward the center of the vehicle at a 45° angle -arrow- ⇨ *fig. 268* ⇨ ①. The tab on the cover must point forward in the direction you are pulling when pulling on the cover.

▸ Press on the left side of the fuel filler door to open it ⇨ *page 314, fig. 265.*

**① Note**

Only pull on the loop/cover until you feel resistance. You will not hear it release. Otherwise you could damage the emergency release mechanism.

## Catalytic converter

The vehicle may only be driven with unleaded gasoline, otherwise the catalytic converter will be destroyed.

Never drive until the tank is completely empty. The irregular supply of fuel that results from that can cause engine misfires. Uncombusted fuel will enter the exhaust system, which can cause overheating and damage to the catalytic converter.

**⚠ WARNING**

The temperature of the exhaust system is high, both when driving and after stopping the engine.

– Never touch the exhaust tail pipes once they have become hot. This could result in burns.

– Do not park your vehicle over flammable materials such as grass or leaves because the high temperature of the emissions control system could start a fire.

– Do not apply underbody protectant in the exhaust system area, because this increases the risk of fire.

## Engine compartment

**Working in the engine compartment**

*Special care is required if you are working in the engine compartment*

For work in the engine compartment, such as checking and filling fluids, there is a risk of injury, scalding, accidents, and burns. For this reason, follow all the warnings and general safety precautions provided in the following information. The engine compartment is a dangerous area. ⇨ ⚠.

**⚠ WARNING**

To reduce the risk of injuries, complete the following steps before opening the hood:

– Turn the engine off.

– Switch the ignition off.

– Set the parking brake.

– Move the selector lever into the P position.

– Never open the hood when there is steam or coolant escaping from the engine compartment, because there is a risk that you could be burned. Wait until no steam or coolant is escaping.

– Let the engine cool down.

– Keep children away from the engine compartment.

– Never spill fluids on a hot engine. These fluids (such as the anti-freezing agent contained in the coolant) can ignite.

– Avoid short circuits in the electrical system.

– When working in the engine compartment, remember that the radiator fan can switch on even if the ignition is switched off, which increases the risk of personal injury.

– Never open the cap on the coolant expansion tank when the engine is warm. The cooling system is under pressure.

– To protect your face, hands, and arms from hot steam or coolant, cover the cap with a large cloth when opening.

– Do not remove the engine cover under any circumstances. This increases the risk of burns.

– If tests need to be performed with the engine running, there is additional danger due to moving components (such as the ribbed belt, alternator and radiator fan) and from the high-voltage ignition system.

– Never reach into the radiator fan. The electric auxiliary fan is controlled by temperature and can switch on suddenly.

– Do not under any circumstances activate the throttle inadvertently (for example, by hand from the engine compartment) if the vehicle is stationary but the engine is running and a gear is engaged. Otherwise, the vehicle will start to move immediately and this could result in an accident.

– Pay attention to the following warnings listed when work on the fuel system or on the electrical equipment is required.

  – Do not smoke.

  – Never work near open flames.

  – Always have a working fire extinguisher nearby

– All work on the battery or electrical system in your vehicle can result in injuries, chemical burns, accidents or burns. Because of this, all work must be performed **only** by an authorized Audi dealer or authorized Audi Service Facility.

– To reduce the risk of electric shock and injury, never touch the following components when the engine is running or is being started:

  – Ignition cable

  – Other components in the electronic high-voltage ignition system

– If you must check or perform work on the engine while it is running:

  – Set the parking brake and place the selector lever in the P (park) position first.

  – Always proceed with extreme caution so that clothing, jewelry or long hair do not become caught in the radiator fan, fan belt or other moving components or do not come into contact with hot components. Tie back long hair before beginning work and do not wear clothing that can hang down into the engine.

– Limit your exposure to exhaust and chemicals to as short a time as possible ⇨ ⚠.

⚠ **WARNING**

California Proposition 65 Warning:

– Engine exhaust, some of its constituents, and certain vehicle components contain or emit chemicals known to the State of California to cause cancer and birth defects and reproductive harm. In addition, certain fluids contained in vehicles and certain products of component wear contain or emit chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

– Battery posts, terminals and related accessories contain lead and lead compounds, chemicals known to the State of California to cause cancer and reproductive harms. Wash hands after handling.

ⓘ **Note**

When filling fluids, be sure not to mix the fluids up. Otherwise severe malfunctions and engine damage will occur.

🌿 **For the sake of the environment**

You should regularly check the ground under your vehicle in order to detect leaks quickly. If there are visible spots from oil or other fluids, bring your vehicle to an authorized Audi dealer or authorized Audi Service Facility to be checked.

**Opening and closing the hood**

*The hood is released from inside the vehicle.*



**Fig. 269** Section from the driver's side footwell: release lever



**Fig. 270** Rocker switch under the hood

**Read and follow all WARNINGS** before checking anything in the engine compartment ⇨ page 316, *Working in the engine compartment*.

Make sure the wiper arms are not raised up from the windshield. Otherwise the paint could be damaged.

**Opening the hood**

Applies to vehicles with plug-in hybrid drive*: switch the ignition off before releasing the hood

so that the gasoline engine does not start automatically.

▸ With the driver's door open, pull the lever below the instrument panel in the direction of the arrow ⇨ fig. 269.

▸ Raise the hood slightly ⇨ ⚠.

▸ Press the rocker switch under the hood upward ⇨ fig. 270. This releases the catch.

▸ Open the hood.

**Closing the hood**

▸ Push the hood down until you override the force of the strut.

▸ Let the hood fall lightly into the latch. *Do not press it in.* ⇨ ⚠.

⚠ **WARNING**

– Never open the hood when there is steam or coolant escaping from the engine compartment, because there is a risk that you could be burned. Wait until no steam or coolant is escaping.

– For safety reasons, the hood must always be closed securely while driving. Because of this, always check the hood after closing it to make sure it is latched correctly. The hood is latched if the front corners cannot be lifted.

– If you notice that the hood is not latched while you are driving, stop immediately and close it, because driving when the hood is not latched increases the risk of an accident.

– If the hood is not latched completely, it could fly up while you are driving and obstruct your vision.

8V0012272188

## Engine compartment overview

*The most important check points.*



Fig. 271 *Typical location of the reservoir, engine oil dipstick, and engine oil filler opening*

① Coolant expansion tank (⬛) ⇨ *page 323*
② Engine oil dipstick ⇨ *page 321*
③ Engine oil filling opening (🛢️) ⇨ *page 321*
④ Engine oil label* with VW standard
  ⇨ *page 319*
⑤ Brake fluid reservoir (⬛) ⇨ *page 325*
⑥ Vehicle battery (+) under a cover
  ⇨ *page 326*, ⇨ *page 368*
⑦ Body ground point (-) ⇨ *page 326*,
  ⇨ *page 368*
⑧ Washer fluid reservoir (⬛) ⇨ *page 327*
⑨ Fuse housing ⇨ *page 364*

The oil dipstick (②) and the engine oil filler opening (③) ⇨ *fig. 271* can be located in different positions depending on the engine version.

⚠️ **WARNING**

Read and follow all WARNINGS before checking anything in the engine compartment ⇨ *page 316*.

ℹ️ **Tips**

Plug-in hybrid drive*: read the information regarding the coolant expansion tank under ⇨ *page 104* and the vehicle battery (+) under ⇨ *page 104*.

## Engine oil

### Engine oil specifications

*The engine oil used must conform to exact specifications.*

The service interval display in the instrument cluster of your vehicle will inform you when it is time for an oil change. We recommend that you have your oil changed by an authorized Audi Service Advisor.

If you must add oil between oil changes, use an oil that matches the Audi oil quality standard listed on the sticker. The sticker is located at the ▷

front of the engine compartment ⇨ *page 319, fig. 271*.

| **Audi recommends** |
| --- |
| ⬧Castrol EDGE Professional |
| **Audi recommends LongLife high performance engine oil from Audi Genuine Parts** |

Using the proper engine oil is important for the functionality and service life of the engine. Your engine was factory-filled with a high-quality oil which can usually be used throughout the entire year.

❗ **Note**

Your Limited New Vehicle Warranty does not cover damage or malfunctions due to failure to follow recommended maintenance and use requirements as set forth in the Audi Owner's Manual and Warranty & Maintenance booklet.
– Use only a high quality engine oil that expressly complies with the Audi oil quality standard specified for your vehicle's engine. Using any other oil can cause serious engine damage.
– Do not mix any lubricants or other additives into the engine oil. Doing so can cause engine damage.

ℹ️ **Tips**

If you need to add oil and there is none available that meets the Audi oil quality standard your engine requires, you may add a total of no more than 0.5 qt (0.5 l) of a high-quality "synthetic"oil that meets the following specifications.
– ACEA A3 or API SM with a viscosity grade of SAE 0W-30, SAE 5W-30 or SAE 5W-40.
– For more information about engine oil that has been approved for your vehicle, please contact either your authorized Audi dealer or Audi Customer Relations at 1 (800) 822-2834 or visit our web site at www.audiusa.com or www.audicanada.ca.

## Engine oil consumption

*The engine in your vehicle depends on an adequate supply of oil to lubricate and cool all of its moving parts.*

In order to provide effective lubrication and cooling of internal engine components, all internal combustion engines consume a certain amount of oil. Oil consumption varies from engine to engine and may change significantly over the life of the engine. Typically, engines with a specified break-in period (see ⇨ *page 74*) consume more oil during the break-in period than they consume after oil consumption has stabilized.

Under normal conditions, the rate of oil consumption depends on the quality and viscosity of the oil, the RPM (revolutions per minute) at which the engine is operated, the ambient temperature and road conditions. Further factors are the amount of oil dilution from water condensation or fuel residue and the oxidation level of the oil. As any engine is subject to wear as mileage builds up, the oil consumption may increase over time until replacement of worn components may become necessary.

With all these variables coming into play, no standard rate of oil consumption can be established or specified. There is no alternative to regular and frequent checking of the oil level, see **Note**.

If the yellow engine oil level warning symbol  in the instrument cluster lights up, you should check the oil level as soon as possible ⇨ *page 321*. Top off the oil at your earliest convenience ⇨ *page 321*.

⚠️ **WARNING**

Before you check anything in the engine compartment, always read and heed all WARNINGS ⇨ *page 316*.

❗ **Note**

Driving with an insufficient oil level is likely to cause severe damage to the engine. ▷

## ⓘ Tips

– **The oil pressure warning display 🔲 is not an indicator of the oil level. Do not rely on it. Instead, check the oil level in your engine at regular intervals, preferably each time you refuel, and always before going on a long trip.**

– If you have the impression your engine consumes excessive amounts of oil, we recommend that you consult an authorized Audi dealer to have the cause of your concern properly diagnosed. Keep in mind that the accurate measurement of oil consumption requires great care and may take some time. An authorized Audi dealer has instructions about how to measure oil consumption accurately.

### Checking the engine oil level and adding engine oil

*The engine oil dipstick varies depending on the engine type.*



**Fig. 272** Oil dipstick: checking the engine oil level (example)



**Fig. 273** Engine compartment: engine oil filling opening cover (example)

---

Observe the safety precautions ⇨ *page 316, Working in the engine compartment.*

### Checking the engine oil level

– Park the vehicle on a level surface.
– Shut the engine off when it is warm. Wait approximately two minutes so that the engine oil can flow back into the oil pan.
– Open the hood ⇨ *page 318.*
– Remove the oil dipstick ⇨ *page 319, fig. 271,* wipe it off with a clean cloth and insert it all the way in again.
– Remove the oil dipstick again and then read the oil level ⇨ *table on page 321.*
– Add engine oil if necessary.

| Areas on the oil dipstick ⇨ *fig. 272.* | |
|---|---|
| ① | If the engine oil level is just below the marking ①, then engine oil must be added. See ⇨ ①. |
| ② | Do not add engine oil. |

### Adding engine oil

– Unscrew the cap ⇨ *fig. 273* for the engine oil filling opening ⇨ *page 319, fig. 271.*
– Carefully add 0.5 quart (0.5 liter) of the correct oil ⇨ *page 319.*
– Check the oil level again after two minutes.
– Add a smaller amount of engine oil if necessary. The marking ② ⇨ *fig. 272* must not be exceeded ⇨ ①.
– Screw the engine oil filler cap ⇨ and slide the dipstick all the way in.

## ⚠ WARNING

– When adding engine oil, do not let oil drip onto hot engine components. This increases the risk of a fire.
– You must seal the cap on the oil filler opening correctly so that oil does not leak out onto the hot engine and exhaust system when the engine is running, because this is a fire hazard.
– Always clean skin thoroughly if it comes into contact with engine oil. ▶

---

## ⓘ Note

– The engine oil level must not be under the marking ① ⇨ *fig. 272,* because this increases the risk of engine damage.
– After adding engine oil, the oil level must not be above the marking ② ⇨ *fig. 272,* because this increases the risk of catalytic converter and/or engine damage. Do not start the engine. Contact an authorized Audi dealer or authorized Audi Service Facility to have excess engine oil extracted if necessary.
– Do not mix any additional lubricants into the engine oil. Damage caused by such additives is not covered by the warranty.

## ⊕ For the sake of the environment

– Engine oil should never enter the sewer system or come into contact with the ground under any circumstances.
– Pay attention to legal requirements when disposing of empty oil containers.

## ⓘ Tips

The engine oil consumption may be up to 0.5 quart/600 miles (0.5 liter/1,000 km), depending on driving style and operating conditions. Consumption may be higher during the first 3,000 miles (5,000 km). The engine oil level must be checked regularly. It would be best to check each time you refuel your vehicle and before long drives.

### Changing the engine oil

*We recommend that have your oil changed by an authorized Audi dealer or a qualified service station.*

Before you check anything in the engine compartment, **always read and heed all WARNINGS** ⇨ *page 316.*

The engine oil must be changed according to the intervals specified in your Warranty & Maintenance booklet. This is very important because the lubricating properties of oil diminish gradually during normal vehicle use.

---

Under some circumstances the engine oil should be changed more frequently. Change oil more often if you drive mostly short distances, operate the vehicle in dusty areas or under predominantly stop-and-go traffic conditions, or have your vehicle where temperatures remain below freezing for extended periods.

Detergent additives in the oil will make fresh oil look dark after the engine has been running for a short time. This is normal and is not a reason to change the oil more often than recommended.

Because of the problem of proper disposal, along with the special tools and necessary expertise required, we strongly recommend that you have your oil changed by an authorized **Audi dealer** or a qualified service station.

**If you choose to change your oil yourself, please note the following important information:**

## ⚠ WARNING

To reduce the risk of personal injury if you must change the engine oil in your vehicle yourself:

– Wear eye protection.
– To reduce the risk of burns from hot engine oil, let the engine cool down to the touch.
– When removing the oil drain plug with your fingers, stay as far away as possible. Always keep your forearm parallel to the ground to help prevent hot oil from running down your arm.
– Drain the oil into a container designed for this purpose, one large enough to hold at least the total amount of oil in your engine.
– Engine oil is poisonous. Keep it well out of the reach of children.
– Continuous contact with used engine oil is harmful to your skin. Always protect your skin by washing oil off thoroughly with soap and water.

## ⓘ Note

Never mix oil additives with your engine oil. These additives can damage your engine and adversely affect your Audi Limited New Vehicle Warranty. ▶

---

### ♻ For the sake of the environment

– Before changing your oil, first make sure you know where you can properly dispose of the used oil.
– Always dispose of used engine oil properly. Do not dump it on garden soil, wooded areas, into open streams or down sewage drains.
– Recycle used engine oil by taking it to a used engine oil collection facility in your area, or contact a service station.

## Cooling system

### Coolant

The engine cooling system is filled with a mixture of purified water and coolant additive at the factory. This coolant must not be not changed.

The coolant level is monitored through the ▨ indicator light ⇨ page 28. However, we do recommend occasionally checking the coolant level manually.

If you must add coolant, use a mixture of water and coolant additive. Mixing the coolant additive with distilled water is recommended.

#### Coolant additive

The coolant additive is made of anti-freezing and corrosion protection agents. Only use the following coolant additives. These additives may be mixed with each other.

| Coolant additive | Specification |
| --- | --- |
| G13 | TL 774 J |
| G12++ | TL 774 G |

The amount of coolant additive that needs to be mixed with water depends on the climate where the vehicle will be operated. If the coolant additive percentage is too low, the coolant can freeze and damage the engine.

|  | Coolant additive | Freeze protection |
| --- | --- | --- |
| Warm regions | min. 40% max. 45% | min. -13 °F (-25 °C) |
| Cold regions | min. 50% max. 55% | max. -40 °F (-40 °C) |

### ① Note

– Before the start of winter, have an authorized Audi dealer or authorized Audi Service Facility check if the coolant additive in your vehicle matches the percentage appropriate for the climate. This is especially important when driving in colder climates.
– If the appropriate coolant additive is not available in an emergency, do not add any other additive. You could damage the engine. If this happens, only use water and restore the correct mixture ratio with the specified coolant additive as soon as possible.
– Only refill with new coolant.
– Radiator sealant must not be mixed with the coolant.

### Adding coolant



**Fig. 274** Engine compartment: markings on the coolant expansion tank

Observe the safety precautions ⇨ page 316, Working in the engine compartment.

#### Checking the engine coolant level

▸ Park the vehicle on a level surface.
▸ Switch the ignition off.
▸ Read the coolant level on the coolant expansion tank ⇨ fig. 274. The coolant level must be between the markings when the engine is cold. ▸

When the engine is warm it can be slightly above the upper marking.

#### Adding coolant

Plug-in hybrid drive\*: Your vehicle has two coolant expansion tanks that are different from each other. The smaller of the two expansion tanks must not be opened ⇨ page 104. Read and follow the important safety precautions ⇨ ⚠ in Coolant on page 105.

Requirement: there must be a residual amount of coolant in the expansion tank ⇨ ①.

▸ Let the engine cool down.
▸ Place a cloth over the coolant expansion tank cap and unscrew the cap counterclockwise ⇨ ⚠.
▸ Add coolant mixed in the correct ratio ⇨ page 323 up to the upper marking.
▸ Make sure that the fluid level remains stable. Add more coolant if necessary.
▸ Close the cap securely.

Coolant loss usually indicates there is a leak. Immediately drive your vehicle to an authorized Audi dealer or authorized Audi Service Facility and have the cooling system inspected. If the cooling system is not leaking, a loss can come from the coolant boiling through overheating and being pushed out of the cooling system.

### ⚠ WARNING

The cooling system is pressurized and can become very hot. To reduce the risk of burns from hot coolant:
– Do not open the coolant expansion tank cap when the engine is hot. This increases the risk of burns.
– Stop the engine and allow it to cool.
– Protect your face, hands and arms from escaping coolant and steam by covering the coolant tank cap with a large, thick cloth.
– Turn the coolant tank cap counterclockwise slowly and keep light pressure on the cap.
– To reduce the risk of burns, do not allow any antifreeze or coolant to drip onto the exhaust system or hot engine components.

The ethylene glycol in engine coolant can catch fire under certain circumstances.
– The coolant additive and the coolant can be dangerous to your health. For this reason, keep the coolant in the original container and away from children. There is a risk of poisoning.
– When working in the engine compartment, remember that the radiator fan can switch on even if the ignition is switched off, which increases the risk of injury.

### ① Note

Do not add coolant if the expansion tank is empty. Air could enter the cooling system and damage the engine. If this is the case, do not continue driving. See an authorized Audi dealer or authorized Audi Service Facility for assistance.

– Before the start of winter, have an authorized Audi dealer or authorized Audi Service Facility check if the coolant additive in your vehicle matches the percentage appropriate for the climate. This is especially important when driving in colder climates.
– If the appropriate coolant additive is not available in an emergency, do not add any other additive. You could damage the engine. If this happens, only use water and restore the correct mixture ratio with the specified coolant additive as soon as possible.
– Only refill with new coolant.
– Radiator sealant must not be mixed with the coolant.

### Radiator fan

The radiator fan switches on automatically by itself.

An auxiliary electric radiator fan switches on and off depending on coolant temperature and other vehicle operating conditions.

After you switch the engine off, the auxiliary fan can continue running for up to 10 minutes - even with the ignition off. It can even switch on again later by itself ⇨ ⚠, if ▸

– the temperature of the engine coolant rises due to the heat build-up from the engine in the engine compartment, or

– the engine compartment heats up because the vehicle is parked in intense sunlight.

> ⚠ **WARNING**
>
> – To reduce the risk of personal injury never touch the radiator fan.
> – The auxiliary electric fan is temperature controlled and can switch on suddenly even when the engine is not running.
> – The auxiliary radiator fan switches on automatically when the engine coolant reaches a certain temperature and will continue to run until the coolant temperature drops.

## Brake fluid



**Fig. 275** Engine compartment: cap on brake fluid reservoir

Observe the safety precautions ⇨ *page 316, Working in the engine compartment.*

**Checking the brake fluid level**

Read the brake fluid level on the brake fluid reservoir ⇨ *page 319, fig. 271.* The brake fluid level must be between the MIN and MAX markings ⇨ ⚠.

The brake fluid level is monitored automatically.

**Changing the brake fluid**

Have the brake fluid changed regularly by an authorized Audi dealer or authorized Audi Service Facility.

> ⚠ **WARNING**
>
> – If the brake fluid level is below the MIN marking, it can impair the braking effect and driving safety, which increase the risk of an accident. Do not continue driving. See an authorized Audi dealer or authorized Audi Service Facility for assistance.
> – If the brake fluid is old, bubbles may form in the brake system during heavy braking. This would impair braking performance and driving safety, which increases the risk of an accident.
> – To ensure the brake system functions correctly, only use brake fluids that comply with VW standard 501 14 or FMVSS-116 DOT 4.

> ⓘ **Note**
>
> – If the brake fluid level is above the MAX marking, brake fluid may leak out over the edge of the reservoir and result in damage to the vehicle.
> – Do not get any brake fluid on the vehicle paint, because it will corrode the paint.

## Battery

**General warnings about batteries**

Because of the complex power supply, all work on batteries such as disconnecting, replacing, etc. should only be performed by an authorized Audi dealer or authorized Audi Service Facility ⇨ ⚠.

The term "vehicle battery" refers to the 12 Volt battery in your vehicle.

Plug-in hybrid drive*: For important information about the high-voltage battery, refer to ⇨ page 94.

**Detailed warnings for the vehicle battery:**

| | |
|---|---|
|  | Wear eye protection. |
|  | Battery acid is highly corrosive. Wear protective gloves and eye protection. |
|  | Fire, sparks, open flame and smoking are forbidden. |

| | |
|---|---|
|  | A highly explosive mixture of gases can form when charging batteries. |
|  | Keep children away from battery acid and batteries. |

> ⚠ **WARNING**
>
> All work on the battery or electrical system in your vehicle can result in injuries, chemical burns, accidents or burns. Because of this, all work must be performed only by an authorized Audi dealer or authorized Audi Service Facility.

> ⚠ **WARNING**
>
> California Proposition 65 Warning:
> – Battery posts, terminals and related accessories contain lead and lead compounds, chemicals known to the State of California to cause cancer and reproductive problems. Wash hands after handling.

> ⓘ **Note**
>
> Protect the vehicle battery against freezing if the vehicle will be parked for long periods of time so that it is not destroyed by "freezing" ⇨ page 326, Charging the vehicle battery.

**Charging the vehicle battery**



**Fig. 276** Engine compartment: connectors for a charger and jump start cables

Observe the safety precautions ⇨ *page 316, Working in the engine compartment.*

Plug-in hybrid drive*: ⇨ *page 104.*

Requirement: only use chargers with a **maximum charging current of 30 amps/14.8 Volts**. The vehicle battery cables remain connected.

The battery is located in the engine compartment. The ground point (⊖) is always located on the vehicle body.

▸ Read the warnings ⇨ ⚠ *in General warnings about batteries on page 326* and ⇨ ⚠.
▸ Switch off the ignition and all electrical equipment.
▸ Open the hood ⇨ page 318.
▸ Fold the battery cover upward.
▸ Clamp the charger terminal clamps as instructed on the **battery terminal** (+) and only on the **body ground point** (-).
▸ Insert the power cable for the charging device into the socket and switch the device on.
▸ At the end of the charging process, switch the charger off and pull the power cable out of the socket.
▸ Remove the charger terminal clamps.
▸ Fold the cover back on the battery correctly.
▸ Close the hood ⇨ page 318.

> ⚠ **WARNING**
>
> – A highly explosive mixture of gases can form when charging batteries. Only charge the vehicle battery in well-ventilated areas.
> – A drained vehicle battery can freeze at temperatures around 32 °F (0 °C). A frozen or thawed vehicle battery must not be charged and must not be used anymore. The battery housing can crack and battery acid can leak out if ice forms, which increases the risk of an explosion and chemical burns. Contact an authorized Audi dealer or authorized Audi Service Facility for more information.
> – Do not connect or disconnect the charging cable while charging because this increases the risk of an explosion.

> ⓘ **Tips**
>
> – Only charge the vehicle battery through the connections in the engine compartment.
> – Read all of the manufacturer's instructions for the charger before charging the vehicle battery.

8V0012772188

## Windshield washer system



**Fig. 277** Engine compartment: washer fluid reservoir cap

Observe the safety precautions ⇨ page 316, *Working in the engine compartment*.

The windshield washer fluid reservoir ⊕ contains the cleaning solution for the windshield and the headlight washer system* ⇨ page 319, fig. 271. The reservoir capacity can be found in ⇨ page 375.

To reduce the risk of lime scale deposits on the spray nozzles, use clean water with low amounts of calcium. Always add window cleaner to the water. When the outside temperatures are cold, an anti-freezing agent should be added to the water so that it does not freeze.

⚠ **Note**

– The concentration of anti-freezing agent must be adjusted to the vehicle operating conditions in the respective climate. A concentration that is too high can lead to vehicle damage.
– Never add radiator anti-freeze or other additives to the washer fluid.
– Do not use a glass cleaner that contains paint solvents, because this could damage the paint.

## Service interval display

*The service interval display detects when your vehicle is due for service.*

The service interval display works in two stages:

– **Inspection or oil change reminder:** after a certain distance driven, a message appears in the instrument cluster display each time the ignition is switched on or off. The remaining distance or time is displayed briefly.
– **Inspection or oil change due:** if your vehicle has reached an inspection or oil change interval or both intervals at the same time, the message **Inspection due!** or **Oil change due!** or **Oil change and inspection due!** appears briefly after switching the ignition on/off.

### Checking service intervals

You can check the remaining distance or time until the next oil change or next inspection in the Infotainment system. Select in the Infotainment system: the MENU button > Vehicle > left control button > Service & checks > Service intervals.

### Resetting the indicator

An authorized Audi dealer or authorized Audi Service Facility will reset the service interval display after performing service.

If you have changed the oil yourself, you must reset the oil change interval.

To reset the display, select in the Infotainment system: the MENU button > Vehicle > left control button > Service & checks > Service intervals > Reset oil change interval.

⚠ **Note**

– Only reset the oil change indicator if the oil was changed.
– Following the service intervals is critical to maintaining the function, service life, and value of your vehicle, especially the engine. Even if the mileage on the vehicle is low, do not exceed the time for the next service.

# Wheels

## Wheels and Tires

**General information**

▸ Check your tires regularly for damage (punctures, cuts, cracks and bulges). Remove foreign objects from the tire tread.
▸ If driving over curbs or similar obstacles, drive slowly and approach the curb at an angle.
▸ Have faulty tires or rims replaced immediately.
▸ Protect your tires from oil, grease and fuel.
▸ Mark tires before removing them so that the same running direction can be maintained if they are reinstalled.
▸ Lay tires flat when storing and store them in a cool, dry location with as little exposure to light as possible.

⚠ **Note**

– Please note that summer and winter tires are designed for the conditions that are typical in those seasons. Audi recommends using winter tires during the winter months. Low temperatures significantly decrease the elasticity of summer tires, which affects traction and braking ability. If summer tires are used in very cold temperatures, cracks can form on the tread bars, resulting in permanent tire damage that can cause loud driving noise and unbalanced tires.
– Burnished, polished or chromed rims must not be used in winter driving conditions. The surface of the rims does not have sufficient corrosion protection for this and could be permanently damaged by road salt or similar substances.

**Tire designations**



**Fig. 278** Tire specification codes on the sidewall of a tire

Wheels

### ① Tires for passenger vehicles (if applicable)

P indicates a tire for a passenger vehicle. T indicates a tire designated for temporary use.

### ② Nominal width

Nominal width of the tire between the sidewalls in millimeters. In general: the larger the number, the wider the tire.

### ③ Aspect ratio

Height/width ratio expressed as a percentage.

### ④ Tire construction

R indicates a radial tire.

### ⑤ Rim diameter

Size of the rim diameter in inches.

### ⑥ Load index and speed rating

The load index indicates the tire's load-carrying capacity.

The speed rating indicates the maximum permitted speed ⇨ ⚠ in Winter tires on page 342.

"EXTRA LOAD", "xl" or "RF" indicates that the tire is reinforced or is an Extra Load tire.

| Speed rating | Maximum permitted speed |
|---|---|
| P | up to 93 mph (150 km/h) |
| Q | up to 99 mph (160 km/h) |

| Speed rating | Maximum permitted speed |
|---|---|
| R | up to 106 mph (170 km/h) |
| S | up to 110 mph (180 km/h) |
| T | up to 118 mph (190 km/h) |
| U | up to 124 mph (200 km/h) |
| H | up to 130 mph (210 km/h) |
| V | up to 149 mph (240 km/h)[a] |
| Z | above 149 mph (240 km/h)[a] |
| W | up to 168 mph (270 km/h)[a] |
| Y | up to 186 mph (300 km/h)[a] |

[a] For tires above 149 mph (240 km/h), tire manufacturers sometimes use the code "ZR".

### ⑦ US DOT number (TIN) and manufacture date

The manufacture date is listed on the tire sidewall (it may only appear on the inner side of the tire):

DOT ... 2216 ...

means, for example, that the tire was produced in the 22nd week of the year 2016.

### ⑧ Audi Original Tires

Audi Original equipment tires with the designation "AO" have been specially matched to your Audi. When used correctly, these tires meet the highest standards for safety and handling. An authorized Audi dealer or authorized Audi Service Facility will be able to provide you with more information. ▶

### ⑨ Mud and snow capability

"M/S" or "M+S" indicates the tire is suitable for driving on mud and snow. ⚠ indicates a winter tire.

### ⑩ Composition of the tire cord and materials

The number of plies indicates the number of rubberized fabric layers in the tire. In general: the more layers, the more weight a tire can carry. Tire manufacturers must also specify the materials used in the tire. These include steel, nylon, polyester and other materials.

### ⑪ Maximum permitted load

This number indicates the maximum load in kilograms and pounds that the tire can carry.

### ⑫ Uniform tire quality grade standards for treadwear, traction and temperature resistance

Treadwear, traction and temperature ranges ⇨ page 344.

### ⑬ Running direction

The arrows indicate the running direction of unidirectional tires. You must always follow the specified running direction ⇨ page 361.

### ⑭ Maximum permitted inflation pressure

This number indicates the maximum pressure to which a tire can be inflated under normal operating conditions.

## Glossary of tire and loading terminology

### Accessory weight

means the combined weight (in excess of those standard items which may be replaced) of automatic transmission, power steering, power brakes, power windows, power seats, radio, and heater, to the extent that these items are available as factory-installed equipment (whether installed or not).

### Aspect ratio

means the ratio of the height to the width of the tire in percent. Numbers of 55 or lower indicate a low sidewall for improved steering response and better overall handling on dry pavement.

### Bead

means the part of the tire that is made of steel wires, wrapped or reinforced by ply cords and that is shaped to fit the rim. ▶

**Bead separation**

means a breakdown of the bond between components in the bead.

**Cord**

means the strands forming the plies in the tire.

**Cold tire inflation pressure**

means the tire pressure recommended by the vehicle manufacturer for a tire of a designated size that has not been driven for more than a couple of miles (kilometers) at low speeds in the three hour period before the tire pressure is measured or adjusted.

**Curb weight**

means the weight of a motor vehicle with standard equipment including the maximum capacity of fuel, oil, and coolant, air conditioning and additional weight of optional equipment.

**Extra load tire**

means a tire designed to operate at higher loads and at higher inflation pressures than the corresponding standard tire. Extra load tires may be identified as "XL", "xl", "EXTRA LOAD", or "RF" on the sidewall.

**Gross Axle Weight Rating ("GAWR")**

means the load-carrying capacity of a single axle system, measured at the tire-ground interfaces.

**Gross Vehicle Weight Rating ("GVWR")**

means the maximum total loaded weight of the vehicle.

**Groove**

means the space between two adjacent tread ribs.

**Load rating (code)**

means the maximum load that a tire is rated to carry for a given inflation pressure. You may not find this information on all tires because it is not required by law.

**Maximum load rating**

means the load rating for a tire at the maximum permissible inflation pressure for that tire.

**Maximum loaded vehicle weight**

means the sum of:

(a) Curb weight
(b) Accessory weight
(c) Vehicle capacity weight, and
(d) Production options weight  ▸

**Maximum (permissible) inflation pressure**

means the maximum cold inflation pressure to which a tire may be inflated. Also called "maximum inflation pressure."

**Normal occupant weight**

means 150 lbs. (68 kilograms) times the number of occupants seated in the vehicle up to the total seating capacity of your vehicle.

**Occupant distribution**

means distribution of occupants in a vehicle.

**Outer diameter**

means the overall diameter of an inflated new tire.

**Overall width**

means the linear distance between the exteriors of the sidewalls of an inflated tire, including elevations due to labeling, decorations, or protective bands or ribs.

**Ply**

means a layer of rubber-coated parallel cords.

**Production options weight**

means the combined weight of those installed regular production options weighing over 5 lbs. (2.3 kg) in excess of those standard items which they replace, not previously considered in curb weight or accessory weight, including heavy duty brakes, ride levelers, roof rack, heavy duty battery, and special trim.

**Radial ply tire**

means a pneumatic tire in which the ply cords that extend to the beads are laid at substantially 90 degrees to the centerline of the tread.

**Recommended inflation pressure**

see ⇨ page 331, Cold tire inflation pressure.

**Reinforced tire**

means a tire designed to operate at higher loads and at higher inflation pressures than the corresponding standard tire. Reinforced tires may be identified as "XL", "xl", "EXTRA LOAD", or "RF" on the sidewall.  ▸

8V201271238

## Rim

means a metal support for a tire or a tire and tube assembly upon which the tire beads are seated.

## Rim diameter

means nominal diameter of the bead seat. If you change your wheel size, you will have to purchase new tires to match the new rim diameter.

## Rim size designation

means rim diameter and width.

## Rim width

means nominal distance between rim flanges.

## Sidewall

means that portion of a tire between the tread and bead.

## Speed rating (letter code)

means the speed at which a tire is designed to be driven for extended periods of time. The ratings range from 93 mph (150 km/h) to 186 mph (298 km/h) ⇨ *table on page 329*. You may not find this information on all tires because it is not required by law.

The speed rating letter code, where applicable, is molded on the tire sidewall and indicates the

maximum permissible road speeds ⇨ ⚠ *in Winter tires on page 342*.

## Tire pressure monitoring system*

means a system that detects when one or more of a vehicle's tires are underinflated and illuminates a low tire pressure warning telltale.

## Tread

means that portion of a tire that comes into contact with the road.

## Tread separation

means pulling away of the tread from the tire carcass.

## Treadwear indicators (TWI)

means the projections within the principal grooves designed to give visual indication of the degrees of wear of the tread. See ⇨ *page 336, Treadwear indicator* for more information on measuring tire wear.

## Uniform Tire Quality Grading

is a tire information system developed by the United States National Highway Traffic Safety Administration (NHTSA) that is designed to help buyers make relative ▸

comparisons among tires. The UTQG is not a safety rating and not a guarantee that a tire will last for a prescribed number of miles (kilometers) or perform in a certain way. It simply gives tire buyers additional information to combine with other considerations, such as price, brand loyalty and dealer recommendations. Under UTQG, tires are graded by the tire manufacturers in three areas: treadwear, traction, and temperature resistance. The UTQG information on the tires, molded into the sidewalls.

## U.S. DOT Tire Identification Number (TIN)

This is the tire's "serial number". It begins with the letters "DOT" and indicates that the tire meets all federal standards. The next two numbers or letters indicate the plant where it was manufactured, and the last four numbers represent the week and year of manufacture. For example,

DOT ... 2216 ...

means that the tire was produced in the 22nd week of 2016. The other numbers are marketing codes that may or may not be used

by the tire manufacturer. This information is used to contact consumers if a tire defect requires a recall.

## Vehicle capacity weight

means the rated cargo and luggage load plus 150 lbs. (68 kilograms) times the vehicle's designated seating capacity.

## Vehicle maximum load on the tire

means that load on an individual tire that is determined by distributing to each axle its share of the maximum loaded vehicle weight and dividing by two.

## Vehicle normal load on the tire

means that load on an individual tire that is determined by distributing to each axle its share of the curb weight, accessory weight, and normal occupant weight (distributed in accordance with ⇨ *table on page 338*) and dividing by two.

## Occupant loading and distribution for vehicle normal load for various designated seating capacities

Refer to the tire inflation pressure label ⇨ *page 336, fig. 281* ▸

8V20127213B

Wheels

for the number of seating positions. Refer to the table ⇨ *table on page 338* for the number of people that correspond to the vehicle normal load.

### New tires or wheels

Audi recommends having all work on tires or wheels performed by an authorized Audi dealer or authorized Audi Service Facility. These facilities have the proper knowledge and are equipped with the required tools and replacement parts.

▶ New tires do not yet have the optimum gripping properties. Drive carefully and at moderate speeds for the first 350 miles (500 km) with new tires.
▶ Only use tires with the same design, size (rolling circumference) and as close to the same tread pattern as possible on all four wheels.
▶ Do not replace tires individually. At least replace both tires on the same axle at the same time.
▶ Audi recommends that you use Audi Original Tires. If you would like to use different tires, please note that the tires may perform differently even if they are the same size ⇨ ⚠.
▶ If you would like to equip your vehicle with a tire/rim combination that is different from what was installed at the factory, consult with an authorized Audi dealer or authorized Audi Service Facility before making a purchase ⇨ ⚠.

The spare tire* is different from the regular tires installed on the vehicle - for example, if winter tires or wide tires are installed - so only use the spare tire* temporarily in case of emergency and drive carefully while it is in use. It should be replaced with a regular tire as soon as possible.

Applies to: vehicles with all wheel drive: all four wheels must be equipped with tires that are the same brand and have the same construction and tread pattern so that the drive system is not damaged by different wheel speeds. For this reason, in case of emergency, only use a spare tire*

that is the same circumference as the regular tires.

⚠ **WARNING**

– Only use tire/rim combinations and suitable wheel bolts that have been approved by Audi. Otherwise, damage to the vehicle and an accident could result.
– For technical reasons, it is not possible to use tires from other vehicles - in some cases, you cannot even use tires from the same vehicle model.
– Make sure that the tires you select have enough clearance to the vehicle. Replacement tires should not be chosen simply based on the nominal size, because tires with a different construction can differ greatly even if they are the same size. If there is not enough clearance, the tires or the vehicle can be damaged and this can reduce driving safety and increase the risk of an accident.
– Only use tires that are more than six years old when absolutely necessary and drive carefully when doing so.
– Do not use run-flat tires on your vehicle. Using them when not permitted can lead to vehicle damage or accidents.
– If you install wheel covers on the vehicle, make sure they allow enough air circulation to cool the brake system. If they do not, this could increase the risk of an accident.

### Tire wear/damage



**Fig. 279** Tire profile: treadwear indicator

### Tire wear

Check the tires regularly for wear.

Wheels

– Inflation pressure that is too low or high can increase tire wear considerably.
– Driving quickly through curves, rapid acceleration and heavy braking increase tire wear.
– Have an authorized Audi dealer or authorized Audi Service Facility check the wheel alignment if there is unusual wear.
– Have the wheels rebalanced if an imbalance is causing noticeable vibration in the steering wheel. If you do not, the tires and other vehicle components could wear more quickly.

### Treadwear indicator

Original equipment tires contain treadwear indicators in the tread pattern, which are bars that are 1/16 in. (1.6 mm) high and are spaced evenly around the tire perpendicular to the running direction ⇨ *fig. 279*. The letters "TWI" or triangles on the tire sidewall indicate the location of the treadwear indicators.

The tires have reached the minimum tread depth [1] when they have worn down to the treadwear indicators. Replace the tires with new ones ⇨ ⚠.

### Tire rotation

Rotating the tires regularly is recommended to ensure the tires wear evenly. To rotate the tires, install the tires from the rear axle on the front axle and vice versa. This will allow the tires to have approximately the same length of service life.

For unidirectional tires, make sure the tires are installed according to the running direction indicated on the tire sidewall ⇨ *page 361*.

### Hidden damage

Damage to tires and rims can often occur in locations that are hidden. Unusual vibrations in the vehicle or pulling to one side may indicate that there is tire damage. Reduce your speed immediately. Check the tires for damage. If no damage is visible from the outside, drive slowly and carefully to the nearest authorized Audi dealer or au-

thorized Audi Service Facility to have the vehicle inspected.

⚠ **WARNING**

Tread that has worn too low or different tread depths on the tires can reduce driving safety. This can increase the risk of an accident because it has a negative effect on handling, driving through curves, and braking, and because it increases the risk of hydroplaning when driving through deep puddles.

### Tire pressure



**Fig. 280** Driver's side B-pillar (example): tire pressure label



**Fig. 281** Tire pressure label

The correct tire pressure for tires mounted in the factory and for the spare tire* is indicated on a label. The label is located on the B-pillar ⇨ *fig. 280*, ⇨ *fig. 281*. ▶

[1] Obey any applicable regulations in your country.

335     336

When the vehicle is partially loaded (up to 3 people), use the tire pressure specified for normal loads ⇨ *table on page 338*. If driving the vehicle when fully loaded, you must increase the tire pressure to the maximum specified pressure ⇨ ⚠.

### Checking/correcting tire pressure

▶ Check the tire pressure at least once per month and also check it before every long drive.

▶ Always check the tire pressure when the tires are *cold*. Do not reduce the pressure if it increases when the tires are warm.

▶ Check the label ⇨ *fig. 281* for the correct tire pressure based on vehicle load.

▶ Correct the tire pressure if necessary.

▶ Vehicles with Tire Pressure Monitoring System*: store the modified tire pressure in the Infotainment system ⇨ *page 346*.

▶ Check the pressure in the emergency tire*/spare tire*. Always maintain the maximum temperature that is specified for the tire.

⚠ WARNING

Always adapt the tire pressure to your driving style and vehicle load.

– Overloading can lead to loss of vehicle control and increase the risk of an accident. Read and follow the important safety precautions in ⇨ *page 339, Tires and vehicle load limits*.

– The tire must flex more if the tire pressure is too low or if the vehicle speed or load are too high. This heats the tire up too much. This increases the risk of an accident because it can cause the tire to burst and result in loss of vehicle control.

– Incorrect tire pressure increases tire wear and has a negative effect on driving and braking behavior, which increases the risk of an accident.

ⓘ Note

Replace lost valve caps to reduce the risk of damage to the tire valves.

⊕ For the sake of the environment

Tire pressure that is too low increases fuel consumption. ▶

### Tire pressure table

Please note that the information contained in the following table was correct at the time of printing, and the information is subject to change. If there are differences between this information and the tire pressures specified on the label on the driver's side B-pillar, always follow the specification on the B-pillar label ⇨ *page 336, fig. 280*.

Make sure that the tire d[...] tion on your tire matches ignation on the tire press and the tire pressure tab

The following table lists mended tire pressures i[...] tires according to the lo[...] the size of the tires insta[...]

| Model/Engine | Tire designation | Tire pressure | | | | | |
|---|---|---|---|---|---|---|---|
| | | Normal load (up to 3 people)[a] | | | | Maximu | |
| | | front | | rear | | front | |
| | | PSI | kPA | PSI | kPA | PSI | kPA |
| A3 sedan: 2.0 L 4-cylinder | 225/40 R18 92Y High Performance | 35 | 240 | 32 | 220 | 36 | 250 |
| | 225/45 R17 91H All Season | 33 | 230 | 30 | 210 | 41 | 280 |
| | 225/40 R18 92H All Season | 36 | 250 | 33 | 230 | 41 | 280 |
| | 235/35 R19 91Y High Performance | 33 | 230 | 30 | 210 | 38 | 260 |
| S3 sedan: 2.0L 4 cylinders | 225/40 R18 92Y High Performance | 38 | 260 | 35 | 240 | 42 | 290 |
| | 225/40 R18 92H All Season | 38 | 260 | 35 | 240 | 41 | 280 |
| | 235/35 R19 91Y High Performance | 39 | 270 | 36 | 250 | 44 | 300 |

Wheels

| Model/ Engine | Tire designation | Tire pressure | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Normal load (up to 3 people)[a] | | | | Maximum load | | | |
| | | front | | rear | | front | | rear | |
| | | PSI | kPA | PSI | kPA | PSI | kPA | PSI | kPA |
| A3 Cabrio- let: 2.0 L 4-cylinder | 225/40 R18 92Y High Performance | 35 | 240 | 32 | 220 | 38 | 260 | 38 | 260 |
| | 225/45 R17 91H All Season | 33 | 230 | 30 | 210 | 39 | 270 | 39 | 270 |
| | 225/40 R18 92H All Season | 38 | 260 | 35 | 240 | 41 | 280 | 41 | 280 |
| | 235/35 R19 91Y High Performance | 42 | 290 | 39 | 270 | 45 | 310 | 45 | 310 |
| A3 Sportb ack e-tron: 1.4 L 4-cylinder | 205/55 R16 91V High Performance | 35 | 240 | 35 | 240 | 36 | 250 | 39 | 270 |
| | 225/40 R18 92H High Performance | 33 | 230 | 33 | 230 | 36 | 250 | 39 | 270 |
| | 225/45 R17 91H All Season | 33 | 230 | 33 | 230 | 38 | 260 | 38 | 260 |
| | 225/40 R18 92H All Season | 36 | 250 | 36 | 250 | 41 | 280 | 41 | 280 |

[a] 2 people in the front, 1 person in the rear

⚠ **WARNING**

Please note the important safety precautions regarding tire pressure ⇨ *page 336* and load limits ⇨ *page 339*.

## Tires and vehicle load limits

There are limits to the amount of load or weight that any vehicle and any tire can carry. A vehicle that is overloaded will not handle well and is more difficult to stop. Overloading can not only lead to loss of vehicle control, but can al- so damage important parts of the vehicle and can lead to sudden tire failure, including a blowout and sudden deflation that can cause the vehicle to crash.

Your safety and that of your pas- sengers also depends on making sure that load limits are not ex- ceeded. Vehicle load includes ev- erybody and everything in and on the vehicle. These load limits are technically referred to as the vehi- cle's **Gross Vehicle Weight Rat- ing** ("GVWR").

The "GVWR" includes the weight of the basic vehicle, all factory in- stalled accessories, a full tank of fuel, oil, coolant and other fluids plus maximum load. The maxi- mum load includes the number of passengers that the vehicle is in- tended to carry ("seating capaci- ty") with an assumed weight of 150 lbs. (68 kg) for each passen- ger at a designated seating posi- tion and the total weight of any luggage in the vehicle. If you tow a trailer, the weight of the trailer hitch and the tongue weight of the loaded trailer must be includ- ed as part of the vehicle load.

The **Gross Axle Weight Rating** ("GAWR") is the maximum load that can be applied at each of the vehicle's two axles.

The fact that there is an upper limit to your vehicle's Gross Vehi- cle Weight Rating means that the total weight of whatever is being carried in the vehicle (including the weight of a trailer hitch and the tongue weight of the loaded trailer) is limited. The more pas- sengers in the vehicle or passen- gers who are heavier than the standard weights assumed mean that less weight can be carried as luggage.

The Gross Vehicle Weight Rating and the Gross Axle Weight Rating are listed on the safety compli- ance sticker label located on the driver's side B-pillar ⇨ *page 336, fig. 280*.

⚠ **WARNING**

Overloading a vehicle can cause loss of vehicle control, a crash or other accident, serious per- sonal injury, and even death.
– Carrying more weight than your vehicle was designed to carry will prevent the vehicle from handling properly and increase the risk of the loss of vehicle control.
– The brakes on a vehicle that has been overloaded may not be able to stop the vehicle within a safe distance.
– Tires on a vehicle that has been overloaded can fail sud- denly, including a blowout and sudden deflation, causing loss of control and a crash.
– Always make sure that the to- tal load being transported –

▷

BV2012721BB

including the weight of a trailer hitch and the tongue weight of a loaded trailer – does not make the vehicle heavier than the vehicle's Gross Vehicle Weight Rating.

## Determining correct load limit

Use the example below to calculate the total weight of the passengers and luggage or other things that you plan to transport so that you can make sure that your vehicle will not be overloaded.

### Steps for Determining Correct Load Limit

1. Locate the statement "THE COMBINED WEIGHT OF OCCUPANTS AND CARGO SHOULD NEVER EXCEED XXX KG OR XXX LBS" on your vehicle's placard (tire inflation pressure label) ⇨ *page 336, fig. 280.*
2. Determine the combined weight of the driver and passengers that will be riding in your vehicle.
3. Subtract the combined weight of the driver and passengers from "XXX kilograms or "XXX

pounds shown on the sticker ⇨ *page 336, fig. 280.*
4. The resulting figure equals the available amount of cargo and luggage load capacity. For example, if the "XXX" amount equals 1400 lbs. and there will be five 150 lbs. passengers in your vehicle, the amount of available cargo and luggage load capacity is 650 lbs. (1400-750 (5 x 150) = 650 lbs.)
5. Determine the combined weight of luggage and cargo being loaded on the vehicle. That weight may not safely exceed the available cargo and luggage load capacity calculated in Step 4.
6. If your vehicle will be towing a trailer, load from your trailer will be transferred to your vehicle. Consult this manual to determine how this reduces the available cargo and luggage load capacity of your vehicle.
▸ Check the tire sidewall (⇨ *page 328, fig. 278*) to determine the designated load rating for a specific tire.

covers* consist of multiple pieces. These components were bolted together using special bolts and a special procedure. You must not repair or disassemble them ⇨ ⚠.

> ⚠ **WARNING**
>
> Wheel bolts that are tightened or repaired incorrectly can become loose and result in loss of vehicle control, which increases the risk of an accident. For the correct tightening specification, see ⇨ *page 357, After changing a wheel.*
> – Always keep the wheel bolts and the threads in the wheel hub clean and free of grease.
> – Only use wheel bolts that fit the rim.
> – Always have damaged rims repaired by an authorized Audi dealer or authorized Audi Service Facility. Never repair or disassemble rims yourself, because this increases the risk of an accident.

### Winter tires

Winter tires significantly improve the vehicle's handling when driving in winter conditions. Because of their construction (width, compound, tread pattern), summer tires provide less traction on ice and snow.

▸ Use winter tires on all four wheels.
▸ Only use winter tires that are approved for your vehicle.
▸ Please note that the maximum permitted speed may be lower with winter tires ⇨ ⚠. An authorized Audi dealer or authorized Audi Service Facility can inform you about the maximum permitted speed for your tires.
▸ Check the tire pressure after installing wheels ⇨ *page 336.*

mitted speed for your tires. This the tires to heat up too much. Tl the risk of an accident because i the tire to burst.
– Always adapt your driving to the traffic conditions. Drive carefull your speed on icy or slippery roa winter tires can lose traction on

 **For the sake of the environ**

Reinstall summer tires at the app time, because they provide better when roads are free of snow and i tires cause less road noise, tire we consumption.

 **Tips**

You can also use all season tires ir winter tires. Please note that in sc tries where winter tires are requir winter tires with the ⚠ symbol m mitted.

### Snow chains

Snow chains not only improve the d ter road conditions, but also the bra

▸ Only install snow chains on the fro This applies also to vehicles with ¿ drive*.
▸ Check and correct the seating of t chains after driving a few feet, if r low the instructions from the mar
▸ Note the maximum speed of 30 n h). Note the local regulations.

Use of snow chains is only permitte rim/tire combinations due to techn

SV201272138

Wheels

Check with an authorized Audi dealer or authorized Audi Service Facility to see if you may use snow chains.

Use **fine-mesh snow chains.** They must not add more than 0.53 inch (13.5 mm) in height, including the chain lock.

You must remove the snow chains on roads without snow. Otherwise, you could impair driving ability and damage the tires.

> ⚠️ **WARNING**
>
> Using incorrect snow chains or installing snow chains incorrectly can result in loss of vehicle control, which increases the risk of an accident.

> ⚠️ **Note**
>
> Snow chains can damage the rims/wheel covers* if the chains come into direct contact with them. Remove the wheel covers* first. Use coated snow chains.

> ⓘ **Tips**
>
> When using snow chains, it may be useful to switch on sport mode ⇨ page 152.

**Low aspect ratio tires**

Your Audi is factory-equipped with low aspect ratio tires. These tires have been thoroughly tested and been selected specifically for your model for their superb performance, road feel and handling under a variety of driving conditions. Ask your authorized Audi dealer for more details.

The low aspect ratio of these tires is indicated by a numeral of **55 or less** in the tire's size designation. The numeral represents the ratio of the tire's sidewall height in relation to its tread expressed in percentage. Conventional tires have a height/width ratio of 60 or more.

**The performance of low-aspect-ratio tires is particularly sensitive to improper inflation pressure. It is therefore important that low aspect ratio tires are inflated to the specified pressure and that the inflation pressure is regularly checked and maintained. Tire pressures should**

be checked at least once a month and always before a long trip ⇨ page 336.

**What you can do to avoid tire and rim damage**

Low aspect ratio tires can be damaged more easily by impact with potholes, curbs, gullies or ridges on the road, particularly if the tire is underinflated.

In order to minimize the occurrence of impact damage to the tires of your vehicle, we recommend that you observe the following precautions:

– Always maintain recommended inflation pressures. Check your tire pressure every 2,000 miles (3,000 km) and add air if necessary.
– Drive carefully on roads with potholes, deep gullies or ridges. The impact from driving through or over such obstacles can damage your tires. Impact with a curb may also cause damage to your tires.
– After any impact, immediately inspect your tires or have them inspected by the nearest authorized Audi dealer. Replace a damaged tire as soon as possible.
– Inspect your tires every 2,000 miles (3,000 km) for damage and wear. Damage is not always easy to see. Damage can lead to loss of air and underinflation, which could eventually cause tire failure. If you believe that a tire may have been damaged, replace the tire as soon as possible.
– These tires may wear more quickly than others.
– Please also remember that, while these tires deliver responsive handling, they may ride less comfortably and make more noise than other choices.

**Reduced performance in winter/cold season conditions**

All tires are designed for certain purposes. The low aspect ratio, ultra high performance tires originally installed on your vehicle are intended for maximum dry and wet road performance and handling. They are not suitable for cold, snowy or icy weather conditions. If you drive under those circumstances, you should equip your vehicle ▶

343

Wheels

with all-season or winter tires, which offer better traction under those conditions. We suggest you use the recommended snow or all-season tires specified for your vehicle, or their equivalent.

Refer to ⇨ page 342 for more detailed information regarding winter tires.

**Uniform tire quality grading**

– Tread wear
– Traction AA A B C
– Temperature A B C

Quality grades can be found where applicable on the tire side wall between tread shoulder and maximum section width ⇨ page 328, fig. 278.

**For example:** Tread wear 200, Traction AA, Temperature A.

All passenger car tires must conform to Federal Safety Requirements in addition to these grades.

**Tread wear**

The tread wear grade is a comparative rating based on the wear rate of the tire when tested under controlled conditions on a specified government test course.

For example, a tire graded 150 would wear one and one half (1 1/2) times as well on the government course as a tire graded 100.

The relative performance of tires depends upon the actual conditions of their use, however, and may depart significantly from the norm due to variations in driving habits, service practices and differences in road characteristics and climate.

**Traction**

The traction grades, from highest to lowest, are AA, A, B and C. Those grades represent the tire's ability to stop on wet pavement as measured under controlled conditions on specified government test surfaces of asphalt and concrete. A tire marked C may have poor traction performance ⇨ ⚠️.

**Temperature**

The temperature grades are A (the highest), B, and C, representing the tire's resistance to the

344

generation of heat and its ability to dissipate heat when tested under controlled conditions on a specified indoor laboratory test wheel.

Sustained high temperature can cause the material of the tire to degenerate and reduce tire life, and excessive temperature can lead to sudden tire failure ⇨ ⚠️.

The grade C corresponds to a level of performance which all passenger car tires must meet under the Federal Motor Vehicle Safety Standard No. 109. Grades B and A represent higher levels of performance on the laboratory test wheel than the minimum required by law.

> ⚠️ **WARNING**
>
> The traction grade assigned to this tire is based on straight-ahead braking traction tests, and does not include acceleration, cornering, hydroplaning or peak traction characteristics.

> ⚠️ **WARNING**
>
> The temperature grade for this tire is established for a tire that is properly inflated and not overloaded. Excessive speed, underinflation, or excessive loading, either separately or in combination, can cause heat buildup and possible tire failure.

> ⚠️ **WARNING**
>
> Temperature grades apply to tires that are properly inflated and not over or underinflated.

# Tire pressure monitoring system

**ⓘ General notes**

Applies to: vehicles with tire pressure monitoring system

Each tire, including the spare (if provided), should be checked monthly when cold and inflated to the inflation pressure recommended by the vehicle manufacturer on the vehicle placard or tire inflation pressure label. (If your vehicle has tires of a different size than the size indicated on the vehicle placard or tire inflation pressure ▶

label, you should determine the proper tire inflation pressure for those tires).

As an added safety feature, your vehicle has been equipped with a tire pressure monitoring system (TPMS) that illuminates a low tire pressure telltale when one or more of your tires is significantly under-inflated. Accordingly, when the low tire pressure telltale illuminates, you should stop and check your tires as soon as possible, and inflate them to the proper pressure. Driving on a significantly under-inflated tire causes the tire to overheat and can lead to tire failure. Under-inflation also reduces fuel efficiency and tire tread life, and may affect the vehicle's handling and stopping ability.

Please note that the TPMS is not a substitute for proper tire maintenance, and it is the driver's responsibility to maintain correct tire pressure, even if under-inflation has not reached the level to trigger illumination of the TPMS low tire pressure telltale.

Your vehicle has also been equipped with a TPMS malfunction indicator to indicate when the system is not operating properly. The TPMS malfunction indicator is combined with the low tire pressure telltale. When the system detects a malfunction, the telltale will flash for approximately one minute and then remain continuously illuminated. This sequence will continue upon subsequent vehicle start-ups as long as the malfunction exists.

When the malfunction indicator is illuminated, the system may not be able to detect or signal low tire pressure as intended. TPMS malfunctions may occur for a variety of reasons, including the installation of replacement or alternate tires or wheels on the vehicle that prevent the TPMS from functioning properly. Always check the TPMS malfunction telltale after replacing one or more tires or wheels on your vehicle to ensure that the replacement or alternate tires and wheels allow the TPMS to continue to function properly.

## If the tire pressure indicator appears

Applies to: vehicles with Tire Pressure Monitoring System indicator

*The tire pressure indicator in the instrument cluster informs you if the tire pressure is too low or if there is a system malfunction.*

Using the ABS sensors, the tire pressure monitoring system compares the tire tread circumference and vibration characteristics of the individual tires. If the pressure changes in one or more tires, this is indicated in the instrument cluster display with an (!) indicator light and a message. If only one tire is affected, the location of that tire will be indicated.

The tire pressures must be stored in the menu display again each time the pressures change (switching between partial and full load pressure) or after changing or replacing a tire on your vehicle ⇨ *page 346*. The tire pressure monitoring system only monitors the tire pressure you have stored. Refer to the tire pressure label for the recommended tire pressure for your vehicle ⇨ *page 336, fig. 281*.

Tire tread circumference and vibration characteristics can change and cause a tire pressure warning if:

- the tire pressure in one or more tires is too low,
- the tire has structural damage,
- the tire was replaced or the tire pressure was changed and it was not stored ⇨ *page 346*,
- one side of the vehicle is more heavily loaded than the other,
- the wheels on one axle are more heavily loaded than the others (for example, when towing a trailer or when driving up and down hills),
- snow chains are installed,
- the spare tire* is installed,
- only one tire was replaced on each axle.

### Indicator lights

(!) - Loss of pressure in at least one tire ⇨ ⚠. Check the tires and replace or repair if necessary. Check/correct the pressures of all four tires. Then store the tire pressures in the menu ⇨ *page 346*.

TPMS (Tire Pressure Monitoring System) Tire **pressure: System malfunction!**. If TPMS appears ▶

8V2012721BB

after switching the ignition on or while driving and the (!) indicator light in the instrument cluster blinks for approximately one minute and then stays on, there is system malfunction. Check/correct the pressures on all four tires and store the pressures ⇨ *page 346*. If the indicator light does turn off or turns on again after a short period of time, drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the malfunction corrected.

**⚠ WARNING**

- If the tire pressure indicator appears in the instrument cluster display, reduce your speed immediately and avoid any hard steering or braking maneuvers. Stop as soon as possible and check the tires and their pressures.
- The driver is responsible for maintaining the correct tire pressures. You must check the tire pressures regularly.
- Under certain conditions (such as a sporty driving style, winter conditions or unpaved roads), the pressure monitor indicator may be delayed.
- Do not use run-flat tires on your vehicle. Using them when not permitted can lead to vehicle damage or accidents.

**ⓘ Tips**

- The tire pressure monitoring system can also stop working when there is an ESC/ABS malfunction.
- Using snow chains may result in a system malfunction.
- The tire pressure monitoring system in your Audi was calibrated with "Audi Original Tires" ⇨ *page 335*. Using these tires is recommended.
- The tire pressure monitoring system can only monitor the tire pressure of the driving tires. Check the tire pressure of the spare wheel in the luggage compartment so that if necessary it is ready for use.

## Storing tire pressures

Applies to: vehicles with Tire Pressure Monitoring System indicator

*A change in tire pressure or a change in tires must be stored in the system.*

Before storing the tire pressures, make sure the tire pressures of all four tires meet the specified values and are adapted to the load ⇨ *page 335*.

▸ Select in the Infotainment system: [MENU] button > **Vehicle** > **Service & checks** > **Tire pressure monitoring** > **Store tire pressure** > **Yes, store now**.

**ⓘ Tips**

Do not store the tire pressures if snow chains are installed.

# Care and cleaning
## General information

Plug-in hybrid drive*: For additional cleaning and maintenance information, refer to ⇨ page 119.

Regular, proper care helps to maintain your vehicle's value. It can also be a requirement when submitting warranty claims for corrosion damage and paint defects on the body.

The necessary care products can be obtained from an authorized Audi dealer or authorized Audi Service Facility. Read and follow the instructions for use on the packaging.

> ⚠ **WARNING**
> – Using cleaning and care products incorrectly can be dangerous to your health.
> – Always store cleaning and care products out of reach of children to reduce the risk of poisoning.

> ⊕ **For the sake of the environment**
> – Preferably purchase environmentally-friendly cleaning products.
> – Do not dispose of leftover cleaning and care products with household trash.

## Car washes

The longer that deposits such as insects, bird droppings, tree sap or road salt remain on the vehicle, the more the surface can be damaged. High temperatures such as those caused by sunlight increase the damaging effect.

Before washing, rinse off heavy deposits with plenty of water.

Stubborn deposits such as bird droppings or tree sap are best removed with plenty of water and a microfiber cloth.

Also, wash the underside of your vehicle once road salt stops being used for the season.

### Pressure washers

When washing your vehicle with a pressure washer, always follow the operating instructions pro-

vided with the pressure washer. This is especially important in regard to the pressure and spraying distance. Do not aim the spray directly at seals on side windows, doors, the hood, the luggage compartment lid or the panorama glass roof* or at tires, rubber hoses, insulating material, the power top*, sensors* or camera lenses*. Keep a distance of at least 16 in (40 cm).

Do not remove snow and ice with a pressure washer.

Never use cone nozzles or high pressure nozzles.

The water temperature must not be above 140 °F (60 °C).

### Automatic car washes

Spray off the vehicle before washing.

Make sure that the windows, the panorama glass roof* and the power top* are closed and the windshield wipers are off. Follow instructions from the car wash operator, especially if there are accessories attached to your vehicle.

If possible, use car washes that do not have brushes.

### Washing by hand

Clean the vehicle starting from the top and working down using a soft sponge or cleaning brush. Use solvent-free cleaning products.

### Washing vehicles with matte finish paint by hand

To avoid damaging the paint when washing, first remove dust and large particles from your vehicle. Insects, grease spots and fingerprints are best removed with a special cleaner for matte finish paint.

Apply the product using a microfiber cloth. To avoid damaging the paint surface, do not use too much pressure.

Rinse the vehicle thoroughly with water. Then clean using a neutral shampoo and a soft microfiber cloth.

Rinse the vehicle thoroughly again and let it air dry. Remove any water residue using a chamois. ▶

> ⚠ **WARNING**
> – Only wash the vehicle when the ignition is off and follow the instructions from the car wash operator to reduce the risk of accidents.
> – To reduce the risk of cuts, protect yourself from sharp metal components when washing the underbody or the inside of the wheel housings.
> – After washing the vehicle, the braking effect may be delayed due to moisture on the brake rotors or ice in the winter. This increases the risk of an accident. The brakes must be dried first with a few careful brake applications.

> ⓘ **Note**
> – If you wash the vehicle in an automatic car wash, you must fold the exterior mirrors in to reduce the risk of damage to the mirrors. Power folding exterior mirrors* must only be folded in and out using the power folding function.
> – To reduce the risk of paint damage, do not wash the vehicle in direct sunlight.

> – To reduce the risk of damage, do not wash the power top* with a pressure washer.
> – To reduce the risk of damage to the surface, do not use insect removing sponges, kitchen sponges or similar items.
> – Matte finish painted vehicle components:
>   – To reduce the risk of damage to the surface, do not use polishing agents or hard wax.
>   – Never use protective wax. It can destroy the matte finish effect.
>   – Do not place any stickers or magnetic signs on vehicle parts painted with matte finish paint. The paint could be damaged when the stickers or magnets are removed.

> ⊕ **For the sake of the environment**
> Only wash the vehicle in facilities specially designed for that purpose. This will reduce the risk of dirty water contaminated with oil from entering the sewer system.

## Cleaning and care information

When cleaning and caring for individual vehicle components, refer to the following tables. The information contained therein is simply recommendations. For questions or for components that are not listed, consult an authorized Audi dealer or authorized Audi Service Facility. Also follow the information found in ⇨ ⚠.

**Exterior cleaning**

| Component | Situation | Solution |
|---|---|---|
| Windshield wiper blades | Deposits | ⇨ page 58, Cleaning the wiper blades |
| Headlights/ Tail lights | Deposits | Soft sponge with a mild soap solution[a] |
| Sensors/ camera lenses | Deposits | Sensors: soft cloth with solvent-free cleaning solution Camera lenses: soft cloth with alcohol-free cleaning solution |
| | Snow/ice | Hand brush/solvent-free de-icing spray |
| Wheels | Road salt | Water |
| | Brake dust | Acid-free special cleaning solution ▶ |

Care and cleaning

| Component | Situation | Solution |
|---|---|---|
| Exhaust tail pipes | Road salt | Water, cleaning solution suitable for stainless steel, if necessary |
| Power top | Deposits | Clean water, power top cleaning product, if necessary. Clean with the grain of the fabric using a soft brush and allow to air dry. |
| Wind deflector | Deposits | Water, mild soap solution, if necessary[a] |
| Decorative parts/ trim | Deposits | Mild soap solution [a], a cleaning solution suitable for stainless steel, if necessary |
| Paint | Paint damage | Refer to the paint number on the vehicle data label, repair with touch up paint ⇨ page 374 |
| | Spilled fuel | Rinse with water immediately |
| | Surface rust | Rust remover, then protect with hard wax; for questions, consult an authorized Audi dealer or authorized Audi Service Facility. |
| | Corrosion | Have it removed by an authorized Audi dealer or authorized Audi Service Facility. |
| | Water no longer beads on the surface of clean paint | Protect with hard wax (at least twice per year) |
| | No shine even though paint has been protected/paint looks poor | Treat with suitable polish; then apply paint protectant if the polish that was used does not contain any protectant |
| | Deposits such as insects, bird droppings, tree sap and road salt | Dampen with water immediately and remove with a micro-fiber cloth |
| | Grease-based contaminants such as cosmetics or sunblock | Remove immediately with a mild soap solution [a] and a soft cloth |
| Carbon parts | Deposits | clean the same way as painted parts ⇨ page 347 |
| Decorative decals | Deposits | Soft sponge with a mild soap solution[a] |

[a]  Mild soap solution: maximum two tablespoons of neutral soap in 1 quart (1 liter) of water

### Interior cleaning

| Component | Situation | Solution |
|---|---|---|
| Windows | Deposits | Glass cleaner, then wipe dry |
| Decorative parts/ trim | Deposits | Mild soap solution[a] |
| Plastic parts | Deposits | Damp cloth |
| | Heavier deposits | Mild soap solution [a], detergent-free plastic cleaning solution, if necessary |
| Displays/instrument cluster | Deposits | Soft cloth with LCD cleaner |

Care and cleaning

| Component | Situation | Solution |
|---|---|---|
| Controls | Deposits | Soft brush, then a soft cloth with a mild soap solution[a] |
| Safety belts | Deposits | Mild soap solution [a], allow to dry before letting them retract |
| Textiles artificial leather, Alcantara | Deposits adhering to the surface | Vacuum cleaner |
| | Water-based deposits such as coffee, tea, blood, etc. | Absorbent cloth and mild soap solution[a] |
| | Oil-based deposits such as oil, make-up, etc. | Apply a mild soap solution [a], blot away the dissolved oil or dye, treat afterward with water, if necessary |
| | Special deposits such as ink, nail polish, latex paint, shoe polish, etc. | Special stain remover, blot with absorbent material, treat afterward with mild soap solution, if necessary [a] |
| Natural leather | Fresh stains | Cotton cloth with a mild soap solution[a] |
| | Water-based deposits such as coffee, tea, blood, etc. | Fresh stains: absorbent cloth Dried stains: stain remover suitable for leather |
| | Oil-based deposits such as oil, make-up, etc. | Fresh stains: absorbent cloth and stain remover suitable for leather dried stains: Oil cleaning spray |
| | Special deposits such as ink, nail polish, latex paint, shoe polish, etc. | Spot remover suitable for leather |
| | Care | Regularly apply conditioning cream that protects from light and penetrates into the material. Use specially-colored conditioning cream, if necessary. |
| Carbon parts | Deposits | clean the same way as plastic parts |

[a]  Mild soap solution: maximum two tablespoons of neutral soap in 1 quart (1 liter) of water

⚠ **WARNING**

The windshield may not be treated with water-repelling windshield coating agents. Unfavorable conditions such as wetness, darkness, or low sun can result in increased glare. Wiper blade chatter is also possible.

① **Note**

– **Headlights/tail lights**
  – Never clean headlights or tail lights with a dry cloth or sponge.

  – Do not use any cleaning product that contains alcohol, because they could cause cracks to form.
– **Wheels**
  – Never use any paint polish or other abrasive materials.
  – Damage to the protective layer on the rims such as stone chips or scratches must be repaired immediately.
– **Sensors/camera lenses**
  – Never use warm or hot water to remove snow or ice from the camera lens. This could cause the lens to crack.



## Care and cleaning

– Never use abrasive cleaning materials or alcohol to clean the camera lens. This could cause scratches and cracks.

**– Power top**

– Remove bird droppings immediately.
– Never use gasoline, spot remover, benzene, paint thinner or other solvents to remove.

**– Door windows**

– Remove snow and ice on windows and exterior mirrors with a plastic scraper. To avoid scratches, move the scraper only in one direction and not back and forth.
– Never remove snow or ice from door windows and mirrors using warm or hot water because this could cause cracks to form.
– To avoid damage to the rear window defogger, do not apply any stickers on the heating wires on the inside of the window.

**– Decorative parts/trim**

– Never use chrome care or cleaning products.

**– Paint**

– To reduce the risk of scratches, the vehicle must be free of dirt and dust before polishing or waxing.
– To prevent paint damage, do not polish or wax the vehicle in direct sunlight.
– To reduce the risk of paint damage, do not polish away rust spots.
– Remove cosmetics and sunscreen immediately - these could damage the paint.

**– Displays/instrument cluster**

– The displays/instrument cluster and the trim surrounding them must not be cleaned with dry cleaning methods because they could be scratched.
– Make sure that the instrument cluster is switched off and has cooled off before cleaning it.
– Make sure no fluids enter the spaces between the instrument cluster and the trim, because that could cause damage.

**– Controls**

– Make sure that no fluids enter the controls, because this could cause damage.

**– Safety belts**

– Do not remove the safety belts to clean them.
– Never clean safety belts or their components chemically or with corrosive fluids or solvents and never allow sharp objects to come into contact with the safety belts. This could cause damage to the belt webbing.
– If there is damage to the webbing, the connections, the retractors or the buckles, have them replaced by an authorized Audi dealer or authorized Audi Service Facility.

**– Textiles/artificial leather/Alcantara**

– Never treat artificial leather/Alcantara with leather care products, solvents, floor polish, shoe polish, spot remove or similar products.
– Have a specialist remove stubborn stains to prevent damage.
– Never use steam cleaners, brushes, hard sponges, etc. when cleaning.
– Do not turn on the seat heating* to dry the seat.
– Objects with sharp edges, such as zippers or rivets on clothing or belts, can cause damage to the surface.
– Open hook and loop fasteners, for example on clothing, can damage seat covers. Make sure hook and loop fasteners are closed.

**– Natural leather**

– Never treat leather with solvents, floor polish, shoe polish, spot remover or similar products.
– Objects with sharp edges, such as zippers or rivets on clothing or belts, can cause damage to the surface.
– Never use steam cleaners, brushes, hard sponges, etc. when cleaning.
– Do not turn on the seat heating* to dry the seat.
– To help prevent the leather from fading, do not leave the vehicle in direct sunlight for long periods of time. If leaving the vehicle parked for long periods of time, you should cover the leather to protect it from direct sunlight.

▶

## Care and cleaning

(i) **Tips**

– Insects are easier to remove from paint that has been freshly waxed.
– Regular waxing can prevent rust spots from forming.

## Placing your vehicle out of service

If you would like to take your vehicle out of service for a longer time, contact an authorized Audi dealer or authorized Audi Service Facility. They will advise you of important measures, such as corrosion protection, service and storage procedures. Also follow the information about the vehicle battery ⇨ page 325.

8V0012172188

## Emergency assistance
## Trunk escape latch

Applies to: vehicles with trunk escape latch (Sedan and Cabriolet)

*In case of an emergency, the rear lid can be opened from the inside using the trunk escape latch.*



Fig. 282 Luggage compartment: Trunk escape latch

▶ Push the latch in the direction of the arrow until the lock releases.

The trunk escape latch inside the rear lid is made of fluorescent material to glow in the dark.

> ⚠️ **WARNING**
> The trunk escape latch is to be used only in an emergency.

## General information

▶ Park the vehicle as far as possible from moving traffic in the event of a breakdown. In the event of a flat tire, park the vehicle on a level surface. If you are on a steep hill, be especially careful.
▶ Set the parking brake.
▶ Place the selector lever in the P position.
▶ Switch the emergency flashers on.
▶ Put on a reflective vest, if available.
▶ Set up the warning triangle, if available.
▶ Have the passengers exit the vehicle. They should move to a safe place, for example behind a guard rail.

> ⚠️ **WARNING**
> Pay attention to the steps above. They are for your protection and the for the safety of other drivers.

## Equipment

**Vehicle tool kit/tire mobility kit/compressor**

Applies to: vehicles with vehicle tool kit/tire mobility kit/compressor



Fig. 283 Luggage compartment (example): vehicle tool kit housing, tire mobility kit and vehicle jack*



Fig. 284 Luggage compartment (examples): cargo floor folded up (versions 1 and 2)

Plug-in hybrid drive*: the housing location varies ⇨ page 103.

**Vehicle tool kit, cargo floor cover and side panel**

Applies to: vehicles with version 1

The vehicle tool kit, tire mobility kit* and the compressor* are located in the luggage compartment, separated in the side panels ①*/②, or under the cargo floor cover ③ ⇨ fig. 283.

▶ To open the side panel, turn the lock and remove the cover ①* / ② ⇨ fig. 283.
▶ Lift the cargo floor using the plastic handle ③ until the cargo floor engages behind the tabs ④ in both side panels ⇨ fig. 284 (upper image).
▶ Fold the cargo floor back before closing the luggage compartment lid.

**Vehicle tool kit and cargo floor cover**

Applies to: vehicles with version 2

The vehicle tool kit, tire mobility kit* and compressor* are stored in the luggage compartment under the cargo floor cover ③ ⇨ fig. 283.

▶ Engage the plastic hook ⑤ in the luggage compartment seal ⇨ fig. 284.
▶ Fold the cargo floor back before closing the luggage compartment lid.

> ⚠️ **WARNING**
> Improper use of the vehicle jack can cause serious personal injuries.
> – Never use the screw driver hex head to tighten wheel bolts, since the bolts cannot attain the necessary tightening torque if you use the hex head, potentially causing an accident.
> – The factory-supplied jack is intended only for your vehicle model. Under no circumstances should it be used to lift heavy vehicles or other loads; you risk injuring yourself.
> – Never start the engine when the vehicle is raised, which could cause an accident.
> – Support the vehicle securely with appropriate stands if work is to be performed underneath the vehicle; otherwise, there is a potential risk for injury.
> – Never use the jack supplied with your Audi on another vehicle, particularly on a heavier one. The jack is only suitable for use on the vehicle it came with.

> ℹ️ **Tips**
> The vehicle jack* in your vehicle is maintenance-free.

## Tire mobility kit

**Preparation**

Applies to: vehicles with tire mobility kit

▶ Read and follow the important safety precautions in ⇨ page 353.
▶ Set the parking brake.
▶ Move the selector lever into the P position.
▶ Check if a repair with the tire mobility kit is possible ⇨ page 354.

**Using the tire mobility kit**

Applies to: vehicles with tire mobility kit



Fig. 285 Tire: tire damage that cannot be repaired

The tire repair is only meant for temporary use. Change the spare tire as soon as possible ⇨ ⚠️.

If the tire is pierced by an object such as a nail, do not remove the object from the tire.

The tire repair set is able to be used at temperatures as low as – 4 °F (– 20 °C).

**The tire mobility kit may not be used:**

– if the tire has cuts or punctures that are larger than **0.16 in (4 mm)** ① ⇨ fig. 285.
– if the rim is damaged ②.
– if you drove with very low tire pressure or without air in the tire ③.

In this case, see an authorized Audi dealer or authorized Audi Service Facility for assistance.

> ⚠️ **WARNING**
> – Please note that the tire mobility kit cannot be used in all situations, and that it may only be used temporarily.
> – The tire sealant must not come in contact with skin, eyes, or clothes.

– If tire sealant gets in your eyes or on your skin, thoroughly rinse the affected area immediately with clean water.
– Do not inhale the fumes.
– If you swallow any of the tire sealant, thoroughly rinse your mouth immediately and drink a lot of water. Do not induce vomiting. Seek medical attention immediately.
– Change your clothes immediately if they get tire sealant on them.
– If an allergic reaction occurs, seek immediate medical attention.
– Keep the tire sealant away from children.
– In vehicles with a tire pressure monitoring system*, using tire sealant can result in an incorrect display or a system malfunction. Drive carefully to the nearest authorized Audi dealer or authorized Audi Service Facility.

### Tips

– If sealant leaks, allow it to dry in place. You can then peel it off like a sticker.
– Note the expiration date on the sealant bottle. Replace the tire sealant at an authorized Audi dealer or authorized Audi Service Facility.
– Radio reception can be interrupted when operating the compressor*.
– Obey all laws.

### Repairing tires

Applies to: vehicles with tire mobility kit



Fig. 286  Components of the tire mobility kit



Fig. 287  Tire mobility kit connection

Requirement: the tire mobility kit must be laid out and ready for use ⇨ page 353, Vehicle tool kit/tire mobility kit/compressor.

Plug-in hybrid drive*: the placement of the vehicle tool kit varies ⇨ page 103.

### Installing the tire mobility kit

► Open the cover ② on the compressor ⇨ fig. 286.
► Remove the connector ④ and pressure hose ⑤ with pressure gauge from the housing.
► Install the compressor pressure hose ⑤ onto the flange ⑥ of tire sealant bottle ①.
► Insert the sealant bottle with the flange at the bottom into the opening ③ on the compressor cover.
► Remove the valve cap from the faulty tire.
► Install the filler hose ⑩ onto the valve ⑦ ⇨ fig. 287.
► Connect the plug ④ ⇨ fig. 286 to a socket in the vehicle.
► Switch the ignition on.

### Inflating a tire

► Move the switch ⑧ ⇨ fig. 287 on the compressor into position I.
► Inflate the tire to between 29 psi (200 kPA) and 36 psi (250 kPA) and read the pressure on the gauge.
► If this tire pressure is not reached, drive your vehicle approximately 33 ft (10 meters) forward or backward so that the sealant can be redistributed inside the tire.

### WARNING

– Read and follow the manufacturer's safety precautions on the compressor and in the instructions on the bottle of sealant.
– If a tire pressure of 29 psi (200 kPA) cannot reached after inflating for 6 minutes, then the tire is too severely damaged. Do not continue driving.
– If the tire cannot be repaired with the tire sealant, see an authorized Audi dealer or authorized Audi Service Facility for assistance.

### Tips

Do not operate the compressor for more than six minutes continuously, or it can overheat. Once the compressor has cooled, you can continue to use it.

### Completing

Applies to: vehicles with tire mobility kit

► Affix the sticker that says "max. 50 mph (max. 80 km/h)" that is provided with the tire mobility kit within the driver's field of vision.
► Stop the vehicle after driving for about 10 minutes and check the tire pressure.
► If the tire pressure is lower than 19 psi (130 kPA), then the tire is too severely damaged. Do not continue driving. See an authorized Audi dealer or authorized Audi Service Facility for assistance.
► If the tire pressure is at least 19 psi (130 kPA), adjust the tire pressure to the specified value ⇨ page 336, Tire pressure. Store the tire pressures ⇨ page 346, Storing tire pressures. Drive to the nearest authorized Audi dealer or authorized Audi Service Facility to have the tire replaced.

### WARNING

If the tire pressure is less than 19 psi (130 kPA) after 10 minutes of driving, then the tire is too severely damaged. Do not continue driving. See an authorized Audi dealer or authorized Audi Service Facility for assistance.

### WARNING

Pay attention to the following after repairing the tire:
– Do not drive faster than 50 mph (80 km/h).
– Avoid hard acceleration, braking sharply, and fast cornering.
– The vehicle may become more difficult to control.
– If the tire is too severely damaged, see an authorized Audi dealer or authorized Audi Service Facility for assistance.

### For the sake of the environment

You can give the used tire sealant bottle to an authorized Audi dealer or authorized Audi Service Facility for disposal.

### Tips

Remember to obtain a new bottle of sealant from an authorized Audi dealer or authorized Audi Service Facility after repairing a tire.

## Replacing wheels

### Before changing a wheel

Observe the following precautions for your own and your passenger's safety when changing a wheel.

► After you experience a tire failure, pull the car well away from moving traffic and try to reach level ground before you stop ⇨ ⚠.
► All passengers should leave the car and move to a safe location (for instance, behind the guardrail) ⇨ ⚠.
► Engage the parking brake to prevent your vehicle from rolling unintentionally ⇨ ⚠.
► Move selector lever to position P ⇨ ⚠.
► If you are towing a trailer, unhitch the trailer from your vehicle.
► Take the jack ⇨ page 353 and the spare tire ⇨ page 362 out of the luggage compartment. ▶

Emergency assistance

Emergency assistance

> ⚠️ **WARNING**
>
> You or your passengers could be injured while changing a wheel if you do not follow these safety precautions:
> – If you have a flat tire, move a safe distance off the road. Turn off the engine, turn the emergency flashers on and use other warning devices to alert other motorists.
> – Make sure that passengers wait in a safe place away from the vehicle and well away from the road and traffic.
> – To help prevent the vehicle from moving suddenly and possibly slipping off the jack, always fully set the parking brake and block the wheel diagonally opposite the wheel being changed. When one front wheel is lifted off the ground, placing the Automatic Transmission in P (Park) will *not* prevent the vehicle from moving.
> – Before you change a wheel, be sure the ground is level and firm. If necessary, use a sturdy board under the jack.
> – Always store the vehicle tool kit, the jack and the replaced tire in the luggage compartment ⇨ page 253.

### Changing a wheel

*When you change a wheel, follow the sequence described below step-by-step and in exactly that order.*

1. Remove the **decorative wheel cover\***. For more details see also ⇨ page 357, *Decorative wheel covers* or ⇨ page 358, *Wheels with wheel bolt caps*.
2. Loosen the **wheel bolts** ⇨ page 358.
3. Locate the proper mounting point for the jack and align the jack below that point ⇨ page 359.
4. **Raise** the car with the jack ⇨ page 359.
5. Remove the **wheel with the flat tire** and then install **the spare** ⇨ page 360.
6. Tighten all wheel bolts lightly.
7. **Lower** the vehicle with the jack.
8. Use the wheel bolt wrench and **firmly** tighten all wheel bolts ⇨ page 358.
9. Replace the decorative **wheel cover\***.

> ⚠️ **WARNING**
>
> Always read and follow all WARNINGS and information ⇨ ⚠️ *in Raising the vehicle on page 359* and ⇨ page 361.

### After changing a wheel

*A wheel change is not complete without the doing the following.*

> – Always store the vehicle tool kit, the jack\* and the replaced tire in the luggage compartment ⇨ page 253.
> – Check the **tire pressure** on the spare wheel immediately after mounting it.
> – As soon as possible, have the **tightening torques** on all wheel bolts checked with a torque wrench. The correct tightening torque is 90 ft lb (120 Nm).
> – Have the flat tire **replaced** as soon as possible.

> ℹ️ **Tips**
>
> – If you notice that the wheel bolts are corroded and difficult to turn while changing a tire, they should be replaced before you check the tightening torque.
> – Drive at reduced speed until you have the tightening torques checked.
> – After changing a wheel, the tire pressure in all four tires must be checked/corrected and the tire pressure monitoring indicator must be stored in the MMI ⇨ page 346.

### Decorative wheel covers

Applies to: vehicles with decorative wheel covers

*The decorative wheel covers must be removed first to access the wheel bolts.*



**Fig. 288** Changing a wheel: Removing the wheel cover

### Removing

> ▸ Insert the **hook** (provided with the vehicle tool kit) in the hole in the wheel hub cover.
> ▸ Pull off the **decorative wheel cover** ⇨ fig. 288.

### Wheels with wheel bolt caps

Applies to: vehicles with wheel bolts with caps

*The caps must be removed first from the wheel bolts before the bolts can be unscrewed.*



**Fig. 289** Changing a wheel: removing the wheel bolt caps

### Removing

> ▸ Push the **plastic clip** (provided with the vehicle tool kit) over the wheel bolt cap until the inner retainers on the clip align with the edge of the cover.
> ▸ Remove the cap with the **plastic clip** (vehicle tool kit) ⇨ fig. 289.

### Refitting

> ▸ Place the caps over the wheel bolts and push them back on.

The caps are to protect and keep the wheel bolts clean.

### Loosening and tightening the wheel bolts

*The wheel bolts must be loosened before raising the vehicle.*



**Fig. 290** Changing a wheel: loosening the wheel bolts

### Loosening

> ▸ Slide the **wheel wrench** onto the wheel bolt as far as it will go.
> ▸ Take tight hold of the *end* of the wrench handle and turn the wheel bolts **counter-clockwise** about *one single* turn in the direction of arrow ⇨ fig. 290.

### Tightening

> ▸ Slide the **wheel wrench** onto the wheel bolt as far as it will go.
> ▸ Take tight hold of the *end* of the wrench handle and turn each wheel bolt **clockwise** until it is seated.

> ⚠️ **WARNING**
>
> – Do not use force or hurry when changing a wheel - you can cause the vehicle to slip off the jack and cause serious personal injuries.
> – *Do not* loosen the wheel bolts *more than one turn* before you raise the vehicle with the jack. - You risk an injury.

> ℹ️ **Tips**
>
> – Never use the hexagonal socket in the handle of the screwdriver to loosen or tighten the wheel bolts.
> – If a wheel bolt is very tight, you may find it easier to loosen by carefully pushing down on the end of the wheel bolt wrench with *one foot only*. As you do so, hold on to the ▸

8V0121272168

car to keep your balance and take care not to slip.

## Raising the vehicle

*The vehicle must be lifted with the jack first before the wheel can be removed.*



Fig. 291 Sill panels: markings (example)



Fig. 292 Sill: positioning the vehicle jack

▶ Engage the **parking brake** to prevent your vehicle from rolling unintentionally.
▶ Move the **selector lever to position P.**
▶ Find the **marking** (imprint) on the sill that is nearest the wheel that will be changed ⇨ fig. 291. Behind the marking, there is a **lifting point** on the sill for the vehicle jack.
▶ Vehicles with a sill: Note the position of the sill when positioning the vehicle jack ⇨ fig. 292.
▶ Place the vehicle jack (vehicle tool kit) on a firm surface. Use a flat, stable support if necessary. On a slippery surface such as tile, you should use a non-slip pad (such as a rubber mat) ⇨ ⚠.
▶ Turn the **vehicle jack** located under the lifting point on the sill to raise the jack until its arm Ⓐ ⇨ fig. 292 is located under the designated plastic mount ⇨ ⚠, ⇨ ⓘ.
▶ Align the jack so that its arm Ⓐ ⇨ fig. 292 engages in the designated lifting point in the door sill and the movable base Ⓑ lies flat on the

ground. The base Ⓑ must be *vertical* under the lifting point Ⓐ.
▶ Wind the jack up further until the flat tire comes off the ground ⇨ ⚠.

Position the vehicle jack **only** under the designated lifting points on the sill ⇨ fig. 291. There is exactly *one* location for each wheel. The jack must not be positioned at any other location ⇨ ⚠ ⇨ ⓘ.

An **unstable surface** under the jack can cause the vehicle to slip off the jack. Always provide a firm base for the jack on the ground. If necessary place a sturdy board or similar support under the jack. On **hard, slippery surfaces** (such as tiles) use a rubber mat or similar to prevent the jack from slipping ⇨ ⚠.

### ⚠ WARNING

– You or your passengers could be injured while changing a wheel if you do not follow these safety precautions:
  – Position the vehicle jack only at the designated lifting points and align the jack. Otherwise, the vehicle jack could slip and cause an injury if it does not have sufficient hold on the vehicle.
  – A soft or unstable surface under the jack may cause the vehicle to slip off the jack. Always provide a firm base for the jack on the ground. If necessary, use a sturdy board under the jack.
  – On hard, slippery surface (such as tiles) use a rubber mat or similar to prevent the jack from slipping.
  – Only raise your vehicle with the vehicle jack provided by the factory. If you use a vehicle jack for another vehicle, your vehicle can slide and cause injury.
  – Changes in load can affect the height of the vehicle.
  – Never start the engine when the vehicle is raised, which could cause an accident.
  – Support the vehicle securely with appropriate stands if work is to be performed underneath the vehicle; otherwise, there is a potential risk for injury.

– To help prevent injury to yourself and your passengers:
  – Do not raise the vehicle until you are sure the jack is securely engaged.
  – Passengers must not remain in the vehicle when it is jacked up.
  – Make sure that passengers wait in a safe place away from the vehicle and well away from the road and traffic.
  – Make sure jack position is correct, adjust as necessary and then continue to raise the jack.

### ⓘ Note

Do not lift the vehicle by the sill. Position the vehicle jack only at the designated lifting points on the sill. Otherwise, your vehicle will be damaged.

## Taking the wheel off/installing the spare

*Follow these instructions step-by-step for changing the wheel.*



Fig. 293 Changing a wheel: using the screwdriver handle (with the blade removed) to turn the bolts



Fig. 294 Changing a wheel: alignment pin inside the top hole

After you have loosened all wheel bolts and raised the vehicle off the ground, remove and replace the wheel as follows:

### Removing the wheel

▶ Use the **hexagonal socket in the screwdriver handle** to completely remove the topmost wheel bolt and set it aside on a **clean** surface ⇨ fig. 293.
▶ Screw the threaded end of the **alignment pin** from the tool kit hand-tight into the empty bolt hole ⇨ fig. 294.
▶ Then remove the other wheel bolts as described above.
▶ Take off the wheel leaving the alignment pin in the bolt hole ⇨ ⓘ.

### Putting on the compact spare wheel

▶ Lift the spare wheel and carefully slide it over the alignment pin to guide it ⇨ ⓘ.
▶ Use the hexagonal socket in the screwdriver handle to screw in and tighten all wheel bolts *slightly*.
▶ Remove the alignment pin and insert and tighten the remaining wheel bolt slightly like the rest.
▶ Turn the jack handle counter-clockwise to lower the vehicle until the jack is fully released.
▶ Use the wheel bolt wrench to tighten all wheel bolts firmly ⇨ page 358. Tighten them *crosswise*, from one bolt to the (approximately) opposite one, to keep the wheel centered.

### ⓘ Note

When removing or installing the wheel, the rim could hit the brake rotor and damage the rotor. Work carefully and have a second person help you.

### ⓘ Tips

Never use the hexagonal socket in the handle of the screwdriver to loosen or tighten the wheel bolts.
– Pull the reversible blade from the screwdriver before you use the hexagonal socket in the handle to turn the wheel bolts.

– When mounting tires with **unidirectional tread design** make sure the tread pattern is pointed the right way ⇨ *page 361.*
– The wheel bolts should be clean and easy to turn. Check for dirt and corrosion on the mating surfaces of both the wheel and the hub. Remove all dirt from these surfaces before remounting the wheel.

### Tires with unidirectional tread design

*Tires with unidirectional tread design must be mounted with their tread pattern pointed in the right direction.*

**Using a spare tire with a tread pattern intended for use in a specific direction**

When using a spare tire with a tread pattern intended for use in a specific direction, please note the following:

– The direction of rotation is marked by an arrow on the side of the tire.
– If the spare tire has to be installed in the incorrect direction, use the spare tire only temporarily since the tire will not be able to achieve its optimum performance characteristics with regard to aquaplaning, noise and wear.
– We recommend that you pay particular attention to this fact during wet weather and that you adjust your speed to match road conditions.
– Replace the flat tire with a new one and have it installed on your vehicle as soon as possible to restore the handling advantages of a unidirectional tire.

### Notes on changing tires

Please read the information ⇨ *page 335* if you are going to use a spare tire which is different from the tires on your vehicle.

After you change a tire:

– **Check the tire pressure on the spare immediately after installation.**
– **Have the wheel bolt tightening torque checked with a torque wrench as soon as pos-**

sible by your authorized Audi dealer or a qualified service station.
– With steel and alloy wheel rims, the wheel bolts are correctly tightened at a torque of 90 ft lb (120 Nm).
– If you notice that the wheel bolts are corroded and difficult to turn while changing a tire, they should be replaced before you check the tightening torque.
– Replace the flat tire with a new one and have it installed on your vehicle as soon as possible. Remount the wheel cover.

Until then, drive with extra care and at reduced speeds.

> ⚠ **WARNING**
>
> – If you are going to equip your vehicle with tires or rims which differ from those which were factory installed, then be sure to read the information ⇨ *page 335.*
> – Always make sure the damaged wheel or even a flat tire and the jack and tool kit are properly secured in the luggage compartment and are not loose in the passenger compartment.
> – In an accident or sudden maneuver they could fly forward, injuring anyone in the vehicle.
> – Always store damaged wheel, jack and tools securely in the luggage compartment. Otherwise, in an accident or sudden maneuver they could fly forward, causing injury to passengers in the vehicle.

## Spare tire

### General information

*Applies to: vehicles with space-saving spare tire (compact spare tire)*



**Fig. 295** Luggage compartment: cargo floor folded up (versions 1 and 2)



**Fig. 296** Spare tire (example)

The spare tire ⇨ *fig. 296* is intended for short-term use only. Have the damaged tire checked and replaced if necessary by an authorized Audi dealer or authorized Audi Service Facility as soon as possible.

There are some restrictions on the use of the compact spare tire. The compact spare tire has been designed specifically for your type of vehicle. Do not replace it with the spare tire from another type of vehicle.

▸ Lift the cargo floor by the plastic handle.
▸ Hang the plastic hook on the luggage compartment seal ① ⇨ *fig. 295.*
▸ Turn the handwheel counter-clockwise and remove it.
▸ Remove the spare tire.

### Snow chains

For technical reasons, the use of snow chains on the compact spare tire is not permitted.

If you have to drive with snow chains and a front tire fails, mount the spare wheel in place of a rear tire. Install the snow chains on the rear tire that you removed, and install that in place of the front tire that failed.

> ⚠ **WARNING**
>
> – After installing a spare tire, the tire pressure must be checked as soon as possible. The tire pressure is available on ⇨ *page 336, fig. 281*
> – Do not drive faster than 50 mph (80 km/h) with a compact spare tire. Driving faster than that increases the risk of an accident.
> – To reduce the risk of an accident, avoid full-throttle acceleration, heavy braking, and fast cornering with the compact spare tire.
> – To reduce the risk of an accident, never drive with more than one compact spare tire.
> – Normal summer or winter tires must not be mounted on the compact spare wheel rim.

### Removing the subwoofer (version 1)

*Applies to: vehicles with subwoofer in the spare wheel well*

*The subwoofer must be removed before the spare wheel\* can be removed.*



**Fig. 297** Spare wheel well: subwoofer

## Removing the subwoofer

▶ Lift up the cargo floor ⇨ page 362, fig. 295.
▶ Press the connector tabs ① ⇨ fig. 297 together.
▶ Remove the connector ② and set the disconnected cable aside.
▶ Remove the bolt ③.
▶ Carefully remove the subwoofer.

## Installing the subwoofer

▶ Carefully place the subwoofer in the rim well. The word "FRONT" on the subwoofer must face forward.
▶ Insert the connector that was removed.
▶ Secure the subwoofer with the bolt.
▶ Fold the cargo floor cover back into place.

ⓘ **Tips**

The subwoofer can also be mounted when the spare tire is not in the spare wheel wheel.

Applies to: vehicles with subwoofer in the spare wheel well

*The subwoofer must be removed before the spare wheel\* can be removed.*



**Fig. 298** Spare wheel well: subwoofer

## Removing the subwoofer

▶ Lift up the cargo floor ⇨ page 362, fig. 295.
▶ Pull the lock ① ⇨ fig. 298 toward the cable.
▶ Press the locking tab ② down.
▶ Remove the connector ③ and set the removed cable aside.
▶ Remove the bolt ④.
▶ Carefully remove the subwoofer.

## Installing the subwoofer

▶ Carefully place the subwoofer in the rim well. The word "FRONT" on the subwoofer must face forward.
▶ Insert the connector that was removed.
▶ Slide the lock ① back in the direction of the subwoofer.
▶ Secure the subwoofer with the bolt.
▶ Fold the cargo floor cover back into place.

ⓘ **Tips**

The subwoofer can also be mounted when the spare tire is not in the spare wheel wheel.

# Fuses and bulbs

## Fuses

**Changing fuses**

*A fuse that has blown will have metal strips that have burned through.*



**Fig. 299** Steering column area: cover



**Fig. 300** Left side of the engine compartment: fuse cover

The fuses are located behind a cover in the steering column area ⇨ fig. 299 or under a cover on the left side of the engine compartment ⇨ fig. 300.

▶ Switch the ignition and all electrical equipment off.
▶ Check the following table to see which fuse belongs to the equipment ⇨ page 365.
▶ Remove the cover.
▶ Remove the plastic clip from the fuse panel cover in the engine compartment ⇨ fig. 300.
▶ Remove the fuse using the plastic clamp.
▶ Replace the burned fuse with an identical new one.
▶ Reinsert the cover.

### Fuse color identification

| Color | Current rating in amps |
|---|---|
| Black | 1 |
| Purple | 3 |
| Light brown | 5 |
| Brown | 7.5 |
| Red | 10 |
| Blue | 15 |
| Yellow | 20 |
| White or transparent | 25 |
| Green | 30 |
| Orange | 40 |

⚠ **WARNING**

Do not repair fuses and never replace a blown fuse with one that has a higher amp rating. This can cause damage to the electrical system and a fire.

! **Note**

If a new fuse burns out again shortly after you have installed it, have the electrical system checked as soon as possible by an authorized Audi dealer or authorized Audi Service Facility.

ⓘ **Tips**

– The following table does not list fuse locations that are not used.
– Some of the equipment listed in the following tables applies only to certain model versions or certain optional equipment.

8V2012721BB

Fuses and bulbs

## Fuse assignment – interior



Fig. 301 Vehicle interior: fuse assignment

| No. | Equipment |
|---|---|
| F1 | AdBlue engine components |
| F2 | Seat adjustment |
| F3 | Power top hydraulic pump |
| F4 | Infotainment control panel, Infotainment components |
| F5 | Gateway |
| F6 | Selector lever (automatic transmission) |
| F7 | Climate/heating control, auxiliary heating, rear window defogger relay |
| F8 | Electromechanical parking brake switch, light switch, rain/light sensor, interior lighting, anti-theft alarm system, diagnostic connector, communication blue |
| F9 | Steering column switch module |
| F10 | Infotainment system display |
| F11 | Driver's side safety belt tensioner |
| F12 | Infotainment components |
| F13 | Suspension control control module, diagnostic connector |
| F14 | Heating/air conditioning system blower |
| F15 | Electronic steering column lock |

| No. | Equipment |
|---|---|
| F16 | Infotainment components |
| F17 | Instrument cluster |
| F18 | Rearview camera |
| F19 | Convenience access control module |
| F20 | Engine components |
| F21 | Steering column, steering wheel heating switch module |
| F23 | Right vehicle electrical system control module |
| F24 | Panorama glass roof/power top control module, power top latch |
| F25 | Driver's side front/rear power windows |
| F26 | Seat heating |
| F27 | Sound-amplifier |
| F28 | Convertible top control module |
| F29 | Interior lights |
| F31 | Left vehicle electrical system control module |
| F32 | Rearview camera, radar sensor control module |
| F33 | Airbag |
| F34 | Button illumination, interior sound, reversing light switch, temperature sensor, coil for neck heating relay and socket relay |
| F35 | Function lighting, headlight range control, air quality sensor, automatic dimming rearview mirror |
| F36 | Right headlight |
| F37 | left headlight |
| F38 | High-voltage battery |
| F39 | Passenger's side front/rear power windows |
| F40 | Sockets |
| F41 | Passenger's side safety belt tensioner |
| F42 | Central locking components, windshield washer system |
| F43 | Interior lights |
| F44 | All wheel drive |
| F47 | Rear window wiper |
| F48 | Outer sound actuator |

Fuses and bulbs

| No. | Equipment |
|---|---|
| F49 | Starter, clutch sensor, high-voltage battery, power electronics |
| F53 | Rear window defogger |

The power seats* are protected via **circuit breakers** that automatically switch on after a few seconds after the overload has been reduced.

## Fuse assignment – engine compartment



Fig. 302 Engine compartment: fuse assignment

| No. | Equipment |
|---|---|
| F1 | Electronic Stabilization Control (ESC) |
| F2 | Electronic Stabilization Control (ESC) |
| F3 | Engine control module |
| F4 | Engine components, engine cooling, auxiliary heater coil relay (1+2), secondary air injection pump relay |
| F5 | Engine components, tank system |
| F6 | Brake light sensor |
| F7 | Engine components, water pumps |
| F8 | Heat oxygen sensor |
| F9 | Engine components, exhaust door, glow time control module |
| F10 | Fuel injectors, fuel control module |

| No. | Equipment |
|---|---|
| F11 | Auxiliary heater heating element 2, engine components |
| F12 | Auxiliary heater heating element 3 |
| F13 | Automatic transmission |
| F15 | Horn |
| F16 | Ignition coils, CNG cut-off valve, power and control electronics |
| F17 | Electronic Stabilization Control (ESC), engine control module |
| F18 | Terminal 30 (voltage reference), battery monitoring |
| F19 | Windshield wipers |
| F20 | Anti-theft alarm system |
| F22 | Terminal 50 diagnosis, engine control module |
| F23 | Starter |
| F24 | Auxiliary heater heating element 1, brake booster |
| F31 | Vacuum pump, water pump |
| F33 | Brake booster |
| F34 | Brake booster |
| F35 | A/C function relay |
| F37 | Parking heater |

## Bulbs

### Replacing light bulbs

*For your safety, we recommend that you have your authorized Audi dealer replace any bulbs for you.*

It is becoming increasingly more and more difficult to replace vehicle light bulbs since in many cases, other parts of the car must first be removed before you are able to get to the bulb. This applies especially to the light bulbs in the front of your car which you can only reach through the engine compartment.

Sheet metal and bulb holders can have sharp edges that can cause serious cuts, parts must be correctly taken apart and then properly put back together to help prevent breakage of parts and ►

8V201272188

long term damage from water that can enter housings that have not been properly resealed.

For your safety, we recommend that you have your authorized Audi dealer replace any bulbs for you, since your dealer has the proper tools, the correct bulbs and the expertise.

**Gas discharge lamps (Xenon lights)**

Due to the high electrical voltage, have the bulbs replaced by a qualified technician. Headlights with Xenon light are identified by the high-voltage sticker.

**LED headlights\***

LED headlights require no maintenance. Please contact your authorized Audi dealer if a bulb needs to be replaced.

> ⚠️ **WARNING**
>
> Changing Xenon lamps without the necessary equipment can cause serious personal injury.
> – Bulbs are pressurized and can explode when being changed. Potential risk of injury!
> – On vehicles equipped with gas discharge bulbs (Xenon light) life-threatening injuries can result from improper handling of the high-voltage portions of such lamps!
> – Only your authorized Audi dealer or qualified workshop should change the bulbs in gas discharge lamps. There are parts with sharp edges on the openings and on the bulb holders that can cause serious cuts. If you are uncertain about what to do, have the work performed by an authorized Audi dealer or qualified workshop. Serious personal injury may result from improperly performed work.

> ⓘ **Tips**
>
> – If you still prefer to replace the light bulbs yourself, be aware that the engine compartment is a hazardous area to work in ⇨ ⚠️ *in Working in the engine compartment on page 316.*
> – It is best to ask your authorized Audi dealer whenever you want to change a bulb.

## Emergency situations

### Emergency situations

### General

**This chapter is intended for trained emergency crews and working personnel who have the necessary tools and equipment to perform these operations.**

### Starting by pushing or towing

> ⓘ **Note**
>
> Vehicles with an automatic transmission cannot be started by pushing or towing.

### Starting with jumper cables

*If necessary, the engine can be started by connecting it to the battery of another vehicle.*

Plug-In hybrid drive\*: The connection points for the jump start cables vary ⇨ *page 104.*

If the engine should fail to start because of a discharged or weak battery, the battery can be connected to the battery of *another* vehicle, using a **pair of jumper cables** to start the engine.

**Jumper cables**

Use *only* jumper cables of sufficiently large **cross section** to carry the starter current safely. Refer to the manufacturer's specifications.

Use only jumper cables with *insulated* terminal clamps which are distinctly marked:

**positive (+) cable**, in most cases colored **red**

**negative (–) cable**, in most cases colored **black**.

> ⚠️ **WARNING**
>
> Plug-in hybrid drive\*: you must not give a jump start with your vehicle. This could cause significant damage to the electrical system in your vehicle ⇨ *page 104.*

> ⚠️ **WARNING**
>
> Batteries contain electricity, acid, and gas. Any of these can cause very serious or fatal injury. Follow the instructions below for safe handling of your vehicle's battery.
> – Always shield your eyes and avoid leaning over the battery whenever possible.
> – A dead battery can freeze at temperatures around 32 °F (0 °C). If the vehicle battery is frozen, you must thaw it before connecting the jump start cables. If you do not, this increases the risk of an explosion and chemical burns. After jump starting the vehicle, drive to an authorized Audi dealer or authorized Audi Service Facility immediately to have the vehicle battery checked.
> – Do not allow battery acid to contact eyes or skin. Flush any contacted area with water immediately.
> – Improper use of a booster battery to start a vehicle may cause an explosion.
> – Vehicle batteries generate explosive gases. Keep sparks, flame and lighted cigarettes away from batteries.
> – Do not try to jump start any vehicle with a low acid level in the battery.
> – The voltage of the booster battery must also have a 12-volt rating. The capacity (Ah) of the booster battery should not be lower than that of the discharged battery. Use of batteries of different voltage or substantially different "Ah" rating may cause an explosion and personal injury.
> – Never charge a frozen battery. Gas trapped in the ice may cause an explosion.
> – Never charge or use a battery that has been frozen. The battery case may have be weakened.
> – Use of batteries of different voltage or substantially different capacity (Ah) rating may cause an explosion and injury. The capacity (Ah) of the booster battery should not be lower than that of the discharged battery.
> – Before you check anything in the engine compartment, always read and heed all WARNINGS ⇨ *page 316.*

8V201272188

## ① Note

– Applying a higher voltage booster battery will cause expensive damage to sensitive electronic components, such as control units, relays, radio, etc.
– There must be no electrical contact between the vehicles as otherwise current could already start to flow as soon as the positive (+) terminals are connected.

## ① Tips

The discharged battery must be properly connected to the vehicle's electrical system. When jump starting or charging the battery, never connect the negative ground cable to the battery negative post because the battery manager system must be able to detect the battery's state of charge. Always connect the negative ground cable to the negative ground post of the battery manager control unit.

## Using jump start cables

*Connect the jump start cables in the exact order described below.*



**Fig. 303** Engine compartment: connections for jump start cables and a charger



**Fig. 304** Jump starting the battery with another vehicle: Ⓐ – drained battery, Ⓑ – starter battery

Plug-in hybrid drive*: The connection points for the jump start cables vary ⇨ *page 104*.

The battery is located to the left in the engine compartment. The procedure for connecting jump start cables that is described next is designed to help jump start your vehicle.

**Vehicle with drained battery:**

▸ Read the following carefully ⇨ *page 368*
▸ Set the parking brake and place the selector lever in the P position.
▸ Turn the ignition and electrical equipment off in both vehicles.

**Connecting positive terminal (+) to positive terminal (+)**

▸ To reach the battery terminals, flip the battery cover cap to the side ⇨ *fig. 303*.
1. Clamp the end of the red jump start cable to the terminal ① ⇨ *fig. 304* on the dead battery Ⓐ ⇨ ① *in Starting with jumper cables* on page 369.
2. Clamp the other end of the red jump start cable to the terminal ② on the charging battery Ⓑ.

**Connecting negative terminal (–) to negative terminal (–)**

3. Clamp the black end of the jump start cable preferably at the ground point, or on the negative terminal ③ on the charging battery Ⓑ.
4. Clamp the other end of the black jump start cable only to the ground point ④ on your vehicle Ⓐ ⇨ ①.
5. Route the jump start cables so they cannot get caught in the moving parts in the engine compartment.

**Starting the engine**

6. Start the engine in the vehicle giving the charge and let it run at idle.
7. Now start the engine in the vehicle with the dead battery and wait two to three minutes until it "runs smoothly".
8. If the engine does not start, stop the starting procedure after 10 seconds and then repeat it after approximately 30 seconds. ▸

9. In the vehicle that is being jump started, switch the heater fan and rear window defroster on to reduce any voltage peaks that may occur when disconnecting the jumper cables. The headlights must be switched off.
10. With the engines running, remove the cables in *reverse* order of the way they were installed. Make sure the cables do not get caught in moving engine components.
11. Switch the heater fan and rear window defroster off.
12. Close the battery cover.

The battery is vented to the outside so that gases do not enter the passenger compartment. Make sure that the connected positive terminal clamps on the jump start cable have sufficient contact with metal.

## ⚠ WARNING

Follow the warnings and instructions from the jump start cable manufacturer to reduce the risk of serious injuries and vehicle damage. If you are unsure about anything, call roadside assistance.
– The jump start cables must be long enough so that the vehicles do not touch.
– Route the jump start cables so they cannot get caught in the moving parts in the engine compartment.
– Always read and follow the warnings before checking anything in the engine compartment ⇨ *page 316*.

## ① Note

Connecting jump start cables incorrectly can damage the alternator.
– Always connect the positive terminal (+) to the positive terminal (+) and the negative terminal (–) to the negative terminal (–) on the body ground point, but not the negative terminal on the battery.
– Make sure the screw plugs on the battery cells are installed securely. If not, tighten the plugs before connecting the clamps to the negative terminal on the battery.
– Please note that the connecting process described below for the jump start cables is in-

tended for when your vehicle is being jump started. If you are jump starting another vehicle, do not connect the negative cable to the negative terminal (–) on the drained battery, but rather connect it to a large metal component that is bolted securely to the engine block, or to the engine block itself. If the battery in the vehicle being jump started is not vented to the outside, there is a risk of explosion due to hydrogen gas.
– Make sure that the connected positive terminal clamps have sufficient contact with metal.
– Do not use the battery negative terminal for jump starting or a malfunction could occur in the vehicle electrical system.

## Towing with a tow truck

### General tips

*Your Audi requires special handling for towing.*

The following information is to be used by commercial tow truck operators who know how to operate their equipment safely.

– Never tow your Audi. Towing will cause damage to the engine and transmission.
– Never wrap the safety chains or winch cables around the brake lines.
– To prevent unnecessary damage, your Audi must be transported with a flat bed truck.
– To load the vehicle on to the flat bed, use the towing loop found in the vehicle tools and attach to the front or rear anchorage ⇨ *page 371* and ⇨ *page 371*.

## ⚠ WARNING

A vehicle being towed is not safe for passengers. Never allow anyone to ride in a vehicle being towed, for any reason.

Emergency situations

Emergency situations

### Front towing loop



**Fig. 305** Right front bumper: removing the cover



**Fig. 306** Right front bumper: towing loop installed

The threaded opening for the towing loop is located behind a cover on the right side of the front bumper.

▶ Remove the towing loop from the vehicle tool kit ⇨ page 353.
▶ Press inward on the *upper left* area of the cap with brief, strong pressure to remove it from the bumper ⇨ fig. 305.
▶ Tighten the towing loop in the threaded opening until it stops ⇨ fig. 306 and then tighten it with a wheel wrench.
▶ After using, place the towing loop back in the vehicle tool kit.

> ⚠ **WARNING**
> If the towing loop is not tightened until it stops when installing, the threads may be pulled out when towing the vehicle and that could cause an accident.

### Rear towing loop



**Fig. 307** Right rear towing loop: removing the cover



**Fig. 308** Right rear towing loop: towing loop installed

The towing loop threaded opening is located in the right of the rear bumper cover under a cover.

▶ Remove the towing loop from the vehicle tool kit ⇨ page 353.
▶ To remove the cap from the bumper, press in on the *upper* area of the cap -arrow- with brief, strong pressure and lift it up from the *lower* area ⇨ fig. 307.
▶ Tighten the towing loop in the threaded opening until it stops ⇨ fig. 308 and then tighten it with a wheel wrench.
▶ After using, place the towing loop back in the vehicle tool kit.

Depending on the model, the shape of the cover can vary.

> ⚠ **WARNING**
> If the towing loop is not tightened until it stops when installing, the threads may be pulled out when towing the vehicle and that could cause an accident.

### Loading the vehicle onto a flat bed truck



**Fig. 309** Vehicle on flat bed truck (example)

**Front hook up**

▶ Align the vehicle with the centerline of the car carrier ramp.
▶ Attach the winch hook to the front towline eye previously installed.

**Rear hook up**

▶ Align the vehicle with the centerline of the car carrier ramp.
▶ Attach the winch hook to the rear towline eye previously installed.

> ⓘ **Tips**
> Check carefully to make sure the hook-up is secure before moving the car up the flatbed truck ramp.

## Raising the vehicle

### Lifting with workshop hoist and with floor jack

*The vehicle may only be lifted at the lifting points illustrated.*



**Fig. 310** Front lifting point (example)



**Fig. 311** Rear lifting point (example)

▶ Read and heed WARNING ⇨ ⚠.
▶ Locate lifting points ⇨ fig. 310 and ⇨ fig. 311.
▶ Adjust lifting arms of workshop hoist or floor jack to match vehicle lifting points.
▶ Insert a rubber pad between the floor jack/ workshop hoist and the lifting points.

If you must lift your vehicle with a floor jack to work underneath, be sure the vehicle is safely supported on stands intended for this purpose.

**Front lifting point**

The lifting point is located on the floor pan reinforcement about at the same level as the jack mounting point ⇨ fig. 310. Do not lift the vehicle at the vertical sill reinforcement.

**Rear lifting point**

The lifting point is located on the vertical reinforcement of the lower sill for the on-board jack ⇨ fig. 311.

**Lifting with vehicle jack**

Refer to ⇨ page 359.

> ⚠ **WARNING**
> – To reduce the risk of serious injury and vehicle damage.
> – Always lift the vehicle only at the special workshop hoist and floor jack lift points illustrated ⇨ fig. 310 and ⇨ fig. 311.
> – Failure to lift the vehicle at these points could cause the vehicle to tilt or fall from a lift if there is a change in vehicle weight

8V3012721B8

distribution and balance. This might happen, for example, when heavy components such as the engine block or transmission are removed.
– When removing heavy components like these, anchor vehicle to hoist or add corresponding weights to maintain the center of gravity. Otherwise, the vehicle might tilt or slip off the hoist, causing serious personal injury.

### ⓘ Note

– Be aware of the following points before lifting the vehicle:
  – **The vehicle should never be lifted or jacked up from underneath the engine oil pan, the transmission housing, the front or rear axle or the body side members. This could lead to serious damage.**
  – To avoid damage to the underbody or chassis frame, a rubber pad must be inserted between the floor jack and the lift points.
  – Before driving over a workshop hoist, check that the vehicle weight does not exceed the permissible lifting capacity of the hoist.
  – Before driving over a workshop hoist, ensure that there is sufficient clearance between the hoist and low parts of the vehicle.

# Technical data

## Vehicle data



**Fig. 312** Vehicle identification label

### Vehicle Identification Number (VIN)

The VIN number is located in the following places:

– In the Infotainment system: select*: select [MENU] button > **Vehicle** > left control button > **Service & checks** > **Vehicle information**.
– on the vehicle identification label
– under the windshield on the driver's side*

### Vehicle identification label

The vehicle identification label ⇨ fig. 312 is located in the luggage compartment under the cargo floor cover.

The information of the vehicle identification label can also be found in your Warranty & Maintenance booklet.

The sticker contains the following vehicle data:

① Vehicle Identification Number (VIN)
② Vehicle type, engine output, transmission
③ Engine and transmission codes
④ Paint and interior codes

⑤ Optional equipment numbers

### Safety compliance sticker

The safety compliance sticker is your assurance that your new vehicle complies with all applicable Federal Motor Vehicle Safety Standards which were in effect at the time the vehicle was manufactured. You can find this sticker on the door jamb on the driver's side. It shows the month and year of production and the vehicle identification number of your vehicle (perforation) as well as the Gross Vehicle Weight Rating (GVWR) and the Gross Axle Weight Rating (GAWR).

### High voltage warning label

The high voltage warning label is located in the engine compartment next to the engine hood release. The spark ignition system complies with the Canadian standard ICES-002.

## Notes about technical data

The values may differ for some markets depending on equipment installed in certain markets and the measuring methods.

Please note that the specifications listed in the vehicle documentation always take precedence.

### ⓘ Tips

Missing technical data was not available at the time of printing.

## Weights

### Gross Vehicle Weight Rating

The Gross Vehicle Weight Rating (GVWR), and the Gross Axle Weight Rating (GAWR) for front and rear are listed on a sticker on the door jamb on the driver's side.

The Gross Vehicle Weight Rating includes the weight of the basic vehicle plus full fuel tank, oil and coolant; plus maximum load, which includes passenger weight (150 lbs/68 kg per designated seating position) and luggage weight ⇨ . ▶

8V201272188

Technical data

## Gross Axle Weight Rating

The Gross Axle Weight Rating is the maximum load that can be applied at each axle of the vehicle ⇨ ⚠.

## Vehicle capacity weight

The vehicle capacity weight (max. load) is listed either on the driver's side B-pillar or inside the fuel filler flap.

> ⚠ **WARNING**
> – The actual Gross Axle Weight Rating at the front and rear axles should not exceed the permissible weights, and their combination must not exceed the Gross Vehicle Weight Rating.

– Exceeding permissible weight ratings can result in vehicle damage, accidents or personal injury.

> ⓘ **Note**
> – The vehicle capacity weight figures apply when the load is distributed evenly in the vehicle (passengers and luggage). When transporting a heavy load in the luggage compartment, carry the load as near to the rear axle as possible so that the vehicle's handling is not impaired.
> – Do not exceed the maximum permissible axle loads or the maximum gross vehicle weight. Always remember that the vehicle's handling will be affected by the extra load. Therefore, adjust your speed accordingly.
> – Always observe local regulations.

## Dimensions

|  | Length (in (mm)) | Width (in (mm)) | Width across the mirrors (in (mm)) | Height at curb weight (in (mm)) |
|---|---|---|---|---|
| A3 Sportback e-tron | 169.6 (4,311) | 70.2 (1,785) | 77.4 (1,966) | 56.1 (1,426) |
| A3 sedan | 175.8 (4,465) | 70.7 (1,796) | 77.1 (1,960) | 55.7 (1,416) |
| A3 Cabriolet | 174.4 (4,430) | 70.5 (1,793) | 77.1 (1,960) | 55.4 (1,409) |
| S3 sedan | 176.1 (4,472) | 70.7 (1,796) | 77.1 (1,960) | 54.8 (1,392) |

## Capacities

|  | Approximate capacities |
|---|---|
| Fuel tank, front wheel drive | 13.2 (50.0) gal (L) |
| Fuel tank, all wheel drive | 14.5 (55.0) gal (L) |
| Fuel tank, plug-in hybrid drive* | 10.5 (40.0) gal (L) |
| Windshield washer system | 3.2 (3.0) qt (L) |
| Windshield and headlamp washer system*, S models | 5.0 (4.7) qt (L) |

## Gasoline engines

### A3 Cabriolet 2.0, 4 cylinder

| Maximum output SAE net | hp @ rpm | 186 @ 4400 – 6000 |
|---|---|---|
| Maximum torque SAE net | lb-ft @ rpm | 221 @ 1600 – 4300 |
| Displacement | CID (cm³) | 121 (1984) |

Technical data

| Engine oil with filter change[1] | | |
|---|---|---|
| Fuel | ⇨ page 312, Fuel | |

### A3 Cabriolet 2.0, 4 cylinder

| Maximum output SAE net | hp @ rpm | 220 @ 4500 – 6200 |
|---|---|---|
| Maximum torque SAE net | lb-ft @ rpm | 258 @ 1600 – 4400 |
| Displacement | CID (cm³) | 121 (1984) |
| Engine oil with filter change[1] | | |
| Fuel | ⇨ page 312, Fuel | |

### A3 Sedan 2.0, 4 cylinder

| Maximum output SAE net | hp @ rpm | 186 @ 4400 – 6000 |
|---|---|---|
| Maximum torque SAE net | lb-ft @ rpm | 221 @ 1600 – 4300 |
| Displacement | CID (cm³) | 121 (1984) |
| Engine oil with filter change[1] | | |
| Fuel | ⇨ page 312, Fuel | |

### A3 Sedan 2.0, 4 cylinder

| Maximum output SAE net | hp @ rpm | 220 @ 4500 – 6200 |
|---|---|---|
| Maximum torque SAE net | lb-ft @ rpm | 258 @ 1600 – 4400 |
| Displacement | CID (cm³) | 121 (1984) |
| Engine oil with filter change[1] | | |
| Fuel | ⇨ page 312, Fuel | |

### A3 Sportback e-tron 1.4, 4 cylinder

| Maximum output SAE net | hp @ rpm | 150 @ 5000 – 6000 |
|---|---|---|
| Maximum torque SAE net | lb-ft @ rpm | 184 @ 1600 – 3500 |
| Displacement | CID (cm³) | 85 (1395) |
| Engine oil with filter change[1] | | |
| Fuel | ⇨ page 312, Fuel | |
| Electric output (short-term) | hp | 102 |
| Electric torque (short-term) | lb-ft | 243 |
| Total output (short-term) | hp | 258 |
| Battery type | | Lithium-ion |
| Battery energy content | kWh | 8,8 |

8V0012721BB

Technical data

| S3 Sedan 2.0, 4 cylinder | | |
|---|---|---|
| Maximum output SAE net | hp @ rpm | 292 @ 5400 – 6200 |
| Maximum torque SAE net | lb-ft @ rpm | 280 @ 1900 – 5300 |
| Displacement | CID (cm$^3$) | 121 (1984) |
| Engine oil with filter change[1] | | |
| Fuel | ➪ page 312, Fuel | |

[1] For specific engine oil capacities, please see the most current information for the USA at http://www.audiusa.com/help/maintenance or for Canada at http://www.audi.ca/ca/brand/ en/ your_audi/audi_services_and/Care_and_Maintenance/schedule.html or call 800-822-2834.

## Consumer information

### Consumer information

### Warranty coverages

**Your Audi is covered by the following warranties:**

– *New Vehicle Limited Warranty*
– *Limited Warranty Against Corrosion Perforation*
– *Emissions Control System Warranty*
– *Emissions Performance Warranty*
– *California Emissions Control Warranty (USA vehicles only)*
– *California Emissions Performance Warranty (USA vehicles only)*

Detailed information regarding your warranties can be found in your **Warranty & Maintenance booklet.**

### Operating your vehicle outside the U.S.A. or Canada

Government regulations in the United States and Canada require that automobiles meet specific emission regulations and safety standards. Therefore, vehicles built for the U.S.A. and Canada differ from vehicles sold in other countries.

If you plan to take your vehicle outside the continental limits of the United States or Canada, there is the possibility that:

– unleaded fuels for vehicles with catalytic converter may not be available;
– fuel may have a considerably lower octane rating. Improper fuel may cause engine damage;
– service may be inadequate due to lack of proper service facilities, tools or testing equipment;
– replacement parts may not be readily available.
– Navigation systems for vehicles built for the U.S.A. and Canada will not necessarily work in Europe, and may not work in other countries outside North America.

(!) **Note**

Audi cannot be responsible for mechanical damage that could result from inadequate fuel, service or parts availability.

### Audi Service Repair Manuals and Literature

Audi Official Factory Service Manuals and Literature are published as soon as possible after model introduction. Service manuals and literature are available to order from the Audi Technical Literature Ordering Center at:

**www.audi.techliterature.com**

### Maintenance

| General |
|---|

Your vehicle has been designed to help keep maintenance requirements to a minimum. However, a certain amount of regular maintenance is still necessary to assure your vehicle's safety, economy and reliability. For detailed vehicle maintenance consult your Warranty & Maintenance booklet.

**Under difficult operating conditions,** for example at extremely low outside temperatures, in very dusty regions, when towing a trailer very frequently, etc., some service work should be performed between the intervals specified. This applies particularly to:

– oil changes, and
– cleaning or replacing the air filter.

🌿 **For the sake of the environment**

By regularly maintaining your vehicle, you help make sure that emission standards are maintained, thus minimizing adverse effects on the environment.

| Important considerations for you and your vehicle |
|---|

The increasing use of electronics, sophisticated fuel injection and emission control systems, and the generally increasing technical complexity of ▶

Consumer information

today's automobiles, have steadily reduced the scope of maintenance and repairs which can be carried out by vehicle owners. **Also, safety and environmental** concerns place very strict limits on the nature of repairs and adjustments to engine and transmission parts which an owner can perform.

Maintenance, adjustments and repairs usually require special tools, testing devices and other equipment available to specially trained workshop personnel in order to assure proper performance, reliability and safety of the vehicle and its many systems.

Improper maintenance, adjustments and repairs can impair the operation and reliability of your vehicle and even void your vehicle warranty. Therefore, proof of servicing in accordance with the maintenance schedule may be a condition for upholding a possible warranty claim made within the warranty period.

Above all, operational safety can be adversely affected, creating unnecessary risks for you and your passengers.

If in doubt about any servicing, have it done by your authorized Audi dealer or any other properly equipped and qualified workshop. We strongly urge you to give your authorized Audi dealer the opportunity to perform all scheduled maintenance and necessary repairs. Your dealer has the facilities, original parts and trained specialists to keep your vehicle running properly.

**Performing limited maintenance yourself**

The following pages describe a limited number of procedures which can be performed on your vehicle with ordinary tools, should the need arise and trained personnel be unavailable. Before performing any of these procedures, always thoroughly read all of the applicable text and carefully follow the instructions given. Always rigorously observe the WARNINGS provided.

**Before you check anything in the engine compartment, always read and heed all WARNINGS** ⇨⚠ and ⇨ page 316.

⚠ **WARNING**

– Serious personal injury may occur as a result of improperly performed maintenance, adjustments or repairs.
– Always be extremely careful when working on the vehicle. Always follow commonly accepted safety practices and general common sense. Never risk personal injury.
– Do not attempt any of the maintenance, checks or repairs described on the following pages if you are not fully familiar with these or other procedures with respect to the vehicle, or are uncertain how to proceed.
– Do not do any work without the proper tools and equipment. Have the necessary work done by your authorized Audi dealer or another properly equipped and qualified workshop.
– The engine compartment of any motor vehicle is a potentially hazardous area. Never reach into the area around or touch the radiator fan. It is temperature controlled and can switch on suddenly - even when the engine is off. The radiator fan switches on automatically when the coolant reaches a certain temperature and will continue to run until the coolant temperature drops.
– Always switch off the ignition before anyone gets under the vehicle.
– Always support your vehicle with safety stands if it is necessary to work underneath the vehicle. The jack supplied with the vehicle is not adequate for this purpose and could collapse causing serious personal injury.
– If you must work underneath the vehicle with the wheels on the ground, always make sure the vehicle is on level ground, that the wheels are always securely blocked and that the engine cannot be started.
– Always make sure the transmission selector lever (automatic transmission) is in P (Park position) and the park brake is applied. ▷

Consumer information

⊕ **For the sake of the environment**

– Changing the engine settings will adversely affect emission levels. This is detrimental to the environment and increases fuel consumption.
– Always observe environmental regulations when disposing of old engine oil, used brake fluid, dirty engine coolant, spent batteries or worn out tires.
– Undeployed airbag modules and pretensioners might be classified as Perchlorate Material -special handling may apply, see www.dtsc.ca.gov/hazardouswaste/perchlorate. When the vehicle or parts of the restraint system including airbag modules safety belts with pretensioners are scrapped, all applicable laws and regulations must be observed. Your authorized Audi dealer is familiar with these requirements and we recommend that you have your dealer perform this service for you.

## Accessories and technical changes

**Additional accessories and parts replacement**

*Always consult an authorized Audi dealer before purchasing accessories.*

Your vehicle incorporates the latest safety design features ensuring a high standard of active and passive safety.

This safety could be compromised by non-approved changes to the vehicle. For this reason, if parts have to be replaced, please observe the following points when installing additional accessories:

Approved Audi accessories and genuine Audi parts are available from authorized Audi dealers.

These dealers also have the necessary facilities, tools and trained specialists to install the parts and accessories properly.

⚠ **WARNING**

Using the wrong spare parts or using non-approved accessories can cause damage to the vehicle and serious personal injury.
– Use only accessories expressly approved by Audi and genuine Audi spare parts
– These parts and accessories have been specially designed to be used on your vehicle.
– Do not use license plate brackets in the front area that are different from the one installed at the factory, or add additional license plate brackets.
– Never install accessories such as telephone cradles or beverage holders on airbag covers or within the airbag deployment zones. Doing so will increase the risk of injury if airbags are triggered in an accident!
– Before you check anything in the engine compartment, always read and heed all WARNINGS ⇨ page 316.

① **Note**

– If items other than genuine Audi spare parts, add-on equipment and accessory items are used or if repair work is not performed according to specified methods, this can result in severe damage to your vehicle's engine and body (such as corrosion) and adversely affect your vehicle's warranty.
– If emergency repairs must be performed elsewhere, have the vehicle examined by an authorized Audi dealer as soon as possible.
– The manufacturer cannot be held liable for damage which occurs due to failure to comply with these stipulations.

**Technical Modifications**

*Our guidelines must be complied with when technical modifications are made.*

Always consult an authorized Audi dealer **before** starting work on any modifications.

This will help ensure that vehicle function, performance and safety are not impaired ⇨⚠. ▷

Attempting to work on electronic components and the software used with them can cause malfunctions. Because of the way electronic components are interconnected with each other, such malfunctions can also have an adverse affect on other systems that are not directly involved. This means that you risk both a substantial reduction in the operational safety of your vehicle and an increased wear of vehicle parts ⇨ ⚠.

Authorized Audi dealers will perform this work in a professional and competent manner or, in special cases, refer you to a professional company that specializes in such modifications.

> **⚠ WARNING**
>
> Improper repairs and modifications can change the way vehicle systems work and cause damage to the vehicle and serious personal injury.

> **① Note**
>
> If emergency repairs must be performed elsewhere, have the vehicle examined by an authorized Audi dealer as soon as possible.

## Declaration of Compliance, Telecommunication and Electronic Systems

*Radio Frequency Devices and Radiocommunication Equipment User Manual Notice.*

The manufacturer is not responsible for any radio or TV interference caused by unauthorized modifications to this equipment.

### Devices

The following devices each comply with FCC Part 15.19, FCC 15.21 and RSS-Gen Issue 1:

– Adaptive cruise control*
– Audi side assist*
– Cell phone package*
– Convenience key*
– Electronic immobilizer
– Remote control key

### FCC Part 15.19

This device complies with part 15 of the FCC Rules. Operation is subject to the following two conditions:

(1) This device may not cause harmful interference, and

(2) this device must accept any interference received, including interference that may cause undesired operation.

### FCC Part 15.21

CAUTION:

Changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

### RSS-Gen Issue 1

Operation is subject to the following two conditions:

(1) this device may not cause interference, and

(2) this device must accept any interference, including interference that may cause undesired operation of the device.

## Index

### A

A/C (automatic climate control system) .... 71
Accessories ...................... 64, 380
Active lane assist
  *refer to* Audi active lane assist ......... 136
Active rollover protection system ....... 256
  Retracting rollover protection ......... 257
Adaptive cruise control
  *refer to* Audi adaptive cruise control .... 126
Adaptive light
  *refer to* Audi adaptive light ........ 51
Adjusting the air distribution
  Automatic climate control system ....... 72
Adjusting the air vents ................. 73
  Automatic climate control system ....... 72
Adjusting the sound ................... 245
Advanced key
  *refer to* Convenience key .............. 78
Airbag ............................. 267
Airbag system .................. 267, 287
  Advanced Airbag System components ... 274
  Care ............................. 282
  Children .......................... 294
  Child restraints ................... 295
  Components (front airbags) .......... 274
  Danger of fitting a child safety seat on the
  front passenger seat ............... 268
  Disposal ......................... 282
  Front airbags ..................... 272
  How do the front airbags work? ....... 277
  How many airbags does my vehicle have? 274
  How the Advanced Airbag System components work together .................. 276
  Important safety instructions on the knee
  airbag system ..................... 285
  Knee airbags ..................... 283
  Monitoring ....................... 279
  PASSENGER AIR BAG OFF light ........ 279
  Repairs .......................... 282
  Safety instructions ................ 281
  Side airbags ...................... 285
  Warning/Indicator lights ............ 279
  When must the system be inspected? ... 279
Air pressure (tires) .............. 336, 345
Alignment pin (tire change) ............. 353
All-weather lights ..................... 51

All season tires ...................... 342
All wheel drive
  *refer to* quattro (all wheel drive) ....... 154
AMI
  *refer to* Audi music interface ....... 228, 229
Android Auto
  *refer to* Audi smartphone interface ..... 239
Anti-freeze
  Windshield washer system .......... 327
Anti-Lock Braking System (ABS) ......... 151
Anti-Slip Regulation (ASR) ............. 151
Apple CarPlay
  *refer to* Audi smartphone interface ..... 239
Audi active lane assist ................ 136
  Cleaning the camera area ............ 348
  Messages ......................... 138
Audi adaptive cruise control ........... 126
  Cleaning the sensor ................ 348
  Distance display, distance warning ...... 132
  Messages ......................... 133
Audi adaptive light .............. 51, 143
Audi connect e-tron services ........... 198
  Doors and lights ................... 198
Audi connect (Infotainment) ...... 190, 195
  Data protection ................... 196
  Services overview ................. 191
  Starting ......................... 191
Audi drive select .................... 143
Audi magnetic ride
  *refer to* Suspension control ......... 143
Audi music interface .................. 228
Audi music stream
  *refer to* Wi-Fi ................... 226
Audio files .......................... 230
Audio player
  Bluetooth audio player .............. 225
  Wi-Fi audio player ................. 226
Audio track .......................... 233
Audi pre sense ....................... 133
  Messages ..................... 133, 136
  Settings .......................... 136
Audi Service Repair Manuals and Literature 378
Audi side assist ..................... 139
  Cleaning the sensors ............... 348
  Messages ......................... 143
  Rear cross-traffic assist ............ 142

8V2012721B8

**Index**

Audi smartphone interface ......... 239, 243
Audi virtual cockpit
  *refer to* Instrument cluster ............ 10
AUTO
  Automatic climate control system ...... 71
  Automatic headlights .................. 51
Auto Lock (central locking system) ...... 34
Automatic belt retractor ............... 262
Automatic climate control system
  *refer to* Climate control system
  (automatic) ..................... 70, 71
Automatic power top
  *refer to* Power top ................... 44
Automatic transmission ................. 85
  Driving tips ......................... 88
  Emergency mode ...................... 91
  Hill descent control ................. 89
  Kick-down ........................... 90
  Launch control program ............... 90
  Malfunction ......................... 86
  Manual shifting (tiptronic mode) ...... 90
  Selector lever ...................... 88
  Selector lever emergency release ..... 92
  Selector lever lock .................. 86
  Selector lever positions ............. 86
  Shift paddles ....................... 90
Automatic wipe/wash system ............ 57
Auto Safety Hotline .................. 255
Auxiliary climate control ............ 118
AUX input ........................... 229
Average consumption ............... 17, 18
Average speed .................... 17, 18

**B**

BACK button ........................ 158
Bag hooks ........................ 65, 67
Balance (sound) ..................... 245
Bass (sound) ....................... 245
Battery
  In the key .......................... 35
  Jump starting ...................... 368
  *also refer to* High-voltage battery ...... 94
  *also refer to* Vehicle battery ...... 325
Before driving ..................... 247
Belt tensioners .................... 265
Blended gasoline ................... 312

Blower
  Automatic climate control system .... 72
Bluetooth
  Audio player ...................... 225
  Connecting a cell phone ........... 177
  Settings ......................... 244
Boost .............................. 11
Booster seats ...................... 302
Boost pressure indicator ............ 11
Brakes ............................ 153
  Brake fluid ....................... 325
  Electromechanical parking brake ..... 83
  New brake pads ................... 153
Braking
  Brake assist ..................... 151
  Emergency braking function ........ 84
Breaking in
  New brake pads ................... 153
  New engine ........................ 74
  New tires ........................ 335
Browser
  *refer to* Media center ............. 231
Bulbs ............................. 366
Buttons
  Control panel (MMI) ............... 158
  Multifunction steering wheel ...... 13, 16
  Programming (multifunction steering
  wheel) ............................ 15

**C**

Cable (USB adapter/AUX connector cable) . 228
California Proposition 65 Warning ...... 317
  Battery specific .................. 326
Call list ......................... 180
Call options ...................... 187
Capacities
  Fuel tank ........................ 375
  Washer fluid reservoir ............ 375
Care .............................. 347
  *also refer to* Cleaning ............. 347
Car Finder
  Audi connect e-tron services ....... 199
Cargo area ........................ 253
Caring for and cleaning leather ....... 350
Catalytic converter ................ 316
CD drive (media drives) ............. 224

Cell phone
  *refer to* Telephone ................ 177
Central locking .................... 34
Certification ...................... 381
Changing engine oil ................ 322
Changing the scale .................. 13
Charge level
  Instrument cluster ................ 97
Charging clip ...................... 110
Charging the battery (mobile devices) .... 229
Charging (plug-in hybrid drive) ....... 106
Child restraints
  Danger of using child restraints in the front
  seat .............................. 268
  Where can I get additional information
  about child restraints and their use? .. 311
Child restraint system anchors ....... 306
Child safety ....................... 292
  Important safety instructions for using child
  safety seats ...................... 296
  Tether anchors .................... 309
  Tether straps ..................... 309
Child safety lock .................. 41
Child safety seats ................. 298
  Booster seats .................... 302
  Convertible child safety seats .... 300
  Convertible locking retractor ..... 305
  How do I properly install a child safety seat
  in my vehicle? ................... 296
  Infant seats ..................... 296
  Installing a child restraint using the LATCH
  system .......................... 308
  LATCH system ..................... 308
  Lower anchorages ................. 307
  Mounting and releasing the anchorage
  hook ............................ 308
  Safety instructions .............. 296
  Securing ........................ 303
  Unused safety belts on the rear seat .. 298
Classic view ...................... 15
Cleaning .......................... 347
  Cleaning/removing ice from windows ... 349
  Cleaning Alcantara ............... 350
  Cleaning artificial leather ....... 350
  Cleaning carbon parts .......... 349, 350
  Cleaning controls ................ 350
  Cleaning decorative parts/trim .... 349

Cleaning exhaust tail pipes .......... 349
Cleaning plastic parts ............. 349
Cleaning textiles ................. 350
Cleaning the charging clip ......... 119
Cleaning the charging dock ......... 119
Cleaning the tail lights ........... 348
Cleaning the windshield ............ 57
Climate control system (automatic) .... 70
  Adjusting the air vents ........... 73
  AUTO (climate control system) ..... 71
  Description ...................... 70
  Drive select .................... 143
  Key recognition .................. 70
  Operation ....................... 71
  Presetting ...................... 70
  Synchronizing .................... 71
Clock ............................. 241
Closing
  Panorama glass roof .............. 43
  Power top ....................... 44
  Windows ......................... 41
  *also refer to* Unlocking/locking ...... 36, 37
Closing/opening
  *refer to* Unlocking/locking ....... 36, 37
Cockpit (overview) ................. 8
Coming home/Leaving home
  *refer to* Entry/exit lighting ...... 53
Command (voice recognition system) .... 170
Compartments ...................... 65
Compass in the mirror .............. 59
Compliance ........................ 381
Connection manager ................ 242
Connections
  *refer to* Media .............. 222, 230
Consumer information .............. 378
Consumer Information .............. 255
Consumption (fuel) .............. 17, 18
Contacting NHTSA .................. 255
Contacts .......................... 185
  Additional directory ............. 243
  Importing/exporting .............. 187
  Memory capacity .................. 188
  Storing as destination ........... 207
Control buttons (operating the MMI) .... 160
Control knob with joystick function (MMI op-
  eration) ........................ 163

8Y0012721BB

Index

Convenience key
  Emergency operation . . . . . . . . . . . . . . . . . . 81
  Starting/stopping the engine . . . . . . . . . . . 78
  Unlocking/locking . . . . . . . . . . . . . . . . . . . . 36
Convenience opening/closing . . . . . . . . . . . . 42
Convertible child safety seats . . . . . . . . . . 300
Convertible locking retractor
  Activating . . . . . . . . . . . . . . . . . . . . . . . . . . 305
  Deactivating . . . . . . . . . . . . . . . . . . . . . . . . 306
  Using to secure a child safety seat . . . . . 305
Cooling mode
  Automatic climate control system . . . . . . 71
Cooling system
  Adding coolant . . . . . . . . . . . . . . . . . . . . . 323
  Coolant . . . . . . . . . . . . . . . . . . . . . . . . . . . . 323
  Coolant level checking . . . . . . . . . . . . . . . 323
  Coolant temperature indicator . . . . . . . . . 11
Cornering light . . . . . . . . . . . . . . . . . . . . . . . . 51
Cruise control system . . . . . . . . . . . . . . . . . 123
Cup holders . . . . . . . . . . . . . . . . . . . . . . . . . . 65
Current consumption . . . . . . . . . . . . . . . 17, 18

D

Data connection . . . . . . . . . . . . . . . . . . . . . 195
Data protection . . . . . . . . . . . . . . . . . 196, 222
Data recorder . . . . . . . . . . . . . . . . . . . . . . . . 156
Date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 241
Date display . . . . . . . . . . . . . . . . . . . . . . . . . 241
Daytime running lights . . . . . . . . . . . . . . . . . 51
Declaration of compliance
  Audi adaptive cruise control . . . . . . . . . . 381
  Audi side assist . . . . . . . . . . . . . . . . . . . . . 381
  Cell phone package . . . . . . . . . . . . . . . . . . 381
  Convenience key . . . . . . . . . . . . . . . . . . . . 381
  Electronic immobilizer . . . . . . . . . . . . . . . 381
  HomeLink universal remote control . . . . . 381
  Remote control key . . . . . . . . . . . . . . . . . . 381
Defrosting (windows)
  Automatic climate control system . . . . . . 72
DEF (instrument cluster) . . . . . . . . . . . . . . . 12
Deluxe automatic climate control
  refer to Climate control system
  (automatic) . . . . . . . . . . . . . . . . . . . . . . 70, 71
Demo mode
  refer to Presentation mode . . . . . . . . . . . 208
Determining correct load limit . . . . . . . . . 341

Digital compass . . . . . . . . . . . . . . . . . . . . . . 59
Digital Rights Management . . . . . . . . . . . . 222
Dimensions . . . . . . . . . . . . . . . . . . . . . . . . . 375
Dimming the exterior mirrors . . . . . . . . . . . 56
Dimming the rearview mirror . . . . . . . . . . . 56
Directory
  refer to Contacts . . . . . . . . . . . . . . . . . . . 185
Display . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
  Cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . 349
  Infotainment system display . . . . 159, 242
  Instrument cluster . . . . . . . . . . . . . . . . . . . 16
  Multifunction steering wheel . . . . . . . . . . 13
Distance . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 18
Doors
  Child safety lock . . . . . . . . . . . . . . . . . . . . . 41
  Door contact switch . . . . . . . . . . . . . . . . . . 54
  Emergency release . . . . . . . . . . . . . . . . . . . 38
  also refer to Unlocking/locking . . . . . . . 36, 37
Driver information system . . . . . . . . . . . . . . 17
  Changing views . . . . . . . . . . . . . . . . . . . . . 13
  Economy tips (analog instrument cluster) . 19
  Efficiency program . . . . . . . . . . . . . . . . . . . 19
  Energy consumers (Audi virtual cockpit) . . 18
  Outside temperature display . . . . . . . . . . . 12
  Service interval display . . . . . . . . . . . . . . 327
  Trip computer (analog instrument cluster . 18
  Trip computer (Audi virtual cockpit) . . . . 17
  View . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Driver seating position . . . . . . . . . . . . . . . . 248
Drives
  refer to Media . . . . . . . . . . . . . . . . . 222, 230
Drive select
  refer to Audi drive select . . . . . . . . . . . . . 143
Driving economically . . . . . . . . . . . . . . . . . . 74
Driving safely . . . . . . . . . . . . . . . . . . . . . . . 247
Driving through water . . . . . . . . . . . . . . . . . 74
Driving time . . . . . . . . . . . . . . . . . . . . . . 17, 18
Dust filter
  refer to Pollutant filter . . . . . . . . . . . . . . . 70
DVD drive (media drives) . . . . . . . . . . . . . . 223
Dynamic volume
  refer to System volume . . . . . . . . . . . . . . 246

E

E-mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 184

e-tron
  Navigation . . . . . . . . . . . . . . . . . . . . . . . . 216
  also refer to Plug-in hybrid drive . . . . . . . 94
eco mode (automatic climate control system) .71
Economical route . . . . . . . . . . . . . . . . . . . . 208
Efficiency program . . . . . . . . . . . . . . . . . . . . 19
Electrical accessories
  refer to Socket . . . . . . . . . . . . . . . . . . . . . . 64
Electric drive . . . . . . . . . . . . . . . . . . . . . . . . . 94
Electric range . . . . . . . . . . . . . . . . . . . . . . . 216
Electromechanical parking brake . . . . . . . . 83
Electromechanical steering . . . . . . . . . . . . 154
Electronic Differential Lock (EDL) . . . . . . . 151
Electronic immobilizer . . . . . . . . . . . . . . . . . 35
Electronic speed limiter . . . . . . . . . . . . . . . 123
Electronic Stabilization Control (ESC) . . . . 151
Emergency assistance . . . . . . . . . . . . . . . . 353
Emergency braking function . . . . . . . . . . . . 84
Emergency flashers . . . . . . . . . . . . . . . . . . . 53
Emergency starting . . . . . . . . . . . . . . . . . . 368
Emissions control system
  Catalytic converter . . . . . . . . . . . . . . . . . 316
Energy consumers . . . . . . . . . . . . . . . . . . . . 18
Energy management . . . . . . . . . . . . . . . . . 155
Engine
  Coolant . . . . . . . . . . . . . . . . . . . . . . . . . . . 323
  Messages . . . . . . . . . . . . . . . . . . . . . . . . . . 80
  Start/Stop system . . . . . . . . . . . . . . . . . . . 81
  Starting/stopping (button) . . . . . . . . . . . . 78
  Starting/stopping (key) . . . . . . . . . . . . . . . 77
  Starting with jumper cables . . . . . . . . . . 368
Engine compartment
  Opening and closing the hood . . . . . . . . 318
  Overview . . . . . . . . . . . . . . . . . . . . . . . . . . 319
  Safety precautions . . . . . . . . . . . . . . . . . . 316
Engine coolant
  Radiator fan . . . . . . . . . . . . . . . . . . . . . . . 324
Engine oil . . . . . . . . . . . . . . . . . . . . . . . . . . . 319
  Adding . . . . . . . . . . . . . . . . . . . . . . . . . . . 321
  Changing . . . . . . . . . . . . . . . . . . . . . . . . . 322
  Checking the oil level . . . . . . . . . . . . . . . . 321
  Consumption . . . . . . . . . . . . . . . . . . . . . . 321
  Dipstick . . . . . . . . . . . . . . . . . . . . . . . 319, 321
  Oil change interval . . . . . . . . . . . . . . . . . . 327
  Oil consumption . . . . . . . . . . . . . . . . . . . . 320

Specification and viscosity . . . . . . . . . . . . . 319
Temperature display . . . . . . . . . . . . . . . . . . 11
Entering characters/numbers (speller) . . . 165
Entering letters (speller) . . . . . . . . . . . . . . 165
Entertainment sliding menu . . . . . . . . . . . 163
Entry/exit lighting . . . . . . . . . . . . . . . . . . . . 53
Entry assistance . . . . . . . . . . . . . . . . . . . . . . 62
Environment
  Proper disposal of drained engine oil . . . . 322
  Unleaded gasoline . . . . . . . . . . . . . . . . . . 312
ESC
  refer to Electronic Stabilization
  Control (ESC) . . . . . . . . . . . . . . . . . . . . . . 151
Event Data Recorder (EDR) . . . . . . . . . . . . 156
Expanded view . . . . . . . . . . . . . . . . . . . . . . . 15
Exterior lighting . . . . . . . . . . . . . . . . . . . . . . 51
Exterior mirrors . . . . . . . . . . . . . . . . . . . . . . 55
  Folding . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
  Folding settings . . . . . . . . . . . . . . . . . . . . . 38
External voice operation . . . . . . . . . . . . . . 175

F

Factory default settings
  Multi Media Interface . . . . . . . . . . . . . . . 242
Fader (sound) . . . . . . . . . . . . . . . . . . . . . . . 245
Fastening
  Booster seats . . . . . . . . . . . . . . . . . . . . . . 302
  Convertible child safety seats . . . . . . . . . 300
  Infant seats . . . . . . . . . . . . . . . . . . . . . . . 298
Fast forwarding/rewinding (audio/video
file) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 230
Fast forwarding (audio/video file) . . . . . . . 230
Fast route . . . . . . . . . . . . . . . . . . . . . . . . . . 208
Favorites
  Media . . . . . . . . . . . . . . . . . . . . . . . . . . . . 232
  Navigation . . . . . . . . . . . . . . . . . . . . . . . . 202
  Telephone . . . . . . . . . . . . . . . . . . . . . . . . 182
File formats (media drives) . . . . . . . . . . . . 235
Floor mats . . . . . . . . . . . . . . . . . . . . . . . . . . 252
Folding the rear seats . . . . . . . . . . . . . . 67, 68
Foot pedals . . . . . . . . . . . . . . . . . . . . . . . . . 252
For the sake of the environment
  Environmentally-friendly driving . . . . . . . 74
  Leaks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 317
  Roof rack . . . . . . . . . . . . . . . . . . . . . . . . . . 69

8V0201272168

Index

Free text search . . . . . . . . . . . . . . . . . . . . . . 166
  Media . . . . . . . . . . . . . . . . . . . . . . . . . . . . 232
  Navigation . . . . . . . . . . . . . . . . . . . . . . . . 200
  Radio . . . . . . . . . . . . . . . . . . . . . . . . . . . . 218
  Telephone . . . . . . . . . . . . . . . . . . . . . . . . 186
Freeze protection
  Coolant . . . . . . . . . . . . . . . . . . . . . . . . . . 323
Frequency band . . . . . . . . . . . . . . . . . 217, 220
Front airbags
  Description . . . . . . . . . . . . . . . . . . . . . . . 271
  How they work . . . . . . . . . . . . . . . . . . . . 277
Frontal collisions and the laws of physics . . 259
Front center armrest . . . . . . . . . . . . . . . . . . 63
Front passenger's door emergency release . . 38
Front seats . . . . . . . . . . . . . . . . . . . . . . . . . . 61
  Adjusting . . . . . . . . . . . . . . . . . . . . . . . . 249
  Child restraints in the front seat . . . . . . . 268
Fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 312
  Additives . . . . . . . . . . . . . . . . . . . . . . . . 312
  Blended gasoline . . . . . . . . . . . . . . . . . . 312
  Current consumption . . . . . . . . . . . . . 17, 18
  Ethanol . . . . . . . . . . . . . . . . . . . . . . . . . 312
  Fuel filler neck . . . . . . . . . . . . . . . . . . . . 313
  Fuel gauge . . . . . . . . . . . . . . . . . . . . . 10, 12
  Fuel tank capacity . . . . . . . . . . . . . . . . . 375
  Gasoline . . . . . . . . . . . . . . . . . . . . . . . . 312
  Gasoline additives . . . . . . . . . . . . . . . . . 313
  Saving fuel . . . . . . . . . . . . . . . . . . . . . . . 143
Fueling
  Fuel gauge . . . . . . . . . . . . . . . . . . . . . . . 12
  Fuel tank capacity . . . . . . . . . . . . . . . . . 375
  Opening the fuel filler door . . . . . . . . . . . 314
Fuel shut-off during deceleration . . . . . . . . 74
Fuses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 364

**G**

Garment hooks . . . . . . . . . . . . . . . . . . . . . . 65
Gas discharge lamps . . . . . . . . . . . . . . . . . . 366
Gasoline . . . . . . . . . . . . . . . . . . . . . . . . . . 312
  Octane rating . . . . . . . . . . . . . . . . . . . . . 312
  Recommendation . . . . . . . . . . . . . . . . . . 312
Glossary of tire and loading terminology . . 330
Glove compartment . . . . . . . . . . . . . . . . . . 65
Gross Vehicle Weight Rating (GVWR) . . . . . 374

**H**

Handsfree . . . . . . . . . . . . . . . . . . . . . . . . . . 177
Headlight range control . . . . . . . . . . . . . . . . 51
Headlights . . . . . . . . . . . . . . . . . . . . . . . . . . 51
  Cleaning . . . . . . . . . . . . . . . . . . . . . . . . . 348
  Headlight range control . . . . . . . . . . . . . . 51
  Washer system . . . . . . . . . . . . . . . . . . . . 57
Head restraints . . . . . . . . . . . . . . . . . . . . . 250
  Adjusting . . . . . . . . . . . . . . . . . . . . . 63, 250
  Removing and installing . . . . . . . . . . . . . 63
Heated
  Exterior mirrors . . . . . . . . . . . . . . . . . . . 55
  Rear window (automatic climate control sys-
  tem) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
  Seats (automatic climate control system) . 72
  Washer fluid nozzles . . . . . . . . . . . . . . . . 57
Heating/ventilation system
  Adjusting the air vents . . . . . . . . . . . . . . 73
Heavy clothing and safety belts . . . . . . . . . 261
Hex socket . . . . . . . . . . . . . . . . . . . . . . . . . 353
High-voltage battery . . . . . . . . . . . . . . . . . 95
  Charging . . . . . . . . . . . . . . . . . . . . . . . . 117
High beams . . . . . . . . . . . . . . . . . . . . . . . . . 52
  High beam assistant . . . . . . . . . . . . . . . . 52
Highway lights . . . . . . . . . . . . . . . . . . . . . . . 51
Hill descent control . . . . . . . . . . . . . . . . . . 89
Hill hold assist . . . . . . . . . . . . . . . . . . . . . . 85
  also refer to Hill hold assist . . . . . . . . . . . 85
Hold assist (hill) . . . . . . . . . . . . . . . . . . . . . 85
Home address . . . . . . . . . . . . . . . . . . 202, 207
Horn . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
How are child restraint system anchors relat-
ed to child safety . . . . . . . . . . . . . . . . . . . . 306
How many airbags does my vehicle have? . . 274
How safety belt pretensioners work . . . . . . 265

**I**

Ignition
  Establishing drive ready mode (plug-in hy-
  brid driver) . . . . . . . . . . . . . . . . . . . . . . . 96
  Switching on/off (plug-in hybrid driver) . . . 96
  Switching on/off (using the button) . . . . . 78
  Switching on/off (using the key) . . . . . . . . 77
Imbalance (wheels) . . . . . . . . . . . . . . . . . . . 335

Index

Immobilizer
  refer to Electronic immobilizer . . . . . . . . . 35
Important things to do before driving . . . . 247
Importing and exporting (contacts) . . . . . . 187
Improperly worn safety belts . . . . . . . . . . . 264
Indicator lights . . . . . . . . . . . . . . . . . . . . . . 24
  Airbag system . . . . . . . . . . . . . . . . . . . . 279
  PASSENGER AIR BAG OFF . . . . . . . . . . . . 279
Indicator lights (plug-in hybrid drive) . . . . . 98
Infant seats . . . . . . . . . . . . . . . . . . . . . . . . 298
Input
  Using the MMI touch . . . . . . . . . . . . . . . 161
  Using the speller . . . . . . . . . . . . . . . . . . . 165
Input level (media) . . . . . . . . . . . . . . . . . . 233
Inspection interval . . . . . . . . . . . . . . . . . . 327
Installing the upper tether strap on the an-
chorage . . . . . . . . . . . . . . . . . . . . . . . . . . . 310
Instrument cluster . . . . . . . . . . . . . . . . . . . 10
  Cleaning . . . . . . . . . . . . . . . . . . . . . . . . . 349
  Messages . . . . . . . . . . . . . . . . . . . . . . . . 24
  Plug-in hybrid drive . . . . . . . . . . . . . . . . 97
Instruments
  Adjusting illumination . . . . . . . . . . . . . . 55
Interior lighting . . . . . . . . . . . . . . . . . . . . . 54
Internet
  refer to Audi connect (Infotainment) . . . . 190
Internet radio . . . . . . . . . . . . . . . . . . . . . . 227
Interval mode (windshield wipers) . . . . . . . 57
iPod
  refer to Audi music interface . . . . . . 228, 229
iTunes tagging . . . . . . . . . . . . . . . . . . . . . 217

**J**

Jukebox . . . . . . . . . . . . . . . . . . . . . . . . . . . 224
Jump start cables . . . . . . . . . . . . . . . . . . . . 369
Jump starting . . . . . . . . . . . . . . . . . . 104, 368

**K**

Key . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
  Key not recognized . . . . . . . . . . . . . . . . . 81
  Key recognition . . . . . . . . . . . . . . . . . . . 70
  Messages . . . . . . . . . . . . . . . . . . . . . . . . 80
Kick-down (automatic transmission) . . . . . . 90

Knee airbags . . . . . . . . . . . . . . . . . . . . . . . 283
  Description . . . . . . . . . . . . . . . . . . . . . . . 283
  How they work . . . . . . . . . . . . . . . . . . . . 284
  Important safety instructions . . . . . . . . . 285

**L**

Lane assist
  refer to Audi active lane assist . . . . . . . . . 136
Lap timer . . . . . . . . . . . . . . . . . . . . . . . . . . 125
LATCH . . . . . . . . . . . . . . . . . . . . . . . . . . . . 306
  Description . . . . . . . . . . . . . . . . . . . . . . . 307
  Installing a child restraint . . . . . . . . . . . . 308
  Location . . . . . . . . . . . . . . . . . . . . . . . . . 307
  Mounting and releasing the anchorage
  hook . . . . . . . . . . . . . . . . . . . . . . . . . . . 308
Launch control program . . . . . . . . . . . . . . . 90
Left control button . . . . . . . . . . . . . . . . . . 14
License agreement (MMI) . . . . . . . . . . . . . . 246
Lifting jack . . . . . . . . . . . . . . . . . . . . . . . . 359
Light/rain sensor
  Automatic headlights . . . . . . . . . . . . . . . 51
  Switching the rain sensor on/off . . . . . . . 57
Lighting
  Exterior . . . . . . . . . . . . . . . . . . . . . . . . . 51
  Interior . . . . . . . . . . . . . . . . . . . . . . . . . . 54
Lights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
  Interior/reading lights . . . . . . . . . . . . . . 54
Listening to music
  refer to Media . . . . . . . . . . . . . . . . 222, 230
Locking/unlocking
  refer to Unlocking/locking . . . . . . . . . 36, 37
Low beam headlights . . . . . . . . . . . . . . . . . 51
Lowering the cargo floor . . . . . . . . . . . . . . . 66
Luggage compartment . . . . . . . . . . . . . . . . 66
  Luggage compartment lid . . . . . . . . . . . . 39
  Socket . . . . . . . . . . . . . . . . . . . . . . . . . . 64
  Storing cargo correctly . . . . . . . . . . . . . . 253
  Stowing luggage . . . . . . . . . . . . . . . . . . 253
Luggage rack . . . . . . . . . . . . . . . . . . . . . . . 68
Lumbar support . . . . . . . . . . . . . . . . . . . . . 61

**M**

Magnetic ride
  refer to Suspension control . . . . . . . . . . . 143
Maintenance . . . . . . . . . . . . . . . . . . . . . . . 378
Maintenance interval . . . . . . . . . . . . . . . . . 327

8Y0012721B8

Index

Making an emergency call . . . . . . . . . . . . . . . 182
Malfunction indicator lamp (MIL) . . . . . . . . . 23
Map
  Operating . . . . . . . . . . . . . . . . . . . . . . . . . . 209
  Settings . . . . . . . . . . . . . . . . . . . . . . . . . . . 211
  Update . . . . . . . . . . . . . . . . . . . . . . . . . . . . 200
Map update . . . . . . . . . . . . . . . . . . . . . . . . . . 213
Massage function . . . . . . . . . . . . . . . . . . . . . . 61
Media . . . . . . . . . . . . . . . . . . . . . . . . . . . 222, 230
  Drives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 223
  Supported formats . . . . . . . . . . . . . . . . . . 235
Media center . . . . . . . . . . . . . . . . . . . . . . . . . 231
Memory capacity
  Directory . . . . . . . . . . . . . . . . . . . . . . . . . . 187
  Jukebox . . . . . . . . . . . . . . . . . . . . . . . . . . . 224
Memory card
  SD card reader (MMI) . . . . . . . . . . . . . . . . 223
  Supported types/formats . . . . . . . . . . . . 235
MENU button . . . . . . . . . . . . . . . . . . . . . . . . 158
Menu language
  refer to Setting the language . . . . . . . . . 241
Menus/symbols . . . . . . . . . . . . . . . . . . . . . . 167
Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . 182
Mirror
  Compass . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
  Mirrors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55
  Dimming . . . . . . . . . . . . . . . . . . . . . . . . . . . 56
MMI
  refer to Multi Media Interface . . . . . . . . . 158
MMI search
  refer to Free text search . . . . . . . . . 166, 232
MMI touch . . . . . . . . . . . . . . . . . . . . . . . . . . 161
MODE button . . . . . . . . . . . . . . . . . . . . . . . . . 16
Monitoring the Advanced Airbag System . . 279
MP3
  refer to Jukebox . . . . . . . . . . . . . . . . . . . . 224
Multifunction steering wheel
  Changing views . . . . . . . . . . . . . . . . . . . . . 13
  Operating . . . . . . . . . . . . . . . . . . . . . . . 13, 16
  Switching tabs . . . . . . . . . . . . . . . . . . 13, 16
  Voice recognition system . . . . . . . . . . . . . 15
Multi Media Interface . . . . . . . . . . . . . . . . . . 158
Music collection
  refer to Jukebox . . . . . . . . . . . . . . . . . . . . 224
Mute
  refer to Muting . . . . . . . . . . . . . . . . . . . . . 245

Muting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 245
myAudi . . . . . . . . . . . . . . . . . . . . . . . . . 190, 204
  Logging in in the vehicle . . . . . . . . . . . . . 190
  PIN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 190

N

NAV/MAP button . . . . . . . . . . . . . . . . . . . . . 200
Navigating (instrument cluster) . . . . . . . . . . 22
Navigation . . . . . . . . . . . . . . . . . . . . . . . . . . 200
  Announcements . . . . . . . . . . . . . . . . . . . . 209
  Plug-in hybrid drive . . . . . . . . . . . . . . . . . 216
  refer to Map . . . . . . . . . . . . . . . . . . . . . . . 209
Navigation (instrument cluster) . . . . . . . . . . 22
Network connection (Wi-Fi) . . . . . . . . . . . . . 195
NHTSA
  Contacting . . . . . . . . . . . . . . . . . . . . . . . . 255
  Number of seats . . . . . . . . . . . . . . . . . . . . 258

O

Occupant protection . . . . . . . . . . . . . . . . . . 133
Occupant seating positions . . . . . . . . . . . . . 248
Octane rating (gasoline) . . . . . . . . . . . . . . . 312
Odometer . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Oil
  refer to Engine oil . . . . . . . . . . . . . 319, 321
On-Board-Diagnostic System (OBD)
  Malfunction indicator lamp (MIL) . . . . . . . 23
On-Board Diagnostic System (OBD)
  Data Link Connector (DLC) . . . . . . . . . . . . 23
  Electronic speed limiter . . . . . . . . . . . . . . 123
On/Off knob (MMI) . . . . . . . . . . . . . . . . . . . 158
Online destinations
  refer to Point of interest search . . . . . . . 203
Online map . . . . . . . . . . . . . . . . . . . . . . . . . 212
Online map update . . . . . . . . . . . . . . . . . . . 213
Online media . . . . . . . . . . . . . . . . . . . . . . . . 227
Online services
  refer to Audi connect (Infotainment) . . . . 190
Opening . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
  Doors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
  Fuel filler door . . . . . . . . . . . . . . . . . . . . . 314
  Luggage compartment lid . . . . . . . . . . . . . 39
  Panorama glass roof . . . . . . . . . . . . . . . . . 43
  Power top . . . . . . . . . . . . . . . . . . . . . . . . . . 44
  Windows . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

Index

Opening/closing
  refer to Unlocking/locking . . . . . . . . . 36, 37
Operating
  Multifunction steering wheel . . . . . . . 13, 16
  Multi Media Interface . . . . . . . . . . . . . . . . 159
  Voice recognition system . . . . . . . . . . . . . 170
Options menu . . . . . . . . . . . . . . . . 14, 160, 164
Outside temperature display . . . . . . . . . . . . 10
Overview (Cockpit) . . . . . . . . . . . . . . . . . . . . . 8

P

Paint damage . . . . . . . . . . . . . . . . . . . . . . . . 349
Paint number . . . . . . . . . . . . . . . . . . . . . . . . 374
Panorama glass roof . . . . . . . . . . . . . . . . . . . 43
  also refer to Convenience opening/closing . 42
Parental control
  DVD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 233
Parking aid
  Cleaning sensors/camera . . . . . . . . . . . . 348
Parking brake
  refer to Electromechanical parking brake . . 83
Parking lights . . . . . . . . . . . . . . . . . . . . . . . . . 51
Parking systems . . . . . . . . . . . . . . . . . . . . . 146
  Malfunction . . . . . . . . . . . . . . . . . . . . . . . . 150
  Rearview camera . . . . . . . . . . . . . . . . . . . 148
  Settings . . . . . . . . . . . . . . . . . . . . . . . . . . 150
Parking (automatic transmission) . . . . . . . . 88
Parts replacement . . . . . . . . . . . . . . . . . . . . 380
Pass-through . . . . . . . . . . . . . . . . . . . . . . . . . 68
PASSENGER AIR BAG OFF light . . . . . . . . . . 279
Paths (Owner's Manual) . . . . . . . . . . . . . . . 160
Pause (audio/video file) . . . . . . . . . . . . . . . 230
Pedals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 252
Personal route assistance . . . . . . . . . . . . . . 206
Phonebook
  refer to Contacts . . . . . . . . . . . . . . . . . . . 185
Physical principles of a frontal collision . . . 259
Picture format (video) . . . . . . . . . . . . . . . . . 233
Playback (media) . . . . . . . . . . . . . . . . . . . . . 230
Playlist . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 232
Plug-in hybrid drive . . . . . . . . . . . . . . . . . . . 94
  12 Volt battery . . . . . . . . . . . . . . . . . . . . . 104
  Auxiliary climate control . . . . . . . . . . . . . 118
  Boost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
  Charging . . . . . . . . . . . . . . . . . . . . . . . . . . 106
  Charging clip . . . . . . . . . . . . . . . . . . . . . . . 110

Charging dock . . . . . . . . . . . . . . . . . . . . . . . 110
Charging system PIN . . . . . . . . . . . . . . . . . 117
Charging the high-voltage battery . . . . . . . 108
Charging time . . . . . . . . . . . . . . . . . . . . . . . 116
Cleaning the charging system . . . . . . . . . . 119
Climate control . . . . . . . . . . . . . . . . . . . . . . 118
Coasting . . . . . . . . . . . . . . . . . . . . . . . . . . . 101
Coolant . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104
Driving . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 96
E-max (power availability) . . . . . . . . . . . . . 102
Efficient driving . . . . . . . . . . . . . . . . . . . . . 101
Ending drive ready mode . . . . . . . . . . . . . . . 96
Energy flow display . . . . . . . . . . . . . . . . . . 102
Establishing drive ready mode . . . . . . . . . . 96
EV mode . . . . . . . . . . . . . . . . . . . . . . . . . . . 100
High-voltage battery . . . . . . . . . 94, 95, 117
High-voltage system . . . . . . . . . . . . . . . . . . 94
Indicator lights . . . . . . . . . . . . . . . . . . . . . . 98
Jump starting . . . . . . . . . . . . . . . . . . . . . . . 104
Power meter . . . . . . . . . . . . . . . . . . . . . . . . 97
Range and statistics . . . . . . . . . . . . . . . . . . 99
Range display . . . . . . . . . . . . . . . . . . . . . . . 99
Recuperation . . . . . . . . . . . . . . . . . . . . . . . 101
Refueling . . . . . . . . . . . . . . . . . . . . . . . . . . 105
Setting the modes . . . . . . . . . . . . . . . . . . . 100
Starting the vehicle . . . . . . . . . . . . . . . . . . 96
Status displays . . . . . . . . . . . . . . . . . . . . . 114
Switching the ignition on/off . . . . . . . . . . . 96
Tachometer . . . . . . . . . . . . . . . . . . . . . . . . . 97
Tire mobility kit . . . . . . . . . . . . . . . . . . . . . 103
Vehicle sound . . . . . . . . . . . . . . . . . . . . . . . 96
Vehicle tool kit . . . . . . . . . . . . . . . . . . . . . . 103
Vehicle transport . . . . . . . . . . . . . . . . . . . . 104
Point of interest . . . . . . . . . . . . . . . . . . . . . . 203
Point of interest search . . . . . . . . . . . . . . . . 203
  also refer to Point of interest . . . . . . . . . . 203
Polishing . . . . . . . . . . . . . . . . . . . . . . . . . . . . 349
Pollen filter
  refer to Pollutant filter . . . . . . . . . . . . . . . 70
Pollutant filter . . . . . . . . . . . . . . . . . . . . . . . . 70
Power meter . . . . . . . . . . . . . . . . . . . . . . . . . 97
Power seat adjustment . . . . . . . . . . . . . . . . . 61
Power top . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
  Cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . 349
Power windows . . . . . . . . . . . . . . . . . . . . . . . 41
  Child safety lock . . . . . . . . . . . . . . . . . . . . 41
  Malfunction . . . . . . . . . . . . . . . . . . . . . . . . 42

8V0012721B8

Index

Pregnant women
Special considerations when wearing a safe-
ty belt ................................... 263
pre sense
refer to Audi pre sense ................ 133
Presentation mode ....................... 209
Presets (radio) ........................... 220
Program guide
Radio ................................. 218
Prompt
refer to Command (voice recognition sys-
tem) .................................. 169
Proper occupant seating positions ........ 248
Proper safety belt position .............. 263
Proper seating position
Front passenger ........................ 249
Occupants ............................. 248
Rear passengers ........................ 250

Q

quattro (all wheel drive) ................. 154
Selective wheel torque control ......... 151
Question
What happens to unbelted occupants? .. 259

R

Radiator fan ............................. 324
Radio ................................... 217
Additional station information ......... 219
Presets ............................... 220
Radio text ............................. 218
Station list ........................... 217
Rain/light sensor
Automatic headlights .................. 51
Switching the rain sensor on/off ....... 57
Random
refer to Shuffle ....................... 233
Range (tank level) .................... 17, 18
Reading lights ........................... 54
Rear
Cleaning the rear window ............. 57
Luggage compartment lid ............. 39
Rear fog lamp(s) ........................ 51
Rear lid
Escape latch .......................... 353

Rearview camera
refer to Parking systems .............. 148
Rear window defogger
Automatic climate control system ... 72
Recirculation mode
Automatic climate control system ... 72
Recuperation ............................ 17
Refresh station list (radio) ............. 221
Refueling ............................... 313
Fuel filler door emergency release .... 315
Plug-in hybrid drive .................. 105
Remote control
refer to Remote control key .......... 35
Remote control key ..................... 35
Repair manuals ......................... 378
Repairs
Airbag system ........................ 282
Replacement key ....................... 35
Replacing
Light bulbs ........................... 366
Replacing wiper blades ............... 59
Reporting Safety Defects .............. 255
Reset
refer to Restart (MMI) ............... 246
Reset button (trip odometer) ......... 12
Resetting the trip odometer ......... 12
Restart (MMI) ......................... 246
Retractor .............................. 262
Reverse (automatic transmission) ...... 86
Rewinding (audio/video file) .......... 230
Right control button ................... 14
Rims ................................... 342
Cleaning ............................. 348
Ringtone settings ..................... 187
Roaming
refer to Data connection ............. 195
Rollbar
refer to Active rollover protection system 256
Roof load .............................. 68
Roof rack .............................. 68
Route criteria ......................... 209
Route guidance
refer to Navigation ............... 22, 200

Index

S

Safe driving habits .................... 247
Safety
Airbag system ........................ 267
Belts ................................. 258
Cargo ................................ 253
Correct seating position ............. 248
Pedal area ........................... 252
Telephone ............................ 177
Safety belt position ................... 263
Safety belt height adjustment ........ 264
Safety belts worn by pregnant women ... 263
Safety belt pretensioner
Service and disposal ................. 265
Safety belts ....................... 258, 262
Adjusting ............................ 264
Cleaning ............................. 350
Danger to passengers who do not wear a
safety belt ........................... 259
Fastening ............................ 262
Height adjustment ................... 264
Improperly worn ..................... 264
Not worn ............................. 259
Safety belt position ................. 263
Safety instructions .................. 261
Securing child safety seats .......... 303
Special considerations for pregnant wom-
en ................................... 263
Unfastening .......................... 264
Warning/indicator light ............. 258
Worn properly ....................... 260
Safety belt warning light ............. 258
Safety equipment ...................... 247
Safety features for occupant restraint and
protection ............................ 247
Safety instructions
for side curtain airbags ............. 290
for using child safety seats ......... 296
for using safety belts ............... 261
Monitoring the Advanced Airbag System . 281
Saving fuel
Attentive driving .................... 74
Economy tips (analog instrument cluster) . 19
Efficiency program (analog instrument clus-
ter) ................................. 19
Energy consumers (Audi virtual cockpit) .. 18
Recuperation ........................ 17

Scan (radio) ........................... 218
Screen
refer to Display ................... 13, 16
Screwdriver ............................ 353
SD card reader (MMI) .................. 223
Search area (point of interest) ........ 203
Search function
refer to Free text search ........ 166, 232
Seat adjustment
Head restraints ...................... 250
Seating capacity ..................... 258
Seating position
Driver ............................... 248
Front passenger ..................... 249
How to adjust the front seats ........ 249
Incorrect seat position .............. 251
Occupants ........................... 248
Rear passengers ..................... 250
Seats
Adjusting ............................ 61
Cleaning ............................. 350
Correct seating position ............. 248
Folding ........................... 67, 68
Number of seats ..................... 258
Seat heating (automatic climate control sys-
tem) ................................ 72
Secondary phone ................. 179, 243
Selecting a source (media) ............ 230
Selection menu .......... 14, 160, 164
Selector lever (automatic transmission)
Emergency release ................... 92
Positions ............................ 86
Self-learning navigation
refer to Personal route assistance ..... 206
Service and disposal
Safety belt pretensioner ............. 265
Service interval display .............. 327
Service position
refer to Replacing wiper blades ....... 58
Settings
Directory ............................ 188
Map ................................. 211
Media ............................... 233
Navigation ........................... 208
Radio ............................... 221
System (MMI) ........................ 241

Index

Telephone . . . . . . . . . . . . . . . . . . . . . . . 187
Voice recognition system  . . . . . . . . . . . . 241
Setting the language  . . . . . . . . . . . . . . . . 241
Setting the temperature
Automatic climate control system  . . . . . . 71
Shift paddles (automatic transmission)  . . . 90
Shuffle  . . . . . . . . . . . . . . . . . . . . . . . . . 233
Side airbags
Description  . . . . . . . . . . . . . . . . . . . . . 285
How they work  . . . . . . . . . . . . . . . . . . 287
Side assist
refer to Audi side assist  . . . . . . . . . . . . 139
Side curtain airbags
Description  . . . . . . . . . . . . . . . . . . . . . 288
How they work  . . . . . . . . . . . . . . . . . . 290
Safety instructions  . . . . . . . . . . . . . . . 290
SiriusXM alert notifications  . . . . . . . . . . . 219
Sliding/tilting sunroof
refer to Panorama glass roof  . . . . . . . . . . 43
Snow chains  . . . . . . . . . . . . . . . . . . . . . 342
Socket  . . . . . . . . . . . . . . . . . . . . . . . . . . 64
Software update
refer to Map update  . . . . . . . . . . . . . . . 193
refer to System update (MMI)  . . . . . . . . 244
Software (MMI)
License agreement . . . . . . . . . . . . . . . . 246
Update  . . . . . . . . . . . . . . . . . . . . . . . 244
Version  . . . . . . . . . . . . . . . . . . . . . . . 244
Sources of information about child restraints
and their use  . . . . . . . . . . . . . . . . . . . . . 311
Space-saving spare tire (compact spare tire) 362
Spare tire  . . . . . . . . . . . . . . . . . . . . . . . 362
Spare wheel  . . . . . . . . . . . . . . . . . . . . . 362
Speed dependent volume control  . . . . . . . 245
Speed limiter  . . . . . . . . . . . . . . . . . . . . 123
Speedometer  . . . . . . . . . . . . . . . . . . . . . 10
Speed warning system  . . . . . . . . . . . . . . 123
Speller  . . . . . . . . . . . . . . . . . . . . . . . . 165
Sport view  . . . . . . . . . . . . . . . . . . . . . . . 15
Start/Stop system  . . . . . . . . . . . . . . . . . . 81
START ENGINE STOP (convenience key) . 78, 79
Station scanning (radio)
refer to Refresh station list (radio) . . . . . 221

Steering  . . . . . . . . . . . . . . . . . . . . . . . 154
Locking steering (ignition lock) . . . . . . . . 77
Locking the steering (button)  . . . . . . . . . 79
also refer to Electromechanical steering . 154
Steering wheel
Adjusting  . . . . . . . . . . . . . . . . . . . . . . 76
Shift paddles (automatic transmission) . . . 90
Steering wheel heating  . . . . . . . . . . . . . 73
also refer to Multifunction
steering wheel  . . . . . . . . . . . 13, 15, 16
Steps for determining correct load limit . . . 341
Stopover (navigation)  . . . . . . . . . . . . . . . 204
Storage options  . . . . . . . . . . . . . . . . . . . 65
Streaming
refer to Online media  . . . . . . . . . . . . . 227
Street View  . . . . . . . . . . . . . . . . . . . . . 212
S tronic (automatic transmission)  . . . . . . . 85
Subtitles (DVD)  . . . . . . . . . . . . . . . . . . 233
Subwoofer . . . . . . . . . . . . . . . 245, 362, 363
Sun visors  . . . . . . . . . . . . . . . . . . . . . . . 56
Surround  . . . . . . . . . . . . . . . . . . . . . . . 245
Suspension control . . . . . . . . . . . . . . . . . 143
Swap call  . . . . . . . . . . . . . . . . . . . . . . 181
Switching tabs
refer to Multifunction
steering wheel  . . . . . . . . . . . 13, 15, 16
Symbols  . . . . . . . . . . . . . . . . . . . . . . . 167
Navigation  . . . . . . . . . . . . . . . . . . . . 209
Traffic  . . . . . . . . . . . . . . . . . . . . . . . 214
also refer to Indicator lights . . . . . . . . . . 24
System settings (MMI)  . . . . . . . . . . . . . . 241
System update (MMI)  . . . . . . . . . . . . . . 244
System volume  . . . . . . . . . . . . . . . . . . . 246

**T**

Tachometer . . . . . . . . . . . . . . . . . . . . 10, 12
Technical data  . . . . . . . . . . . . . . . . . . . 374
Technical modifications  . . . . . . . . . . . . . 380
Telephone  . . . . . . . . . . . . . . . . . . . . . . 177
Connecting  . . . . . . . . . . . . . . . . . . . . 177
Dialing a number  . . . . . . . . . . . . . . . . 180
Options during a phone call  . . . . . . . . . 181
Playing music  . . . . . . . . . . . . . . . . . . 225
Settings  . . . . . . . . . . . . . . . . . . . . . . 187

Temperature display
Coolant . . . . . . . . . . . . . . . . . . . . . . . . 10
Outside temperature  . . . . . . . . . . . . . . . 12
Tether anchors  . . . . . . . . . . . . . . . . . . . 309
Tether strap  . . . . . . . . . . . . . . . . . . . . . 309
Text messages  . . . . . . . . . . . . . . . . . . . 182
Tie-downs  . . . . . . . . . . . . . . . . . . . 66, 254
Time  . . . . . . . . . . . . . . . . . . . . . . . . . . 241
tiptronic (automatic transmission)  . . . . . . 90
Tire Mobility System (tire mobility kit)  . . . 354
Tires  . . . . . . . . . . . . . . . . . . . . . . . . . . 328
Low aspect ratio tires  . . . . . . . . . . . . . 343
Mobility kit  . . . . . . . . . . . . . . . . . . . . 354
quattro (all wheel drive)  . . . . . . . . . . . 154
Repair set  . . . . . . . . . . . . . . . . . . . . . 353
Replacing  . . . . . . . . . . . . . . . . . . . . . 356
Service life  . . . . . . . . . . . . . . . . . . . . 335
Tire pressure  . . . . . . . . . . . . . . . . . . . 336
Tire pressure monitoring system  . . . . . . 344
Tire Pressure Monitoring System (TPMS) . 345
Tire pressure table  . . . . . . . . . . . . . . . 338
Treadwear indicators  . . . . . . . . . . . . . 335
Unidirectional  . . . . . . . . . . . . . . . . . . 330
Uniform tire quality grading  . . . . . . . . . 344
Tires and wheels
Glossary of tire and loading terminology . 330
Tires and vehicle load limits  . . . . . . . . . 339
TMC
refer to Traffic information . . . . . . . . . . 214
Tone (sound)
refer to Adjusting the sound  . . . . . . . . . 245
Tool  . . . . . . . . . . . . . . . . . . . . . . . . . . 353
Torn or frayed safety belts . . . . . . . . . . . . 261
Touch
refer to MMI touch  . . . . . . . . . . . . . . . 161
Towing
Front towing loop  . . . . . . . . . . . . . . . . 371
Rear towing loop  . . . . . . . . . . . . . . . . 371
Tow trucks  . . . . . . . . . . . . . . . . . . . . 370
TPMS
refer to Tires  . . . . . . . . . . . . . . . . . . . 345
Traffic information  . . . . . . . . . . . . 214, 215
Trailer mode (navigation)  . . . . . . . . . . . . 208
Trailer towing  . . . . . . . . . . . . . . . . . . . 120
Information  . . . . . . . . . . . . . . . . . . . . 121
Operating instructions . . . . . . . . . . . . . 120
Technical requirements  . . . . . . . . . 120, 121

Transmission malfunction (indicator light) . . 91
Transport Canada  . . . . . . . . . . . . . . . . . 255
Travel guide
refer to Travel (travel guide)  . . . . . . . . . 193
Travel (travel guide)  . . . . . . . . . . . . . . . 193
Treble (sound)  . . . . . . . . . . . . . . . . . . . 245
Trip computer (analog instrument cluster) . . 18
Trip computer (Audi virtual cockpit)  . . . . . 17
Trunk lid
Trunk escape latch  . . . . . . . . . . . . . . . 353
Turn signal  . . . . . . . . . . . . . . . . . . . . . . 52

**U**

Unfastening safety belts  . . . . . . . . . . . . . 264
Uniform tire quality grading  . . . . . . . . . . 344
Unlocking/locking
At the lock cylinder  . . . . . . . . . . . . . . . 38
With remote control  . . . . . . . . . . . . . . . 36
With the central locking switch  . . . . . . . . 37
With the convenience key  . . . . . . . . . . . 36
Updating stations (radio)  . . . . . . . . . . . . 217
USB stick
refer to Audi music interface  . . . . . 228, 229

**V**

Vanity mirror . . . . . . . . . . . . . . . . . . . . . 56
Vehicle
Care/cleaning  . . . . . . . . . . . . . . . . . . 347
Out of service  . . . . . . . . . . . . . . . . . . 352
Raising  . . . . . . . . . . . . . . . . . . . . . . . 372
Transporting (plug-in hybrid drive) . . . . . 104
Vehicle battery  . . . . . . . . . . . . . . . . . . . 325
Charge level  . . . . . . . . . . . . . . . . . . . 155
Charging  . . . . . . . . . . . . . . . . . . . . . 326
Vehicle control modules  . . . . . . . . . . . . . 156
Vehicle data  . . . . . . . . . . . . . . . . . . . . 374
Vehicle jack  . . . . . . . . . . . . . . . . . 353, 359
Vehicle sound  . . . . . . . . . . . . . . . . . . . . 96
Vehicle tool kit  . . . . . . . . . . . . . . . . . . . 353
Version information  . . . . . . . . . . . . . . . . 244
VIEW button  . . . . . . . . . . . . . . . . . . . . . 13
VIN  . . . . . . . . . . . . . . . . . . . . . . . . . . 374
Voice guidance
refer to Multifunction
steering wheel . . . . . . . . . . . 13, 15, 16

8/201271718B

Voicemail . . . . . . . . . . . . . . . . . . . . . . . . . 185
Voice recognition system . . . . . . . . . . . . . . 170
   Commands . . . . . . . . . . . . . . . . . . . . . . . 171
   External . . . . . . . . . . . . . . . . . . . . . . . . . 175
   Multifunction steering wheel . . . . . . . . . . . 15
   Operating . . . . . . . . . . . . . . . . . . . . . . . . 170
   Settings . . . . . . . . . . . . . . . . . . . . . . . . . 241
   Volume . . . . . . . . . . . . . . . . . . . . . . . . . . 246
Volume . . . . . . . . . . . . . . . . . . . . . . . . . . . 245

## W

Warning/Indicator lights
   Airbag system . . . . . . . . . . . . . . . . . . . . 279
Warning lights
   *refer to* Indicator lights . . . . . . . . . . . . . . . 24
Warranty coverages . . . . . . . . . . . . . . . . . . 378
Washing matte finish paint . . . . . . . . . . . . . 347
Weights . . . . . . . . . . . . . . . . . . . . . . . . . . . 374
What happens if you wear your safety belt too
loose? . . . . . . . . . . . . . . . . . . . . . . . . . . . 263
What happens to unbelted occupants? . . . . 259
What impairs driving safety? . . . . . . . . . . . 248
Wheel bolts . . . . . . . . . . . . . . . . . . . . . . . . 342
Wheels . . . . . . . . . . . . . . . . . . . . . . . . . . . 328
   Cleaning . . . . . . . . . . . . . . . . . . . . . . . . . 348
   Glossary of tire and loading terminology . 330
   Replacing . . . . . . . . . . . . . . . . . . . . . . . . 356
   Tires and vehicle load limits . . . . . . . . . . 339
Wheel wrench . . . . . . . . . . . . . . . . . . . . . . 353
When must a safety belt be replaced? . . . . 261
When must the airbag system be inspected? 279
Where are lower anchorages located? . . . . 307
Wi-Fi
   Audi music stream . . . . . . . . . . . . . . . . . 226
   Audio player . . . . . . . . . . . . . . . . . . . . . . 226
   Hotspot . . . . . . . . . . . . . . . . . . . . . . . . . 195
   Online media . . . . . . . . . . . . . . . . . . . . . 227
   *also refer to* Wi-Fi . . . . . . . . . . . . . . . . . . 226
Wind deflector . . . . . . . . . . . . . . . . . . . . . . 47
   Cleaning . . . . . . . . . . . . . . . . . . . . . . . . . 349
Window regulators . . . . . . . . . . . . . . . . . . . 41
Windows
   Cleaning/removing ice . . . . . . . . . . . . . . 349
Windshield washer system . . . . . . . . . . 57, 327
   Reservoir capacity . . . . . . . . . . . . . . . . . 375

Windshield wipers . . . . . . . . . . . . . . . . . . . 57
   Replacing wiper blades . . . . . . . . . . . . . . 58
Winter driving
   Snow chains . . . . . . . . . . . . . . . . . . . . . 342
Winter operation
   Cooling system . . . . . . . . . . . . . . . . . . . . 323
   Defrosting windows (automatic climate con-
trol system) . . . . . . . . . . . . . . . . . . . . . . . 72
   Seat heating (automatic climate control sys-
tem) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
   Steering wheel heating . . . . . . . . . . . . . . 73
   Windshield washer system . . . . . . . . . . . 327
   Winter tires . . . . . . . . . . . . . . . . . . . . . . . 342
Winter use
   Car washes . . . . . . . . . . . . . . . . . . . . . . . 347
   Removing ice from windows . . . . . . . . . . 349

## X

Xenon headlights . . . . . . . . . . . . . . . . . . 51, 366

## Z

Zooming (map) . . . . . . . . . . . . . . . . . . . . . . 209

8V2012721BB

It has always been Audi's policy to continuously improve its products. AUDI AG reserves the right to make changes in design and specifications, and to make additions or improvements in its products without incurring any obligation to install them on products previously manufactured. This Owner's Manual is based on the current data available when it was printed. Text, illustrations and specifications in this owner's manual are based on the most up-to-date information available at the time of printing, and shall not constitute a basis for liability claims.

These instructions may not be reproduced or translated in whole or in part without written consent of AUDI AG. All rights reserved by AUDI AG.

 **For the sake of the environment**

Printed on eco-friendly paper (bleached without chlorine, recyclable).

Owner's Manual
Englisch Nordamerika   08.2016
8V2012721BB



8V2012721BB

www.audi.com