# EXHIBIT A

Audi Warranty & Protection Plans | Audi USA

https://www.audiusa.com/myaudi/warranty

Models   Inventory   Shopping Tools ▾   Technology   Audi Sport   myAudi                    🔍 Search                    ⓐⓤⓓⓘ

# Warranty

Experience the peace of mind that comes from Audi extended warranty.

Sign up ›

## New Vehicle Limited Warranty

Our New Vehicle Limited Warranty is simple — four years or 50,000 miles, whichever occurs first. You're also covered with four years of Audi 24-Hour Roadside Assistance, all at no additional charge.

› Learn more

## Audi Certified pre-owned Limited Warranty

When the Audi New Vehicle Limited Warranty coverage expires, the Audi Certified pre-owned Limited Warranty becomes effective and provides coverage for a period of two years or up to 50,000 miles, whichever occurs first, not to exceed 100,000 total vehicle miles.

› Learn more
› Download the brochure
› Download the limited warranty transfer application

## Frequently asked questions

| Is there a warranty on Audi vehicle accessories? | + |
| Have the terms of the Audi New Vehicle Limited Warranty changed? Does the customer have to pay for the limited warranty? | − |

No, the Audi New Vehicle Limited Warranty covers four years or 50,000 miles, whichever occurs first. See your Audi dealer or vehicle maintenance booklet for details.

| Is my warranty valid outside the United States? | + |
|---|---|

## Contact us

**Audi customer support**

Need to reach customer support? Live help is available 24 hours a day, 7 days a week. Chat with us online:

[AudiChat »]

Or call us at:
(800) 822-2834
(800) 822-AUDI

**Roadside assistance**

Immediate assistance is available on the road, in the U.S. and Puerto Rico, 24 hours a day, 7 days a week:

Call us at:
(800) 411-9988

*Roadside Assistance provided by a third party.

**Dedicated Audi connect® support**

Having trouble with Audi connect?

Call (877) 505-2834 and select option 1

› See more contact information

## Recall

Safety is a top priority for us. Find out if there is important information on your Audi that you should know.

› Recall/Campaign check

**Explore**
› Models
› Compare
› Technology
› Audi Life
› Audi Library
› European Delivery
› Audi Sport
› Audi driving experience

**Shop**
› Exclusive offers
› Find a dealer
› Inventory
› Certified pre-owned
› Brochures

**Buy**
› Request a quote
› Estimate a payment
› Trade-in value
› Leasing
› Financing
› Apply for credit

**Own**
› myAudi
› Audi Financial Services
› Account management
› Audi collection Store
› Parts and Accessories
› Audi connect

Contact us    Help    About Audi    Careers    Newsroom    Sign up for updates    Emissions Modification Lookup    Search

Audi of America. All rights reserved. © Copyright 2017

Terms of service    Privacy statement    Interest based ads    Recalls

EXHIBIT A